Dr. Orly Taitz, ESQ.
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA  92688
Ph 949-683-5411 F949-766-7603
Orly.Taitz@gmail.com
CA Bar License 223433
In propria Persona in MS


### FIRST JUDICIAL DISTRICT
### Circuit Clerk's Office
### P.O. BOX 327
### Jackson, MS 39205
### Phone: (601) 968-6628


| | |
|---|---|
| DR. ORLY TAITZ, ESQ | ) FIRST AMENDED COMPLAINT |
| BRIAN FEDORKA | )PETITION FOR AN EMERGENCY |
| LAURIE ROTH | ) INJUNCTION FROM  GENERAL |
| LEAH LAX | ) ELECTION, PERMANENT |
| TOM MacLERAN | ) INJUNCTION, DECLARATORY |
| | ) RELIEF, TREBLE DAMAGES IN |
| | ) RICO |
| V | )  Hon R Kenneth Coleman |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) presiding |
| SECRETARY OF STATE OF MISSISSIPPI | ) |
| BARACK HUSSEIN OBAMA | ) CASE#2012-107 |
| OBAMA FOR AMERICA | ) |
| NANCI PELOSI | ) |
| DR. ALVIN ONAKA | ) |
| LORETTA FUDDY | ) |
| MICHAEL ASTRUE | ) |
| JANE DOES, JOHN DOES 1-100 | ) |

Taitz et al v Democratic Party of MS, Secretary of MS                    1

**EXHIBIT**

**A**

COME NOW PLAINTIFFS Dr. Orly Taitz ESQ, Brian Fedorka, Laurie Roth, Leah Lax, Tom MacLeran, hereinafter Plaintiffs and seek following relief

**DECLARATORY RELIEF**- declaring candidate for the U.S. Presidency Barack Obama not eligible to be on the ballot as a President due to lack of constitutional eligibility, not being a natural born citizen, fraudulently using forged identification papers as a basis of his eligibility.

**INJUNCTIVE RELIEF**, seeking an injunction against placing Obama's name on the ballot in the general election and an order de-certifying any and all votes for Obama in the primary election due to the fact that Obama was not eligible and committed elections fraud by using a forged birth certificate, forged selective service certificate and a stolen Social Security number as a basis for his natural born status.'

**TREBLE DAMAGES** in RICO for damages suffered by the Plaintiffs

### PARTIES

1. Dr. Orly Taitz, ESQ, political dissident leader of  an opposition movement against Barack Obama. Taitz was named by the media either the "leader of the birther movement" or a "queen of the birthers" due to her leadership position in bringing forward explosive evidence, showing Obama committing elections fraud and using a computer generated forgery instead of a valid long form birth certificate, as well as his fraudulent use of a Connecticut social Security number

████████, which was not assigned to Obama. Taitz was severely persecuted for her opposition dissident legal work and civil rights work in restoring the rights of the U.S. citizens to lawful elections and removal of Obama from the ballot, as well as criminal prosecution of Obama.

2. Brian Fedorka- citizen of the state of Mississippi and a registered legal voter in Mississippi.

3. Leah Lax- a Democrat running for the U.S. Presidency, registered with the FEC as a Presidential candidate

3. Laurie Roth- a Presidential candidate from American Independent party, registered with the FEC

4. Tom MacLaren,- a Presidential candidate from Republican party, registered with the FEC

5. Barack Hussein Obama, candidate for the U.S. President in 2012 elections, hereinafter "Obama"

6. "Obama for America"- Official Presidential Campaign organization for Barack Hussein Obama

7. Secretary of State of Mississippi is sued only in his official capacity as the chief elections officer of the state of Mississippi and he is sued only as a respondent in relation to the declaratory relief and injunctive relief in seeking his action in his official capacity of the Secretary of State to remove candidate Obama from the

ballot in the general 2012 Presidential election and in de-certifying any and all votes for Obama fraudulently received by Obama in the Primary 2012 Presidential election. Secretary of State is **NOT** being sued in RICO causes of action.

8. Democratic Party of Mississippi- sued in its capacity of a political party, which submitted candidacy of Barack Obama and which maintained such candidacy in spite of evidence of lack of eligibility of Obama and evidence of election fraud and use of forged documents by Obama

9. Loretta Fuddy -director of the Department of Health of the state of Hawaii

10 Alvin Onaka-Registrar of the Department of Health of the state of Hawaii

11. Michael Astrue -Commissioner of the Social Security

12. Nanci Pelosi-chair of the 2008 Presidential nominating convention, signatory on the certificate of candidate of Barack Obama

13. Jane Does, John Does 1-100 Plaintiffs believe that Defendants Jane Does and John Does aided and abetted Obama in elections fraud, forgery, uttering of forged identification papers, harassment, intimidation, defamation, persecution of Plaintiff Taitz and her family. Names of Jane Does and John Does are not fully known at this time and will be ascertained upon completion of the discovery.

## JURISDICTION AND APPLICABLE LAW

## RICO

Chapter 96 of Title 18 of the United States Code, 18 U.S.C. § 1961–1968

## PREDICATE ACTS

section <u>1028</u> (relating to fraud and related activity in connection with identification documents),

section <u>1341</u> (relating to mail fraud),

section <u>1343</u> (relating to wire fraud),

section <u>1425</u> (relating to the procurement of citizenship or nationalization unlawfully), section <u>1426</u> (relating to the reproduction of naturalization or citizenship papers

section <u>1503</u> (relating to obstruction of justice),

section <u>1512</u> (relating to tampering with a witness, victim, or an informant),

section <u>1513</u> (relating to retaliating against a witness, victim, or an informant), section

section <u>1546</u> (relating to fraud and misuse of visas, permits, and other documents)

**Mississippi code of 1972 as amended**

**Chapter 021 of Title 97**

<u>97-21-5.</u>                              Certain instruments deemed writings.

**SEC. 97-21-5. Certain instruments deemed writings.**

Every instrument, partly written and partly printed, or wholly printed, with a written signature thereto, and every signature of an individual, firm, or

corporate body, or of any officer of such body, and every writing purporting to be such signature, shall be deemed a writing and a written instrument within the meaning of the provisions of this chapter.

97-21-21.                    Destruction, erasure, or obliteration of writing deemed forgery.

97-21-27.                    Intent to defraud.

**SEC. 97-21-27. Intent to defraud.**

Whenever, by any of the provisions of this chapter, an intent to defraud is required to constitute a forgery, it shall be sufficient if such intent appear to defraud the United States, any state or territory, and body-corporate, county, city, town, or village, or any public officer in his official capacity, any copartnership, or any one of such partners, or any real person whatever.

97-21-31.                    Parts of several genuine instruments connected to make one instrument.

**SEC. 97-21-31. Parts of several genuine instruments connected to make one instrument.**

When different parts of several genuine instruments shall be so placed or connected together as to produce one instrument, with intent to defraud, the same shall be forgery, in the same

manner as if the parts so put together were falsely made or forged.

97-21-33.

Penalty for forgery.

**SEC. 97-21-33. Penalty for forgery.**

Persons convicted of forgery shall be punished by imprisonment in the Penitentiary for a term of not less than two (2) years nor more than ten (10) years, or by a fine of not more than Ten Thousand Dollars ($10,000.00), or both; provided, however, that when the amount of value involved is less than Five Hundred Dollars ($500.00) in lieu of the punishment above provided for, the person convicted may be punished by imprisonment in the county jail for a term of not more than six (6) months, or by a fine of not more than One Thousand Dollars ($1,000.00), or both, within the discre tion of the court.

**SEC. 97-21-35. Pleadings, process and other court papers, licenses, or written instruments generally.**

Every person who, with the intent to injure or defraud, shall falsely make, alter, forge, or counterfeit any instrument or writing being or purporting to be any process issued by any competent court, magistrate, or officer, or being or purporting to be any pleading or proceeding filed or entered in any court of law or equity, or being or purporting to be any certificate, order, or allowance, by any competent court,

board, or officer, or being or purporting to be any license or authority authorized by any statute, or any instrument or writing being or purporting to be the act of another, by which any pecuniary demand or obligation shall be or purport to be created, increased, discharged, or diminished, or by which any right or property whatever shall be or purport to be transferred, conveyed, discharged, diminished, or in any manner affected, by which false making, forging, altering or counterfeiting any person may be affected, bound, or in any way injured in his person or property, shall be guilty of forgery.

97-21-63.   **SEC. 97-21-63. Will, deed, certificate of acknowledgment or proof of recordable instrument.**

Will, deed, certificate of acknowledgment or proof of recordable instrument.

Every person who shall be convicted of having forged, counterfeited, or falsely altered any will of real or personal property, or any deed or other instrument, being or purporting to be the act of another by which any right or interest in real or personal property shall be or purport to be transferred, conveyed, or in any way changed or affected; or any certificate or endorsement of the acknowledgment of any person of any deed or other instrument which by law may be recorded, made or purporting to have been made by any officer duly authorized to make such certificate or endorsement; or any certificate of the proof of any deed or other instrument which by law may be recorded, made or

purporting to have been made by any
officer duly authorized to make such
certificate, with intent to defraud, shall be
guilty of forgery.

## 23-15-963.   EXCLUSIVE   PROCEDURES   FOR   CONTESTING QUALIFICATIONS   OF   CANDIDATE   FOR   GENERALELECTION; EXCEPTIONS.

(1) Any person desiring to contest the qualifications of another person who has

qualified pursuant to the provisions of Section 23-15-359, Mississippi Code of

1972, as a candidate for any office elected at a general election, shall file a petition

specifically setting forth the grounds of the challenge not later than thirty-one (31)

days after the date of the first primary election set forth in Section 23-15-191,

Mississippi Code of 1972. Such petition shall be filed with the same body with

whom the candidate in question qualified pursuant to Section 23-15-359,

Mississippi Code of 1972.

(2) Within ten (10) days of receipt of the petition described above, the appropriate

election officials shall meet and rule upon the petition. At least two (2) days before

the hearing to consider the petition, the appropriate election officials shall give

notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate election officials fail to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

## MISSISSIPPI ELECTIONS CODE 23-15-961, ELECTIONS CHALLENGE

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by registered letter or by telegraph or by telephone, or personally, notify the Chief Justice of the Supreme Court, or in his absence, or disability, some other judge of the Supreme Court, who shall forthwith designate and notify from the list provided in Section 23-15-951 a circuit judge or chancellor of a district other than that which embraces the district, sub district, county or any of the counties, involved in the contest or complaint, to proceed to the county in which the contest or complaint has been filed to hear and determine the contest or complaint. It shall be the official duty of the circuit judge or chancellor to proceed to the discharge of the designated duty at the earliest possible date to be fixed by the judge or chancellor and of which the contestant and contestee shall have reasonable notice. The contestant and contestee are to be served in a reasonable manner as the judge or

chancellor may direct, in response to which notice the contestee shall promptly file his answer, and also his cross-complaint if he has a cross-complaint. The hearing before the circuit court shall be de novo. The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings.

(6) Within three (3) days after judgment is rendered by the circuit court, the contestant or contestee, or both, may file an appeal in the Supreme Court upon election contest

2) Within ten (10) days of receipt of the petition described above, the appropriate executive committee shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate executive committee shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate executive committee fails to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

(4) Any party aggrieved by the action or inaction of the appropriate executive committee may file a petition for judicial review to the circuit court of the county in which the executive committee whose decision is being reviewed sits. Such petition must be filed no later than fifteen (15) days after the date the petition was originally filed with the appropriate executive committee.

## STATEMENT OF FACTS AND ALLEGATIONS RELEVANT TO ALL CAUSES OF ACTION

1.On April 27, 2011 Defendant Obama held a press conference in the White House and presented  what  he alleged to be a true and correct copy of his original long form birth certificate. Obama used his position of the U.S. President and a Presidential candidate for the 2012 election to viciously attack "birthers" , civil rights attorneys and patriots, questioning legitimacy of his eligibility for the U.S. Presidency and questioning authenticity of his alleged identification papers, by calling them "a side show and carnival barkers". Taitz was named by the media a "queen of the birthers" and a leader of the birther movement.   Upon the verbal attack by Obama she was subjected to a wave of attacks, which included defamation, slander of her character, harassment, persecutions. Obama never presented to any court of law or any elections commission any valid original identification papers or any valid certified copies, which can be used to verify the originals.  As an emperor without clothes, Obama, a usurper without identification

papers is continuing to reside in the White House and is continuing his bid to be a candidate in the 2012 primary and general elections.

From 2008 campaign until now Taitz and other Plaintiffs and patriots of this country suffered a total of nearly four years of humiliation, defamation, slander, persecutions, harassment, sanctions, tampering with vehicles, attacks on their families by some of the defendants, by the "Usurper in Chief and his knights of the crooked table. "

2. On March 1, 31, 2012 sheriff Joe Arpaio of Maricopa County, Arizona held a press conference, where he announced to the public results of his six months investigation and testing of Obama's alleged copy of his birth certificate and other papers. Arpaio and his lead investigator Michael Zullo announced that the document presented by Obama during April 27, 2011 press conference represents a computer generated forgery. (Exhibit 2 Transcript of March 1, 2012 Press conference by Sheriff Joe Arpaio and affidavit of authenticity and Exhibit 3 Video tape of the Press conference by Sheriff Joe Arpaio and investigator Zullo)

Arpaio and Zullo announced that the stamp of the registrar Alvin Onaka and of the date stamp on Obama's alleged copy of his alleged birth certificate were transported to this computer generated forgery from other documents. They also announced that the security paper was not a part of the document, but was rather added to this computer generated document later, leaving a halo, which is

indicative of forgery. These findings by Arpaio confirmed findings  by several experts, who worked with Taitz.

3. Plaintiff Taitz provided Defendant Democratic Party of Mississipi, hereinafter "Party" with the evidence of forgery and fraud in Obama's identification papers.
Plaintiff  Taitz served the Democratic Party with the elections challenge against candidate Barack Obama. (Exhibits 4-12)

2. Challenge  provided sworn affidavits from multiple experts showing Obama using a forged birth certificate and a stolen Connecticut Social Security number ██████. (Exhibits 1-12)

3. In order to be a legitimate candidate for the US Presidency according to Article 2, section 1 of the US Constitution one needs to be a natural born US citizen.

4. Since Obama is using forged identification papers, he does not have any credentials to be a legitimate candidate.

5Additionally Taitz provided the Democratic party  with precedents showing that meaning of natural born citizen as intended in the US Constitution, is one born in the country to two US citizen parents. Since Obama's father was a foreign national, even if Obama were to have a valid  U.S. birth certificate, he would have been a foreign national from birth based on his father's citizenship.

6. Democratic Party of Mississippi did not respond and de facto became criminally complicit in elections fraud and use of forged identification papers by Obama

7. Taitz filed a complaint in Hinds County Circuit Court in Jackson MS

8. Pursuant to 23-15-961 of MS code, this complaint, being an elections ballot challenge, was immediately forwarded to the Chief Justice of the Supreme Court of MS for expedient handling.

9. Chief Justice Dickenson immediately forwarded the complaint to special judge Honorable R. Kenneth Coleman.

10. Primary election was held on March 13th prior to judge Coleman contacting the parties, therefore it became necessary to provide the Party with a new challenge relating to the general election and bringing this complaint at hand

13. Other Plaintiffs joined Taitz.

14. Through their attorney, Samuel Bagley, Democratic Party was contacted and advised that since the court did not hear the complaint before the primary election, plaintiffs are asking for the response of the Democratic Party in regards to the same challenge for the general election

15. Yet again the Democratic Party did not respond

16. Since neither party filed an answer to the complaint, the first Amended Complaint was filed as of right.

## FIRST CAUSE OF ACTION

## DECLARATORY RELIEF

1. In 2008, when Mr. Obama ran for the U.S. Presidency, he was never vetted and he never provided any valid documentary evidence of his natural born status.

2.     A natural born citizen would be expected to have valid U.S. identification papers, such as a valid long form birth certificate and a valid Social Security number, which was lawfully obtained by presenting a valid birth certificate to the Social Security administration and which can be verified through official U.S. Social Security verification services, such as E-Verify and SSNVS. The most glaring evidence of Obama's lack of natural born status and legitimacy for the US Presidency, is Obama's lack of most basic valid identification papers, such as a valid Social Security Number ("SSN") and his use of a fraudulently obtained Social Security Number from the state of Connecticut, a state where he never resided, and which was never assigned to him according in part to SSN verification systems "E-Verify" and SSNVS.

3.     Reports from licensed investigator Susan Daniels ("Daniels") show that for most of his life Obama used a Connecticut Social Security Number ▄▄▄ ▄▄▄▄▄▄ issued in 1977, even though he was never a resident of the State of Connecticut. In 1977 Social Security numbers were assigned according to the state where the Social Security applications were submitted. In 1977 Obama was nowhere near Connecticut, but rather a young student at the Punahoa school in Hawaii, where he resided.

3.      Additionally, according to the review performed by licensed investigators Sankey and Daniels, and as publicly available, national databases revealed another birth date associated with this number, a birth date of 1890. In or around 1976-77, due to changes in the Social Security Administration, many elderly individuals who never had Social Security numbers before, had to apply for their Social Security numbers for the first time in order to obtain Social Security Benefits. It appears that the number in question was assigned to an elderly individual in Connecticut around March of 1977. The death of this elderly individual was never reported, and from around 1980 this number was fraudulently assumed by Barack Obama. *See Exhibit 7* attached hereto, Affidavit of Susan Daniels.

4.      Petitioner Taitz was a delegate at the Continental Congress Convention in 2009, where she had a discussion on the matter of Barack Obama's fraudulent use of the aforementioned Connecticut SSN with a recently retired Senior Deportation Officer from the Department of Homeland Security ("DHS"), Mr. John Sampson ("Sampson"). Sampson provided Dr. Taitz with an affidavit attesting to the fact that indeed, according to national databases, Obama is using a Connecticut SSN even though there is no reasonable justification or explanation for such use by one who resided in Hawaii in and around the time the Social

Security number in question was issued. *See Exhibit 8* attached hereto, Affidavit of John Sampson.

5.      In 2010 Obama posted online on WhiteHouse.gov his 2009 tax returns. Those responsible for posting those returns did not "flatten" the PDF file thereof, so all the layers of modification of the file became visible to the public. One of the pages contained Obama's full SSN ███████. Taitz received an affidavit from Adobe Illustrator program expert Mr. Felicito Papa ("Papa") attesting to the fact that the tax returns initially posted by Obama contained the Connecticut SSN ███████. While the file was later "flattened" and the SSN can no longer be seen, thousands of U.S. Citizens and individuals around the world were able to obtain the original file with the full SSN. *See Exhibit 5* attached hereto, Affidavit of Felicito Papa.

6.      Counsel herein, Taitz checked an official site for Selective Service SSS.gov. She entered the name "Barack Obama" along with his publicly available alleged date of birth "███████" and Connecticut SSN ███████ (which Obama is using in his tax returns as indicated above). Taitz received a verification showing that Obama registered for Selective Service using the Connecticut SSN. *See Exhibit 10* attached hereto, Selective Service Verification.

7.      Taitz received an affidavit from a witness named Linda Jordan ("Jordan"), who ran an E-verify check for SSN ███████. According to E-

Verify, there is no match between Obama's name and the SSN he used on his tax returns and Selective Service application. *See Exhibit 6* attached hereto, Affidavit from Linda Jordan.

8.    Taitz received an email from a U.S. Army officer, Colonel Gregory Hollister, whereby he did an independent check and found that indeed Obama is using this Connecticut SSN. He also contacted SSNVS (Social Security Number Verification Systems) and found that the number Obama is using was never assigned to him. *See Exhibit 12* attached hereto, Email from Colonel Gregory Hollister.

9.    Recently Obama's Uncle Onyango Obama was arrested for drunk driving and found to be using for employment a Social Security Number even though he is an illegal alien and not allowed to work.  Obama's Aunt Zeutuni Obama was stealing taxpayer dollars by living in subsidized housing and using an Indiana-issued Social Security Number, even though he is an illegal alien and was never a resident of the State of Indiana. Therefore, there is a pattern of multiple members of Obama's family using fraudulently obtained Social Security numbers, at Obama's behavior is true to that pattern of Social Security fraud and immigration fraud.

10.    Obama's close associate, William Ayers, in his book *Fugitive Days*, admitted to creating over a hundred fraudulent Social Security Numbers using

names of deceased infants who did not get their Social Security numbers before their deaths. As he states in *Fugitive Days,* "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card. Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." *William Ayers, Fugitive Days.* Association and close friendship with Ayers is an additional indication and circumstantial evidence of Social Security fraud by

Obama, and his lack of valid identification documents to prove not only natural born status, but any status for that matter.

11.     For nearly three years after his inauguration Obama refused to provide to the public his long form birth certificate. On April 27, 2011, when Obama posted his alleged long form birth certificate online, just as with his tax returns, he originally did not flatten the file, which means that anyone with an Adobe Illustrator program on his computer could see layers of alterations in this alleged "birth certificate" which looked like a complete fraud and hoax.  Multiple long form birth certificates from 1961 are available. In those years green safety paper was not available and was not used. Other birth certificates, as one for Susan Nordyke, born the next day on ▬▬▬▬▬▬, in the same hospital, and signed by the registrar on August 11, 1961, show white paper with yellow aging stains, clear borders, raised seal and a lower serial number. (Exhibit 13) Obama's alleged birth certificate is on a safety paper, which was not used in 1961, does not have a clear paper, no raised seal, and the serial number is higher than the numbers issued later by the same Registrar. *See Exhibit 4, 13.*

12.     According to the affidavit from Adobe Illustrator expert Papa (Exhibit 4, hereto), the released image digital file showed layers of alteration of the alleged birth certificate. It showed a signature of Obama's mother, Stanley Ann D. Soetoro (her married name by her second husband), where it looks as though "Soetoro"

was erased, whited out and computer graphics used to add "unham Obama" and a signature "Stanley Ann Dunham Obama" was created by pasting and filling the blanks with computer graphics.

13.    Taitz received an affidavit from scanning machines expert Douglas Vogt. ("Vogt") *See Exhibit 9 hereto,* Affidavit of Douglas Vogt. Vogt attests to further evidence of forgery, such as different types of ink used. Some of the document shows as "gray scale" scanning, some as black and white scanning, and some as color scanning. It shows different types of letters and variations in kerning, meaning some letters are encroaching into the space of other letters which is possible only with computer graphics, not with a typewriter used in 1961. Numerous other parameters lead to the same conclusion, that the document in question is not a copy of a 1961 typewritten document, but a computer-generated forgery, created by cutting and pasting bits and pieces from different documents and filling in the blanks with computer graphics.

14.    It appears that Obama used a Social Security number of a deceased elderly individual, as well as a birth certificate number of a deceased infant, to fabricate his false identity. Research pointed to the fact that one Virginia Sunahara was born in Honolulu on August 4, 1961 and passed away the next day. Recently her surviving family member demanded to see her long form birth certificate, but the department of Health provided Mr. Sunahara only with a computer generated

short form birth certificate with a serial number, which was suspiciously out of sequence from all the other numbers issued to infants born ████████████.

15.     In spite of numerous demands, Director of Health Loretta Fuddy refused to allow the inspection of the original birth certificate of either Obama or Sunahara in lieu of the alleged certified copy, and the Social Security Administration refused to provide even a redacted application for Connecticut SSN ████████, which Obama is fraudulently using.

16.     Affidavit of Chris Strunk (Exhibit 11 Case file <u>Farrar v Obama</u> admitted into evidence) shows that in his mothers passport records received by Strunk in response to his FOIA request submitted to the Department of State, Obama is listed under the name Barack Obama Soebarkah.  There is no evidence of Obama ever legally changing his name. Additionally, in his school records in Indonesia Obama is listed under the name Soetoro and citizenship Indonesian (Exhibit 11).

Based on all of the above, Obama does not have any valid identification papers and is a foreign national, who is fraudulently using forged identification papers in order to be on the ballot.

17.     Additionally, the term "Natural Born Citizen," as it is applied to the U.S. Presidency, means one born in the country to citizen parents. The plaintiffs submit their evidence showing that from the time of the adoption of the

Constitution until today the standard was "One born in the country to parents who are citizens do not owe their allegiance to others." The U.S. Constitution was based in no small measure upon the book *The Law of Nations* by Emer de Vattel, stating that "Natural Born Citizens" are ones born in the "Nations to citizens. (Emer De Vattel, *The Law of Nations*, p. 499, section 212). A similar definition was used by John A Bingham, drafter of the 14[th] amendment to the United States Constitution, who stated during Congressional Hearings that a "natural born citizen is born in the U.S. Territories to parents, who didn't owe allegiance to other sovereignties." A similar definition was used in the case of *Minor v. Happerset*, 88 U.S. 162 (1875).

18.    In 2008 natural born citizenship of John McCain was questioned as well due to his birth in the zone of the Panama Canal. In Joint Senate Resolution 511 the Senate unanimously found Senator McCain to be a "Natural Born" U.S. Citizen. The Senate used the same Vattel two pronged test and found McCain to be eligible for the presidency due to the fact that he was born in the Panama Canal zone to two parents who were U.S. Citizens. Obama's father was never a U.S. citizen. He never had a green card. He was in the U.S. for a few years on a student visa and, as such, Obama did not satisfy either one of the two prongs of the test for natural born status. Even if this office was to subscribe to a more liberal modern definition of natural born citizen, Obama does not qualify as he never proved his birth in Hawaii and is using a computer-generated forgery instead of a valid long

form birth certificate and he is fraudulently using a Social Security Number which was never assigned to him. This case shows an unprecedented level of corruption and lawlessness in the federal government and in the government of Hawaii, which allowed Obama to get on the ballot in 2008.

Due to all of the above, Barack Hussein Obama does not have any valid U.S. identification papers and is Constitutionally not eligible. Based on all of the above a Declaratory relief has to be granted and Obama has to be declared ineligible to be on the ballot for the 2012 general election.

**INJUNCTIVE RELIEF**

**A. EMERGENCY PRELIMINARY INJUNCTION**

Plaintiffs incorporate all prior paragraphs as if fully pled herein.

a. EQUITABLE RELIEF IS NECESSARY AS NO FINANCIAL DAMAGES
   WOULD SUFFICE

The issue at hand is a Presidential election. Voters are being deprived of a lawful election, as unlawful candidate is running for the US Presidency. Consequences of such deprivation of rights are staggering. No financial compensation can account for the loss. As such equitable relief is warranted and necessary.

b. DEFENDANTS WOULD NOT BE PREJUDICED BY THE INJUNCTION
   AND WOULD NOT SUFFER AN UNDUE HARDSHIP

Defendants would not suffer undue hardships. First, the only defendant, who can even claim hardship, is candidate Obama; however hardship can be suffered, only if one loses something he was entitled to. Obama never had any valid identification papers, he was never entitled to be on the ballot in the first place. Therefore, no hardship will be suffered by Obama.  Additionally, even if one were to believe that Obama had a right to be on the ballot, a preliminary injunction will not deprive him of such right

c. BALANCE OF HARDSHIPS POINTS TO A NEED FOR INJUNCTIVE
   RELIEF

In balancing the hardships between the Plaintiffs and defendants, the Plaintiff's rights would outweigh the defendants' rights, as there is a deprivation of the basic civil rights to have a lawful election. Plaintiff Taitz received multiple death threats from Obama supporters who do not believe that their "messiah" is capable of committing elections fraud and is using forged documents. Unless the injunction is issued and the public is apprised of the evidence of the elections fraud and forgery by Obama, such death threats will continue until one of Obama's supporters will succeed in making his threat a reality.  Balancing the hardships points to the need of injunction.

## d.  INJUNCTION WOULD BE IN PUBLIC INTEREST

Today the voters are deprived of lawful elections. Plaintiffs are being harassed and defamed due to their status of whistleblowers.

We are experiencing an unprecedented level of censorship of our so called "main stream media", where the truth about Obama's forged identification papers is being suppressed and the voters are being kept in the dark and defrauded as they mistakenly believe Obama to be a legitimate candidate.

Whistleblowers, like the Plaintiffs are attacked. Preliminary injunction is the only way to apprise the public of the elections fraud and forgery in the highest office in the land. If emergency preliminary injunction is not issued, the public will be permanently disenfranchised in the Presidential elections. Time is of the essence, as the voters and other candidates need a sufficient notice that Obama is not a legitimate candidate, so that they will come up with an alternative candidate. Particularly the Democratic Party voters are at risk of being disenfranchised. Preliminary injunction is warranted and necessary.

Due to the urgency and importance of the matter and due to the fact that the Honorable judge Coleman is ill and unable to conduct a hearing, Plaintiffs are requesting the Preliminary injunction to be issued ex-parte on the pleadings without a hearing. Defendants will have an opportunity to present their case and evidence during the hearing for the permanent injunction.

B. Permanent injunction.

Plaintiffs incorporate all of the previous paragraphs as if fully pled herein.

Upon receipt of the preliminary injunction, and evidentiary hearing Plaintiffs are seeking a permanent injunction.

**RICO**

Chapter 96 of Title 18 of the United States Code, 18 U.S.C. § 1961–1968

Predicate acts

section 1028 (relating to fraud and related activity in connection with identification documents),

section 1341 (relating to mail fraud),

section 1343 (relating to wire fraud),

section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers

 section 1503 (relating to obstruction of justice),

section 1512 (relating to tampering with a witness, victim, or an informant),

section 1513 (relating to retaliating against a witness, victim, or an informant), section

 section 1546 (relating to fraud and misuse of visas, permits, and other documents)

# OBAMA FOR AMERICA-RACKETEERING INFLUENCED CORRUPT ORGANIZATION

"Obama for America" -Racketeering Influenced Corrupt Organization

Barack Hussein Obama created "Obama For America" as his fundraising organization for his Presidential run. At all times Obama was not eligible for the US presidency and he used "Obama for America" as a vehicle to defraud American citizens and get into the position of the U.S. President while using forged documents.

## DE-FACTO RICO ENTERPRISE, "ASSOCIATION-IN-FACT" RICO ENTERPRISE

Between 2007-2012 defendants acted together or in groups and created an "association- in- fact" enterprise, which is sufficient for RICO, even if "Obama for America" was not a RICO enterprise. Defendants acted directly or indirectly, personally or through agent or agents, employed the same or similar methods of commission with the purpose to defraud, utter forged documents, commit wire and mail fraud, unlawfully procure citizenship and nationalization unlawfully, obstruct justice  and intimidate, harass, defame, slander and otherwise retaliate against witnesses, victims, informants and whistleblowers. Plaintiffs were victims of the acts of the racketeering or the acts of racketeering were otherwise interrelated by distinguishing characteristics and were not isolated events.

## PATTERN OF ONGOING RACKETEERING ACTIVITY

Fraud committed by defendants, who were acting directly or indirectly and committed fraud, which was on going from 2007 until now, for over four years. Actions by the defendants established a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c), in that their common purpose was to defraud, the common result was to defraud. Plaintiffs were victims of the acts of racketeering and the acts of racketeering were otherwise related by distinguishing characteristics and were not isolated events.

**RICO**

**FRAUD**

**FRAUD COMMITTED BY OBAMA**

1. Obama created "Obama for America" with a purpose to defraud American citizens and illegally usurp the U.S. Presidency, while using forged identification papers.

2. Obama used a forged birth certificate as his identification paper and as a proof of his eligibility

3. Obama used one or more Social Security numbers, that were not assigned to him

4. Obama used a forged selective service certificate

5. It is Plaintiffs informed belief that Obama used other fraudulently obtained identification papers

6. Obama held April 27, 2011 press conference, presenting a forged birth certificate and attacking "birthers"

7. Obama refused to comply with any subpoenas and notices to appear in court or elections commission or board hearing in relation to his identification papers.

8. Obama acted through his agents, such as aids, press secretaries, attorneys, campaign workers, his web site "Fight the Smears" and "Obama for America in order to defraud the Plaintiffs and others and in order to attack, harass, defame, slander and persecute Plaintiffs and other patriots seeking to get expose Obama's forged documents.

### Fraud Committed by Defendant Obama for America

Defendant Obama for America by and through its website ran and continues to run a page http://www.attackwatch.com/gop-conspiracy-theorists-can't-give-up-birth-certificate-myth/

This website is being used for defrauding the public and attacking defendants.

In an unprecedented magnitude of malice Obama and Obama for America are using   the web pages paid by Obama for America to create truth squads and "Truth Team", inciting followers to report "birthers" and others, who they

claim,   are lying, while in reality, Obama and Obama for America are committing the biggest fraud in the history of this nation.

## FRAUD COMMITTED BY DEFENDANT LORETTA FUDDY

Defendant Loretta Fuddy, director of Health of the state of Hawaii  aided and abetted Obama in committing elections fraud by covering up the fact that Obama is using a forged birth certificate. In and around April 25, 2011 Fuddy either personally issued a fraudulent letter, claiming that she observed copying of Obama's birth certificate, or she was silent when she had a duty to speak up, when Obama, his  attorney Robert Bauer and his press secretary Jay Carney presented a forgery, claiming that it came with an authenticating letter from Fuddy.


## FRAUD COMMITTED BY DEFENDANT ALVIN ONAKA

Defendant Alvin Onaka, Registrar of the state of Hawaii aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate. He had a duty to speak up when on April 27th Obama and his associates presented a forgery, claiming it to be a valid true and correct copy of Obama's original 1961 birth certificate.  Onaka knew that the "document" was a computer generated forgery, that the security paper image and an image of his stamp were brought from another document.

## FRAUD COMMITTED BY DEFENDANT ASTRUE

Defendant Michael Astrue, commissioner of the Social Security, aided and abetted Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social Security number ███████, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify, when checked under the name Barack Obama

## FRAUD COMMITTED BY DEFENDANT DEMOCRATIC PARTY OF MISSISSIPPI

Defendant Democratic Party of Mississippi aided and abetted Obama by covering up elections fraud and forgery and refusing to respond to the ballot challenge by the Plaintiffs and by keeping Obama as the Democratic candidate for the US Presidency, while knowing that he is not eligible and is committing elections fraud

## FRAUD COMMITTED BY DEFENDANT PELOSI

During the 2008 democratic party convention Pelosi served as the chair of the convention.

Until the 2008 convention certificates of the party candidate contained wording "eligible according to the constitution"

Upon nomination of Obama Pelosi released an altered certification of candidate where the words "according to Constitution" were removed.

Such altered certifications were sent to 49 out of 50 states.

Apparently the state of Hawaii was not willing to accept the certification with an altered wording.

The only reasonable explanation for Pelosi to remove the wording, was to fraudulently place Obama's name on the ballot, while attempting to shield herself from criminal liability.

Pelosi committed 49 counts of fraud by signing altered certificates of candidacy.

Defendants acted with an intent to defraud and aid Obama in committing elections fraud. Plaintiffs were intended victims and foreseeable victims.


Defendant acted through Obama for America and in association-in-fact RICO enterprise. As a result of actions by the Defendants Plaintiffs suffered financial damages, defamation, humiliation, harassment and emotional distress as a result of fraud committed by the defendants.

## MAIL AND WIRE FRAUD

## DEFENDANT OBAMA

Defendant Obama committed mail and wire fraud, when he posted on the Internet in and around April 27, 2012 a paper, which he claimed to be a true and correct copy of his long form birth certificate.

Obama committed mail and wire fraud, when he posted on the Internet on his site "Fight the smears" a paper, which he claimed to be his short form birth certificate. Obama knew that he is committing fraud and intended to defraud in order to continue usurping the position of the U.S. President.

Obama committed fraud when he sent to 50 states in 2007-2008, as well as in 2011-2012 his declarations of candidacy. Obama used mail or other instrumentalities of the Interstate commerce to commit such fraud.

Obama committed mail and wire fraud when in and around January 25th, 2012 he, through his attorney Michael Jablonski, sent by mail, fax and e-mail a defamatory letter to the Secretary of State of Georgia, where he attacked Plaintiff Taitz, who was an attorney in <u>Farrar v Obama,</u> claiming that he has produced a birth certificate and that he suffers from Taitz.


In and around November 19, 2011 Obama committed mail and wire fraud, when he through his agent, Deputy Campaign Manager Juliana Smoot, personally attacked and defamed Taitz: "RELEASE THE MUGS

By Julianna Smoot, Deputy Campaign Manager on November 19, 2011

Yesterday, four Republicans in the New Hampshire State House allowed a hearing requested by **Orly Taitz, the notorious dentist-lawyer-birther who wants President Obama officially removed from the state's primary ballot.**

So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs. There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this. But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug. Works like a charm. I recommend Earl Grey."


Obama and his agent were defrauding the nation, while at the same time defaming and harassing Taitz.

## PRELIMINARY LIST OF FORGED DOCUMENTS THAT WERE UTTERED BY OBAMA

a. long form birth certificate- affidavits of Adobe illustrator expert Felicito Papa, scanning and printing machines expert Doug Vogt, senior deportation officer John Sampson and announcement by sheriff Arpaio (exhibits 1-3) show Obama's long form birth certificate to be forged

b. short form birth certificate-certification of live birth. Research by Dr. Ron Polland show short form birth certificate to be forged

c.   Selective Service Certificate- investigative report by federal agent Steven Coffman, journalist Linda Bentley and announcement by Sheriff of Maricopa

county, Arizona and lead investigator Mike Zullo, Maricopa county, Arizona, show Obama's selective service certificate to be forged

d. Social Security certificate- affidavits of  Senior Deportation officer Sampson, licensed investigator Daniels, researcher Linda Jordan, adobe illustrator expert Felicito Papa show Obama using as his own a social security number ██████████, which was assigned to another individual, resident of Connecticut, who was born in 1890

e. possibly all other identification documents are fraudulently  acquired, as those rest on forged primary identification papers


Barack Obama knew that he is using forged identification papers and is not eligible for the U.S. Presidency

Obama used created "Obama for America" with a purpose to defraud American citizens and illegally usurp the U.S. Presidency, while using forged identification papers.

Defendant Loretta Fuddy, director of Health of the state of Hawaii  aided and abetted Obama in committing elections fraud by covering up the fact that Obama is using a forged birth certificate

Defendant Alvin Onaka, Registrar of the state of Hawaii aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate

Defendant Nanci Pelosi, former speaker of the House and chairwoman of the Democratic National convention aided and abetted Obama by submitting to 49 out of 50 states an altered certificate of candidate for the U.S. Presidency for Barack Obama, where usual wording "eligible according to the U.S. constitution" were removed.

Defendant Michael Astrue, commissioner of the Social Security aided and abetted Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social Security number ▮▮▮▮▮▮▮▮, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify, when checked under the name Barack Obama

Defendant Democratic Party of Mississippi aided and abetted Obama by covering up elections fraud and forgery and refusing to respond to the ballot challenge by the Plaintiffs and by keeping Obama as the Democratic candidate for the US Presidency, while knowing that he is not eligible and is committing elections fraud

## OBSTRUCTION OF JUSTICE

### Obstruction of Justice by Defendant Obama

Taitz served Obama with a valid subpoena in <u>Farrar v Obama</u> OSAH-SECSTATE-

CE-1215136-60-MALHI in the Administrative court of the State of Georgia.

Obama by and through his attorney filed a motion to quash the subpoena. Motion

was denied and Obama was supposed to appear in court and present either original

or true and correct copies of his identification papers. Obama did not show up, he

did not send a representative and he obstructed justice by being in contempt of a

valid subpoena. Obama obstructed justice in order to hide forgery in his

identification papers.

### OBSTRUCTION OF JUSTICE BY DEFENDANT FUDDY

In and around of June of 2011 Taitz served Fuddy with a valid federal subpoena to

produce for inspection a book of birth records for 1961 with Obama's original

1961 long form birth certificate. Through her attorney, Deputy Attorney General

Nagamine, Fuddy refused to comply with valid federal subpoena. Fuddy

obstructed justice in order to aid and abet Obama in his use of a forged birth

certificate.

### RETALIATION AGAINST A WITNESS, VICTIM OR AN INFORMANT
### BY DEFENDANT OBAMA

Obama retaliated against the Plaintiffs by defaming and humiliating them, while at the same time defrauding the nation. Obama issued a statement, calling Plaintiffs "side show and carnival barkers" with a clear goal of intimidation.

Defendant Obama by and through his Deputy Campaign manager Juliana Smoot intimidated Taitz personally, when a statement was issued on November 19, 2011 naming Taitz and implying and relating to Obama supporters that Taitz is somehow harassing Obama.

Defendant Obama, by and through his attorney Michael Jablonski sent letters to Secretary of State of Georgia and judge Malihi in Georgia personally attacking Taitz and demanding some action to be taken against her. All of this was done, as Obama knew that indeed he was using forged documents and while he acted with an only goal of retaliating, harassing, intimidating Taitz, who is a witness, whistleblower and a victim.

## RETALIATION AGAINST A WITNESS, VICTIM OR AN INFORMANT BY DEFENDANT OBAMA FOR AMERICA

Defendant Obama for America retaliated against the defendants by posting fraudulent and defamatory statements in order to defame, harass and intimidate Plaintiffs.

## RETALIATION AGAINST A WITNESS, VICTIM OR AN INFORMANT BY DEFENDANT DEMOCRATIC PARTY OF MISSISSIPPI

Democratic Party of Mississippi used this case at hand in order to harass and intimidate Plaintiff Taitz, intimidate her supporters and donors by making unreasonable and outlandish demands on her.

## RETALIATION AGAINST A WITNESS, VICTIM OR AN INFORMANT BY DEFENDANTS JOHN DOES AND JANE DOES

Defendants John Does and Jane Does who are yet to be identified, retaliated against Plaintiffs and particularly plaintiff Taitz in a following manner

1. Tampering with her car, where a fumes emissions hose was disconnected and hot combustible fumes were going back to the engine, which could cause the car to ignite, burn, explode with Taitz, her husband and her three children in the car

2. Hiring an artist whose name is believed to be  Jim Lacey,  to paint a series of inappropriate pornographic nude paintings of Dr. Taitz, under the title "Birther Orly Taitz " creating a whole exposition of such paintings and posting those images all over the Internet, in local papers and sending those to her three children.

3. Subsidizing and running websites, where Plaintiffs and particularly Taitz were defamed, humiliated, harassed and intimidated.

4. Hacking, destroying and otherwise tampering with her web sites, e-mail accounts, mail, Federal Express packages, phone and other forms of communication

1. As a result of actions by the defendants Plaintiffs were deprived of their first amendment right to free speech in that they were deprived of their right of participating in free elections.

2. Plaintiffs suffered defamation and humiliations, being attacked as "birthers", were called crazy, while they were telling the truth about the fact that defendant Obama is committing elections fraud and is using and uttering forged documents as a proof of his eligibility for the U.S. Presidency.

3. Plaintiff Taitz received multiple death threats from Obama supporters who do not believe that their "messiah" is capable of committing elections fraud and using forged documents. Unless the injunction is issued and the public is apprised of the evidence of the elections fraud and forgery by Obama, such death threats will continue until one of Obama's supporters will succeed in making his threat a reality.

4. Plaintiffs suffered damages of emotional distress, financial damages, defamation, slander, harassment as a direct result of the actions by the defendants.

5. Defendants acted intentionally, outrageously, oppressively, despicably and maliciously. Exemplary and punitive damages are warranted in order to punish and deter such conduct in an amount to be determined at trial.

## PRAYER FOR RELIEF

1. Declaratory relief deeming Barack Obama not eligible to be on the ballot as a candidate for the U.S. Presidency due to fraud, lack of eligibility and use of forged identification papers.

2. Issue an injunction preventing Secretary of State from placing Obama's name on the ballot in the general election and de-certifying/annulling all votes for Obama in the primary election.

3. Award treble damages to plaintiffs in RICO charges to cover financial damages of the Plaintiffs, as well as damages suffered as a result of defamation, slander, harassment and persecutions of Plaintiffs, who blew the whistle on Obama.

4. Cost and fees of this trial

5. Punitive and exemplary damages

6. Any other damages this court finds proper and just

04.12.2012

/s/ Orly Taitz

/s/ Brian Fedorka

/s/ Leah Lax

/s/ Laurie Roth

/s/ Tom Mac Leran

## CERTIFICATE OF SERVICE

I. Lila Dubert, am over 18 years old, not a party to this case and I attest that on

April 13. 2012 I served the defendants with above pleadings.

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

## Affidavit of Susan Daniels

1.     My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.     I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.     I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.     I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____Mentor____, OH____ on this _19th_ day of October, 2009.

By: _____
      Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this *19* day of October, 2009, in ___*Mentor*___ (city), ___*Lake County Ohio*___ (state), ___*U.S.A*___ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____
Notary Public in the State of Ohio

Business Address of Notary: *8038 BROADMOOR MENTOR, OA 44060*

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____
My Seal Appears Above this line.

My Printed Name is: *JAMES V. LOIACONO* ; my notarial commission or license expires on: *LIFETIME + STATEWIDE*

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|

**MICHELLE OBAMA**
Gender: Female
5046 S GREENWOOD AVE
CHICAGO IL 60615-2806
Aug 05 - Aug 07

**MICHELLE OBAMA**
Gender: Female
1 OLD STATE CAPITOL PLZ APT
SPRINGFIELD IL 62701-1512
May 09 - Sep 09

**MICHELLE OBAMA**
Gender: Female
1600 PENNSYLVANIA AVE NW
WASHINGTON DC 20500-0003
Newspaper facility.
Jun 08 - Sep 09

**MICHELLE OBAMA**
Gender: Female
5030 QUENTIN ST
DENVER CO 80239-4312
Jul 09 - Aug 09
303-365-5697 - MDT

**MICHELLE OBAMA**
Gender: Female
123 W NORTH AVE
CAROL STREAM IL 60188-2001
Mar 09 - Aug 09

**MICHELLE OBAMA**
Gender: Female
936 4 MILE RD NW APT
GRAND RAPIDS MI 49544-1503
Jan 09 - Jul 09

**MICHELLE OBAMA**
Gender: Female
505 CATHARINE ST
PHILADELPHIA PA 19147-3009
Apr 07

**MICHELLE OBAMA**
Gender: Female
3550 S RHODES AVE APT 1802
CHICAGO IL 60653-1273

**MICHELLE OBAMA**
Gender: Female
1901 COLLEGE AVE
FREDERICK MD 21701
Jun 09 - Sep 09

**MICHELLE OBAMA**
Gender: Female
1 PENNSYLVANNIA
BEVERLY HILLS CA 90210
Jan 09 - Sep 09

10/19/09 9:15 A

# SSN Verifier Plus ●

## SSN: ▓▓▓▓▓▓▓▓▓

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505 **2x**<br>CAMBRIDGE MA 02139-2382<br>**Reported:** 01/2009 - 01/01/2009<br>**County:** Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE **1x**<br>WASHINGTON DC 20007<br>**Reported:** 12/2008 - 12/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD **1x**<br>ARLINGTON HTS IL 60005-3904<br>**Reported:** 11/2008 - 11/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD **1x**<br>NEEDHAM MA 02492-4330<br>**Reported:** 09/2008 - 11/2008<br>**County:** NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE **1x**<br>WASHINGTON DC 20510-0001<br>**Reported:** 11/2008 - 11/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST **1x**<br>DENVER CO 80207-1523<br>**Reported:** 09/2008 - 11/2008<br>**County:** Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE **1x**<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>**Reported:** 09/2008 - 11/2008<br>**County:** Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE **1x**<br>LANCASTER TX 75146<br>**Reported:** 09/2008 - 11/2008<br>**County:** Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST **2x**<br>PHILADELPHIA PA 19130-3220<br>**Reported:** 09/17/2008 - 10/03/2008<br>**County:** Philadelphia | Map It | | Landline:<br>(215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE **2x**<br>FORT WORTH TX 76180<br>**Reported:** 04/2008 - 09/2008<br>**County:** Tarrant | Map It | | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST **1x**<br>CHARLESTON SC 29464<br>**Reported:** 08/2008 - 09/2008<br>**County:** Charleston | Map It | | | N |

10/2/09 9:14 A

| | OBAMA BARACK HUSSEIN | 5450 S WEST VIEW PARK PK   1x<br>CHICAGO IL 60615<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
|---|---|---|---|---|---|---|
| | OBAMA BARACK LWYR | 14 W ERIE ST   1x<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | | Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com      (No IP Address Reported)      Phone: (312)751-1170

| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | | | | N |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 180 N LASALLE   1x<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD   2x<br>JACKSON NJ 08527<br>**Reported:** 02/2008 - 08/2008<br>**County:** Ocean | Map It | (DECEASED) *See*<br>**Issued:** 1954-1955 in IA   *attached "A"* | | N |
| | OBAMA BARACK | 1000 33RD AVE   1x<br>FORT WORTH TX 76180<br>**Reported:** 08/2008 - 08/2008<br>**County:** Tarrant | Map It | | | N |
| | OBAMA BARACK | 505 FARR C   3x<br>COLUMBUS GA 31907-6275<br>**Reported:** 01/2008 - 08/2008<br>**County:** Muscogee | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD   1x<br>ALPHARETTA GA 30004-1435<br>**Reported:** 08/2008 - 08/2008<br>**County:** FULTON | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200   4x<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 06/01/2007 - 06/01/2008<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** | Landline:<br>(773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | OBAMA LN   1x<br>FRANKLIN WI 53132<br>**Reported:** 05/2008 - 06/2008<br>**County:** Milwaukee | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE   1x<br>IRVINE CA 92618<br>**Reported:** 06/2008 - 06/2008<br>**County:** ORANGE | Map It | | | N |
| | OBAMA BARACK | 15 A 1A   1x<br>MANALAPAN FL 33462<br>**Reported:** 05/2008 - 05/2008<br>**County:** Palm Beach | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE   5x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/01/2007 - 04/01/2008<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT | Landline:<br>(773)684-4809 | N |

10/2/09 9:14 A

| | | | | | |
|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 03/25/2008 - 03/25/2008<br>**County:** Cook | Map It | **Issued: 1977-1979 in CT**<br>DOB: ████████ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>**Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   **1x**<br>DENVER CO 80207<br>**Reported:** 03/2008 - 03/2008<br>**County:** Denver | Map It | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   **3x**<br>WASHINGTON UT 84780<br>**Reported:** 08/2007 - 02/2008<br>**County:** Washington | Map It | ████████ | | N |
| | OBAMA BARACK | 505 FARR C   **1x**<br>COLUMBUS GA 31907<br>**Reported:** 02/2008 - 02/2008<br>**County:** Muscogee | Map It | **Issued: 1988-1989 in AL** | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   **7x**<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   **8x**<br>CHICAGO IL 60615<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | **Issued: 1977-1979 in CT**<br>DOB: ████████ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236   **1x**<br>PROVO UT 84603-1236<br>**Reported:** 01/2008 - 01/2008<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A   **1x**<br>MANALAPAN FL 33434<br>**Reported:** 01/2008 - 01/2008<br>**County:** Palm Beach | Map It | ████████ | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **8x**<br>CHICAGO IL 60615<br>**Reported:** 11/15/2007 - 11/15/2007<br>**County:** Cook | Map It | **Issued: 1977-1979 in CT**<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   **12x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/15/2007<br>**County:** Cook | Map It | **Issued: 1977-1979 in CT**<br>DOB: ████████ | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY   **3x**<br>SOMERVILLE MA 02145<br>**Reported:** 06/01/1986 - 10/01/2007<br>**County:** Middlesex | Map It | **Issued: 1977-1979 in CT**<br>DOB: ████████ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **12x**<br>SOMERVILLE MA 02145<br>**Reported:** 07/17/2001 - 10/01/2007<br>**County:** Middlesex | Map It | **Issued: 1977-1979 in CT**<br>DOB: ████████ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   **1x**<br>PHILADELPHIA PA 19147<br>**Reported:** 08/2007 - 08/2007<br>**County:** Philadelphia | Map It | | | N |

10/2/09 9:14 A

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST **1x**<br>LANSING MI 48910<br>**Reported:** 07/2007 - 07/2007<br>**County:** Ingham | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N **2x**<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>**Reported:** 02/2007 - 06/2007<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK | 1236 PO BOX **2x**<br>PROVO UT 84603<br>**Reported:** 06/2007 - 06/2007<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD **1x**<br>PROSPECT HEIGHTS IL 60070-1913<br>**Reported:** 04/2007 - 04/2007<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST **1x**<br>PHILADELPHIA PA 19147-3009<br>**Reported:** 04/2007 - 04/2007<br>**County:** Philadelphia | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **3x**<br>CHICAGO IL 60615-5916<br>**Reported:** 07/2006 - 07/2006<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST **9x**<br>SPRINGFIELD IL 62701-1634<br>(POSSIBLE HIGH RISK)<br>**Reported:** 04/21/2006 - 05/07/2006<br>**County:** Sangamon | Map It | | Landline:<br>(217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 **1x**<br>WASHINGTON DC 20001<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST **1x**<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE **10x**<br>WASHINGTON DC 20001-2629<br>**Reported:** 09/2005 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV **3x**<br>WASHINGTON DC 20001-2640<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST **8x**<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST **2x**<br>WASHINGTON DC 20002-6067<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB: | 684-4809 | N |

10/2/09 9:14 A

OBAMA
BARBACK

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 14 W ERIE ST **2x** CHICAGO IL 60610-5397 (POSSIBLE HIGH RISK) **Reported:** 12/21/2004 - 01/2006 **County:** Cook | Map It | | Landline: (312)751-1170 | N |

E-mail: bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 5046 S GREENWOOD AVE **2x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 07/2005 - 11/2005 **County:** Cook | Map It | **Issued: 1977-1979 in CT** | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK **6x** CHICAGO IL 60615 **Reported:** 06/01/1997 - 05/26/2005 **County:** Cook | Map It | **Issued: 1977-1979 in CT** **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 **1x** CHICAGO IL 60649 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | **Issued: 1977-1979 in CT** **DOB:** ▇▇▇▇▇ | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW **1x** CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | **Issued: 1977-1979 in CT** **DOB:** ▇▇▇▇▇ | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | **Issued: 1977-1979 in CT** **DOB:** ▇▇▇▇▇ | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615-5916 **Reported:** 05/2005 - 05/2005 **County:** Cook | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST **9x** CHICAGO IL 60615-4311 **Reported:** 12/21/2004 - 01/14/2005 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST **1x** CHICAGO IL 60654-5397 (POSSIBLE HIGH RISK) **Reported:** 12/21/2004 - 01/06/2005 **County:** Cook | Map It | | Landline: (312)751-1170 | N |

E-mail: bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 10131/ 53RD ST **1x** CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST **1x** CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST **7x** CHICAGO IL 60649 **Reported:** 02/01/2003 - 02/01/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |

E-mail: jenmasondist13@prodigy.net          IP address: 192.100.76.133          Reported: 10/0

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **4x**<br>CHICAGO IL 60615-5916<br>**Reported:** 10/1997 - 10/2002<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY   **7x**<br>SOMERVILLE MA 02145-2440<br>**Reported:** 06/01/1986 - 07/17/2001<br>**County:** Middlesex | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2   **8x**<br>CHICAGO IL 60649<br>**Reported:** 11/13/2000 - 11/13/2000<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV   **8x**<br>CHICAGO IL 60649-3626<br>**Reported:** 06/01/1986 - 11/13/2000<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **8x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 54501 SE VIEW PK   **1x**<br>CHICAGO IL 60615<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK   **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1   **5x**<br>CHICAGO IL 60615-5916<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | 684-4809<br>Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX   **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | | **Issued:** 1977-1979 in CT | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO   **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>DOB: ▓▓▓ | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO   **2x**<br>CHICAGO IL 60649<br>**Reported:** 09/1999 - 09/1999<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT | | N |

10/2/09 9:14 A

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 9798 **2x** CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST **7x** CHICAGO IL 60649 **Reported:** 05/01/1999 - 05/01/1999 **County:** Cook | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST **8x** CHICAGO IL 60615 **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST **1x** CHICAGO IL 60615 **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **1x** SOMERVILLE MA 02143 **Reported:** 11/12/1997 - 11/12/1997 **County:** Middlesex | Map It | **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK **4x** CHICAGO IL 60615 **Reported:** 06/1997 - 06/1997 **County:** Cook | Map It | **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA **16x** CHICAGO IL 60615 **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA **5x** CHICAGO IL 60615-5942 **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 **1x** CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA **2x** CHICAGO IL 60615 **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST **4x** BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | | **Landline:** (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST **1x** BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE **8x** CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 **County:** Cook | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE **1x** CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | Map It | **Issued: 1977-1979 in CT** DOB: ▉▉▉ | **Landline:** (773)684-4809 | N |

10/2/09 9:14 A

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1   1x<br>CHICAGO IL 60615<br>**Reported: 08/01/1993 – 09/01/1993**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE   2x<br>CHICAGO IL 60649-3626<br>**Reported: 08/1993 – 08/1993**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY   1x<br>BOSTON MA 02127<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/01/1991 – 07/01/1991**<br>**County:** Suffolk | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE   3x<br>CHICAGO IL 60615-5287<br>**Reported: 06/01/1986 – 12/1990**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   1x<br>SOMERVILLE MA 02145<br>**Reported: 08/01/1988 – 09/01/1988**<br>**County:** Middlesex | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N   1x<br>CHICAGO IL 60615<br>**Reported: 01/01/1988 – 01/01/1988**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | N 1N   2x<br>CHICAGO IL 60615<br>**Reported: 01/1988 – 01/1988**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N   1x<br>CHICAGO IL 60615<br>**Reported: 10/01/1986 – 10/01/1986**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N   3x<br>CHICAGO IL 60615-5548<br>**Reported: 06/01/1986 – 10/1986**<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 1440 E 52ND ST   1x<br>CHICAGO IL 60615-4131<br>**Reported: 04/1986 – 04/1986**<br>**County:** Cook | Map It | DOB: | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   2x<br>SOMERVILLE MA 02145-2440<br>**County:** Middlesex | Map It | Issued: 1977-1979 in CT<br>DOB: | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 SE VW   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: | 684-4809 | N |

10/2/09 9:14 A

Welcome to RootsWeb.com Sign in

**rootsweb** *Finding our roots together.*

AN
ancestry.com
COMMUNITY

DISCOVER MORE >

"A"

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

### Type In Your Name & Get Your Instant Family Tree!

Your First Name:

Your Last Name:

Your State:
Nationwide

Search >

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | ▆▆▆▆ | 1 | |

Viewing **1-1** of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE | ▆▆ ▆▆ | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | ▆▆▆▆▆ | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | 🛒 |

Viewing **1-1** of 1

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

Search
Hundreds
of
Thousands
of
Family Tree

First Name:

Last Name:

Search

OneGreatFamily

| Last name | | Exact |
|-----------|--|-------|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ▆▆▆▆▆ | |

| Last  Residence | | Last  Benefit | |
|-----------------|--|---------------|--|
| Zip | | | |
| State | | | |
| County | | | |
| City | | | |
| Birth | | | |

10/19/09 10:08

**AFFIDAVIT**

STATE OF FLORIDA )
                )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
   http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit top Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

   1. Barack Obama's SSN. ▮▮▮▮▮
   2. Michelle Obama's SSN ▮▮▮▮▮▮
   3. An initial MLO on the side of Form 709
   4. A 1/4 inch dark square with notation on it.
   5. Preparer's SSN or PIN ▮▮▮▮▮▮
      EIN ▮▮▮▮▮
      Phone no. 312/372-0440

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions.

# 2009

| | | | 3 Donor's soc. sec. security number |
|---|---|---|---|
| MICHELLE L. | | OBAMA | ▆▆▆▆▆ |

| 4 | | | ILLINOIS |
|---|---|---|---|
| 1600 PENNSYLVANIA AVENUE, NW | | | |
| WASHINGTON, DC 20500 | | | UNITED STATES |

|  | | Yes | No |
|---|---|---|---|
| 9 | | | |
| 10 | | X | X |
| | | | |
| 11 | | | X |
| 12 | ▶ BARACK H. OBAMA | | X |
| 15 | | | X |
| 18 Consent of Spouse | | | |

Consenting spouse's signature ▶ X _[signature]_                    Date ▶ 4/7/10

| | | |
|---|---|---|
| 1 | | 0. |
| 2 | | 0. |
| 3 | | 0. |
| 4 | | 0. |
| 5 | | 0. |
| 6 | | 0. |
| 7 | | 345,800. |
| 8 | | |
| 9 | | 345,800. |
| 10 | | |
| 11 | | 345,800. |
| 12 | | 0. |
| 13 | | |
| 14 | | |
| 15 | | 0. |
| 16 | | |
| 17 | | 0. |
| 18 | | |
| 19 | | 0. |
| 20 | | |

**Sign Here** ▶ X _[signature]_ Michelle Obama 4/7/10

| | X Yes | No |
|---|---|---|

**Paid Preparer's Use Only**

▶ _[signature]_   3/30/10
WINEBERG SOLHEIM HOWELL & SHAIN, PC        312/372-0440
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

- 709

**Form 709**

**United States Gift (and Generation-Skipping Transfer) Tax Return**

► See separate instructions

**2009**

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| BARACK H. | OBAMA | |

| 4 Address (number, street, and apartment number) | 5 Legal residence (domicile) |
|---|---|
| 1600 PENNSYLVANIA AVENUE, NW | ILLINOIS |

| 6 City, state, and ZIP code | 7 Citizenship (see instructions) |
|---|---|
| WASHINGTON, DC 20500 | UNITED STATES |

|  |  | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ► and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ► | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once ► 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse MICHELLE L. OBAMA | 14 SSN | |
| 15 | Were you married to one another during the entire calendar year? See instructions | | X |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ► | | |
| 17 | Will a gift tax return for this year be filed by your spouse? If "Yes," mail both returns in the same envelope. | X | |
| 18 | Consent of Spouse. I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. |

Consenting spouse's signature ► X *Michelle Obama*   Date ► 4-7-10

| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresidents, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here** ► X _____ Signature of donor   Date 4/7/10

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ► *[signature]*   Date 3/30/10

Firm's name WINEBERG SOLHEIM HOWELL & SHAIN, PC
130 N LASALLE ST, STE 2200
CHICAGO, IL 60601
Phone no. 312-373-0440

14350330 194470 01111D       2009.03030 OBAMA, BARACK H.       01111D 1

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions

# 2009

BARACK H.      OBAMA

1600 PENNSYLVANIA AVENUE, NW

WASHINGTON, DC 20500

5   ILLINOIS

7   UNITED STATES

|  | Yes | No |
|---|---|---|
|  |  | X |
|  |  | X |
| 12 Gifts by husband or wife to third parties |  | X |
| 14 SSN |  | X |
| 13 MICHELLE L. OBAMA |  | X |
|  |  | X |

**Part 1 — General Information**

9 Consent of Spouse

Consenting spouse's signature ▶ X *Michelle Obama*    Date ▶ 4-7-10

**Part 2 — Tax Computation**

| | |
|---|---|
| 1 | 0. |
| 2 | 0. |
| 3 | 0. |
| 4 | 345,800. |
| 5 | |
| 6 | 345,800. |
| 7 | |
| 8 | 345,800. |
| | |
| 15 | 0. |
| 16 | |
| 17 | |
| 19 | 0. |

**Sign Here** ▶ X _____    4/7/10    [X] Yes [ ] No

Paid Preparer's Use Only

KLINEBERG SOLHEIM HOWELL & SHAIN PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

Form 709

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions.

## 2009

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| MICHELLE L. | OBAMA | |

| 4 Address (number, street, and apartment number) | 5 Legal residence (domicile) |
|---|---|
| 1600 PENNSYLVANIA AVENUE, NW | ILLINOIS |

| 6 City, state, and ZIP code | 7 Citizenship (see instructions) |
|---|---|
| WASHINGTON, DC   20500 | UNITED STATES |

**Part 1 — General Information**

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ▶ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| 11b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | **Gifts by husband or wife to third parties.** Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A. | X | |
| 13 | Name of consenting spouse   BARACK H. OBAMA   14 SSN | | |
| 15 | Were you married to one another during the entire calendar year? See instructions | X | |
| 16 | If the answer to 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? If "Yes," mail both returns in the same envelope. | X | |
| 18 | **Consent of Spouse.** I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶ _[signature]_     Date ▶ 4/7/10

**Part 2 — Tax Computation**

| | | |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 0. |
| 7 | Maximum unified credit (nonresidents not U.S. citizens, see instructions) | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | |
| 9 | Balance. Subtract line 8 from line 7 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | |
| 11 | Balance. Subtract line 10 from line 9 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | |
| 14 | Total credits. Add lines 12 and 13 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | |
| 17 | Total tax. Add lines 15 and 16 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | |

**Sign Here**

▶ X _[signature]_ Michelle Obama 4/7/10
Signature of donor

| May the IRS discuss this return with the preparer shown below (see instructions)? | X Yes | No |

**Paid Preparer's Use Only**

▶ _[signature]_ 3/30/10
WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.     709

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date ███████████ and SSN ███████████. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _Linda Jordan_

Linda Jordan  4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _Seattle Washington_, County of _King_

Seattle Washington                                    King

Dated the _21st_ day of _August_, _2011_.

August            2011

Signature of the Notary _BJ Pritchett_

Date _August 21, 2011_

2

# Self Check. 

## Notice of Mismatch with Social Security Administration (SSA) Records

Print        Ver en Español

Bring this notice with you when you visit SSA.

**For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff**

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice:

    **SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

    **SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

    **SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ **SSA record does not verify, Other reason.** SSA found a discrepancy in the record.

    **SSA unable to process data.** SSA found a discrepancy in other data in the record.

**Instructions**

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville,
FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment
and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in
   IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have
   often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April
   27, 2011, the new birth certificate of Barack Obama II:
   http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-
   form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator
   and the software revealed that this document has many layers of images on it.
   This indicates that the document was not a true copy of the original birth
   certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally
   affixed by civil registrars to attest to the authenticity of government issued
   documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955006

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

DEPARTMENT OF HEALTH

FILE NUMBER **151**   61 10641

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | 5b. Hour |
|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | Month / Day / Year ▓▓▓▓▓ | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒  No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐  No ☒ |

| 8. Full Name of Father |
|---|
| BARACK  HUSSEIN  OBAMA |

| 9. Race of Father |
|---|
| African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother |
|---|
| STANLEY  ANN  DUNHAM |

| 14. Race of Mother |
|---|
| Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge.   (Signed) Ann Dunham Obama | Parent 8-7-61 |

| 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|
| I hereby certify that this child was born alive on the date and hour stated above.   (Signed) David A. Sinclair | M.D. 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar |
|---|---|
| AUG - 8 1961 | (Signed) Ukelele |

| 22. Date Accepted by Reg. General |
|---|
| AUG -8 1961 |

23. Evidence for Delayed Filing or Alteration

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH.

(Signed) Alvin T. Onaka, Ph.D.
STATE REGISTRAR



THEREPOSITORY
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

RESEARCH TOOLS
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

P.O. Box 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

WEB SITES
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani.*



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image.  Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form.          Figure 6. Grayscale.          Figure 7. Color image.



Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image.  I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.



Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on ▮▮▮▮ at 7:24 p.m. ▮▮▮▮▮▮▮▮ and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

5

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.


In witness whereof he has hereto set his hand and seal.

Name of Notary: ZACHARY S NIEBRUEGGE

Title: BRANCH MGR, U.S. BANK

I, Zachary S. Niebruegge , a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.


Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: 8 / 9 /20 11

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se,<br>Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action: |
| Barrack Hussein Obama,<br>Defendant | ) <br> ) <br> ) | |

**Affidavit of John N. Sampson**

1.     My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.     I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.     I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.     On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number ████████.

6.      On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN ████████.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN ████████ was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.      Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.      I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.      As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.      During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN ████████████

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.     I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.     I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____
                    John N. Sampson

# AFFIDAVIT OF ORLY TAITZ

1. I, Orly Taitz, am over 18 years old. I am an attorney, licensed in the state of California and admitted in all courts of California, 9th Circuit Court of Appeals, 3rd Circuit Court of Appeals and Supreme Court of the United States. I have personal knowledge of the facts described below and I can competently testify at trial to the following:

2. I received information from licensed investigators Sankey and Daniels as well as recently retired senior deportation officer John Sampson, that for most of his life Barack Obama used  and is currently using a Connecticut social security number ▬▬▬▬▬

3. The first three digits of the number ▬▬ were assigned by the Social Security administration to the state of Connecticut.

4.     Based on information and belief, Obama was never a resident of Connecticut.

5. Concerned that we have an individual fraudulently using a stolen social security number from a state, where he never resided, I decided to verify this information through official sources of the U.S. government.

6. I went on the official website for the  U.S. government www.sss.gov. This website provides verification of the Selective Service registration with the U.S. military.

7. One cannot occupy an executive position with the U.S. government without such registration with the Selective Service.

8. For verification one is supposed to enter the name, birthdate and social security number of the individual. If all three parameters match to the identification information on file, it will show "Matched record".

9. I personally entered name "Obama", birthdate 08.04.1961 and social security number ████████ given to me by investigators Sankey, Daniels and Sampson.

10. I got a response "Matched record" , selective service number ████████, I. Date of registration 9.4.1980.

11. From birth and until date of registration Obama was not a resident of Connecticut.

12. I also received a sworn affidavit from expert Chito Papa, showing, that Barack Obama is using the same Connecticut social security number ████████ on his 2009 tax returns, which were posted on the official web site WhiteHouse.gov. This tax return was later reposted with the file flattened and the social security number electronically whitened, however the original file with the visible social security number was downloaded by Mr. Papa and multiple other individuals. A true and correct copy of such affidavit is attached herein.

13. I also received a sworn affidavit from Ms. Linda Jordan. A true and correct copy of such affidavit is attached herein.

12. As an attorney and officer of the court I declare under penalty of perjury, that above is true and correct statement of the facts. As an officer of the court I am requesting an immediate  hearing on this matter, as it shows that  we have an unprecedented breach of the U.S. National security, we have an individual with a fraudulently obtained Social Security number from a state, where he never resided, occupying the position of the President of the United States and Commander-in-chief.

/s/ Dr. Orly Taitz, Esq.

# Online Verification

────── KEY INFORMATION ──────

## Selective Service Online Registration Verification

This service allows you to look up a man's Selective Service number, as well as the date he registered. Enter a last name, social security number, and date of birth for the registered man and click on "Submit."

Only registrations of men born on or after January 1, 1960, can be verified through this system. To obtain Selective Service information about men born earlier, and for online instructions, see our "Records" page.

This service is operational seven days a week. It is not available when system maintenance is scheduled from 2 a.m. to 4 a.m. U.S. Central time, Tuesday through Saturday.



| Selective Service Online Registration Search | |
| --- | --- |
| Last Name: | |
| Social Security Number: | (No dashes or spaces) |
| Date of Birth: | (mm/dd/yyyy) |
| Submit    Reset | |

Men who have registered remain eligible for federal student aid, most federal jobs, and some job training. Male non-citizens living in the U.S. who are 18 through 25 must register to remain eligible for citizenship.

Last Updated: 8/14/2007

© 2011 Selective Service System



## Selective Service Record Search Results

Search Criteria

Last Name ...............
Social Security Number: ... ... ....
Date of Birth ...........

### Matched Record

Selective Service Number:

Date of Registration

To obtain written proof of Selective Service registration, print this page and take the ...........

New Search

FAQs

# CERTIFICATION DECLARATION OF
# Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document marked P1 shown in her own handwriting crossed out to mean to exclude "Barack Hussein Obama (Soebarkah)" from her passport renewal.

6. The attached documents plus cover letter of two pages for a total 14 pages received from the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number: 200807238.

**I do hereby declare and certify that the attached records are a true and accurate copy of those received by Declarant; and that I am available to testify in open court as such.**

Dated: Brooklyn New York
December _7_, 2011

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue – 281
Brooklyn, New York 11238
Cell- 845-901-6767 email: chris@strunk.ws

Attached: Coverletter (2 pages)
          Six (6) Documents P1 thru P6 (12 pages)

Declaration of Brian M. Fedorka

I, Brian M. Fedorka, am over 18 years old, resident of the state of Mississippi and a registered voter in the state of Mississippi. I join Dr. Orly Taitz, ESQ as an additional plaintiff in her challenge and legal action Taitz v Democratic Party of Mississippi and Secretary of State of Mississippi challenging candidate Obama in primary and general elections.

Signed _Brian M. Fedorka_

Dated    03 April 2012

Brian M Fedorka
812 Shiloh Drive
Columbus MS 39732

**GREG HOLLISTER**< greg_hollister@msn.com>                                    Wed, Feb 9, 2011 at 5:39 AM
To: orly.taitz@gmail.com
Cc: "John Hemenway, DC Council" <johndhemenway@comcast.net>, Larry Elgin
<lawnet.lae@gmail.com>, Susan Private Investigator <susandanielspi@aol.com>, "Linda Bent,
SONORAN NEWS" <lindabent@aol.com>

Dear Ms. Taitz,

I have been monitoring your efforts at a distance reference the eligibility of Barack Obama to serve as
POTUS. I see that you are now filing suit reference his many SSNs.

I have a copy of Obama's selective service card with the SSN affixed. I, as a small business owner,
have access to the Social Security Number Verification System. As a result, I checked the SSNVS for
the SSN Obama used for registering with Selective Service. The SSNVS search resulted in a report
sheet that states that number Obama used to register for Selective Service was never issued.

Let me be direct - I have not agreed with many of your tactics in this endeavor. However, I have
continued to follow your efforts to see where there may be synergy and this is one.

Therefore, if you think the documents will be helpful, please let me know and I will send you the PDF
files for both the Selective Service Card and the SSNVS report that states that SSN was never
issued.

Sincerely

Greg Hollister

Gregory S. Hollister, Colonel, USAF, Retired
President, Hollister Enterprises LLC
719-358-2185
www.HollisterEnterprices.Net

Social Security Online                 Business Services Online

www.socialsecurity.gov    BSO Main Menu |  BSO Information |  Contact Us |  Keyboard
Navigation |  Logout

# Social Security Number Verification System (SSNVS)

SSNVS Help

## SSN Verification Results

Employer's EIN:
Records Submitted       1
Failed                  1
Verified Records:       0

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select *What to do if an SSN fails to Verify* for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select *Field Office Locator* to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| Failed  | ▓▓▓▓▓         | BARACK     | -           | OBAMA     | -      | ▓▓▓▓▓                  | M          | 1                    |

| Verification Results | |
|------|----------------------------|
| Code | Description                |
| 1    | SSN not in file (never issued). |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

# RELEASE THE MUGS

By Julianna Smoot, Deputy Campaign Manager on November 19, 2011

Yesterday, four Republicans in the New Hampshire State House allowed a hearing requested by Orly Taitz, the notorious dentist-lawyer-birther who wants President Obama officially removed from the state's primary ballot.

So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs.

There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this.

But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug.

Works like a charm. I recommend Earl Grey.



http://www.barackobama.com/news/entry/release-the-mugs

STATE OF HAWAII     **CERTIFICATE OF LIVE BIRTH**     DEPARTMENT OF HEALTH

FILE NUMBER **151**    61 10637

| Child's First Name | Middle Name | Last Name |
|---|---|---|
| SUSAN | ELIZABETH | NORDYKE |

Sex: **Female**

Time of Birth: **2:12 P.** M.

Place of Birth — City, Town or Rural Location: **Honolulu**   Island: **Oahu**

Name of Hospital or Institution: **Kapiolani Maternity & Gynecological Hospital**

Is Place of Birth Inside City or Town Limits? **Yes**

Usual Residence of Mother — City, Town or Rural Location: **Honolulu**   Island: **Oahu**

County and State or Foreign Country: **Honolulu, Oahu**

Street Address: **2013 Kakela Drive**

Full Name of Father: **ROBERT ALLAN NORDYKE**

Age of Father: **42**

Birthplace: **Woodland, California**

Usual Occupation: **Doctor**

Race of Father: **Caucasian**

Kind of Business or Industry: **Private Practice**

Full Maiden Name of Mother: **ELEANOR LOUISE COLE**

Age of Mother: **34**

Birthplace: **Los Angeles, California**

Type of Occupation Outside Home During Pregnancy: **None**

Race of Mother: **Caucasian**

Signature of Parent or Other Informant: *Eleanor Cole Nordyke*

Signature of Attendant: *C. A. McSorta*

Signature of Local Registrar: *Bertric L. Yzosia*

Date Accepted by Local Reg.: **AUG 11 1961**

Date of Registration: **8/11/61**

---

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE
ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE
HAWAII STATE DEPARTMENT OF HEALTH

*LEO BERNSTEIN, M.D.*
Director of Health

DATE
5-5-1966

*Charles G Bennett*
CHARLES G. BENNETT
Registrar General

# TRANSCRIPT OF MEDIA PRESENTATION

## Sheriff Joe Arpaio, Maricopa County, Arizona
## March 1, 2012

## INVESTIGATION INTO BARACK OBAMA'S BIRTH CERTIFICATE
## AND ELIGIBILITY TO HOLD THE OFFICE OF PRESIDENT

**LISA ALLEN** [00:56]: Good afternoon. I'm Lisa Allen, the Director of Media Relations for the Maricopa County Sheriff's Office, here to introduce you to those who are going to be speaking today and presenting the initial findings of a six-month long investigation by the Sheriff's Cold Case Posse into the authenticity of the President's birth certificate and his subsequent eligibility to hold the Office of President.

[01:21] Addressing you today will be Sheriff Joe Arpaio. The Sheriff will provide a brief synopsis of the investigation's initial findings. Following his opening remarks, Mike Zullo, Lead Investigator from the Cold Case Posse will provide far more details on the findings and how investigators came to their conclusions so far.  Dr. Jerry Corsi, Jerome Corsi, is also here. He will detail his involvement in the investigation. Also present with us today but not having any official presentation is Mara Zebest. She is a computer specialist, author, and lecturer of document creation and publication. Denise O'Rourke is here. She's one of the Phoenix based attorneys who worked alongside investigators during the course of the investigation, and Carl Seel, State Representative from District Six is here to briefly discuss his effort to reintroduce legislation pertaining to this particular matter.

23  [02:24] Once Dr. Corsi finishes his brief remarks, Sheriff Arpaio will conclude the

24  press conference with his final thoughts on the matter. At this point we will be open

25  to questions. Most of the questions, you need to know, will be handled by Mike Zullo

26  or Dr. Corsi. In the materials available to you today is a short introduction on all of

27  those participating in today's press conference.

28  [02:49] This will be what we call a technically complex press conference, and all of

29  us here have endeavored to make it as easy to comprehend as possible. So to

30  facilitate that goal, we have provided not only a lengthy and detailed press release,

31  but the Posse also put together six short presentations which you will see today

32  helping to explain why investigators believe the veracity of the President's birth

33  certificate and Selective Registration card are highly suspect. Those videos will be

34  made available through YouTube later today for public dissemination, and just for full

35  disclosure, this press conference is being streamed live as we speak.

36  Here's Sheriff Arpaio.

37  **SHERIFF ARPAIO** [03:39]: Good afternoon. You know, in August last year, a large

38  group of citizens came to my office from the Surprise Arizona Tea Party and met with

39  me, asked if I would investigate the controversy surrounding President Obama's

40  birth certificate and his ability to serve as the President of the United States. This

41  group expressed displeasure that no law enforcement agency in the country has ever

42  gone on record indicating that they had either looked into this situation or were

43  willing to do so.

44  [04:26] I decided to utilize my Cold Case Posse, volunteers, to investigate the

45  situation at no expense to the taxpayers. I repeat, no expense to the taxpayers. The

46  Cold Case Posse has received much criminal training in investigations from my office

47  and agreed to take on the challenge. The Posse reports directly to the office of the

48  elected Sheriff, per the Arizona Constitution, consisting of former police officers,

49  attorneys, who worked side by side for six months investigating this matter. I asked

50  them to conduct the investigation with no preconceived ideas. Call it like it is. The

51  critics will say that this investigation is politics, but let me clear that up on one point.

52  I felt that this investigation could clear the President Obama's name and put people's

53  mind at ease. It would be beneficial to our country as a whole and to the citizens of

54    Maricopa County, Arizona, who came to me saying they felt their concerns were
55    being ignored.

56    [06:09] The investigation focuses on the electronic file you'll see, that was presented
57    as President Obama's long-form birth certificate to the American people and to
58    citizens of Maricopa County by the White House in April of last year. The
59    investigation then also led us to a closer examination of the President's Selective
60    Service Registration card. Upon close examination of the evidence, we are prepared
61    today to say we believe probable cause exists indicating that forgery and fraud may
62    have been committed, not only in President Obama's long form birth certificate, but
63    more disturbing evidence suggests that another fraud may have been committed
64    regarding his Selective Service Registration card. At the very least, I can tell you
65    this: based on all of the evidence presented and investigated, I cannot in good faith
66    report to you that these documents are authentic.

67    [07:39] My investigators believe that the long form birth certificate was
68    manufactured electronically and that it did not originate in a paper format as claimed
69    by the White House. How we came to that conclusion will be presented to you by our
70    lead investigator, Mike Zullo.

71    **MIKE ZULLO** [08:16]: Good afternoon. My name is Michael Zullo. I am the Lead
72    Investigator for the Maricopa County Cold Case Posse.

73    [08:24] I wanted to give you a little background real quick, and then I'm going to
74    move into some videos that we made. I am going to ask for your forgiveness. The
75    videos we're going to show you today are drafts. The final copies failed to arrive this
76    morning. We have some typos. Please excuse the spelling mistakes.

77    [08:41] Going back to what the Sheriff had just informed you, when the Sheriff
78    commissioned the Cold Case Posse to look into this matter, the Sheriff advised that
79    he had no prior knowledge of this information, he didn't know whether or not an
80    offense had been committed, didn't even know whether this was in his jurisdiction or
81    not. Rather than using taxpayer dollars to go on a fishing expedition, the Sheriff
82    commissioned the Posse. We put together a group of five individuals: three former
83    police officers, all with criminal investigative experiences from other agencies, as

84   well as being trained by the Maricopa County Sheriff's Office General Investigation
85   Division. We also brought in two attorneys so we could get some solid legal input.

86   [09:28] Going forward, our methodology was to look at this document and validate
87   this document. In other words, all we wanted to do was look at this information,
88   reproduce what was in this document, and then move on. If we could reproduce it,
89   there truly is no issue. Unfortunately the evidence took us somewhere else.

90   [09:51] In order to take this complex problem and bring it down to a level that we
91   all can understand it, I'm going to ask you to endure six short videos. The average
92   duration is one-and-a-half minutes, with a concluding video to be about four
93   minutes.

94   [10:30]: While he's doing that, the sixth video is going to be a video highlighting Mr.
95   Obama's Selective Service card. The Selective Service Registration card had been a
96   point of controversy, and during our investigation this information kept surfacing. So
97   we decided to take a look at that as well. That's going to be self-explanatory.

98   [10:51] As far as the birth certificate itself is concerned, the first video you are going
99   to see is what this document should have looked like had it been a paper document
100  to begin with. We do not believe this document that presented on April 27, 2011 by
101  the White House, ever existed in paper form.

102  [11:12] So if you just bear with me, we'll get that video going, and we can move on
103  from there.

104  **= VIDEO 1 START =**

105  [11:23] "What should President Obama's birth certificate have looked like after being
106  scanned into a computer? In order to find out we stripped away the document's
107  green background, leaving only a black and white document. Next the document was
108  photocopied onto green basket-weave safety paper.  The document was then
109  scanned into a computer and opened in Adobe Illustrator.   Once inside Illustrator
110  the file was as it should be; it has one layer and one link.  As the document is
111  enlarged we'll notice two more characteristics that confirm it was produced by

112  scanning a paper document into a computer.  First, the texture of the paper can be
113  seen underneath the ink.  Secondly, the image noise is consistent throughout the
114  document as we scroll from top to bottom.  So to recap, we have one layer, one link,
115  and noise that is consistent throughout the document.

116  [12:30]: "So why didn't the birth certificate file released by President Obama behave
117  the same way?   Can the anomalies in President Obama's birth certificate be
118  explained by the use of OCR software or perhaps by the fact that the document was
119  optimized prior to released?  We'll explore these possible explanations in a moment.
120  But first we'll take a closer look at President Obama's birth certificate."

121  **= VIDEO 1 END =**

122  **MIKE ZULLO** [13:02] : What I want you to remember about that particular video is
123  because the President's birth certificate released by the White House was an
124  electronic document, we literally had the capability to go into that file and turn off
125  the green safety paper background. Anybody that gets documents anywhere realizes
126  that safety paper is supposed to be a source of comfort that it is an official
127  document. We had the ability to turn it off.

128  [13:29] We turned it off and we scanned the President's birth certificate onto a hard
129  copy paper document, a paper, a safety paper document we actually laid his birth
130  certificate on top of.

131  [13:43] Now what you're going to see is the differences between what we did and
132  what the file from the White House actually contains.

133  **= VIDEO 2 START =**

134  [13:52]: "We've already seen what is supposed to happen when a paper document is
135  scanned into a computer and opened in Adobe Illustrator.

136  [14:01]: "Now let's use Illustrator to open the PDF file of Obama's long-form birth
137  certificate that was posted on WhiteHouse.gov on April 27th, 2011. At first glance the
138  document appears to have only one layer. However a quick glance at the links

139   palette indicates that there are many layers.  Nine layers to be exact.  As we turn
140   each layer on and off, note the information that each contains. As layers 1 and 2 are
141   turned on and off they appear to contain no information.  As we will see later,
142   nothing could be farther from the truth.

143   [14:49]: "Keep your eyes on Box 20, 22 and the Date Stamp at the bottom of the
144   page as we click layers 4, 5 and 6 on and off.  Layer 7 contains the State Registrar's
145   stamp, layer 8 most of the type, and layer 9 the green safety paper background.

146   [15:11]: "Perhaps most troubling is the way the Date Stamp, and the State
147   Registrar's stamp at the bottom edge of the page, can be moved around the page in
148   their entirety once they've been selected.  This immediately caught the attention of
149   Maricopa County Sheriff's investigators.

150   [15:31]: "You'll recall that when a paper document is scanned into a computer we
151   typically see an even level of noise throughout the document.  So does the PDF file
152   released by the White House pass this test?   No it does not.  As you can see as we
153   scroll down the document, noise is not evenly distributed as it should be.

154   [15:55]: "Those who have attempted to defend the documents authenticity rely
155   primarily on two theories.  One, that the document may have had Optical Character
156   Recognition software applied to it, or that because the document was optimized
157   before being released to the general public these anomalies are expected.  As you
158   will see, both theories are easily debunked."

159   **= VIDEO 2 END =**

160   **MIKE ZULLO** [16:23]: As you can see in this video, we scanned in a control
161   document the way a document would be if you just simply scan it into a computer,
162   put it into a PDF file, and wanted to upload it onto the internet for viewing. If any
163   one of you brought me your birth certificate, I could scan it into a computer and get
164   that same effect. There would be no links, no layers, nothing able to move on the
165   document.

166   [16:48] Over the last 10 months with all the controversy, there have been those that

167    tried to explain away these anomalies, and they tried to explain them away by

168    offering up excuses of OCR software or optimization. We tried to control study on

169    using OCR software and optimization, attempting to again validate Mr. Obama's birth

170    certificate. These were our results.

171    **= VIDEO 3 START =**

172    [17:19]: "Theories put forth by those who are trying to defend the authenticity of

173    Barack Obama's long-form birth certificate, is that the many anomalies contained in

174    the document are there because Optical Character Recognition (or OCR software)

175    was applied to the document prior to its release by the White House.  What is OCR

176    software, and what evidence is there that this software was, or was not, applied to

177    President Obama's long-form birth certificate before being released by the White

178    House?

179    [17:54] "In order to determine if OCR software had been applied to the file released

180    by the White House, we put it through a 3-part test.  First, can fonts be recognized

181    in the document? Secondly, can words be searched for in the document, and third,

182    can text be edited in the document?

183    [18:13] "Before we look at Barack Obama's long form birth certificate, let's take a

184    look at a document we know has had OCR software applied to it.  This document

185    started out as a piece of paper.  It was scanned into a computer and then had OCR

186    software applied to it.  As we can see, fonts are recognized in the document, so it

187    has passed the first part of our test.  Next we'll see if words can be searched for in

188    the document.  Let's try the word "constitution" .. and there it is.  The document has

189    now passed the second part of the test.  Now we'll see if text within the document

190    can be edited .. Indeed it can.  The document has passed all three parts of our test.

191    We can say, with 100-percent certainty, that this document did have OCR software

192    applied.

193    [19:32] "Now we'll put the file released by the White House through the same 3-

194    point test.   First we check to see what fonts were identified.  As you can see no

195    fonts were identified, therefore the document fails the first test.   Now we'll search

196    for a word that we know is in the document.  It would seem that no matches were

197   found.  The document therefore fails the second test.   Now we'll see if we can edit
198   text in the document.  We can't even highlight text so that it can be edited.  The
199   document therefore fails the third test.  We can say with 100-percent certainty that
200   the document was not put through OCR software.

201   [20:17] "If the use of Optical Character Recognition Software isn't responsible for
202   the many anomalies in Barack Obama's long-form birth certificate, what about
203   "Optimization"?  We'll explore this theory in our next video."

204   **= VIDEO 3 END =**

205   **MIKE ZULLO** [20.34]: With OCR software off the table, this is where this
206   investigation really started to turn for us. We were having difficulty reproducing
207   anomalies in the file released by the White House. This really started to become a
208   problem for us. We knew at that point that this document was most likely
209   manufactured.

210   [20:55]: The next excuse that was given up supporting the authenticity of the
211   document was "Optimization". Optimization in a nutshell is just compressing the file,
212   and certain anomalies happen there. We ran optimization tests on the file from the
213   White House on the 27th.

214   **= VIDEO 4 START =**

215   [ 21:15]:  "Optimized is a fancy way of saying that a file has been drastically
216   reduced in size.  So was there a good reason for optimizing Barack Obama's birth
217   certificate before posting it on the Internet?  Given the anticipated number of
218   downloads, yes, a smaller file would be beneficial.

219   [21:35] "Now for the big question – Can optimization explain the many anomalies in
220   Barack Obama's birth certificate?   In order to find out, we'll once again perform a
221   little experiment.  You'll recall that we took Barack Obama's birth certificate,
222   removed the green background, then photocopied it onto green basket-weave safety
223   paper.  Next we scanned it into a computer.  This time we also optimized the
224   document.  We'll now begin a series of comparisons between the control document

225   and the one released by the White House.

226   [22:12] "Let's start with a look at 'layers'.  Optimization produced 45 layers in our
227   control document which is to be expected with a document of this complexity. The
228   document released by the White House had only 9 layers.

229   [22:30] "Now let's look at the green safety paper background. As we look at this
230   sped-up version of the layers in our control document being turned on, you'll note
231   that the green background layer is divided over many, many layers.  This is to be
232   expected as a result of the optimization process.  The birth certificate released by
233   the White House has 100-percent of the the green background on the 9th and final
234   layer.  As you have seen by looking at the control document, this is not an expected
235   result of optimization and implies strongly that the green background layer was
236   created on a computer and inserted behind the other layers as the last step in the
237   computerized document creation process.

238   [23:25] "And now we'll look at the Registrar's Stamp and the Date Stamp.  The Date
239   and the Registrar's Stamp are contained in part on layer 1.  I'll lift layer 1 off the
240   document so you can see.  There you go, part of the Date Stamp, part of the
241   Registrar's Stamp.  Now the Date Stamp is also contained in part on layer 7 and on
242   layer 27.  The Registrar's Stamp, in addition to being contained on layer 1, is also
243   contained on layer 6.  Note that both stamps took some of the green background
244   with them.  Suffice it to say that the Date Stamp and the Registrar's Stamp, in a
245   document that has been optimized, cannot be moved around the document in one
246   piece at will.

247   [24:18] "Now let's look at the Certificate of Live Birth released by the White House.
248   As you can see both the Date Stamp and the Registrar's Stamp can be moved
249   anywhere you want in one piece -- no green background going with it -- lifted
250   cleanly off the document.  As we know from our previous example this is not caused
251   by optimization.

252   [24:44] "Now let's look at the 'white halo issue'.  As we look at our control document
253   we can see that there is no white halo effect caused by optimization.  Even as we
254   zoom in and look closely between the letters we can see that the white halo effect

255  does not exist, and therefore cannot be blamed on optimization. As we zoom in on
256  the document released by the White House we can see the white halo effect
257  throughout the document.  And while we do not know what caused this white halo
258  effect, we can state with confidence that it was not caused by optimization.

259  [25:24] "There are numerous ways a white halo effect can be manufactured within
260  Adobe Photoshop.  The exact way that this particular effect was manufactured is not
261  important.  All that is important is to note that when you scan a document into a
262  computer and optimize it a white halo effect is not produced.

263  [25:42] "In conclusion we can state that while optimization can result in a layered
264  document, the layers found in Barack Obama's long form birth certificate are very
265  dissimilar to what we'd expect as a result of the optimization process.

266  [25:59] "In short, optimization doesn't explain a single anomaly in Barack Obama's
267  long form birth certificate.  Not a single one."

268  **= VIDEO 4 END =**

269  **MIKE ZULLO** [26:11] : In looking at that video, you'll see that on Mr. Obama's birth
270  certificate, there are approximately 8 or 9 links and layers. Links and layers are
271  indicative of a document being built, like you would on those transparencies from
272  years ago when you start laying them one on top of the other, and you start to build
273  a picture. That's what that's indicative of. Running it through software for
274  optimization or OCR, you get anywhere from 45 to 150 links and layers, all bits and
275  pieces. Mr. Obama's is down to about 8 or 9, give or take, on either side. That's an
276  indication of human logic was involved in putting that document together. A
277  computer will not randomly do what it does on Mr. Obama's certificate.
278
279  [27:00] The other thing I want you to pay a little close attention to -- I believe this
280  is the conclusion video coming up -- the Registrar's Stamp and Date Stamp. At this
281  point when we realized that you could pick up that stamp and move it and leave a
282  white background basically outlining all the letters, indicated to us that the green
283  safety paper was the last thing applied to the document. In order to get that effect
284  the green safety paper would have had to have been applied by a computer -- in

285    other words, taking a little swatch and replicating it all over the document. During
286    that process, that green safety paper doesn't fill in where other fonts are. It only fills
287    in blank spots. That tells us that whoever did this put the green safety paper on that
288    document last. If you go back to our video in the beginning, it should have been
289    there right on the onset, and it wasn't.

290    [27:56] The next video I'm going to show you is the conclusion. It is a little lengthy,
291    but we did it for a purpose. These videos are designed -- you're going to have to
292    watch them a couple times – this last video will bring it together on the birth
293    certificate. Then I want to move into two other issues, and I won't take up any more
294    of your time.

295    **= VIDEO 5 START =**

296    [28:17] "Over the last 10 months there have been numerous attempts to defend the
297    authenticity of Barack Obama's long form birth certificate by offering up speculation
298    and conjecture.   Unlike those who defend the authenticity of the document, we
299    were not willing to merely speculate or engage in conjecture.  Instead we created
300    our own control document and scanned it into a computer.

301    [28:48] "Many have falsely claimed that optical character recognition software was
302    applied to Barack Obama's long form birth certificate in an attempt to explain away
303    the document's many problems.  You'll recall that because fonts were not recognized
304    in the document, and text could not be successfully searched for or edited in the
305    document, we concluded with 100-percent certainty that OCR software had not been
306    applied to Barack Obama's long form birth certificate.   Now we'll apply character
307    recognition sofware to Barack Obama's long form birth certificate.  Once we  are
308    done will will apply the same 3-point test to Barack Obama's birth certificate.  This
309    time we should see drastically different results.

310    [29:48] "First we'll look under the properties tab to see if fonts were recognized. ..
311    As you can see, they were.

312    [29.56] "Next we'll see if we can search for a word in the body of the text.  We'll
313    choose the word 'live' since we know that it's there.  ..  And as you can see, the

343   fact that both stamps can be lifted cleanly off the document and moved about the
344   birth certificate in one solid piece.  It should be noted that none of the self-
345   proclaimed computer experts claiming to be able to replicate the layers in Obama's
346   long form birth certificate has been able to replicate this effect with the April 25th
347   Date Stamp and the Registrar's stamp.

348   [33:10] "This document is far too problematic to discuss all of its issues in one press
349   conference.  Please note that the issue we are most concerned with is that of the
350   Date Stamp and the Registrar's stamp which appear to have been imported from
351   unknown outside sources.  For if the Date Stamp and the Registrar's stamp which
352   were placed on the document to give it authenticity are fraudulent, then the entire
353   document is fraudulent."

354   **= VIDEO 5 END =**

355   **MIKE ZULLO** [33:45]: The last part of that video is probably the most important.
356   The fact that the Registrar's Stamp and the Date Stamp giving authenticity to the
357   document is a safety factor. It's to tell the public that this thing is true, it's authentic,
358   and it's official. The fact that that Date Stamp and Registrar's Stamp has been
359   imported from an unknown source, linked and layered in onto the document, and
360   can be moved around in its entirety leaving a white halo tells us that whoever
361   created this document imported that Registrar's Stamp and that Date Stamp, laid it
362   on a white background, and then filled in the green safety paper around it. That is
363   not the way, under any law that I am aware of, you authenticate a document. The
364   document has failed every test we put it through, and I want to also be clear, that
365   you understand, this was just not a bunch of ex-cops and lawyers running these
366   tests. We went outside to experts, graphic experts, forensic document examiners,
367   and ran these tests.

368   [34:55] This is serious. This is very serious. When we realized that that Registrar's
369   Stamp and that Date Stamp were imported the way they were, we notified Sheriff
370   Arpaio immediately, and advised him that we believed we had a forgery.

371   [34:12] Going forward, other information surfaced regarding allegations of Mr.
372   Obama being born abroad and not in Hawaii. Without having this document to rely

373    on, we were now forced to look into some other issues. There was speculation that
374    he was born in Kenya, that's been out there forever. We tried to determine, is there
375    a way for us to find out if that's true. We all know that every document surrounding
376    Mr. Obama's birth is basically sealed, or doesn't exist, or no, we're told something
377    about it. We took an unusual step. We knew back in 1960, 61, any flight coming in
378    from overseas to Hawaii would have been, I believe, Pan Am or TWA, and we tried to
379    see if there was an opportunity for us to get passenger manifests. There wasn't,
380    obviously. They don't exist any longer.

381    [36:07] We reached out to the National Archives and asked them the same question.
382    The National Archives responded and informed us that they didn't have manifests,
383    but what they actually did have was microfilm copies of INS records depicting of
384    every individual coming into the country from overseas. We asked them to copy
385    those records from microfilm onto viewable microfilm rolls for us. They did. I believe
386    we asked for a ten year span of time, 685 rolls, or something to that effect. We
387    asked Mr. Corsi, because he's local in that area, to go down and view those for us.
388    Mr. Corsi went in looking for the month of August, 1961. That is the birthdate of the
389    President. Not the exact birthdate, that is his birth month.

390    [37:01] Mr. Corsi was examining those records. When he got to August 1st, through
391    the day of August 7th, those records disappeared from the microfilm. And they
392    picked up on August 9th? August 8th. And then continued on. We petitioned the
393    Archives and asked them why this occurred, if they had any reason, an explanation.
394    To date, they do not.

395    [37:33] What does that translate to us? We don't know if Stanley Ann Dunham, or
396    Mr. Obama as an infant, was on an airplane coming into the country. We don't know
397    if he was, we don't know if he isn't, and we cannot make that determination. As a
398    result, we still have to entertain information now that he was possibly born abroad.

399    [37:56] Another issue surfaced. And that would be Mr. Obama's Selective Service
400    registration card. There have been months and months of debate over this Selective
401    Service card. We had to take a look at the Selective Service Card. And what you'll
402    see on one of diagrams there, you see a blow-up of the Selective Service Card. What
403    I'm going to do is I'm going to play this short video to show you what we did and

404   how we came to our determination. I'll expound on it a little bit, and then we'll move
405   forward.

406   **= VIDEO 6 START =**

407   [38:39] "Was Barack Obama's Selective Service card really received by the Post
408   Office on July 29, 1980? What exactly is the concern with Barack Obama's Selective
409   Service registration?

410   [38:53] "We reviewed multiple Selective Service Registration cards.  These are just
411   four examples.  Notice the Date Stamps on all four contain 4 digits for the
412   year/decade marking. This is a copy of the Date Stamp for Barack Obama's original
413   Selective Service Registration card that was made available for public review.

414   [39:15] "These photographs illustrate a standard pica stamp that was used during
415   the 1980's era. The photograph on the upper right shows the pica stamp
416   compartments in stamps that needed to be changed out daily, monthly, and yearly.
417   The picture on the bottom right is an example of a loaded pica stamp.

418   [39:38] "These 5 examples are the expected results from pica stamp used by the
419   United States Post Office.  The two examples on the far left are from the same Post
420   Office where Barack Obama supposedly turned in his Selective Service paperwork.
421   Per the United States Post Office, it is policy to use a stamp that contains 4 digits for
422   the year. The stamp below is Mr. Barack Obama's and it contains only two digits for
423   the year. Why?

424   [40:15] "This photograph shows a pica 2008 year stamp and a pica 80's stamp.
425   Since there are no 1980 pica year stamps available, the '2008' was cut between the
426   two '0's and inverted. This inverted cut stamp creates a similar effect which closely
427   resembles the one seen in Barack Obama's Selective Service registration card.
428
429   [40:41] "This illustration shows what the 2008 pica stamp looks like when cut in half
430   and then inverted.

431   [40:51] "In conclusion, as you can see by looking at the side-by-side comparison

432  below, there is a clear difference between the authentic stamp shown on the right
433  and Mr Barack Obama's on the left. Look at the distance between the '0' and the
434  innermost circle of the stamp.  Look at the distance to the right of the '0', and
435  beneath the '0'.  The reason the numbers '8' and '0' are out of position on Barack
436  Obama's registration card is because when the numbers '08' were cut away from the
437  year '2008' they were not cut squarely. Or perhaps put another way, the person who
438  cut them, cut too close to the '0'.  When '08' was turned upside down to become '80'
439  and put back into the pica stamp, it pushed too far to the right.

440  [41:45] "In what is becoming a clear pattern for documents that are essential to the
441  documentation of Obama's life narrative, the Selective Service card isn't just forged
442  -- it's poorly forged."

443  **= VIDEO 6 END =**

444  **MIKE ZULLO** [42:01]: This piece of evidence is extremely disturbing, given the fact
445  that there was no logical reason in 1980 for any Post Office employee to cut a pica
446  Date Stamp. It is one solid piece of rubber, it sits in there for a year. In addition, the
447  pica Date Stamps, the date, the stamp itself, the stamper itself, is no longer
448  manufactured. It was manufactured until about 1980. However, the inserts are still
449  manufactured. But you can't go on the street and buy them. They come from postal
450  supply houses. The only way we were able to get them was under the venue of the
451  Maricopa County Sheriff's Office.

452  [42:44] I personally cut that 2008 stamp in half, put it in, and stamped a white
453  piece of paper. And to my amazement I replicated what was on Mr. Obama's
454  Selective Service Card. That has severe implications that I'm not prepared to speak
455  to you about today. That's troubling.

456  [42:07] Absent of a birth certificate - absent of a legitimate birth certificate - and if
457  you go back to the very beginning when this started. Sheriff Arpaio called it from the
458  very beginning -- "Show me the microfilm".

459  [43:18] We do not have a single document, absent of that birth certificate which we
460  do not believe was ever an authenticated document, that proves Mr. Obama's birth in

461   Hawaii, or anywhere else in the United States for that matter.

462   [43:35] We have to see some more information. We would like to see hospital
463   records. We would like to see microfilm. And let me emphasize, a single roll of
464   microfilm or a single picture of microfilm is not going to be enough. We would want
465   to forensically examine that roll of microfilm. It can be age-tested. We would like to
466   see the documentation that Hawaii has. And we would like cooperation.

467   [44:04] At this juncture, we've advised Sheriff Arpaio that we believe this should be
468   a full-blown criminal investigation because a fraud has been committed in Maricopa
469   County and the State of Arizona.  The document is fake.  The representations
470   therefore are fake.

471   [44:24] We've asked him for some additional help. We've asked him to provide other
472   resources from the Maricopa County Sheriff's Office. That is under review and
473   consideration by him, and I'm sure he'll have that decision for you shortly. At this
474   point, I would like to conclude and ask Mr. Corsi to step up. He has some information
475   for you as well. Thank you.

476   [44:58] Mr. Corsi just reminded me of another development. It happened quite
477   recently and I do want you all to be aware it's going to be in your press release. We
478   have identified a person of interest in the forgery of the birth certificate. We are not
479   prepared to give you any more information than that. But we have identified an
480   individual. That is also under Sheriff Arpaio's consideration. Thank you.

481   **JEROME CORSI** [45:25]: I'm Jerry Corsi, a reporter with wnd.com. And first, if
482   you'll permit me, I want to express my personal sadness at the passing of Andrew
483   Breitbart, a fellow reporter. I would like express sympathy for Joseph Farah and the
484   entire wnd.com staff. Andrew Breitbart was a courageous friend who we all admired
485   and we greatly miss him. It was very interesting that last night at 5 o'clock, I
486   received a call from Andrew Breitbart's office. They were seeking to interview Sheriff
487   Arpaio. And I arranged an interview with Sheriff Arpaio with Andrew Breitbart, which
488   turns out may have been his last interview. And of course I was honored to be able
489   to do that, of the treasured memory, Sheriff Arpaio gave an early interview and
490   discussion of what we're talking about today to Andrew Breitbart because of the

491     deep respect we have for him.

492     [46:40] My remarks are going to be short. I want to give you some of the
493     background.  I was invited in August last year with the Surprise, Arizona Tea Party to
494     give a presentation. The Surprise Tea Party had prepared a petition, some 250
495     signatures were obtained, to go to see Sheriff Arpaio, to under .. to ask him to
496     undertake the investigation. I came with the Tea Party members to a meeting in
497     Sheriff Arpaio's office. The Sheriff told us that he would consider the request and a
498     few weeks later he constituted the Cold Case Posse with the authority to begin the
499     investigation.

500     [47:23] In October, as the investigation began, I came to Maricopa County and
501     spent a weekend - 18 hours - sharing information. I brought all the research I had
502     accumulated on the issues of Barack Obama's birth certificate and eligibility to be
503     President. I can tell you that the investigators were skeptical, not enthusiastic to
504     undertake the investigation, and that I came with a stated determination to find the
505     truth. I was willing, and remain willing, to have been found wrong by the law
506     enforcement investigation on everything I've researched and written about Barack
507     Obama's birth certificate and his eligibility to be President to this point. This is not a
508     politically motivated inquiry. It's an inquiry for truth. That's why I feel privileged to
509     have participated with a dedicated law enforcement team that has been organized
510     by Sheriff Arpaio and the Maricopa County Sheriff's Office.

511     [48:32] The commitment that I made to the Cold Case Posse was that my research,
512     as I continued to develop it, would first be turned over to the Posse and not
513     published even in wnd.com so as not to compromise the investigation. And I've
514     continued to do that. I want to be very clear that I was not present in the dozens of
515     interviews to corroborate information, the additional affidavits and searching that the
516     Posse has done. I participated only when I could contribute or had something to
517     offer. And I participated in none of the deliberative meetings of the Posse. I did not
518     seek to do so. I was not part of the decision making process whatsoever. The role, as
519     a journalist, was involved and I continued to function as a journalist, but since this
520     had developed in a way where the law enforcement investigation was going to take
521     hold, Joseph Farah, the founder and creator of wnd.com made the editorial decision
522     to allow me to continue to work closely with the Cold Case Posse without

523   compromising either our journalistic integrity or intruding upon the law enforcement
524   investigation. We at wnd.com just considered that since a law enforcement group -
525   duly constituted - was going to be looking at the issue, we were honored to have
526   that level of attention and seriousness and we committed ourselves to work with the
527   Cold Case Posse, as we will continue to commit, in the same capacity, to work with
528   Sheriff Arpaio as long as the Sheriff invites us to do so. So, I want to thank you very
529   much. I want to make sure everyone had an opportunity to understand from our
530   point of view exactly what has happened. Thank you very much.

531   **SHERIFF ARPAIO** [50:49]: I'm going to have some closing remarks, but first State
532   Representative Carl Seel, he has to get back on the floor. He's got work to do at the
533   State Legislature, but he may want to say a few words.

534   **CARL SEEL** [51:06]: The information released here today, as the investigators have
535   talked about, is extremely troubling. I stand ready to support Sheriff Joe at the State
536   Legislature, as a great many of my colleagues do. Unfortunately, not a lot of them
537   could be here today. We are in session right now, and I'll be leaving shortly to make
538   sure that I get back in time to cast any important votes. I've had bills, as you know,
539   in the former legislature to deal with this issue. I do have a bill pending to deal with
540   this issue and I trust in light of this new information as it becomes greater and
541   greatly expanded publicly, that it will give new life and new support to the bill I have
542   presented before the legislature currently. Which will help, not only address some of
543   these concerns in front of us, but future concerns, to make sure that in the future we
544   maintain the integrity of our ballot and make sure that any candidate seeking public
545   office meets the criteria that the office they seek, and give the power to government
546   to enforce our Constitution. I feel it incumbent upon me not only as a public official
547   to preserve, protect, and defend the Constitution - as every sworn officer does - I
548   once again commend Sheriff Joe for taking the courage - as he usually does on
549   tough issues - to do the right thing. And I trust, Sheriff Joe, that many of my
550   colleagues will soon join publicly in that. And many of them, I'm sure, will be willing
551   to answer questions from the media.

552   [57:26] So, with that, I do need to depart. I would normally stand ready to answer
553   questions of the media after this, however, I do need to get back to the legislature.
554   So, should you wish to contact my office, I'll be happy to comment on this subject.

555        Thank you, again, Sheriff Joe.

556        **SHERIFF ARPAIO** [52:40]: .. phone number?

557        **CARL SEEL** [52:42]: Yes, my office number is 602-926-3018. Thank you very much.
558        God bless America. Thank you.

559        **SHERIFF ARPAIO** [52:57]: I want to make a couple of closing remarks, if that's
560        possible. You saw the information that was presented. We have a lot of media here.
561        I'm sure some already has, hate to say that, inferred that this investigation is
562        pointless, silly, trite.  I hope that maybe you have a change of opinion.  I'm talking
563        to the media now.

564        [53:33] If these documents are forged, and we believe as a result of the
565        investigation that there is enough probable cause to say they are, then a crime has
566        been committed. I am not accusing the President of the United States of any crime.
567        We have to further this investigation to determine who, where, when, and why these
568        documents were, we feel, forged.

569        [54:08] My challenge is, where to take these findings? I'm an ex-Federal guy, 30
570        years as a top federal law enforcement official.  I know a little about the Federal
571        government. What other governmental entities had jurisdiction over this matter?  I
572        have a little concern with that.

573        [54:35] I'm considering asking the Hawaii authorities to look into this, but as my
574        investigators and I feel, will they really do it? Will they do an independent
575        investigation?  Fair, honest, professional.  I don't know.  So where do I go next?
576        Well, we have the United States Congress. Do I ask for a Congressional
577        investigation, bipartisan?  We'll have to decide where to go.

578        [55:15] These are two alleged crimes.  Forgery and fraud.  Those responsible,
579        whoever they are, should be brought to justice.  I don't care who they are.  If I'm
580        being criticized for enforcing the law on felonies, there's something wrong.

581        [55:42] So the President's name is out there.  His birth certificate is out there.  I

582   want to find out if there is any forgery or fraud. That's my job, and we're going to
583   pursue it. If nothing else comes out of this investigation today, if it all fails, or in the
584   future, what we have learned -- I think all of us has really learned something over
585   this -- we need a better process to vet people running for President of the United
586   States of America. If nothing else comes out of this.

587   [56:36] I'm very .. I want to thank my professional Posse, you especially, Mike, and
588   we have other expertise. I think you forgot one thing. We have sworn affidavits from
589   many, many people all over the world on this matter. We're just not picking stuff out
590   of the sky that people have been reading over and over again. This investigation is
591   not over. So we're going to continue to do our jobs. I will continue as the elected
592   Sheriff of Maricopa County to do our job and see where it takes us.

593   **MIKE ZULLO** [57:30]: Thank you, Sheriff. I did neglect to tell you about that. We do
594   have sworn, numerous sworn, affidavits of people willing to step forward and tell
595   their truth. We have vetted these people.

596   [57:47] Going back to the overseas birth, I am just going to share one with you. I
597   am not going to give you any names. And I apologize for not doing this sooner. We
598   have a retired government employee who had a conversation in the '80s with Barack
599   Obama in the front yard of the home of the mother of Bill Ayers. You all know Bill
600   Ayers. During that conversation, the mother of Bill Ayers introduced this government
601   employee to Mr. Obama as a <u>foreign student</u> who they were assisting in getting
602   education for in the United States. That also is around the same time frame that the
603   Selective Service card was issued, purportedly issued. This individual is willing to
604   come forward. That takes courage.

605   [58:50] There are too many things in the background that we cannot clear. And what
606   I did tell the Sheriff, I could not come to him and say he cleared a background to be
607   an employee of the Maricopa County Sheriff's Office. There's just too much missing
608   information. We're asking, please fill in the blanks. Help us. This is not where we
609   wanted to go. This is just where it's taking us. And I apologize again for not bringing
610   that to you.

611   [58:22] **END OF PRESENTATION** – MEDIA QUESTIONS FOLLOWED

**AFFIDAVIT**

State of Florida

County of Manatee

I , Terence Brennan, declare under penalty of perjury, that am over 18 years, do
not suffer from any mental impairment, and attest that to the best of my
knowledge and belief, this is a true and correct transcript of the press conference
presentation held on March 1, 2012 in Phoenix, Arizona by Maricopa county
Sheriff Joe Arpaio.

_____          6 MARCH 2012
Terence Brennan                                            Date
Melbourne, FL 32904


_Sworn to and Subscribed before me, Leonore
VanNorman, on 3-6-2012 By Terence Brennan
who produced FL Drivers License # B655-800-42-266 -_

_Leonore Van Norman_

**LEONORE VanNORMAN**
Notary Public, State of Florida
My Comm. Expires Nov. 3, 2012
No. DD 826943

OFFICE OF STATE ADMINISTRATIVE HEARINGS

STATE OF GEORGIA

- - - - - - - - - - - - - - - - -
DAVID FARRAR                      :
LEAH LAX                          :
CODY JUDY                         :
THOMAS MALAREN                    :
LAURIE ROTH                       :
              Plaintiffs     :
                                  :
                                  :
                                  : DOCKET NO.
v.                                : OSAH-SECSTATE-CE-
                                  :   1215136-60-Malihi
BARACK OBAMA                      :
              Defendant      :
                                  :
                                  :
- - - - - - - - - - - - - - - - -

           230 Peachtree Street, Suite 850
           Atlanta, Georgia

           Thursday, January 26, 2012

      The above-entitled matter came on for hearing
pursuant to Notice, at 10:15 a.m.

BEFORE:

        MICHAEL M. MALIHI, Deputy Chief Administrative Law
                Judge

Page 2

APPEARANCES:

FOR THE PLAINTIFF:

      ORLY TAITZ, Attorney
      29839 S. Margarita, Suite 100
      Rancho Santa Margarita, California 92688

FOR THE DEFENDANT:

     (No appearance.)

I N D E X

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| David Farrar | 5 | -- | -- | -- |
| Christopher Strunk | 8 | -- | -- | -- |
| Susan Daniels | 10 | -- | -- | -- |
| Felicito Papa | 15 | -- | -- | -- |
| Linda Jordan | 19 | -- | -- | -- |
| Douglas Vogt | 22 | -- | -- | -- |
| John Sampson | 30 | -- | -- | -- |
| Orly Taitz | 40 | -- | -- | -- |

| EXHIBITS: | FOR IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| Plaintiff: | | |
| 1 - Strunk FOIA Request | 10 | -- |
| 2 - Daniels Affidavit | 14 | -- |
| 3 - Papa Affidavit | 19 | -- |
| 4 - Jordan Affidavit | 21 | -- |
| 5 - Vogt Affidavit | 30 | -- |
| 6 - Sampson Affidavit | 39 | -- |
| 7 - (Unidentified on the record) | 45 | -- |

1              P R O C E E D I N G S

2              JUDGE MALIHI:  Counsel, would you introduce

3    yourself and your client, please?

4              MS. TAITZ:  Yes.  Orly Taitz and I'm representing

5    five clients -- Mr. David Farrar, who is in the courtroom.

6              MR. FARRAR:  Good morning, sir.

7              MS. TAITZ:  Ms. Leah Lax, Ms. Laurie Roth, Mr.

8    Thomas Malaren and Mr. Cody Robert Judy.

9              JUDGE MALIHI:  Counsel, before you start, I'm

10   going to give you two hours maximum, we will conclude at

11   12:15.

12             MS. TAITZ:  Thank you, Your Honor.

13             JUDGE MALIHI:  And if you can do it a little bit

14   faster, I would appreciate it.

15             MS. TAITZ:  I'll do my best.

16             JUDGE MALIHI:  Thank you.

17             MS. TAITZ:  Mr. Farrar, please.

18             Just a quick introduction.  Please provide for the

19   Court your name and spell your last name.

20             MR. FARRAR:  David Farrar, F-a-r-r-a-r.

21             MS. TAITZ:  Mr. Farrar, you can even stand --

22             THE REPORTER:  Wait.  Got to swear the witness.

23   Whereupon,

24                       DAVID FARRAR

25   appeared as a witness herein and, having been first duly

1   sworn, was examined and testified as follows:

2                        DIRECT EXAMINATION

3   BY MS. TAITZ:

4       Q      Are you a registered voter in the State of

5   Georgia?

6       A      Yes, ma'am.

7              MS. TAITZ:  That's it, you're excused.

8              JUDGE MALIHI:  Thank you very much.

9              Counsel, hold on, hold on. What is this

10  (indicating)?

11                                  (Witness excused.)

12             MS. TAITZ:  This is a clip from the news, just

13  showing that when Mr. Obama resided in Indonesia, it shows a

14  book of records from Indonesia showing his last name in the

15  school book of records listed as Soetoro and nationality

16  Indonesian, not U.S. citizen.

17             JUDGE MALIHI:  I don't need to see the video.

18             MS. TAITZ:  That's it.

19             JUDGE MALIHI:  Okay.

20             MS. TAITZ:  Can we go back a little bit?

21             JUDGE MALIHI:  Counsel, I don't see how that's

22  relevant to the issue before me.

23             MS. TAITZ:  Well, in order for one -- first of

24  all, in order for one to be on the ballot in the State of

25  Georgia, he needs to be under a name that is legally his.

Page 6

1          JUDGE MALIHI:  You can argue that to me, but I
2     don't need to see the video.
3          MS. TAITZ:  Okay, go to the next one.
4          JUDGE MALIHI:  What's the next one?
5          MS. TAITZ:  Okay, so -- okay, so, it states that
6     he was registered in the book of records in the school in
7     Indonesia where she's staying, which was Basuki school in
8     Jakarta, Indonesia under last name Soetoro.  Next.
9          I will not go into detail -- okay, let's stop here
10    -- I will not go into detail into the issue of what natural-
11    born citizen is because we have limited time, a prior
12    counsel already stated this.
13         JUDGE MALIHI:  Counsel, please address the Court,
14    not the audience.
15         MS. TAITZ:  And I will be using the same precedent
16    of *Minor v. Happersett* and I would also state that since the
17    Constitution was adopted, the legal treatise that was
18    commonly used by the framers of the Constitution was Emerich
19    de Vattel, a well-known --
20         JUDGE MALIHI:  Counsel, are you arguing or are you
21    testifying?
22         MS. TAITZ:  That's my opening statement.
23         JUDGE MALIHI:  Okay, please step up to the podium.
24         MS. TAITZ:  Emerich de Vattel, who was a well-
25    known scholar and constitutionalist and diplomat stating

1  that natural-born citizen -- and it was a legal treatise

2  that existed at the time the Constitution was adopted --

3  stating "natural-born citizen is one born in the country to

4  parents who are citizens of the country."

5          The first Justice of the Supreme Court of the

6  United States, John Jay, a well-known letter that was

7  included in Federalist Letters, stated to George Washington

8  -- permit me to hint that it is important for the commander

9  in chief to be a natural born-citizen, not to have a

10  foreigner.

11          Lastly, there was a question in regards to the

12  14th Amendment.  And John Bingham, who was the framer of the

13  14th Amendment, in the discussions in Congress relating to

14  the adoption of the 14th Amendment, specifically stated

15  natural-born citizen is one who is born in the country to

16  parents who don't owe allegiance to other sovereignties.

17          As we know, when Mr. Obama was born, his father

18  was a citizen -- actually a British citizen because in 1961,

19  Kenya was part of --

20          JUDGE MALIHI:  Counsel, let me stop you.

21          Would you save your argument for the closing and

22  let me hear from your witnesses.  Your second witness,

23  please.

24          MS. TAITZ:  Okay, Mr. Strunk.

25          JUDGE MALIHI:  Good morning, sir.

Page 8

1        MR. STRUNK:  Good morning, Your Honor.

2    Whereupon,

3                    CHRISTOPHER STRUNK

4    appeared as a witness herein and, having been first duly

5    sworn, was examined and testified as follows:

6                    DIRECT EXAMINATION

7    BY MS. TAITZ:

8        Q    Mr. Strunk, do you recognize this document?

9        A    My name is Christopher Earl Strunk and I'm from

10    New York.  I'd like to vote in Georgia, but it's not

11    possible this year.

12        Q    I'm just asking, do you recognize this document?

13        A    Yes, that is a portion of a letter which I

14    received from the attorney for the Department of State, U.S.

15    Department of State.

16        MS. TAITZ:  Keep going, keep going, keep going,

17    further, more, more, more -- stop.

18    BY MS. TAITZ:

19        Q    Okay, so now what is this document?  Is that the

20    passport record of Stanley Ann Dunham, Mr. Obama's mother,

21    yes?

22        A    This is a renewal form.

23        Q    Okay.

24        A    Taking him off of her passport.

25        Q    Yes.  What is the last name that is listed there?

1    Can you please read the full last name for Mr. Obama on his

2    mother's passport record?

3         A    Soebarkah, S-o-e-b-a-r-k-a-h.

4         Q    So in his mother's passport records, Mr. Obama is

5    listed under last name Soebarkah, according to the records

6    that you personally received from the State Department,

7    right?

8         A    I can't draw a conclusion on that.

9         Q    Okay, but that's what is written there, Soebarkah,

10    right?

11         A    Yes.  She wanted that expunged from her record --

12         Q    Passport.

13         A    -- which we never got.  It was delegated (ph.)

14         MS. TAITZ:  Okay, thank you, Mr. Strunk.

15         JUDGE MALIHI:  You may step down, sir; thank you.

16                           (Witness excused.)

17         MS. TAITZ:  Next is going to be -- and we're going

18    to submit into evidence the records -- Freedom of

19    Information request and response that was received by Mr.

20    Strunk from the State Department showing that in his

21    mother's record, Mr. Obama was listed --

22         JUDGE MALIHI:  Counsel, you don't need to tell me

23    --

24         MS. TAITZ:  Okay.  Next will be Ms. Susan Daniels.

25         THE REPORTER:  Are we marking this P-1?

Page 10

```
 1              JUDGE MALIHI:   Yes.
 2                              (The document referred to was
 3                              marked for identification as
 4                              Plaintiff's Exhibit Number 1.)
 5                              (Witness excused.)
 6  Whereupon,
 7                      SUSAN DANIELS
 8  appeared as a witness herein and, having been first duly
 9  sworn, was examined and testified as follows:
10                      DIRECT EXAMINATION
11  BY MS. TAITZ:
12      Q    Ms. Daniels, would you like to state to the Court,
13  what is your occupation?
14      A    I'm a state licensed private investigator in Ohio.
15      Q    How many years have you been a licensed
16  investigator?
17      A    Since March of 1995.
18      Q    Did you testify in court?
19      A    Yes.
20      Q    Did you also testify before grand juries as an
21  investigator?
22      A    Yes.
23      Q    What -- did you investigate the identification
24  records for Mr. Obama?
25      A    I was hired to look into his background, and the
```

1   first thing I found was a Social Security Number for him

2   that was issued in the State of Connecticut between the

3   years of 1977 and '79.  And --

4        Q    During that time, Mr. Obama would have been 15-16

5   years old.  Where did he reside -- did he reside in the

6   state of Connecticut at the age of 15 or 16?

7        A    No.

8        Q    Where did he reside?

9        A    Hawaii.

10       Q    Now --

11       A    And Social Security Numbers are issued in the

12  state that you live in when you apply for them.

13       Q    Okay.  So what was your suspicion?  What was your

14  professional understanding -- what was your understanding as

15  a professional investigator, what did this mean?

16       A    I've looked at thousands of Social Security

17  Numbers and I immediately knew it was fraudulent.

18       Q    Thank you.  Let's continue, let's go higher and I

19  would like you to look at the next page -- one second.

20  More, more, more, keep going, keep going.  Down, little bit

21  down.

22            Okay, so this is the -- what was the number, the

23  Social Security Number actually that was used?

24       A    ██████████████

25       Q    Now do the first three digits of Social Security

Page 12

1   Number signify the state?

2        A    Yes.

3        Q    So 042 is what state?

4        A    Is Connecticut, 040 to 049 is Connecticut.

5        Q    Ms. Daniels, I would like to point to those

6   numbers at the bottom.

7        A    Right.

8        Q    Dates of birth associated with Social Security

9   Number, and we see the first date of birth is 1890 and --

10  for Mr. Barack Obama, which means that if Mr. Barack Obama,

11  Mr. Barack Hussein Obama, was born in 1890, he would have

12  been a hundred and --

13            JUDGE MALIHI:  Counsel, are you testifying or are

14  you asking a question?

15            MS. TAITZ:  Sure.

16  BY MS. TAITZ:

17       Q    What would be his age?

18       A    I can't figure -- I don't have enough fingers.

19  But I have never -- in all the years I've worked, I've never

20  seen anything like this.  I've seen where like the bottom

21  two numbers were the American style and the foreign style

22  appear, but never a number like 1890.  And I believe that

23  the person that originally got the Social Security Number

24  was born in 1890.

25       Q    So what you're saying that it was a stolen Social

1    Security Number.

2              JUDGE MALIHI:  Counselor, don't lead the witness.

3              THE WITNESS:  I believe that --

4              JUDGE MALIHI:  You can't answer that.

5              THE WITNESS:  Pardon me?

6              JUDGE MALIHI:  You cannot answer that.

7    BY MS. TAITZ:

8         Q    What is your understanding, what does it mean?

9         A    I believed from the beginning it was fraudulent.

10        Q    Yes.  So -- and then we see 8/4/61 and 4/8/61.

11   What does that mean?

12        A    That's just two different styles of showing his

13   birth cert -- his birth date.  He was actually born on

14   August 4, 1961.

15        Q    Now did you also check Mr. Obama's phone records?

16        A    First I ran the Social Security Number to check

17   addresses and the same Social Security Number came up with

18   addresses for him in Massachusetts, in Illinois, and in

19   Washington, D.C.  And along with those records were a phone

20   number, and it was always the same phone number and

21   occasionally the year where it showed his date of birth, it

22   said 1890.

23             I subsequently then checked the phone records for

24   this phone number and found the same thing.  It would show

25   intermittently the birth date, instead of ██████████████,

1 said 1890.

2     Q    Did you check -- did you double-check the Social

3 Security Numbers before and after this one?  From what state

4 were those social security numbers?

5     A    I got copies from the Social Security

6 Administration for the Social Security Number ending in 24,

7 which is the number immediately before his, and 29, and I

8 got the actual records, including the handwritten

9 application for the number, because both those people are

10 deceased.  And it showed that those were both issued in

11 March of 1977, when he would have been 15.

12     Q    So it is your testimony that the Social Security

13 Number that Mr. Barack Obama is using is a number that was

14 issued to somebody who resided in the state of Connecticut--

15     A    That's what I believe.

16     Q    -- in 1977.

17     A    That's what I believe.

18     Q    Anything else you'd like to add?

19     A    No.

20     MS. TAITZ:  Thank you.  Thank you, Ms. Daniels.

21     At this point, I would like to introduce into

22 evidence Plaintiff's Exhibit Number 2, Affidavit of Ms.

23 Susan Daniels with the attached documents.

24                            (The document referred to was

25                            marked for identification as

Page 15

1                    Plaintiff's Exhibit Number 2.)

2                              (Witness excused.)

3          MS. TAITZ:  Next, my third --

4          JUDGE MILLER:  Is it fourth or third?

5          MS. TAITZ:  Fourth witness is going to be Mr.

6   Felicito Papa.

7   Whereupon,

8                      FELICITO PAPA

9   appeared as a witness herein and, having been first duly

10  sworn, was examined and testified as follows:

11                    DIRECT EXAMINATION

12  BY MS. TAITZ:

13     Q    Mr. Papa, can you please explain to the Court what

14  is your education?

15     A    Okay, first I'm originally from the Philippines

16  and then I'm a naturalized born citizen of the United

17  States.

18          And then I studied information technology having

19  graduated from ITT Technical Institute in Indianapolis,

20  Indiana.  And from there, we studied various software like

21  Adobe software.

22          JUDGE MALIHI:  Sir, would you just listen to the

23  question and only answer the question?

24          THE WITNESS:  Okay.

25          JUDGE MALIHI:  Next question.

1  BY MS. TAITZ:

2       Q     What -- so your education is in information

3  technology?

4       A     That's correct.

5       Q     From ITT.  Mr. Papa, what kind of software do you

6  usually use in your work?

7       A     With web designing and development, it's a popular

8  software to use Adobe Photoshop and Adobe Illustrator.

9       Q     Thank you.  I'm going to point to this document.

10  Is that the affidavit that you provided me?

11      A     That's true, yes.

12      Q     Now was that the birth certificate -- or alleged

13  copy of a birth certificate that Mr. Obama posted online?

14      A     That's correct.

15      Q     Now what -- okay, let's go to the next page.

16  Okay, stop.

17            Now when Mr. Obama originally posted this birth

18  certificate, it was in a .pdf file, was it?

19      A     That's correct, yes.

20      Q     Was the file flattened, were all the layers of

21  preparation of the file flattened together, or not?

22      A     No, it was not flattened, it was open.

23      Q     So when you opened this document in Adobe

24  Illustrator, did you see one layer or did you see multiple

25  layers?

1      A      I saw multiple layers, at least six layers.

2      Q      Okay.  So is this one of the layers?

3      A      It is one of the bottom layer.

4      Q      Mr. Papa, I would like to point to the number at

5  the top.  We're seeing just one digit there, so where are

6  the other digits?  Were they added in another layer?

7      A      Yes, they were added from other graphics and added

8  to this number.

9      Q      So there was one document, and then from another

10  document they added another part of the document?

11      A      That's correct.

12      Q      I would like to point to the signature, Stanley

13  Ann -- and there is only "D."  There is no "unham Obama,"

14  it's missing.  Was that brought from another document?

15      A      That's correct.

16      Q      Now it was on the internet when the original of

17  the document was posted that there were layers and shortly

18  thereafter when people opened in Adobe Illustrator, there

19  were no layers.  What happened?  Did somebody remove it and

20  flatten the file and put it back, or what happened?

21      A      Nobody -- up to now, nobody has flattened the

22  file.  Anybody who uses Adobe Illustrator can open the file

23  and then they will see multiple layers.

24      Q      Okay.  Now I'm going to point to the next

25  document, the next affidavit for Mr. Papa.

Page 18

1          Now did you also study the tax returns that Mr.

2    Obama posted online in April of -- stop -- in 2010?

3          A    Yes, I did.

4          Q    Was there the same problem of the file, .pdf file,

5    not being flattened?

6          A    No, it wasn't.  Originally it wasn't flattened and

7    anybody can open it and they would see at least two layers.

8          Q    When you looked at the layers, I point to the

9    number here at the bottom that says ██████████.   That was

10   in one of the layers, right?

11         A    That's correct.

12         Q    Is it the same number that Ms. Daniels testified

13   to?

14         A    That's correct, yes.

15         Q    Let's go to the next page.  Okay.  And here we see

16   it was -- it's another page in tax return, says ██████████,

17   the same Social Security Number that Ms. Daniels testified

18   to?

19         A    That's correct.

20         Q    After a few days was the file flattened?

21         A    Actually after a day, then it was flattened, so

22   nobody could see the Social Security Numbers any more.

23         MS. TAITZ:  Thank you very much, Mr. Papa, that

24   would be all.

25         I would like to introduce into evidence affidavits

1    from -- submitted by Mr. Papa in regards to the birth

2    certificate and Social Security Number of Mr. Obama.

3                              (The document referred to was

4                               marked for identification as

5                               Plaintiff's Exhibit Number 3.)

6                                    (Witness excused.)

7              JUDGE MALIHI:  Counsel, who is your next witness?

8              MS. TAITZ:  Yes, Your Honor, I'm calling Ms. Linda

9    Jordan.

10             JUDGE MALIHI:  Good morning, Ms. Jordan.

11             MS. JORDAN:  Morning.

12   Whereupon,

13                       LINDA JORDAN

14   appeared as a witness herein and, having been first duly

15   sworn, was examined and testified as follows:

16                    DIRECT EXAMINATION

17   BY MS. TAITZ:

18        Q    Ms. Jordan, do you recognize this affidavit?  Is

19   this an affidavit that you provided for me?

20        A    Yes, it is.

21        Q    Let's go further -- you know what, go to my set,

22   Orly's set.  If you don't have it here, go to Orly's set

23   page.  Keep going quickly, move, down, down, down, down.

24   Keep going, keep going, keep going.  More, more, more. Yes,

25   stop.

Page 20

1          Okay, is that the document that was attached to

2    your affidavit?

3          A     Yes, one of them.

4          Q     Is that E-Verify for Mr. Obama?

5          A     Yes.

6          Q     And is that the Social Security Number that was on

7    Mr. Obama's tax return, ██████████?

8          A     Yes.

9          Q     Keep going, keep going -- higher -- no, down, down

10   little bit.  No, up, up, go up.  Stop, down, down -- I

11   apologize.  Up -- go down.  Just one second, please.  More,

12   more, more, more, more.  Stop, stop.

13         Okay, little bit lower, little bit lower, little

14   bit lower.  Little bit lower so we can see what's on the

15   bottom tier of this.

16         So, okay, what does it say here, "SSA record does

17   not verify"?  Is that what it says?

18         A     "SSA record does not verify.  Other reason:  SSA

19   found a discrepancy in the record."

20         Q     So the Social Security Number that Mr. Obama is

21   using from early years, according to Ms. Daniels, and that's

22   listed on his tax return, does not verify under E-Verify?

23         A     When I ran it on August 17th, 2011, it did not

24   verify, it came back with this mark.

25         MS. TAITZ:  Thank you very much, Ms. Jordan.

1          At this point, I would like to introduce into

2    evidence the affidavit of Ms. Jordan and the E-Verify

3    statement showing that the Social Security Number that Mr.

4    Obama is using does not verify under E-Verify.

5                              (The document referred to was

6                              marked for identification as

7                              Plaintiff's Exhibit Number 4.)

8                              (Witness excused.)

9          JUDGE MALIHI:  Who is your next witness?

10         MS. TAITZ:  Next witness is going to be Mr.

11   Douglas Vogt.

12         JUDGE MALIHI:  Good morning, sir.

13         MR. VOGT:  Good morning.

14         MS. TAITZ:  One second, Your Honor, I'm missing my

15   page.  I apologize.

16         (Brief pause.)

17   Whereupon,

18                         DOUGLAS VOGT

19   appeared as a witness herein and, having been first duly

20   sworn, was examined and testified as follows:

21         THE REPORTER:  Tell me your name, please.

22         THE WITNESS:  Douglas Vogt.

23         THE REPORTER:  Last named spelled?

24         THE WITNESS:  V-o-g-t.

25                         DIRECT EXAMINATION

1   BY MS. TAITZ:

2       Q    Mr. Vogt, would you like to state for the Court,

3   please, your occupation?

4       A    I own a company called Archive Index Systems,

5   where we sell document imaging scanners as well as document

6   imaging systems.  I also owned a typesetting company for 13

7   years too.

8       Q    So, for 13 years you dealt with typesetting and

9   scanners.

10      A    Yeah.

11           MS. TAITZ:  Testimony from Mr. Vogt.

12           VOICE:  I don't have it.

13           THE WITNESS:  I've been in the current business

14   for 18 years now selling scanners and maintaining them.

15           MS. TAITZ:  Go to the Orly documents and just show

16   the birth certificate.  Just go to my documents.

17   BY MS. TAITZ:

18      Q    Did you examine the alleged copy of a birth

19   certificate which was -- go down -- which was posted online

20   by Mr. Obama?

21      A    Yes, I did.

22           MS. TAITZ:  One second.  I would like to know if

23   there was -- keep going, lower -- here it is.  Stop.

24   BY MS. TAITZ:

25      Q    -- that you found to be suspicious -- was there

1  anything that you found to be suspicious.  And I would like

2  first to ask you whether there was haloing on this document.

3       A    Yes, the haloing we're referring to is around all

4  the type and lines, there's a white line.  At first, we

5  didn't quite know what it was until we finally actually

6  replicated the form and actually redid the thing and figured

7  out how the forger did it.

8            The haloing is caused by what -- it's a subroutine

9  in Photoshop called unsharp mask.  Now you have to

10 understand, if a document like this has any evidence of

11 computer manipulation, it's a fraud.  Since my experience is

12 selling document imaging and actually writing that kind of -

13 - those kind of programs, this is what the Department of

14 Health should have done or what they supposedly have done.

15           They had these original forms.  There was a

16 federal law that was passed in 2005 that required them to

17 scan all the documents --

18           JUDGE MALIHI:  Counsel, what was your question --

19 hold on a second.  What was your question?

20 BY MS. TAITZ:

21      Q    Mr. Vogt, so -- because we have very limited time

22 -- Judge already stated we have limited time -- so was there

23 haloing?

24      A    Yes.

25      Q    Now normally, if you just take a document, put it

1    in a scanner, would you see haloing?

2         A    No, none whatsoever.

3         Q    If you use multiple documents and multiple layers

4    and masking, will you see haloing then?

5         A    Yeah, if they used unsharp masks, you did.

6         Q    Okay, next point.  When we're looking on the left

7    side of the document, we see sloping.  Now if the document--

8         A    Curve of the page.

9         Q    -- if their document was just scanned, was put in

10   the scanner, would you see all of the lines sloping or would

11   you see some of the lines going straight?

12        A    I'll explain.  They said in their own testimony

13   that these documents were in books, the originals.  So this

14   was actually scanned on a flatbed scanner, 11 by 17.  We've

15   actually replicated the same thing.  And so the parallax or

16   that curvature would appear.  You'll notice that the lines

17   on the bottom are not bent, but the ones on top are.

18        Q    That's not what I'm asking.

19        A    That's why.  But it would be normal if it was

20   scanned from a book.

21        Q    No, Mr. Vogt, I'm asking, when there is sloping --

22   we understand that you take a book, you take a picture, you

23   see sloping.  But when you have sloping of the line, would

24   you also see each typed line to be sloping similarly --

25   would you see that?

1    A     From the scanner?  Yes, we replicated it, we know

2    that.

3    Q     Was that something that you saw on Mr. Obama's

4    birth certificate, or not?

5    A     Yes, on how they --

6    Q     Wait --

7    A     -- copied it, yes.

8    Q     But were there lines that went straight?

9    A     Because -- I have to explain how a scanner works.

10   Q     No, no, we don't have time for that.

11   A     But basically that's normal, we replicated the

12   same thing that --

13   Q     Mr. Vogt, you're not listening.  I'm asking you if

14   you have sloping, if you just go in the scanner and the

15   lines are sloping, would you see all the lines sloping

16   similarly?

17   A     No, if it was on a flatbed and it was just a piece

18   of paper by itself, no.

19   Q     Okay.  Let's look at the next point.  Go a little

20   bit higher -- no, down.  Okay.  No, no, down, down, down.

21   No.  Stop, stop, stop.

22         We're looking at the stamp that's on the document,

23   the date stamp.  If somebody -- if it is something that was

24   just scanned -- Mr. Vogt, something that was scanned and

25   wants to put a stamp here like this -- stamp, stamp, stamp -

1    - would it be in the same spot in all three copies or it

2    would be different at different points?

3         A    They would be different, to the extent that the

4    other ones are separate.  And they're actually embossed

5    stamps actually.

6         Q    Okay, now another question.  If -- and in Mr.

7    Obama's records, all three of them, it was exactly in the

8    same spot --

9         A    Yes.

10        Q    Another question.  When a person is stamping the

11   date, he goes stamp, stamp, stamp, would it be a line, pixel

12   by pixel, in straight line, or would you expect it to be a

13   little bit sideways, a little bit crooked?

14        A    No, they are too independent, they're done by hand

15   even though it's done by an embossing machine for both.  We

16   learned that.

17        Q    Mr. Vogt, you're not listening.

18        A    I am.

19        Q    My question is, if a person is doing it by hand --

20        A    There won't be in exactly the same place.

21        Q    Okay.  Would it be on the line, would it be just

22   on line, pixel by pixel, or would it be slanted a little

23   bit?

24        A    It would be slanted.

25        Q    Was it slanted here?

1      A    No, they're perfectly straight.

2      Q    So it looks different from what you would expect

3  with something coming from the machine, right?

4      A    Right.

5      Q    Next, in regards to that stamp, would you expect -

6  - is it something -- Mr. Obama stated it was just prepared

7  and sent to him, his attorney brought it right away -- so if

8  it's something that came straight from the machine and they

9  put embossed seal, would you expect to see a very clear

10  embossed seal on that document?

11     A    Yes, you would.

12     Q    Do you see it here?

13     A    No, it's a latent latent image, if you highlight

14  over by -- I can show you on here.

15     Q    Okay.

16     A    Right about here (indicating).

17     Q    But it's hard to see.

18     A    Oh, yeah.

19     Q    Next, would you -- now, this is supposed to be a

20  copy of a document created in 1961, which was created on a

21  typewriter.  On a typewriter, when you type letter by letter

22  by letter, you don't see letters encroaching on the space --

23         JUDGE MALIHI:  Counsel, is that a question or --

24         MS. TAITZ:  A question, which is -- I'm just

25  explaining --

1          THE WITNESS:  What's the aberrations of the

2    typewriter --

3    BY MS. TAITZ:

4        Q    The question is would you expect kerning or

5    encroachment of one letter going into space of the other

6    letter on a typewritten document?

7        A    No.  Typewriters basically are either 12

8    characters to an inch and they all fit in a specific box six

9    points wide.

10       Q    Okay.  What about this document, did you see

11   kerning here?

12       A    Yes, we did.  I have examples of it here, but we

13   can't show it.

14       Q    Okay, okay.  Yeah.  So you would not expect

15   kerning.

16       A    Yes,  There was a "t" and a "y" that were kerned

17   and a couple of other letters also.

18       Q    Okay, doesn't matter which letters.  So you saw

19   kerning here.

20       A    Yes.

21       Q    Next --

22       A    The letter spacing was off too and the line

23   spacing too.

24       Q    What about, did you check -- can we go a little

25   bit higher -- in terms of their number. The number ends with

1  641.  Did you check the numbers, was that sequential?

2      A    No, it was hard finding the law, but both the --

3  there was a Model States Vital Statistics Act and in the

4  U.S. Department of Health and Education as well as the

5  Social Security system that both say in the federal regs

6  that all birth certificate numbers have to be sequential and

7  they start from zero or one, January 1 at 12:01 a.m.

8      Q    Okay.

9      A    And they have to be sequential.

10      Q    Okay, Mr. Vogt --

11      A    Hang on.  In fact, in the Social Security system--

12          JUDGE MALIHI:  Sir.  Just wait for the next

13  question.

14  BY MS. TAITZ:

15      Q    Okay, so I just asked if it was sequential.

16      A    Yes.

17          MS. TAITZ:  That would be it.  Thank you very

18  much, Mr. Vogt.  And at this point --

19                          (A document was marked for

20                           identification as Plaintiff's

21                           Exhibit Number 5.)

22                              (Witness excused.)

23          JUDGE MALIHI:  Your last witness.

24          MS. TAITZ:  Is Mr. Sampson.

25          JUDGE MALIHI:  Good morning, sir.

1          MR. SAMPSON:  Good morning, Your Honor.  How are

2     you, sir?

3          JUDGE MALIHI:  Very good, thank you for coming.

4     Whereupon,

5                         JOHN SAMPSON

6     appeared as a witness herein and, having been first duly

7     sworn, was examined and testified as follows:

8                         DIRECT EXAMINATION

9     BY MS. TAITZ:

10        Q    Okay, Mr. Sampson, can you please state to the

11    Court, what is your education -- what is your professional

12    experience?

13        A    Okay.  First, my full name is John, middle initial

14    N., last name is Sampson, S-a-m-p as in Paul-s-o-n.

15             Educationally, I received a Bachelor of Arts *cum*

16    *laude* from Long Island University with a major in criminal

17    justice and minor in psychology.  I attended Thomas M.

18    Cooley Law School in Lansing, Michigan for a period of two

19    years, I did not graduate.

20        Q    And where did you work?

21        A    Subsequent to that, I was a police officer in the

22    State of New York for 18 months.

23             Subsequent to that, I was hired by the U.S.

24    Immigration and Naturalization Service.  Began my career at

25    John F. Kennedy Airport in 1981 in June as an immigration

1    inspector.  I received on-the-job training and classroom

2    instruction at Kennedy Airport.  My instructor was the

3    intelligence officer for the airport, who specialized in

4    fraudulent documents and immigration fraud.

5         I subsequently went into the enforcement branch

6    with Immigration two and a half years later and ultimately

7    became a senior deportation officer where I remained in New

8    York, then to New Jersey, back to New York and in 1985 --

9         Q    So you have many --

10        A    -- I moved to Colorado and I retired from U.S.

11   Immigrations and Customs Enforcement, Department of Homeland

12   Security, which was the successor agency to INS, in August

13   of 2008.

14        Q    Mr. Sampson, did you testify in court as an expert

15   on immigration and deportation?

16        A    I testified before federal grand juries and

17   administrative law judges --

18        Q    Thank you.

19        A    -- in deportation.

20        Q    Thank you, Your Honor -- oh, I'm sorry.  Thank

21   you, Mr. Sampson.

22        Because we have so little time, I just want to

23   move on.

24        So you have extensive experience as a senior

25   deportation officer.

Page 32

1      When is the first time we discussed Mr. Obama's

2   records?

3      A      November of 2009, after I retired, I formed my own

4   consulting firm, and have been employed -- self-employed

5   since January of 2009 to this date.

6      Q      Is that the affidavit that you provided me?

7      A      Yes, it is.

8      Q      And is that an affidavit in regards to the Social

9   Security Number of Mr. Obama?

10      A      It's an affidavit of the number that he is using.

11      Q      What did you find -- in your professional

12   experience and knowledge, what did you find in regards to

13   his Social Security Number?

14      A      When I ran the Social Security Number through

15   Locate Plus, which is a commercial database that's used by

16   private investigators and law enforcement personnel and

17   attorneys, the only person who was associated and affiliated

18   with ███████████ was Mr. Barack Hussein Obama.  It gave me a

19   list of his addresses, driver's license information, other

20   background information, possible relatives, et cetera.  It

21   also indicated that the Social Security Number was issued in

22   1977 to a person residing in the state of Connecticut at the

23   time that that number was assigned.

24      Q      Was Mr. Obama -- did Mr. Obama ever reside in the

25   state of Connecticut?

1    A    Not to my knowledge, no.  All the information and

2    data that I have is, specifically in that period of time, he

3    was residing with his maternal grandparents Stanley Armour

4    Dunham and Madelyn Payne Dunham in Hawaii.

5    Q    Did you also review the birth certificate -- the

6    alleged copy of a birth certificate that Mr. Obama posted

7    online?

8    A    I've seen it and I have a copy of it, yes.

9    Q    Was there anything suspicious about this birth

10   certificate?

11   A    There are three issues of concern as far as I can

12   tell.

13        Number one, the serial number that's in the upper

14   right hand corner is out of sequence and -- when compared to

15   two other birth certificates issued to two twins that were

16   born the day after Mr. Obama was born and whose certificates

17   were issued three days after his was supposedly issued,

18   their serial numbers are lower, although you would expect

19   them to be higher, given the fact that they were subsequent

20   to his.

21        The second thing is that the certification

22   paragraph that's contained in their birth certificates is

23   somewhat different than the certification paragraph that is

24   contained in the Obama birth certificate.

25        And last, but not least, the name of the local

1   registrar for the Obama birth certificate is different than

2   the one on the Nordyke twins, and you would think that given

3   the fact that they were born within 24 hours of each other,

4   the local registrar would have been the same given the fact

5   that they were born in the same medical facility at the same

6   location.

7        Q    Mr. Sampson, so what was your suspicion when you

8   studied the Social Security Number and the birth certificate

9   of Mr. Obama, in your professional opinion?

10       A    In my opinion, I believe that there's credible

11   evidence to warrant further investigation and the issuance

12   of court orders requesting the unsealing of records in

13   Hawaii as well as the release of records from the Social

14   Security Administration as to who the owner of ███████████

15   is.

16       Q    Mr. Sampson, Mr. Ken Allen testified to the fact

17   that he received immigration records of Mr. Lolo Soetoro,

18   Mr. Obama's stepfather.  Those were made public.  Did you

19   study those immigration records?

20       A    I have a copy of them and I have looked at them,

21   yes.

22       Q    Was there any redacting in those records?

23       A    My understanding, reading the letter, the

24   transmittal letter, that was accompanying the documents, the

25   A file, what's called the alien file or the A file, that was

1  sent to Mr. Allen, was that they redacted a portion of some

2  of the documents.  I believe six of them were redacted, and

3  then there were seven pages that were withheld in their

4  entirety due to Privacy Act concerns.

5       Q    Mr. Sampson, are there usually redactions in the

6  records of deceased individuals?

7       A    No.

8       Q    So let's see, who could have been on the

9  immigration records of Lolo Soetoro, who is not deceased

10  today?  Is Mr. Soetoro decreased?

11      A    Mr. Soetoro is deceased, Ms. Dunham is deceased,

12  the grandparents are deceased, Mr. Barack Obama, Sr. is

13  deceased.  Maya Soetoro-Ng was not born at the time, and

14  therefore was not part of this at the time that Stanley Ann

15  Dunham petitioned to have her spouse, Mr. Soetoro,

16  classified as an immediate relative so he could receive an

17  immigrant visa.

18      Q    So what would be your conclusion, who could have

19  been listed on Mr. Soetoro's immigration records which was

20  the reason for redaction?

21      A    The only person that can come to mind would be

22  Barack Hussein Obama, II, also known as Barry Soetoro.

23      Q    Next question, Mr. Sampson.  In your opinion as a

24  deportation officer, if Mr. Barack Obama was a natural-born

25  U.S. citizen, he had a valid U.S. citizenship, and he never

1   lost the citizenship while living in Indonesia, would he

2   need immigration records, would he need to immigrate?

3        A    No, there would be no need for him to be issued an

4   immigrant visa, he'd be considered a U.S. citizen, be able

5   to travel to the United States as a citizen.

6        Q    Knowing all the information that you have in

7   regards to Mr. Obama, what would be your conclusion and what

8   do you believe that needs to be done -- or what would you do

9   in cases similar to this with these kind of records?

10       A    It would warrant further investigation.  What I

11  would do if I was still working with Immigration, is I would

12  be getting the originals of the documents I just mentioned.

13  I would go to the Social Security Administration and request

14  a copy of the SS-5 which is the actual handwritten

15  application for a Social Security Number.  I would also

16  request the State of Hawaii submit a certified copy of any

17  birth records, so this way we could rule in or rule out

18  whether or not he was born in Hawaii.

19       Q    How about immigration and passport records?

20       A    I would be going to the State Department Office of

21  Passport Services to see if there are any U.S. passports

22  issued.

23       Q    And if those are not provided or the U.S. Attorney

24  is not willing to proceed with those steps, what would you

25  do?

1      A    Well first, let me clarify -- in the event we

2  would be conducting an investigation, it would primarily be

3  a criminal investigation to determine whether any charges

4  should be filed.  And the way the procedure works in federal

5  system is that you would do a report, submit it to the

6  United States Attorney's Criminal Division, so that they

7  could review it and determine whether or not they would

8  accept it for prosecution.

9         Assuming that they declined it, the alternative

10  would be, if there was evidence to suggest that the

11  individual in question was not a citizen of the United

12  States and in fact had falsely claimed to be a U.S. citizen,

13  that person could be placed in deportation proceedings

14  because falsely claiming to be a U.S. citizen is a separate

15  and entirely standalone charge for deportation purposes.

16      Q    Would it be sufficient for warrant for this

17  person's arrest?

18      A    Well, that would be how you would commence a

19  removal proceeding.  You would request an administrative

20  arrest warrant signed by the field office director, notice

21  to appear in removal proceedings and a custody determination

22  to determine whether or not the individual would be held in

23  custody, released on their recognizance or some other

24  alternative to detention such as electronic ankle monitoring

25  or something like that.

1    Q    I understand.  So just to clarify for the Court,

2  if the U.S. Attorney refuses to proceed -- to act -- as a

3  deportation officer, you would have been seeking a warrant

4  for arrest of this individual and deportation?

5    A    I would be seeking a warrant of arrest and then

6  issuance of a notice to appear on any individual who made a

7  false claim to United States citizenship, and who was not

8  clearly a citizen or was clearly admitted for permanent

9  residence.

10         MS. TAITZ:  Thank you, thank you, Mr. Sampson.

11         At this point, I would like to admit into evidence

12  the affidavit of Mr. Sampson and the attached documents.

13         JUDGE MALIHI:  Thank you, sir, you may step down.

14         THE WITNESS:  Thank you, Your Honor.

15                                (Witness excused.)

16         JUDGE MALIHI:  Counsel, I'm ready to hear your

17  closing argument.

18         MS. TAITZ:  Yes, Your Honor.  I'm just going to

19  give Mr. Sampson's affidavit.

20         I apologize.

21         (Pause.)

22                        (The document referred to was

23                        marked for identification as

24                        Plaintiff's Exhibit Number 6.)

25         MS. TAITZ:  So what do we have in this case?

Page 39

1          We have records from Mr. Obama from Indonesia

2     where he went to school and went under the last name

3     Soetoro; nationality, Indonesian.

4          Keep going, keep going.  Now -- stop.

5          Now what's interesting about those records from

6     Indonesia that we just saw a minute ago, it stated that Mr.

7     Obama went to school in Indonesia from 19 -- I'm sorry, from

8     January 1st, 1968 and here is another picture.  And this is

9     a well-known picture, it was published in multiple papers,

10     of smiling Mr. Obama with his friend ad it states "1969,

11     third grade."  And that's a picture from Hawaii.

12          So we have two records.  We have a record from

13     Indonesia where there is a boy who goes by name Barry

14     Soetoro, who at least for a period of two years, 1968 and

15     '69, resides in Indonesia and goes by name Barry Soetoro.

16          We have another boy, who during this same time,

17     1968 and '69 resides in Hawaii and goes by name Barry Obama.

18          And we have no idea which boy came back to this

19     country.

20          Keep going.  Next document -- this is Mr. Obama's

21     application to become --

22          JUDGE MALIHI:  Counsel, are you testifying?

23          MS. TAITZ:  I can actually testify.

24          JUDGE MALIHI:  You don't have to.  I asked you to

25     do closing argument.

1          MS. TAITZ:  I would like to, yes.

2          JUDGE MALIHI:  No, no, no.

3          MS. TAITZ:  Actually, since I was the one --

4          JUDGE MALIHI:  What personal knowledge do you

5     have?

6          MS. TAITZ:  I personally obtained those documents.

7          JUDGE MALIHI:  And -- no, no, no.  That's not

8     personal knowledge.

9          MS. TAITZ:  I have -- this is the official law

10    registration that was -- that is available online.  I

11    personally downloaded it from online records of the Illinois

12    Bar.  And that's Mr. Obama's registration as an attorney in

13    the State of Illinois.

14          And I would like to testify under oath.  Actually

15    not only this, but other records since I was the one who did

16    most of the research, I will testify.

17          THE REPORTER:  Raise your right hand, please.

18    Whereupon,

19                         ORLY TAITZ

20    appeared as a witness herein and, having been first duly

21    sworn, was examined and testified as follows:

22                       DIRECT TESTIMONY

23          THE WITNESS:  So, here, what is important about

24    this record?  It says full license name:  Barack Hussein

25    Obama.  Full former names:  None.

1         We've already seen that in his mother's records,

2     passport records, Mr. Obama is listed by last name

3     Soebarkah.   We've seen that in his records in Indonesia, he

4     is listed under name Soetoro.

5         So, clearly, Mr. Obama was committing perjury when

6     he applied for this record.

7         I actually personally contacted the Illinois Bar

8     and inquired about it.   I was told that since Mr. Obama is

9     inactive, it's not a problem.

10        I contacted the Bar again and I demanded

11    investigation, at which time, Mr. Obama's record as an

12    attorney was changed from "inactive" to "not allowed to

13    practice law."   Mr. Obama has resigned from the Bar, he gave

14    up his law license and I believe it was --

15        JUDGE MALIHI:   How is that relevant, counsel, to

16    the legal issues before me?

17        MS. TAITZ:   It's relevant to the fact that he is

18    hiding his identity under his prior names -- Soetoro and

19    Soebarkah.   And we have a whole record or Mr. Obama going

20    through life hiding records.

21        Next --

22        JUDGE MALIHI:   Counsel, I'm going to ask you to

23    submit your testimony in writing.

24        MS. TAITZ:   Sure, okay.

25        JUDGE MALIHI:   Let's make a closing argument.

Page 42

1          MS. TAITZ:  Okay.

2          Your Honor, U.S. citizens have cherished

3    Constitutional rights, their First Amendment right to -- for

4    free speech.  Voting is a political speech that is extremely

5    important.  Our democracy rests on this.  Women fought for

6    years in suffrage movements for this right to be able to

7    vote.  Minorities right here in the south fought for their

8    right.

9          My clients are fighting for their right to vote

10   for a person who is legitimate.  They're fighting for their

11   right to participate in lawful elections that are free from

12   fraud and forgery.  The Plaintiffs have shown, and the

13   witnesses that testified here have shown, that not only

14   there is a Constitutional problem with Mr. Obama's

15   eligibility that his father was not a U.S. citizen, but we

16   have clear evidence of fraud and forgery in Mr. Obama's

17   birth certificate, his Social Security Number, and since

18   those are primary documents, all the other documents that

19   were issued based on those two.

20         We also presented evidence showing that Mr. Obama

21   used other last names -- Soetoro and Soebarkah -- and we do

22   not have any evidence of him legally changing his name from

23   Soetoro to Obama; and the fact that he was a citizen of

24   Indonesia.  There is no evidence to show that this was

25   changed.

1      Based on all the above, the Plaintiffs submit that

2   they have proven -- they've met their burden of proof and

3   Mr. Obama should be found ineligible.

4      Moreover, I have issued a subpoena, Your Honor has

5   stated to Mr. Obama that this subpoena needs to be honored,

6   he should have been here with certified documents with

7   embossed seal to show that indeed he has anything.  So far,

8   the only thing that Mr. Obama has shown is a computerized

9   image that could have been created yesterday, that he is

10  posting on mugs and tee shirts.  Mugs and tee shirts are not

11  a prima facie evidence.

12      Not one single judge in the country has found that

13  Mr. Obama is legitimate for presidency.  All the cases --

14  you know, we've heard in the media fraudulent statements

15  that came from Mr. Obama's attorney, Mr. Jablonski, that the

16  issue was litigated, it was proven he is eligible.  That's

17  fraud.  It was never litigated on the merits.  Not one judge

18  stated that Mr. Obama has a valid birth certificate.  Not

19  one judge stated that he has a valid Social Security Number.

20  Not one judge found that Obama is legally his name or that

21  the person sitting in the White House is indeed Barack

22  Obama.  It was never heard on the merits, it was never heard

23  in a court of law on the merits.  And, therefore, the

24  Plaintiffs are asking to rule on the merits.

25      Also, because our reports are due by February 5, I

1 would ask Your Honor for Letters of Interrogatory.  I worked

2 for three years trying to get additional documents.  I was

3 threatened, defamed.  And without Letter of Interrogatory

4 from Your Honor to the First Circuit Court in Hawaii to

5 issue a local subpoena to the Department of Health, and

6 Letter of Interrogatory to the D.C. Court to get Mr. Obama's

7 passport, immigration and social security records, we would

8 not be able to get any original records.  So I would ask not

9 only to find that Mr. Obama is not eligible based on the

10 documents that we have, but also Letter of Interrogatory so

11 we can disclose all of the original records, if they exist,

12 forward to the other states, so there will be consistency

13 between all 50 states.

14          And as Mr. Sampson has stated, if it would have

15 been anybody else, it would have gone to a warrant for

16 arrest and deportation.  We are all equal under the law in

17 this country.  A person -- a poor person in the poor house

18 or a president in the White House are all equal under the

19 law and I'm asking Your Honor to hold Mr. Obama in contempt

20 of court due to the fact that subpoena was issued and he

21 intentionally disrespected and disregarded the subpoena.

22          Thank you, Your Honor.

23          JUDGE MALIHI:  Thank you very much, counsel.  May

24 I have your exhibits before we close?

25          MS. TAITZ:  Yes, Your Honor.

Page 45

1              (A document was proffered to the reporter.)

2              THE REPORTER:  I don't know what this is.

3              MS. TAITZ:  Put the next number on it.

4                              (The document referred to was

5                              marked for identification as

6                              Plaintiff's Exhibit Number 7.)

7              JUDGE MALIHI:  Ms. Taitz, may I have your

8   exhibits?

9              (Documents were proffered to the Court.)

10             JUDGE MALIHI:  This concludes the hearing for

11   today.  Have a good day.

12             MS. TAITZ:  Thank you, Your Honor.

13             (Whereupon, the hearing was concluded at

14      11:12 a.m.)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

      I, Peggy J. Warren, do hereby certify that the foregoing pages represent a true and accurate transcription of the events which transpired at the time and place set out in the caption, to the best of my ability.


_____

Peggy J. Warren, CVR-CM, CCR A-171