IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DR. ORLY TAITZ, ESQ., BRIAN FEDORKA,**                     **PLAINTIFFS**
**LAURIE ROTH, LEAH LAX, and TOM**
**MacLERAN**

**VS.**                               **CIVIL ACTION NO. 3:12-cv-280 HTW-LRA**

**DEMOCRAT PARTY OF MISSISSIPPI,**                            **DEFENDANTS**
**SECRETARY OF STATE MISSISSIPPI,**
**BARAK HUSSEIN OBAMA, OBAMA**
**FOR AMERICA, NANCI PELOSI,**
**DR. ALVIN ONAKA, LORETTA FUDDY,**
**MICHAEL ASTRUE, JOHN DOES, JOHN**
**DOES 1-100**

### DEFENDANT MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE COMMITTEE'S CONSENT TO AND JOINDER IN NOTICE OF REMOVAL

Defendant, Mississippi Democratic Party Executive Committee, pursuant to 28 U.S.C. § 1446, hereby gives notice that it consents to and joins in the Notice of Removal filed by Defendant Mississippi Secretary of State Delbert Hosemann, on or about April 24, 2012.

Respectfully submitted,

**THE MISSISSIPPI DEMOCRATIC PARTY**
**EXECUTIVE COMMITTEE**


By: __/s/ Samuel L. Begley_____
        Samuel L. Begley (MSB No. 2315)

**OF COUNSEL:**
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)
Email: sbegley1@bellsouth.net

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

Scott J. Tepper
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
scottjtepper@msn.com

The undersigned further certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via U.S. mail and/or email on the following:

The Honorable Barbara Dunn
Hinds County Circuit Court Clerk
P.O. Box 327
Jackson, MS 39205

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

And to the following persons by email:

Brian Fedorka
Bfedorka82@gmail.com

Laurie Roth
drljroth@aol.com

Leah Lax
Leahlax1234@aol.com

Tom MacLeran
tom@macleran.com

THIS the 25th day of April, 2012.

_/s/ Samuel L. Begley_____
SAMUEL L. BEGLEY