1   inspector.  I received on-the-job training and classroom

2   instruction at Kennedy Airport.  My instructor was the

3   intelligence officer for the airport, who specialized in

4   fraudulent documents and immigration fraud.

5          I subsequently went into the enforcement branch

6   with Immigration two and a half years later and ultimately

7   became a senior deportation officer where I remained in New

8   York, then to New Jersey, back to New York and in 1985 --

9      Q    So you have many --

10     A    -- I moved to Colorado and I retired from U.S.

11  Immigrations and Customs Enforcement, Department of Homeland

12  Security, which was the successor agency to INS, in August

13  of 2008.

14     Q    Mr. Sampson, did you testify in court as an expert

15  on immigration and deportation?

16     A    I testified before federal grand juries and

17  administrative law judges --

18     Q    Thank you.

19     A    -- in deportation.

20     Q    Thank you, Your Honor -- oh, I'm sorry.  Thank

21  you, Mr. Sampson.

22          Because we have so little time, I just want to

23  move on.

24          So you have extensive experience as a senior

25  deportation officer.

Page 32

1         When is the first time we discussed Mr. Obama's

2 records?

3     A    November of 2009, after I retired, I formed my own

4 consulting firm, and have been employed -- self-employed

5 since January of 2009 to this date.

6     Q    Is that the affidavit that you provided me?

7     A    Yes, it is.

8     Q    And is that an affidavit in regards to the Social

9 Security Number of Mr. Obama?

10     A    It's an affidavit of the number that he is using.

11     Q    What did you find -- in your professional

12 experience and knowledge, what did you find in regards to

13 his Social Security Number?

14     A    When I ran the Social Security Number through

15 Locate Plus, which is a commercial database that's used by

16 private investigators and law enforcement personnel and

17 attorneys, the only person who was associated and affiliated

18 with ██████████ was Mr. Barack Hussein Obama.  It gave me a

19 list of his addresses, driver's license information, other

20 background information, possible relatives, et cetera.  It

21 also indicated that the Social Security Number was issued in

22 1977 to a person residing in the state of Connecticut at the

23 time that that number was assigned.

24     Q    Was Mr. Obama -- did Mr. Obama ever reside in the

25 state of Connecticut?

Page 33

1      A     Not to my knowledge, no.  All the information and

2   data that I have is, specifically in that period of time, he

3   was residing with his maternal grandparents Stanley Armour

4   Dunham and Madelyn Payne Dunham in Hawaii.

5      Q     Did you also review the birth certificate -- the

6   alleged copy of a birth certificate that Mr. Obama posted

7   online?

8      A     I've seen it and I have a copy of it, yes.

9      Q     Was there anything suspicious about this birth

10  certificate?

11     A     There are three issues of concern as far as I can

12  tell.

13           Number one, the serial number that's in the upper

14  right hand corner is out of sequence and -- when compared to

15  two other birth certificates issued to two twins that were

16  born the day after Mr. Obama was born and whose certificates

17  were issued three days after his was supposedly issued,

18  their serial numbers are lower, although you would expect

19  them to be higher, given the fact that they were subsequent

20  to his.

21           The second thing is that the certification

22  paragraph that's contained in their birth certificates is

23  somewhat different than the certification paragraph that is

24  contained in the Obama birth certificate.

25           And last, but not least, the name of the local

1   registrar for the Obama birth certificate is different than

2   the one on the Nordyke twins, and you would think that given

3   the fact that they were born within 24 hours of each other,

4   the local registrar would have been the same given the fact

5   that they were born in the same medical facility at the same

6   location.

7       Q     Mr. Sampson, so what was your suspicion when you

8   studied the Social Security Number and the birth certificate

9   of Mr. Obama, in your professional opinion?

10      A     In my opinion, I believe that there's credible

11  evidence to warrant further investigation and the issuance

12  of court orders requesting the unsealing of records in

13  Hawaii as well as the release of records from the Social

14  Security Administration as to who the owner of ██████████

15  is.

16      Q     Mr. Sampson, Mr. Ken Allen testified to the fact

17  that he received immigration records of Mr. Lolo Soetoro,

18  Mr. Obama's stepfather.  Those were made public.  Did you

19  study those immigration records?

20      A     I have a copy of them and I have looked at them,

21  yes.

22      Q     Was there any redacting in those records?

23      A     My understanding, reading the letter, the

24  transmittal letter, that was accompanying the documents, the

25  A file, what's called the alien file or the A file, that was

Page 35

1  sent to Mr. Allen, was that they redacted a portion of some

2  of the documents.  I believe six of them were redacted, and

3  then there were seven pages that were withheld in their

4  entirety due to Privacy Act concerns.

5        Q    Mr. Sampson, are there usually redactions in the

6  records of deceased individuals?

7        A    No.

8        Q    So let's see, who could have been on the

9  immigration records of Lolo Soetoro, who is not deceased

10 today?  Is Mr. Soetoro decreased?

11       A    Mr. Soetoro is deceased, Ms. Dunham is deceased,

12 the grandparents are deceased, Mr. Barack Obama, Sr. is

13 deceased.  Maya Soetoro-Ng was not born at the time, and

14 therefore was not part of this at the time that Stanley Ann

15 Dunham petitioned to have her spouse, Mr. Soetoro,

16 classified as an immediate relative so he could receive an

17 immigrant visa.

18       Q    So what would be your conclusion, who could have

19 been listed on Mr. Soetoro's immigration records which was

20 the reason for redaction?

21       A    The only person that can come to mind would be

22 Barack Hussein Obama, II, also known as Barry Soetoro.

23       Q    Next question, Mr. Sampson.  In your opinion as a

24 deportation officer, if Mr. Barack Obama was a natural-born

25 U.S. citizen, he had a valid U.S. citizenship, and he never

Page 36

1   lost the citizenship while living in Indonesia, would he

2   need immigration records, would he need to immigrate?

3       A    No, there would be no need for him to be issued an

4   immigrant visa, he'd be considered a U.S. citizen, be able

5   to travel to the United States as a citizen.

6       Q    Knowing all the information that you have in

7   regards to Mr. Obama, what would be your conclusion and what

8   do you believe that needs to be done -- or what would you do

9   in cases similar to this with these kind of records?

10      A    It would warrant further investigation.  What I

11  would do if I was still working with Immigration, is I would

12  be getting the originals of the documents I just mentioned.

13  I would go to the Social Security Administration and request

14  a copy of the SS-5 which is the actual handwritten

15  application for a Social Security Number.  I would also

16  request the State of Hawaii submit a certified copy of any

17  birth records, so this way we could rule in or rule out

18  whether or not he was born in Hawaii.

19      Q    How about immigration and passport records?

20      A    I would be going to the State Department Office of

21  Passport Services to see if there are any U.S. passports

22  issued.

23      Q    And if those are not provided or the U.S. Attorney

24  is not willing to proceed with those steps, what would you

25  do?

Page 37

1    A    Well first, let me clarify -- in the event we

2    would be conducting an investigation, it would primarily be

3    a criminal investigation to determine whether any charges

4    should be filed.  And the way the procedure works in federal

5    system is that you would do a report, submit it to the

6    United States Attorney's Criminal Division, so that they

7    could review it and determine whether or not they would

8    accept it for prosecution.

9         Assuming that they declined it, the alternative

10   would be, if there was evidence to suggest that the

11   individual in question was not a citizen of the United

12   States and in fact had falsely claimed to be a U.S. citizen,

13   that person could be placed in deportation proceedings

14   because falsely claiming to be a U.S. citizen is a separate

15   and entirely standalone charge for deportation purposes.

16   Q    Would it be sufficient for warrant for this

17   person's arrest?

18   A    Well, that would be how you would commence a

19   removal proceeding.  You would request an administrative

20   arrest warrant signed by the field office director, notice

21   to appear in removal proceedings and a custody determination

22   to determine whether or not the individual would be held in

23   custody, released on their recognizance or some other

24   alternative to detention such as electronic ankle monitoring

25   or something like that.

Page 38

1    Q    I understand.  So just to clarify for the Court,

2    if the U.S. Attorney refuses to proceed -- to act -- as a

3    deportation officer, you would have been seeking a warrant

4    for arrest of this individual and deportation?

5    A    I would be seeking a warrant of arrest and then

6    issuance of a notice to appear on any individual who made a

7    false claim to United States citizenship, and who was not

8    clearly a citizen or was clearly admitted for permanent

9    residence.

10            MS. TAITZ:  Thank you, thank you, Mr. Sampson.

11            At this point, I would like to admit into evidence

12    the affidavit of Mr. Sampson and the attached documents.

13            JUDGE MALIHI:  Thank you, sir, you may step down.

14            THE WITNESS:  Thank you, Your Honor.

15                                    (Witness excused.)

16            JUDGE MALIHI:  Counsel, I'm ready to hear your

17    closing argument.

18            MS. TAITZ:  Yes, Your Honor.  I'm just going to

19    give Mr. Sampson's affidavit.

20            I apologize.

21            (Pause.)

22                            (The document referred to was

23                            marked for identification as

24                            Plaintiff's Exhibit Number 6.)

25            MS. TAITZ:  So what do we have in this case?

Page 39

1      We have records from Mr. Obama from Indonesia

2  where he went to school and went under the last name

3  Soetoro; nationality, Indonesian.

4      Keep going, keep going.  Now -- stop.

5      Now what's interesting about those records from

6  Indonesia that we just saw a minute ago, it stated that Mr.

7  Obama went to school in Indonesia from 19 -- I'm sorry, from

8  January 1st, 1968 and here is another picture.  And this is

9  a well-known picture, it was published in multiple papers,

10 of smiling Mr. Obama with his friend ad it states "1969,

11 third grade."  And that's a picture from Hawaii.

12     So we have two records.  We have a record from

13 Indonesia where there is a boy who goes by name Barry

14 Soetoro, who at least for a period of two years, 1968 and

15 '69, resides in Indonesia and goes by name Barry Soetoro.

16     We have another boy, who during this same time,

17 1968 and '69 resides in Hawaii and goes by name Barry Obama.

18     And we have no idea which boy came back to this

19 country.

20     Keep going.  Next document -- this is Mr. Obama's

21 application to become --

22     JUDGE MALIHI:  Counsel, are you testifying?

23     MS. TAITZ:  I can actually testify.

24     JUDGE MALIHI:  You don't have to.  I asked you to

25 do closing argument.

Page 40

1        MS. TAITZ:  I would like to, yes.

2        JUDGE MALIHI:  No, no, no.

3        MS. TAITZ:  Actually, since I was the one --

4        JUDGE MALIHI:  What personal knowledge do you

5 have?

6        MS. TAITZ:  I personally obtained those documents.

7        JUDGE MALIHI:  And -- no, no, no.  That's not

8 personal knowledge.

9        MS. TAITZ:  I have -- this is the official law

10 registration that was -- that is available online.  I

11 personally downloaded it from online records of the Illinois

12 Bar.  And that's Mr. Obama's registration as an attorney in

13 the State of Illinois.

14        And I would like to testify under oath.  Actually

15 not only this, but other records since I was the one who did

16 most of the research, I will testify.

17        THE REPORTER:  Raise your right hand, please.

18 Whereupon,

19                ORLY TAITZ

20 appeared as a witness herein and, having been first duly

21 sworn, was examined and testified as follows:

22             DIRECT TESTIMONY

23        THE WITNESS:  So, here, what is important about

24 this record?  It says full license name:  Barack Hussein

25 Obama.  Full former names:  None.

1      We've already seen that in his mother's records,

2   passport records, Mr. Obama is listed by last name

3   Soebarkah.  We've seen that in his records in Indonesia, he

4   is listed under name Soetoro.

5      So, clearly, Mr. Obama was committing perjury when

6   he applied for this record.

7      I actually personally contacted the Illinois Bar

8   and inquired about it.  I was told that since Mr. Obama is

9   inactive, it's not a problem.

10      I contacted the Bar again and I demanded

11   investigation, at which time, Mr. Obama's record as an

12   attorney was changed from "inactive" to "not allowed to

13   practice law."  Mr. Obama has resigned from the Bar, he gave

14   up his law license and I believe it was --

15      JUDGE MALIHI:  How is that relevant, counsel, to

16   the legal issues before me?

17      MS. TAITZ:  It's relevant to the fact that he is

18   hiding his identity under his prior names -- Soetoro and

19   Soebarkah.  And we have a whole record or Mr. Obama going

20   through life hiding records.

21      Next --

22      JUDGE MALIHI:  Counsel, I'm going to ask you to

23   submit your testimony in writing.

24      MS. TAITZ:  Sure, okay.

25      JUDGE MALIHI:  Let's make a closing argument.

Page 42

1      MS. TAITZ:  Okay.

2      Your Honor, U.S. citizens have cherished

3  Constitutional rights, their First Amendment right to -- for

4  free speech.  Voting is a political speech that is extremely

5  important.  Our democracy rests on this.  Women fought for

6  years in suffrage movements for this right to be able to

7  vote.  Minorities right here in the south fought for their

8  right.

9      My clients are fighting for their right to vote

10 for a person who is legitimate.  They're fighting for their

11 right to participate in lawful elections that are free from

12 fraud and forgery.  The Plaintiffs have shown, and the

13 witnesses that testified here have shown, that not only

14 there is a Constitutional problem with Mr. Obama's

15 eligibility that his father was not a U.S. citizen, but we

16 have clear evidence of fraud and forgery in Mr. Obama's

17 birth certificate, his Social Security Number, and since

18 those are primary documents, all the other documents that

19 were issued based on those two.

20      We also presented evidence showing that Mr. Obama

21 used other last names -- Soetoro and Soebarkah -- and we do

22 not have any evidence of him legally changing his name from

23 Soetoro to Obama; and the fact that he was a citizen of

24 Indonesia.  There is no evidence to show that this was

25 changed.

Page 43

1          Based on all the above, the Plaintiffs submit that

2   they have proven -- they've met their burden of proof and

3   Mr. Obama should be found ineligible.

4          Moreover, I have issued a subpoena, Your Honor has

5   stated to Mr. Obama that this subpoena needs to be honored,

6   he should have been here with certified documents with

7   embossed seal to show that indeed he has anything.  So far,

8   the only thing that Mr. Obama has shown is a computerized

9   image that could have been created yesterday, that he is

10  posting on mugs and tee shirts.  Mugs and tee shirts are not

11  a prima facie evidence.

12         Not one single judge in the country has found that

13  Mr. Obama is legitimate for presidency.  All the cases --

14  you know, we've heard in the media fraudulent statements

15  that came from Mr. Obama's attorney, Mr. Jablonski, that the

16  issue was litigated, it was proven he is eligible.  That's

17  fraud.  It was never litigated on the merits.  Not one judge

18  stated that Mr. Obama has a valid birth certificate.  Not

19  one judge stated that he has a valid Social Security Number.

20  Not one judge found that Obama is legally his name or that

21  the person sitting in the White House is indeed Barack

22  Obama.  It was never heard on the merits, it was never heard

23  in a court of law on the merits.  And, therefore, the

24  Plaintiffs are asking to rule on the merits.

25         Also, because our reports are due by February 5, I

1   would ask Your Honor for Letters of Interrogatory.  I worked

2   for three years trying to get additional documents.  I was

3   threatened, defamed.  And without Letter of Interrogatory

4   from Your Honor to the First Circuit Court in Hawaii to

5   issue a local subpoena to the Department of Health, and

6   Letter of Interrogatory to the D.C. Court to get Mr. Obama's

7   passport, immigration and social security records, we would

8   not be able to get any original records.  So I would ask not

9   only to find that Mr. Obama is not eligible based on the

10  documents that we have, but also Letter of Interrogatory so

11  we can disclose all of the original records, if they exist,

12  forward to the other states, so there will be consistency

13  between all 50 states.

14         And as Mr. Sampson has stated, if it would have

15  been anybody else, it would have gone to a warrant for

16  arrest and deportation.  We are all equal under the law in

17  this country.  A person -- a poor person in the poor house

18  or a president in the White House are all equal under the

19  law and I'm asking Your Honor to hold Mr. Obama in contempt

20  of court due to the fact that subpoena was issued and he

21  intentionally disrespected and disregarded the subpoena.

22         Thank you, Your Honor.

23         JUDGE MALIHI:  Thank you very much, counsel.  May

24  I have your exhibits before we close?

25         MS. TAITZ:  Yes, Your Honor.

Page 45

1          (A document was proffered to the reporter.)

2          THE REPORTER:  I don't know what this is.

3          MS. TAITZ:  Put the next number on it.

4                              (The document referred to was

5                              marked for identification as

6                              Plaintiff's Exhibit Number 7.)

7          JUDGE MALIHI:  Ms. Taitz, may I have your

8   exhibits?

9          (Documents were proffered to the Court.)

10         JUDGE MALIHI:  This concludes the hearing for

11  today.  Have a good day.

12         MS. TAITZ:  Thank you, Your Honor.

13         (Whereupon, the hearing was concluded at

14     11:12 a.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 46

C E R T I F I C A T E

I, Peggy J. Warren, do hereby certify that the foregoing pages represent a true and accurate transcription of the events which transpired at the time and place set out in the caption, to the best of my ability.

Peggy J. Warren, CVR-CM, CCR A-171

# Exhibit 3

Dr. Orly Taitz, ESQ.
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA 92688
Ph 949-683-5411 F949-766-7603
Orly.Taitz@gmail.com
CA Bar License 223433
Pro Hac Vice GA
Attorney For Plaintiffs

## OFFICE OF STATE ADMINISTRATIVE HEARINGS

## STATE OF GEORGIA

| | | |
|---|---|---|
| DAVID FARRAR, | : | |
| LEAH LAX, | : | |
| CODY ROBERT JUDY, | : | **DOCKET #: OSAH-SECSTATE-.** |
| THOMAS MacLAREN | : | **CE-1215136-60-MALIHI** |
| LAURIE ROTH | : | **PROPOSED FINDINGS OF FACT AND** |
| | : | **CONCLUSIONS OF LAW** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BARACK OBAMA | : | |
| Defendant. | : | |

## Introduction

Barack Obama, defendant herein, (Hereinafter "Obama") is a candidate for the position of the U.S. President in the 2012 Presidential elections in the state of Georgia. His name was submitted by the Executive Committee of the Democrat Party of Georgia, as a presidential candidate. Plaintiffs filed a challenge with the office of the Secretary of State of Georgia, stating that the candidate is not eligible, as he is not a natural born citizen. This current challenge was forwarded by the Secretary of State to the Administrative court of the state of Georgia for adjudication. This case was assigned to Honorable Michael Malihi, Deputy Chief judge. During the trial, held on January 26, 2012, Plaintiffs submitted witness testimony and exhibits showing the defendant not to be a natural born citizen. Defendant and his attorney did not appear and did not provide any evidence of eligibility. The parties were ordered by the court to submit by 5pm on February 5, 2012, a brief of Proposed Findings of Fact and Conclusions of Law, not exceeding 25 pages. On January 27, 2012 the court changed the submission date from February 5 to February 1. Plaintiffs are submitting attached Proposed findings of Facts and Conclusions of Law by the new deadline of 5:00 PM, February 1, 2012. Plaintiffs attest, that the length of the brief does not exceed allowed 25 page limit. The current brief is a result of three and a half years of investigation into the factual and legal background of the Defendant. Due to page limitation, not all of the facts can be included. Due to the fact that there are two other challenges to eligibility of the same defendant, limited to one issue- the fact that Defendant's father was not a US citizen - Plaintiffs in Farrar believe that the court will be fully briefed on this one issue. As such, Plaintiffs will somewhat limit the discussion of this issue in this brief and will allocate a larger part of the allowed 25 pages to issues of elections fraud, evidence of forgery in the defendant's alleged copy of his birth certificate released to the public, Social Security fraud, and use of multiple last names, as

those issues are not covered in concurrently submitted cases of Welden and Swenssen. Plaintiffs assert that based on law and fact, Obama is not eligible to be on the ballot in the state of Georgia as a Presidential candidate and such finding should be forwarded to the Secretary of State of Georgia. Plaintiffs seek their attorneys' fees and costs. Plaintiffs also assert that evidence of criminality as well as contempt of court and rule of law exhibited by the defendant, Obama, is so egregious that it warrants forwarding of the evidence and findings of this court to the Attorney General of Georgia for criminal prosecution of Obama for elections fraud, uttering of forged and altered documents, Obstruction of Justice and Social Security fraud. Additionally, the evidence submitted to this court warrants forwarding to the immigration and deportation services of the Department of Homeland Security for criminal prosecution; as well as to the U.S. Congress for impeachment for High Crimes and Misdemeanors committed by Defendant, Obama. Furthermore, Defendant and his attorney should be held in contempt of court and properly sanctioned for failure to comply with the subpoena duly issued and served on the defendant by the Plaintiffs counsel, Orly Taitz. Aforementioned subpoena was found to be valid when this court denied Defendant's motion to quash the subpoena and Defendant was obligated to appear in court and provide certified copies of his identification records. Obama and his attorney, member of Georgia bar Michael Jablonski, are in contempt of court, as they failed to appear and did not produce any documents attesting to Obama's eligibility.

### ARGUMENT

Case at hand brought based on O.C.G.A. §21-2-5(a) and (b), O.C.G.A. §21-2-193. O.C.G.A. §21-2-5 states "Every candidate for federal and state office ... shall meet the constitutional and statutory qualifications for holding the office being sought."

The case of <u>Haynes v Wells</u>, 538 S.E.2d 430 (GA 2000) establishes that a candidate seeking to hold office through an election in the state has the affirmative duty to prove their eligibility. This holding relied upon O'Brien v Gross OSAH-SECSTATE-CE-0829726-60-MALIHI, at 12 (2008) "The burden of proof is entirely upon Respondent to establish affirmatively his eligibility for office" *id.*

Defendant defaulted by not showing up. Administrative Rule of Procedure 616-1-2-30(1) "A default order may be entered against a party that fails to participate in any stage of the proceedings, a party that fails to file any required pleading, or a party that fails to comply with an order issued by the Administrative Law Judge."

616-1-2-.30(2) "After issuing a default order, the Administrative Law Judge shall proceed as necessary, to resolve the case without the participation of the defaulting party, or with such limited participation as the Administrative Law Judge deems appropriate, and shall determine all issues in the proceedings, including those affecting the party in default."

This is a case of national importance with repercussions on forty nine other states. Considering the importance of Presidential elections and in the interest of judicial economy, it is warranted to decide this case on the merits of law and fact, which are fully discussed below.

This court already established Plaintiff's right to proceed with this election challenge, when Defendant's motion to dismiss was denied. Plaintiff Farrar testified to being a registered voter in the state of Georgia. As such, he was an elector, who was eligible to bring an election challenge at hand.

What is the eligibility requirement for the U.S. President?

It is defined in the US Constitution Article 2, section 1, clause 5, which states "No person except a natural born Citizen, or a citizen of the United States, at the time of the adoption of the Constitution, shall be eligible to the office of the President".

So, based on the Constitution we have two options:

1. a U.S. citizen at the time the Constitution was adopted or

2. natural born U.S. citizen.

Of course, the first provision was written into the Constitution in order to grandfather in the first Presidents, who obviously were born before the creation of the United States of America and were required to be only "citizens" at the time the Constitution was adopted.

The second part relates to all other Presidents, who were born after the adoption of the Constitution. This means that the defendant needs to be a "natural born citizen". The Constitution does not provide a definition of what a natural born citizen is. Such definition needs to be drawn from multiple extraneous sources, available at the time of the adoption of the Constitution. Just as in a recent case of U.S. v Heller 554 U.S.570(2008), where the courts had to deduct the meaning of the Second Amendment right to bear arms from the framers intent; the case at hand requires such reconstruction of the framers' intent. To this extent, this is a case of first impression, as no court ever ruled directly on the point of the meaning of "natural born citizen', as it applies to the U.S. President. The closest the courts came to the determination of natural born, is in a precedent of Minor v Happersett 88 U.S. 163 (1875)

## MINOR V HAPPERSETT

Minor states:"The Constitution does not in words say who shall be natural-born citizens. Resort must be had elsewhere to ascertain that. At common law, with the nomenclature of which the framers of the Constitution were familiar, it was never doubted that all children born in a country

of parents who were its citizens became themselves, upon their birth, citizens also. These were natives or natural-born citizens, as distinguished from aliens or foreigners. Some authorities go further and include as citizens children born within the jurisdiction without reference to the citizenship of their parents. As to this class there have been doubts, but never as to the first. For the purposes of this case, it is not necessary to solve these doubts.....” *id.* It is common knowledge and described at length in Defendant Obama's Memoirs, such as <u>Dreams from my Father,</u> that Obama's father was a foreigner. Obama Senior was a foreign exchange student who resided in the U.S. for a couple of years while he got his education and he returned to his native Kenya. At the time of Obama's birth, his father, who came from Mombasa, Zanzibar region of Kenya, was a British "protected person". Obama automatically inherited his father's British citizenship upon the British Nationality act of 1948. Upon the declaration of the Independence of Kenya on December 11, 1963, Barack Obama automatically received his Kenyan citizenship on December 12, 1963. As Obama was around five years old his mother remarried one Lolo Soetoro, Indonesian national. According to Obama's memoirs (<u>Dreams from my Father</u>) and official biography, it is common knowledge that the family immigrated to Indonesia around 1967. Obama's school records from Indonesia (P trial exhibit 7) show him using last name Soetoro and nationality Indonesian. So, from birth until today, Obama had citizenship of three other countries, he is a son of a foreign national and a step son of another foreign national, therefore not eligible to be considered a natural born U.S. citizen according to the precedent of Minor v Happersett.

### <u>Wong Kim Ark</u>

The only case law, that seems to contradict Minor, is a precedent of <u>U.S. v Wong Kim Ark</u> 169 <u>U.S. 649</u> (1898). Wong Kim Ark is a case, relating to the citizenship of a young man, born to

two Chinese permanent residents. Kim Ark moved back to China and sought to return back to the U.S. as a U.S. citizen.   Wong Kim Ark defined U.S. citizenship based on jus solis, based on the place of birth and subject to the jurisdiction of the U.S.

## WONG KIM ARK IS NOT A CONTROLLING PRECEDENT FOR FARRAR

Kim Ark is not a controlling precedent for a number of reasons.

a. Kim Ark dealt only with citizenship in general. It never dealt with the definition of natural born citizenship.

b. Kim Ark never dealt with the issue of the U.S. Presidency and heightened requirements of the natural born status as it relates to the President and Commander-in-Chief.

c. In Kim Ark both parents of the  Defendant were permanent U.S. residents, who intended to reside in the U.S. Obama's father was never a permanent resident, at the time of Obama's birth he was in the U.S. on a student visa only, intending to return to Kenya.

d. Kim Ark was not an unanimous decision. Chief Justice Melville Fuller and Associate Justice John Harlan dissented, pointing out that since the Declaration of the Independence, U.S. parted from the British Common Law doctrine of jus solis and followed the international doctrine of jus sanguinis, with offspring inheriting the nationality and allegiance of their fathers.

e. British common law doctrine of jus solis relates to allegiance to the crown, to the sovereign, which of course was abandoned in the U.S. since the adoption of the Constitution.

f. The majority opinion in Kim Ark was drafted by the associate justice Horace Gray, appointee of President Chester Arthur.  It was rumored, that Gray's commission and subsequent decision in Kim Ark was done to sanitize Arthur's own lack of eligibility. William Arthur, Chester Arthur's father was an Irish citizen and there is no clear evidence, that he became a U.S. citizen prior to

Chester Arthur's birth. Reportedly Chester Arthur burned his identification papers and his eligibility is covered in mystery.  Chester Arthur is the only other U.S. President, whose eligibility is questioned. Just because Arthur burned his documents, does not give Obama green light to disrespect the court and the nation and show a contempt to the judiciary and refuse to produce any verifiable documents, any evidence of his natural born status.

Due to all of the above Plaintiffs believe that Kim Ark does not represent a binding authority.

## INTENT OF THE FRAMERS

At the time of the adoption of the U.S. Constitution a treatise, most commonly used by the framers, was the Law of Nations by a well known Swiss diplomat and jurist Emer de Vattel. Written in 1758, it was well known to the framers and often used as a template for the U.S. Constitution. Book 1, Chapter 19, part 212 of the Law of Nations says: "The natives, or natural born citizens, are those born in the country, of parents who are citizens". It states "parents" in plural, not at least one parent in singular. Moreover, at the time of the adoption of the Constitution, the controlling citizenship was one of a father and Obama's father was never a U.S. citizen. The framers knew the meaning of natural born and that might be the reason, why there is no definition in the Constitution. Based on Vattel and Minor Obama does not qualify as a natural born, due to his foreign citizenship and foreign allegiance at birth.

One of the framers of the Constitution, first Chief Justice of the Supreme Court, John Jay, wrote in his well known July 25, 1787 letter to George Washington: 'Permit me to hint, whether it would be wise and reasonable to provide a strong check to admission of foreigners into the administration of the National government; and to declare expressly that the Commander-in-Chief of the American Army shall not be given to, nor devolve on any but a natural born citizen."(the Federalist Papers Alexander Hamilton, James Madison and John Jay. Bantam Dell

2003) Clearly Jay's construction of natural born clause was- one without allegiance to foreign nations, which disqualifies Obama.

Lastly, during the Congressional debate on the 14th amendment John A. Bingham, framer of the 14th Amendment defined the natural born citizen as follows "every human being born within the jurisdiction of the United States not owing allegiance to any foreign sovereignty". As at the time of Obama's birth, his father owed allegiance to a foreign nation, Obama does not qualify as natural born citizen according to Bingham's construction.

Based on the above precedent of Minor and definitions provided by the framers of the Constitution natural born citizen, is one born in the country to parents, who don't owe allegiance to foreign sovereignties. Since at the time of Obama's birth his father owed allegiance to the British crown, Obama does not qualify as a natural born citizen.

**EVEN IF ARGUENDO MINOR DID NOT CONTROL, BUT KIM ARK CONTROLLED, OBAMA STILL DID NOT QUALIFY AS A NATURAL BORN DUE TO LACK OF ANY DOCUMENTARY EVIDENCE OF THE U.S. BIRTH AND LACK OF A VALID U.S. BIRTH CERTIFICATE AND LACK OF A VALID SOCIAL SECURITY NUMBER**

Even if arguendo the court were to decide, that Minor does not control, but rather Kim Ark controls as a binding precedent, Obama still cannot be considered a natural born citizen, since he does not possess any valid documents attesting to his birth in the United States of America. Defendant did not produce any evidence, any documents verifying his birth. The only thing he is relying on, is that on April 27, 2011 he posted a computer image on line and claimed that this computer image is a true and correct copy of his birth certificate, issued in

1961. He posted this image on mugs and T-shirts and sells them for $25 apiece, claiming it to be a verification of his eligibility. It is possible, that an image on a mug constitutes a prima facia evidence in Mombasa, Kenya, maybe an image on a T-shirt represents a competent, admissible evidence in Jakarta, Indonesia, however in the United States of America, where we hopefully retained a rule of law, an image on mugs and T-shirts represents neither prima facia evidence, nor competent, admissible evidence. The only thing it represents, is complete disrespect of law and of 311 million American citizens.

At trial Plaintiffs in Farrar submitted evidence, showing, that a computer image, posted by Obama on line, represents a computer generated forgery. Plaintiffs, also, presented evidence, that Obama does not possess a valid Social Security number, that he is illegally using a number, issued in the state of Connecticut to another individual, who was born in 1890. Plaintiffs, also, provided evidence, showing Obama using different last names: Soetoro and Soebarkah and committing fraud, possible perjury and obstruction of justice by hiding his identity under those last names. The evidence, produced by the Plaintiffs, is so incriminating, that it warrants not only removal of Obama from the ballot, it warrants his criminal prosecution. Watergate pales in comparison to Obama's culpability.

**Plaintiffs presented unrefuted evidence of lack of a valid long form birth certificate for Barack Obama**

At trial Plaintiffs presented testimony of Scanning machines expert Douglas Vogt, Adobe Illustrator expert Felicito Papa and senior deportation officer John Sampson.

Douglas Vogt testimony was entered in the record as Case file pages 57-73, Court Reporter transcript pages 22-29 and attached e-mail from the staff attorney Kim Beal attesting that judge Malihi entered exhibits into evidence.

1.Douglas Vogt (Hereinafter "Vogt") testified, that when the alleged copy of Barack Obama's birth certificate was posted by Barack Obama on line, one could see a halo effect around the letters. Mr. Vogt testified, that such halo, white shadows around letters is a sign of forgery, that it does not happen, when a document is simply scanned. It happens as a result of using multiple layers and masking by a forger.

2. Vogt testified, that the embossed seal would be clearly visible, if it would be recently placed on a document. In the alleged birth certificate, posted by Obama on line, there was no clear image of an embossed seal. There was a latent image, which would be seen, when there is photocopying of photocopying of prior documents, not a copy of a freshly placed embossed seal.

3. Vogt testified that the document in question was not a part of a book of records, as it purported to be, but rather a piece of paper by itself scanned on a flatbed.

4. Vogt testified, that a date stamp, which would be placed by hand would be in slightly different position on different certified copies. Obama's alleged two certified copies of the alleged birth certificate contained the date stamp in exactly the same spot, pixel by pixel, which would not be consistent with two separately scanned certified copies of a document.

5. Vogt   testified, that date stamp placed by hand would be slightly slanted, it would not be straight pixel by pixel, as it is on an alleged copy

6. Vogt testified, that in a document, created in 1961 using a typewriter, one would not expect kerning, meaning one would not see one letter encroaching in  the space of another letter, which is impossible with a typewriter.  Vogt testified, that there was kerning in Obama's alleged birth certificate.

7. Vogt testified, that letter spacing and line spacing was off .

Adobe Illustrator expert Felicito Papa (Hereinafter "Papa") testified, that he examined Obama's alleged long form birth certificate, posted by Obama on line on WhiteHouse.gov on April 27, 2011. Papa authenticated his sworn affidavit entered into evidence. (Court reporter transcript p 15-18, exhibits in Case File pp40-48, admitted into evidence by judge Malihi per e-mail from staff attorney Kim Beal. )

1. Papa testified, that one scanned document should appear in one layer if downloaded in Adobe Illustrator program. Obama's alleged birth certificate consisted of multiple layers, which is consistent with multiple documents used in order to create a composite document.

2. Papa testified in regards to one of such layers, enlarged via projector and shown in court on a screen. It showed, that the serial number on the birth certificate was a composite number, where different digits came from different documents, different layers.

3. Papa testified, that a seal was missing on a layer, shown on the screen.

4. Papa testified, that the signature of Obama's mother was a composite as well, partially copied from another document.

Lastly, immigration officer John Sampson ("Hereinafter Sampson") testified. Sampson testimony court reporter transcript pp30-39, exhibits entered into evidence in Case File pp82-183.

Sampson testified that he worked as an immigration inspector since 1981.He received on the job training and classroom instruction at Kennedy airport. He testified, that his instructor was an intelligence officer, who specialized in fraudulent documents and immigration fraud. Since around 1983 he was a senior deportation officer. Sampson testified as an expert on immigration and deportation before federal grand juries and administrative law judges.

Sampson authenticated his affidavit, which was entered into evidence.

## AFFIDAVIT OF ORLY TAITZ

1. I, Orly Taitz, am over 18 years old, I am an attorney, licensed in the state of California and admitted in all courts of California, 9th Circuit Court of Appeals, 3rd Circuit Court of Appeals and Supreme Court of the United States. I have personal knowledge of the facts described below and I can competently testify at trial to the following:

2. I received information from licensed investigators Sankey and Daniels as well as recently retired senior deportation officer John Sampson, that for most of his life Barack Obama used  and is currently using a Connecticut social security number

3. The first three digits of the number 042 were assigned by the Social Security administration to the state of Connecticut.

4.   Based on information and belief, Obama was never a resident of Connecticut.

5. Concerned that we have an individual fraudulently using a stolen social security number from a state, where he never resided, I decided to verify this information through official sources of the U.S. government.

6. I went on the official website for the  U.S. government www.sss.gov. This website provides verification of the Selective Service registration with the U.S. military.

7. One cannot occupy an executive position with the U.S. government without such registration with the Selective Service.

8. For verification one is supposed to enter the name, birthdate and social security number of the individual. If all three parameters match to the identification information on file, it will show "Matched record".

9. I personally entered name "Obama", birthdate ███████ and social security number ███████ given to me by investigators Sankey, Daniels and Sampson.

10. I got a response "Matched record" . selective service number ███████ 1. Date of registration 9.4.1980.

11. From birth and until date of registration Obama was not a resident of Connecticut.

12. I also received a sworn affidavit from expert Chito Papa, showing, that Barack Obama is using the same Connecticut social security number ███████ on his 2009 tax returns, which were posted on the official web site WhiteHouse.gov. This tax return was later reposted with the file flattened and the social security number electronically whitened, however the original file with the visible social security number was downloaded by Mr. Papa and multiple other individuals. A true and correct copy of such affidavit is attached herein.

13. I also received a sworn affidavit from Ms. Linda Jordan. A true and correct copy of such affidavit is attached herein.

12.   As an attorney and officer of the court I declare under penalty of perjury, that above is true and correct statement of the facts. As an officer of the court I am requesting an immediate   hearing on this matter, as it shows that we have an unprecedented breach of the U.S. National security, we have an individual with a fraudulently obtained Social Security number from a state, where he never resided, occupying the position of the President of the United States and Commander-in-chief.

/s/ Dr. Orly Taitz, Esq.

In regards to Obama's alleged copy of his birth certificate he stated, that there were several issues of concern:

1. serial number in the upper left corner was out of sequence. Serial number was higher, than known serial numbers of birth certificates of twins born three days later

2. Certification paragraph was different, than the certification paragraphs of known birth certificates

3. The name of the registrar was different, than the name of the registrar listed on the birth certificate of Nordyke twins, born in the same hospital within 24 hours as Obama. One would expect a name of the same registrar.

Based on all of the above, an alleged copy of a long form birth certificate posted by Obama on line, on WhiteHouse.gov does not represent a true and correct copy of any document, but rather a computer generated forgery. Obama did not appear in court and did not present any documents. As such he did not meet his burden of showing that he possesses necessary identification papers to meet statutory and Constitutional qualifications for holding the office being sought.

**Plaintiffs presented unrefuted evidence of lack of a valid Social Security number for the**

**Defendant**

While Social Security number is not a document, evidencing birth per se, it is one, that is commonly forged, as it is an important identification paper. Social Security number is issued based on a valid birth certificate. Lack of a valid Social Security number is an indirect, a circumstantial evidence of lack of a valid long form birth certificate. Without a valid birth certificate, one cannot obtain a valid Social Security number.

Five witnesses testified in regards to Social Security fraud.

Licensed investigator Susan Daniels testified (Court reporter record pp10-14, exhibits accepted into evidence in the case file pp15-39).

Daniels testified, that at the time Obama got his Social Security number, the numbers were assigned based on the state, where one resided and applied for his Social Security number.

1.Daniels testified that she immediately knew, that the Social Security number was fraudulent, as it was a Connecticut number and Obama resided in Hawaii at a time. The number Obama is using is ███████; it starts with ███- which are the three digits assigned to Connecticut.

2. Daniels testified, that aforementioned SSN was connected to another date of birth, 1890 and Daniels believed, that this SSN was assigned to an individual born in 1890. She believed that the Social Security number was fraudulent.

3. Daniels testified that aforementioned Connecticut SSN was connected to Obama's phone records as well and those also showed date of birth of 1890.

4. Daniels testified that she checked a number of released Social Security numbers, which were issued before and after the SSN in question. She found that all of them were issued in Connecticut around 1977. At a time Obama resided with his grandparents in Hawaii. He was never a resident of Connecticut.

Adobe Illustrator expert Falicito Papa, who testified  in regards to evidence of forgery in Obama's birth certificate, as described previously, also testified in regards to Obama's 2009 tax returns posted on line, on WhiteHouse.gov in 2010. Papa testified, that originally PDF file was not flattened and the full social Security number was fully visible to the public. Papa testified, that it was indeed ███████ Connecticut Social Security number, which was previously described as fraudulent by Detective Daniels.

Witness Linda Jordan testified that on August 17, 2011 she personally ran Obama's E-Verify. E-Verify records show mismatch between the name Barack Obama and Social Security number he is using in his tax returns, which were previously provided by witness Papa. E-Verify record authenticated by witness Linda Jordan is on pp 56 and 198,199,200 of the exhibits admitted into evidence in case file and her testimony on page 19-21 of the court reporter transcript.

Retired Senior deportation officer John Sampson testified and authenticated his affidavit, previously submitted to the Plaintiffs. Sampson testified, that the Social Security number used by Obama was issued in 1977 in the state of Connecticut, at the time Obama was residing with his maternal grandparents.

First amended complaint in this case contains an affidavit of Orly Taitz, attorney for Plaintiffs, attesting that she personally ran Connecticut Social Security number ████████ through www.sss.gov. official Selective Service website and found, that Obama has been using aforementioned Connecticut social Security number in his Selective Service application. (first amended complaint, affidavit of Orly Taitz and Selective Service printout, as well as trial exhibit 7, entered into evidence in case file pp 190-193)  Plaintiffs witnesses and exhibits entered into evidence showed that not only Obama does not possess a valid birth certificate, he does not possess a valid Social Security number, but rather is using a Social Security number, which was assigned to another individual in the state of Connecticut. This constitutes additional evidence of lack of valid identification papers needed to prove Obama's constitutional and statutory eligibility as a natural born U.S. citizen.

**Plaintiffs presented this court with unrefuted evidence of Defendant using multiple last names, whereby Obama might not be his legal name**

Witness Chris Strunk testified and authenticated a report, received by him personally in response to his Freedom of Information request, submitted to the state department. (Court reporter transcript pp 8,9, exhibits admitted into evidence in case file pp 1-14) Aforementioned report contained passport records of Obama's mother, Stanley Ann Dunham, which show Obama listed under last name Soebarkah.

Attorney for Plaintiffs was sworn in as a witness and testified. She presented the court with video clip from CBS/Inside Edition report from Indonesia, showing a reporter's visit to Obama's former elementary school, Assisi catholic school in Jakarta Indonesia and review of the school book of records by the reporter for CBS/Inside edition. Video clip, brought as a business record and as a matter of common knowledge shows, that in Indonesia in school records Obama was listed under the last name Soetoro, which was the last name of his step father, Lolo Soetoro and nationality Inndonesian, which was also the nationality of his step father. Enlarged copy of Obama's school record from Assisi school was entered into evidence in Case file P-7 pp184, 185. Defendant did not present any evidence to refute above testimony and evidence showing him using different last names: Soetoro and Soebarkah and him having Indonesian citizenship. As an Indonesian citizen he does not qualify to run for the U.S. Presidency.   There is no evidence to show Obama legally changing his name from Soetoro or Soebarkah to Obama. If Obama is not his legal name, he cannot be on the ballot in the state of GA under the name Obama.

### DEFENDANT'S BEHAVIOR SHOWS GUILTY MIND

Defendant's behavior shows guilty mind. Defendant had an opportunity to appear in court and provide certified copies of his vital records. He chose not show up and not to produce any records. An inference can be made, that he does not possess any valid records, which would explain his behavior. This particularly significant, as this is the first time the issue of Obama's

eligibility is being heard on the merits. Until now all of the eligibility challenges were dismissed on procedural grounds, such as lack of standing to challenge a sitting president, lack of jurisdiction or abstention. This is the first challenge, where electors have standing to challenge Obama and can have their challenge heard on the merits. It is reasonable to believe, that if Obama were to possess any valid identification papers, he would have produced them and would have stopped all further challenges on res judicata or collateral estoppel. Obama's contempt of court, refusal to show up in court for trial and lack of any valid identification papers represents circumstantial evidence of guilty mind and inability to respond on the merits and prove his Constitutional and statutory eligibility.

**There is a pattern of behavior by the defendant, showing attempts to obstruct justice, submit forged or fraudulently obtained documents, hide his prior identity under the named Soetoro and Soebarkah**

Orly Taitz, Plaintiffs attorney, testified that  she downloaded from public on line records registration@iardc.org of the Illinois bar Obama's application to the Illinois bar, which was entered into evidence in P-7, p187. In the registration Obama is asked to provide his full name, which he provided as Barack Hussein Obama. On the next line he is asked for prior names, Obama entered none. This contradicts official passport records of Obama's mother, Stanley Ann Dunham, previously entered into evidence, which show Obama listed under the last name Soebarkah in his mother's passport records. This also contradicts  Obama's school registration from Jakarta, Indonesia, where he was listed under the last name Soetoro. Clearly, Obama knew, that he went by the last name Soebarkah. Clearly he knew that for four years he went to school under the last name Soetoro. Obama's actions show a pattern of fraud and possibly perjury, if the registration to the bar was done under the penalty of perjury. Taitz further testified that she

contacted the Illinois bar and complained that Obama committed fraud in not disclosing his last name. She stated, that originally the bar refused to take any action as Obama's status was listed as inactive. When Taitz complained, that inactive status can be activated at any time, Obama changed his status from inactive to ineligible to practice law. It appears Obama has forfeited his law license and an expensive Harvard law degree in order to keep hidden his identity under prior names Soetoro and Soebarkah.

In the case at hand Obama and his attorney participated in the proceedings up to the point, where attorney Orly Taitz issued a subpoena for Obama to appear and provide certified copies of his identification records. As the motion to quash the subpoena was denied by this court, Obama made one more desperate last ditch effort to avoid trial by writing to the Secretary of State of Georgia, seeking assistance of the Secretary of State in halting this trial and protecting Obama from subpoenas filed by Taitz. As the last effort failed, Obama simply forfeited the 9th largest state in the Union, a state with nearly 10 million citizens in order to keep his records hidden. Obama's modus operandi shows, that just as he forfeited his law license in Illinois, he forfeited a state with nearly 10 million citizens to keep his identity under other last names and his vital records hidden. Taitz testified to the fact, that there are other areas of inconsistency in Obama's records. Exhibits entered into evidence Case records, p186 show a picture of Obama with his friend Scott Inoue signed Third Grade Honolulu, Hawaii, 1969 (Jerome Corsi Where's the birth Certificate, 2011 edition p 218). This picture contradicts Obama's accounts in his Memoirs and official biography place him in Indonesia from 1967. School records from Assisi school in Jakarta show him attending school there under the name Barry Soetoro from January 1967. On the other hand, his picture from Noelani elementary school in Honolulu Hawaii shows him attending school there in 1968, 1969 under the name Barry Obama. It appears that for a period of

two years there were two distinct separate individuals: Barry Obama, who attended school in Hawaii and Barry Soetoro, who attended school in Indonesia. It is not clear, how these two individuals merge into one person. It is not clear, who came back from Indonesia: Barry Obama or Barry Soetoro. We have no idea, who is residing in the White House: is it Barry Obama or Barry Soetoro? If it is Barry Soetoro, what happened to Barry Obama?

There are multiple similar inconsistencies throughout Obama's life. Taitz submitted as an exhibit with the first amended complaint and as trial exhibit 7 admitted into evidence in case file p189 Obama's official attendance record obtained by Taitz from the official records of Student Clearing House, at www/studentclearinghouse.org, showing Obama attending Columbia University only for nine months from September 1982 until May 1983. Aside from an obvious question, of how did he get a degree from the Columbia university, while attending the school for only nine months, this matter is relevant to the issue of eligibility for following reasons. In his campaign speeches in 2008 Obama stated that he went to Pakistan over the summer brake in 1981 and visited his friends, prior to starting Columbia in 1981. His Columbia records show him starting classes in Columbia a year later, in September of 1982 not in September 1981. At a time Pakistan was ruled by a radical militant leader general Zia Ul Haq. Most Americans did not dare to visit Pakistan at the time and be identified as Americans. The question arises: What passport did Obama use to travel to Pakistan? If he used his Indonesian Passport in 1981-1982, when he was 20-21 years old, he forfeited his U.S. citizenship and affirmed his Indonesian citizenship during his age of majority, as dual citizenship was not recognized by either country at the time. Without Obama providing his certified identification records and without seeing the originals, those questions cannot be answered.

Lastly, Senior Deportation officer Sampson testified   and provided his analysis of the immigration records of Lolo Soetoro, Obama's step father (court Reporter's record pp34-38, exhibits admitted into evidence in case file pp 74-183) . Sampson testified that redactions in the immigration file were a source of a concern. He testified that records of deceased individuals are not redacted. Lolo Soetoro is deceased, Stanley Ann Dunham is deceased, so are her parents. Obama's half sister, Maya Soetoro, would not be listed on Soetoro's immigration application, as she was not born yet. The only person, the only family member, who could possibly be listed on those records, is Obama. Sampson testified, that if Obama was a natural born citizen at birth and never lost his U.S. citizenship, while residing in Indonesia, there was no reason for him to apply for an immigration visa, he would have travelled on his U.S. passport. This is yet another area of a reasonable doubt as to Obama's natural born status and eligibility.

Sampson was asked

Q Knowing all the information that you have in regards to Mr. Obama, what would be your conclusion and what do you believe that needs to be done-or what would you do in cases similar to this with these kind of records?

Sampson testified that a case like Obama's warranted further investigation and production of birth records from the state of Hawaii, SSA, immigration and passport records. He stated "...let me clarify-in the event we would be conducting an investigation, it would be a criminal investigation to determine whether any charges should be filed. And the way the procedure works in federal system is that you would do a report, submit it to the United States attorney's Criminal division, so that they could review it and determine whether or not they would accept it for prosecution.

Assuming that they declined it, the alternative would be, if there was evidence to suggest that the individual in question was not a citizen of the United States and in fact had falsely claimed to be a U.S. citizen, that person could be placed in deportation proceedings because falsely claiming to be a U.S. citizen is a separate and entirely standalone charge for deportation purposes.

Q Would it be sufficient for warrant for this person's arrest?

A Well, that would be how you would commence a removal proceeding. You would request an administrative arrest warrant signed by a field officer director...

Q ... So, just to clarify for the Court, if the U.S. Attorney refuses to proceed-to act-as a deportation officer, you would have been seeking a warrant for arrest of this individual and deportation?

A I would be seeking a warrant of arrest and then issuance of a notice to appear on any individual who made a false claim to United states citizenship, and who was not clearly a citizen or was clearly admitted for permanent residence.

A Thank you, thank you, Mr. Sampson."

The testimony of witnesses including senior deportation officer Sampson showed such concerns, that in the professional opinion of the deportation officer, it warranted a criminal investigation and possible deportation.

## Summary

1. The court rules and adjudicates on the merits that the Defendant did not meet his constitutional and statutory burden and  is not eligible to be on the ballot as a Presidential candidate, and forwards such findings to the Secretary of State of Georgia

2. Awards the Plaintiffs their attorneys' fees and costs

3. Forwards to the Attorney General of Georgia court records of witness testimony and documentary evidence submitted by the Plaintiffs for purpose of criminal investigation and prosecution of the Defendant for suspected elections fraud and suspected use of forged/fraudulently obtained identification records with the purpose to defraud the people of the state of Georgia

4. Forwards to the Department of Homeland Security Immigration and   Deportation department  witness testimony and documentary evidence submitted by the Plaintiffs for further investigation.

5.Due to Defendant's  failure to comply with a duly issued subpoena court issues an order to show cause, why  Defendant and his attorney should not be sanctioned for contempt of court.

**CERTIFICATION**

I, Orly Taitz, attest, that pursuant to court instructions I served the Defendant via e-mail through his attorney Michael Jablonski at Michael.Jablonski@comcast.net

/s/ Dr. Orly Taitz, ESQ

 02.01.2012

**Exhibit 4**



United States Department of State

*Washington, D.C. 20520*

**JUL 2 9 2010**

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.



**EXHIBIT**
P-1

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P 1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

**APPLICATION FOR**

☑ RENEWAL   ☐ AMENDMENT   ☐ EXTENSION
OF

☑ PASSPORT   ☐ CARD OF IDENTITY
☐ REGISTRATION   ☐ CERTIFICATE OF IDENTITY

Document No. F 777788   Date Issued July 19 1965

POST   Djakarta, Indonesia

☐ REFERRED TO DEPARTMENT FOR ACTION
☑ RENEWED (EXTENDED) TO _____
☐ AMENDED AS REQUESTED

$ 5.00 FEE COLLECTED
☐ NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME)   (MIDDLE NAME)   (LAST NAME)
I, Stanley Ann Dunham Soetoro, a citizen of the United States, do hereby
apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year)   PLACE OF BIRTH   Wichita, Kansas

NOW RESIDING AT   Djakarta, Indonesia

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
Stanley Armour Dunham, Bank of Hawaii, Honolulu

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

No

| PROPOSED TRAVEL PLANS | IF RETURNING TO U. S. COMPLETE THE FOLLOWING |
|---|---|
| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN _indefinite_ YEARS ____ MONTHS | PORT OF DEPARTURE |
| I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE _INDEFINATE – MARRIED TO AN INDONESIAN CITIZEN_ | NAME OF SHIP OR AIRLINE |
| | DATE OF DEPARTURE |

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Stanley Ann Dunham Soetoro
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this 13th day of August 13, 1968

(SEAL)

Vice Consul _____ of the United States at Djakarta, Indonesia

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7 - 64

SOETORO (LAST NAME)

STANLEY (FIRST NAME)   ANN (MIDDLE NAME)   DUNHAM

TO BE PRINTED IN FULL

PAGE 2

| AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND) | | |
|---|---|---|
| NAME | BIRTHPLACE | BIRTHDATE |
| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY | |
| | ☐ DIVORCE   ☐ DEATH | |
| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT  *INDO* | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT | |
| | ☐ ATTACHED   ☐ CANCELED _____ (DATE) | |

| AMEND TO INCLUDE (EXCLUDE) CHILDREN | | | |
|---|---|---|---|
| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
| ~~BARACK HUSSEIN OBAMA (SOETORO)~~ | | | |

| AMEND TO READ IN MARRIED NAME | | |
|---|---|---|
| NAME | | |
| DATE MARRIED | PLACE MARRIED | MARRIED TO |

CITIZENSHIP OF HUSBAND     ☐ U. S. CITIZEN    ☐ ALIEN-CITIZEN OF _____

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT              ☐ RENEWED TO _____      DATE _____
    ☐ CARD OF IDENTITY   WAS   ☐ AMENDED AS REQUESTED
    ☐ CERTIFICATE           ☐ EXTENDED TO _____

                                                        (Consul of the United States of America)

AUTHORITY _____

| (Photo required for inclusions) | OPINION OF CONSULAR OFFICER |
|---|---|
| **STAPLE ONE PHOTO HERE** **DO NOT MAR FACE** The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable. *Do not staple second photo. Attach loosely by paper clip.* | |
| | (Consul of the United States of America) |

(STAPLE HERE)

FORM FS-299
7-64

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
## EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(b), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(b) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*Stanley Clark Dunham Cary*
(Signature)

REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO
Director, Passport Office
Department of State
Washington, D. C   20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION |
|---|---|
| STANLEY ANN SOETORO | 5'6" Brown   Brown   125 lb. |

HOME ADDRESS Djalan Taman Amiranan 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)

| BIRTHDATE | NATURALIZATION DATE N. A. | PASSPORT NO., DATE AND PLACE OF ISSUANCE |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | | F 777788 |
| BIRTHPLACE Wichita, Kansas | | 07-19-65 Honolulu, Hawaii |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE | DESTINATION |
|---|---|
| October 1967, Honolulu, Hawaii | Djakarta, Indonesia |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD | IDENTITY DOCUMENTS PRESENTED |
|---|---|
| October 20, 1971, Djakarta, Indonesia | Passport as shown above |
| FLIGHT NUMBER OR VESSEL FAA 812 | NAME OF CARRIER Pan American Airways |
| DATE AND PLACE OF ENTRY October 21, 1971, Honolulu, Hawaii | DESTINATION Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(b)

(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service) HONOLULU, HAWAII | SIGNATURE (Immigration Officer) |
|---|---|

FORM 63-1123

FORM APPROVED   BUDGET BUREAU NO. 47-R059.8

(Passport Office Use Only)

## DEPARTMENT OF STATE
## APPLICATION FOR AMENDMENT OF PASSPORT

Amend as shown in section:

☐ B   ☐ C   ☐ D   ☒ E   ☐ F

☐ Add visa pages.

☐

**P 3**

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**
PASSPORT NO. OF APPLICANT _E777735_   DATE ISSUED _July 17, 1965_

BIRTH CERTIFICATE(S) SEEN

| CHILD(REN)'S | (WIFE'S) | (HUSBAND'S) |
| FILED  SR  CR  CITY | FILED  SR  CR  CITY |

MAIL PASSPORT TO
STREET _2234 University Ave._

| MARRIAGE CERT. | NAT'N. CERT. | ☐ OTHER |
| ☒ S & N | ☐ S & N |

CITY _Honolulu_   STATE _Hawaii_
_96822_

(Amon
6-27-61)

IN CARE OF —

(PLEASE PRINT NAME IN FULL)
(First name)   (Middle name)   (Last name)

I, _Stanley Ann Soetoro_, a citizen
of the United States, do hereby request that my passport, which is enclosed, be amended as
indicated below.

**B**
INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C**
INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| DATE OF BIRTH | DATE OF MARRIAGE |

**D**
EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE
☐ MY HUSBAND
☐ MY CHILDREN (Give name(s))

WHO IS/ARE
☐ TO APPLY FOR SEPARATE PASSPORT
☐ NOT TO ACCOMPANY

**E**
CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME _Stanley Ann Soetoro_   Soetoro

PLACE OF MARRIAGE (City, State) ~~EITY~~ _Molokai, Hawaii_   DATE OF MARRIAGE _3/15/65_

HUSBAND'S NAME IN FULL _Lolo Soetoro_   WHO IS ☐ A UNITED STATES CITIZEN
☒ A CITIZEN OF _Indonesia_

**F**
CHANGE TO READ AS FOLLOWS:

**G**
(CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U. S. PASSPORT

NUMBER _____   DATE ISSUED _____

IN NAME OF _____

☐ IS SUBMITTED HEREWITH
☐ OTHER DISPOSITION (State)

FORM DSP-19
7 - 64                                                         (OVER)

PAGE 2

**H** TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY IMMIGRATED TO THE U.S. ON (Month, day, year) | ACQUIRED U.S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF |
| | | ☐ SELF ☐ PARENT ☐ FORMER HUSBAND |

| WHO WAS NATURALIZED BEFORE THE (Name of court) | LOCATED IN (City, State) |

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I** TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |

| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |

| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY ☐ DEATH ☐ DIVORCE | DATE |

**J** IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |

**K**   I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

  *(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

  I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X _____
(Signature of Applicant)

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 ____

_____
(Agent, Department of State or Clerk of Court)

FORM DSP-19
7-64

☆ U.S. ____NMENT PRINTING OFFICE  1964 O - 702-230 (212)

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE)

| For Department Decision |
| --- |

**DEPARTMENT OF STATE**

**APPLICATION FOR** ☒ **PASSPORT** ☐ **REGISTRATION**

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

POST LOCATION  Jakarta, Indonesia

POST ACTION

PASSPORT ISSUED
No. Z2433100
Date June 2, 1976
Expires June 1, 1981

REGISTRATION APPROVED

Date _____
Expires _____

CARD OF IDENTITY AND REG.
No. _____
Date _____

**A**

**TO BE COMPLETED BY ALL APPLICANTS**

(First name)   (Middle name)   (Last name)
                        DUNHAM
**STANLEY   ANN   SOETORO**, a citizen
of the United States, do hereby apply for (a passport) (registration)

☒ $3 Application fee collected
☒ $10 Fee collected
☐ No Fee passport
☐ Official passport

☐ $3 fee collected (for card)
☐ 48-page passport

DATE OF BIRTH   PLACE OF BIRTH (City, state/province, country)
Month | Day | Year
████████   WICHITA, KANSAS, USA

MY LAST PASSPORT WAS OBTAINED FROM
(Note: If included in another's passport, state name of bearer)

Location of Issuing Office   Date of Issuance
HONOLULU   JAN. 4, 1972

HEIGHT   COLOR OF HAIR   COLOR OF EYES   SOCIAL SECURITY NO.
5 F. 5½   BROWN (Spell out)   BROWN (Spell out)   ████████

Number: C 030097   Bearer: _____
☐ Submitted herewith
☒ Cancelled and returned   ☐ Other disposition (state)
☐ Seen and returned

VISIBLE DISTINGUISHING MARKS   OCCUPATION  GRAD.
NONE                        STUDENT

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

NOW RESIDING AT  DJL. HADJI ROMLI 23
MENTENG DALAM, JAKARTA

Location of Registering Office   Date of Registration

PERMANENT RES DENCE (Street address, city, state/province) (if same as above, write "same")
1617 S. BERETANIA, HONOLULU, HAWAII

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, address, city, state)
STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008  HONOLULU H  ZIP 96814

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?  ☐ Yes  ☒ No

**B**

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

NATURALIZATION CERTIFICATE NO.

NATURALIZATION COURT   DATE NATURALIZED

**C**

**COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH**

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME

☐ NATIVE BORN   NATURALIZATION CERTIFICATE NO.
☐ NATURALIZED   ☐ Seen and returned

NATURALIZATION COURT   DATE NATURALIZED

(WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country)   DATE OF BIRTH (Mo., Day, Year)

| NAME IN FULL OF CHILDREN INCLUDED | PLACE OF BIRTH (City, state, province, country) | DATE OF BIRTH (Month, day, year) |
| --- | --- | --- |
| | | |

**D**

EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE SUPPLIED (On completion by Passport Office)

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELLED OR OTHER DISPOSITION | DATE OF REGISTRATION OR BIRTH REPORT | LOCATION OF OFFICE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM  FS-176
9-74

(OVER - YOU MUST COMPLETE PAGE 2)

FORM APPROVED   BUDGET BUREAU NO. 47-R0012

FORM FS-175    9-74                                                                          PAGE 2

**F**

| FATHER'S NAME | FATHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

| FATHER'S DATE OF BIRTH | ☐ FATHER DECEASED | FATHER RESIDED IN U.S. |
| ~~————————~~ | ☑ FATHER RESIDING AT  HONOLULU, HI | From BIRTH  To PRESENT |

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
| MADELYN PAYNE | PERU, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

| MOTHER'S DATE OF BIRTH | ☐ MOTHER DECEASED | |
| ~~————————~~ | ☑ MOTHER RESIDING AT  HONOLULU, HI | From BIRTH  To PRESENT |

**G**

☐ I WAS NEVER MARRIED

☐ YEARS TO  ☐ RESIDE  ☑ VISIT.  ☐ INDEFINITE

☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON  PLAN TO
RETURN TO INDONESIA SEPT. FEB
TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

| PORT OF DEPARTURE | DATE OF DEPARTURE |
| DJAKARTA | JUNE 16 19 |

| NAME OF SHIP OR AIRLINE |
| PAN AM |

Warning: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by
fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations ...

(Seal)                    Consul _____ of the United States at  Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243. Procedures)

P 5

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

Make ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST LOCATION: Jakarta, Indonesia

POST ACTION:
PASSPORT ISSUED
No. 02037221
Date 4/28/81
Expires 4/27/86

REGISTRATION APPROVED
Date _____
Expires _____
CARD OF IDENTITY AND REG.
No. _____

☐ $3 Application fee
☒ $10 Fee collected
☐ Official passport
☐ 48-page ☐ 96-page passport

**TO BE COMPLETED BY ALL APPLICANTS**

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| STANLEY | ANN | DUNHAM |

NOW RESIDING AT: Jakarta Selatan, Indonesia

Name in full: Stanley Dunham

Relationship:

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No

FATHER'S NAME | BIRTHPLACE WICHITA | BIRTH DATE | U.S. CITIZEN

KANSAS U.S.A.

☐ I WAS NEVER MARRIED

Lolo Soetoro, MAUI, HAWAII

Bandung, Indone-sia

☐ Yes ☒ No

MARRIAGE TERMINATED BY
☐ DEATH
☒ DIVORCE ON Aug. 28, 1980

HAVE YOU OR ANYONE IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting No.: Z2433100 Issue Date June 2, 1976

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)

Photos must be ONLY of persons to be included (other than passport applicant). When more than one person is to be included, a group photo is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO
WIFE'S/HUSBAND'S FULL LEGAL NAME

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE
☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

CHILDREN'S EVIDENCE
☐ Submitted Herewith
☐ Seen & Returned

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section

(To be signed at same time by husband/wife to be included in passport)

(To be signed by Applicant in presence of person administering oath)

Consul _____ of the United States at _____

PAGE

DF-178  1-78

**C**

| TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION | | |
|---|---|---|
| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year)    To (Year) | NATURALIZATION CERTIFICATE NO.<br>☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |
| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |

**D**

OCCUPATION

PROGRAM OFFICER, FORD FOUNDATION                                    none

**G**

| PROPOSED TRAVEL PLANS (Not Mandatory) | |
|---|---|

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 – December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN       YEARS       MONTHS | DATE OF DEPARTURE |
|---|---|

**H**

PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties, pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the

NOTE:  The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in one passport, the portion which applies should be struck out and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States; ever sought or claimed the benefits of the nationality of any foreign state; been convicted by a court or court martial of competent jurisdiction of committing any

A false statement in this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1542. The use of a passport in violation of the regulations contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and

APPLICANT'S IDENTIFYING DOCUMENT(S)                    IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT

P 6

STANLEY ANN
DUNHAM

MR3IG 155268

1512 SPRECKELS ST.
APT. 402
HONOLULU, HAWAII 96822

✓  WICHITA, KANSAS USA

5 5   BROWN    BROWN   808 942 8454

Z3037221    4 27 81   CONSULTANT

APRIL 6, 8

1512 SPRECKELS ST  APT 402   HONOLULU, HI

1 WEEK    PHILIPPINES

STANLEY ANN MADELYN DUNHAM
1617 S. BERETANIA #1008
8089492317         PARENTS



March 27, 1981                 Stanley Ann Dunham

My trip was delayed by 1 month
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham      PH 942-8454

RECEIVED
APR - 9 1986
Honolulu Passport Agency

# CERTIFICATION DECLARATION OF
## Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document

   Hussein Obama (Soebarkah)" from her passport renewal.

   the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number. 200807238.

   I do hereby declare and certify that the attached records are a true and accurate copy of those received by Document, and that I am available to testify in open court on such.

Dated: Brooklyn New York

593 Vanderbilt Avenue – 281
Brooklyn New York 11238

Attached: Coverletter (2 pages)
Six (6) Documents P1 thru P6 (12 pages)