Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

Captain Pamela Barnett, et al.,            §
                         Plaintiffs,       §
                                           §
                                           §
              v.                           §        Civil Action:
                                           §
                                           §        **SACV09-00082-DOC (Anx)**
Barack Hussein Obama,                       §
Michelle L.R. Obama,                        §
Hillary Rodham Clinton, Secretary of State, §
Robert M. Gates, Secretary of Defense,      §
Joseph R. Biden, Vice-President and         §

Affidavit of Susan Daniels

1.      My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound

condition.

born and raised in the State of Ohio.

Daniels and Associates Investigations, Inc.,  incorporated in March 1995, license
number 65 199565009.

4.      I have personal knowledge of all the facts and circumstances described herein
below and will testify in open court to all of the same.

5.      I located a social security number for Barack Hussein Obama and found that is
was issued between 1977-1979 in the State of Connecticut but as I investigated



## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in ___*Mentor*___ (city), ___*Lake County Ohio*___ (state), ___*USA*___ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence

My Seal Appears Above this line.

My Printed Name is: ___JAMES V. Comcoso___ ; my notarial commission or license expires on:

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave.. Washington. D.C

October. 2009.

By _____
Susan Elizabeth Daniels

Person Search

https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br>Gender: Female | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 – Aug 07 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 – Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>Newspaper facility. | Jun 08 – Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 5030 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 – Aug 09 | 303-305-5847 – MDT |
| | | MICHELLE OBAMA<br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 – Aug 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1503 | Jan 09 – Jul 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 3550 S RHODES AVE APT 1602<br>CHICAGO IL 60653-1273 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 – Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 – Sep 09 | |

2 of 3

10/19/09 9:15 AM

# SSN Verifier Plus

SSN: ▮▮▮▮▮▮▮▮

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| SSN not found in Social Security Death Index |

OBAMA, BARACK

1960

04/08/1961

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

## Standard People Search

### 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | |
|---------|------|---------|------|-----------|-------|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | BARACK | (PO BOX) (HIGH RISION) **Reported:** 09/2008 - 11/2008 **County:** Lane | | | | N |
| | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 **Reported:** 09/2008 - 11/2008 **County:** Dallas | 1x Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3220 **Reported:** 09/17/2008 - 10/03/2008 **County:** Philadelphia | 2x Map It | | Landline: (215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76180 **Reported:** 04/2008 - 09/2008 **County:** Tarrant | 2x Map It | | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 433 MAIN ST CHARLESTON SC 29401 **Reported:** 08/2008 - 09/2008 **County:** Charleston | 4x It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **1x** CHICAGO IL 60615 **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | Map It | | | Landline: (773)684-4809 |
| | OBAMA BARACK | 14 W ERIE ST **1x** CHICAGO IL 60654 (POSSIBLE HIGH RISK) | Map | | | |

E-mail: bobama@bjawmhp.com                    (No IP Address Reported)                    Phone: (312)751-1170

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | BARACK | **Reported:** 08/2008 - 08/2008 **County:** FULTON | It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 **4x** CHICAGO IL 60601-2610 (POSSIBLE HIGH RISK) **Reported:** 06/01/2007 - 06/01/2008 **County:** Cook | Map It | **Issued:** 1977-1979 in CT **DOB:**         **Age:** 48 | | Landline: (773)684-4809 | N |

| Record# | Name | Address | | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | OBAMA LN **1x** FRANKLIN NH 50133 **Reported:** 05/2008 - 06/2008 County: UNKNOWN | Ma It | | | |
| | OBAMA BARACK | 123 WHITE HOUSE **1x** IRVINE CA 92648 **Reported:** 06/2008 - 06/2008 County: ORANGE | Ma It | | | |
| | OBAMA BARACK | 15 A 1A **1x** MANAI ADAM FL 33460 **Reported:** 05/2008 - 06/2008 County: PALM BEACH | Ma It | | | |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE **5x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** County: Cook | | | Landline: (773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search    https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **1x** CHICAGO IL 60615 **Reported:** 03/25/2008 - 03/25/2008 **County:** Cook | Map H | Issued: 1977-1979 in CT | Landline: (773)684-4809 | N |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 **Reported:** 03/03/2008 - 03/03/2008 | | | | |
| | OBAMA OBAMA | | Map H | | Landline: | |
| | | **County:** Denver | | | | |
| | OBAMA BARACK | 1600 PENNSYLVANIA AVE Washington DC | Map H | | | |
| | | **County:** Washington | | | | |
| | OBAMA BARACK | | Map H | | | |
| | | **County:** Muscogee | | | | |
| | OBAMA BARACK LWYR | **Reported:** 01/02/2008 - 01/02/2008 | | | Cell: | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | | | | | N |
| | | **County:** Cook | | | | |
| | BARACK | | | | | |
| | | **County:** Utah | | | | |
| | | | | | | |
| | | **County:** Palm Beach | | | | |
| | OBAMA | | | | | |
| | | **County:** Cook | | | | |
| | OBAMA | **Reported:** 07/2008 - 11/15/2007 | | | | |
| | OBAMA HUSSEIN | **Reported:** 06/01/1866 - 10/01/2007 | H | | (773)684-4809 | |
| | OBAMA HUSSEIN | **Reported:** 07/17/2001 - 10/01/2007 | H | | (773)684-4809 | |
| | BARACK | **Reported:** 08/2007 - 08/2007 | H | | | |

Tracers Information Specialists, Inc. - Standard People Search    https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST<br>LANSING MI 48910<br>**Reported:** 07/2007 - 07/2007<br>County: Ingham | 1x | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>**Reported:** 02/2007 - 06/2007<br>County: Cook | 2x | Map It | Issued: 1977-1979 in CT | | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 1236 PO BOX<br>PROVO UT 84603<br>**Reported:** 06/2007 - 06/2007<br>County: Utah | 2x | | | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD<br>PROSPECT HEIGHTS IL<br>60070-1913<br>Reported: 04/2007 - 04/2007<br>County: Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009<br>Reported: 04/2007 - 04/2007<br>County: Philadelphia | 1x | Map It | | | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1<br>CHICAGO IL 60615-5916<br>Reported: 07/2008 - 07/2008 | 3x | Map It | Issued: 1977-1979 in CT | Landline:<br>(773)684-4809 | |
| | OBAMA BARACK | 331 E ARMS ST<br>SPRINGFIELD IL 62701-1634 | 2x | | | | |
| | OBAMA | 300 MASSACHUSETTS AVE 5<br>WASHINGTON DC 20001 | 1x | | | | |
| | OBAMA | 227 6TH ST<br>WASHINGTON DC 20002 | 1x | | | | |
| | OBAMA | 300 MASSACHUSETTS AVE<br>WASHINGTON DC 20001-0000 | 40x | | | | |
| | OBAMA | 300 MASSACHUSETTS AV<br>WASHINGTON DC 20001-0000 | 3x | | | | |
| | OBAMA | 227 6TH ST<br>WASHINGTON DC 20002 | 9x | | | | |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | AKA: | WASHINGTON DC 20002-0007<br>Reported: 02/2007/1993 - 09/01/02000 | | Map It | Issued: 1977-1979 in CT | 684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=_

| | OBAMA BARBACK | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60610-5397 (POSSIBLE HIGH RISK) Reported: 12/21/2004 - 01/2006 | 2x | Map It | | Landline: (312)751-1170 | N |

E-mail: bobama@ilawfirm.com          (No IP Address Reported)          Phone: (312)751-1170

| | | 5046 S GREENWOOD AVE | 2x | | | |
|---|---|---|---|---|---|---|
| | BARACK | (POSSIBLE HIGH RISK) Reported: 01/2005 - 11/2006 | | It | | (773)684-4809 |

Tracers Information Specialists, Inc. - Standard People Search         https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | |
|---|---|---|---|---|---|
| | **OBAMA BARACK H** | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 10/1997 - 10/2002 **County:** Cook | **4x** | Map It | :: |
| | **OBAMA BARACK** | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 Reported: 07/2002 - 07/2002 County: Cook | **1x** | Map :: | :: |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 Reported: 07/2002 - 07/2002 County: Cook | | Map It | :: |
| | | | | | |
| | | Reported: 03/01/1988 - 07/17/2001 | | Map It | 884-4998 :: |
| | | Reported: 11/12/2000 - 1 /12/2000 | | Map It | (773)684-4600 :: |
| | | Reported: 05/11/1988 - 11/12/2000 | | | |
| | | Reported: 10/01/1988 - 05/11/1988 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **OBAMA BARACK HUSSEIN** | 49798 PO BOX CHICAGO IL 60649 Reported: 08/01/1988 - 08/01/1988 County: Cook | **5x** | | Landline: (773) :: |
| | **OBAMA BARACK HUSSEIN** | B49798 PO CHICAGO IL 60649 Reported: 08/01/1988 - 08/01/1988 County: Cook | **4x** | Map It | Landline: (773) :: |
| | OBAMA BARACK H | B49798 PO CHICAGO IL 60649 Reported: 08/1988 - 08/1988 County: Cook | **2x** | Map It | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | 2x | Issued: 1977-1979 in CT Age: 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK | 2152 E 71ST ST CHICAGO IL 60649 **Reported:** 05/01/1999 - 05/01/1999 | 7x | Map It | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK | CHICAGO IL 60615 | | Map It | **Landline:** | N |
| | | 1466 E 53RD ST | | | | |
| | | 366 BROADWAY ST | | | | |
| | | 5280 S VIEW PATH | | | | |
| | | BARK VIEW PA | | | | |
| | | SIMITY OF VIEW PI | | | | |
| | | 5280 E PAST VIEW PI | | | | |
| | | | | | | |
| | OBAMA BARACK | 366 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | 4x | Map It | **Landline:** (617)623-1966 | N |
| | OBAMA BARACK HUSSEIN | 366 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | 1x | Map It | Issued: 1977-1979 in CT Age: 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | 8x | Map It | Issued: 1977-1979 in CT Age: 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | 1x | Map It | Issued: 1977-1979 in CT Age: 48 | **Landline:** | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1 CHICAGO IL 60615 Reported: 08/01/1993 - 09/01/1993 County: Cook | 1x | Map It | Issued: 1977-1979 in CT | N |

Social Security Death Index Search Results

http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com

Searches

... Name & Get Your Instant Family Tree!

Your First Name:    Your Last Name:    Your State:
Nationwide ▾

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009



The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

**Field Value    Records Results**
SSN ▓▓▓▓▓▓▓

Viewing 1-1 of 1

| Name | Birth Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE ▓▓ (V) | 50140 | (Lamoni, Decatur, IA) | (none specified) | ▓▓▓▓ | Iowa | SS-5 Letter Add Postem Search Ancestry.com | First Name: |

Viewing 1-1 of 1

Last Name:

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration

...

Form

Middle Name

Last  Residence            Last  Benefit

State

City

```
*** REC 2011108  165542 HF7738E0 B2CL  CIPQYA6    PQA6   (F-P2C )  ***
                                                  XC:        UNIT:GERARD   PG:001+
                                 SSN:042 68-4429
NUMI     DTE:04/18/11
                             ETC:0 RFN:77080420598 DOC:081
ACCOUNT     SSN          , GRAZIANO
NAME     MAA: PAUL , MICHAEL
                             PLB: ROCHESTER MO* , NY SEX:M ETB:J
BIRTH    DOB:
PARENT   MNA: DIANA M PANCHESON
         FNA: ROBERT S GRAZIANO
INTERNAL FMC:1 CYD:03/28/1977
```



# SOCIAL SECURITY

### CERTIFICATION

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F.R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed are true and complete copies of certain of such documents in my custody as aforesaid.

I also certify that the annexed computer printouts showing the dates the information was recorded are true and complete copies of such documents in my custody for Social Security Number ▇▇▇▇▇▇▇ in the name of Paul Michael Graziano.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 18th day of April, 2011.

Georgiana Wilson-Johnson
Deputy Director
Division of Earnings Record Operations
Office of Central Operations







## SOCIAL SECURITY

### CERTIFICATION

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F.R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405 and that the annexed are true and complete copies of certain of such documents in my custody as aforesaid.

I also certify that the annexed computer printouts showing the dates the information was recorded are true and complete copies of such documents in my custody for Social Security Number ▆▆▆▆▆▆▆ in the name of Thomas Louis Wood.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed me 26th day of June 2009.

Georgiana Wilson-Johnson
Deputy Director
Division of Earnings Record Operations
Office of Central Operations

# SSN Verifier Plus

**SSN:** ████████████

| Year(s) and State Issued | |
|---|---|
| **Year(s) Issued:** | 1977-1979 |

## Social Security Death Index

Register  Sign In  Your Shopping Cart

USPS

Quick Tools                    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Look Up a ZIP Code™

Cities by ZIP Code™

ABOUT.USPS.COM         OTHER USPS SITES



## SOCIAL SECURITY NUMBER PREFIXES

**These prefixes indicate the state in which the Social Security Number was issued. This will assist you in identifying the state in which the individual lived or was possibly born. This is a big help when you're searching the Internet. The prefixes are the first three digits of the SSN. Here is the source of the SSN Prefixes:**

| State | Prefix | State | Prefix |
|---|---|---|---|
| New Hampshire | 001-003 | Louisiana | 433-439 & 659-665 |
| Maine | 004-007 | Oklahoma | 440-448 |
| Vermont | 008-009 | Texas | 449-467 & 627-647 |
| Massachusetts | 010-034 | Minnesota | 468-477 |
| Rhode Island | 035-039 | Iowa | 478-485 |
| Connecticut | 040-049 | Missouri | 486-500 |
| New York | 050-134 | North Dakota | 501-502 |
| New Jersey | 135-158 | South Dakota | 503-504 |
| Pennsylvania | 159-211 | Nebraska | 505-508 |
| Maryland | 212-220 | Kansas | 509-515 |
| Delaware | 221-222 | Montana | 516-517 |
| West Virginia - North Carolina | 223 | Wyoming | 520 |
| North Carolina | 237-246 & 681-690 | New Mexico | 525 & 585 & 648-649 |
| South Carolina | 247-251 & 654-658 | Arizona | 526-527 & 600-601 & 764-765 |
| Georgia | 252-260 & 667-675 | Utah | 528-529 |
| Florida | 261-267 & 589-595 & 765-772 | Nevada | 530 & 680 |
| Ohio | 268-302 | Washington | 531-539 |
| Indiana | 303-317 | Oregon | 540-544 |
| Illinois | 318-361 | California | 545-573 & 602-626 |
| Michigan | 362-386 | Alaska | 574 |
| Wisconsin | 387-399 | Hawaii | 575-576 & 750-751 |
| Kentucky | 400-407 | District of Columbia | 577-579 |
| Tennessee | 408-415 & 756-763 | Virgin Islands | 580 |
| Alabama | 416-424 | Guam, American Samoa & Philippines | 586 |
| Mississippi | 425-428 & 587-588 & 752-755 | Puerto Rico | 580-584 |
| Arkansas | 429-432 & 676-679 | | |
| Railroad | 700-729 | | |

Number (SSN)

The SSN consist of nine (9) digit composed of three (3) part as before June 25, 2011, this structure is no longer of any significance. Beginning June 25, 2011 forward, this structure is no longer of any significance.

Prior to June 25, 2011, the first three digits of the SSN represented the area number. The area number

application for an original SSN card.

ranged from 01 to 99. For administrative reasons, we assigned group numbers in the following sequence:

1. odd numbers from 01 through 09,
2. even numbers from 10 through 98,
3. even numbers from 02 through 08; and finally

Prior to June 25, 2011, the last four digits of the SSN represented the serial number. The serial number represents a straight numerical series of numbers from 0001-9999 within each group

## D. See also

- Information about the SSN is available on SSA's website at:

**Affidavit**

STATE OF FLORIDA )
                  )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. [illegible] ............ 27, 2011, the new birth certificate of Barack Obama II. http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-to-w- [illegible]

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. [illegible] ............ [illegible]

5. I further observed that this document does not have an embossed seal normally [illegible] ............ [illegible]

[illegible signature line]

_____
FELICITO PAPA

[illegible signature]

CORNACY F WILLIS, JR.
Notary Public, State of Florida
[illegible]

EXHIBIT
P-3
PENGAD-Bayonne, N.J.





04/19/2011   00:18   9047789707                    UPS STORE                              PAGE  01/03

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville,
FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment
and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in
   IT at ITT Technical Institute in Indianapolis. I

   often used software such as Adobe Photoshop and Adobe Illustrator

2. I downloaded from the official WhiteHouse website, www.whitehouse.gov. And I

   http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-
   form.pdf

   and the software revealed that this document has many layers of images on it.
   This indicates that the document was not a true copy of the original birth
   certificate, but a recently created document using Adobe Illustrator

3. I further observed that this document does not have an embossed seal normally
   affixed by civil officials in support to the authenticity of documents and issued
   documents

FURTHER AFFIANT SAYETH NOT.

⎯ FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011

NIA A. HIVAS
NOTARY PUBLIC

Notary Public  State of Florida
My comm. exp. Jan. 28, 2014
Commission No. DD [illegible]

STATE OF HAWAII      **CERTIFICATE OF LIVE BIRTH**      DEPARTMENT OF HEALTH

FILE NUMBER 151      61 10641

Child's First Name (Type or print)    1b Middle Name    1c Last Name

BA ACK      HUSSEIN      ORAMA, II

Sex    This Birth    If Twin or Triplet, Was Child Born    Birth Month Day Year    Hour

Male    Single    Twin    Triplet    1st    2nd    3rd      7:24 P.M.

Place of Birth: City, Town or Rural Locality      Island

Honolulu      Oahu

Name of Hospital or Institution (If not in hospital or institution, give street address)      Is Place of Birth Inside City or Town Limits? If no, give judicial district

Kapiolani Maternity & Gynecological Hospital      Yes    No

Usual Residence of Mother: City, Town or Rural Locality      Island      County and State or Foreign Country

Honolulu      Oahu      Honolulu, Hawaii

Mother's Mailing Address      6085  Kalanianaole Highway

Full Name of Father

21    Kenya, East Africa      Student      University



## AFFIDAVIT

STATE OF FLORIDA )
               )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 27, 2011, the Whitehouse website, www.whitehouse.gov, released the 2010 Form 1040 of Income Tax Return of President Barack H. Obama.

3. I downloaded the PDF image file and, upon examination, I observed that all information about the document and the file itself, could be easily accessible and I noticed I ABBYY was used for the conversion.

4. [illegible]

5. Initially the Form 1040 appeared to be a single PDF copy of 2010 Income Tax Return of the President. On a closer look, I realize the document was actually a composite of several images which were assembled into one single PDF file.

6. These document appear items and such were layered which clearly seem from some areas that were put into have been layered over and put one layer. When the top layer is trimmed off or stripped away, one could discover evidence of more entries are revealed.

7. I further examine the composite entries and find out one of them at the social security number along with his social security number revealed. The following information are revealed:

       [illegible]
       Social Security Number: SSN: 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
       a) An extract PDF file on the scale of Form 1040

       [illegible]
       [illegible]
       [illegible] SSN 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

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions.

**2009**

| | | 3 Donor's social security number |
|---|---|---|
| 1 Donor's first name and middle initial MICHELLE L. | 2 Donor's last name OBAMA | |
| 4 Address (number, street, and apartment number) 1600 PENNSYLVANIA AVENUE, NW | | 6 Legal residence (domicile) ILLINOIS |
| 6 City or town, state, and ZIP code WASHINGTON, DC 20500 | | 7 Citizenship (see instructions) UNITED STATES |

| | | | Yes | No |
|---|---|---|---|---|
| 8 | | | | |
| 9 | | | | |
| 10 | | 2 | X | |
| 11 | | | | X |
| 12 | | | X | |

Part 1 — General Information

| 13 Name of consenting spouse BARACK H. OBAMA | 14 SSN |
|---|---|

| 15 | | | | |
| 16 | | | | |
| 17 | | | X | |
| 18 Consent of Spouse | | | | |

Consenting spouse's signature ▶     Date ▶ 4/7/10

Part 2 — Tax Computation

| | | |
|---|---|---|
| 1 | | 0. |
| 2 | | 0. |
| 3 | | 0. |
| 4 | | 0. |
| 5 | | 0. |
| 6 | | 0. |
| 7 | | 345,800. |
| 8 | | |
| 9 | | 345,800. |
| 10 | | |
| 11 | | 345,800. |
| 12 | | 0. |
| 13 | | |
| 14 | | |
| 15 | | 0. |
| 16 | | |
| 17 | | 0. |
| 18 | | |
| 19 | | 0. |
| 20 | | |

Sign Here ▶     Michelle Obama 4/7/10     X Yes   No

| Paid Preparer's Use Only | WINBERG SOLHEIM HOWELL & SHAIN, PC 30 N LASALLE ST, STE 3200 CHICAGO, IL 60601 | 3/30/10 | P00570574 36-2700600 312-372-0440 |
|---|---|---|---|

709

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions

**2009**

| | | | |
|---|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name | | 3 Donor's social security number |
| BARACK H. | OBAMA | | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) | |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS | |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) | |
| WASHINGTON, DC  20500 | | UNITED STATES | |

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ▶ and enter date of death | | | |
| 9 If you extended the time to file this Form 709, check here ▶ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse   MICHELLE L. OBAMA | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? See instructions. | | X | |
| 16 If 15 is "No," check whether married ____ divorced or ____ widowed/deceased, and give date ▶ | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |

18 Consent of Spouse. I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent.

Consenting spouse's signature ▶ *Michelle Obama*    Date ▶ 7-7-10

| | | | |
|---|---|---|---|
| 1 Enter the amount from Schedule A, Part 4, line 11 | | | |
| 2 Enter the amount from Schedule B, line 3 | | | |
| 3 Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 Tax computed on amount on line 3 (see Table for Computing Gift Tax in instructions) | 4 | 0. |
| 7 Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 10 | | 10 | |
| 11 Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 14 | | 14 | |
| 15 Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | | 16 | |
| 20 | | 20 | |

| | | | |
|---|---|---|---|
| Firm's name ▶ | 150 N LASALLE ST, STE 2200 | Firm's phone | 312/372-0440 |
| | CHICAGO, IL 60601 | | |

**709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions

**2009**

BARACK H.    OBAMA

1600 PENNSYLVANIA AVENUE, NW

WASHINGTON, DC   20500

ILLINOIS

UNITED STATES

MICHELLE L. OBAMA

| | | |
|---|---|---|
| | | 145,500. |
| | | 115,800. |

140 N LASALLE ST, STE 1700

CHICAGO, IL  60602

# 709

**Form**

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions.

## 2009

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| MICHELLE L. | OBAMA | |

| 4 Address (number, street, and apartment number) | 5 Legal residence (domicile) |
|---|---|
| PENNSYLVANIA AVENUE, NW | |
| City, state, and ZIP code | UNITED STATES |

Sign
Here

_Michelle Obama_ 5/30/10

Paid
Preparer's
Use Only

_Wu Cli_   5/30/10

WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST   STE 2200
CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.     709

1

## Affidavit of Linda Jordan

I, Linda Jordan, am over 18 years of age, I am a resident of King County Washington and have personal knowledge of the facts described below:

1. I have extensively researched the birth record document that Barrack Obama posted on the White House Website on April 27th, 2011.

2. In 2008 Obama posted, on his campaign website fightthesmears.com, what he said was a copy of his short form Certification of Live Birth from the State of Hawaii. (http://www.fightthesmears.com/articles/5/birthcertificate)

3. Obama reposted that same document on the White House website on April 25th, 2011. A short form Certification of Live Birth from Hawaii is a computer generated document, an abstract, it briefly contains some of the information found on the original long-form Certificate of Live Birth which is not a computer generated document. (http://hawaii.gov/health/vital-records/obama.html)

4. A computer generated, short form Certification of Live Birth (COLB) issued in Hawaii is not acceptable proof that a specific born birth or birth place. Under Hawaiian law in 1961, the reported year of Obama's birth, a child could be born anywhere in the world and, after returning to Hawaii, the mother could register the birth in Hawaii, in a number of different ways and receive a COLB. Information provided by the mother did not have to be independently verified. See links for relevant Hawaii law. http://www.capitol.hawaii.gov/hrscurrent/Vol07_Ch0701-0853/HRS0338/HRS_0338-0017_0008.htm http://www.ancestry.com/cs/co/3/wwwr_org_hawaii_obama_birth_certation

5. The Hawaii Department of Home Lands until very recently required the original Certificate of Live Birth when filing an application. It is still preferred today. From their web site "The Department of Hawaiian Home Lands accepts both Certificates of Live Birth because both contain the verifiable proof of Live Birth facts as they are official government records documenting an individual's birth. The Certificate of Live Birth generally has more information which is useful for genealogical purposes as compared to the Certification of Live Birth which is a computer-generated printout that provides specific details of a person's birth.



2

Although original birth certificates (Certificates of Live Birth) are preferred for their greater detail…." (http://hawaii.gov/dhhl/applicants/appforms/applyhhl)

6. On April 27th, 2011, Barack Obama held a Press Conference announcing that he had attained what he said was a photo copy of his original, long-form Certificate of Live Birth and had posted it on the White House Website. (http://www.whitehouse.gov/sites/default/files/rss_viewer/birth_certificate_long_form.pdf)

7. The posted document is clearly typewritten, or a facsimile of typewriting, not "written" or "half typed, half handwritten". (http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate)

8. The Governor of Hawaii, Neil Abercrombie, told the Honolulu Star Advisor that his research showed that Obama's original Long-Form Certificate of Live Birth was handwritten. "Q: You stirred up quite a controversy with your comments regarding birthers and your plans to release more information regarding President Barack Obama's birth certificate. How is that coming?

A. (Abercrombie said there is a recording of the birth in the State Archives and he wants to use that.) It was actually written I am told, this is what our investigation is showing, it actually exists in the archives, written down." (http://www.staradvertiser.com/editorials/20110118_This_is_a_collaborative_endeavor.html)

9. In an interview with NBC News, Michal Isikoff on April 11, 2011, Dr. Chiyome Fukino, the former director of Hawaii's Department of Health stated that, "She found [Obama's] original birth record, properly numbered, half typed and half handwritten, and signed by the doc-tor who delivered Obama, located in the ... ... (http://www.msnbc.msn.com/id/42529813/ns/politics-more_politics/t/hawaii-official-denounces-birther-claims/#.UwMknV5K8)

10. Obama and White House General Counsel Robert Bauer made public statements at the press conference on April 27, 2011, asserting to the steps that had to be taken for a "photo-copy" from the Hawaii Department of

3

Health, of Obama's original long-form Certificate of Live Birth. Bauer explained, in detail, the difference between a short-form computer generated Certification of Live Birth, an abstract if you will, and what they say they revealed on April 27, 2011, a photo copy of Obama's original long-form Certificate of Live Birth. Bauer stated that this 1961 original Certificate of Live Birth was kept in a "bound book" at the Hawaii DOH. Bauer explained that Obama's lawyer, Judith Corley, flew to Hawaii and brought the documents back to the United States. At the same

[text illegible]

[text illegible]

requested birth certificate . . . in 2008, and that the no corresponding . . . between the president's . . . and the Hawaii State Department of Health that led to the release of those documents." (http://www.whitehouse.gov/the-press-office/2011/04/27/press-gaggle-press-secretary-jay-carney-42720111)

[text illegible] . . . Which . . . April 27, 2011 . . . Certificate of Live Birth:

[text illegible]

. . . A Long Form Obama's lawyer, Judith Corley, flew to Hawaii . . .

[text illegible]

Health's policy, so that my client can obtain two certified copies of his original "long form" birth certificate"

[text illegible]

[text illegible] . . . is making an exception to current departmental policy which is to issue a computer generated certification. . . . The exception to the current department policy to only issue a computer generated short-form Certification of Live Birth is to make photo copies of the original long form Certificate of Live Birth

3

4

Fuddy continues, "Enclosed please find two certified copies of your original Certificate of Live Birth. I have witnessed the copying of the certificate and attest to the authenticity of these copies."

12. On April 27th, 2011 the Governor of Hawaii, Neil Abercrombie, put out a press release supporting Fuddy's actions: "In 2001, the Hawaii State Department of Health began computer-generating vital statistics records. Since then, its longstanding policy and practice has been to issue and provide only the computer-

birth certificate)

which is the reserved title for the original, long-form, birth certificate. This means that the computer generated document Obama posted on April 27, 2011, that has multiple layers and is titled a Certificate of Live Birth, can not be a scanned photocopy of Obama's original, long-form Certificate of Live Birth.

5

president-obamas-request-for-certified-copies-of-long-form-birth-certificate, and phone conversations)

I declare under penalty of perjury, that the above is a true and correct statement of the facts.

Signed   *Linda Jordan*

Linda Jordan

In the city of   Seattle  WA

Seattle Washington

Dated the  19th  day of  January,  2012

Self Check : Notice of Mismatch with Social Security Administration...          https: selfcheck.uscis.gov Self Check Ul ssaContact.html



# Self Check™

## Notice of Mismatch with Social Security Administration (SSA) Records

**Bring this notice with you when you visit SSA.**

For SSA Field Office Staff, Do not use EV-STAR, See POMS RM 10250.00011

Name of the employee (Last Name, First Name, MI)

Date of Mismatch

Employee's Social Security Number (SSN)

Case Verification Number

☐ SSN does not match. The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date if both entered do not match SSA records.

☐ SSN is invalid. The Social Security Number (SSN) entered in Self Check is not a valid number.

☐ SSA unable to confirm U.S. Citizenship. Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ SSA record does not verify. Other reason. SSA found a discrepancy in the record

Attachment B

THEREPOSITORY™
ARCHIVE INDEX SYSTEMS, INC.
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter:

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova ... Services ... 1992, which sells all types of document scanners worldwide and I also develop document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961.

Figure 2. The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11, 1961.



What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* [illegible] drop down at all, and again the line just below drops down 3 pixels, but not the name *Kapiolani*.

The conclusion you must come to is that the typed in form was superimposed over an existing [illegible]

existing forms that were scanned in using binary and grayscale.



Figure 4. Line 8c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

2. There is a white haloing around all the type on the form. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at _____ is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. _____ unless the image is a composite. This means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.

Name (Type or print)

8. This Birth

Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.

original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the _____ example of an inverted image on Figure 2. The result would be and Figure 2 was on a white background. The image I am working with in Figure 16 is only 91 DPI but the forger was working with much higher resolution (2,400 dpi). At that point the forger converted the grayscale to a binary _____ values for the photo caused the placed type or when he/she placed the type image over the

3

background and instructed the program to bring the type "forward" it blanked out the background image, hence the halloing effect around the type.



Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.



Figure 10. Inverted image of Figure 8.

2. The Ottawa Certificate is loaded with both binary and grayscale letters which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 7 give one example. You will notice that the *H* and *of* in Hospital, *I* in Institution *of* and again the *h* and *I* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (<200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the last line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.



Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is totally (Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images in the form and not just erase the whole form? The answer is that harsh needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Another example is the Certificate number itself (Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



c. The Sequential Number is a fraud. I would like you to refer back to Figures 1 and 2. You will notice that Certificate of Susan E. Nordyke was born on August 4, 1961 at 7:11 pm and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on August 5, 1961 and her sister a certificate number to be 10640. Keep in mind there would be only one time stamp machine in the office so the numbers would all be sequential. There cannot be any duplicates or errors.

Certificate received by the Clerk Tuesday the 8th. Susan Nordyke and her sister's Certificates look like they were mailed sometime earlier that week and not accepted until the 8th but Susan has a Certificate higher than a Certificate that came in 4 days later.

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (Figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec. 1028(d)1].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 in Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLD form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi state conspiracy to defraud the United States.

What is very revealing about this fact, and there may be four different colors on state form it means there is very little to no doubt in my mind that these were made using binary values that when it has been digitally color enhanced. The Where I think that is shown me is to state the out put who was first found registering and grabbing the database and put the right color stamps August 8 ' 1 ' at you out is it going is off things I see you and to Ash green off is out on a field to ask what do I find to just it too is a rope to be black. This will me that the figure was working in color mode and when they scanned into a color value the same scanned will in time I'm a color value and in I mean it has been made with those same values it I come this about a we used and so it on I am it the same rubber stamp would have been used at the same time by the same numbers to stamp the August they stamped they stamps used different two numbers fonts that may have been again using different fonts.

## 22. 

Figure 15  Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The "AUG - 8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays



distort the type and lines on a form and is clearly visible (Figure 21). Even on the Nordyke Certificate (Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (Figure 20).



Figure 20: Seal on Obama's COLB From April 27, 2011.

Figure 21: Hand stamped seal from an original COLB from 1962.

The official seal on the Obama COLB is a scanned or even third generation image from another form. The seal embossing did not distort the lines or type on the form and is most likely was never

**7. The hand stamped certification from the current registrar is a forged stamped notice.**

finds to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out

DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's

2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the

Now let us look at the Obama's Certificate (Figure 22) supposedly done on April 25, 2011. Notice

the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.



APR 2 5 2011

Figure 23. Obama's Registrar stamp with the errors on it,

Figure 24. Enlargment of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the

16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 435/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream

This letter may have been accompanied by a CD with the files and images I worked from and the screen shots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing of that item.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated

Conclusion

In witness whereof he has hereto set my hand and seal.

                    Name of Notary.

Witness my hand and official seal this the 22nd day of May, 2011.

                    Notary Public
My Commission Expires: _____ /2011

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE FORMAT SCANNERS
CHECK SCANNERS
ERASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**THE REPOSITORY™**
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter.

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

## Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging






Birth dated August 8, 1961, presented on TV 4/27/2011

When the Obama administration released a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. This form is a created forgery for the following reasons:

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



## Sex

## Male

### Place of Bi

Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.

### 6c. Name of Hospital

### Kapiolani

Figure 4. Line 6c and 6d. The respective name of the hospital does not drop down 2 px.

The conclusion you must come to is that they used in fact a pre-prepared over an existing original typeface out of one if the form from the county. In fact, since I found some of the form headings scanned in in binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started typing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks hanging drawers, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for ... in fact ... they ... get ... and overlay ... of ... they did not have access that ... original form. At first I wondered why the forger didn't just retype the entire form from scratch and overlay the type and not have to worry about the position problem. Then I remembered that in the early

1960's there was no photocompositing and this figure proves it. Every ... used a Linotype machine. The type design is Times Roman but they would never replicate the exact design. They were much ... having to use existing forms that were scanned in using binary and grayscale.

2. There is a white haloing around all the type on the form. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the granular pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale          Figure 7. Color image.

Figure 8. Binary image          Figure 9. An enlarged version of Figure 6 showing grayscale type.

3. The Obama's certificate is loaded with both binary and grayscale letters which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the H and al, in Hospital, I in Institution, ffl and again the h and I in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (200 dpi). This is because of the size of the pixels on the letters were such that the openings on the a and o on the first line are not visible and filled in.

figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.



Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

ARTMENT OF HEALT

61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

4. **The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar also stamped it on August 11, but in a Certificate number is "61 10637." Keep in mind there would be only one hand stamp machine in the office so the numbers would all be unique. That cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been stamped on the following Monday, the 7th and received by the Clerk Tuesday, the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers ....

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document copying program, copied the database document someone else in the social sixth, date ... Obama and found someone near the 1st of August. They may have cross referenced one death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the binary to scan color pro the birth and death database so the database would have that information, 2. The date stamps have two different colors and sizes (see #5 below) which indicate that both dates came from different Certificates, 3. More than one person is involved in the Hawaii Department of Health to assemble this different components that were used do the database as ... so had the right people .... Sixth and finally sign the finished certificate. I believe that after all the components were

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R= 71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since~~



He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated