OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27

## UNITED STATES GOVERNMENT

# *Memorandum*

SW 214j-C
DATE: June 13, 1967

TO       : District Director
          Honolulu, Hawaii

FROM     : J. P. Sharon, Assistant Regional Commissioner,
          Travel Control, Southwest Region

SUBJECT:  Lolo Soetoro – Section 212(e) Waiver Applicant

Subject file is returned making reference to CO 212.43-C of January 5, 1967 requesting that your previously prepared letter of denial be brought up to date for reconsideration by the Central Office.

Your previous letter of denial submitted with your memorandum of December 13, 1966 should be revised accordingly.

Attachment

000051

A14 128 294

June 6, 1967

Assistant Regional Commissioner
Travel Control, Southwest Region

John F. O'Shea, District Director
Honolulu, Hawaii

Your SW 2141-C, January 13, 1967; CO 212.43-C, January 5, 1967;
⬛⬛⬛⬛⬛⬛⬛ Lolo Soetoro - Section 212(e) Waiver Applicant

In an interview on May 24, 1967, Mrs. Ann Soetoro, wife of
Subject, advised this office that she will now receive her
degree in Anthropology from the University of Hawaii in
August 1967.  She has written letters to the American Embassy,
Indonesia and to other firms concerning employment but has
received no answer to date.

There are no new circumstances at this time that would warrant
a change in our previous recommendation of denial.  We are
forwarding the file for your review.

Attachment
Via Airmail

000052

May 20, 1967

Adjudicator's Basis for Decision in re:  Application for Waiver of Two-
Year Foreign Residence Requirement of Section 212(e), Immigration and
Nationality Act of SOETORO, Lolo

Mrs. Soetoro, the U.S. citizen spouse of the applicant was contacted
telephonically on May 12, 1967.

She advised that her husband is still employed by the Indonesian Govern-
ment, and as before she described his salary as being meagerly, and that
he is able to exist only by living with members of his family.

Mrs. Soetoro now advises that her Baccalaureate Degree in Anthropology
will be obtained in August 1967 instead of June 1, 1967 as previously
expected, which is due to a last minute finding, that she is short in
few credits.

Mrs. Soetoro related that she has written to the American Embassy and
various firms in Indonesia in an attempt to find suitable employment
in that country.  No answer to her letters had been received at this
time.

She also told me that she has submitted applications for visas to enter
Indonesia from both Honolulu and her previous visit, by a previous
marriage.  She advised that she did not wish to return to
Indonesia to join her husband ...

... return to Indonesia ... the child of Lolo ...
head of School desk from the U.S. as adopted by the Board on request
in Honolulu.

... the applicant's foreign resi-
... will have completed one year...
same amount of allowance ... 1967.  This ...
case ... presented for waiver ...
country.

[signature]

John R. Schmidt
Division Director

000053

Honolulu, Hawaii
April 6, 1967

Mrs. LoloSoetoro
c/o Mr. Stanley A. Dunham
2234 University Ave.
Honolulu, Hawaii

Dear Mrs. Soetoro:

117

April  21, 1967 at 1:30 P

Travel Control - Mr. Schultz

Official Matter

APR 3 1967

(Cert. #105.301

REGISTERED
RETURN RECEIPT REQUESTED

000054

Honolulu, Hawaii
3/16/67

Mrs. Lolo Soetoro
c/o Mr. Stanley A. Dunham
2234 University Ave.
Honolulu, Hawaii

Dear Mrs. Soetoro:

SECOND REQUEST

117

3/20/67 at 2:30 p

Travel Control

Official Matter

000055

Honolulu, Hawaii
2/17/67

Mrs. Lolo Soetoro
c/o Mr. Stanley A. Dunham
2234 University Ave.
Honolulu, Hawaii

Dear Mrs. Soetoro:

117

2/28/67 at 1:00 p

Travel Control

Official Matter

OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27

UNITED STATES GOVERNMENT

# *Memorandum*

TO      : District Director
         Honolulu, Hawaii

DATE: January 13, 1967

SW 214j-C

FROM    : J. P. Sharon, Assistant Regional Commissioner,
          Travel Control, Southwest Region

SUBJECT:  ████████, Lolo Soetoro - Section 212(e) Waiver Applicant

Subject file has been reviewed by the Central Office.  Attached CO 212.43-C
of January 5, 1967 by the Assistant Commissioner, Adjudications indicates
the views of the Central Office.  We concur.

Subject file is returned for your further action as indicated.  Please
return file with your comments after the requested action has been taken.

*JP Sharon*

Attachment

1967 JAN 16  AM 9 17

HONOLULU

IMMIGRATION &
NATURALIZATION
SERVICE

000057



December 19, 1966

Assistant Regional Commissioner,
Travel Control, Southwest Region

John F. O'Shea, District Director,
Honolulu, Hawaii

Your SW 214j-C, September 15, 1966, ████████, Lolo Soetoro,
Section 212(e) Waiver Applicant

Your memorandum remanded the case to be brought up to date.
The applicant's spouse has been re-interviewed and it has
been established that the applicant is now in Indonesia and
is employed by the Indonesian government.   It was also
determined that the applicant's spouse is now employed and
~~can adequately maintain both herself and her 5-year-old~~
~~child as it is indicated above.~~

~~We have therefore again Considered in this case and therefore, we~~
~~with recommend denial of the Waiver.   We have therefore~~
~~no hold hereon and are therefore requesting the case file for later~~
~~consideration.~~

~~Attachment:~~ ████████

~~Via Airmail~~

RRS:rn

000058

12-13-66

Mr. Lolo Scotuzo                          - 2 -

[body text illegible due to degradation]

Sincerely,

John F. O'Shea
District Director

JOS/RHS:rn

000060

Deputy Associate Commissioner, Travel Control,
Central Office, Washington, D. C.

SW 214j-C
December 19, 1966

L. W. Gilman, Associate Deputy Regional
Commissioner, Operations, Southwest Region

████████ Lolo Scetaro – Section 212(e) Waiver Applicant

**Attention:  Assistant Commissioner, Adjudications**

denial addressed to the applicant.  Your SO 212.43-S of December 22, 1965

This applicant left the United States June 22, 1966 and returned to
Djakarta, Indonesia where he is employed by the Indonesian Government

ATTACHMENT

Regional Commissioner, San Pedro, California

CO 212.43-C

JAN 5 1967

Assistant Commissioner, Adjudications

Your SW 214j-C, December 19, 1966; Lolo Sectero, ▬▬▬▬; Section 212(e) Waiver Application.

Attention: Associate Deputy Regional Commissioner, Operations

two beneficiaries in authorized in February 1965 and that also in

compliance where a preliminary conference so they has been made, unless

warrant a change in decision. After each action, the file should be

000062

Mr. Julo Santoro
2426 Oahu Avenue
Honolulu, Hawaii

Dear Sir:

This is in reply to your application for a waiver of the foreign residence requirement of section 212(e) of the Immigration and Nationality Act, as amended, based on the hardship which would result to your wife by your compliance with this requirement of law.

Cases involving exchange visitors who marry U.S. citizens during their temporary stay in this country present many difficulties for all concerned. In support of your application, you state that if you were free to continue your present residence in this country and such that you would not be able to support your wife were, if she were...



requirement and hardship in every case. The security the psychological welfare involved in a four year commission will be present whenever the United States citizen or lawful resident alien spouse or child is a member of the United States, and will usually be present if the spouse or social prospect through to a country with distress, language, and a mode of living which is strange to the spouse or child. Actually, in the vast majority of cases, the hardship consequences resulting through the compliance with the foreign residence requirement may not be expected for a considerable period of time or to be in a position to support himself and a second supply together with foreigners in...

Mr. Lolo Sectoro                          - 2 -

the United States.  These hardships then must be considered to be the
usual hardships which might be undergone by an exchange alien who
is complying with the foreign residence requirement.

In determining whether hardship would be considered, this
[illegible] ...

... "it is believed to be appropriate
to the purposes of the program and to the national interests of the
countries concerned to apply a lenient policy in the adjudication of
waivers, including cases where marriage occurring in the United
States, or the birth of a child or children, is used to support the
contention that the exchange alien's departure from this country
would cause personal hardship."

[illegible paragraph]

Mr. Lolo Soetoro
c/o Mr. Stanley A. Dunham
2234 University Avenue
Honolulu, Hawaii

Dear Mr. Soetoro:

This refers to your application for a waiver of the foreign residence requirement of section 212(e) of the Immigration and Nationality Act, as amended, based on the hardship which would result to your wife

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Your wife is now employed at the University of Hawaii, at a salary of $[illegible].00 a month.  As she is no longer employed part-time as a tutor, this represents her sole income.  From this she contributes $[illegible].00 a month to the support of her parents out from $50.00 to $75.00

[illegible]

[illegible]

000065

Mr. Lelo Santoro                    - 2 -

[several lines illegible due to faded text]

Permission is sometimes said to be [illegible] involved in a two-year separation will be present whether the United [illegible] applies for [illegible] comes to which married in [illegible] the United States, and will usually be present at the [illegible] separation caused to a country with custom, language, and a mode of [illegible] living which is strange to the spouse or child. Similarly, in the [illegible] [illegible] an exchange person newly returning abroad to [illegible] of cases, an exchange person newly returning abroad to [illegible]

[several lines illegible]

[several lines illegible]

[illegible text] In the instance of the [illegible] of the [illegible] [illegible] and to the national interests of the [illegible] a [illegible] yellow in the [illegible] of the [illegible] or the basis not a doubt in [illegible] would be sought [illegible] the candidate that [illegible] [illegible] [illegible] that this country would cause personal hardship.

The factors in your case have been carefully considered. From the foregoing, it has been concluded that the hardships you have set forth constitute the usual hardships which would be anticipated, rather than the exceptional hardship contemplated by the statute. It has been determined that the strict demands of the statute have not been met and that exceptional hardship has not been established in your case.

Sincerely,

John F. O'Shea
District Director

NIL/JOS/RRS:sds/rn

Form I-215A
(Rev. 3-25-65)

# UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM
# AFFIDAVIT

IN RE: SOETORO, Lolo                          FILE NO. ████████
EXECUTED AT  Honolulu, Hawaii                 DATE  Nov. 30, 1965

Before the following officer of the U.S. Immigration and Naturalization Service:
    Frank R. Potter, Immigrant Inspector

I, S. Ann Soetoro _____, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement in the above matter pursuant to such authority. I am willing to make such a statement. He has told me that my statement must be made freely and voluntarily and may be used against me or any other person in Immigration and Naturalization Service proceedings.

Being duly sworn, I make the following statement:  My true and correct name is Stanley Ann Soetoro and I am not known by any other names except Stanley Ann Dunham. I am shown as Stanley Ann Dunham on the records of the University of Hawaii. I am a citizen of the United States by virtue of my birth in Wichita, Kansas. I am married to Lolo Soetoro. He was a student with me at the University of Hawaii on an exchange visitor.

He applied to the U.S. Immigration & Naturalization Service for a waiver of the two year residence requirement of the Immigration and Nationality Act. The basis of this application was the hardship that the student would have caused my husband. It was offered that it was a physiological hardship for me to go with our two year older than a Moslem husband.

I am now living with my parents in the home which they rent here in Honolulu near the University. My son by a former marriage lives there with us.

As hardship is defined under the present laws, I don't feel that I would undergo any exceptional hardship if my husband were to depart from the United to reside abroad as the regulations require.

I have read the above statement and it is a true and correct statement to the best of my opinion.

*S. Ann Soetoro*
S. Ann Soetoro

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF NOVEMBER, 1965   AT
HONOLULU, HAWAII.

*Frank R. Potter*
Immr. Insp.

000067

MEMORANDUM FOR FILE

November 22, 1966

In re:  Lolo SOETORO, Applicant for Section 212(e) Waiver

Applicant's U.S. citizen spouse was interviewed at Honolulu, Hawaii
this date and stated as follows:

"My husband left June 20, 1966 and went back to Djakarta.  He
is working for the Indonesian Government conducting a topo-
graphical survey.  He is living in a house that belongs to a
relative."



(b)(6)

"My husband makes the equivalent of $10.00 a month American

_____ while in the United States.

_____

_____

_____

_____

_____

_____

Honolulu, Hawaii

Robert Schulze
Immigrant Inspector

RS:cs

11/9/66

Mrs. Lolo Soetoro
c/o Stanley A. Dunham
2234 University Ave.
Honolulu, Hawaii

Travel Control

Official Matter

OPTIONAL FORM NO. 10

UNITED STATES GOVERNMENT

## *Memorandum*

TO : Investigations Unit
Honolulu, Hawaii

DATE: November 7, 1966

FROM : Emmett D. Kelleher, Deputy District Director
Honolulu, Hawaii

SUBJECT: Lolo Boatero, A12 128 295, Applicant for Section 212(e) Waiver

Please attempt to locate Lolo Boatero. The last address is in the file is 2020 Oahu Avenue, above. You may wish to contact this person by letter or by telephone.

PH. 961-115   BUSINESS #

Plans to join husband next
Summer if she can save enough
money. see

| Family Name (Capital letters) | First Name | Middle Initial | S-36C |
|---|---|---|---|
| SOETORO | LORO | | |

Country of Citizenship: INDONESIA

Passport or Alien Registration Number: CERT. DATE: No COW OF PASSPORT

United States Address (Number, Street, City and State): 7830 Scha Ave, HONOLULU, Hawaii

Airline and Flight No. or Vessel of Arrival: Sept 30, '67 DANCH

Passenger Boarded at: DAKAR

Number, Street, City, Province (State) and Country of Permanent Residence: DAENGGANIRAY 14, TOKO, INDO NESIA

Month, Day and Year of Birth: [redacted]

City, Province (State) and Country of Birth: BANDUNG WEST JAVA

Visa Issued at: DJAKARTA

Month, Day and Year Visa Issued: SEPT 26, 1967

SURRENDER THIS COPY WHEN LEAVING THE UNITED STATES—SEE REVERSE

IMMIGRATION & NATURALIZATION SERVICE

10/10/66

Mr. and Mrs. Lolo Soetoro
3326 Oahu Ave.
Honolulu, Hawaii

Dear Mr. and Mrs. Soetoro;

137

10/11/66 at 1:40 p.

000072



UNITED STATES GOVERNMENT

*Memorandum*

TO      : District Director                    DATE: September 15, 1966
          Honolulu, Hawaii

FROM    : Everett J. Sharp, Acting Assistant Regional
          Commissioner, Travel Control, Southwest Region

SUBJECT: ███████████ dela Santos - Section 212(e) Waiver Applicant

          Subject file is returned for your further consideration.

          On December 15, 1965 the region and/or December 15, 1966



**IMPORTANT NOTICE**

- Retain this permit in your possession.
- You are permitted to remain in the U.S. for the time indicated.
- To remain past this period, without permission from Immigration authorities, is a violation of law.

**WHEN YOU LEAVE THE UNITED STATES**

- By sea or air, surrender this permit to transportation line.
- Over Canadian border, surrender this permit to Canadian Immigration Officer.
- Over Mexican border, surrender this permit to United States Immigration Officer.

**RECORD OF EXTENSIONS:**

To .............................. Office ..............................

.............................. Office ..............................

.............................. Office ..............................

**DEPARTURE RECORD**

Port: HONO[illegible]

Date: JUL 2[illegible]

Carrier:

To: JAPAN

(Country of destination)

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
Form Approved—Budget Bureau No. 43-R311.
**ARRIVAL-DEPARTURE RECORD**
Form I-94 (Rev. 7-1-64)

Required Departure Verified
at HHW on 7/20/66
- I-94 to CO
- R-84 to FRI
- G-180 prepared
- G-143 to R.O.
- I-181/~~I-154~~ closed
- File closed

000075

*Memorandum*

TO     : District Director                        DATE:   January 25, 1966
         Honolulu, Hawaii

FROM  : C. A. Burton, Assistant Regional Commissioner
         Travel Control, Southwest Region

This memorandum

000077

I am submitting this statement of explanation in the
knowledge that, should I fail to get the two-year foreign
residence requirement waved, it would impose great hard-
ship on my wife and have a disasterous effect on both our
lives.

My wife, Ann Restore, is a citizen of the United
States and has resided here all her life. It is presently
impossible for my wife to return to Indonesia with me.
The reasons are multiple. Financially, both of us having
been students, there is no way I can accumulate the passage
money (more than $600 for my wife alone). Within Indonesia
. . . . . . . . . . . . . . . . . . . .
time  that the salary of even a college graduate provides
. . . . . . . . . . . . . . . . . . . .
anti-American feeling has reached a feverish pitch under
. . . . . . . . . . . . . . . . . . . .
been advised by both family and friends in Indonesia that
. . . . . . . . . . . . . . . . . . . .
at the present time. Of secondary importance is the fact
. . . . . . . . . . . . . . . . . . . .
she be forced to cut short her college education, but she
. . . . . . . . . . . . . . . . . . . .

Failing a waver, then, my only alternative would be
. . . . . . . . . . . . . . . . . . . .
But this too is filled with difficulties. My wife has
. . . . . . . . . . . . . . . . . . . .
complete, she is ill-prepared to be self-supporting. Yet,

000078

at a distance of Indonesia, I would be helpless to contri-
bute to her support.  With my strong ties in the United
States, I would meet with much prejudice myself in seeking
employment.  And, with the present devaluation of the Indo-
nesian currency, the monthly salary for a college graduate
amounts to less than two dollars when translated into

nesian government is no longer able to guarantee the safety
of corps members. It seems probable that warfare in Indo-
nesia cannot be avoided much longer. I am a trained geo-
grapher with a special background in mapping and air photo
interpretation. I have traveled throughout the Indonesian
islands and have detailed knowledge of each of the major
areas and their resources. Due to my former compulsory
association with the Indonesian army while still a student,
it is quite probable that I would be placed on the front
lines doing reconnaissance work in Indonesia's current
campaign against Malaysia and the British forces. Aside
from both my wife's and my concern for what regarding my
wife is distraught for my safety. My reassurance that
I have been able to offer has been nullified by Indonesia
and upset condition. I have been advised by our doctor
that a prolonged separation under these circumstances would
endanger my wife's health and mental outlook.

In the light of these considerations, I now ask to
(have this type) (apply) foreign residence requirement in
our corp.

Deputy Associate Commissioner, Travel
Control, Central Office, Washington, D. C.

L. M. Gilmer, Associate Deputy Regional
Commissioner, Operations, Southwest Region

████████ Mrs. Lola Soctoro - Section 212(c) Waiver Applicant

Attachment

THOMSON H. TE. GILMORE

CO 212.43-C

Date - DEC 14 1965

TO: Regional Commissioner, San Pedro, California

☑ Regional Decision Approval. File: A14 218 204
is herewith returned.

☐

Assistant Commissioner
Adjudications



December 7, 196?

Assistant Regional Commissioner,
Travel Control, Southwest Region

John F. O'Shea, District Director,
Honolulu, Hawaii

**Application for waiver of foreign residence requirement of**
~~Teruhiko Eiki(s) of Mr. Luis Santarosa Aid 123 094~~

In accordance with OI 212.8(d), our letter of denial to the
subject is forwarded for your review, together with subject's
file.

~~Attachment~~
Via Airmail

000082

| Name (Last in CAPS) | First | Middle | File No. |
|---|---|---|---|
| Soetoro, Ann | | | ████████ |
| Alias | | | CITZ |

| Date of Birth | Country of Birth | Nationality |
|---|---|---|
| 11/29/42 | U.S. | U.S. |
| Place of Entry | | Date of Entry |

Search C.O. Index for following:

☐ I-94 ........   ☐ I-100 ........   ☐ I-157 and ........ ☐ I-141 ....   ☐ I-190 ........
☐ I-95 ........   ☐ I-103 ........   ☐ Other ........
☐ Furnish any relating file for ........
☐ Furnish a copy of ........
☐ Furnish location of file ........

Form I-43C

000083

**CENTER FOR**
**CULTURAL AND TECHNICAL INTERCHANGE**
**BETWEEN EAST AND WEST**

*A project of the Government of the United States in cooperation with the University of Hawaii*

HONOLULU, HAWAII 96822                    *Cable: EASWESCEN*

September 27, 196_

Mr. R. K. Spaharda, Cultural Consul
_____
San Francisco, California

Dear Sir:

    This letter is to follow my letter to you of September 17, 1965,
which I wrote in response to your inquiry of September 15 regarding
_____
Director of University of the Indonesian Army.

    Mr. _____ came to see me after receiving a copy of my letter
_____
_____ He assures me that he fully intends to return to
_____. He says
that he has communicated this intention to the Military Attache of the
_____

    _____

                              Respectfully yours,


                              _____
                              _____ for Education & Alumni
                              Institutional Interchange
                              East-West Center


Mr. Robert Woodens
  Immigration & Naturalization Service


EA:GR

000084

F1

**CENTER FOR**
**CULTURAL AND TECHNICAL INTERCHANGE**
**BETWEEN EAST AND WEST**

*A project of the Government of the United States in cooperation with the University of Hawaii*

HONOLULU, HAWAII 96822 *Cable: EASWESCEN*

September 17, 1965

Mr. R. R. [illegible], Cultural Consul
[illegible]
[illegible], California

[illegible] [redacted]

Dear Sir:

Thank you for your inquiry [illegible] [illegible]. A copy of this [illegible]

We would be happy to provide you with additional information upon your request.

Sincerely yours,

[illegible]

[illegible]
[illegible]

[illegible]

cc: [illegible]
[illegible]

[illegible]

[illegible]

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE**

OFFICE OF THE EXECUTIVE DIRECTOR
Institute for Student Interchange
East-West Center

July 13, 1965

MEMORANDUM

TO:   Mr. John F. O'Shea, District Director
      Immigration and Naturalization Service, Honolulu, Hawaii

FROM: Robert Zumwinkle, Executive Director
      Institute for Student Interchange, East-West Center

SUBJECT: Mr. Lolo Soetoro, Former East-West Center Grantee From
         ~~Indonesia~~

Mr. Wooshin has briefed me on his meeting with you today regarding Mr. Soetoro's visa status. He informed me that you were advised of this particular graduate background and of his intended marriage with respect to his marriage and request to remain in the United States for an indefinite period. As you know, we have received a cable from the Embassy of Indonesia requesting by official entry that Lolo Soetoro, a notified employee of the Indonesian Army immediately terminate his studies and return to Djakarta, Indonesia.

[remaining text illegible]

- 2 -

We, therefore, place this matter in your hands and shall appreciate any effort which you can make to insure that Mr. Soetoro will be returned to Indonesia as soon as possible. We shall appreciate your informing us of whatever measures, including deportation action, which you feel must be taken.

RLM/RZ:sf

Col. xxxx Xxxxxx Dohe Soemartono
Military Attache
Embassy of Indonesia
Washington, D. C.

Mr. Joe Xxxxxx, Director
International Student Office
University of xxxxx

Sumner Xxxxxx Long
Washington, D. C.

1234 Xxxx Avenue
Honolulu, Hawaii

OFFICE OF THE VICE-CHANCELLOR
Institute for Student Interchange

July 7, 1965

MEMORANDUM

TO: Dr. Zumwinkle

FROM: Mr. Robert Wooster

SUBJECT: Visa Status of East-West Center Alumnus from Indonesia,
Mr. Lolo Soetoro

On Friday afternoon, July 2nd, Mr. Soetoro telephoned and informed me that he had gotten his J visa extended by the Honolulu Immigration and Naturalization Service. He informed me also that he had gotten married to an American citizen and that his wife was now ill. He came his wife's illness as the reason for his visa extension request. I asked Mr. Soetoro to come in to see me on Tuesday, July 6. Mr. Soetoro arrived at 3:30 p.m. and gave me the following information:

1. [illegible]

2. [illegible]

3. [illegible]

- 2 -

students so I am familiar with the particulars.  I handed
the student his copy of the memorandum and signed his check
out sheet (which is now missing from the folder).  I advised
him that the Center could not hold his return travel later
than June 22, 1965, one year beyond the official expiration
date of his grant.  I impressed him with the importance of
keeping in touch with ISI and asked him to come to see me
in early June of this year.  Approximately six months later
I received a telephone call from Mr. Soetoro explaining that
Park Associates had terminated his employment because of
lack of work.  He informed me that he had gotten a job with
the Hawaii-Pacific Company.  I advised him to notify Immi-
gration immediately of this change and I reminded him that
it would be necessary for him to see me early in June.
Unfortunately, I did not follow-up with a letter.  This
advice was given verbally and there is nothing in the folder
to substantiate this.  I did not hear from Mr. Soetoro again
until July 1.  I can only assume that this was an intentional
disregard of my advice.

5.  Mr. Soetoro informs me that he has written a letter to
broaden your reputation or intelligence expression of duty in
the Indian Pacific.  He has included a reply from Jakarta
also and has promised to supply me with a copy as soon as
possible.  It has been stolen on my part and I assume that
he would have undersigned an otherwise a copy.

6.  When I explained to Mr. Soetoro that the financial Center
will withhold over considerable low construction and time the
people return to him for virtually to answer any simple
concern.  From time I tried to arrange this with him, he
claimed to figure the manner and ended me offical questions.
[illegible]

7.  Mr. Soetoro is anxious to know what action an under a period
[illegible]
[illegible]
[illegible]

8.  [illegible]
still scheduled to see him, adjourning in ISI.  I do not know
[illegible]

[illegible]
[illegible]
[illegible]

Thank you very much.

000090



UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
HONOLULU, HAWAII

REFER TO THIS FILE NUMBER

July 6, 1965

Mr. & Mrs. Lolo Soetoro
3326 Oahu Avenue
Honolulu, Hawaii

Dear Mr. & Mrs. Soetoro:

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 595 Ala Moana Blvd., Honolulu | | |
|---|---|---|---|
| | | Room No. | Floor No. |
| DATE AND HOUR | July 19, 1965 at 9:00 am | | |
| ASK FOR | Miss L. Contrat No. 44 | | |
| REASON FOR APPOINTMENT | to be interviewed | | |
| | evidence of Financial status | | |

It is important that you keep this appointment. If you are unable to do so, kindly mark below or call us, being sure...

Form I-72

OPTIONAL FORM NO. 10
5010-104

UNITED STATES GOVERNMENT

*Memorandum*

TO      : Travel Control                                    DATE:  June 30, 1965

FROM    : Gary Fujiwara, Acting DDD

SUBJECT: Lolo Soetoro ██████████, Applicant for Waiver under 212e

1.  Form I-612 provides (reverse side) that (item 4? of the instructions)
    that if the applicant is in the United States, his passport and I-94 must
    be attached to I-612.  Examination of G-590 (Property Envelope) shows
    ____ it is _____

## UNITED STATES DEPARTMENT OF JUSTICE
### Immigration and Naturalization Service

### Officer's Review and Action Sheet

Form No. I-512                                                    File No. ▮▮▮▮▮

The following documents or actions are required before decision may be made in this case:

| Officer's Initials | Date | Document or Action Required | Requested (Check) | Required (Check) |
|---|---|---|---|---|
| ▮ | 5/24/65 | Interview of applicant and spouse | 5-24-65 | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DECISION: (Approved)          (Denied)

REMARKS: (If denied, state reasons)
The applicant, a 30-year old native and citizen of Indonesia, has applied for waiver of the foreign residence requirements of section 212 (e), claiming exceptional hardship for his U. S. citizen wife.

He has stated that he would be financially unable to save passage money for his wife to accompany him to Indonesia. He indicates that economic conditions in his homeland are such that he would be unable to send funds for his wife's support during his stay in Indonesia.

The applicant expresses fear that he will be taken into the army on his return home and this will cause his wife to fear for his safety.

He has attached a letter from Dr. Nishigaya saying "that such a separation would cause undue hardship and emotional strain..."
                                                              (continued)

For the District Director:

_____                        _____
Date of Decision                                Signature of Officer

Keep this sheet on top of all material in file until initial decision is made.

Form I-168
(Rev. 5-19-60)

000094

Form I-468

Remarks:   (continued)

The letter from the doctor deals only in generalities.  It does not indicate the wife has ever been under the doctor's care or that any medical attention will be necessary.

The reasons set forth by the applicant do not constitute exceptional hardship for the United States citizen wife.

*Frank R. Potter*
Frank R. Potter
Immigrant Inspector

* * * * * * *

June 7, 1965

The applicant and his wife were interviewed on this date.  There was no new evidence presented to substantiate the claim of hardship.  It was revealed that the wife's mother and father are at present residing in Honolulu.  Up to the time of the marriage, she was supported by her parents.  She offered no reasons why she could not make her home with them again in event her husband was required to depart the United States.

*Frank R. Potter*
Frank R. Potter
Immigrant Inspector

000095

NAME (Exactly as it appears on the Nonimmigrant Document)   FILE NO.

COETORO, LOLO

OTHER NAMES OR ALIASES /

DATE OF ADMISSION: 9-18-62   CLASS: J-

NATIONALITY (As on N/I Document): INDONESIA   DATE OF BIRTH:   DATE OF REPORT: 5-24-65   REPORTING OFFICE: HHW

DATE TO WHICH ADMITTED OR PREVIOUSLY EXTENDED: 6-20-65   J-1 VISITOR (Current Program No. & Institution): P-1-1793   EAST-WEST CENTER

EXTENSION OF STAY GRANTED TO: (date)   ☐ BOND POSTED

☐ EXTENSION DENIED
☐ OSC ISSUED
☒ V/D GRANTED W/O ISSUANCE OF OSC

APPLICANT FOR
☐ EXTENSION   ☐ SECTION 245
☐ CHANGE OF NONIMMIGRANT STATUS

STATUS ADJUSTED TO THAT OF PERMANENT RESIDENT ON: (date)

UNDER DOC. CONTROL   HHW

I-530 (Rev. 11-16-60) FPI-LPC-4-65-1,000-PADS-1638
UNITED STATES DEPARTMENT OF JUSTICE
REPORT OF ACTION—NONIMMIGRANT
Immigration and Naturalization Service

000096

Honolulu, Hawaii
May 25, 1965

Mr. and Mrs. Lolo Soetoro
3326 Oahu Avenue
Honolulu, Hawaii

Dear Mr. and Mrs. Soetoro:

117

6/7/65 at 1:00 p

Travel Control   - Mr. Potter

Your application for waiver of foreign residence requirement

000097

DEPORTATION DOCKET CONTROL ACTION SLIP OR NOTICE

**TO:**
- ☐ S.I.O.
- ☐ Travel Control
- ☐ Investigations
- ☒ Deportation Docket Control

☒ Notice of Action

☐ Notice of failure to submit action slip.
Please execute this form and return it to Deportation Docket Control.
(last report dated _____)

**Name** SOETORO, Lolo

**File Number** ▮▮▮▮▮▮

**Action**

I-612 applicant

Vol departure extended to June 20, 1966

APPROVED:

*John F. O'Shea*

John F. O'Shea, District Director

| Action Date | Reporting office or section | Date this report submitted |
|---|---|---|
| June 7, 1965 | Travel Control — HNW | |

United States Department of Justice
Immigration and Naturalization Service

Form 3156
(Rev. 7-2-62)

000098



C E R - T I F I E D   C O P Y

Topeka, Kansas, July 29, 1959

I hereby certify that the above is a true and exact photographic
reproduction of the original certificate on file with the Division of Vital
Statistics and Records of the Kansas State Board of Health.

Division of Vital Statistics and Records

(SEAL)

by _____
(State Registrar)

# CERTIFICATE OF MARRIAGE

STATE OF HAWAII
DEPARTMENT OF HEALTH
RESEARCH, PLANNING &
STATISTICS OFFICE

LICENSE NO. 80296
FILE NO. 1 296

Lolo
3326 Oahu Ave., Honolulu, Hawaii
Java
Martodihardjo
Dinrjanh

Soetoro
Hawaii
Indonesia
Indonesia
Indonesia
Indonesian
Indonesian
Surveyor
Engineering
No
Yes

Stanley                      Ann
2234 University Ave., Honolulu, Hawaii
Wichita, Kansas
Stanley Dunham
Madelyn Payne
Malakal

Dunham
Hawaii
Kansas
Wichita, Kansas
Peru, Kansas
Maui
Caucasian
Student
Caucasian
Caucasian
Yes
Yes
5-15-66

I hereby certify that    Lolo Soetoro    and    Stanley Ann Dunham
were joined in marriage by me in accordance with the laws of the State of Hawaii, in the    Molokai
Judicial District, County of    Maui    on the    25th    day of    March    1965

Lolo Soetoro

Barbara J. Hanquet
Stanley Ann Dunham    Lolo Soetoro

3-10-65

FOR FILE # A14-128-794
7-3305

D. No. 57972

# In the Circuit Court of the First Circuit

### STATE OF HAWAII

#### AT CHAMBERS

Before the Honorable _____ DANIEL T. KING _____ Judge Presiding

OPENLY IN THE PUBLIC COURT ROOM OF SAID JUDGE

STANLEY ANN D. OBAMA
               Libellant

BARACK H. OBAMA
               Libellee

## Decree of Divorce

On this _____ day of _____ March _____ A.D. 19 64 at the Court House in the City of Honolulu, openly in the Public Court Room of said Judge, came on duly to be heard the petition of said above named Libellant of the City and County of Honolulu, State of Hawaii, praying that the bonds of matrimony heretofore existing between them, the said LIBELLANT and LIBELLEE be dissolved by reason of the alleged grievous mental suffering inflicted upon Libellant by Libellee;

And the said Libellant and her attorney, THOMAS L. T. KAHN, being present in Court before said Judge, due proof was made to this Court that the said parties are legally intermarried and that the allegations in said petition are true:

It is hereby Ordered, Adjudged and Decreed, That the bonds of matrimony existing between the said LIBELLANT and LIBELLEE be and the same are hereby dissolved. This decree to take effect from and after the date of signing and filing hereof.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that the [illegible text] Libellant [illegible text]

DATED: Honolulu, Hawaii, this 20th day of March, 1964.

_____
Samuel P. King
Judge of the Circuit Court, First Circuit, State of Hawaii,
Division of Domestic Relations

000101

TORU NISHIGAYA, M. D.
2222 WAIALAE AVENUE
HONOLULU 16, HAWAII
April 29th, 1965

TO WHOM IT MAY CONCERN: Re: Mrs. Stanley Ann Dunham Soetoro

        Mrs. Stanley Ann Dunham Soetoro, an under graduate student at the University of Hawaii is faced with a most difficult problem--that of being separated from her husband Lolo Soetoro, an Indonesian whose visa to the United States expires in June 1965.

        Internal problems in Indonesia make it almost impossible to go there even if it were possible financially to do so--and it is not.

        Other considerations would make it mandatory that the couple be separated for a very long period of time.

        Medically, I feel that such a separation would cause undue hardship and emotional strain were it to happen, and any help to alleviate the situation would be of great service to her.

        Sincerely,

        Dr. T. Nishigaya

TN/eoy

000102

| NAME (EXACTLY AS IT APPEARS ON THE NONIMMIGRANT DOCUMENT) | | | FILE NO. | |
|---|---|---|---|---|
| LoLo   SoEToPo | | | | |

| OTHER NAMES OR ALIASES | | | NATIONALITY (SHOW N/I DOCUMENT) | |
|---|---|---|---|---|
| | | | INDONESIA | |

| DATE OF ADMISSION | CLASS | DATE OF BIRTH | DATE OF REPORT | REPORTING OFFICE |
|---|---|---|---|---|
| 9.18.62 | J.1 | | 9.24.61 | HHW |

DATE TO WHICH ADMITTED
OR PREVIOUSLY EXTENDED: 6-20-64   J-4 VISITOR (CURRENT PROGRAM NO. & INST.)
2 J 1703   UNIV. of HAWAII

EXTENSION OF STAY GRANTED TO: (DATE) 6-30-65   ☐ BOND POSTED

- ☐ EXTENSION DENIED
- ☐ OSC ISSUED
- ☐ V/D GRANTED W/O ISSUANCE OF OSC

APPLICANT FOR
- ☐ EXTENSION   ☐ SECTION 248
- ☐ CHANGE OF NONIMMIGRANT STATUS

STATUS ADJUSTED TO THAT OF PERMANENT RESIDENT ON: (DATE)

I-53D (REV. 1-1-53) FPI-LPC-3-53-1M-550
UNITED STATES DEPARTMENT OF JUSTICE

REPORT OF ACTION --- NONIMMIGRANT
IMMIGRATION AND NATURALIZATION SERVICE

000103

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Officer's Review and Action Sheet

Form No. _I-612_       File No. ▓▓▓▓▓▓▓

The following documents or actions are required before decision may be made in this case:

| Officer's Initials | Date | Document or Action Required | Requested (Check) | Received (Check) |
|---|---|---|---|---|
| JP | 7/19 | 2ND INTERVIEW AS Requested By Acting DDD | 7/16 | 7/19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DECISION: _____ (Approved) _____ (Denied)

REMARKS: (If denied, state reasons)    see memo about 962-161 ...

Phone 986-944

7/21/65

To T.C. —

No evidence has been presented as to terms of wife's 1st marriage. Per INS require secure this. In meantime, write up for denial

7-28-65 DIVORCE DECREE presented this date JP

For the District Director: _____

Date of Decision _____      Signature of Officer _____

Keep this sheet on top of all material in file until initial decision is made

Form I-468
(Rev. 1-10-60)

000109