7-19-65

Memo to file: ▮▮▮▮▮

In accordance with the instructions with the memo received from acting DDD
Fujiwara Mr. and Mrs Soetero were re interviewed on this date. The following
information was obtained.

1. Mr. Soetero is now employed at Hawaii Pacific Engineers and Surveyors,
Inc. 1649 Kapiolani Blvd. Suite #3, Honolulu, Hawaii. His rate of pay is
$2.00 and his take home pay for two weeks without overtime is $133.03.

2. They have some outstanding bills. A Dentist bill for Mr. Soetero for
$81.00. The dentist has also told him he would have to have 4 wisdom
teeth extracted. Otherwise he is good physical condition. They also pre-
sented a telephone bill which showed one month in arrears in the amount
of $18.84. Their rent amounts to $65.00 per month which is nominal for this
area. They pay an electric bill of less than $5.00 per month to their land
lord.

3. They own a 1963 Chevrolet Corvair against which there is no lein. His
uncle in Indonesia gave him the car and he is paying money as he can. He
has to send the money with persons returning to Indonesia from Honolulu because
to send money through the mail would be too risky in Indonesia.

4. They have approximately $300.00 in a Savings account at 1st National
Bank in Honolulu. ▮▮▮▮▮▮▮▮▮▮ They maintain
no checking account.

5. As a deterrent to their financial condition affecting his ability to
support his wife from Indonesia he states that the value of the Indonesian
Rupiah has detiorated from 4,000 to 1 to 10,000 to 1.



6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Since the first interview there have been placed in the file two memos from
East West Center indicating that the Government of Indonesia is interested in
having this student return to his homeland. A copy of a cable  issuing an order
from the Indonesian Embassy for the subject's return was included with one of
these memos.

Due to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ financial situation
some consideration should be given to the possibility of unusual hard ship
prospect for the U.S. Citizen spouse ▮▮▮▮▮▮▮▮

I/I

7-19-65

Memo to file: ▬▬▬▬▬

In accordance with the instructions with the memo received from acting DDD Fujiwara Mr. and Mrs Soetoro were re interviewed on this date. The following information was obtained.

1. Mr. Soetoro is now employed at Hawaii Pacific Engineers and Surveyors, Inc. 1649 Kapiolani Blvd. Suite #3, Honolulu, Hawaii. His rate of pay is $2.00 and his take home pay for two weeks without overtime is $133.03.

2. They have some outstanding bills. A Dentist bill for Mr. Soetoro for $81.00. The dentist has also told him he would have to have 4 wisdom teeth extracted. Otherwise he is good physical condition. They also presented a telephone bill which showed one month in arrears in the amount of $18.84. Their rent amounts to $65.00 per month which is nominal for this area. They pay an electric bill of less than $5.00 per month to their land lord.

3. They own a 1963 Chevrolet Corvair against which there is no lein. His uncle in Indonesia gave him the car and he is paying money as he can. He has to send the money with persons returning to Indonesia from Honolulu because to send money through the mail would be too risky in Indonesia.

4. They have approximately $300.00 in a Savings account at 1st National Bank in Honolulu. ▬▬▬▬▬▬▬▬▬▬ They maintain no checking account.

5. As a deterant to their financial condition affecting his ability to support his wife from Indonesia he states that the value of the Indonesian Rupiah has detiorated from 4,800 to 1 to 10,000 to 1.



Since the first interview there have been placed in the file two memos from East West Center indicating that the Government of Indonesia is interested in having this student return to his homeland. A copy of a cable issuing an order from the Indonesian Embassy for the subject's return was included with one of these memos.

Due to the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ financial situation some consideration should be given to the possibility of unusual hard ship prospect for the U.S. Citizen spouse ▬▬▬▬▬▬▬

I/I

000111

1. N. . . . . :

2. . . . . . . : *Agustiate* . . . . .

3. . . . . . . : *Indonesia*

4. . . . . . : *Islam*

5. . . . . . : *Perum. Balon Loof, Rewas*

6. . . . . . : *Pesan Rumah Abrols Samin*

7. a. . . . . . : *1-1-1918*
   b. . . . . . :

8. a. . . . . . : *b. Indonesia . . fo*

   b. . . . . . : *Peg. Dinas Geografi wil. Top. D.B.*

   c. . . . . . : *Perum. Balon Loof, Rewas*

9. b. . . . . . :
   c. . . . . . :

10. . . . . . . :

    A. . . . . :   *Setah Pindah*

    B. . . . . :   No

    C. . . . . :

11. Keterangan lain:



EXHIBIT

PERKAD-Supusco, N.J.

REGISTRATION or GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu ███████

3. The nation
   a. of Citizenship: Indonesia
   b. The foreign descendants:
   c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam RO01/RO03

6. From which school (moved from) and what class: ???

7. a. Date accepted: 1-1-1968 (January 1, 1968)
   b. Grade: I (First grade)

8. a. The name of the parents Mr./Ms.: L. Soetoro M A (Lolo Soetoro)
   b. Occupation/Job: (???? Geography ????)
   (name of the mother will only be used if father is deceased)
   c. Address: Menteng Dalam RO01/RO03

9. The name of the guardian:
   (??? was filled up, ??? parents of the pupil were not available, already ???? ????
   because another thing )
   b. Occupation/Job:
   c. The address: Menteng Dalam RO01/RO03

10. Left this school:
    a. ?? was finished. Outside from the class:        The date:
    b. ?? recieved ?? the date:        NO.
    c. ?? the school to:

11. Other information:



WHERE'S THE BIRTH CERTIFICATE?

### EXHIBIT 104
Close-up of Barack Obama Passport, Screen Capture from Where's

### EXHIBIT 105
Photograph, Scott Inoue and Barack Obama, "Barry", Third Grade

218



WEBSITE INFORMATION   SEARCH SITE   HOME

| Lawyer Search |
|---|
| Lawyer Registration |
| How to Submit a Request For Investigation |
| Rules and Decisions |
| Ethics Inquiry Program |
| Publications |
| New Filings, Hearing Schedules and Clerk's Office |
| Client Protection Program |
| Resources & Links |
| ARDC Organizational Information |

## *LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD*

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of March 4, 2010 at 1:15:21 PM:

| | |
|---|---|
| **Full Licensed Name:** | Barack Hussein Obama |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | December 17, 1991 |
| **Registered Business Address:** | Not available online |
| **Registered Business Phone:** | Not available online |
| **Illinois Registration Status:** | Voluntarily retired and not authorized to practice law |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | No malpractice report required as attorney is retired. |

**Public Record of Discipline and Pending Proceedings:**     None

registration@iardc.org

Change Requests

Address

Name Change Requests

[ Return to Search ]

**IARDC ®:online access to registration and discipline
information regarding Illinois lawyers
presented by the Illinois Attorney Registration &
Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a
Request For Investigation
Rules and Decisions | Ethics Inquiry Program |
Publications
New Filings, Hearing Schedules and Clerk's Office | Client
Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home



## National Student Clearinghouse





Help
Legal

 Verify a Degree or Past Attendance



(Requires
Adobe Acrobat
Reader)

Acrobat
Reader

We have successfully completed your verification request. If you have any questions, see our

Richard Wice

| Transaction ID: | | Date Requested: | 03/06/2011 11:26 EST |
| Requested By: | ORLY TAITZ | Date Notified: | 03/06/2011 11:26 EST |

Status:
Fee:                          $10.00
Credit Card Order#: 6672402
Credit Card Confirm  dr_taitz@yahoo.com
Email:

| Subject Name: | | | |
| | *First Name* | *Middle Name* | *Last Name* |
| Name Used While Attending School: (if different from above) | | | |
| | *First Name* | *Middle Name* | *Last Name* |
| Date of Birth: | *mm/dd/yyyy* | | |
| School Name: | | | |
| Attempt To. | | | |

Name On School's Records:
Date Awarded:
Degree Title:
Official Name of School:
Major Course(s) of Study:
Dates of Attendance:



# Online Verification

------------- KEY INFORMATION ------------- ▼

## Selective Service Record Search Results

### Search Criteria

Last Name: *obama*
Social Security Number: *** - ** - ▮
Date of Birth: ▮

### Matched Record

Selective Service Number:
61-1125539-1

Date of Registration
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the
instructions on our "Registration Information" page.

New Search ?

FAQs

Selective Service System: Reg   :tion Verification



*Online Verification*

——— KEY INFORMATION ———

## Selective Service Online Registration Verification

This service allows you to look up a man's Selective Service number, as well as the date he registered. Enter a last name, social security number, and date of birth for the registered man, and click on "Submit."

Only registrations of men born on or after January 1, 1960, can be verified through this system. To obtain Selective Service information about men born earlier, . . . . . and follow the instructions on our "Records" page.

This service is operational seven days a week. It is not available when system maintenance is scheduled from 2 a.m. to 4 a.m., U.S. Central Time, Tuesday through Saturday.

| Selective Service Online Registration Search | |
|---|---|
| Last Name: | |
| Social Security Number: | (No dashes or spaces) |
| Date of Birth: | (mmddyyyy) |
| Submit    Reset | |

Men who have registered remain eligible for federal student aid, most federal jobs, and federal job training. Male non-citizens living in the U.S. who are 18 through 25 must register to remain eligible for citizenship.

*Last Updated: 8/14/2007*

*©2011 Selective Service System*

### Search Site
home
about the agency
registration info
news & public affairs
what's new
contact
careers
privacy policy
history/records
publications
fast facts
what happens in a draft
site map



—————————— KEY INFORMATION —————————— ▼

Sorry, your request cannot be processed at this time because you have exceeded the daily limit
for the verification of these credentials.
*(6/8/2011 11:35:43 AM)*

 FAQs

Your access is

**U.S. Department of Health & Human Services**

This page has been blocked due to a possible security threat. If further
action is required, please contact the ITO service desk for assistance at 1-
866-699-4872          1-866-699-4872          . Please include the error codes
listed below.

Access denied

Error Code:

Your save ID for support is: 4bef9810-25-711a46u-fff

61-1128539-1    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    M    06-24-61

Il.Il.Il.II.Il.Il.Il.I.Il.II.Il.I.Il.I.Il.Il.Il.I.II

50    01128-000350

BARACK HUSSEIN   OBAMA

If you have already reached
age 26 or will do so in the
current calendar year, you
are no longer required to
notify Selective Service of
any future changes of
address or changes to any
other items on your
registration record.

2-02

Change of Information Form

G2O

(Cut along dotted lines)

---



**Dear Registrant:**

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet-sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**



Registration Acknowledgment

BARACK HUSSEIN   OBAMA

Lawrence G. Romo

BSO - SSN Verification Results

# Social Security Number Verification System (SSNVS)

 **SSNVS Help**

## SSN Verification Results

Employer's EIN
Records Submitted:   1
Failed               1
Verified Records:    0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select Verify Failed SSN (print 2-page layout), for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.



| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | - |  | M | 1 |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

Form **709**

Department of the Treasury
Internal Revenue Service

**United States Gift (and Generation-Skipping Transfer) Tax Return**

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| | | | |
|---|---|---|---|
| **1** Donor's first name and middle initial | **2** Donor's last name | | **3** Donor's social security number |
| BARACK H. | OBAMA | | |
| **4** Address (number, street, and apartment number) | | | **5** Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | | ILLINOIS |
| **6** City, state, and ZIP code | | | **7** Citizenship (see instructions) |
| WASHINGTON, DC 20500 | | | UNITED STATES |

**Part 1 - General Information**

| | | Yes | No |
|---|---|---|---|
| **8** If the donor died during the year, check here ▶ ☐ and enter date of death ▶ | | | |
| **9** If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| **10** Enter the total number of donees listed on Schedule A. Count each person only once. ▶  2 | | | |
| **11a** Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| **b** If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| **12** Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| **13** Name of consenting spouse  MICHELLE L. OBAMA | **14** | | |
| **15** Were you married to one another during the entire calendar year? (see instructions) | | X | |
| **16** If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| **17** Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | X |
| **18** Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

MLO

Consenting spouse's signature ▶ X *Michelle Obama*   Date ▶ 4-7-10

**Part 2 - Tax Computation**

| | | | |
|---|---|---|---|
| **1** Enter the amount from Schedule A, Part 4, line 11 | **1** | | 0. |
| **2** Enter the amount from Schedule B, line 3 | **2** | | 0. |
| **3** Total taxable gifts. Add lines 1 and 2 | **3** | | 0. |
| **4** Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | **4** | | 0. |
| **5** Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | **5** | | 0. |
| **6** Balance. Subtract line 5 from line 4 | **6** | | 0. |
| **7** Maximum unified credit (nonresident aliens, see instructions) | **7** | | 345,800. |
| **8** Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | **8** | | |
| **9** Balance. Subtract line 8 from line 7 | **9** | | 345,800. |
| **10** Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | **10** | | |
| **11** Balance. Subtract line 10 from line 9 | **11** | | 345,800. |
| **12** Unified credit. Enter the smaller of line 6 or line 11 | **12** | | 0. |
| **13** Credit for foreign gift taxes (see instructions) | **13** | | |
| **14** Total credits. Add lines 12 and 13 | **14** | | |
| **15** Balance. Subtract line 14 from line 6. Do not enter less than zero | **15** | | 0. |
| **16** Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | **16** | | |
| **17** Total tax. Add lines 15 and 16 | **17** | | 0. |
| **18** Gift and generation-skipping transfer taxes prepaid with extension of time to file | **18** | | |
| **19** If line 18 is less than line 17, enter balance due (see instructions) | **19** | | 0. |
| **20** If line 18 is greater than line 17, enter amount to be refunded | **20** | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

▶ X *[signature]*   Date  4/7/10

Signature of donor

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature | *[signature]* | Date 3/30/10 | Check if self-employed ☐ | Preparer's SSN or PTIN  P00570974 |
| Firm's name (or yours if self-employed), address, and ZIP code | WINEBERG SOLHEIM HOWELL & SHAIN, PC  180 N LASALLE ST, STE 2200  CHICAGO, IL 60601 | | EIN  36-2700600 | |
| | | | Phone no. 312-372-0440 | |

505501
12-15-09   LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

Self Check : Notice of Mismatch with Social Security Administration...        https:. selfcheck.uscis.gov SelfCheckUI ssaContact html



## Notice of Mismatch with Social Security Administration (SSA) Records

Print            \er en Español

### Bring this notice with you when you visit SSA.

> For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

▬▬▬▬▬
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice:

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ **SSA record does not verify, Other reason.** SSA found a discrepancy in the record.

**SSA unable to process data.** SSA found a discrepancy in other data in the record.

### Instructions

**attachment B**                8.17 2011 8:09 AM

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date ████████████ and SSN ████████████ This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____
         Linda  Jordan  4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____
               Seattle Washington                    King

Dated the _____ day of _____, _____
                           August           2011

Signature of the Notary _____

Date _____

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

DEPARTMENT OF HEALTH

151    61 10637

Female

Registered Maternity Home or Hospital    1961

Kapiolani Maternity ... Hospital    Honolulu, Oahu

... Kenya Africa ...

BARACK    HUSSEIN    OBAMA    Caucasian

42    Honolulu, California    Doctor    Private Practice

STANLEY    ANN    DUNHAM    Caucasian

18    Los Angeles, California    None

Stanley Ann Dunham

(Signature of Parent or Other Informant)

8/11/61

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE
ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE,
HAWAII STATE DEPARTMENT OF HEALTH.

DATE

Charles V. Bennell

CHARLES V. BENNETT
Registrar General

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|

FILE NUMBER 151

DEPARTMENT OF HEALTH 61 10641

| Child's First Name | Middle Name | Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| Sex | This Birth | If Twin or Triplet, Was Child Born | Birth | Year | Hour |
|---|---|---|---|---|---|
| Male | Single | 1st 2nd 3rd | | | 7:24 P.M. |

| Place of Birth | Island |
|---|---|
| Honolulu | Oahu |

Name of Hospital or Institution: Kapiolani Maternity & Gynecological Hospital

Place of Birth Inside City or Town Limits: Honolulu, Oahu

Usual Residence of Mother: Honolulu, Oahu, Honolulu, Hawaii

Street Address: 6085 Kalanianaole Highway

| Full Name of Father | | | Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| Age of Father | Birthplace | Usual Occupation | Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| Full Maiden Name of Mother | | | Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| Age of Mother | Birthplace | | |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

Signature of Parent: (Stanley) Ann Dunham Obama  Date: 8-7-61

Signature of Local Registrar: U K L Lee   Date: AUG -8 1961

**AFFIDAVIT**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
    http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

       1. Barack Obama's SSN ████████████
       2. Michelle Obama's SSN ████████████
       3. An initial MLO on the side of Form 709
       4. A 1/4 inch dark square with notation on it.
       5. Preparer's SSN or PIN P00570974
          EIN 36-2700600
          Phone no. 312/372-0440

8.  I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle
    Obama with her social security number revealed. The following information are revealed:

    1. Michelle Obama's SSN███████
    2. Barack Obama's SSN. ████████
    3. Preparer's SSN or PIN P00570974
       EIN 36-2700600
       Phone no. 312/372-0440

9.  It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or
    flatten the covering top layers before posting them on the Internet. I later noticed that after April
    15, 2010, the pdf file posted at the White House has been modified. The top layers on President
    Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His
    SSN and his wife's SSN were no longer visible.


FURTHER AFFIANT SAYETH NOT.


_____
FELICITO PAPA

DAHLIA LOUIE
MY COMMISSION # DD993755
EXPIRES June 06, 2014
(407) 308-0153    FloridaNotaryService.com


SUBSCRIBED TO AND SWORN TO before me on August 24, 2011.

_____
NOTARY PUBLIC

BARACK HUSSEIN OBAMA, II
Male ▉▉▉▉▉▉ 724 P
Honolulu Oahu
Kapiolani Maternity & Gynecological Hospital
Honolulu Oahu Honolulu, Hawaii
6085 Kalanianaole Highway
BARACK HUSSEIN OBAMA African
25 Kenya, East Africa Student University
STANLEY ANN DUNHAM Caucasian
18 Wichita, Kansas None

**These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.**

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

ccccceeeeeeeffgg

iiiiiiiiiiiiiiii

lllllllllnnnnn

nnnnnnnnnnnooooo

ooooooocpprrrr

ssssssttttttttt

uuuuuuuuuuuuww

yyyyy 11122,,,,,

Case 3:12-cv-00280-HTW-LRA   Document 6-5   Filed 04/27/12   Page 24 of 53

things were okay, Ruth, our new mother, was nice enough to us then. She treated us almost like her own children. Her parents were rich, I think, and they would send us beautiful presents from the States. I'd get really excited whenever a package came from them. But I remember sometimes Roy would refuse to take their gifts, even when they sent us sweets. I remember once he refused some chocolates they had sent, but later in the night when he thought I was asleep, I saw him taking some of the chocolates that I had left on our dresser. But I didn't say anything, because I think I knew that he was unhappy.

"Then things began to change. When Ruth gave birth to Mark and David, her attention shifted to them. The Old Man, he left the American company to work in the government, for the Ministry of Tourism. He may have had political ambitions, and at first he was doing well in the government. But by 1966 or 1967, the divisions in Kenya had become more serious. President Kenyatta was from the largest tribe, the Kikuyus. The Luos, the second largest tribe, began to complain that Kikuyus were getting all the best jobs. The government was full of intrigue. The vice-president, Odinga, was a Luo, and he said the government was becoming corrupt. That, instead of serving those who had fought for independence, Kenyan politicians had taken the place of the white colonials, buying up businesses and land that should be redistributed to the people. Odinga tried to start his own party, but was placed under house arrest as a Communist. Another popular Luo minister, Tom Mboya, was killed by a Kikuyu gunman. Luos began to protest in the streets, and the government police cracked down. People were killed. All this created more suspicion between the tribes.

"Most of the Old Man's friends just kept quiet, and learned to live with the situation. But the Old Man began to speak up. He would tell people that tribalism was going to ruin the country and that unqualified men were taking the best jobs. His friends tried to warn him about saying such things in public, but he didn't care. He always thought he

knew what was best, you see. When he was passed up for a promotion, he complained loudly, 'How can you be my senior,' he would say to one of the ministers, 'and yet I am teaching you how to do your job properly?' Word got back to Kenyatta that the Old Man was a troublemaker, and he was called in to see the president. According to the stories, Kenyatta said to the Old Man that, because he could not keep his mouth shut, he would not work again until he had no shoes on his feet.

"I don't know how much of these details are true. But I know that with the president as an enemy things became very bad for the Old Man. He was banished from the government—blacklisted. None of the ministries would give him work. When he went to foreign companies to look for a post, the companies were warned not to hire him. He began looking abroad and was hired to work for the African Development Bank in Addis Ababa, but before he could join them, the government revoked his passport, and he couldn't even leave Kenya.

"Finally, he had to accept a small job with the W_____. Even this was possible only because one of his friends felt sorry for him. The job kept food on the table, but it was a big fall for him. He began to drink heavily, and many of the people he knew stopped coming to visit because now it was dangerous to be seen with him. They told him that maybe if he apologized, changed his attitude, he would be all right. But he refused and continued to say whatever was on his mind.

"I understood most of this only when I was older. At the time, I just saw that life at home became very difficult. The Old Man never spoke to Roy or myself except to scold us. He would come home very late, drunk, and I could hear him shouting at Ruth, telling her to cook him food. Ruth became very bitter at how the Old Man had changed. Sometimes, when he wasn't home, she would tell Roy and myself that our father was crazy and that she pitied us for having such a father. I didn't blame her for this—I probably agreed. But I noticed that, even more than before, she treated us differently from her own two sons. She would

PENGAD-Bayonne, N. J.

EXHIBIT

2

1 OF 1

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA  92688**
**Ph 949-683-5411 F949-766-7603**
**Orly.Taitz@gmail.com**
**CA Bar License 223433**
**In propria Persona in MS**

**FIRST JUDICIAL DISTRICT**
**Circuit Clerk's Office**
**P.O. BOX 327**
**Jackson, MS 39205**
**Phone: (601) 968-6628**

DR. ORLY TAITZ, ESQ     ) PETITION FOR INJUNCTIVE
              ) RELIEF

V                 )
DEMOCRAT PARTY OF MISSISSIPPI,  )
SECRETARY OF STATE OF MISSISSIPPI )

Petitioner herein is inclosing $120 additional fee per letter from the clerk of the court
Petitioner is inclosing a check for $70 for the sheriff's department of Hinds county for service of
process of two defendants.  Petitioner is requesting the clerk of the court to issue summons and
forward the summons, cover sheet and the petition to the sheriff's department for service of
process.

Respectfully,

Orly Taitz ESQ

Law Offices of Orly Taitz, Esq.
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

Law Offices of Orly Taitz, Esq.
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

SANTA ANA CA 927

23 FEB 2012 PM 10 T

Barbara Dunn
Clerk of the Court
Hinds County First D
P.O. Box 327
Jackson, MS 39205

IN THE CIRCUIT COURT OF THE <u>FIRST</u> JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

<u>TAITZ ORLEY DR</u>                                    Plaintiff     DATE: <u>02-28-12</u>

VS.

<u>DEMOCRAT PARTY OF MISSISSIPPI ET AL</u>              Defendant    No. <u>251-12-000107-CIV</u>

## SUMMONS

TO THE SHERIFF OR ANY PERSON AUTHORIZED BY STATUTE:

You are hereby commanded to Summons:

<u>DEMOCRATIC PARTY OF MISSISSIPPI -----</u>

<u>SECRETARY OF STATE OF MISSISSIPPI -----</u>

## NOTICE TO DEFENDANT

THE <u>COMPLAINT</u> WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE
IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR
THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL
PROCEDURE WITHIN 30 DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**BARBARA DUNN**
Circuit Clerk
Hinds County, Mississippi
Post Office Box 327
Jackson, Mississippi 39205

<u>DR ORLY TAITZ</u>

ATTORNEY FOR   PLAINTIFF

<u>29839 SANTA MARGARITA PARKWAY, STE 100</u>          By _____ D.C

ADDRESS

<u>RANCHO SANTA MA CA  92688</u>

CITY, STATE, ZIP

<u>949-683-5411</u>

PHONE NUMBER                                  RETURN

CCKSUM3

**STATE OF MISSISSIPPI**



**JIM HOOD**
**ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION

February 29, 2012

Barbara Dunn, Clerk
Hinds County Circuit Court
Post Office Box 327
Jackson, Mississippi 39205

RE:   *Orly Taitz v. Democrat Party of Mississippi, Secretary of State of Mississippi*; **In the Circuit Court of Hinds County, Mississippi, First Judicial District; Civil Action No. 251-12-107CIV**

Dear Ms. Dunn:

Please find enclosed the original and one copy of Secretary of State Delbert Hosemann's Motion to Dismiss in the above-referenced cause. Please file the original and return the "filed" stamped copy to me in the self-addressed stamped envelope.

Your assistance in this matter is appreciated.

Sincerely,

Justin L. Matheny
Special Assistant Attorney General

JLM:fh

cc: Hon. R. Kenneth Coleman (via overnight mail)
   Orly Taitz (via overnight mail)
   Samuel L. Begley

CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DR. ORLY TAITZ, ESQ.                                                  PETITIONER

V.                                                    CIVIL ACTION NO. 251-12-107CIV

DEMOCRAT PARTY OF MISSISSIPPI;
SECRETARY OF STATE MISSISSIPPI                              RESPONDENTS

### The Mississippi Secretary of State's Motion to Dismiss

Mississippi Secretary of State Delbert Hosemann submits this motion to dismiss the petition filed in this cause pursuant Rules 12(b)(1), 12(b)(5), and 12(b)(6).

1.      Petitioner Orly Taitz is a nationally known figure whose notoriety is derived in part by her numerous unsuccessful lawsuits in which she as an attorney or party has alleged that Barack Obama is not eligible to hold the office of the President of the United States. While Taitz, a California resident, cannot vote in Mississippi's March 13 Democratic Party presidential primary, she nonetheless seeks a court order removing President Obama from the Mississippi Democratic Party's presidential primary ballot.

2.      As set forth in more detail in the accompanying memorandum, Taitz's legal action is fatally flawed for multiple reasons and should be dismissed.

3.      The petition is time barred pursuant to Code Section 23-15-961 because Taitz missed the deadline to file with the Circuit Court.

4.      The petition fails to state a claim for mandamus as the Secretary of State has no duty under state law to determine the qualifications of a presidential candidate in connection with a primary election ballot. The Secretary of State's duty and authority with respect to presidential primaries conducted by political parties is defined by statute. Relevant to the dispute regarding President Obama, Code Section 23-15-1089 requires that

> The Secretary of State shall place the name of a candidate upon the presidential preference primary ballot when the Secretary of State shall have determined that such a candidate is generally recognized throughout the United States or Mississippi as a candidate for the nomination of President of the United States.

Miss. Code Ann. § 23-15-1089. Code Section 23-15-1089 authorizes the Secretary of State to make one, and only one, determination about a presidential candidate: whether he or she is "generally recognized throughout the United States or Mississippi as a candidate for the nomination of President of the United States." If that person is generally recognized as a candidate, then the Secretary of State is required by law to place the name on the primary ballot. The statute does not authorize the Secretary of State to investigate whether a generally recognized candidate meets the qualifications established by federal law for the office. Section 23-15-1089 simply does not impose a "clear legal duty" on the Secretary of State to undertake such a review and, therefore, mandamus relief cannot be ordered.

5.     The petition fails to state a claim for any relief, including declaratory and injunctive relief, against the Secretary of State. Regardless of whether the relief sought against the Secretary of State is classified as declaratory, injunctive, or in the nature of a writ of mandamus, the petition should be dismissed for failure to state a claim. State law clearly mandates the Secretary of State to place on the primary ballot every person "generally recognized throughout the United States or Mississippi as a candidate for the nomination of President of the United States." Miss. Code Ann. § 23-15-1089. State law imposes no other qualification for placement on the ballot other than to be a generally recognized candidate for the office. Since the petition does not allege that President Obama is not generally recognized as a candidate for the nomination of President, the placement of President Obama's name on the ballot is

appropriate and required under state law. The petition seeking the removal of President Obama from the primary ballot fails to state a claim as a matter of law.

6.    Taitz lacks standing to pursue this action. Standing is a jurisdictional requirement necessary to invoke the authority of the judiciary. Taitz's lack of standing deprives this Court of jurisdiction.

7.    The petition and summons have not been properly served on the Office of the Attorney General as required by Rule 4(d)(5). *See* Affidavit of Diana Ware, Exhibit A.

FOR THESE REASONS, Mississippi Secretary of State Delbert Hosemann respectfully requests that the Court enter an order dismissing Petitioner Dr. Orly Taitz's Petition and assessing all costs of this action to Petitioner.

THIS the 29th day of February, 2012.

Respectfully submitted,

Delbert Hosemann, Mississippi
Secretary of State

BY:    Jim Hood, Attorney General
       State of Mississippi

BY:    _____
       Harold E. Pizzetta, III (Bar No. 99867)
       Justin L. Matheny (Bar No. 100754)
       Office of the Attorney General
       550 High Street, Suite 1200
       P.O. Box 220
       Jackson, MS 39205
       Telephone: (601) 359-3680
       Facsimile: (601) 359-2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following persons by US Mail, properly addressed and postage prepaid, and/or by other means where indicated:

Orly Taitz (via overnight mail)
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 287
Jackson, MS 39205

THIS the 29th day of February, 2012.

Justin L. Matheny

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

**DR. ORLY TAITZ, ESQ.**                                           **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 251-12-107CIV**

**DEMOCRAT PARTY OF MISSISSIPPI,**
**SECRETARY OF STATE OF MISSISSIPPI**                    **DEFENDANTS**

### AFFIDAVIT OF DIANA WARE

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Diana Ware, who after being duly sworn, deposes and says:

1. My name is Diana Ware. I am of legal age. I make this affidavit from personal knowledge and the statements contained herein are true to the best of my knowledge and ability.

2. I am a Special Projects Officer IV with the Civil Litigation Division of the Office of the Attorney General.

3. The Office of the Attorney General is served with a number of summons, complaints, subpoenas, and other legal pleadings on a daily basis. It is the practice of our office to immediately record receipt of all complaints and other pleadings in our service log. Furthermore, for civil matters like this case, a service of process control docket sheet is completed by me, indicating the style of the case, cause number, method of service, date of service, etc.

4. I have reviewed our records for the period February 14, 2012 through February 29, 2012, which includes a computerized docket search, as well as a search of the service log, regarding the



matter of *Dr. Orly Taitz, Esq. V. Democrat Party of Mississippi, Secretary of State of Mississippi,* Cause No. 251-12-107 CIV. I can find no record indicating that the Office of the Attorney General received service of process with regard to this case.

    5. Further the affiant saith not.

    I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing are true and correct.

_____
DIANA WARE

Signed and sworn to before me
this _____ day of February, 2012.

_____
Notary Public in and for the State of Mississippi

My Commission expires:

# MISSISSIPPI ATTORNEY GENERAL'S SUMMONS LOG

# 2012

**Mississippi Attorney General's Summon's Log**

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| James Rosor / sof | 2/13 | 2:05 | sof | G 2012-236 / 237-2014 / 238-5/2 |
| Katherine D. Bishop 662-563-9299 | 02/14 | 0900 | Robert Butler H.C.S.O. | S-07-12-279 Carl D. Smith vs Rebecca Russell + Ms Dept of Human Services |
| Jason E Tate 601-260-1445 | 02/14 | 0900 | Robert Butler H.C.S.O. | 2009-007 Jeffrey Irvin vs Tyrela Fazande |
| John J. Satcher 601-787-3434 | 02/14 | 0900 | Robert Butler H.C.S.O. | 2011-A135 Cedric Dewayne House vs James Cooley, Eric House, Ms Dept. of Health, Ms. Dept of Human Services |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | Runner Name | Case and Case # |
|---|---|---|---|---|
| | Date | Time | | |
| Taylor Law Firm 601-928-7272 | 02/14 | 0900 | Robert Butler H.C.S.O. | C1C001-2012-0229-2 John Boteler vs. Denis Carlson... |
| Sean A Southern 318-330-9020 | 02/14 | 0900 | Robert Butler H.C.S.O. | 12-0101GN-G Wells Fargo Bank, NA vs Marion Q. Wecasse Jr.... Ms. Dept. of Revenue |
| Lauren Sonnier 228-327-1424 | 02/14 | 0900 | Robert Butler H.C.S.O. | 2012-0152CB Brenda Marcombe vs Pamela Jean Lyon, American General Finance... Jim Hood |
| FELICIA PERKINS 601-862-6058 | 2/14 | 11:30 | LATOSYA KIDDER | CJ2010-135 ELLIOT BONSON V. Unconstitutional 2 Childsupport State of Mississippi |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | Case and Case # |
| --- | --- | --- | --- | --- |
| | Date | Time | Runner Name | |
| Patrick A. Sheehan | 2-14-12 | 11:35 | Gary Ware | 2:12-0246-CB |
| Jim R. Mozingo | 2-14-12 | 12:51 | Hunter Twiford IV | G 2012-174 a/3 |
| Cindy Craft Shapped & Massey, LLC | 2-14-12 | 2:05 | Cindy Craft | 2012-53 |
| Goldbus Williams & _____ | 2-14-12 | 3:10 | William _____ | 2012-422 |

Mississippi Attorney General's Summon's Log

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Giddens Gilless Linglyh 601-373-4647 | 2-14/12 | 3:40 | Willie Welch | Peggy J. Gilbert — A/K/A Gock 6-202-12=2/−7/−1 G-2012-224/-0/3 Hudspow Hoover 9ji |
| Rushing + Cruise PLLC. 228-374-2313 | 2/15 | 10:45 | Robert Butler H.C.S.O. | 2011-0109-M Gulf States Engineering vs Gill and Associates Land + Home vs G Gerald Cruthard |
| Richard M. Lingle PLLC 601-366-0454 | 2/15 | 10:45 | Robert Butler H.C.S.O. | 12-514 Muna Federal Credit Union vs State of Ms... Dept of Revenue |
| John D. Satcher 601-787-3434 | 2/15 | 10:45 | Robert Butler H.C.S.O. | 2012-A004 Jonathan M. Jones vs Chesslese Hartfield + Ms. Dept of Human Services |

Mississippi Attorney General's Summon's Log

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Phil Embry | 2/10/12 | 11:05 | Kelly Womack | Civil Action No. 12-02-047PL |
| Dennis Horn | 2/16/12 | 11:05 | Tommy Jackson | Civil Action No. 3:12-CV109HTG-LRA |
| Statewide Svc. of Proc. | 2/17 | 9:45 | Craig Wells | # 11-cv-2425 |
| William L. Griffin, Jr. 662.844.0900 | 02/17 | 10:00 | Robert Butler H.C.S.O. | CV06-0381-41-4 Marvin W. Stewart vs Jessica Stewart + DHS. |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | Case and Case # |
| | Date | Time | Runner Name | |
| --- | --- | --- | --- | --- |
| Shelton + Associates P.A.<br>407-842-5051 | 02/17 | 11:00 | Robert Butler<br>H.C.S.O. | 12-0011-M<br><br>Brandon Dougherty<br>vs<br>Dept. of Human Services |
| Morris and Associates<br>318-330-9020 | 02/17 | 11.00 | Robert Butler<br>H.C.S.O. | 2012-032(A)<br><br>Wells Fargo Bank<br>vs<br>Edward Inman, Ms. Dept<br>of Revenue |
| Courtney + Camp<br>601-948-2307 | 02/17 | 11.00 | Robert Butler<br>H.C.S.O. | 2011-0315<br><br>Ms. Dept. of Corrections<br>Writ of Garnishment |
| Courtney + Camp<br>601-948-2307 | 02/17 | 11:00 | Robert Butler<br>H.C.S.O. | D2461-11-1626<br><br>Ms. Dept. of Corrections<br>Writ of Garnishment |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | Case and Case # |
| | Date | Time | Runner Name | |
| Stephenson Law office 601-693-2246 | 2/17/12 | 11:35 am | Cody Hicks | CA-00-0448 |
| Tracee Darby 601 941 7738 | 2/17/12 | 12:35 pm | Gina Ousley | P2011-30-T/1 |
| ~~Carrie Regan~~ Nancy Ellen Eb | 2/17/12 | 2:55 | Carrie Regan | 1077512) 07-302(2) |
| M. Judic-55 Barnes | 2/17/12 | 7:15 | Jeff Moore | Jeffery Holman v/s State of Miss |

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| | | | | Mississippi Attorney General's Summon's Log |
| Amy Foster Ryan<br>601-888-9919 | 02/21 | 10:40 | Robert Butler<br>H.C.S.O. | 94-0120<br>Sidney McDonald<br>vs<br>Marcie Robertson & Ms. Dept. of Human Services |
| Aaron F. Daniel<br>731-642-7580 | 02/21 | 10:40 | Robert Butler<br>H.C.S.O. | 11,0071-C1<br>Ms. State University<br>vs<br>Ms. Dept. of Mental Health |
| Maxine Lawson - Conway<br>228-475-9444 | 02/21 | 10:40 | Robert Butler<br>H.C.S.O. | 94-1617JH<br>Alberta Jix<br>vs<br>Ms. Dept. of Human Services<br>& Joshua Jix |
| Josie Mayfield Hudson<br>601-638-2434 | 02/21 | 10:40 | Robert Butler<br>H.C.S.O. | G-95-1223 S/L<br>Walter Bernard Middlebrook<br>vs<br>Jessie Theresa Middlebrook<br>& Ms. Dept. of Human Services |

Mississippi Attorney General's Summon's Log

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Christopher E Kitchens 601-837-0099 | 02/21 | 1000 | Robert Butler H.C.S.D. | 97-0018-A Roy Len Kelly + Mary Sue Kelly vs Dept of Human Services |
| James L Gray 601-749-2700 | 02/21 | 1000 | Robert Butler H.C.S.D. | 12-0169-GJ-B Forrest Entrekin + Sarah Lynn Entrekin vs Havina Withnell Entrekin... Ms. Dept. of Human Services |
| Adams + Edens 601-825-9508 | 02/21 | 10:54 | Craig Upton SRA Investig Inc. | C0601-2012-0024-4 Citicorp Trust Bank, FSB vs. Clinton Lee Jacobs + Wendy Lynn Jacobs Dept of Revenue |
| Wiseman Bray PLLC 901-372-5003 | 02/21 | 10:54 | Craig Upton SRA Investig Inc | L12-060 Brittany Tolar vs. The University of MS |

Mississippi Attorney General's Summon's Log

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Trouts Vance attorney | 2/21/12 | 11:30 | Amber Askew | @ 2007-051 HS |
| Giddens Giddens & Welch | 2/21/12 | 12:20 | William Welch | 62012-282 |
| Estes & Estes | 2-21-12 | 12:20 | William Welch | C2301-12-0075 |
| Estes & Estes | 2-24-12 | 12:20 | William Welch | C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 |

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| | | Mississippi Attorney General's Summon's Log | | |
| Eskes + Eskes | 2-24-12 | 2:20 | William Webb | C-230172-0482 |
| Burns & Associates, PLLC. | 3/11/10 | 10:40 | Rebecca Harrington | 2012-1 |
| Adams + Edens | 2-22 | 9:50 am | Craig Upton | 11-03100-1 |
| Katherine D. Bishop 602-563-9299 | 02/22 | 1015 | Robert Butler H.C.S.O. | B-09-09-433 Tramaine F. Tate vs Teresa Collins + Ms. Dept. of Human Services |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | Case and Case # |
| | Date | Time | Runner Name | |
| Simpson Law Firm<br>601-957-6600 | 2/22 | 10:45 | Donnie<br>Greer | MS State Dept of Health<br>CO-2011-628 - JH |
| Sheehan Law Firm | 2/22 | 11:00 AM | GAP<br>(signature) | 12-00382 -(3) |
| Billie J. Graham<br>601-426-9900 | 2/23 | 11:20 | Robert Butler<br>H.C.S.D. | 2012-0160<br>Isabel Hernandez...<br>vs<br>Ms. State Dept of Health |
| Bryon Clark<br>601-845-0516 | 2/23 | 1:13 | Chip Taylor | 2012-0039 P1<br>Paternity of<br>Michael D Tony Jr |

Mississippi Attorney General's Summon's Log

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Paul E. Rogers | 2/29/10 2:00 | | Jeff Kelley | Nikita Bailes vs Aaron Newman CJ-2008.98.93 |
| John D. Satcher 601-787-3434 | 2/24 | 0925 | Robert Butler H.C.S.O. | 12-0102-GJ-W vs Kevin Allen Steele vs Sarah Smith + Ms. Dept of Health + Ms. Dept. of Human Service |
| Robert W. Camp 601-948-2307 | 2/24 | 0925 | Robert Butler H.C.S.O. | CV-2011-6025-SMT2 Writ of Garnishment Gladys M. Jenkins |
| John D. Satcher 601-787-3434 | 2/24 | 0925 | Robert Butler H.C.S.O. | 12-0102-GJ-W Kevin Allen Steele vs Sarah Smith + Ms. Dept of Health + Ms. Dept. of Human Services |

**Mississippi Attorney General's Summon's Log**

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| James B. Wright 228-875-2304 | 2/24 | 0925 | Robert Butler H.C.S.O. | 2011-2376-CB Larry Elliott vs Jackson County Mr. Jim Hood |
| North K. Clearyh PROCESS | 2/24 | 11:17 | Keith McClearyh | Shonry Jones vs McClain Richardson 8-2012-105 S/2 |
| McClearyh & Associates | 2/24 11:50 | | GMR McSharry | 12-0125-GN-6 |
| Wayne Dowdy 601-783-6600 | 2/27 | 11:00 | Robert Butler H.C.S.O. | 2012-120 John Joseph Leslet vs Atty General Jim Hood |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | |
| | Date | Time | Runner Name | Case and Case # |
| --- | --- | --- | --- | --- |
| Wayne Dowdy 601-783-6600 | 2/27 | 11:00 | Robert Butler H.C.S.O. | 2012-121 Percy Chester, Jr + Linda Chester vs Atty General Jim Hood |
| Meador + Crump 662-759-3541 | 2/27 | 11:00 | Robert Butler H.C.S.O. | 2012-0016 Willie Earl Thomas vs Bolivar County, Jim Hood |
| Rex F. Sanderson 662-466-4415 | 2/27 | 11:00 | Robert Butler H.C.S.O. | NJB CV2012-1021-Disc Viola Parson Cooper vs Ms. Dept. of Health |
| Christopher E Kitchens 662-837-0697 | 2/27 | 11:00 | Robert Butler H.C.S.O. | 2008-148-A Jimmy Lee Moss vs Mary Melissa Moss III + Ms. Dept. of Human Services |

**Mississippi Attorney General's Summon's Log**

| Organization or Law Firm | Date | Time | Runner Name | Case and Case # |
|---|---|---|---|---|
| Edwin L. Bean, Jr<br>601-684-7780 | 02/27 | 11:00 | Robert Butler<br>H.C.S.D. | 2010-0214<br>Megan Noell Jackson<br>vs<br>David John Herbert |
| Ellis Turnage<br>662-843-2811 | 02/27 | 11:00 | Robert Butler<br>H.C.S.D. | 2012-0005<br>Krystle Coleman<br>vs<br>Dr. Robert L. Robinson<br>(Ms. Division of Medicaid) |
| Paul Hastings | 2/27 | 2:00 | Dianne Sanders<br>Process Service | G2012-264 5/2<br>Wanda N. Crowe<br>vs |
| BoB DITTMANATER | 2/27/12 | 3:45 | BoB DITTMANATER | State of MS<br>Austria v. Bench Hall —<br>72,850<br>Carolyn Boyd-Nix v.<br>Shelly<br>72,751 |

| Organization or Law Firm | Mississippi Attorney General's Summon's Log | | | |
|---|---|---|---|---|
| | Date | Time | Runner Name | Case and Case # |
| Garnishment | 02/28 | 0955 | Robert Butler H.C.S.O. | 251-12-147CIV Writ of Garnishment |
| Lindon C. Kilpatrick 662-890-9426 | 02/28 | 0955 | Robert Butler H.C.S.O. | 12-CV-387 James Tate vs Patricia O'Quinn |
| Law Office of C. Gaines Baker 662-563-9385 | 02/28 | 0955 | Robert Butler H.C.S.O. | SI2-02-43(WC) Brantley O'Ryan Salter vs Ms. Dept. of Vital Statistics |
| | | | | |



DELBERT HOSEMANN
*Secretary of State*

| News |
|---|
| Press Releases |
| Regulation & Enforcement News |

Font Size: A A A | Text only

Search [          ] GO

| |
|---|
| Home |
| About Us |
| North Mississippi Offices |
| MS Gulf Coast Office |
| Mississippi Blue Book |
| Employment Opportunities |
| Recommended Links |
| Request For Speaker |
| Site Map |
| Contact Us |

**News | Press Releases**

Back to Previous Page

**FOR IMMEDIATE RELEASE:** December 15, 2011

**CONTACT:** Pamela Weaver, (601) 270-4100

**Presidential Preference Primary**

Jackson, MS—State law says, "The Secretary of State shall place the name of a candidate upon the presidential preference primary ballot when the Secretary of State shall have determined that such a candidate is generally recognized throughout the United States or Mississippi as a candidate for the nomination of President of the United States.  On or before December 15 immediately preceding a presidential preference primary election the Secretary of State shall publically announce and distribute to the news media for publication a list of the candidates he intends to place on the ballot at the following presidential preference primary election…"  (Miss. Ann Code §23-15-1089)

"I encourage all Mississippians to review the qualifications of each of the candidates listed in the Presidential Preference Primary prior to the Election, which will be held March 13, 2012," says Secretary of State Delbert Hosemann.  "This list gives the voter ample time to review the candidate's qualifications prior to casting their ballot."

The following is a list of generally recognized Democratic Candidates:

Barack Obama

The following is a list of generally recognized Republican Candidates:

Michele Bachmann

Newt Gingrich

John Huntsman

Gary Johnson

Ron Paul

Rick Perry

Mitt Romney

Rick Santorum

© 2009. All rights reserved.



EXHIBIT
B