FILED

MAR 7 2012

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

IN THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

DR. ORLY TAITZ, ESQ                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 251-12-107 CIV

DEMOCRAT PARTY OF MISSISSIPPI,                              DEFENDANTS
SECRETARY OF STATE OF MISSISSIPPI

## MOTION TO DISMISS PLAINTIFF'S PETITION FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR SANCTIONS

COMES NOW the Mississippi Democratic Party Executive Committee answering for the

Defendant, Democrat (sic) Party of Mississippi, and hereby moves to dismiss the Plaintiff's

Petition for Declaratory and Injunctive Relief and, further, to seek sanctions as follows:

### The Plaintiff's Lawsuit

1. The Plaintiff seeks to have this Honorable Court declare that Barack Hussein Obama is "not

constitutionally eligible for the position of U.S. President."   Plaintiff's allegation is that President

Obama is not a "natural born citizen" of the United States, as required by Article II, Section I of the

United States Constitution.   The Plaintiff further seeks "injunctive relief preventing the Democrat

(sic) Party of Mississippi and the Secretary of State of Mississippi from certifying Obama as a

candidate on the ballot."   Additionally, the Plaintiff seeks "injunctive relief from counting any

and all votes for candidate Obama in the Primary or General Presidential Election."   As will be

discussed below, the Plaintiff's allegations are absolutely ridiculous.   The President was born in

the State of Hawaii and thus is a natural born citizen of the United States.

1

## Argument: The Plaintiff Lacks Standing

2.  This action should be dismissed because the Plaintiff is a resident of the State of California and, likewise, is not a qualified elector of the State of Mississippi, and therefore lacks standing to bring this action in the Circuit Court of Hinds County.  *See Hall v. City of Ridgeland,* 37 So.3d 25, 33, ¶24, fn. 6 (Miss. 2010) (Standing to sue exists if a party asserts "a colorable interest in the subject matter of the litigation or experiences an adverse effect from the conduct of the defendant as otherwise authorized by law."); *Roe v. Town of New Fairfield,* 2012 WL 447561 (January 17, 2012) (Conn. Super.) ("To have standing as an elector, the plaintiff's right to vote must be implicated."); *Alliance Marana v. Groseclose,* 955 P.2d 43, 45 (Ariz. 1998) (Non-resident lacks standing to file Writ of Mandamus regarding local referendum); *United States v. Hays,* 515 U.S. 737, 745, 115 S.Ct. 2431 (1995) (As a matter of standing, Plaintiffs stating race-based equal protection challenges to redistricting must be voters who actually reside in the districts they are challenging).

3.  Moreover, the Plaintiff is no different than any other citizen or voter of the United States and thus has suffered no discrete injury required to satisfy standing.  *See Hollander v. McCain,* 566 F.Supp.2d 63, 68 (D.N.H. 2008) (Voter lacked standing to challenge constitutional qualifications of presidential nominee in that he suffered no cognizable injury and was not prevented from voting for someone else); *Drake v. Obama,* 664 F.3d 774, 780-781 (9th Cir. Dec. 22, 2011) (Former and active military personnel did not have standing to argue that President Obama is constitutionally ineligible to be President of the United States as they did not show concrete injury); *Berg v. Obama,* 574 F.Supp.2d 509 (E.D. Penn. 2008), aff'd, 586 F.3d 234, 239 (Plaintiff voter's stake no greater than any other voter and thus suffered no injury in fact.)

2

**Argument: Barack Hussein Obama is a Natural Born Citizen of the United States**

4.  Persons born within the borders of the United States are "natural born Citizens" for Article II,

Section I purposes regardless of the citizenship of their parents.   *Ankeny v. Governor of Indiana*

916 N.E.2d 678, 688 (Ind. App. 2009).   Various lawsuits have been filed against the President,

ever since Mr. Obama sought the Presidency four years ago (see cases at:

http://en.wikipedia.org/wiki/Barack_Obama_presidential_eligibility_litigation).[1]   On April 27,

---

1. See, Federal cases: Tisdale v. Obama, No. 3: 12-cv-00036-JAG (E.D. Va. Jan. 23, 2012); Allen v. Soetoro, 4:09-cv-00373, 2011 WL 2130589, (D. Ariz. May, 2010); American Grand Jury, 3:09mc00215; American Grand Jury, (Rejected); Barnett Keyes et al v. Obama et al, 8:09-cv-00082, 2009 WL 3861788, (C.D. Cal. Oct. 29, 2009); Berg v. Obama et al, 574 F.Supp.2d 509 (E.D.Pa. 2008);  Berg v. Obama, 656 F. Supp.2d. 107 (D.D.C. Cir. 2009); Beverly v. Federal Elections Commission, 1:08cv01933;  Bowhall v. Obama, 2:10cv00609, 2010 WL 4932747, (M.D. Ala. November 30, 2010); The Church of Jesus Christ Christian/Aryan Nations of Missouri et al v. Obama et al, 6:08cv03405, 2011 WL 4916569 (W.D. MO. Oct. 17, 2011); Cohen v. Obama, 1:08cv02150, 2008 WL 5191864 (D.C. Dec. 11, 2008); Connerat v. Obama, 8:11-cv-01359; Cook v. Good et al, 4:2009cv00082, 2009 WL 2163535, (M.D. Ga. July 16, 2008); Cook v. Simtech, et al, 8:2009cv01382; Craig v. U.S., 5:09-cv-00343;  Dawson v. Obama, 2:08cv02754, 2009 WL 532617 (E.D. Cal. March 2, 2009); Ealey v. Sarah Obama, 4:08-mc-00504; Easterling v. Obama, not docketed; Essek v. Obama, 08-379-GFVT; Hamblin v. Obama, 2:09cv00410, 2009 WL 2513986 (D. Ariz. Aug. 14, 2009); Hamrick v. Fukino, 1:08-cv-00544, 2009 WL 1404535 (Haw. May 20, 2009); Herbert v. Obama & US, 3:08-cv-01164-HES-TEM; Herbert v. US, John Roberts et al, 3:08-cv-00634-TJC-MCR; Herbert v. US, Obama, John Roberts, 3:08cv01201, 2009 WL 129585, (S.D.Cal. Jan. 15, 2009); Hollander v. McCain, 566 F. Supp.2d 63 (D.N.H. 2008); Hollister v. Soetoro, 601 F. Supp.2d 179 (D.D.C. Cir. 2009); Hunter v. U.S. Supreme Court, et al, 2:08cv00232, 2009 WL 111683, (N.D.Tex. Jan. 16, 2009); Jones v. Obama, 2:10-cv-01075; Judy v. McCain, 2:08cv01162; Kerchner et al, v. Obama et al, 612 F.3d 204 (D.N.J. 2010); Liberty Legal Foundation v. DNC, CH-11-1757; Mackay v. Obama, 2:11-cv-05458-JP; McLanahan v. Obama, 2:11-cv-00374-EFS; Morrow v. Barak Humane Obama, 1:08-cv-22345; Neely v. Obama, 2:08-cv-15243; Patriot's Heart Network v. Soetoro, 1:09-mc-00442-RCL; In Re Paul Andrew Mitchell, 2:08-cv-04083, 2008 WL 5381436 (3rd Cir. Dec. 22, 2008); Purpura v. Sebelius, 3:10-cv-04814, 2011 WL 1547768, (N.J. Apr. 21, 2011); Rhodes v. Gates, 5:09-cv-00703-XR; Rhodes v. MacDonald, 670 F. Supp.2d 1363 (M.D. Ga. 2009); Robinson v. Bowen, 567 F.Supp.2d 1144 (N.D.Cal. 2008); Roy v. Fed. Election, 2:08cv01519, 2008 WL 4921263, (W.D. Wa. Nov. 14, 2008); Stamper v. US, 2008 WL 4838073; Strunk v. NY State Board of Elections, 1:08cv04289; Strunk v. U.S. Dept. of State, 693 F.Supp.2d 112 (D.C. Cir. 2010); Super American Grand Jury, 1:09-mc-00346-RCL; Taitz v. Obama, 707 F.Supp.2d 1 (D.D.C. Cir. 2010); Taitz v. Astrue, 1:11-cv-00402, 2011 WL 3805741, (D.C. Aug. 30, 2011); Taitz v. Astrue, 1:11-mc-00158; Taitz v. Ruemmier, 1:11-cv-01421; Thomas v. Hosemann, 1:08mc00280; Thomas v. Hosemann, 2:08-cv-00241-KS-MTP. State cases: Ankeny v. Daniels, 916 N.E.2d 678 (Ind. Ct. App. 2009); Brockhausen v. Andrade, No. 08-1001-C365; Broe v. Reed, 82473-8; Connerat v. Browning, 999 So. 2d 644 (Fla. Dist. Ct. App. 2008); Connerat v. Obama, No. 09003103SC; Connerat v. Obama, No. 09005522SC; Constitution Party v. Lingle, No. 29743, 2008 WL 5125984 (Haw. Dec. 5, 2008); Corbett v. Bowen, No. 2009cv01382; Craig v. Oklahoma, MA-109808; Donofrio v. Wells, No. AN-1053-08T2 (NJ. Nov. 03, 2008);  Fitzpatrick v. Obama, no docket number; Greenberg v. Brunner, No. 2008cv1024; In re John McCain's Ineligibility to be on Presidential Primary Ballot in Pa, 944 A.2d 75 (Pa. 2008); Justice v. Fuddy, 253 P.3d 665 (Haw. 2011); Keyes v. Bowen, 189 Cal. App. 4th. 647 (Cal. Ct. App. 2010); US v. LTC Terrence L. Lakin, MCAT-JA-SC; Liberty Legal Foundation v. DNC, CH-11-1757; Lightfoot v. Bowen, No. 168690;  Marquis v. Reed, No. 08-2-34955-1; Martin v. Lingle, No. 29414, 2008 WL 4684786, (Haw. Oct. 22, 2008); Martin v. Lingle, No. ICC08-1-002147, 2009 WL 2372096, (Haw. Aug. 3, 2009); Martin v. Bennett, No. 1CC10-1-000969; Meroni et al v. McHenry County Grand Jury Foreman et al, No. 09mr399;

2011 the White House released a copy of the President's long form birth certificate (see:

http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate)

establishing his birth in the State of Hawaii.   Accordingly, President Obama, as evidenced by his

Hawaii birth certificate, is a natural born citizen of the United States and thus qualified to be

President.

#### Argument: Neither the Mississippi Secretary of State Nor the Democratic Party Have Any Statutory Duty to Determine Candidate Qualifications

5. Under *Miss. Code Ann.* §23-15-1089, complete responsibility for placing presidential candidates

on the ballot for presidential preference primaries is vested in the Secretary of State.   The

Secretary of State is required by law to place each "generally recognized" candidate on the

presidential primary ballot.   Section 23-15-1089 does not authorize the Secretary of State to

review whether a generally recognized candidate meets the federal law specifications to be

president.   Section 23-15-1089 provides no authority for the Secretary of State to refuse to place

on the ballot a generally recognized presidential candidate.

6. In *Keyes v. Bowen*, 189 Cal.App.4th 647, 117 Cal.Rptr.3d 207 (Cal. App. 3 Dist. 2010) the court

considered a statute nearly identical to Section 23-15-809 and affirmed the dismissal of a

mandamus action against the California Secretary of State seeking to remove Barack Obama from

the primary ballot.   The California statute required a candidate's name to be placed on the

presidential primary ballot if it was determined that the candidate is "generally advocated for or

recognized throughout the United States or California as actively seeking the nomination of the

---

Neal v. Brunner, No. 2008cv72726; Patriot's Heart Media Network v. Illinois Board of Elections, No. 10H000605; Schneller v. Cortes, 199 MM 2008;  Sorsensen v. Riley, cv-2008-1906; Spuck v. Sec. of State, 2008 cv1116; Stampo v. Granholm, 09-140-MM; Stunk v. Patterson, 029641/2008; Strunk v. Patterson, 029642/2008; Strunk v. NY State Board of Elections, 006500/2011; Sullivan v. Sec. of State, 08cv1076; Sullivan v. Marshall, 08cvs-021393; Taitz v. Fuddy, 1cc11-1-001731; Terry v. Handel, 08cv158774S; Wrotnowski v. Bysiewicz, SC 18264.

Democratic Party for President of the United States..." *Id.* at 658.   The Court found that the California statute did not impose any duty on the Secretary of State to determine whether a presidential candidate meets the eligibility criteria of a citizen under the United States Constitution.   Accordingly, using the reasoning in *Keyes v. Bowen*, the instant lawsuit brought by the Plaintiff against the Mississippi Secretary of State must be dismissed because the Secretary of State had no duty to determine whether a candidate is qualified to be president before placing him on the party primary ballot.

### Argument: State Courts Have No Jurisdiction Over the Qualifications of Candidates for President of the United States

7.   State courts do not have jurisdiction over the subject of a candidate's eligibility under the U.S. Constitution for the office of President of the United States.   As the *Keyes v. Bowen* decision noted, "the presidential nominating process is not subject to each of the fifty States' election officials independently deciding whether a presidential nominee is qualified, as this could lead to chaotic results." 189 Cal.App.4th at 660.   Rather, federal law sets forth exclusive procedure by which objections to the qualifications of a presidential candidate may be registered and resolved. "Mechanisms exist under the Twelfth Amendment and 3 U.S.C. §15 for any challenge to any candidate to be ventilated when electoral votes are counted, and the Twentieth Amendment provides guidance regarding how to proceed if a president elect shall have failed to qualify. Issues regarding qualifications for president are quintessentially suited to the foregoing process." 189 Cal.App.4th at 661.   Therefore, any challenge to President Obama's eligibility to run as a candidates is committed under the United States Constitution to the electors and the legislative branch, at least in the first instance—not to the Mississippi Secretary of State, the Mississippi Democratic Party, or this Court.   See, *Robinson v. Bowen*, 567 F.Supp.2d 1144, 1147 (N.D. Cal.

2008).

### Argument: The Petition is Time Barred Under *Miss. Code Ann.* §23-15-961

8. The Plaintiff is required to file a petition for judicial review challenging the candidate's qualifications no later than fifteen days after the date the contest petition was originally filed with the appropriate party executive committee.   According to the Plaintiff's lawsuit, she filed her petition on January 8, 2012 with the Democratic Executive Committee.   Section 23-15-961 states that the challenge must be filed with the executive committee within ten days after the qualifying deadline.   The qualifying deadline for presidential preference primaries was January 14, 2012. The Democratic Committee must rule on the challenge within ten days of receiving the petition. Assuming that the Plaintiff filed her petition on January 8, 2012, the petition would need to be ruled on by the Committee by January 18, 2012.   If it is not ruled on by the Executive Committee, which is the case here, the Plaintiff has fifteen days to file a petition for judicial review with the Circuit Court.   However, the Plaintiff did not file her judicial petition until February 14, 2012, far outside of the fifteen day window, thus making her petition time barred and requiring dismissal. *Gourlay v. Williams*, 874 So.2d 987, 988 (Miss. 2004).

### Argument: The Court Should Assess Sanctions Against the Plaintiff Under the Mississippi Litigation Accountability Act

9. The Defendant seeks sanctions in the form of the imposition of attorney's fees and costs pursuant to the Mississippi Litigation Accountability Act, *Miss. Code Ann.* §11-55-5 and Rule 11 of the *Mississippi Rules of Civil Procedure* for bringing this frivolous action.   Although the Plaintiff did bring her action *pro se*, she also is a practicing attorney and a member of the California Bar.   She has been prolific in bringing lawsuits, and there is even a Wikipedia page devoted to her court crusade.   http://en.wikipedia.org/wiki/Orly_Taitz.   Additionally, she has developed an extensive

webpage at www.orlytaitzesq.com which discusses her extensive litigation activity on the "birther" issue.   The Plaintiff was also sanctioned for bringing a frivolous action as discussed in *Rhodes v. McDonald*, 670 F.Supp.2d 1373 (M.D.Ga. 2009).   Clearly, this suit is frivolous and sanctions should be imposed.

### Prayer For Relief

WHERFORE, PREMISES CONSIDERED, the Defendant prays that this Court will enter an Order and Judgment dismissing the Plaintiff's Petition with prejudice and shall likewise assess the Plaintiff with all costs and reasonable attorney's fees for bringing this frivolous action.

Respectfully submitted,

**THE MISSISSIPPI DEMOCRATIC
EXECUTIVE COMMITTEE, RESPONDENT**

By: _____
      Samuel L. Begley (MSB No. 2315)

BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)

7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via email, telefax or U.S. mail on the following:

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

This the ⎵ day of March, 2012.


SAMUEL L. BEGLEY

## *BEGLEY LAW FIRM,* PLLC
*Post Office Box 287*
*Jackson, Mississippi 39205*

*Samuel L. Begley*
*sbegley1@bellsouth.net*

*Telephone*
*(601)969-5545*

*Facsimile*
*(601)969-5547*

March 6, 2012

### Via U.S. Mail

The Honorable Barbara Dunn
Hinds County Circuit Clerk
P.O. Box 327
Jackson, MS 39205
601-968-6628 (office)

RE:     *Dr. Orly Taitz, Esq. v. Democrat* (sic) *Party of Mississippi, Secretary of State of Mississippi,* Civil Action No. 251-12-107 CIV

Dear Ms. Dunn:

I am enclosing for filing and docketing with your office one original and one copy of the Defendant Democratic Party of Mississippi's Motion to Dismiss Plaintiff's Petition for Declaratory and Injunctive Relief and for Sanctions in the above captioned matter.  Please stamp "filed" on the copy and return it in the self-addressed stamped envelope enclosed.

Thank you for your assistances in this matter.

Sincerely,

BEGLEY LAW FIRM, PLLC

By: _____
Samuel L. Begley MSB#2315

cc:     The Honorable R. Kenneth Coleman
Orly Taitz, Esq.
Harold Pizzetta, Esq.

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA  92688**
**Ph 949-683-5411 F949-766-7603**
**Orly.Taitz@gmail.com**
**CA Bar License 223433**
**In propria Persona in MS**

*[handwritten note:] Copy of Complaint must accompany Process — fee for copying Complaint is $.288 a piece — Need Address for Democratic Party — Sheriff cannot serve PO Box — please advise*

**FIRST JUDICIAL DISTRICT**
**Circuit Clerk's Office**
**P.O. BOX 327**
**Jackson, MS 39205**
**Phone: (601) 968-6628**

| | |
|---|---|
| DR. ORLY TAITZ, ESQ | ) PETITION FOR INJUNCTIVE |
| | ) RELIEF |
| V | ) |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) |
| SECRETARY OF STATE OF MISSISSIPPI | ) |

Petitioner herein is inclosing $120 additional fee per letter from the clerk of the court
Petitioner is inclosing a check for $70 for the sheriff's department of Hinds county for service of
process of two defendants.  Petitioner is requesting the clerk of the court to issue summons and
forward the summons, cover sheet and the petition to the sheriff's department for service of
process.

Respectfully,

Orly Taitz ESQ

**Dr. Orly Taitz, ESQ.**

**29839 Santa Margarita Parkway, Ste. 100**

**Rancho Santa Margarita, CA  92688**

**Ph 949-683-5411 F949-766-7603**

**Orly.Taitz@gmail.com**

**CA Bar License 223433**

**In propria Persona in MS**

### FIRST JUDICIAL DISTRICT

#### Circuit Clerk's Office

#### P.O. BOX 327

#### Jackson, MS 39205

#### Phone: (601) 968-6628

|  |  |
|---|---|
|  | ) PETITION FOR INJUNCTIVE |
| DR. ORLY TAITZ, ESQ | ) RELIEF |
| V | ) PETITION FOR |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) DECLARATORY  RELIEF |
| SECRETARY OF STATE OF MISSISSIPPI | ) CASE # 251-12-107civ |

## ATTENTION CLERK OF THE COURT

Please, find 2 checks for $288.00 each as quoted for copying of the complaint and a check for $70.00 for the Sheriff's department for service of process.

Please, serve the complaint and summons on the Secretary of State and on the Executive commission of the Democrat party, which is represented by

Samuel L. Begley

854 N Jefferson str.

Jackson, MS 39202

Please, serve the Executive Committee of the Democrat Party at the above address.

Additionally, please find the opposition to Respondent's motion to dismiss, which is included herein.

Sincerely,

Dr. Orly Taitz, ESQ



Dr. Orly Taitz, ESQ.

29839 Santa Margarita Parkway, Ste. 100

Rancho Santa Margarita, CA 92688

Ph 949-683-5411 F949-766-7603

Orly.Taitz@gmail.com

CA Bar License 223433

In propria Persona in MS

**FIRST JUDICIAL DISTRICT**

**Circuit Clerk's Office**

**P.O. BOX 327**

**Jackson, MS 39205**

**Phone: (601) 968-6628**

| | |
|---|---|
| | ) PETITION FOR INJUNCTIVE |
| DR. ORLY TAITZ, ESQ | ) RELIEF |
| V | ) PETITION FOR |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) DECLARATORY RELIEF |
| SECRETARY OF STATE OF MISSISSIPPI | ) CASE # 251-12-107civ |

**OPPOSITION TO MOTION TO DISMISS**

**MOTION FOR SUMMARY JUDGMENT IN FAVOR OF THE PETITIONER AGAINST RESPONDENT SECRETARY OF STATE**

**MOTION TO RECUSE OFFICE OF THE ATTORNEY GENERAL FROM REPRESENTATION OF THE SECRETARY OF STATE**

Petitioner herein moves this honorable court to Deny Respondent's motion to dismiss, as frivolous, irrelevant, impertinent, non-responsive to the complaint, grant Petitioner's motion to recuse the Attorney General from Representing Secretary of State of Mississippi due to conflict of interest and grant the Petitioner's motion for summary judgment against the Respondent Secretary of State of Mississippi, as both causes of action by the petitioner were unopposed.

## SUMMARY OF THE FACTS

## HISTORY OF THE CASE

Petitioner filed a petition for Declaratory relief and for injunctive relief seeking a declaration by this court that candidate Barack Hussein Obama (Hereinafter "Obama") is not eligible for the US Presidency and an injunction, preventing the secretary of State of Mississippi from placing on the ballot the name of Obama for a number of reasons:

   a. Barack Obama is using a computer generated forgery instead of a valid birth certificate as basis for his natural born citizen status

   b. Barack Obama is using a stolen Connecticut Social Security number, which was issued in 1977 to a resident of the state of Connecticut, who was born in 1890.

c. Barack Obama's legal name as listed in his school registration in Indonesia is Soetoro, which is his step father's last name. In his mother's passport records he is listed under the last name Soebarkah, which appears to be blending of Barack and Soetoro according to South-East Asian tradition. Obama cannot be on the ballot, as Obama is not his legal last name and there is no evidence of him being a natural born US citizen.

d. On March 1, 2012, sheriff of Maricopa county Joe Arpaio held a press conference, where he announced results of six month investigation, where he confirmed results obtained by Taitz and her experts. Arpaio announced Obama's alleged copy of his birth certificate to be a computer generated forgery. Additionally, Arpaio confirmed 2009 report by Taitz, that Obama's selective service certificate is forged as well. One has to have a valid registration with the selective service in order to serve in the federal government.  Arpaio also reported that US entry Immigration information for August 1-August 7 1961 are missing, which serves as additional circumstantial evidence of a cover up of evidence of the international travel of Stanley Ann Dunham, Obama's mother.

e. Evidence shows that Barack Obama is residing in the White House and attempting to get on the ballot yet again by virtue fraud and of use of forged

documents. He is being aided and abetted by a number of corrupt

bureaucrats and judges.

f.  Actual witness testimony in relation to Barack Obama's eligibility January

26, 2012 trial in Atlanta Georgia and March 1, 2012 press conference by

sheriff Arpaio is included in links below.

January 26, 2012 Georgia trial of Barack Obama-lack of eligibility

Part 3

http://www.youtube.com/watch?v=XvIHMZmlwAg&feature=BFa&list=PL54FAA29E29AD9139&lf=plpp_video

Part 4

http://www.youtube.com/watch?v=n-CzIpm5vWQ&feature=BFa&list=PL54FAA29E29AD9139&lf=plpp_video

Part 5

http://www.youtube.com/watch?v=k-o2M4Pszv4&feature=related

Part 6

http://www.youtube.com/watch?v=W2OrGv7zKTM&feature=BFa&list=PL54FAA29E29AD9139&lf=plpp_video

Part 7

http://www.youtube.com/watch?v=FBKDI6T4V7w&feature=related

Orly Taitz providing evidence to Sheriff Arpaio

http://www.youtube.com/watch?v=79rKCT1EbpE&list=PL54FAA29E29AD9139&index=3&feature=plpp_video

all the parts to Sheriff Joe Arpaio's expose of evidence.

Pt 1

http://www.youtube.com/watch?feature=player_embedded&v=QOqkFar5QMI

Pt 2
http://www.youtube.com/watch?v=blh0ImX9jo4&feature=youtu.be

Pt 3
http://www.youtube.com/watch?v=pu3XpWh4HRM&feature=youtu.be

Pt 4
http://www.youtube.com/watch?v=C-5_AWIYJUs&feature=youtu.be

Pt 5
http://www.youtube.com/watch?v=diYEOBERyZq&feature=youtu.be

Pt 6
http://www.youtube.com/watch?v=Q_EGEIqY6S0&feature=youtu.be

http://nation.foxnews.com/sheriff-joe-arpaio/2012/03/01/sheriff-joe-arpaio-obama-birth-certificate-forgery

Approv

On March 1, 2012 Attorney General of Mississippi filed a motion to dismiss

current action.

## ARGUMENT

Motion to dismiss does not oppose the cause of action for Declaratory Relief.

Indeed, a Circuit Judge has jurisdiction to review evidence and issue Declaratory

judgment as to whether a candidate running for office is eligible or not and

whether he is committing elections fraud. As the respondent Secretary of State did

not oppose the motion for Declaratory relief, the Petitioner moves the court to

grant the motion for declaratory relief against respondent Secretary of State.

Motion to dismiss does not oppose the cause of action for Injunction. Circuit court judge is indeed free to issue an injunction to placing a candidate on the ballot, when the candidate is not eligible. As the Respondent Secretary of state does not oppose the cause of action for Injunction, it should be granted.

Respondent made up a cause of action, which the Petitioner never filed, specifically a cause of action for a Writ of Mandamus and argued that it should be denied and the Petition needs to b e dismissed.

A respondent cannot make up a cause of action, which is not a part of the complaint and argue that the complaint should be dismissed because this made up cause of action fails.

Regardless of whether this made up cause of action for a Writ of Mandamus stands or fails, this is not a cause of action, which was filed by the Petitioner.

Though the Petitioner is not obligated to disprove or oppose a cause of action, which is not a part of her complaint, in abundance of caution Petitioner will address it.

The essence of this Motion to Dismiss, is that the Secretary of State has no duty to verify an investigate the eligibility of the candidates, there is no specific provision in MS law, that states that a candidate, who is known to be a fraud and who is using a forged birth certificate and other forged identification papers, needs to be

removed from the ballot. As such, as the Secretary of State does not have to do it, any fraud, any criminal can be on the ballot in MS.

1. The fallacy of this premise is precisely in that the Petitioner did not file a Writ of Mandamus and is not asking the Secretary of State to do anything. She is asking the court to review the evidence and come up with the Declaratory finding, as to whether the candidate is eligible and if he is indeed using forged identification papers, to issue an injunction preventing him from being on the ballot.

2. Injunctions are common. This injunction is not any different from other injunctions, that are issued by Circuit Court judges. We see injunctions preventing abusive spouses from being in contact with their families. We see injunctions preventing drunk drivers from holding diving licenses and endangering the public. If a judge finds a doctor using a forged medical diploma, he would issue an injunction, preventing such "doctor" from practicing medicine and potentially hurting patients. If an architect is using a forged diploma, a Circuit judge might issue an injunction, preventing such "architect" from  holding a license and potentially hurting people. When a fraud and a usurper is using a stolen Social Security number and a forged birth certificate in order to get into the position of the US president, he can cause an enormous damage to the country as a whole. We really don't know,

who is this man and where does his allegiance lie. Here are but a few

possible repercussions on the U.S. national security and U.S. economy of

usurpation:

a. Recently Barack Obama proposed a unilateral disarmament of the United

States, whereby up to 80% of the U.S. nuclear arsenal would be destroyed.

This means, that current U.S. arsenal of some 1550 nuclear war heads will

be reduced to some 300 -400 warheads, significantly less, than Russia's

arsenal and even less than the arsenal of the red China.

b. Obama imposed an moratorium on offshore oil drilling, which killed some

80,000 jobs in the gulf of Mexico. When an **injunction to moratorium** was

issued by a federal judge Martin Feldman in LA, Obama went around the

Federal Judge and continued with the de facto moratorium. At the same time

he traveled to Brazil, where his biggest benefactor, George Soros, is heavily

invested in off shore drilling through Petrobras, and announced that the U.S.

will be the biggest buyer of Brazilian oil. These and other schemes led to

doubling of oil prices in the US and American citizens are currently paying

some $5 per gallon.

c. Obama incurred over 6 trillion dollars of national debt, which nearly equals

to the National debt incurred by 43 Presidents before him.

3. These and many other examples highlight an enormous danger to the U.S. national security and economy, when a usurper with unknown allegiance is allowed to occupy the White House by virtue of fraud and forgery.

4. Further, the motion by the office of the AG is so utterly ridiculous, that one can easily highlight this absurd by using a following hypothetical.

Attorney General Hood is saying that the fact that Obama is using a forged birth certificate and a stolen Social Security number as a basis of his legitimacy is o'k and a Circuit Judge cannot issue a Declaratory relief and injunction because there is no specific law that states that the Secretary of State should remove from the ballot a person, who is a fraud and a criminal and who is using forged and stolen identification papers as the basis of his eligibility to run for office. Well, recently it was published, that a citizen of New Mexico created forged IDs for his dog and got a voter registration card for his dog. He did it in protest against the pervasive corruption that we have today in our judiciary, law enforcement, elections and top positions of power.

Using this scenario Attorney General of Mississippi, Democrat Jim Hood,   would allow a dog to run for President in the state of Mississippi, too. As long of course, as the dog in question happens to be a Democrat.  Hood would argue, that there is no specific law, no specific duty for the Secretary of State to question the eligibility of a dog to run for the US president. He would argue that the Secretary

of State has no specific duty to remove a dog from the ballot. This partisan insane approach is bordering on complete stupidity or treason against the state of Mississippi and the United States of America.

Not everything is spelled out in statutes. For example, the statutes do not write that Attorney General and the Secretary of State should be paid a salary and how much should they be paid. However, it is understood, that they need to be paid some salary for their work in order to feed their families. It is also understood that the Attorney General and the Secretary of State should possess a minimal IQ and minimal common sense while doing their work in order not to place on the ballot the name of a person, who is using a forgery instead of a birth certificate, a stolen Social Security number and a name, that is not legally his as a basis of his eligibility for the U.S. Presidency.

## SECRETARY OF STATE FAILED HIS DUTY REGARDING PRESIDENTIAL PRIMARY BALLOT

Respondent quotes Code Section 23-15-1089 as the basis for his allegation, that the Secretary of State fulfilled his duty in relation to Obama's candidacy.

On the contrary, this statute only strengthens and supports the Petitioner's position.

The statute states" The Secretary of State shall place the name of the candidate upon the presidential preference primary ballot when the Secretary of State **shall have determined** that such a **candidacy** is generally recognized throughout the Unites States or Mississippi as a candidate for the nomination of **President of the United States" (emphasis added)**

Let's look at the construction of the statute.

1. First, it does not state that the Secretary of State shall have assumed or guessed or figured by the tarot cards, it says "**shall have determined**".

While Petitioner was not born in this country and English is not her first or second language, she never the less believes that there is a big difference between the words assumed or determined. Dictionary on line by Farlex states:

**determined** - having been learned or found or determined especially by investigation
underlined - not yet having been ascertained or determined; "of undetermined species"

determined -
dictated, set
settled - **established or decided beyond dispute or doubt**

So, the Secretary of State needs to **determine- to establish something beyond dispute or doubt.**

2. What does Mr. Hosemann, the Secretary of State of Mississippi, need to establish, decide beyond dispute or doubt? He needs to establish:

a. that Obama is a candidate for the US Presidency

b. that he is a generally recognized candidate

3. how does one establish beyond dispute or doubt that a person is a candidate for the US Presidency?

What does it mean to be a **candidate**? For example, in order to be a candidate for licensure of a doctor, one needs to have a valid diploma from a medical school and a valid certificate of passing medical boards? When he has those documents, he can be considered a candidate for obtaining a license to practice medicine in Mississippi.

What are the requirements, prerequisites to be a candidate for the US. Presidency?

According to the Article 2 Section 1 of the U.S. Constitution a candidate has to be :

a. Natural born citizen

b. 35 years old

c resided in the country for 14 years

4. How does one **establish beyond dispute or doubt** that a person is a natural born citizen and at least 35 years old?

In her complaint Taitz provided an argument that according to the intent of the framers of the Constitution and <u>Minor v Happersett 88 US 162(1875)</u>, natural born means born in the country to two citizen parents. Some believe that it means only born in the country regardless of the citizenship of the parents. Even if you assume for the purpose of this discussion the most minimal requirement of only being born in the country, there is still a **need to establish beyond dispute or doubt that one was born in the country**

5. How does one **establish beyond dispute or doubt** that one is born in the country? By examining candidate's primary identification papers, such as the original long form birth certificate, valid SS-5, valid hospital  birth certificate. Taitz has provided with her complaint court transcripts  with competent witness testimony which was admitted in court records, showing Obama's birth certificate and Social Security number to be a forgery. She is providing this court with the original signed court transcript with an embossed seal.

6. Can the Secretary of State establish beyond dispute or doubt, that a person with a forged birth certificate is a valid candidate for the White House?

No. For the "Big House"-most probably, but not for the White House.

7. As the first prong of establishing that one is a candidate for the U.S. Presidency fails due to lack of valid identification records, the other prong of being recognized throughout Mississippi or US is irrelevant.

Additional argument can be made that common sense would tell one that "candidate generally recognized throughout the U.S. " means recognized as a **legitimate candidate**. After the January 26 eligibility  hearing in Georgia and March 1 press conference by sheriff Arpaio in Arizona Obama is **no longer known as a legitimate** candidate. He is known as a fraud, as a criminal, who is using forged documents. Attached links and press releases attest to that. Both January 26 hearing and March 1 press conference were videotaped by all major networks. So, for that reason alone, respondents argument fails, as Obama is no longer known and a legitimate candidate, but as a fraud, who is kept in office and on the ballot by corrupt governmental officials, AGs,  and judges, who were either intimidated, blackmailed or bribed to be complicit in the biggest case of elections fraud, forgery and treason, ever to take place in this country.

There are no precedents, which would be relevant to this case, as normally people do not reach such level of criminality and arrogance, as to assume the top position of power, while using forged documents.

There is a belief that president Chester Arthur might have burnt his identification papers, however it was found that Arthur was born in this country. President Chester Arthur's handicap was only in that possibly his father was not a U.S. citizen yet at the time Arthur was born. In Obama's case not only his father was never a U.S. citizen and Obama was a foreign national with foreign allegiance at birth, but he is also using forged identification papers as proof of his U.S. birth.

Respondent brings forward the case <u>Keyes v Bowen</u>, 189Cal. App.4th 647(Cal.App. 3 Dist.2010). Keyes is vastly different from the case at hand. If Respondent were to look at the caption of the case, as it was filed in the Superior court of CA, Respondent would see that Taitz was actually the lead counsel on the case. The difference between Keyes and the case at hand, is that Keyes was filed after the election. Keyes challenged the elected President. Due to the fact that the co-counsel in Keyes, Garry Kreep, left the state prior to the electoral college meeting, the hearing on Keyes was postponed to March of 2009, which was after not only the election, but also after the swearing of the

President.  Requirements in a challenge of the sitting President are different from requirements for challenging a candidate in the primary election, who is seeking to be on the ballot. Additionally, a decision of a California court of Appeals in Sacramento, who happens to be to the left of Lenin, is not binding on the Circuit Court in the state of Mississippi.

Additionary, standing in this case is statutory. Section 23-15-961 allows any party to challenge a candidate on the ballot by first lodging a complaint with the party. The same statute provides a party, aggrieved by a negative action or inaction of the party, to file an action challenge with the Circuit court. As the standing is provided by the statute, the argument of lack of standing is without merit.

**Respondent's claims regarding lack of summons are erroneous**

a. This assertion of improper service is absolutely wrong. Exhibit 1, Electronic docket shows that the summons were issued on February 28th and sent to the Petitioner.  Apparently it takes some time for the mail to reach a recipient, when the mail travels from MS to Orange County, CA. Summons issued on February 28th, were received by the petitioner only 7 days later on March 5th. Copy of the summons is attached herein. The Respondent simply jumped the gun and did not wait a reasonable amount of time to get the summons.

b. Respondent was indeed served with the complaint and the respondent responded, therefore the issue of service is moot

c. Petitioner did not delay the service of process, but rather was trying to ascertain, where the trial will be held. The case was filed in the First Circuit in Hinds county and originally was assigned to Judge Gowan. Judge Gowan forwarded the case to the Supreme Court. Chief justice Dickenson assigned the Honorable judge Coleman from Union county to preside over the case. This decision was made on February 21st. Shortly thereafter Taitz tried to ascertain, where the case will be held.

She called the Supreme Court at 601-359-3694 and the First Circuit at Hinds County at 601-968-6628 and talked to the clerk Zach Wallace.

She also called 601-968-6656 Anna Livingston, staff attorney for judge Gowan, who originally had the case. Nobody knew, where the case would be held. Finally Ms. Livingston advised Taitz to wait for Your Honor to contact her and advise where the case will be held. Staff attorney Livingston stated, that she believed the case will be held in the Union county, but she was not sure. Taitz waited for a few days in order to find out the location of the case and advise to respondents in the summons. As she did not hear from anyone, she wrote to the Circuit Court in Hinds county, asking to issue the summons in Hinds county. Summons were issued

within one week since the case was assigned by Justice Dickenson. Taitz did everything she possibly could to ascertain the location of the case and advise the respondents.

Similarly, there were no latches in filing the case. Democrat party of Mississippi was not responding and several times claimed that they never received the challenge. Taitz waited till the 24th of January and waited additional 15 days after the deadline of the 24th, as she was supposed to, in order to give the Democrat party time to respond. She filed the complaint timely and the filing is controlled by the **mailbox rule**. February 14th is the date of docketing of the complaint, not the date of filing. As shown with the summons, it takes a week for the mail to reach Mississippi after being mailed from California, which explains later docketing date. Additionally, Taitz talked to the manager of the mail room, Tabitha Ward, and found out, that the same mail room is sorting the mail for the Circuit court, County court and the sheriff's department, which causes an additional delay.

## MOTION TO RECUSE THE OFFICE OF THE SECRETARY OF STATE OF MISSISSIPPI

Petitioner herein is seeking to recuse the office of the Attorney General of Mississippi from representing the Secretary of State of Mississippi in above litigation for following reason:

Petitioner filed with the Attorney General a Criminal complaint (Exhibit 2),

advising the attorney general of the recent finding by the Sheriff of Maricopa

county that the alleged birth certificate by Barack Obama is a computer generated

forgery.  This evidence necessitates criminal prosecution of the person of interest

in this case, Barack Hussein Obama for fraud and use of forged documents in order

to get into the position of the US President. Additionally this evidence necessitates

criminal prosecution of the members of the Executive Committee of the Democrat

party of Mississippi for aiding and abetting elections fraud and forgery. Office of

the Attorney General of Mississippi would be in conflict of interest prosecuting

parties and being involved in defense of  the same parties at the same time. As

such, office of the Attorney General of Mississippi needs to be recused from

representing the Secretary of State.

Additionally, Secretary of state here is not being sued for something done by the

Secretary of State.  Secretary of State will simply need to comply with the

injunction by this court and not place on the ballot a candidate, who is not eligible.

Petitioner is willing to waive any costs and fees, that she is entitle to receive from

the Secretary of State. As such, the secretary of state does not stand to suffer any

losses and there is no need for the Attorney General to represent the Secretary of

state and compromise the office of the Attorney General and compromise this case

with the conflict of interest. Petitioner believes that the Secretary of State will be

well represented by its' internal counsel or if the court chooses so, by an independent counsel.

## MOTION FOR SUMMARY JUDGMENT IN FAVOR OF THE PETITIONER AGAINST THE RESPONDENT SECRETARY OF STATE

1. Petitioner incorporates all of the above paragraphs as if fully pled herein.

2. Respondent filed a motion to dismiss, which shows, that the respondent was indeed served with the complaint.

3. Respondent did not object in any form or shape to the cause of action for Declaratory Relief, as such Petitioner moves this court to deem the cause of action for Declaratory relief to be unopposed by the Respondent Secretary of State of Mississippi and grant the judgment in favor of the petitioner.

4. Respondent did not oppose the cause of action for injunction, therefore the Petitioner moves the court to grant her motion for Injunctive relief against the Respondent Secretary of state as unopposed by the Respondent.

5. Respondent filed a motion to dismiss Petition for a Writ of Mandamus. Petitioner never filed a petition for a Writ of Mandamus and moves the court to deny the petition as frivolous, irrelevant, impertinent and moot, as Petitioner never petitioned for a Writ of mandamus. Even if the court were to grant the motion to

deny the Petition for a Writ of Mandamus, the court still has to grant the

Petitioner's motion for Summary judgment against respondent Secretary of State

for Declaratory Relief and Injunction, as those causes of actions were not opposed.

## CONCLUSION

Due to all of the above this Honorable court should

1. Deny Respondent's motion to dismiss

2. Recuse Attorney General of Mississippi from representing the Secretary of State

of Mississippi

3. Grant Petitioner's motion for summary judgment in favor of the Petitioner

Respectfully submitted,

/ s/ Dr. Orly Taitz, ESQ

Proof of Service

I, Rita Momtazian, am not a party to above action, I am over 18 years old and I

declare that I served the respondent's by certified mail with the above pleadings on

March 6, 2012 at the following addresses:

Attorney General of Mississippi

Counsel for Respondent Secretary of State

550 High Str. POBox 220

Jackson, MS 39205

Samuel L. Begley

Counsel for the Respondent

Democrat Party of MS

Begley law firm, PLLC

P.O. Box 287

Jackson, MS 39205


Signed

Rita Momtazian

Dated

03.06.2012

# Exhibit 1

Hinds County Circuit Court Civil Case     tail





Hinds County Board of Supervisors

| Quick Links | · | Online Services | · | Report Problems | | | Search |

**Board of Supervisors**



Quick Links    ·    Online Services    ·    Report Problems    [        ]  Search

## Circuit Court Civil Case Detail

**Home**
**Board Meeting Agendas**
**Board Meeting Minutes**
**County Departments +**
**Courts +**
**Elected Officials +**
**FAQ**
**Flood Information +**
**Job Opportunities**
**Online Databases**
**Sex Offender Registry**
**Veterans Services**

**Phone Numbers**

**Human Services +**
**Public Health +**

**Charitable Organizations**
**Culture & Recreation +**
**Municipalities +**
**Schools +**
**Public Parks**

**Cooperative Extension ***
**Econ. Development ***
**CMPDD ***
**Pearl River Basin ***
**Library System ***
**Federal Government +**

| Case # | 2012-107 | Filed: | 02/14/2012 | Case Type: | COMPL |
| Judge | GOWAN | Closed: | | District : | 1 |

Style:  TAITZ ORLEY DR                                    SELF REPRESENTI

Vs

DEMOCRAT PARTY OF MISSISSIPPI ET AL
SECRETARY OF STATE OF MISSISSIPPI

| LINE | DATE | EVENT | DESCRIPTION | E |
|------|------|-------|-------------|---|
| 1 | 02/14/2012 | PETITION | FOR INJUNCTIVE RELIEF PETITION FOR DECLARATORY RELIEF | |
| 2 | 02/14/2012 | COURT REGISTRY | CHECK #1267 FOR $300 RECEIVED AS BOND FROM DEFEND OUR FREEDOM FOUNDATION | |
| 3 | 02/21/2012 | MISC | EMAILED ORDER APPOINTING SPECIAL JUDGE TO ATTY OF RECORD | |
| 4 | 02/21/2012 | ORDER | OF SUPREME COURT - R KENNETH COLEMAN APPOINTED SPECIAL JUDGE | 72 |
| 5 | 02/28/2012 | PAYMENT | REC FROM DEFEND OUR FREEDOM FOUNDATION | |
| 6 | 02/28/2012 | SUMMONS ISSUED | AND RET TO PL- NO COPIES OF COMPLAINT PROVIDED- COPY COST $288.00 PER COPY | |
| 7 | 03/01/2012 | MOTION | OF SECRETARY OF STATE TO DISMISS HAROLD E PIZZETTA III, JUSTIN | |
| 8 | 03/01/2012 | MISC | BEGLEY, DR ORLY TAITZ | |

Back    Search

IN THE CIRCUIT COURT OF THE __FIRST__ JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

__TAITZ ORLEY DR__ _____ Plaintiff    DATE: __02-28-12__
VS.
__DEMOCRAT PARTY OF MISSISSIPPI ET AL__ _____ Defendant   No. __251-12-000107-CIV__

## SUMMONS

TO THE SHERIFF OR ANY PERSON AUTHORIZED BY STATUTE:

You are hereby commanded to Summons:

__DEMOCRATIC PARTY OF MISSISSIPPI -----__

__SECRETARY OF STATE OF MISSISSIPPI -----__

### NOTICE TO DEFENDANT

THE __COMPLAINT__ WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE
IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR
THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL
PROCEDURE WITHIN 30 DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**BARBARA DUNN**
Circuit Clerk
Hinds County, Mississippi
Post Office Box 327
Jackson, Mississippi 39205

__DR ORLY TAITZ__ _____
ATTORNEY FOR    PLAINTIFF

__29839 SANTA MARGARITA PARKWAY, STE 100__
ADDRESS                                         By _____ D.C.

__RANCHO SANTA MA CA  92688__
CITY, STATE, ZIP

__949-683-5411__
PHONE NUMBER                    RETURN

ATTEST A TRUE COPY

FEB 28 2012

BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

CKSUM3

# Exhibit 2

# DR. ORLY TAITZ, ESQ

## 29839 SANTA MARGARITA STE 100

## RANCHO SANTA MARGARITA  CA 92688

### PH. 949-683-5411 FAX 949-766-7603 ORLY.TAITZ@GMAIL.COM

**03.01.2012**

**Via overnight mail**

**CRIMINAL COMPLAINT**

**Attention Mr. Jim Hood**

**Attorney General of the State of Mississippi**

**550 High Str.**

**POBox 220 Jackson, MS 39205**

RE: elections fraud, use of a fraudulent Social Security number, forged birth certificate and a name that is not a legal name by a candidate for the U.S. President Barack Hussein Obama (Hereinafter "Obama")

Criminal complicity in elections fraud, use of forged documents and treason by members of the Executive Committee of the Democrat party of Mississippi

Dear Mr. Hood,

1.Recently you received my complaint <u>Taitz v Democrat Party of GA, Secretary of State of GA</u> 2012-107, with some 300 pages of evidence which show undeniable proof of candidate Barack Hussein Obama, whose candidacy was submitted to be on the ballot in the state of Mississippi, committing elections fraud by use of a stolen Connecticut Social Security number of a resident of Connecticut, born in 1890, as well as using a forged birth certificate, as well as using a name, which is not legally his.

2. Executive committee of the Democrat party of Mississippi received above information and failed to respond and failed to remove Mr. Obama's name from the ballot. As such, members of the Executive Committee of the Democrat Party State of Mississippi became criminally complicit in the biggest elections fraud in the history of the United States, complicit in uttering of forged documents, Social Security fraud, identity theft and high treason against the state of Mississippi and against the United States of America.

3. On March 1, 2012 Sheriff Joe Arpaio of Maricopa county Arizona held a press conference , where he confirmed my findings and announced that Obama's birth certificate is indeed a computer generated forgery and there is no other

document attesting to Obama's birth in this country. See links to press conference

below:

## Pt 1

http://www.youtube.com/watch?feature=player_embedded&v=Q

OqkFar5QMI

## Pt 2

http://www.youtube.com/watch?v=blh0ImX9jo4&feature=youtu.

be

## Pt 3

http://www.youtube.com/watch?v=pu3XpWh4HRM&feature=yout

u.be

## Pt 4

http://www.youtube.com/watch?v=C-

5_AWIYJUs&feature=youtu.be

## Pt 5

http://www.youtube.com/watch?v=diYEQBERyZg&feature=youtu.

be

Pt 6

http://www.youtube.com/watch?v=Q_EGEIqY6S0&feature=youtu.be

## Part 7

http://nation.foxnews.com/sheriff-joe-arpaio/2012/03/01/sheriff-joe-arpaio-obama-birth-certificate-forgery

Orly Taitz providing evidence to Sheriff Arpaio

http://www.youtube.com/watch?v=79rKCT1EbpE&list=PL54FAA29E29AD9139&index=3&feature=plpp_video

January 26, 2012 Georgia trial of Barack Obama-lack of eligibility

Part 3

http://www.youtube.com/watch?v=XvIHMZmlwAg&feature=BFa&list=PL54FAA29E29AD9139&lf=plpp_video

Part 4

http://www.youtube.com/watch?v=n-CzIpm5vWQ&feature=BFa&list=PL54FAA29E29AD9139&lf=plpp_video

Part 5

http://www.youtube.com/watch?v=k-o2M4Pszv4&feature=related

Part 6

http://www.youtube.com/watch?v=W2OrGv7zKTM&feature=BFa&list=PL54FAA2

9E29AD9139&lf=plpp_video

Part 7

http://www.youtube.com/watch?v=FBKDI6T4V7w&feature=related

4. Due to all of the above I demand criminal charges filed against Obama for

elections fraud, use of a forged birth certificate, stolen Social Security number,

Social Security fraud. I demand criminal charges filed against the members of the

executive committee of the Democrat party of Mississippi for aiding and abetting

all of the above felonies, as well as misprision of above felonies and high treason

against the United States of America.

5. Due to the above conflict of interest I demand  that you and your office recuse

yourselves from representing the Secretary of State of Mississippi in the case of

<u>Taitz v Democrat party of Ms and Secretary of State of MS</u>. First Circuit Court 251-12-107

6. I demand that you withdraw your most frivolous motion to dismiss submitted to judge Coleman.

7. Please, advise me within 7 days, whether you will agree with above requests. If I do not hear from you within 7 days and if criminal action is not brought against Obama and members of the Executive Committee of the Democrat party of MS, I will be filing a motion with Judge Coleman and Justice Dickenson, asking them to bring sue sponte charges against Obama, Executive committee of the Democrat party of Mississippi and against you personally for all of the above felonies and high crimes and misdemeanors.

Sincerely,

Dr. Taitz, Esq

cc Hon. R Kenneth Coleman

Special Circuit Judge

PO Box1995

New Albany, MS 38652

cc  Chief Justice Dickenson

Supreme Court of Mississippi

P. O. Box 249, Jackson, **Mississippi** 39205. **Phone**: (601) 359-3694. Fax: (601) 359-2407.



*251/12-107CIV*

# Camera Coverage Notice

**Rule 5** of the Mississippi Rules for Electronic and Photographic Coverage of Judicial Proceedings requires that media representatives give at least **48 hours notice** prior to the commencement of a proceeding if they propose to photograph, videotape, make an audio recording of or engage in any other form of electronic coverage.

Notice should be given to the clerk of the court and the court administrator in the court in which the proceeding will occur.

Note: the notice requirement does not apply to reporters who wish to attend a trial without taking pictures or making broadcast recordings.

To assist the court, please provide the following information:

Style of case _Taitz v. Secretary of State, Mississippi Democratic Party_

Cause number _2012 - 107_

Court _Hinds County Circuit_

Judge _Kenneth Coleman_

Date of proceeding _April 16, 2012_

Media organization _Jackson Jambalaya / Northside Sun_

Name(s) of journalist(s) and contact number(s) _James Hendrix  601 214 7397_

**Medium:**

☑ still photography      ☑ videotape      ☐ audio recording only

**Type of coverage anticipated:**

☐ spot coverage      ☑ complete coverage ✱      ☐ opening and closing arguments

☐ specific witnesses, if known _____

A complete copy of the Mississippi Rules for Electronic and Photographic Coverage of Judicial Proceedings is available on the web site of the Mississippi Supreme Court at **www.mssc.state.ms.us**. Journalists are expected to be familiar with and comply with the rules.

Date submitted _4-2-12_      Submitted by _[signature]_
                                          Signature

✱ _I plan to videotape & publish entire hearing; C-SPAN-style coverage._

**BEGLEY LAW FIRM**, PLLC
Post Office Box 287
Jackson, Mississippi 39205

F I L E D
APR 02 2012
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

Telephone
(601)969-5545

Facsimile
(601)969-5547

Samuel L. Begley
sam@begleylawfirm.com

March 30, 2012

<u>**Via Hand Delivery**</u>

The Honorable Kathy Gillis
Mississippi Supreme Court Clerk
450 High Street
Jackson, Mississippi 39205
Phone: 601-359-3697

RE:   *Dr. Orly Taitz, Esq. v. Democrat* (sic) *Party of Mississippi, Secretary of State of Mississippi*; In the Circuit Court of Hinds County, Mississippi; Civil Action No. 251-12-107 CIV

Dear Ms. Gillis:

    I am enclosing for filing and docketing with your office, in connection with the above captioned civil action, the Defendant Mississippi Democratic Party Executive Committee's Motion for Admission of Counsel *Pro Hac Vice* and Verified Application of Scott J. Tepper, Esq. that was filed today with the Circuit Court of Hinds County, Mississippi, pursuant to M.R.A.P. 46(b)(5). As you can see from the enclosed correspondence, I am likewise paying the Mississippi Bar the sum of $200.00. Also, I am enclosing a check payable to the Mississippi Supreme Court in the amount of $25.00 to pay for the required docket fee for this matter. In accordance with M.R.A.P. 46(b)(5), I am requesting that you provide me with a statement indicating all causes or other matters in which the applicant, Mr. Tepper, previously requested leave to appear as counsel *pro hac vice*. Upon our receipt, we will file your statement with the Circuit Court of Hinds County, Mississippi.

    Thank you for assistance in this matter.

Sincerely,

BEGLEY LAW FIRM, PLLC

By: _____
    Samuel L. Begley MSB#2315

Enclosures
cc:   The Honorable R. Kenneth Coleman, Special Judge (via email and U.S. Mail)
      The Honorable Barbara Dunn, Hinds County Circuit Clerk (via U.S. Mail)
      All Counsel of Record (via email and U.S. Mail)

### BEGLEY LAW FIRM, PLLC
Post Office Box 287
Jackson, Mississippi 39205

*Telephone*
*(601)969-5545*

Samuel L. Begley
sam@begleylawfirm.com

*Facsimile*
*(601)969-5547*

March 30, 2012

**FILED**
APR 02 2012
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

**Via Hand Delivery**

Ms. Ashley Sasser, Membership Records
The Mississippi Bar
643 North State Street
Jackson, MS 39202

RE:   *Dr. Orly Taitz, Esq. v. Democrat* (sic) *Party of Mississippi, Secretary of State of Mississippi*; In the Circuit Court of Hinds County, Mississippi; Civil Action No. 251-12-107 CIV

Dear Ms. Sasser:

I am enclosing the Defendant Mississippi Democratic Party Executive Committee's Motion for Admission of Counsel *Pro Hac* Vice and Verified Application of Scott J. Tepper in the above referenced case that was filed today with the Circuit Court pursuant to M.R.A.P. 46(b)(5).  I am also enclosing a check in the amount of $200.00 for filing the Motion and Application.

Thank you for your kind consideration to this matter.  Please call if you have any questions.

Sincerely,

BEGLEY LAW FIRM, PLLC

By:_____
    Samuel L. Begley MSB#2315

Enclosures
cc:   The Honorable R. Kenneth Coleman, Special Judge
      The Honorable Kathy Gillis, Supreme Court Clerk
      All Counsel of Record



**BEGLEY LAW FIRM,** PLLC

Post Office Box 287
Jackson, Mississippi 39205

Samuel L. Begley
sam@begleylawfirm.com

Telephone
(601)969-5545

Facsimile
(601)969-5547

March 30, 2012

<u>Via Email and U.S. Mail</u>

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

RE:   *Dr. Orly Taitz, Esq. v. Democrat* (sic) *Party of Mississippi, Secretary of State of Mississippi*; In the Circuit Court of Hinds County, Mississippi; Civil Action No. 251-12-107 CIV

Dear Judge Coleman:

I am providing you for your consideration the Motion and Verified Application of Scott J. Tepper, Esq., a member in good standing of the California Bar, for admission of counsel *pro hac vice* for the Defendant, the Mississippi Democratic Party Executive Committee, in accordance with M.R.A.P. 46(b). I am also enclosing my correspondence to the Mississippi Bar, in which I enclosed a $200.00 check in accordance with M.R.A.P. 46(b)(5). Also, upon my receipt, I will forward you the Statement of the Supreme Court Clerk concerning other *pro hac vice* appearances of Mr. Tepper in Mississippi. Should you deem the Motion and Verified Application meritorious, I am providing for your consideration a proposed order, which I am also emailing you in Microsoft Word format in case you care to edit it in any way.

Please feel free to contact me should you have any questions concerning this matter.

Sincerely,

BEGLEY LAW FIRM, PLLC

By: _____
Samuel L. Begley MSB#2315

Enclosures
cc:   All Counsel of Record

Dr. Orly Taitz, ESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 9268
Ph 949-683-5411 fax 949-766-7603

Attn Ms. Ann Giles,

Dear Ms. Giles, per our conversation, please send back to me the Priority mail box, which contained my pleadings and checks. Please, find a self addressed postage prepaid envelope. I am investigating with the post office in order to ascertain, why it took 10 days to deliver my Priority mail 2 day package.
My case deals with elections fraud and problems with delivery of my mail happened before.

Sincerely,

Dr. Orly Taitz, ESQ

Cc Special Judge R.Kenneth Coleman
Cc Secretary of State
Cc law offices of Mr. Begley,
Counsel for the Democratic party of MS

returned 3-19-12

F I L E D
MAR 19 2012
BARBARA DUNN, CIRCUIT CLERK          D.C.
BY_____