Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

# Standard People Search

## 105 Records

**Search Criteria**
**Name:** OBAMA, BARACK
**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---------|------|---------|------|-----------|-------|-----|
| | OBAMA BARACK H | 295 HARVARD ST 1505<br>CAMBRIDGE MA 02139-2382<br>**Reported:** 01/2009 - 01/01/2009<br>**County:** Middlesex | 2x<br>Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE<br>WASHINGTON DC 20007<br>**Reported:** 12/2008 - 12/2008<br>**County:** District of Columbia | 1x<br>Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD<br>ARLINGTON HTS IL 60005-3904<br>**Reported:** 11/2008 - 11/2008<br>**County:** Cook | 1x<br>Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD<br>NEEDHAM MA 02492-4330<br>**Reported:** 09/2008 - 11/2008<br>**County:** NORFOLK | 1x<br>Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE<br>WASHINGTON DC 20510-0001<br>**Reported:** 11/2008 - 11/2008<br>**County:** District of Columbia | 1x<br>Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST<br>DENVER CO 80207-1523<br>**Reported:** 09/2008 - 11/2008<br>**County:** Denver | 1x<br>Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>**Reported:** 09/2008 - 11/2008<br>**County:** Lane | 1x<br>Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE<br>LANCASTER TX 75146<br>**Reported:** 09/2008 - 11/2008<br>**County:** Dallas | 1x<br>Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST<br>PHILADELPHIA PA 19130-3220<br>**Reported:** 09/17/2008 - 10/03/2008<br>**County:** Philadelphia | 2x<br>Map It | | Landline:<br>(215)235-3040 | |
| | OBAMA BARACK | 1000 NW 33 AVE<br>FORT WORTH TX 76180<br>**Reported:** 04/2008 - 09/2008<br>**County:** Tarrant | 2x<br>Map It | ▇▇▇▇▇▇ | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 123 MAIN ST<br>CHARLESTON SC 29464<br>**Reported:** 08/2008 - 09/2008<br>**County:** Charleston | 1x<br>Map It | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK CHICAGO IL 60615 Reported: 08/20/2008 - 08/20/2008 County: Cook | 1x | Map It | Issued: 1977-1979 in CT DOB: ▓▓▓ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST CHICAGO IL 60654 (POSSIBLE HIGH RISK) Reported: 08/20/2008 - 08/20/2008 County: Cook | 1x | Map It | | Cell: (312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 Reported: 08/18/2008 - 08/18/2008 County: Cook | | | | | N |
| | OBAMA BARACK | 180 N LASALLE CHICAGO IL 60601 (POSSIBLE HIGH RISK) Reported: 08/18/2008 - 08/18/2008 County: Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD JACKSON NJ 08527 Reported: 02/2008 - 08/2008 County: Ocean | 2x | Map It | (DECEASED) Issued: ▓▓▓▓ in IA | *See attached "A"* | N |
| | OBAMA BARACK | 1000 33RD AVE FORT WORTH TX 76180 Reported: 08/2008 - 08/2008 County: Tarrant | 1x | Map It | | | N |
| | OBAMA BARACK | 505 FARR C COLUMBUS GA 31907-6275 Reported: 01/2008 - 08/2008 County: Muscogee | 3x | Map It | | | N |
| | OBAMA BARACK | 1603 RUCKER RD ALPHARETTA GA 30004-1435 Reported: 08/2008 - 08/2008 County: FULTON | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 CHICAGO IL 60801-2610 (POSSIBLE HIGH RISK) Reported: 06/01/2007 - 06/01/2008 County: Cook | 4x | Map It | Issued: 1977-1979 in CT DOB: ▓▓▓ Age: 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | OBAMA LN FRANKLIN WI 53132 Reported: 05/2008 - 06/2008 County: Milwaukee | 1x | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE IRVINE CA 92618 Reported: 06/2008 - 06/2008 County: ORANGE | 1x | Map It | | | N |
| | OBAMA BARACK | 15 A 1A MANALAPAN FL 33462 Reported: 05/2008 - 05/2008 County: Palm Beach | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) Reported: 12/01/2007 - 04/01/2008 County: Cook | 5x | Map It | Issued: 1977-1979 in CT DOB: ▓▓▓ Age: 48 | Landline: (773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   1x<br>CHICAGO IL 60615<br>Reported: 03/25/2008 - 03/25/2008<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4800 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>Reported: 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   1x<br>DENVER CO 80207<br>Reported: 03/2008 - 03/2008<br>County: Denver | Map It | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   3x<br>WASHINGTON UT 84780<br>Reported: 08/2007 - 02/2008<br>County: Washington | Map It | | | N |
| | OBAMA BARACK | 505 FARR C   1x<br>COLUMBUS GA 31907<br>Reported: 02/2008 - 02/2008<br>County: Muscogee | Map It | Issued: ██████ in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   7x<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>Reported: 01/02/2008 - 01/02/2008<br>County: Cook | Map It | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   8x<br>CHICAGO IL 60615<br>Reported: 01/02/2008 - 01/02/2008<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236   1x<br>PROVO UT 84603-1236<br>Reported: 01/2008 - 01/2008<br>County: Utah | | | | N |
| | OBAMA BARACK | 15 A1A   1x<br>MANALAPAN FL 33434<br>Reported: 01/2008 - 01/2008<br>County: Palm Beach | Map It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   8x<br>CHICAGO IL 60615<br>Reported: 11/15/2007 - 11/15/2007<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   12x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 07/2005 - 11/15/2007<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY   3x<br>SOMERVILLE MA 02145<br>Reported: 06/01/1986 - 10/01/2007<br>County: Middlesex | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   12x<br>SOMERVILLE MA 02145<br>Reported: 07/17/2001 - 10/01/2007<br>County: Middlesex | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   1x<br>PHILADELPHIA PA 19147<br>Reported: 08/2007 - 08/2007<br>County: Philadelphia | Map It | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST<br>LANSING MI 48910    1x<br>Reported: 07/2007 - 07/2007<br>County: Ingham | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N    2x<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>Reported: 02/2007 - 06/2007<br>County: Cook | Map It | Issued: 1977-1979 in CT | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 1236 PO BOX    2x<br>PROVO UT 84603<br>Reported: 06/2007 - 06/2007<br>County: Utah | | | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD    1x<br>PROSPECT HEIGHTS IL<br>60070-1913<br>Reported: 04/2007 - 04/2007<br>County: Cook | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST    1x<br>PHILADELPHIA PA 19147-3009<br>Reported: 04/2007 - 04/2007<br>County: Philadelphia | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1    3x<br>CHICAGO IL 60615-5916<br>Reported: 07/2006 - 07/2006<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST    9x<br>SPRINGFIELD IL 62701-1634<br>(POSSIBLE HIGH RISK)<br>Reported: 04/21/2006 - 05/07/2006<br>County: Sangamon | | | Landline:<br>(217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5    1x<br>WASHINGTON DC 20001<br>Reported: 02/01/2006 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST    1x<br>WASHINGTON DC 20002<br>Reported: 02/01/2006 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE    10x<br>WASHINGTON DC 20001-2629<br>Reported: 09/2005 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV    3x<br>WASHINGTON DC 20001-2640<br>Reported: 06/01/1986 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST    8x<br>WASHINGTON DC 20002<br>Reported: 02/01/2006 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H AKA;<br>OBAMA BARACK AKA; | 227 6TH ST    2x<br>WASHINGTON DC 20002-6067<br>Reported: 06/01/1986 - 02/01/2006<br>County: District of Columbia | Map It | Issued: 1977-1979 in CT<br>DOB:      Age: 48 | 684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60610-5397 (POSSIBLE HIGH RISK) Reported: 12/21/2004 - 01/2006 County: Cook  2x | Map It | | Landline: (312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) Reported: 07/2005 - 11/2005 County: Cook  2x | Map It | Issued: 1977-1979 in CT | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK CHICAGO IL 60615 Reported: 06/01/1997 - 05/26/2005 County: Cook  6x | Map It | Issued: 1977-1979 in CT DOB: ▮▮▮▮  Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 Reported: 05/26/2005 - 05/26/2005 County: Cook  1x | Map It | Issued: 1977-1979 in CT DOB: ▮▮▮▮  Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW CHICAGO IL 60615 Reported: 05/26/2005 - 05/26/2005 County: Cook  1x | Map It | Issued: 1977-1979 in CT DOB: ▮▮▮▮  Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1 CHICAGO IL 60615 Reported: 05/26/2005 - 05/26/2005 County: Cook  1x | Map It | Issued: 1977-1979 in CT DOB: ▮▮▮▮  Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 Reported: 05/2005 - 05/2005 County: Cook  1x | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST CHICAGO IL 60615-4311 Reported: 12/21/2004 - 01/14/2005 County: Cook  9x | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60654-5397 (POSSIBLE HIGH RISK) Reported: 12/21/2004 - 01/06/2005 County: Cook  1x | Map It | | Landline: (312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131/ 53RD ST CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: Cook  1x | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: Cook  1x | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST CHICAGO IL 60649 Reported: 02/01/2003 - 02/01/2003 County: Cook  7x | Map It | | Landline: (773)363-1996 | N |
| E-mail: janmasondist13@prodigy.net | | | IP address: 192.100.76.133 | | Reported: 10/( | |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 10/1997 - 10/2002 **County:** Cook | 4x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | 1x | Map It | **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | 1x | Map It | **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY SOMERVILLE MA 02145-2440 **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | 7x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | 8x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV CHICAGO IL 60649-3826 **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | 8x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1986 - 10/01/1999 **County:** Cook | 8x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 54501 SE VIEW PK CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | 1x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | 1x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1 CHICAGO IL 60615-5916 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | 5x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | 684-4809 Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | 1x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | 1x | | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | 1x | Map It | **Issued:** 1977-1979 in CT **DOB:** ▉▉▉ **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | 2x | Map It | **Issued:** 1977-1979 in CT | | N |

6 of 8

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649   2x **Reported:** 09/1999 - 09/1999 **County:** Cook | | Issued: 1977-1979 in CT DOB: ████████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST CHICAGO IL 60649   7x **Reported:** 05/01/1999 - 05/01/1999 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615   8x **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████████ Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615   1x **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02143   1x **Reported:** 11/12/1997 - 11/12/1997 **County:** Middlesex | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK CHICAGO IL 60615   4x **Reported:** 06/1997 - 06/1997 **County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA CHICAGO IL 60615   16x **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA CHICAGO IL 60615-5942   5x **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 CHICAGO IL 60615   1x **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA CHICAGO IL 60615   2x **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST BOSTON MA 02111   4x (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST BOSTON MA 02111   1x (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615   8x **Reported:** 12/01/1993 - 12/01/1993 **County:** Cook | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615   1x **Reported:** 12/01/1993 - 12/01/1993 | Map It | Issued: 1977-1979 in CT DOB: ████ Age: 48 | Landline: (773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | | **County:** Cook | | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1 CHICAGO IL 60615 **Reported:** 08/01/1993 - 09/01/1993 **County:** Cook | 1x | Map It | ▆▆▆▆ Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE CHICAGO IL 60649-3626 **Reported:** 08/1993 - 08/1993 **County:** Cook | 2x | Map It | ▆▆▆▆ Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY BOSTON MA 02127 (POSSIBLE HIGH RISK) **Reported:** 07/01/1991 - 07/01/1991 **County:** Suffolk | 1x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE CHICAGO IL 60615-5287 **Reported:** 06/01/1986 - 12/1990 **County:** Cook | 3x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆▆ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02145 **Reported:** 08/01/1988 - 09/01/1988 **County:** Middlesex | 1x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆ | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N CHICAGO IL 60615 **Reported:** 01/01/1988 - 01/01/1988 **County:** Cook | 1x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | N 1N CHICAGO IL 60615 **Reported:** 01/1988 - 01/1988 **County:** Cook | 2x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N CHICAGO IL 60615 **Reported:** 10/01/1986 - 10/01/1986 **County:** Cook | 1x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N CHICAGO IL 60615-5548 **Reported:** 06/01/1986 - 10/1986 **County:** Cook | 3x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 1440 E 52ND ST CHICAGO IL 60615-4131 **Reported:** 04/1986 - 04/1986 **County:** Cook | 1x | Map It | DOB: ▆▆▆ Age: 48 | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1 CHICAGO IL 60615 **County:** Cook | 2x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02145-2440 **County:** Middlesex | 2x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆ | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1 CHICAGO IL 60615 **County:** Cook | 2x | Map It | ▆▆▆ Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 SE VW CHICAGO IL 60615 **County:** Cook | 2x | Map It | ▆▆▆ Issued: 1977-1979 in CT DOB: ▆▆▆ Age: 48 | 684-4809 | N |

10/2/09 9:14 AM

Social Security Death Index Search Results

http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com

DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

**Type in Your Name & Get Your Instant Family Tree!**

| Your First Name: | Your Last Name: | Your State: |
| | | Nationwide ▾ |  Search »

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field Value | Records Results |
| SSN ▉▉▉▉ | 1 |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | ▉▉▉▉ | ▉▉▉▉ | (Lamoni, Decatur, IA) | (none specified) | ▉▉▉▉ | | SS-5 Letter Add Post-em Search Ancestry.com | |

First Name:

Last Name:

Viewing **1-1** of **1**

Search

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet.main.jsp

| | Exact | |
| Last name | | |
| First Name | | |
| Middle Name | (initial) | |
| SSN ▉▉▉▉ | | |
| **Last Residence** | **Last Benefit** | |
| Zip | | |
| State | | |
| County | | |
| City | | |
| Birth | | |

10/19/09 10:08 AM

# Exhibit 6

## AFFIDAVIT

The State of California            )
                                   ) S.S.
City of Simi Valley                )

I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:

1. I, Neil Sankey am over the age of eighteen years.
If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have
been so licensed for twenty five years. I am a Naturalized American Citizen.
I am experienced in all types of Investigation, both Civil and Criminal, having spent
twenty years in the British Police, serving as a Detective Sergeant at New Scotland
Yard. In the interest of our Country I have been assisting with research and
investigation wherever necessary.

2. During the course of the work that I was doing in the latter part of 2008, regarding the
activities and qualifications of Mr. Obama, I have compiled a record of all of the
addresses in regards to which I have seen the use of his name. The records and
databases which I use are many and varied having been accumulated for many
different reasons but all are Public Record and the documents I have used are available
to the General Public with, or without the payment of fees.

3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that
time. A true and complete copy of that document accompanies this document attached
and marked "Exhibit A".

4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate
as of that date and having been updated, by me, during the weekend of July 4th and 5th

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"


SUBSCRIBED AND SWORN TO              )

BEFORE ME, on the                    )

6th day of July, 2009                )

                                     )

                                     )

*See Attached*                       )  _____

NOTARY PUBLIC                        ) Neil SANKEY



My Commission expires: _____)

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)



_____     _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California

County of  Ventura



MARIAN GORMAN
Commission # 1838491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Subscribed and sworn to (or affirmed) before me on this

6th day of July, 20 09, by
Date        Month              Year

(1) Neil Sankey,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (X

(and

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit

Document Date: 7/6/09       Number of Pages: N/a

Signer(s) Other Than Named Above: N/a



RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave. P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓▓▓
Age - **73**
Date of Birth - ▓▓▓▓▓▓**8**
Deceased - **Yes**
Date Record Verified - **Jan 90**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓▓▓
Age - **73**
Date of Birth - ▓▓▓▓▓▓▓
Deceased - **Yes**
Date Record Verified - **Feb 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓**x**
Age - **52**
Date of Birth - ▓▓▓▓▓▓
Deceased - **Yes**
Date Record Verified - **Nov 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓
Age - **73**
Date of Birth - ▓▓▓▓▓▓

Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
*******************************************************************************************

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **5578B M APT 37**
City, State, Zip - **GRAWN MI 49637**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▮▮▮▮▮▮▮▮
Age - **46**
Date of Birth ▮▮▮▮▮▮
Deceased - **No**
Date Record Verified - **May 97**
*******************************************************************************************
*******************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▮▮▮▮▮▮▮▮
Age - **52**
Date of Birth - ▮▮▮▮▮▮
Deceased - **Yes**
Date Record Verified - **Jan 87**
*******************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▮▮▮▮▮▮▮▮
Age - **52**
Date of Birth - ▮▮▮▮▮▮▮
Deceased - **Yes**
Date Record Verified - **Mar 87 - Jun 09**
*******************************************************************************************

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security ███████████
Age – **52**
Date of Birth ███████████
*Deceased* - **Yes**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ███████████
Age – **52**
Date of Birth ███████████
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ███████████
Age – **52**
Date of Birth - ███████████
*Deceased* - **Yes**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ███████████
Age –
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ■■■■■■■x
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ■■■■■■■
Age - **67**
Date of Birth - ■■■■■
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ■■■■■■■
Age - **67**
Date of Birth - ■■■■■
Deceased - **No**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ■■■■■■■
Age - **67**
Date of Birth - ■■■■■
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ■■■■■■■
Age - **67**
Date of Birth - ■■■■■

Deceased - **No**
Date Record Verified - **Apr 93**
*****************************************************************************************

*****************************************************************************************

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MDT**
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*****************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 PENNSYLVANNIA**
City, State, Zip - **BEVERLY HILLS CA 90210**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*****************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪k
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
*****************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone – **303-222-5673 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone – **303-545-0199 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
**********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 WASHINGTON RIDGE RD**
City, State, Zip - **NEW MILFORD CT 06776-2248**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1400 PENNSYLVANIA AVE SE**
City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - ███████
Age -
Date of Birth –
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
**************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1600 PENN AVE NW**
City, State, Zip - **WASHINGTON DC 20007**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security –
Age -
Date of Birth –
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
**************************************************************************************

Name – **OBAMA, BARACK**
Gender - **Male**
Street Address - **10 OHIO AVE**
City, State, Zip - **WASHINGTON DC 20059-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder –
Social Security –
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
**************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1600 PENNSYLVANIA AVE NW**
City, State, Zip - **WASHINGTON DC 20500-0003**
Probable Current Address - **No**
Telephone -
Telephone Accountholder –
Social Security –
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
**************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security ███████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ███████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ███████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **CNN LIVE**
City, State, Zip - **ATLANTA GA 30303**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ███████

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1305 LEE RD**
City, State, Zip - **COLUMBUS GA 31904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 1 EAST VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
*************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
*************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
*************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
*************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **6102 W GIDDINGS ST APT 1**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified – **Jul 08 – Nov 08**
**************************************************************************

Name – **OBAMA, BARACK**
Gender – **Male**
Street Address – **1 MAIN ST**
City, State, Zip – **WESTFORD MA 01886-2550**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Feb 09 – Jun 09**
**************************************************************************

Name – **OBAMA, BARACK**
Street Address – **3660 RUE FORET APT 191**
City, State, Zip – **FLINT MI 48532-2852**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Jun 09 – Jul 09**
**************************************************************************

Name – **OBAMA, BARACK**
Street Address – **123 MAIN ST**
City, State, Zip – **LANSING MI 48910**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Mar 07 – Jul 07**
**************************************************************************

Name – **OBAMA, BARACK**
Street Address – **4322 VALLEY DR NW**
City, State, Zip – **ROCHESTER MN 55901-6691**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age – **23**
Date of Birth – ▓▓▓▓▓▓▓▓
Deceased – **No**
Date Record Verified –

```
*********************************************************************************
```

Name - **OBAMA, BARACK**
*Street Address - 83775 BATES RD*
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ████████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**

```
*********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **5315 GORNIAK DR**
City, State, Zip - **PARLIN NJ 08859-1315**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**

```
*********************************************************************************
```

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **107 RAVENS CREST DR E**
City, State, Zip - **PLAINSBORO NJ 08536-2488**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**

```
*********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **625 WREN CT**
City, State, Zip - **W HEMPSTEAD NY 11552-3815**
Probable Current Address - **Yes**
Telephone ████████████
Telephone Accountholder - **OBAMA BARACK**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -

```
*********************************************************************************
```

Name - **OBAMA, BARACK**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **218 FLYERS PKWY**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone - **770-404-4044**
Telephone Accountholder -
Social Security - ██████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**

*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name – **OBAMA, BARACK**
Street Address – **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased – **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name – **OBAMA, BARACK**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -▮▮▮▮▮▮▮▮
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name – **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -▮▮▮▮▮▮▮▮
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name – **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
*Probable Current Address -* **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓
Age -
Date of Birth -
Deceased - **No**
*Date Record Verified -* **Jun 07 - Jan 08**
*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 WHITE HOUSE DR**
City, State, Zip - **SALT LAKE CTY UT 84115**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
*******************************************************************************

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
*******************************************************************************

Name - **OBAMA, BARACK**

Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1212 RAINTREE DR**
City, State, Zip - **FORT COLLINS CO 80526-1871**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**

Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - ████████
Deceased - **No**
Date Record Verified - **Apr 86**
*****************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ████████
Age - **47**
Date of Birth - ████████
Deceased - **No**
Date Record Verified -
*****************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ████████
Age - **47**
Date of Birth - ████████
Deceased - **No**
Date Record Verified -
*****************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ████████
Age - **47**
Date of Birth - ████████
Deceased - **No**
Date Record Verified - **Oct 86**
*****************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▮▮▮▮▮▮▮
Age - **47**
Date of Birth ▮▮▮▮▮▮▮
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▮▮▮▮▮▮▮▮
Age - **47**
Date of Birth ▮▮▮▮▮▮▮▮
Deceased - **No**
Date Record Verified - **Jan 88**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security ▮▮▮▮▮▮▮
Age - **47**
Date of Birth ▮▮▮▮▮▮▮
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▮▮▮▮▮▮▮
Age -
Date of Birth -
Deceased - **No**

Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪
Age - **47**
Date of Birth - ▪▪▪▪▪▪▪▪
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **123 NOWHERE ST**
City, State, Zip - **VALPARAISO IN 46385**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **295 HARVARD ST # 1505**
City, State, Zip - **CAMBRIDGE MA 02139-2382**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪x
Age - **47**
Date of Birth ▪▪▪▪▪▪▪▪▪▪
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1322 MAIN ST**
City, State, Zip - **TRENTON MO 64683-1825**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **123 ANYSTREET**
City, State, Zip - **DALLAS TX 75254**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
*********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
*********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 97 - Aug 04**
*********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 99**
*********************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - ████████
Age - **119**
Date of Birth - ████
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK J SR**
Street Address - **225 ROBINSON S**
City, State, Zip - **STRATFORD TX 79084**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK OBAM**
Street Address - **5131 RFD**
City, State, Zip - **LONG GROVE IL 60047**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK USSEN**
Street Address - **1911 52ND AVE**
City, State, Zip - **MOLINE IL 61265-6381**
Probable Current Address - **Yes**
Telephone - **309-736-1217 - CDT**
Telephone Accountholder - **OBAMA BARACK USSEN**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
*Date Record Verified* - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
*Telephone* -
Telephone Accountholder -
Social Security ███████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ███████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **3600 ONEIDA ST**
City, State, Zip - **DENVER CO 80207-1532**
Probable Current Address - **No**
Telephone - **303-698-7659 - MDT**
Telephone Accountholder -
Social Security ███████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
*********************************************************************************

Name - **OBAMA, BARAK**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**

*********************************************************************************

Name - **OBAMA, BARAK**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▪▪▪▪▪▪▪▪▪
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - May 09**
*********************************************************************************

Name - **OBAMA, BARAK**
Street Address - **258 WHITE HOUSE RD**
City, State, Zip - **GERMANTOWN MD 20872**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*********************************************************************************

Name - **OBAMA, BARAK**
Street Address - **348 6TH ST**
City, State, Zip - **SOUTH AMBOY NJ 08879-1251**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
*************************************************************************

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **3531 PROSPECT AVE**
City, State, Zip - **SHADYSIDE OH 43947-1143**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
*************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1835 AUGUSTA DR**
City, State, Zip - **JAMISON PA 18929-1085**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - ▓▓▓▓▓▓▓
Deceased - **No**
Date Record Verified -
*************************************************************************

Name - **OBAMA, BARAK**
Street Address - **2700 ARDMORE ST**
City, State, Zip - **SWISSVALE PA 15218**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓▓▓
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
*************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1234 PIPER LN**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▓▓▓▓▓▓▓
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **22 CREEK RD APT 27**
City, State, Zip - **IRVINE CA 92604-4760**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **2 RETRIEVER CT**
City, State, Zip - **COLUMBUS GA 31909-4815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**

******************************************************************************

Name – **OBAMA, BARAKE**
Street Address – **1313 LANE**
City, State, Zip – **BOCA RATON FL 33433**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security – ██████████
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Feb 08 – Aug 08**
******************************************************************************

Name – **OBAMA, BARAQ H**
Street Address – **14300 NE 18TH ST**
City, State, Zip – **VANCOUVER WA 98684-7807**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Mar 08 – Jul 08**
******************************************************************************

Name – **OBAMA, BARAQ H**
Street Address – **143NE 18TH ST**
City, State, Zip – **VANCOUVER WA 98684**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Mar 08**
******************************************************************************

Name – **OBAMA, BARBARA**
Street Address – **506 605TH AVE**
City, State, Zip – **AURORA IL 60506**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Sep 04 – Jan 05**
******************************************************************************

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*******************************************************************************

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
*******************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **HOME**
City, State, Zip - **WESTMINSTER CA 92683**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*******************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*******************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1420 PENNSYLVANIA AVE SE**

City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone - **202-548-2817 - EDT**
*Telephone Accountholder -*
Social Security -
Age - **19**
Date of Birth - ███████
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **142354 JSDJDSNFC**
City, State, Zip - **APOPKA FL 32712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1601 S BAYSHORE DR**
City, State, Zip - **MIAMI FL 33133-4201**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - ███████
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**

Probable Current Address - **No**
*Telephone -*
*Telephone Accountholder -*
*Social Security -*
*Age -*
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*****************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder - .
Social Security -█████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Feb 09**
*****************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **12 BRIAN ROBERTS LN**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*****************************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - █████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
*****************************************************************************************************

Name - **OBAMA, BARRACK B**
Gender - **Male**
Street Address - **485 KIMBALL CROSSING DR**
City, State, Zip - **JASPER TN 37347-5650**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
*Age* -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK H**
Gender - **Male**
Street Address - **123 MAGNOLIA AVE**
City, State, Zip - **RIVERSIDE CA 92887**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
*Age* -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ▮▮▮▮▮▮▮▮
*Age* -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
*Age* -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*********************************************************************************

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*********************************************************************************

Name - **OBAMA, BARRY**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08 - Oct 08**
*********************************************************************************

Name - **OBAMA, BARRY M**
Gender - **Male**
Street Address - **1923 WASHINGTON ST**
City, State, Zip - **ASHEVILLE NC 28803**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*********************************************************************************

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ███████████
Age - **44**
Date of Birth █████████
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security ██████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

Telephone Accountholder –
Social Security – ███████████
Age – **45**
Date of Birth – ██████████
Deceased – **No**
Date Record Verified –
*********************************************************************************************

Name – **OBAMA, BETTY**
Street Address – **123 MOHEGAN AVE**
City, State, Zip – **NORTH BRANFORD CT 06471**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Apr 08 - Aug 08**
*********************************************************************************************

Name – **OBAMA, BILLY**
Street Address – **10 7TH ST APT 714**
City, State, Zip – **BUFFALO NY 14201-2214**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Mar 09 - Jul 09**
*********************************************************************************************

Name – **OBAMA, BINLAD SR**
Street Address – **20823 BRYANT ST**
City, State, Zip – **WINNETKA CA 91306-1214**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **May 09 - Jul 09**
*********************************************************************************************

Name – **OBAMA, BO**
Street Address – **7363 THOMAS**
City, State, Zip – **MANASSAS VA 20109**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ███████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ████████████
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ████████
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - ████████

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
************************************************************************************

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
************************************************************************************

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - ████████
Deceased - **No**
Date Record Verified -

# Exhibit 7