# BEGLEY LAW FIRM, PLLC
*Post Office Box 287*
*Jackson, Mississippi 39205*

**Samuel L. Begley**
sam@begleylawfirm.com

*Telephone*
*(601)969-5545*

*Facsimile*
*(601)969-5547*

March 30, 2012

**Via Hand Delivery**

**FILED**

**MAR 3 0 2012**

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

The Honorable Barbara Dunn
Hinds County Circuit Clerk
P.O. Box 327
Jackson, MS 39205
601-968-6628 (office)

RE:    *Dr. Orly Taitz, Esq. v. Democrat* (sic) *Party of Mississippi, Secretary of State of Mississippi*; In the Circuit Court of Hinds County, Mississippi; Civil Action No. 251-12-107 CIV

Dear Ms. Dunn:

Enclosed please find an original and one copy of the Defendant Mississippi Democratic Party Executive Committee's Motion for Admission of Counsel *Pro Hac Vice* of Scott J. Tepper, Esq. in the above referenced case.  The Motion has affixed to it Mr. Tepper's Verified Application and Certificate of Good Standing of the California State Bar required by M.R.A.P. 46(b).  Please file the original, stamp the copy "filed" and return it to me via my office representative.

Today I will supply this pleading to the Special Judge, the Mississippi Supreme Court Clerk, the Mississippi Bar, and all counsel of record.

Sincerely,

BEGLEY LAW FIRM, PLLC

By:_____
Samuel L. Begley MSB#2315

Enclosures
cc:    The Honorable R. Kenneth Coleman, Special Judge (via email and U.S. Mail)
The Honorable Kathy Gillis, Supreme Court Clerk (via hand delivery)
The Mississippi Bar, Membership Records (via hand delivery)
All Counsel of Record (via email and U.S. Mail)

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI**

**DR. ORLY TAITZ, ESQ**                                         **PLAINTIFF**

**VS.**                                   CIVIL ACTION NO. 251-12-107 CIV



**DEMOCRATIC PARTY OF MISSISSIPPI,**                          **DEFENDANTS**
**SECRETARY OF STATE OF MISSISSIPPI**

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

COMES NOW the Defendant, the Mississippi Democratic Party Executive Committee

("Defendant"), by and through its local counsel and, pursuant to Rule 46(a) of the Mississippi

Rules of Appellate Procedure, hereby respectfully moves for the admission of Scott J. Tepper as

counsel *pro hac vice* for the purpose of participating in this action as co-counsel for the Defendant,

and in support thereof states the following:

1.  As set forth in the Application exhibited hereto as Exhibit "1", Scott J. Tepper ("Tepper") is

    engaged in the practice of law in the State of California, is in good standing to practice law as

    set forth in Exhibit "2" attached hereto, and has been admitted to practice law in the following

    jurisdictions and courts:

2.  California Supreme Court  (and California)          January 5, 1972
    U.S. District Court, Central District of California   January 24, 1972
    U.S. District Court, Northern District of California  March 14, 1972
    U.S. District Court, Southern District of California  July 18, 1974
    U.S. Ninth Circuit Court of Appeals                  November 2, 1972
    U.S. Supreme Court                                   January 20, 1975
    U.S. Federal Circuit Court of Appeals,               November 27, 1992

3.  Tepper is not a resident of the State of Mississippi and does not maintain an office in

Mississippi but associated counsel's law firm, Begley Law Firm, PLLC, does maintain an office in Mississippi that is staffed by full time attorneys who are licensed to practice law in Mississippi;

4. Tepper has not been admitted *pro hac vice* in the State of Mississippi within the proceeding twelve months;

5. Tepper has not been disciplined in any manner by any jurisdiction in which he has been admitted to practice law and has no pending disciplinary proceedings in any jurisdiction;

6. All applicable provisions of the Mississippi Rules of Civil Procedure, Mississippi Rules of Appellate Procedure and the Uniform Rules of Circuit and County Court Practice have been read by Tepper and this motion for *pro hac vice* complies with those rules; and,

7. For the purpose of this representation of the Defendant, Tepper will be associated with the undersigned counsel and the law firm of Begley Law Firm, PLLC as counsel for the Defendant.

8. Samuel L. Begley, Esq., of Begley Law Firm, PLLC certifies that he is a member in good standing of the Mississippi Bar.

WHERFORE, PREMISES CONSIDERED, the undersigned, on behalf of the Defendant, the Mississippi Democratic Party Executive Committee, respectfully requests that this Court grant this motion permitting Scott J. Tepper to appear in the above styled matter, *pro hac vice,* as co-counsel for the Mississippi Democratic Party Executive Committee.

2

**RESPECTFULLY SUBMITTED,** this the day of March, 2012.

THE MISSISSIPPI DEMOCRATIC PARTY
EXECUTIVE COMMITTEE, DEFENDANT

By: _____
Samuel L. Begley (MSB No. 2315)
Attorney for the Mississippi Democratic
Party Executive Committee

OF COUNSEL:
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via email and U.S. Mail or hand delivery on the following:

**EMAIL AND U.S. MAIL:**

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

**HAND DELIVERY:**

The Honorable Kathy Gillis
450 High Street
P. O. Box 117
Jackson, Mississippi 39205

Ashley Sasser, Membership Records
The Mississippi Bar
643 North State Street
Jackson, MS 39202

This the 30 day of March, 2012.

_____
SAMUEL L. BEGLEY

6

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**DR. ORLY TAITZ, ESQ**                                            **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 251-12-107 CIV**

**DEMOCRATIC PARTY OF MISSISSIPPI,**                    **DEFENDANTS**
**SECRETARY OF STATE OF MISSISSIPPI**

<u>**VERIFIED APPLICATION OF SCOTT J. TEPPER**</u>

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

    **PERSONALLY APPEARED BEFORE ME,** the undersigned authority in and for the

aforesaid jurisdiction, the within named Scott J. Tepper, who after being duly sworn, states under

oath as follows:

1. I desire to appear as co-counsel for the Mississippi Democratic Party Executive

   Committee, *pro hac vice*, before the Circuit Court of the First Judicial District of Hinds

   County, Mississippi, in the above-styled case.

2. a.    My full name is Scott J. Tepper

    b.    My residential address is:

        (Applicant's California residential address and phone number will be provided to
        the Court, *in camera*, if so ordered.)

    c.    My office address is:
        Garfield & Tepper
        1801 Century Park East, Suite 2400
        Los Angeles, CA 90067-2326
        Tel: 310-277-1981

1



**EXHIBIT**

Fax: 310-277-1980
Email: scottjtepper@msn.com

3.  I have been admitted to practice law in the following jurisdictions, as of the dates set forth:

| *Title of Court* | *Date of Admission* |
| --- | --- |
| California Supreme Court (and California) | January 5, 1972 |
| U.S. District Court, Central District of California | January 24, 1972 |
| U.S. District Court, Northern District of California | March 14, 1972 |
| U.S. District Court, Southern District of California | July 18, 1974 |
| U.S. Ninth Circuit Court of Appeals | November 2, 1972 |
| U.S. Supreme Court | January 20, 1975 |
| U.S. Federal Circuit Court of Appeals, | November 27, 1992 |

4.  I do not maintain an office within the State of Mississippi, but the law firm of associated counsel, Begley Law Firm, PLLC, maintains an office at 854 N. Jefferson Street, Jackson Mississippi, 39202.

5.  I have not engaged in the general practice of law in the State of Mississippi without being properly admitted and licensed to practice law in the State of Mississippi.

6.  I am currently licensed in good standing to practice law in each jurisdiction in which I have previously been admitted.

7.  I have never been suspended or disbarred in any jurisdiction in which I have been admitted.

8.  I have not been the subject of any disciplinary action by the bar or courts of any jurisdiction.

9.  I am of good moral character and I am familiar with the ethics, principles, practices, customs and usages of the legal profession in the State of Mississippi.

10. During the immediately preceding twelve (12) months, I have not appeared, am not presently appearing or do not have a request pending for admission to appear as counsel *pro hac vice* within this state.

2

11. Unless I am permitted to withdraw by order of the Circuit Court of Hinds County, Mississippi, I will continue to represent the Mississippi Democratic Party Executive Committee, in the cause until the final determination of the cause, and with reference to all matters incident to such cause, I consent to the jurisdiction of the courts of the State of Mississippi, of the disciplinary tribunals of The Mississippi Bar, and of the Mississippi Board of Bar Admissions in all respects as if I were a regularly admitted and licensed member of the Mississippi Bar.

12. I have not been found, in an appropriate disciplinary proceeding, to have advertised services in violation of Rule 7.2 of the Mississippi Rules of Professional Conduct, nor am I employed by or am a member of a firm which has been so found.

13. I hereby certify that simultaneously herewith:

    a.  I will cause a copy of this Verified Application to be served on the Clerk of the Supreme Court of Mississippi, and upon all counsel of record in this cause.

    b.  I will cause the required fee to be forwarded to the Clerk of the Supreme Court of Mississippi.

    c.  I will cause the required payment to be forwarded to The Mississippi Bar.

14. The following is the name and office address of the member in good standing of The Mississippi Bar with whom I am associated in this cause:

        Samuel L. Begley (MSB No. 2315)
        Begley Law Firm, PLLC
        P.O. Box 287
        Jackson, Mississippi 39205
        Telephone: 601-969-5545
        Facsimile: 601-969-5547

I declare under penalty of perjury that the foregoing is true and correct.



SCOTT J. TEPPER          Mar 29, 2012

**SWORN AND SUBSCIBED BEFORE ME**, this the _29th__ day of March, 2012.

_____
**NOTARY PUBLIC**

My Commission Expires:  _March 17, 2016_

State of California
County of _Los Angeles_   } SS

Subscribed and sworn to (or affirmed) before me on this
_29TH___ day of _March_____ _2012___, by
DATE          MONTH          YEAR

_Scott J. Tepper_____
Name of Signer(s)
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Adrian Edward Newsom_____
Signature of Notary Public

ADRIAN EDWARD NEWSOM
Commission # 1970090
Notary Public - California
Los Angeles County
My Comm. Expires Mar 17, 2016

4

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

**PERSONALLY APPEARED BEFORE ME** the undersigned authority in and for the state and county aforesaid, the within named Samuel L. Begley who, being first by me duly sworn, states on aid that he agrees to have Scott J. Tepper, Esq. associated with him in the above styled case as local counsel and that the matters and facts set forth in the foregoing Application and Motion are true and correct as therein stated.

SAMUEL L. BEGLEY

**SWORN AND SUBSCIBED BEFORE ME**, this the 30 day of March, 2012.

NOTARY PUBLIC

BARBARA DUNN, CIRCUIT CLERK

My Commission Expires: Jan 03, 2016

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via email and U.S. Mail or hand delivery on the following:

**EMAIL AND U.S. MAIL:**

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

**HAND DELIVERY:**

The Honorable Kathy Gillis
450 High Street
P. O. Box 117
Jackson, Mississippi 39205

Ashley Sasser, Membership Records
The Mississippi Bar
643 North State Street
Jackson, MS 39202

This the 3d day of March, 2012.

SAMUEL L. BEGLEY

6

## THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 23, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SCOTT JARED TEPPER, #051693 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

EXHIBIT

2



IN THE CIRCUIT COURT OF THE FIRST JUDICIAL
DISTRICT OF HINDS COUNTY, MISSISSIPPI

DR. ORLY TAITZ, ESQ.                            PLAINTIFF

VS.                                  CIVIL NO. 251-12-107-CIV

DEMOCRATIC PARTY OF MISSISSIPPI,
SECRETARY OF STATE OF MISSISSIPPI


## ORDER

The Court finds that the hearing scheduled for April 16, 2012 in this matter must be cancelled and continued to a later date for reasons personal to the Court.

IT IS, THEREFORE, ORDERED that the hearing scheduled for April 16, 2012, in this cause, is hereby cancelled and continued until a later date.

The Clerk of this Court is hereby directed to furnish a true and correct copy of this ORDER to counsel of record for the parties.

SO ORDERED, on this the 11th day of April, 2012.

                                    R. Kenneth Coleman
                                    Special Circuit Judge


BOOK 731   PAGE 060

ROBERT KENNETH COLEMAN
CIRCUIT COURT JUDGE,
SENIOR STATUS
P.O. BOX 1995
NEW ALBANY, MS 38652

662-316-2636
cjrkcoleman@hotmail.com

April 12, 2012

Honorable Barbara Dunn
Hinds County Circuit Clerk
P.O. Box 327
Jackson, MS 39205

    Re: Taitz v. Democratic Party of Mississippi, et al
       Civil Action No. 251-12-107 CIV

Dear Ms. Dunn:

Please find enclosed and ORDER of continuance for filing in the above reference cause. Please furnish counsel of record a copy of the ORDER. By email this morning I advised counsel of this.

Thanks for your help with this matter. With best wishes, I remain....

Respectfully yours,

R. Kenneth Coleman
Special Circuit Judge

**IN THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI**

DR. ORLY TAITZ, ESQ                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 251-12-107 CIV

DEMOCRAT PARTY OF MISSISSIPPI,                              DEFENDANTS
SECRETARY OF STATE OF MISSISSIPPI

FILED
APR 1 3 2012
BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

## ANSWER AND AFFIRMATIVE DEFENSES OF THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE COMMITTEE

COMES NOW the Mississippi Democratic Party Executive Committee answering for the Defendant, Democrat (sic) Party of Mississippi, by and through its undersigned attorney, and hereby files its answer and defenses to the petition filed in this case and states as follows:

### Answer

The allegations set forth in the unnumbered paragraph on pages 1 and 2 of the petition are denied.

The allegations pertaining to *Miss. Code Ann.* § 23-15-961, which are quoted in pages 2-4 of the petition, do not require a response and, to the extent they do, any allegations therein are denied.

1. The allegations contained in paragraph 1 of the petition are denied.

2. The allegations contained in paragraph 2 of the petition are denied.

3. The allegations contained in paragraph 3 of the petition are denied.

4. The allegations contained in paragraph 4 of the petition are denied.

5. The allegations contained in paragraph 5 of the petition are denied.

6. The allegations contained in paragraph 6 of the petition are denied.

7. The allegations contained in paragraph 7 of the petition are denied.

1

8. The allegations contained in paragraph 8 of the petition are denied.

9. The allegations contained in paragraph 9 of the petition are denied.

10. The allegations contained in paragraph 10 of the petition are denied.

11. The allegations contained in paragraph 11 of the petition are denied.

The Mississippi Democratic Party Executive Committee further denies the allegations set forth in the unnumbered paragraph beginning on page 7, and denies that the Petitioner is entitled to any relief whatsoever.

Any other allegations in the petition that have not been addressed above are hereby denied.

**Affirmative Defenses**

12. The petition fails to state a claim upon which relief can be granted.

13. The Court lacks subject matter jurisdiction to hear this petition.

14. The Petitioner lacks standing to bring this action.

15. The Defendant asserts ripeness and mootness.

16. The action is barred by the statute of limitations.

WHERFORE, PREMISES CONSIDERED, the Defendant prays that this Court will, upon considering the Answer and Defenses, along with the dispositive motions previously filed, enter an Order and Judgment dismissing the Plaintiff's Petition with prejudice and shall likewise assess the Plaintiff with all costs and reasonable attorney's fees for bringing this frivolous action.

Respectfully submitted,

**THE MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE, RESPONDENT**

By: _____
        Samuel L. Begley (MSB No. 2315)

2

BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)

Scott J. Tepper
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
scottjtepper@msn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via U.S. mail and email on the following:

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

Scott J. Tepper
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
scottjtepper@msn.com

This the ___ day of April, 2012.



_____
SAMUEL L. BEGLEY

4

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT**
**OF HINDS COUNTY, MISSISSIPPI**

FILED

MAR 23 2012

BARBARA DUNN, CIRCUIT CLERK

BY _____ D.C.

**DR. ORLY TAITZ, ESQ**

PLAINTIFF

**VS.**

**CIVIL ACTION NO. 251-12-107 CIV**

**DEMOCRATIC PARTY OF MISSISSIPPI,**
**SECRETARY OF STATE OF MISSISSIPPI**

**DEFENDANTS**

## MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE COMMITTEE'S MOTION IN LIMINE

COMES NOW the Defendant, the Mississippi Democratic Party Executive Committee, by and through its undersigned attorney, and hereby moves the Court to allow it to cross examine the Plaintiff, under oath, during the hearing on this matter, concerning any dealings that the Plaintiff has had with any persons or entities that have economically induced her to prosecute this civil action, and other civil actions, either as counsel or plaintiff, alleging that President Obama is not a "natural born citizen" of the United States under the United States Constitution and that there exist great acts of fraud and criminality surrounding representations of his birth and nationality.

*Miss. Code Ann.* § 97-9-11 prohibits the practice of champerty[1], maintenance[2] and barratry[3], making it a crime for any person or organization to solicit, request or donate any money or any other thing of value, or any other assistance, as an inducement to any person, such as the Plaintiff, to commence or prosecute any proceeding in any court in the State of Mississippi.  As

---

1 Champerty is defined as an agreement between an officious intermeddler in a lawsuit and a litigant by which the intermeddler helps pursue the litigant's claim as consideration for receiving part of any judgment proceeds; specif., an agreement to divide litigation proceeds between the owner of the litigated claim and a party unrelated to the lawsuit who supports or helps enforce the claim.  *Black's Law Dictionary* (9th ed. 2009).

2 Maintenance is defined as improper assistance in prosecuting or defending a lawsuit given to a litigant by someone who has no bona fide interest in the case; meddling in someone else's litigation. *Id.*

3 Barratry is defined as vexatious incitement to litigation, esp. by soliciting potential legal clients. *Id.*

1

will be noted below, the Plaintiff is using the media attention she receives from filing lawsuits questioning the legitimacy of the President for the primary purpose of generating monetary contributions to support her "celebrity" and her declared candidacy for the 2012 United States Senate election in California.   *See* candidate website, Exhibit 1, attached.

As indicated in our Motion for Sanctions, a plaintiff in Mississippi may not file a frivolous lawsuit, especially where existing case decisions, including those in which the Plaintiff was a party, unequivocally prohibit the claim.   *In re Spencer*, 985 So.2d 330 (Miss. 2008) (pleading is frivolous when a party has no hope of success).   As our Motion to Dismiss sets forth in detail, the Plaintiff and persons like her have had each and every one of their myriad "birther" lawsuits dismissed.

Neither Court, the State of Mississippi, the Mississippi Democratic Party, nor President Obama should be made to suffer a baseless, unsupportable lawsuit.   Clearly, the Plaintiff's lawsuit is an abuse of process—designed to stir up bigotry, hate and conspiracy theories and to advance her "celebrity" and candidacy for the United States Senate.   *Central Healthcare Services, P.A. v. Citizens Bank of Philadelphia*, 12 So.3d 1159, 1167 (Miss. App. 2009) (crucial element of cause of action for abuse of process is the intent to abuse the privilege of the legal system).

The Plaintiff is a prolific "birther" litigant.   Her discussions of her lawsuits fuel her website, found at www.orlytaitzesq.com, which boasts being the "World's Leading Obama Eligibility Challenge Web Site."   See Exhibit 2, attached.   The website solicits contributors to mail donations to the "Defend our Freedoms Foundation," in care of the Plaintiff, and even authorizes payments through Mastercard, Visa and American Express.   Additionally, there is an extensive Wikipedia webpage describing the Plaintiff's many court proceedings involving the

2

"birther" issue.   See Exhibit 3, attached.   A search of Westlaw reveals twenty-one cases filed since 2009.   See Exhibit 4, attached.

By cross examining the Plaintiff, the Defendant seeks to determine from whom Plaintiff has received financial assistance and whether such contributions have induced her to file these frivolous lawsuits.   We reasonably believe that sworn testimony from the Plaintiff will lay the foundation for the imposition of sanctions, warrant a future claim for abuse of process, and perhaps lead to criminal prosecution under *Miss. Code Ann.* § 97-9-11.

WHERFORE, PREMISES CONSIDERED, the Defendant prays that its Motion in Limine will be granted as described above.

**RESPECTFULLY SUBMITTED,** this the 22ʳᵈ day of March, 2012.

**THE MISSISSIPPI DEMOCRATIC PARTY
EXECUTIVE COMMITTEE, DEFENDANT**

By: _____
Samuel L. Begley (MSB No. 2315)

**OF COUNSEL:**
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was caused to be served via email and U.S. mail on the following:

The Honorable R. Kenneth Coleman
Special Circuit Judge
P.O. Box 1995
New Albany, Mississippi 38652

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

This the 22 day of March, 2012.

SAMUEL L. BEGLEY

4

# EXHIBIT 1

Home    Videos    Platform    Donate    Biography/ Photos

**CONTRIBUTE**



*"It is not the critic who counts; not the man who points out how the strong man stumbles, or where the doer of deeds could have done them better. The credit belongs to the man who is actually in the arena, whose face is marred by dust and sweat and blood; who strives valiantly; who errs, who comes short again and again, because there is no effort without error and shortcoming; but who does actually strive to do the deeds; who knows great enthusiasms, the great devotions; who spends himself in a worthy cause; who at the best knows in the end the triumph of high achievement, and who at the worst, if he fails, at least fails while daring greatly, so that his place shall never be with those cold and timid souls who neither know victory nor defeat."*
    –    Theodore Roosevelt, April 23, 1910

**Latest polling: Dr. Orly Taitz is ranked #1 among CA GOP voters.**





EXHIBIT

DVD of the historic trial in GA and DVD of a historic testimony in NH, where evidence was provided showing Obama using a forged birth certificate and a stolen social security number. The DVDs are in a beautiful commemorative case with personal autographs from attorney Dr. Orly Taitz $22.50 each +$2.50 for shipping and handling.

Pay by credit card on the website RunOrlyRun.com (this website) or by check to: Orly Taitz for US Senate 2012, 29839 Santa Margarita ste 100, RSM, CA 92688.

Please visit also www.thepostemail.com.

## Candidate Statement on CA ballots for U.S. Senator

ORLY TAITZ

Doctor/Attorney/Businesswoman

Qualified Date:3/1/2012 9:34:00 AM
Candidate Statement Issued:
Candidate Statement Filed:
Sigs In Lieu Issued:1/3/2012
Sigs In Lieu Filed:1/23/2012
Filing Fee Paid:2/15/2012
Nomination Papers Issued:
Nomination Papers Filed:
Declaration of Candidacy Issued:2/15/2012
Declaration of Candidacy Filed:2/15/2012
User Code:
Following candidate statement will be published in ballot pamphlets going to nearly 40 million citizens of CA

*U.S. Senate Candidate Dr. Orly Taitz*

I am not a career politician. I am a businesswoman, a licensed attorney and a licensed doctor of Dental Surgery, a wife and a mother. For 25 years my husband and I have raised our 3 sons in California. I am running, because I want young people of the Golden state to have the opportunities that we had in Reagan Golden era.

As long as the same career politicians continue representing us, we will continue losing American jobs and gaining American debts. My 3 main goals: *jobs, jobs, jobs.* I will seek 5 years moratorium on taxation on any company repatriating to US and companies creating new American jobs. For every dollar in tax revenues on newly created jobs for the *U.S. citizens,* there will be a dollar in taxation credit for the companies. No more crushing debt on our children, no more regulations killing American jobs.

As an attorney I showed courage in fighting for your Constitutional rights. Recently a judge upheld my subpoena for Barack Obama to appear at trial and provide his identification papers. You deserve the *truth, respect and answers*: why Barack Obama is using a Connecticut Social Security number, which was never assigned to him according to E-verify, why his alleged copy of a birth certificate is deemed to be a computer generated forgery, why his school records show him as an Indonesian citizen and many others. *If you want your government accountable to you, vote Orly Taitz!*

## Criminal Complaint sent to AG of MS.

## Dr. Orly Taitz, Esq. is the Best GOP Candidate in CA for U.S. Senate

*Dr. Taitz has proven many times that she's not afraid of Obama. She relentlessly challenges him in courts to prove his eligibility that he's natural born citizen and therefore qualified to be president of the United States. As U.S. Senator, she will have the stature to fight Obama in the U.S. Senate, should he win reelection. And if he doesn't, she will make sure that nobody ever becomes president of the United States again without a valid birth certificate.*

*Dr. Taitz' main primary opponent is Elizabeth Emken. What has she accomplished? She's an advocate for the special needs of Autism. That's it. If she becomes U.S. Senator, she will work for more spending for Autism, SSI, Medi-Cal and more social entitlements. This will mean more taxes to pay for these expenses. Already many corporations are leaving CA to move to business-friendly states. And when*

*corporations leave, there will be more unemployment in CA. Elizabeth Emken should join the Democrat Party. They have the same socialist agenda. — Chito Papa*

### GA Judge Denies Obama's Motion to Dismiss

### CA Residents. Please vote Dr. Orly Taitz as Candidate for U.S. Senate.

Orly Taitz: Washington Post Profiles 'Birther Queen'

Orly Taitz: Natural born litigator

Orly Taitz in New Hampshire before the NH Elections Commission

Sen. Feinstein Loaded up on Biotech Stock Just Before Company Received $24 Million Gov't Grant

### CITIZENS! YOU CAN CHALLENGE OBAMA'S ELIGIBILITY.

Obama does not meet the requirements to be on the ballot, and he has submitted false documents in support of his eligibility. Call your state secretary of state on how you may file a challenge.

Here are the addresses of **State Election Agencies**.
Here are the phone numbers of the **Secretaries of States**.
Call your state governor to complain about this violation of the U.S. Constitution.

Here are the phone numbers of the **State Governors**.



Click the image on the left to go to Orly Taitz' Blog.

### THE WINNER OF OUR SLOGAN CONTEST IS: BETTY!

#### Restore Old Glory, vote for Orly!

Thank you everyone for your donations and support. It helps me to pay for the airfare and expenses of travel around the country and prosecuting ObamaFraudGate and ObamaForgeryGate.

I am currently working on several cases. When I'll have a breather, I'll write a more detailed thank you to everyone. For now, I wanted to mention a few people, who helped not only with donations, but also with time and letters: George Miller, Captain Pamela Barnett, Gary Wilmott, Tracy, Commander Kerchner, Doug and Tanya, Nicole Erickson, Col. Sellin, General Jones, Mike, John, Michael, Fran, Sarah from MO, Sarah from IL, Jon, David, Carl, members of the staff of some congressmen, without giving their names. Thank you Mr. Hodge for the copy of the NH constitution, thank you Laura Carr.

Contributions are now accepted to help pay for election campaigns.
You can make a donation by credit card by going to the Donation page of this website.
Or you can write a check.  Please address the check payable to  "Orly Taitz for U.S. Senate 2012"
or it cannot be accepted as campaign contributions.

Please send checks to:
Dr. Orly Taitz Esq.
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

Email: orly.taitz@gmail.com

# EXHIBIT 2

- Home
- Latest polling: Dr. Orly Taitz is ranked #1 among CA GOP voters.
- Candidate Statement on CA ballots for U.S. Senator
- Complaint in GA
  - GA Judge Denies Obama's Motion to Dismiss
  - GA Proposed Summary of Law and Fact
  - Election challenge Secretary of State Indiana.pdf
  - Farrar et al v Obama et al First amended complaint.doc
  - Farrar corrected proposed summary of law and fact.pdf
  - Transcript Farrar.pdf
  - Farrar v Obama Exhibits in case file.pdf
  - Farrar Exhibits entered in the record by Judge Malihi.docx
- Criminal Complaint sent to the AG of MS.
- Orly Pleadings before NH
  - Video: Orly before NH Election Committee
- Police Concerns
- Sample Letter
- Videos

# Dr. Orly Taitz, Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

If you love your country, please help me fight this creeping tyranny and corruption.
Donations no matter how small will help pay for airline and travel expenses.



Mail donations to: Defend Our Freedoms Foundation, c/o Dr. Orly Taitz
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688.
Contact Dr. Taitz at orly.taitz@gmail.com or dr_taitz@yahoo.com.
In case of emergency, call 949-683-5411.



*"It is not the critic who counts; not the man who points out how the strong man stumbles, or where the doer of deeds could have done them better. The credit belongs to the man who is actually in the arena, whose face is marred by dust and sweat and blood; who strives valiantly; who errs, who comes short again and again, because there is no effort without error and shortcoming; but who does actually strive to do the deeds; who knows great enthusiasms, the great devotions; who spends himself in a worthy cause; who at the best knows in the end the triumph of high achievement, and who at the worst, if he fails, at least fails while daring greatly, so that his place shall never be with those cold and timid souls who neither know victory nor defeat."* — Theodore Roosevelt, April 23, 1910

*When the people fear their government, there is tyranny.
When the government fears the people, there is liberty.*
— Thomas Jefferson

*During times of universal deceit, telling the truth
becomes a revolutionary act.* — George Orwell

*First they ignore you, then they ridicule you, then they fight you,
then you win.* — Mahatma Gandhi

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, Esq.
Dr. Taitz, Esq. has no means of checking the veracity of all the claims and allegations in the articles.

## Dr. Orly Taitz is prosecuting currently 7 cases in multiple states

Posted on | March 22, 2012 | No Comments

Multiple cases are scheduled around the country. I made over 50 trips around the country prosecuting cases, meeting with the elections boards, elected officials

I am currently running as the leading candidate for the Republican nomination for the US Senate I toured 9 cities in CA and I am scheduled to tour 22 cities in CA

I still have to run my practice to pay for all my pro bono work.

Your donations are essential for me to be able to continue. i am planning to file notices to appear to Sheriff Arpaio and his investigator Mike Zullo. I hope this time there will be no games and at least one of them will appear in court and will testify under penalty of perjury before the judge. You can't remove the president with a book signing tour. You can achieve anything by providing evidence to the judicial branch: DA, AG, judges in court. So far Sheriff Arpaiodid not provide his evidence to any DA or AG with a criminal complaint for prosecution. i hope he or Zullo will appear before special judge Coleman in MS, so that based on their expert opinion he will remove Obama from the ballot in MS and will start the process of removing him all over the country. Please contact Arpaio and Zullo and demand that they cooperate and appear at trial. Please, help me succeed in the cases below:

1. MS April 16 hearing before special judge Coleman

2. GA Supreme court of GA



3. IN Marion county Circuit court

4. <u>District of Columbia circuit against commissioner of Social Security Michael Astrue</u>

5. District of Columbia circuit against the White House counsel Kathy Ryuemmmler

6. NH Motion for reconsideration Basillot law commission

7. CA Taitz v Dunn April 18th



🔲 Share / Save 🅵 🔊 🐦 ⁞

Category: <u>Uncategorized</u>

## <u>Selective service was given 30 days to respond to evidence of forgery of Obama's selective service certificate</u>

**Posted on** | March 22, 2012 | <u>No Comments</u>

<u>http://www.wnd.com/2012/03/sheriff-joe-wants-obamas-original-draft-card/</u>

🔲 Share / Save 🅵 🔊 🐦 ⁞

Category: <u>Uncategorized</u>

## Antiobama sentiment is growing in the military. Please, help me arrange voter meetings by the bases Camp Pendleton and others

Posted on | March 22, 2012 | No Comments

http://campaign2012.washingtonexaminer.com/blogs/beltway-confidential/marine-times-investigates-anti-obama-marines/438681

Share / Save ⬀ ➢ ✍ ⬎

Category: Uncategorized

## from Post & Email

Posted on | March 22, 2012 | No Comments

**Ballot Challenge to be Heard in Mississippi on April 16 | The Post ...**

*www.thepostemail.com/.../ballot-challenge-to-be-heard-in-mississippi...*
You +1'd this publicly. Undo

5 hours ago – UPDATE FROM *ORLY TAITZ* by Sharon Rondeau (Mar. 21, 2012) --- Atty. *Orly Taitz* reported that Mississippi Special Judge Robert Kenneth Coleman has
...

Share / Save ⬀ ➢ ✍ ⬎

Category: Uncategorized

## from a research paper by Tim Adams

Posted on | March 21, 2012 | No Comments

Graduate Paper written by Tim Adams: The President BO Birth Certificate controversy and the new media:

Jeff Jagosh to meBe the next Bob Woodward: If i only had more money i would surely donate to the cause. we love you.

Just in case  you haven't seen this.  below is page 26 (of 106) of this graduate study research paper written by Timothy Lee Adams of WKU.  Signed by 4 PHD's Western Kentucky U.timothy.adams773@topper.wku.edu

5-1-2011

Discourse and Conflict: The President BO Birth Certificate controversy and the new media:  Signed by 4 PHD's Western Kentucky U.Page 26:

In the case of President Obama's natal narrative, a similar campaign of

obfuscation has actively and admittedly been pursued by most of the major media,

despite all evidence to the contrary. Groups like FactCheck.Org have a so-called

Certification of Live Birth available on their website that purports to prove the

President's birth in Hawaii in 1961. The widespread media hyping of this forgery during

the presidential elections of 2008 has led to several claims, none of which have any basis

in reality.

"The Obama administration has placed his birth documentation online."

In fact, neither the State of Hawaii, nor the Obama administration has ever claimed the

purported document as theirs. A simple comparison shows the document is not a Hawaii,

state-issued, document.

"The C.O.L.B. has been certified by the State of Hawaii and contains a Notary

Seal from the State."

27

Fact: Contrary to several media reports, it does not.

"The State of Hawaii changed the birth certificate documents. These are the new

ones."

Fact: The C.O.L.B. document is dated 2007. Two years before the laws were changed in

2009.

So you can see, dearest reader, how misdirection and outright falsehood becomes

accepted and common wisdom. "But you can't be claiming that _____, (insert any

of your favored media talking heads, news programs, or media channels here) LIE, DO

YOU? Well, all I can say to you, Dear reader, is get over it. This barrage of media

bullshit has left the following discourse as typical public dialogue:

ME: "President Barack Obama's birth certificate is NOT on file at the State of Hawaii

Dept. of Health. It simply does not exist."

THEM: "President Obama placed his birth certificate online. Anyone can see it."

ME: "Sure he did. And I have a bridge to sell you too."

THEM: "Funny buddy, have fun living in the twilight zone."

ME:

⚙ Share / Save 🖬 ✈ ✌ ⋮

Category: Uncategorized

## 9/12 Glenn Beck group is promoting me

Posted on | March 21, 2012 | 3 Comments

You are being promoted
X
Inbox
X
Reply
|
Kevin Richardson to me
show details 10:00 PM (6 minutes ago)
Orly, just a quick note, we are promoting you on our www.meetup.co./SOC912 web site, and www.octeapartyblog.com web site for the April 20 SOC912 general meeting.
As the time gets close, we will be post on FaceBook group sites and on the news feed as well. I want as many people as possible to hear what you need to say.
Kevin

You are being promoted

X

Inbox

X

Reply

|

Kevin Richardson to me

show details 10:00 PM (6 minutes ago)

Orly, just a quick note, we are promoting you on our www.meetup.co./SOC912 web site, and www.octeapartyblog.com web site for the April 20 SOC912 general meeting.
As the time gets close, we will be post on FaceBook group sites and on the news feed as well. I want as many people as possible to hear what you need to say.Kevin

⚙ Share / Save 🖬 ✈ ✌ ⋮

Category: Uncategorized

## Please, contact CRA board members, tell them to grow some spine and get in sinc with the people. Standing up for the rule of law against the Chicago mob is not controversial, it's the right thing to do!

Posted on | March 21, 2012 | No Comments

Orly, I sure hope that the CRA Board gives you fair and equal treatment at the endorsing convention. As far as I know, the endorsements are done on the Sunday schedule.
I know from emails where I was included via Bcc, that some Board members that are vocal and constant bloggers think you are bright and even correct about "the enemy"
but are too controversial to be a serious competitor for the Senatorial race. My personal feelings are that we really missed out the last election when both you and John
Eastman and DeVore were not elected. We could have saved this State!
I'll continue to put in my two cents worth when anyone will listen. We really need you to start winning these court cases to save America.
Good luck Orly.
Kevin

⚙ Share / Save 🖬 ✈ ✌ ⋮

**Category:** Uncategorized

# TAMPERING WITH MY CAMPAIGN AND DONATIONS, HACKING AND REDIRECT FROM MY CAMPAIGN WEB SITE IS DE FACTO STEALING

Posted on | March 21, 2012 | No Comments

fyi
X
Inbox
X
Reply
|
Sharon Rondeau to me
show details 8:50 PM (33 minutes ago)
Hi, Orly, here is the article: http://www.thepostemail.com/2012/03/21/ballot-challenge-to-be-heard-in-mississippi-on-april-16/
Please let me know if I should correct anything.
As an FYI, the following link to www.runorlyrun.com from your Facebook page led to this: http://runorlyrun.org/
Someone has probably purposely redirected it away from your campaign site.
Sharon
Reply
Forward
Your message has been sent. Invite hosting to Gmail
Reply
|
Orly Taitz to hosting
show details 9:22 PM (1 minute ago)
from
Orly Taitz orly.taitz@gmail.com
to
hosting@networksolutions.com
date
Wed, Mar 21, 2012 at 9:22 PM
subject
Fwd: fyi
mailed-by
gmail.com
hide details 9:22 PM (1 minute ago)
Donations to my website are being redirected to another website RunOrlyRun.org
this is stealing, I need this stopped asap

fyi

X

Inbox

X

Reply

|

Sharon Rondeau to me

show details 8:50 PM (33 minutes ago)

Hi, Orly, here is the article: http://www.thepostemail.com/2012/03/21/ballot-challenge-to-be-heard-in-mississippi-on-april-16/
Please let me know if I should correct anything.
As an FYI, the following link to www.runorlyrun.com from your Facebook page led to this: http://runorlyrun.org/
Someone has probably purposely redirected it away from your campaign site.
Sharon

Reply

Forward

Your message has been sent. Invite hosting to Gmail

Reply

|

Orly Taitz to hosting

show details 9:22 PM (1 minute ago)

from
Orly Taitz orly.taitz@gmail.com

to
hosting@networksolutions.com

date
Wed, Mar 21, 2012 at 9:22 PM

subject
Fwd: fyi

mailed-by
gmail.com

hide details 9:22 PM (1 minute ago)

Donations to my website are boing redirected to another website RunOrlyRun.org
this is stealing, I need this stopped asap

🖸 Share / Save 🖪 ✈ ✍ ?

**Category:** Uncategorized

## Please contact all of the GOP women federated, central committees, CA news-papers and radio and TV stations. We need to beat the corrupt establishment in both parties and the elections reflect the will of the people. Off with the puppets!

**Posted on** | March 21, 2012 | No Comments

Women's federated speaker recommendation

   Shirley, per our conversation today at
Canoga Park-West Hills Republican
   Womens Federated luncheon, I am
   sending you the email of Senate candidate
   Orly Taitz for the purpose of booking her
   as a speaker at one of our monthly meetings.

orly.taitz@gmail.com

Orly recently let her supporters know this:

"Results of the latest Rasmussen-Pulse poll,   show me leading the challenge to Feinstein for the senate race in   CA."

   I am excited about the possibility of seeing
Orly Taitz at one of our meetings--thanks for
the consideration.

   I believe that she will be speaking at our
SFVRC meeting on the first Tuesday of
April (Galpin Ford, 2nd floor).

   --Linda

🖸 Share / Save 🖪 ✈ ✍ ?

**Category:** Uncategorized

## OC Register, second largest news paper in CA: "OC birther leads GOP Senate field"

**Posted on** | March 17, 2012 | 6 Comments

 

The insiders' hotline to politics in O.C. - by Brian Joseph, Martin Wisckol and Andrew Galvin.

« Previous Post
All Posts

Poll: O.C. birther leads GOP Senate field

**March 16th, 2012, 4:47 pm · · posted by** Martin Wisckol, Politics reporter

inShare1


Orly Taitz

Laguna Niguel attorney **Orly Taitz**, known nationwide for efforts to prove President **Barack Obama** is not a natural-born citizen, is leading the Republican field in the reelection bid of U.S. Sen. **Dianne Feinstein**, D-Calif., according to a poll by another Republican in the race.

Taitz is the best known of the candidates, thanks to her numerous suits against Obama, and polls at 19 percent among Republican voters, according to the poll by Los Angeles businessman **Al Ramirez**. Ramirez places second at 15 percent. Danville autism advocate **Elizabeth Emken** received the state GOP's endorsement on Sunday but was tied for last place at 2 percent in the Ramirez poll.

The fact of the matter, though, is that few have heard of most of the candidates – 38 percent responded they didn't know who they'd vote for if the election were held today. And Ramirez' Latino surname, the only one on the list, may have helped him.

Read more about the candidates.

Read the poll methodology.

🔖 Share / Save 🔗 ≫ ✍ ☰

Category: Uncategorized

## Even far left Wikipedia is reporting that I am leading the Republican race for the US senate in CA

Posted on | March 17, 2012 | No Comments

see quote from Wikipedia"

"A Feinstein advisor stated, "If this race plays out as a bunch of unknowns who have no serious funding, Orly Taitz will probably win the primary [along with Feinstein]."[29] A March 2012 poll by another Republican candidate had Taitz leading the Republican field; 38% of those polled had not decided whom to vote for.[32]"

🔖 Share / Save 🔗 ≫ ✍ ☰

Category: Uncategorized

## from CPT Pamela Barnett

Posted on | March 17, 2012 | 2 Comments

Submitted on 2012/03/17 at 11:11am

**CPT Pamela Barnett, Retired**  Congratulations Orly!
CPT Pamela Barnett (ret)

OC Register, second largest news paper in CA: "OC birther leads GOP Senate field"
1#

🔖 Share / Save 🔗 ≫ ✍ ☰

Category: Uncategorized

## Corrupt GOP machine is going against the GOP voters. See what they just gave to a lobbyist Emken a candidate, who got only 1% of the vote, the lowest number of votes according to polls. Please, help me stop this undemocratic, corrupt GOP machine demand that GOP allocates the funds according to polling or according to the primary results

Posted on | March 17, 2012 | 7 Comments

To:    California GOP Leaders
From:  Tim Clark, Lead Strategist, Emken for U.S. Senate
RE:    What the California Republican PartyEndorsement Means for Emken
Date:  March 14, 2012

On Sunday, Elizabeth Emken earned the official endorsement of the California Republican Party.  She is the firststatewide candidate to receive this endorsement under the open primary.
Republican Party Executive Director Brent Lowder said it best, "This is the equivalent of winning the primary under the oldsystem."
WHAT THE ENDORSEMENT MEANS
As the official Republican candidate, Emken enjoys all of the benefits of theRepublican Party nominee, including:
Featured on millions of GOP mail pieces scheduled for the June election.

Access to Party volunteers, door hangers, ground operations, and other structure.
Fundraising through a "Joint Fundraising Committee" with the California RepublicanParty.
Active support from Party leadership, including HouseMajority Whip Kevin McCarthy, Chairman Tom Del Beccaro and many others.
Special feature in all County sample ballots as the "official Republican candidate."
Recognition and support from the National Republican Senatorial Committee as the official Republicancandidate for U.S. Senate.
STRONG TOP-OF-THE TICKET STRATEGY
In fact, thisendorsement, which was earned in an open-format CRP board meeting in Burbank last Sunday, secures the Republican nomination forEmken. That's good news considering that California Republicans need a strong top-of-the-ticket to ensure victory in the Senate race aswell as California's dozen or so critical U.S. House contests.
We look forward to your continued support as we now move past the primary and focus on preparing for the November election.

☼ Share / Save 🖪 ⚊ ✍ ⚬

Category: Uncategorized

# We need wealthy philanthropists to fight our corrupt establishment

Posted on | March 17, 2012 | 2 Comments

Submitted on 2012/03/17 at 11:27am

It's disgusting how scared people have become even when the truth is staring them in the face, steven I've started researching wealthy philanthropist heavyweights to aid Orly in her brave mission to get to the bottom of Obama's dirty truth!

Why isn't article2pac, ORYR and others claiming to promote eligibility, not writing about the fact that I am leading the GOP race for the US senate in the most populated state?
0꿈

Approve | Reply | Quick Edit | Edit | Spam | Trash

☼ Share / Save 🖪 ⚊ ✍ ⚬

Category: Uncategorized

# Did Obama just declare himself a king and announced Peacetime Martial law? Are we going to be silent?

Posted on | March 17, 2012 | 23 Comments

Unbeliveable!!! Obama Executive Order…Peacetime Martial Law?
Inbox
X
Reply
|
Chris Kitze
show details 2:33 PM (19 minutes ago)
http://members.beforeitsnews.com/story/1906/406/Obama_Executive_Order:_Peacetime_Martial_Law.html
This Executive Order was posted on the White House .gov website yesterday.
Better twitter and promote this one far and wide…it's a wide ranging order giving many powers to cabinet level officials for "Preparedness", even before any war is declared.
Feel free to redistribute or republish this story with a link to the original.
CK
Chris Kitze
Publisher
chris@beforeitsnews.com
http://www.beforeitsnews.com

eitsnews.com

☼ Share / Save 🖪 ⚊ ✍ ⚬

Category: Uncategorized

# this might be Darren Hankins from Concord CA, who harassed me. I can't state 100%, but the name and city match

Posted on | March 17, 2012 | 3 Comments

re: item under police concerns
X
Inbox
X
Reply
|
robert to me
show details 4:17 PM (1 hour ago)
The info below may be for the same person.
darrenGhankins@gmail.com
71.202.156.41, Concord, CA
http://www.facebook.com/darren.hankins (Concord, CA)

# EXHIBIT 3

Orly Taitz - Wikipedia, the free encyclopedia
Case 3:12-cv-00280-HTW-LRA Document 6-9 Filed 04/27/12 Page 37 of 59
Page 1 of 10

# Orly Taitz

From Wikipedia, the free encyclopedia

**Orly Taitz** (born August 30, 1962) is an American dentist, lawyer,[7] former real estate agent,[8][9] and leading figure in the "birther" movement, which challenges whether Barack Obama is a natural-born citizen eligible to serve as President of the United States. She also promotes a number of other allegations both related and unrelated to Obama, and has initiated a number of lawsuits on behalf of the "birther" movement.

| Orly Taitz | |
| --- | --- |
| Orly Taitz in 2008 | |
| **Born** | August 30, 1962 Kishinev, Moldavian SSR, USSR[1] |
| **Residence** | Laguna Niguel, California, U.S. |
| **Citizenship** | American[2] |
| *Alma mater* | Hebrew University, Taft Law School |
| **Occupation** | Dentist, lawyer |
| **Known for** | Filing lawsuits challenging Barack Obama's eligibility to serve as President of the United States |
| **Home town** | Chişinău, Moldova (formerly Moldavian SSR) |
| **Political party** | Republican[3] |
| **Spouse** | Yosef Taitz |
| **Children** | 3 sons[4][5][6] |
| **Website** | |
| www.orlytaitzesq.com (http://www.orlytaitzesq.com) | |

## Contents

- 1 Early life and emigration
- 2 Activities
    - 2.1 Taitz's claims regarding Barack Obama
    - 2.2 Taitz's other claims
    - 2.3 Legal actions
        - 2.3.1 *Keyes v. Bowen*
        - 2.3.2 *Lightfoot v. Bowen*
        - 2.3.3 *Barnett v. Obama*
        - 2.3.4 *Cook v. Good*
        - 2.3.5 *Rhodes v. MacDonald*
            - 2.3.5.1 Attorney misconduct
        - 2.3.6 *Taitz v. Obama*
        - 2.3.7 *Taitz v. Astrue*
        - 2.3.8 *Taitz v. Fuddy*
        - 2.3.9 *Taitz v. Ruemmler*
        - 2.3.10 2012 New Hampshire primary challenge
        - 2.3.11 2012 Georgia primary challenge
        - 2.3.12 2012 Alabama primary challenge
        - 2.3.13 2012 Indiana primary challenge
    - 2.4 Political campaigns
        - 2.4.1 California Secretary of State, 2010 Republican primary
        - 2.4.2 U.S. Senator from California, 2012 nonpartisan blanket primary
    - 2.5 Activities in Israel
- 3 In the media
- 4 See also
- 5 References
- 6 External links

## Early life and emigration

Orly Taitz was born to a Jewish family in Chişinău, Moldavian SSR in the Soviet Union (present day Moldova).[6] Both of her parents were science teachers.[10] In 1981, Orly immigrated to Israel,[1] where she obtained a dentistry degree at Hebrew University.[1] In 1987, she met Yosef Taitz who proposed four months later. Orly immigrated to the United States in May 1987, marrying the Latvian-born[10] Yosef in Las Vegas, Nevada.[6] Taitz became a naturalized United States citizen in 1992.[2] She received her law degree from Taft Law School[10][11] and was admitted to practice law in California in December 2002.[12]

Taitz lives in Laguna Niguel, California[13] and owns dental practices in nearby Mission Viejo and Rancho Santa Margarita.[6] She has three sons,[6] holds a second degree black belt in Taekwondo, and speaks five languages: English, Hebrew, Romanian, Russian and Spanish.[14][15]

Before her national news exposure, Taitz was quoted in *The Orange County Register* in 2006 supporting Israeli military actions against Hamas and Hezbollah,[16] and downplaying the impact of the espionage trial of two American Israel Public Affairs Committee staffers [17] (charges against both were subsequently dropped).[18] Taitz has also said that she lost relatives in the Holocaust and that her grandmother witnessed the Kishinev pogrom.[14][19]

**EXHIBIT**
3

## Activities

### Taitz's claims regarding Barack Obama

*Main article: Barack Obama citizenship conspiracy theories*

Taitz alleges that President Obama is not a natural-born citizen of the United States and is therefore ineligible to serve as President. She claims he was born in Kenya and that he falsified his Selective Service papers and his application to the Illinois bar.[20] "I believe [Obama] is the most dangerous thing one can imagine, in that he represents radical communism and radical Islam: He was born and raised in radical Islam, all of his associations are with radical Islam, and he was groomed in the environment of the dirty Chicago mafia. Can there be anything scarier than that?"[21]

Taitz has made other Obama-related claims, including:

- A number of homosexuals from Obama's former church have died mysteriously.
- Obama has dozens of Social Security numbers, and his passport is inaccurate. Taitz claims that a person who was cooperating with the FBI in connection with Obama's passport died mysteriously, "shot in the head".
- A Kenyan birth certificate with the name "Barack Obama" is authentic.
- Obama's first act as President was to donate money to Hamas, which she claims will be used to build Qassam rockets.
- Obama, or someone connected to him, has made threats to Taitz's life and vandalized her car.[19]
- Obama is having the Federal Emergency Management Agency build internment camps for "Anti-Obama dissidents".[14]
- Osama bin Laden was killed years ago, with his body kept on ice, and the announcement of his death was timed to divert attention from an upcoming court case she is litigating challenging Obama's citizenship.[22]

### Taitz's other claims

Taitz has also supported a number of other theories not directly related to Obama, including:

- Goldman Sachs runs the United States Treasury.[21]
- Baxter International has developed a bird flu vaccine that kills people.[21]
- Representative Alcee Hastings and the House of Representatives are planning to build at least six labor camps.[21]
- Hugo Chávez owns the software that runs American voting machines.[19]
- FactCheck is untrustworthy because of its links to the Annenberg Foundation.[19]

Taitz has also advocated numerous Internet-related theories, including PayPal attacks, the deletion of her Wikipedia entry, and Google's flagging her webpage as an attack site and suppressing search results for her name.[19]

### Legal actions

#### Keyes v. Bowen

In November 2008, Taitz filed a lawsuit on behalf of independent presidential candidate Alan Keyes, suing California's secretary of state for allegedly failing to ascertain Obama's eligibility for president before placing him on the ballot.[1] The case was dismissed on May 4, 2009.[23] A California Court of Appeal affirmed the dismissal on October 25, 2010;[24] the Supreme Court of California declined, without comment, to review the case on February 2, 2011;[25] and the U.S. Supreme Court declined, without comment, to review the case on October 3, 2011.[26] Taitz was not counsel of record for the appeals.

#### Lightfoot v. Bowen

Taitz filed an emergency petition in the California Supreme Court in 2008 on behalf of Libertarian vice presidential candidate Gail Lightfoot to stop the certification of California's 2008 election results because of the challenge to Obama's eligibility.[27] The California Supreme Court denied the petition, and the U.S. Supreme Court declined to hear the case.[1]

#### Barnett v. Obama

Taitz filed a lawsuit on behalf of Pamela Barnett, Alan Keyes, other candidates in the 2008 federal elections, several military personnel, and some legislators from various states alleging that Obama is ineligible to be president. On October 29, 2009, U.S. District Court Judge David O. Carter dismissed the lawsuit.[28][29] The dismissal criticized Taitz's legal abilities, stated her behavior was "unethical", and suggested that Taitz "may have suborned perjury".[29][30][31] On December 22, 2011, the United States Court of Appeals for the Ninth Circuit affirmed the dismissal.[32][33]

### Cook v. Good

Taitz represented Stefan F. Cook, a Major in the United States Army Reserve, who challenged orders implementing his voluntary deployment to Afghanistan because of his claim that Obama is not a legitimate president. The case was dismissed when the Army Reserve revoked his order to deploy.[34] Taitz filed an appeal in the Eleventh Circuit, which was dismissed on November 24, 2009, due to a failure to prosecute the appeal.[35]

### Rhodes v. MacDonald

In September 2009, Taitz was retained by Captain Connie Rhodes, a U.S. Army physician. Rhodes sought a restraining order to prevent her forthcoming deployment to Iraq. In the request for a restraining order, Taitz argued the deployment order was illegal since Obama was illegally serving as President. On September 16, federal judge Clay D. Land rejected the motion and denounced it as frivolous. In his opinion, the judge noted that Rhodes had not previously raised any objections to orders she had received from Obama since he had been sworn in. He noted that while she seemed to have "conscientious objections" to taking orders from Obama, she did not seem to object to serving under him "as long as she is permitted to remain on American soil". Land then upbraided Taitz for using military officers as pawns to further her claims that Obama was not qualified to be President. He also expressed astonishment at Taitz's apparent misunderstanding of American judicial fundamentals, saying that she was trying to make Obama " 'prove his innocence' to 'charges' that are based upon conjecture and speculation".[36]

Within hours of Land's decision, Taitz told the news site *Talking Points Memo* that she felt Land's refusal to hear her case was an act of treason.[37] Two days later, she filed a motion to stay Rhodes' deployment pending rehearing of the dismissal order. She repeated her treason allegations against Land and made several other intemperate statements, including claims that Land was aiding and abetting purported aspirations of "dictatorship" by Obama.[38] Land rejected the motion as frivolous and ordered her to show cause why she should not be fined $10,000 for abuse of judicial process.[39]

A few hours later, a letter bearing Rhodes's signature arrived, stating that Taitz filed the motion without her knowledge or consent, asking Land to remove Taitz as her attorney of record in the case, and stating that it was her "plan to file a complaint with the California State Bar due to [Taitz's] reprehensible and unprofessional actions".[40] On September 26, 2009, Taitz filed a motion with the court seeking to withdraw as counsel for Rhodes, so she could divulge in court "privileged attorney-client communications" since the dismissed *Rhodes* case "is now a quasi-criminal prosecution of the undersigned attorney, for the purpose of punishment".[41]

#### Attorney misconduct

On October 13, 2009, Judge Clay Land ordered "Counsel Orly Taitz ... to pay $20,000 to the United States, through the Middle District of Georgia Clerk's Office, within thirty days of the date of this Order as a sanction for her misconduct in violation of Rule 11 of the Federal Rules of Civil Procedure." Land's decision stated:

> The Court finds that counsel's conduct was willful and not merely negligent. It demonstrates bad faith on her part. As an attorney, she is deemed to have known better. She owed a duty to follow the rules and to respect the Court. Counsel's pattern of conduct conclusively establishes that she did not mistakenly violate a provision of law. She knowingly violated Rule 11. Her response to the Court's show cause order is breathtaking in its arrogance and borders on delusional. She expresses no contrition or regret regarding her misconduct. To the contrary, she continues her baseless attacks on the Court.
> [42]

Upon learning of Land's ruling, Taitz said she would appeal the sanction, declaring that Judge Land was "scared to go against the regime" of the "oppressive" Obama administration, and that the sanction was an attempt to "intimidate" her.[43] On March 15, 2010, the Eleventh Circuit affirmed the sanctions against Taitz, ordering her to pay the $20,000 fine.[44]

In July 2010, Taitz applied to the U.S. Supreme Court to stay the enforcement of sanctions, arguing that "allowing sanctions by judge Land to stand, will signify beginning of tyranny in the United States of America and end to the Constitutional Republic which is the foundation of this nation".[45] On July 8, the application was submitted to Associate Justice Clarence Thomas; on July 15, he denied it. [46][47] Doubting that Justice Thomas signed the denial order, Taitz claimed to have requested of Chief Justice John Roberts that Thomas's signature be presented to her for verification.[48]

In the meantime, on August 9, the federal government filed an abstract of judgment, a document placing a lien in the amount of $20,000 plus interest on all her real property,[49] prompting Taitz to say, "I will pay the money, and I will continue fighting," should it happen that her application for stay is ultimately denied and that the Supreme Court consents to her request to authenticate Justice Thomas's signature.[50] On August 16, after being resubmitted to Associate Justice Samuel Alito, who in turn referred it to the full court, the application for stay was again denied.[47][51] On January 10, 2011, the Court declined, without comment, to hear the case.[52]

### Taitz v. Obama

On January 27, 2010, Taitz, *in propria persona*, filed a petition for writ of *quo warranto*. On April 14, 2010, U.S. District Court Chief Judge Royce C. Lamberth dismissed the petition; and, alluding to the novel *Don Quixote*, he wrote, "The Court is not willing to go tilting at windmills with her."[53]

### Taitz v. Astrue

In February 2011, Taitz filed, *in propria persona*, a Freedom of Information Act suit against the commissioner of the Social Security Administration, alleging the agency improperly refused to disclose to her information about Obama's social security number. After Taitz repeatedly failed to follow the court rule regarding the redaction of social security numbers in court filings, Chief Judge Lamberth wrote that Taitz "is either toying with the Court or displaying her own stupidity... There is no logical explanation she can provide as to why she is now wasting the Court's time, as well as the staff's time, with these improper redactions."[54][55] On August 30, 2011, the court granted summary judgment in favor of the government, writing "As her numerous filings with the Court demonstrate, plaintiff will stop at nothing to get to the bottom of this alleged conspiracy. Unfortunately for plaintiff, today is not her lucky day."[56][57]

### Taitz v. Fuddy

In August 2011, Taitz filed, *in propria persona*, a suit against the director of the Hawaii Department of Health, seeking to review Obama's "long form" birth certificate.[58] On October 12, 2011, the Hawaii Circuit Court dismissed Taitz's suit.[59]

### Taitz v. Ruemmler

Taitz sought to compel White House Counsel Kathryn Ruemmler under FOIA to grant access to Obama's "long form" birth certificate. [60][61] On October 17, 2011, Chief Judge Lamberth noted Taitz's "Sisyphean quest" and dismissed the suit.[62]

### 2012 New Hampshire primary challenge

In November 2011, Taitz, backed by four New Hampshire state legislators, filed a complaint with the state's Ballot Law Commission challenging Obama's eligibility to compete in the primary election.[63] As Obama had paid the filing fee and his declaration of candidacy conformed to state law, the Commission unanimously voted to keep Obama on the ballot.[64] The Commission then denied a request for reconsideration.[65]

In response, Taitz wrote to William L. O'Brien, the Speaker of the House of the New Hampshire House of Representatives, and demanded the removal of Bill Gardner, New Hampshire's Secretary of State, for "egregious elections fraud, aiding and abetting fraud, forgery and possibly treason." D.J. Bettencourt, House Majority Leader of the New Hampshire House of Representatives, wrote to Taitz and called her actions "unbecoming of any legitimate political dialogue, nevermind one as ridiculous as the continued obsession over President Obama's birth place." Bettencourt added, "I have spoken to the Representatives who were present and expressed to them my strong desire that they immediately disassociate themselves from you and this folly."[66]

### 2012 Georgia primary challenge

Five Georgians, including one represented by Taitz, filed challenges with the Georgia Secretary of State, Brian Kemp, regarding Obama's inclusion on the March primary ballot.[67] Kemp referred the challenges to Deputy Chief Judge Michael Malihi, an administrative law judge, who denied Obama's motion to dismiss them and scheduled a hearing for January 26.[68]

On January 23, Malihi denied Obama's motion to quash a subpoena issued by Taitz to compel Obama to appear, saying that Obama did not show why he should not be at the hearing or how his testimony would not be helpful.[69] On January 25, Obama's attorney requested that Kemp halt the proceedings, and indicated that Obama would no longer participate in the litigation pending Kemp's decision.[70] Kemp denied their request and warned that their non-participation would be "at your own peril".[71]

Case 3:12-cv-00280-HTW-LRA    Document 6-9    Filed 04/27/12    Page 41 of 59

Neither Obama nor his attorney appeared at the January 26 hearing. This normally would result in a default order, but the challengers requested Malihi to allow them to go ahead with the hearing and rule on "the merits of their arguments and evidence".[72][73] Taitz called eight witnesses (including herself), and presented seven exhibits in support of her claims that Obama was not a natural-born citizen, has used multiple names, has multiple Social Security numbers, and used a fake birth certificate. Taitz asked Malihi to find Obama in contempt for failing to appear.[74][75][76]

On February 3, Malihi recommended that Obama remain on the ballot. Concerning Taitz's case Malihi wrote: "The Court finds the testimony of the witnesses, as well as the exhibits tendered, to be of little, if any, probative value, and thus wholly insufficient to support plaintiffs' allegations".[73][77] The Drudge Retort described the hearing as, "Empty Table 1, Orly Taitz 0".[78]

On February 6, Kemp accepted Malihi's recommendation.[79]

On February 13, Taitz filed for review,[80][81] but on February 15 her application to appear *pro hac vice* was denied "at this time".[82]

### 2012 Alabama primary challenge

A lawsuit filed by an Alabama citizen, Albert Hendershot, in December 2011 alleged Obama's birth certificate was forged and that he was ineligible to be on the Alabama primary ballot.[83] Taitz agreed to represent Hendershot and sought to enter the case, but it was dismissed before she could make an appearance.[84][85]

### 2012 Indiana primary challenge

On February 24, Taitz appeared as a witness on the behalf of two residents of Indiana who had filed with the Indiana Election Commission a challenge to Obama's eligibility. The challengers demanded a default judgment against Obama, as neither he nor a representative appeared at the hearing; this motion was unanimously denied by the commission.

Taitz argued that the President's surname was not Obama, that he was not a natural-born citizen, and that he was using a stolen Social Security number. "When Taitz accused the commission of a cover-up, Dan Dumezich, the Merrillville Republican who is chairman of the commission, told her that if she was disrespectful one more time, 'your butt is going to be gone.'"[86] The challenge was denied.

## Political campaigns

### California Secretary of State, 2010 Republican primary

In March 2010, Taitz successfully qualified to run for the office of California Secretary of State. At the same time, she unsuccessfully challenged the eligibility of her Republican Party primary opponent, former NFL player Damon Dunn, claiming that he is pretending to be a Republican.[87] Dunn had registered as a Democrat in the state of Florida in 1999, but that registration had lapsed before he filed for the Republican primary.[88][89]

On May 12, 2010, Pamela Barnett (named plaintiff from Taitz's lawsuit Barnett v. Obama) filed a lawsuit in the Sacramento County Superior Court alleging that Dunn is not eligible to run for Secretary of State.[90]

Taitz was defeated by Dunn in the June 8 primary by a margin of about three to one,[91] losing by over 900,000 votes.[92]

On June 17, 2010, Taitz filed a lawsuit in the Orange County Superior Court contesting the election results, again alleging Dunn's ineligibility.[93] On March 17, 2011, the judge ruled against Taitz.[94] On June 8, 2011, Taitz filed a notice of appeal.[95]

### U.S. Senator from California, 2012 nonpartisan blanket primary

*Main article: United States Senate election in California, 2012*

Taitz is challenging U.S. Senator Dianne Feinstein in 2012, stating, "I think I do have a chance specifically because I do speak Spanish and I speak Hebrew."[96] In November 2011, Taitz trailed Feinstein by a nearly 2-1 margin.[97] A Feinstein advisor stated, "If this race plays out as a bunch of unknowns who have no serious funding, Orly Taitz will probably win the primary [along with Feinstein]."[98] A March 2012 poll by another Republican candidate had Taitz leading the Republican field; 38% of those polled had not decided whom to vote for.[99]

## Activities in Israel

Taitz has also actively promoted her theories in Israel, where she claims that "the vast majority" of the population supports her views. [14] She has appeared on the Channel 10 nightly news show *London and Kirschenbaum*, was the subject of a feature on Channel 1 TV, and filmed a video for the website Arutz 7. Israel's Russian language media, such as Channel 9 and *Vesti*, the country's largest Russian-language newspaper, have also covered Taitz.[14]

## In the media

Taitz received media attention in connection with Obama eligibility questions in late 2008.[100] She was interviewed by co-hosts David Shuster and Tamron Hall on MSNBC on August 3, 2009.[1] Various media outlets described her appearance on the network as an "implosion",[1][101] while Taitz asserted that Shuster, who is Jewish, was a "brownshirt", a charge she would repeat in a phone interview the following week.[19]

Fox News commentator Bill O'Reilly called Taitz a "nut". In response, she and pastor James David Manning organized a protest outside Fox News headquarters in New York City in November, 2009, which drew an estimated 15 to 20 attendees.[102] In 2010, artist Dan Lacey produced a widely discussed painting of a nude Orly Taitz after giving birth to an object resembling a pancake; Taitz herself expressed outrage at the painting, and urged Lacey to reveal the identity of his sponsor. Lacey subsequently jokingly "revealed" that he had been funded by George Soros.[103][104]

In April 2011, Lawrence O'Donnell invited Taitz on MSNBC so that she could address Obama's long form birth certificate, which had been released the day before. When Taitz only wanted to talk about Obama's alleged Selective Service papers and refused to comment on his birth certificate, O'Donnell kicked her off the show, stating: "Look, she's crazy. I invited a crazy person on this show to see if the crazy person...could say something responsive, something human, to the document that was released today...and she wants to play with all of her other kid's toys."[105]

## See also

- Andy Martin
- Philip J. Berg
- Barack Obama religion conspiracy theories

## References

1. ^ *a b c d e f g* Fletcher, Dan (August 10, 2009). "2 minute bio: Orly Taitz" (http://www.time.com/time/nation/article/0,8599,1915285,00.html) . *Time Magazine*. http://www.time.com/time/nation/article/0,8599,1915285,00.html. Retrieved 2009-08-10.
2. ^ *a b* Wisckol, Martin (2009-10-23). "Orly Taitz: natural-born litigator" (http://www.ocregister.com/articles/taitz-obama-born-2619362-citizen-state) . *The Orange County Register*. http://www.ocregister.com/articles/taitz-obama-born-2619362-citizen-state.
3. ^ Condon, Stephanie (June 9, 2010). "In California Elections, Whitman, Fiorina Win; Orly Taitz Falls Short" (http://www.cbsnews.com/8301-503544_162-20007188-503544.html). CBS News. http://www.cbsnews.com/8301-503544_162-20007188-503544.html. Retrieved August 15, 2010.
4. ^ "30 Graduate From Tarbut V'Torah" (http://www.ocregister.com/articles/graduate-from-tarbut-1719749-vtorah) . *The Orange County Register*. June 5, 2007. http://www.ocregister.com/articles/graduate-from-tarbut-1719749-vtorah. Retrieved 2009-08-13.
5. ^ "Taitz vs Haas" (https://ocapps.occourts.org/CivilPubv2/DisplayCaseInformation.do?caseNbr=06CC03941&caseYear=2006&source=case_src_dtl#top_page) . Orange County Superior Court case 06CC03941. March 9, 2006. https://ocapps.occourts.org/CivilPubv2/DisplayCaseInformation.do?caseNbr=06CC03941&caseYear=2006&source=case_src_dtl#top_page. Retrieved 2009-08-13.
6. ^ *a b c d e* Hoffman, Allison (July 28, 2009). "In Doubt's Shadow: Soviet Jewish Émigré Orly Taitz is the 'Queen Bee' of the 'Birther' Movement" (http://www.tabletmag.com/news-and-politics/11908/in-doubt's-shadow/) . *Tablet Magazine*. http://www.tabletmag.com/news-and-politics/11908/in-doubt's-shadow/. Retrieved 2009-08-11.
7. ^ Kornhaber, Spencer (June 17, 2009). "Meet Orly Taitz, Queen Bee of People Obsessed With Barack Obama's Birth Certificate" (http://www.ocweekly.com/2009-06-18/news/orly-taitz) . *OC Weekly*. http://www.ocweekly.com/2009-06-18/news/orly-taitz. Retrieved 2009-08-11.
8. ^ http://politifact.com/personalities/orly-taitz/
9. ^ CA Department of Real Estate license records (http://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=01410896)
10. ^ *a b c* Wisckol, Martin (October 26, 2009). "'Queen of the Birthers': Attorney gains notoriety for strange challenges of Obama's citizenship" (http://www.cleveland.com/nation/index.ssf/2009/10/queen_of_the_birthers_attorney.html) . *The Orange County Register*. http://www.cleveland.com/nation/index.ssf/2009/10/queen_of_the_birthers_attorney.html. Retrieved August 15.
11. ^ "Unaccredited Law Schools in California" (http://admissions.calbar.ca.gov/Education/LegalEducation/LawSchools.aspx#unaccredited) . The State Bar of California. September 25, 2010. http://admissions.calbar.ca.gov/Education/LegalEducation/LawSchools.aspx#unaccredited. Retrieved September 25, 2010.
12. ^ "State Bar of California Profile for Orly Taitz" (http://members.calbar.ca.gov/search/member_detail.aspx?x=223433) . The State Bar of California. December 3, 2002. http://members.calbar.ca.gov/search/member_detail.aspx?x=223433. Retrieved August 15, 2010.

13. ^ Coker, Matt (July 23, 2009). "Daily Show's Jon Stewart Eviscerates Birthers, Orly Taitz, Lou Dobbs and Especially Congressman John Campbell" (http://blogs.ocweekly.com/navelgazing/a-clockwork-orange/stewart-daily-show-taitz-birth/) . OC Weekly. http://blogs.ocweekly.com/navelgazing/a-clockwork-orange/stewart-daily-show-taitz-birth/. Retrieved 2009-08-11.

14. ^ a b c d e Hartman, Benjamin L. (August 18, 2009). "Orly Taitz: Obama Policies are 'Clear and Present Danger to Israel' " (http://www.haaretz.com/hasen/spages/1108110.html) . Haaretz. http://www.haaretz.com/hasen/spages/1108110.html. Retrieved April 29, 2011.

15. ^ "Arianna Huffington" (http://www.comedycentral.com/colbertreport/full-episodes/index.jhtml?episodeId=239964) . The Colbert Report. Comedy Central. 2009-07-28.

16. ^ Martindale, Scott (July 24, 2006). "Showing their support for Israel" (http://www.ocregister.com/ocregister/news/local/article_1220240.php) . The Orange County Register. http://www.ocregister.com/ocregister/news/local/article_1220240.php. Retrieved 2009-08-13.

17. ^ Fingerhut, Eric; Debra Rubin (March 8, 2006). "Trial Doesn't Worry Many AIPAC Delegates" (http://www.washingtonjewishweek.com/main.asp?SectionID=4&SubSectionID=4&ArticleID=4952&TM=86380.5) . Washington Jewish Week. http://www.washingtonjewishweek.com/main.asp?SectionID=4&SubSectionID=4&ArticleID=4952&TM=86380.5. Retrieved 2009-08-13.

18. ^ Zakaria, Tabassum (May 1, 2009). "U.S. to drop Israel lobbyist spy case" (http://uk.reuters.com/article/usPoliticsNews/idUKTRE54046320090501) . Reuters UK. http://uk.reuters.com/article/usPoliticsNews/idUKTRE54046320090501. Retrieved August 15, 2010.

19. ^ a b c d e f Winant, Gabriel (August 13, 2009). "What Orly Taitz believes" (http://www.salon.com/news/feature/2009/08/13/orly_taitz/print.html) . Salon. http://www.salon.com/news/feature/2009/08/13/orly_taitz/print.html. Retrieved August 12, 2009.

20. ^ Kennedy, Wally (July 27, 2009). "Lamar lawmaker, House leader from Joplin at odds on matter" (http://www.joplinglobe.com/joplin_metro/local_story_184215954.html) . The Joplin Globe. http://www.joplinglobe.com/joplin_metro/local_story_184215954.html. Retrieved 2009-08-11.

21. ^ a b c d Richardson, John H. (August 11, 2009). "What Really Happens When You Demand the President Produce His Birth Certificate?" (http://www.esquire.com/the-side/richardson-report/obama-birth-certificate-update-081109) . Esquire. http://www.esquire.com/the-side/richardson-report/obama-birth-certificate-update-081109. Retrieved 2009-08-11.

22. ^ Taitz, Orly. "Is Obama wagging the dog today before he is going down tomorrow???" (http://www.orlytaitzesq.com/?p=21226) . Defend Our Freedoms Foundation website. http://www.orlytaitzesq.com/?p=21226. Retrieved May 6, 2011.

23. ^ "Keyes v. Bown Judgment Dismissing Costs Awarded" (http://www.scribd.com/doc/16331227/Keyes-v-Bowen-Judgment-Dismissing-Costs-Awarded) . Scribd. http://www.scribd.com/doc/16331227/Keyes-v-Bowen-Judgment-Dismissing-Costs-Awarded. Retrieved August 15, 2010.

24. ^ "Disposition" (http://appellatecases.courtinfo.ca.gov/search/case/disposition.cfm?dist=3&doc_id=1913277&doc_no=C062321) . California Appellate Courts. http://appellatecases.courtinfo.ca.gov/search/case/disposition.cfm?dist=3&doc_id=1913277&doc_no=C062321. Retrieved October 25, 2010.

25. ^ "Disposition" (http://appellatecases.courtinfo.ca.gov/search/case/disposition.cfm?dist=0&doc_id=1963797&doc_no=S188724) . California Appellate Courts. http://appellatecases.courtinfo.ca.gov/search/case/disposition.cfm?dist=0&doc_id=1963797&doc_no=S188724. Retrieved February 2, 2011.

26. ^ "Supreme Court turns away Keyes 'birther' lawsuit challenging Obama eligibility to be president". Washington Post. October 3, 2011.

27. ^ "Orly Taitz: More on Lightfoot v. Bowen" (http://mitchell-langbert.blogspot.com/2009/01/orly-taitz-more-on-lightfoot-v-bowen.html) . Mitchell Langbert's Blog. January 12, 2009. http://mitchell-langbert.blogspot.com/2009/01/orly-taitz-more-on-lightfoot-v-bowen.html. Retrieved September 26, 2010.

28. ^ Kornhaber, Spencer (November 9, 2009). "Orly Taitz Motion Says Local Judge Wants to Lynch Her" (http://blogs.ocweekly.com/navelgazing/politics/orly-taitz-motion-says-local-j/) . Orange County Weekly. http://blogs.ocweekly.com/navelgazing/politics/orly-taitz-motion-says-local-j/. Retrieved August 15, 2010.

29. ^ a b Carter, David (October 29, 2009). "Order Regarding Defendants' Motion to Dismiss" (http://www.cacd.uscourts.gov/CACD/RecentPubOp.nsf/bb61c530eab0911c882567cf005ac6f9/8fc0c9eea056e9e78825765e005ccf99/$FILE/SA09CV00082%20DOC(ANx).pdf) . United States District Court for the Central District of California. http://www.cacd.uscourts.gov/CACD/RecentPubOp.nsf/bb61c530eab0911c882567cf005ac6f9/8fc0c9eea056e9e78825765e005ccf99/$FILE/SA09CV00082%20DOC(ANx).pdf. Retrieved September 26, 2010.

30. ^ Kornhaber, Spencer (October 29, 2009). "The Greatest Hits of the Taitz Dismissal" (http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/the-greatest-hits-of-the-taitz/) . Orange County Weekly. http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/the-greatest-hits-of-the-taitz/. Retrieved August 15, 2010.

31. ^ Weiner, Rachel (November 9, 2009). "Birther Lawsuit Witnesses: Orly Taitz Told Us To Lie" (http://www.huffingtonpost.com/2009/11/12/birther-lawsuit-witnesses_n_355550.html) . Huffington Post. http://www.huffingtonpost.com/2009/11/12/birther-lawsuit-witnesses_n_355550.html.

32. ^ Williams, Carol (December 22, 2011). "'Birther' bid to challenge Obama's right to be president rejected" (http://latimesblogs.latimes.com/lanow/2011/12/obama-birthers.html) . Los Angeles Times. http://latimesblogs.latimes.com/lanow/2011/12/obama-birthers.html.

33. ^ "Opinion" (http://www.ca9.uscourts.gov/datastore/opinions/2011/12/22/0956827.pdf) . United States Court of Appeals for the Ninth Circuit. http://www.ca9.uscourts.gov/datastore/opinions/2011/12/22/0956827.pdf.

34. ^ Knorr, Alyse (July 16, 2009). "Soldier's suit against Obama presidency dismissed" (http://www.ajc.com/news/soldiers-suit-against-obama-92933.html) . Atlanta Journal-Constitution. http://www.ajc.com/news/soldiers-suit-against-obama-92933.html. Retrieved August 15, 2010.

35. ^ "Cook v Good - 11th Circuit Appeal Docket - CLOSED" (http://www.scribd.com/doc/27517633/Cook-v-Good-11th-Circuit-Appeal-Docket-CLOSED) . Scribd. http://www.scribd.com/doc/27517633/Cook-v-Good-11th-Circuit-Appeal-Docket-CLOSED. Retrieved September 27, 2010.

36. ^ Rhodes vs. MacDonald CASE NO. 4:09-CV-106, Middle District of Georgia(CDL)

37. ^ Elliott, Justin (September 16, 2009). "Birther Orly Taitz Compares Self To Mandela, Wants Judge Tried For Treason" (http://tpmlivewire.talkingpointsmemo.com/2009/09/birther-orly-taitz-compares-self-to-mandela-judge-treason.php) . Talking Points Memo. http://tpmlivewire.talkingpointsmemo.com/2009/09/birther-orly-taitz-compares-self-to-mandela-judge-treason.php.

38. ^ Motion for stay of Connie Rhodes' deployment (http://ia311028.us.archive.org/1/items/gov.uscourts.gamd.77605/gov.uscourts.gamd.77605.15.0.pdf)

39. ^ Elliott, Justin (September 18, 2009). "Judge Clay Land v. Orly Taitz, Part II" (http://tpmmuckraker.talkingpointsmemo.com/2009/09/judge_clay_land_v_orly_taitz_part_ii.php?ref=fpblg) . *Talking Points Memo*. http://tpmmuckraker.talkingpointsmemo.com/2009/09/judge_clay_land_v_orly_taitz_part_ii.php?ref=fpblg.

40. ^ Riquelmy, Alan (September 19, 2009). "Letter signed Capt. Connie Rhodes says she had never agreed to an appeal, says Rhodes will file complaint against attorney Orly Taitz" (http://www.ledger-enquirer.com/news/breaking_news/story/844811.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/news/breaking_news/story/844811.html.

41. ^ Elliott, Justin (September 28, 2009). "New Filing From Birther Taitz: Case Is Now A 'Quasi-Criminal Prosecution' Of Me!" (http://tpmmuckraker.talkingpointsmemo.com/2009/09/new_filing_from_birther_orly_taitz_this_case_is_ab.php) . *Talking Points Memo*. http://tpmmuckraker.talkingpointsmemo.com/2009/09/new_filing_from_birther_orly_taitz_this_case_is_ab.php.

42. ^ Bookman, Jay (October 13, 2009). "Judge Land's hard on Orly Taitz, Esq. It'll cost her $20,000" (http://blogs.ajc.com/jay-bookman-blog/2009/10/13/judge-lands-hard-on-orly-taitz-esq-itll-cost-her-20000/?cxntfid=blogs_jay_bookman_blog) . *The Atlanta Journal-Constitution*. http://blogs.ajc.com/jay-bookman-blog/2009/10/13/judge-lands-hard-on-orly-taitz-esq-itll-cost-her-20000/?cxntfid=blogs_jay_bookman_blog.

43. ^ Wisckol, Martin (October 16, 2009). "Lawyer Taitz and 'eccentric citizens' try matters of federal bar" (http://www.ocregister.com/articles/taitz-215101-land-obama.html) . *The Orange County Register*. http://www.ocregister.com/articles/taitz-215101-land-obama.html. Retrieved February 12, 2011.

44. ^ Riquelmy, Alan (March 15, 2010). "11th Circuit Court of Appeals: Attorney Orly Taitz must pay $20,000 in sanctions" (http://www.ledger-enquirer.com/2010/03/15/1052362/11th-circuit-court-of-appeals.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/2010/03/15/1052362/11th-circuit-court-of-appeals.html.

45. ^ Freddoso, David (July 7, 2010). "Birther appeals her $20k fine for frivolous suits" (http://washingtonexaminer.com/blogs/beltway-confidential/birther-appeals-her-20k-fine-frivolous-suits) . *The Washington Examiner*. http://washingtonexaminer.com/blogs/beltway-confidential/birther-appeals-her-20k-fine-frivolous-suits. Retrieved February 12, 2011.

46. ^ Riquelmy, Alan (August 4, 2010). "'Birther' attorney Orly Taitz continues fight against $20K in sanctions" (http://www.ledger-enquirer.com/2010/08/04/1218336/birther-attorney-orly-taitz-continues.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/2010/08/04/1218336/birther-attorney-orly-taitz-continues.html.

47. ^ *a b* "Orly Taitz, Applicant v. Thomas D. MacDonald, Colonel Garrison Commander, Fort Benning, et al." (http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles/10a56.htm) . Supreme Court of the United States. http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles/10a56.htm. Retrieved August 15, 2010.

48. ^ Wisckol, Martin (July 21, 2010). "Obama birth lawyer suspects judicial hankypanky" (http://www.ocregister.com/news/strong-258694-taitz-thomas.html) . *The Orange County Register*. http://www.ocregister.com/news/strong-258694-taitz-thomas.html. Retrieved August 15, 2010.

49. ^ Riquelmy, Alan (August 9, 2010). "Court filing creates lien on property belonging to 'birther' attorney Orly Taitz" (http://www.ledger-enquirer.com/2010/08/09/1223998/court-filing-creates-lien-on-birther.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/2010/08/09/1223998/court-filing-creates-lien-on-birther.html.

50. ^ Riquelmy, Alan (August 10, 2010). "Government files lien against property of 'birther' attorney Orly Taitz; attorney says she will pay" (http://www.ledger-enquirer.com/2010/08/10/1225086/government-files-lien-against.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/2010/08/10/1225086/government-files-lien-against.html.

51. ^ "High Court Won't Block 'Birther' Fine" (http://www.upi.com/Top_News/US/2010/08/16/High-court-wont-block-birther-fine/UPI-61201281979883/) . UPI. August 16, 2010. http://www.upi.com/Top_News/US/2010/08/16/High-court-wont-block-birther-fine/UPI-61201281979883/. Retrieved February 12, 2011.

52. ^ Riquelmy, Alan (January 10, 2011). "U.S. Supreme Court rejects appeal from 'birther' attorney Orly Taitz" (http://www.ledger-enquirer.com/2011/01/10/1414842/us-supreme-court-rejects-appeal.html) . *Ledger-Enquirer*. http://www.ledger-enquirer.com/2011/01/10/1414842/us-supreme-court-rejects-appeal.html. Retrieved February 12, 2011.

53. ^ Wisckol, Martin (April 16, 2010). "Birthplace lawyer has another suit dismissed" (http://totalbuzz.freedomblogging.com/2010/04/16/birthplace-lawyer-has-another-suit-dismissed/33929/) . *The Orange County Register*. http://totalbuzz.freedomblogging.com/2010/04/16/birthplace-lawyer-has-another-suit-dismissed/33929/. Retrieved August 15, 2010.

54. ^ Tillman, Zoe (July 26, 2011). "D.C. Judge Rebukes Birther Lawyer for Filing Errors" (http://legaltimes.typepad.com/blt/2011/07/dc-judge-rebukes-birther-lawyer-for-filing-errors.html) . *Legal Times*. http://legaltimes.typepad.com/blt/2011/07/dc-judge-rebukes-birther-lawyer-for-filing-errors.html.

55. ^ "Memorandum & Order" (https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2011cv0402-30) . *D.C. District Court*. July 25, 2011. https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2011cv0402-30. Copy at "Memorandum & Order" (http://legaltimes.typepad.com/files/lamberth-order.pdf) . *Los Angeles Times*. July 25, 2011. http://legaltimes.typepad.com/files/lamberth-order.pdf.

56. ^ Tillman, Zoe (August 30, 2011). "Judge Dismisses Suit from Birther Taitz" (http://legaltimes.typepad.com/blt/2011/08/judge-dismisses-suit-from-birther-taitz.html) . *Legal Times*. http://legaltimes.typepad.com/blt/2011/08/judge-dismisses-suit-from-birther-taitz.html.

57. ^ "Memorandum & Opinion" (http://legaltimes.typepad.com/files/lamberth-opinion-4.pdf) . August 30, 2011. http://legaltimes.typepad.com/files/lamberth-opinion-4.pdf.

58. ^ "Attorney files suit to see President Obama's birth certificate" (http://www.staradvertiser.com/news/breaking/127571568.html) . *Honolulu Star-Advertiser*. August 11, 2011. http://www.staradvertiser.com/news/breaking/127571568.html.

59. ^ Cunningham, Jai (October 12, 2011). "Woman denied request to see Obama's birth certificate" (http://www.khon2.com/news/local/story/Woman-denied-request-to-see-Obamas-birth/y4QI8hJQJUOXLOl1IwWDWw.cspx) . *KHON-TV*. http://www.khon2.com/news/local/story/Woman-denied-request-to-see-Obamas-birth/y4QI8hJQJUOXLOl1IwWDWw.cspx.

60. ^ Dolan, Eric (October 18, 2011). "Judge dismisses birther's 'Sisyphean quest' against Obama" (http://www.rawstory.com/rs/2011/10/18/judge-dismisses-birthers-sisyphean-quest-against-obama/#.Tp4XQgpMduA.twitter) . *Raw Story*. http://www.rawstory.com/rs/2011/10/18/judge-dismisses-birthers-sisyphean-quest-against-obama/#.Tp4XQgpMduA.twitter.

61. ^ Doyle, Michael (October 17, 2011). "Birther queen Orly Taitz loses, big surprise, two more" (http://blogs.mcclatchydc.com/law/2011/10/birther-queen-orly-taitz-loses-big-surprise-two-more.html) . *The McClatchy Company*. http://blogs.mcclatchydc.com/law/2011/10/birther-queen-orly-taitz-loses-big-surprise-two-more.html.

62. ^ Memorandum and Order (http://www.leagle.com/xmlResult.aspx?xmldoc=In%20FDCO%2020211017897.xml&docbase=CSLWAR3-2007-CURR) . D.C. District Court.

63. ^ Spolar, Matthew (November 18, 2011). "'Birther' challenges Obama" (http://www.concordmonitor.com/article/293101/birther-challenges-obama) . *Concord Monitor*. http://www.concordmonitor.com/article/293101/birther-challenges-obama.

64. ^ Hanna, Maddie (November 18, 2011). "'Birther' bid to derail Obama blocked" (http://www.concordmonitor.com/article/293382/birther-bid-to-derail-obama-blocked) . *Concord Monitor*. http://www.concordmonitor.com/article/293382/birther-bid-to-derail-obama-blocked.

65. ^ "Obama ballot complaint rejected" (http://www.unionleader.com/article/20111128/NEWS0605/711299963/-1/news) . *New Hampshire Union Leader*. November 28, 2011. http://www.unionleader.com/article/20111128/NEWS0605/711299963/-1/news.

66. ^ Spolar, Matthew (November 22, 2011). "House majority leader dresses down 'birther'" (http://www.concordmonitor.com/article/293962/house-majority-leader-dresses-down-birther) . *Concord Monitor*. http://www.concordmonitor.com/article/293962/house-majority-leader-dresses-down-birther.

67. ^ Torres, Kristina (December 16, 2011). "Obama's inclusion on Georgia ballot challenged" (http://www.ajc.com/news/georgia-politics-elections/obamas-inclusion-on-georgia-1262319.html) . *The Atlanta Journal-Constitution*. http://www.ajc.com/news/georgia-politics-elections/obamas-inclusion-on-georgia-1262319.html.

68. ^ Riquelmy, Alan (January 4, 2012). "Georgia judge to hear arguments on eligibility of Barack Obama on ballot; Orly Taitz hails decision" (http://www.ledger-enquirer.com/2012/01/04/1880356/georgia-judge-to-hear-arguments.html) . *Ledger-Enquirer* (Columbus, GA). http://www.ledger-enquirer.com/2012/01/04/1880356/georgia-judge-to-hear-arguments.html.

69. ^ Rankin, Bill (January 23, 2012). "Judge's order in 'birther' case unlikely to draw Obama" (http://www.ajc.com/news/georgia-politics-elections/judges-order-in-birther-1313941.html) . Atlanta Journal-Constitution. http://www.ajc.com/news/georgia-politics-elections/judges-order-in-birther-1313941.html. Retrieved 01-24-2012.

70. ^ Galloway, Jim (January 25, 2012). "Democrats to boycott effort to remove Barack Obama from Georgia ballot" (http://blogs.ajc.com/political-insider-jim-galloway/2012/01/25/democrats-to-boycott-effort-to-remove-barack-obama-from-georgia-ballot/) . *Atlanta Journal-Constitution*. http://blogs.ajc.com/political-insider-jim-galloway/2012/01/25/democrats-to-boycott-effort-to-remove-barack-obama-from-georgia-ballot/.

71. ^ Wing, Nick (January 27, 2012). "Georgia Birther Hearing Proceeds Without Obama, Without Effect" (http://www.huffingtonpost.com/2012/01/27/georgia-birther-hearing-obama_n_1236719.html) . *Huffington Post*. http://www.huffingtonpost.com/2012/01/27/georgia-birther-hearing-obama_n_1236719.html.

72. ^ Rankin, Bill (January 26, 2012). "No Obama in court, no 'birther' ruling" (http://www.ajc.com/news/georgia-government/no-obama-in-court-1318908.html) . *Atlanta Journal-Constitution*. http://www.ajc.com/news/georgia-government/no-obama-in-court-1318908.html.

73. ^ *a b* "Decision" (http://www.osah.ga.gov/documents/Cases/Final%20Decision%202.3.2012.PDF) . February 3, 2012. http://www.osah.ga.gov/documents/Cases/Final%20Decision%202.3.2012.PDF.

74. ^ "Farrar v. Obama transcript" (http://www.osah.ga.gov/documents/Cases/TranscriptFarrar.pdf) . January 26, 2012. http://www.osah.ga.gov/documents/Cases/TranscriptFarrar.pdf.

75. ^ "To the nation born" (http://www.economist.com/blogs/democracyinamerica/2012/02/birtherism-2012) . *The Economist*. February 7, 2012. http://www.economist.com/blogs/democracyinamerica/2012/02/birtherism-2012.

76. ^ King, Christopher (January 26, 2012). "Judge considers whether to keep Obama on ballot" (http://www.cbsatlanta.com/story/16607410/judge-considers-whether-to-keep-obama-on-ballot) . *WGCL-TV*. http://www.cbsatlanta.com/story/16607410/judge-considers-whether-to-keep-obama-on-ballot.

77. ^ Bookman, Jay (February 3, 2012). "Judge soundly rejects Ga. birther claims" (http://blogs.ajc.com/jay-bookman-blog/2012/02/03/judge-soundly-rejects-ga-birther-claims/) . *Atlanta Journal-Constitution*. http://blogs.ajc.com/jay-bookman-blog/2012/02/03/judge-soundly-rejects-ga-birther-claims/.

78. ^ "Empty Table 1, Orly Taitz 0" (http://www.drudge.com/news/153179/empty-table-1-orly-taitz-0) . *Drudge Retort*. February 5, 2012. http://www.drudge.com/news/153179/empty-table-1-orly-taitz-0.

79. ^ Rankin, Bill (February 7, 2012). "Kemp dismisses 'birther' challenges against Obama" (http://www.ajc.com/news/georgia-politics-elections/kemp-dismisses-birther-challenges-1336654.html) . *Atlanta Journal-Constitution*. http://www.ajc.com/news/georgia-politics-elections/kemp-dismisses-birther-challenges-1336654.html.

80. ^ "Docket" (http://www.fcclkjudicialsearch.org/Scripts/UVlink.isa/tsgdb1/WEBSERV/PUBCivilSearch?action%253Dview%26track%253D746399) . *Farrar v. Obama*. February 13, 2012.

81. ^ ""Petition to Reverse; Application to Stay Fulton County Superior Court"" (http://www.scribd.com/doc/81743300/2012-02-13-Farrar-v-Obama-Appeal-Emergency-Application-for-Stay) . *Farrar v. Obama*. February 10, 2012. http://www.scribd.com/doc/81743300/2012-02-13-Farrar-v-Obama-Appeal-Emergency-Application-for-Stay.

82. ^ "Order Denying Motion for Admission *pro hac vice*" (http://www.scribd.com/doc/81865925/2012-02-15-FARRAR-v-OBAMA-APPEAL-FCSC-ORDER-Denying-Taitz-Motion-for-Admission-pro-hac-vice) . *Farrar v. Obama*. February 15, 2012. http://www.scribd.com/doc/81865925/2012-02-15-FARRAR-v-OBAMA-APPEAL-FCSC-ORDER-Denying-Taitz-Motion-for-Admission-pro-hac-vice.

83. ^ Velasco, Eric (December 16, 2011). "Obama should be blocked from Alabama ballot, Jefferson County lawsuit contends" (http://blog.al.com/spotnews/2011/12/obama_not_citizen_should_be_bl.html) . *The Birmingham News*. http://blog.al.com/spotnews/2011/12/obama_not_citizen_should_be_bl.html.

84. ^ Velasco, Eric (January 5, 2012). "Well-known 'birther' lawyer takes on Birmingham man's suit to block president from Alabama ballot" (http://blog.al.com/spotnews/2012/01/well-known_birther_lawyer_to_t.html) . *The Birmingham News*. http://blog.al.com/spotnews/2012/01/well-known_birther_lawyer_to_t.html.

85. ^ Velasco, Eric (January 11, 2012). "Man fighting Obama candidacy asks black Jefferson County judge to step aside due to racial bias" (http://blog.al.com/spotnews/2012/01/man_challenging_obama_candidac.html) . *The Birmingham News*. http://blog.al.com/spotnews/2012/01/man_challenging_obama_candidac.html.

86. ^ Schneider, Mary Beth (2012-02-25). "GOP gubernatorial candidate Jim Wallace removed from Indiana primary ballot, leaving Mike Pence unopposed" (http://www.indystar.com/article/20120225/LOCAL/202250319/GOP-gubernatorial-candidate-Jim-Wallace-removed-from-Indiana-primary-ballot-leaving-Mike-Pence-unopposed?odyssey=tab/topnews/text/News) . *IndyStar* (Gannet): pp. 1. http://www.indystar.com/article/20120225/LOCAL/202250319/GOP-gubernatorial-candidate-Jim-Wallace-removed-from-Indiana-primary-ballot-leaving-Mike-Pence-unopposed?odyssey=tab/topnews/text/News. Retrieved 2012-02-27.

87. ^ Mehta, Seema (April 13, 2010). "Activist who challenges Obama's citizenship is booted from Tax Day Tea Party" (http://articles.latimes.com/2010/apr/13/local/la-me-taxday14-2010apr14/2) . *Los Angeles Times*: p. 2. http://articles.latimes.com/2010/apr/13/local/la-me-taxday14-2010apr14/2. Retrieved May 4, 2010.

88. ^ Weigel, David (March 10, 2010). "Orly Taitz Challenges the Eligibility of an African-American Politician" (http://washingtonindependent.com/78850/orly-taitz-challenges-the-eligibility-of-an-african-american-politician) . *The Washington Independent*. http://washingtonindependent.com/78850/orly-taitz-challenges-the-eligibility-of-an-african-american-politician. Retrieved August 15, 2010.

89. ^ Kornhaber, Spencer (March 8, 2010). "Orly Taitz's Claims About Damon Dunn's Eligibility: False!" (http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitzs-claims-about-damon/) . *OC Weekly*. http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitzs-claims-about-damon/. Retrieved May 4, 2010.

90. ^ Wisckol, Martin (May 12, 2010). "Lawsuit would benefit Obama birthplace lawyer" (http://totalbuzz.freedomblogging.com/2010/05/12/suit-filed-on-behalf-of-obama-birthplace-lawyer/34921/) . *The Orange County Register*. http://totalbuzz.freedomblogging.com/2010/05/12/suit-filed-on-behalf-of-obama-birthplace-lawyer/34921/. Retrieved August 15, 2010.

91. ^ "Mercury News (AP): "Dunn to face Bowen for Calif secretary of state"" (http://www.mercurynews.com/breaking-news/ci_15256843) . *San Jose Mercury News*. June 8, 2010. http://www.mercurynews.com/breaking-news/ci_15256843. Retrieved August 15, 2010.

92. ^ California Secretary of State's website (http://vote.sos.ca.gov/returns/sec/59.htm) . Retrieved June 21, 2010.

93. ^ Kornhaber, Spencer (July 1, 2010). "UPDATED: Orly Taitz Continues Jihad Against Damon Dunn (And, Now, Us)" (http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-continues-jihad-aga/) . *OC Weekly*. http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-continues-jihad-aga/. Retrieved August 15, 2010.

94. ^ Coker, Matt (March 18, 2011). "Donald Trump Gives Orly Taitz Sloppy Wet Kiss" (http://blogs.ocweekly.com/navelgazing/2011/03/donald_trump_gives_orly_taitz.php#) . *OC Weekly*. http://blogs.ocweekly.com/navelgazing/2011/03/donald_trump_gives_orly_taitz.php#. Retrieved March 18, 2011.

95. ^ "Docket" (http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=43&doc_id=1981747&doc_no=G045351) . California Appellate Courts. http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=43&doc_id=1981747&doc_no=G045351. Retrieved July 13, 2011.

96. ^ Van Oot, Torey (September 17, 2011). "California 'birther' leader Orly Taitz considering U.S. Senate bid" (http://blogs.sacbee.com/capitolalertlatest/2011/09/birther-orly-taitz-mulling-run.html#ixzz1YPaXaRVI) . *Sacramento Bee*. http://blogs.sacbee.com/capitolalertlatest/2011/09/birther-orly-taitz-mulling-run.html#ixzz1YPaXaRVI.

97. ^ "Feinstein leading all Republicans by at least 15 points" (http://www.publicpolicypolling.com/pdf/2011/PPP_Release_CA_1116.pdf) . *Public Policy Polling*. November 16, 2011. http://www.publicpolicypolling.com/pdf/2011/PPP_Release_CA_1116.pdf.

98. ^ Van Oot, Torey (February 27, 2012). "GOP hopefuls gear up for run against Calif. Sen. Feinstein" (http://www.sacbee.com/2012/02/27/4293781/gop-hopefuls-gear-up-for-run-against.html) . *Sacramento Bee*. http://www.sacbee.com/2012/02/27/4293781/gop-hopefuls-gear-up-for-run-against.html.

99. ^ Wisckol, Martin (March 16, 2012). "Poll: O.C. birther leads GOP Senate field" (http://totalbuzz.ocregister.com/2012/03/16/o-c-birther-leads-gop-senate-field/83355/) . *The Orange County Register*. http://totalbuzz.ocregister.com/2012/03/16/o-c-birther-leads-gop-senate-field/83355/.

100. ^ Madden, Mike (December 8, 2008). "The Born Conspiracy" (http://www.salon.com/news/feature/2008/12/09/birth_certificate/print.html) . *Salon*. http://www.salon.com/news/feature/2008/12/09/birth_certificate/print.html. Retrieved August 13, 2009.

101. ^ Orr, Jimmy (August 3, 2009). "Birther leader Orly Taitz implodes on MSNBC" (http://features.csmonitor.com/politics/2009/08/03/birther-leader-orly-taitz-implodes-on-msnbc/) . *The Christian Science Monitor*. http://features.csmonitor.com/politics/2009/08/03/birther-leader-orly-taitz-implodes-on-msnbc/. Retrieved August 12, 2009.

102. ^ Koppelman, Alex (November 11, 2009). "Taitz's protest against Fox News falls flat" (http://www.salon.com/news/politics/war_room/2009/11/11/taitz_fox) . *Salon*. http://www.salon.com/news/politics/war_room/2009/11/11/taitz_fox. Retrieved November 30, 2009.

103. ^ Kornhaber, Spencer (May 18, 2010). "Orly Taitz Pancake Painter Speaks" (http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-pancake-painter-spe/) . *OC Weekly*. http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-pancake-painter-spe/. Retrieved August 16, 2010.

104. ^ Kornhaber, Spencer (July 6, 2010). "UPDATED: Orly Taitz Pancake Painter Promises to Reveal Reveals the Pancake Puppet Master" (http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-pancake-painter-pro/) . *OC Weekly*. http://blogs.ocweekly.com/navelgazing/the-hilarious-haters/orly-taitz-pancake-painter-pro/. Retrieved August 16, 2010.

105. ^ Mirkinson, Jack (April 28, 2011). "Lawrence O'Donnell And Birther Orly Taitz Have Wild Shoutfest About Obama (VIDEO)" (http://www.huffingtonpost.com/2011/04/28/lawrence-odonnell-orly-taitz-birther_n_854769.html) . *The Huffington Post*. http://www.huffingtonpost.com/2011/04/28/lawrence-odonnell-orly-taitz-birther_n_854769.html. Retrieved April 28, 2011.

## External links

- Official web site (http://www.orlytaitzesq.com/)
- Official California Secretary of State Campaign website (http://www.runorlyrun.com/)
- Orly Taitz (http://www.imdb.com/name/nm3563257/) at the Internet Movie Database

Retrieved from "http://en.wikipedia.org/w/index.php?title=Orly_Taitz&oldid=482376382"

Categories: 1962 births | Living people | American dentists | American female lawyers | American Jews | Barack Obama | California lawyers | California Republicans | Conspiracy theorists | Hebrew University of Jerusalem alumni | Israeli emigrants to the United States | Moldovan expatriates | Moldovan Jews | People from Chişinău | People from Orange County, California | Soviet emigrants to Israel | Women dentists | Women in California politics

- This page was last modified on 17 March 2012 at 14:50.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# EXHIBIT 4

Westlaw.

QUERY - ORLY W/2 TAITZ                    DATABASE(S) - ALLCASES

1.    Taitz v. Nishimura,
      Not Reported in P.3d, 2012 WL 120367, Hawai'i, January 12, 2012 (NO. SCPW-12-0000014)

      ...citation is currently available. Unpublished opinion.  See HI R RAP Rule 35 before citing. Su-
      preme Court of Hawai'i. Dr. **Orly TAITZ**, Petitioner, v. The Honorable Rhonda A.
      NISHIMURA, Judge of the Circuit Court of the First Circuit, State of Hawaii'i ...

      ...0000014. Jan. 12, 2012. Original Proceeding RECKTENWALD , C.J., NAKAYAMA ACOBA
      DUFFY , and McKENNA , JJ. ORDER Upon consideration of petitioner Dr. **Orly Taitz's** peti-
      tion for a writ of mandamus, it appears that petitioner fails to demonstrate an entitlement to man-
      damus relief. See Kema...

2.  **H**  Drake v. Obama,
      664 F.3d 774, 2011 WL 6415354, 11 Cal. Daily Op. Serv. 15,299, 2011 Daily Journal D.A.R.
      18,275, C.A.9 (Cal.), December 22, 2011 (NO. 09-56827, 10-55084)

      ...federal taxpayers; FOIA only applied to agencies, not individuals. 5 U.S.C.A. § 551(1) Gary G.
      Kreep , Ramona, CA, and **Orly Taitz** , Rancho Santa Margarita, CA, for the plaintiffs-appellants.
      David A. DeJute and Roger E. West , Assistant United States Attorneys, Los...

3.    Taitz v. Ruemmler,
      Slip Copy, 2011 WL 4916936, D.D.C., October 17, 2011 (NO. CIV.A. 11-1421 RCL)

      ...Taitz v. Ruemmler D.D.C.,2011. Only the Westlaw citation is currently available. United States
      District Court, District of Columbia. **Orly TAITZ**, Plaintiff, v. Kathy RUEMMLER, White
      House Counsel, Defendant. Civil Action No. 11–1421 (RCL). Oct. 17, 2011. **Orly Taitz**, Rancho
      Santa Margarita, CA, pro se. Patrick George Nemeroff , U.S. Department of Justice, Washington,
      DC, for Defendant. MEMORANDUM AND ORDER...

4.  **H**  Taitz v. Astrue,
      806 F.Supp.2d 214, 2011 WL 3805741, D.D.C., August 30, 2011 (NO. CIV.A. 11-402 RCL)

      ...Taitz v. Astrue D.D.C.,2011. TAITZ v. ASTRUE United States District Court, District of
      Columbia. **Orly TAITZ**, Plaintiff, v. Michael ASTRUE, Commissioner of the Social Security
      Administration, Defendant. Civil Action No. 11–402 (RCL). Aug. 30, 2011 ...

      ...Reconsideration is not permitted solely because a party wishes to submit previously available
      evidence. Fed.Rules Civ.Proc.Rule 59(e), 28 U.S.C.A **Orly Taitz**, Santa Margarita, CA, pro se.
      Patrick George Nemeroff , U.S. Department of Justice, Washington, DC, for Defendant.
      MEMORANDUM OPINION ROYCE C...

5.  **H**  Taitz v. Astrue,



© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

QUERY - ORLY W/2 TAITZ                    DATABASE(S) - ALLCASES

Slip Copy, 2011 WL 3039167, D.D.C., July 25, 2011 (NO. CIV.A. 11-402 RCL)

...Taitz v. Astrue D.D.C.,2011. Only the Westlaw citation is currently available. United States District Court, District of Columbia. **Orly TAITZ**, Plaintiff, v. Michael ASTRUE, Commissioner of the Social Security Administration, Defendant. Civil Action No. 11-402 (RCL). July 25, 2011. **Orly Taitz**, Rancho Santa Margarita, CA, pro se. Patrick George Nemeroff, U.S. Department of Justice, Washington, DC, for Defendant. MEMORANDUM & ORDER ROYCE...

6.  **H** Liberi v. Taitz,
    425 Fed.Appx. 132, 2011 WL 1157704, C.A.3 (Pa.), March 28, 2011 (NO. 10-3000)

    ...Law Offices Of Philip J. Berg; Evelyn Adams, a/k/a Momma E; Lisa M. Ostella; Go Excel Global v. **Orly TAITZ**, a/k/a Dr. **Orly Taitz**, a/k/a Law Offices of **Orly Taitz**, a/k/a www. orly-taitzesq. com, a/k/a www. repubx. com, a/k/a **Orly Taitz**, Inc.; Defend Our Freedoms Foundations, Inc.; Yosef Taitz; The Sankey Firm; Sankey Investigations, Inc.; Neil Sankey; James Sundquist; Rock Salt ...

    ...Plains Radio Network, Inc., a/k/a Plains Radio; Bar H Farms; Kprn am 1610; Does 1 Through 200 Inclusive **Orly Taitz**; Defend Our Freedoms Foundations, Inc., Appellants. No. 10-3000. Submitted Under Third Circuit L.A.R. 34.1(a) Feb. 9, 2011 ...

    ...The Law Offices Of Philip J. Berg Evelyn Adams , a/k/a Momma E; Lisa M. Ostella Go Excel Global **Orly Taitz** , Esq., Rancho Santa Margarita, CA, Brad Miller , Esq., Cooper, Bushelli & Morrison, Philadelphia, PA, for Appellants. Neil Sankey, Simi Valley, CA...

7.  **H** Taitz v. MacDonald,
    131 S.Ct. 918, 2011 WL 55429, 178 L.Ed.2d 751, 79 BNA USLW 3271, 79 BNA USLW 3387, 79 BNA USLW 3399, U.S., January 10, 2011 (NO. 10-541)

    ...Taitz v. MacDonald U.S.,2011 Supreme Court of the United States **Orly TAITZ**, petitioner, v. Thomas D. MacDONALD, et al. No. 10-541. Jan. 10, 2011. Case below, 368 Fed.Appx. 949 Petition for...

8.  **H** Liberi v. Taitz,
    759 F.Supp.2d 573, 2010 WL 5483367, E.D.Pa., December 23, 2010 (NO. CIV.A.09-1898)

    ...Liberi v. Taitz E.D.Pa.,2010. LIBERI v. TAITZ United States District Court, E.D. Pennsylvania. Lisa LIBERI, et al., Plaintiffs, v. **Orly TAITZ**, et al., Defendants. Civil Action No. 09-1898. Dec. 23, 2010. Background: Plaintiff brought action alleging that defendants had created ...

    ...to have to litigate defamation claim. Philip J. Berg , Law Offices of Philip J. Berg, Lafayette Hill, PA, for Plaintiffs. **Orly Taitz**, Rancho Santa Margarita, CA, pro se. Defend Our Freedoms Foundations, Inc., Mission Viejo, CA, pro se. Sankey Investigations, Inc., Simi ...

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

...E ("Adams"), Lisa Ostella ("Ostella"), and Go Excel Global (collectively, "Plaintiffs") initiated this defamation, libel, and slander action against Defendants **Orly Taitz**, Esq., DDS ("Taitz"), Defend our Freedoms Foundations, Inc. ("DOFF"), Neil Sankey, The Sankey Firm and Sankey Investigations, Inc.   (collectively, "Sankey...

9.   **H**   Taitz v. Obama,
        754 F.Supp.2d 57, 2010 WL 4985895, 78 Fed.R.Serv.3d 207, D.D.C., December 09, 2010 (NO. CIV.A. 10-151)

        ...Taitz v. Obama D.D.C.,2010. TAITZ v. OBAMA United States District Court, District of Columbia. **Orly TAITZ**, Plaintiff v. Barack Hussein OBAMA, Defendant. Civil Action No. 10–151. Dec. 9, 2010. Background: Individual brought action seeking, among ...

        ...general. Courts ordinarily decline to consider arguments that are raised for the first time in a reply to an opposition. **Orly Taitz**, Rancho Santa Margarita, CA, pro se. Alan R. Burch , U.S. Attorney's Office, Washington, DC, for Defendant. MEMORANDUM & ORDER ROYCE C. LAMBERTH , Chief Judge. Pending before the Court is plaintiff **Orly Taitz's** second motion [34] for reconsideration under Federal Rule of Civil Procedure 60(b) Upon consideration of the motion, the opposition...

10.   **C**   Taitz v. MacDonald,
        131 S.Ct. 44, 2010 WL 3210453, 177 L.Ed.2d 1134, 79 BNA USLW 3091, U.S., August 16, 2010 (NO. 10A56)

        ...Taitz v. MacDonald U.S.,2010 Supreme Court of the United States **Orly TAITZ**, applicant, v. Colonel Thomas D. MacDONALD, Garrison Commander, Fort Benning, et al. No. 10A56. Aug. 16, 2010. Application for stay...

11.   **H**   Liberi v. Taitz,
        Slip Copy, 2010 WL 2572782, E.D.Pa., June 22, 2010 (NO. CIV. A. 09-1898)

        ...2010. Only the Westlaw citation is currently available. United States District Court, E.D. Pennsylvania. Lisa LIBERI, et al., Plaintiffs, v. **Orly TAITZ**, et al., Defendants. Civil Action No. 09-1898. June 22, 2010. Philip J. Berg , Law Offices of Philip J. Berg, Lafayette Hill, PA. L. Theodore Hoppe, Jr. , Hoppe & Martin LLP, Kennett Square, PA, for Defendant. **Orly Taitz**, Mission Viejo, CA, pro se. Defend Our Freedoms Foundations, Inc., Mission Viejo, CA, pro se. Sankey Investigations, Inc., Simi Valley ...

        ...E ("Adams"), Lisa Ostella ("Ostella"), and Go Excel Global (collectively, "Plaintiffs") initiated this defamation, libel and slander action against Defendants **Orly Taitz** ("Taitz"), Defend our Freedoms Foundations, Inc.   ("DOFF"), Neil Sankey, The Sankey Firm and Sankey Investigations, Inc.   (collectively, "Sankey"), Edgar Hale, Caren ...

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

...H. Farms, and KPRN A.M. 1610 are transferred to the Western District Court of Texas. All claims pending against Defendants **Orly Taitz**, Defend Our Freedoms Foundations, Neil Sankey, The Sankey Firm and Sankey Investigations, Inc. are transferred to the Southern Division of...

12.   ▷   Liberi v. Taitz,
          Slip Copy, 2010 WL 2270853, E.D.Pa., June 03, 2010 (NO. CIV.A. 09-1898)

          ...West editorial staff and not assigned editorial enhancements. United States District Court, E.D. Pennsylvania. Lisa LIBERI, et al., Plaintiffs, v. **Orly TAITZ**, et al., Defendants. Civil Action No. 09-1898. June 3, 2010. Philip J. Berg , Law Offices of Philip J. Berg, Lafayette Hill, PA, for Plaintiffs. **Orly Taitz**, Mission Viejo, CA, pro se. Defend Our Freedoms Foundations, Inc., Mission Viejo, CA, pro se. Sankey Investigations, Inc., Simi Valley ...

          ...E ("Adams"), Lisa Ostella ("Ostella"), and Go Excel Global (collectively, "Plaintiffs") initiated this defamation, libel and slander action against Defendants **Orly Taitz** ("**Taitz**"), Defend our Freedoms Foundations, Inc.  ("DOFF"), Neil Sankey, The Sankey Firm and Sankey Investigations, Inc.  (collectively, "Sankey"), Edgar Hale, Caren ...

          ...F.3d 234 (3d Cir.2009) Rhodes v. MacDonald, 670 F.Supp.2d 1363 (M.D.Ga.2009) (imposing $20,000 sanction on counsel **Orly Taitz** for use of the legal process for an improper purpose), aff'd Rhodes v. MacDonald, 2010 U.S.App. LEXIS 5340, 2010 WL...

13.   H   Florida ex rel. McCollum v. U.S. Dept. of Health and Human Services,
          Slip Copy, 2010 WL 2011620, N.D.Fla., April 23, 2010 (NO. 310-CV-91-RV-EMT)

          ...8, 2010, I entered an order denying a Rule 24 motion to intervene filed by a pro se non-party, **Orly Taitz**. She now moves for reconsideration of that order, or, in the alternative, for certification of an interlocutory appeal (doc. 27 ...

          ...is inadequate; representation is presumed adequate if there is no collusion, adverse interest, or failure of duty). For these reasons, **Orly Taitz's** motion for reconsideration or certification of interlocutory appeal (doc. 27) is DENIED. The motions to intervene filed by Gary P...

14.   H   Taitz v. Obama,
          707 F.Supp.2d 1, 2010 WL 1525030, D.D.C., April 14, 2010 (NO. CIV.A. 10-151 (RCL))

          ...Taitz v. Obama D.D.C.,2010. TAITZ v. OBAMA United States District Court, District of Columbia. **Orly TAITZ**, Plaintiff, v. Barack Hussein OBAMA, Defendant. Civil Action No. 10-151 (RCL). April 14, 2010. Background: Plaintiff brought action seeking ...

          ...k. In general. In order to intervene in an action, the prospective intervenor must establish that he too has standing. **Orly Taitz**, Rancho Santa Margarita, CA, pro se. Alan Burch , U.S. Attorney's Office, Washington, DC, for Defendant. MEMORANDUM OPINION ROYCE C. LAMBERTH ...

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

...without prejudice as this Court lacks jurisdiction to hear it. I. The Government's Motion to Dismiss A. Quo Warranto Claims **Orly Taitz** has filed suit seeking this Court to issue a writ of quo warranto against the President of the United States...

15. **⋈** Florida ex rel. McCollum v. U.S. Dept. of Health and Human Services,
     Slip Copy, 2010 WL 2000518, N.D.Fla., April 08, 2010 (NO. 3:10-CV-91-RV/EMT)

     ...President Obama on March 23, 2010. Now pending is a motion to intervene filed by pro se non-party Dr. **Orly Taitz** (doc. 17). According to her motion, Taitz is an attorney and a Doctor of Dental Surgery, licensed by the state...

16. **⋈** Rhodes v. MacDonald,
     368 Fed.Appx. 949, 2010 WL 892848, C.A.11 (Ga.), March 15, 2010 (NO. 09-15418)

     ...and Find CTA11 Rule 36-3) United States Court of Appeals, Eleventh Circuit. Connie RHODES, Captain, M.D., F.S., Plaintiff, Dr. **Orly Taitz**, Interested Party-Appellant, v. Thomas D. MacDONALD, Colonel, Garrison Commander, Fort Benning, George Steuber, Deputy, Commander, Fort Benning, Robert M ...

     ...District of Georgia. D.C. Docket No. 09-00106-CV-CDL-4. Before TJOFLAT CARNES and KRAVITCH , Circuit Judges. PER CURIAM: **Orly Taitz** appeals the district court's imposition of a monetary sanction against her in the sum of $20,000 pursuant to Rule 11...

17. **▷** Barnett v. Obama,
     Not Reported in F.Supp.2d, 2009 WL 3861788, C.D.Cal., October 29, 2009 (NO. SACV09-0082 DOC(ANX))

     ...BARNETT, et al., Plaintiffs, v. Barack H. OBAMA, et al., Defendants. No. SACV 09–0082 DOC (ANx). Oct. 29, 2009. **Orly Taitz** , **Orly Taitz** Law Offices, Mission Viejo, CA, Gary G. Kreep , United States Justice Foundation, Ramona, CA, for Plaintiffs. David A. Dejute Roger...

18. **⋈** Rhodes v. MacDonald,
     670 F.Supp.2d 1363, 2009 WL 3299817, M.D.Ga., October 13, 2009 (NO. 4:09-CV-106 CDL)

     ...imposed for "an unjustified failure to carry out" this special responsibility (internal quotation marks omitted)). Regrettably, the conduct of counsel **Orly Taitz** has crossed these lines, and Ms. Taitz must be sanctioned for her misconduct. After a full review of the sanctionable ...

     ...the Court's show cause order, the Court finds that a monetary penalty of $20,000.00 shall be imposed upon counsel **Orly Taitz** as punishment for her misconduct, as a deterrent to prevent future misconduct, and to protect the integrity of the Court ...

     ...monetary sanctions upon an attorney sua sponte. BACKGROUND I. Major Stefan Frederick

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Cook's Action The Court first encountered Plaintiff's counsel, **Orly Taitz**, on July 9, 2009, when she filed an action in this Court on behalf of Army reservist Major Stefan Frederick...

19. **H** Rhodes v. MacDonald,
Slip Copy, 2009 WL 3111834, M.D.Ga., September 18, 2009 (NO. 4:09-CV-106 (CDL))

...that he was born in the United States. The conduct described above warrants that sanctions be imposed upon Plaintiff's counsel, **Orly Taitz**. CONCLUSION The Court finds Plaintiff's Motion for Stay of Deployment (Doc. 15) to be frivolous. Therefore, it is denied. The Court notifies Plaintiff's counsel, **Orly Taitz**, that it is contemplating a monetary penalty of $10,000.00 to be imposed upon her, as a sanction for her...

20. **H** Rhodes v. MacDonald,
Not Reported in F.Supp.2d, 2009 WL 2997605, M.D.Ga., September 16, 2009 (NO. 409-CV-106CDL)

...as Commander in Chief of the United States armed forces because he was allegedly not born in the United States. **Orly Taitz** , Law Offices of **Orly Taitz** Esq., Mission Viego, CA, for Plaintiff. Rebecca Elaine Ausprung , Arlington, VA, Sheetul S. Wall , U.S. Attorney's Office, Columbus, GA, for ...

...in the United States, and, therefore, he is not eligible to be President of the United States. 1 See Dr. **Orly Taitz**, Esquire, http:// www.orlytaitzesq.com (last visited Sept. 15, 2009). Counsel has filed numerous lawsuits in various parts of the country seeking...

21. **C** Cook v. Good,
Slip Copy, 2009 WL 2163535, M.D.Ga., July 16, 2009 (NO. 4:09-CV-82 (CDL))

...Frederick COOK, Plaintiff v. Colonel Wanda L. GOOD, et al., Defendants. No. 4:09-cv-82 (CDL). July 16, 2009. **Orly Taitz** , Law Offices of **Orly Taitz** Esq, Mission Viego, CA, for Plaintiff. Hugh Randolph Aderhold, Jr. , Macon, GA, for Defendants. ORDER CLAY D. LAND , District Judge...

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

**IN THE CIRCUIT COURT OF THE** FIRST **JUDICIAL DISTRICT**
**OF HINDS, COUNTY, MISSISSIPPI**

TAITZ ORLEY DR _____ Plaintiff     DATE: 02-28-12

VS.

DEMOCRAT PARTY OF MISSISSIPPI ET AL _____ Defendant   No. 251-12-000107-CIV

## SUMMONS

TO THE SHERIFF OR ANY PERSON AUTHORIZED BY STATUTE:

You are hereby commanded to Summons:

DEMOCRATIC PARTY OF MISSISSIPPI -----

SECRETARY OF STATE OF MISSISSIPPI -----

### NOTICE TO DEFENDANT

THE COMPLAINT _____ WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE
IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR
THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL
PROCEDURE WITHIN 30 DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**BARBARA DUNN**
Circuit Clerk
Hinds County, Mississippi
Post Office Box 327
Jackson, Mississippi 39205

DR ORLY TAITZ _____
ATTORNEY FOR   PLAINTIFF

29839 SANTA MARGARITA PARKWAY, STE 100                   By _____ D.C.
ADDRESS

RANCHO SANTA MA CA  92688
CITY, STATE, ZIP

949-683-5411
PHONE NUMBER                                    RETURN

CCKSUM3

**CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

FILED

MAR 23 2012

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

**DR. ORLY TAITZ, ESQ.**                                         **PETITIONER**

**V.**                                         **CIVIL ACTION NO. 251-12-107CIV**

**DEMOCRAT PARTY OF MISSISSIPPI;**
**SECRETARY OF STATE MISSISSIPPI**                                         **RESPONDENTS**

**The Mississippi Secretary of State's Response in Opposition to**
**"Motion for Summary Judgment" and Response in Opposition to Motion to Recuse**

Mississippi Secretary of State Delbert Hosemann submits this Response in Opposition to the Petitioner's "Motion for Summary Judgment" and Response in Opposition to Petitioner's Motion to Recuse and states:

**RESPONSE IN OPPOSITION TO "MOTION FOR SUMMARY JUDGMENT"**

1.      The petition filed in this action on February 14, 2012 asserts Miss. Code Ann. § 23-15-961 is the sole basis for Petitioner's claimed right to relief.  Petitioner subsequently filed a "motion for summary judgment" against the Secretary of State dated March 6, 2012.  The motion claims it should be granted because "Respondent did not object in any form or shape to the cause of action for Declaratory relief . . .," and "Respondent did not oppose the cause of action for injunction . . . ."  It does not set forth or establish any undisputed material facts, or any valid reasons Petitioner is entitled to judgment as a matter of law.

2.      Contrary to Petitioner's conclusory statements, the Secretary of State has opposed Petitioner's causes of action.  On March 1, 2012, the Secretary of State filed a motion to dismiss the petition in its entirety.

3.      Petitioner's "motion for summary judgment" should be denied for the same reasons set forth in the Secretary of State's motion to dismiss.

4.      The petition is time-barred because it was not filed with this Court in the mandatory time prescribed by Miss. Code Ann. § 23-15-961.

5.      To the extent Petitioner seeks any injunctive relief or order compelling the Secretary of State to perform any official function (*i.e.*, a Writ of Mandamus), that claim must fail as a matter of law. Any such claim in this case fails to meet the well-recognized standards for a Writ of Mandamus established by the Mississippi Supreme Court. *See Bennett v. Board of Sup'rs of Pearl River County*, 987 So. 2d 984, 986 (Miss. 2008); *In re Election for House of Representatives Dis. 71*, 987 So. 2d 917, 920 (Miss. 2008); *Board of Sup'rs of Winston County v. Adams*, 144 So. 476, 477 (Miss. 1932).

6.      The petition, and Petitioner's "motion for summary judgment," fails to establish a right to declaratory or injunctive relief based on the Secretary of State's duties set forth in Miss. Code Ann. § 23-15-1089.

7.      Petitioner lacks standing to pursue this action.

8.      The petition is invalid as Petitioner failed to properly serve a copy of the summons and complaint as prescribed by Miss. R. Civ. P. 4(d)(5).

9.      Additionally, the petition filed in this matter is moot.

10.     Petitioner's "motion for summary judgment" should thus be denied.

**RESPONSE IN OPPOSITION TO MOTION TO RECUSE**

1.      Petitioner's motion to recuse contends that she has filed a "criminal complaint" with the Mississippi Attorney General making criminal accusations against the President of the United States. Petitioner thus concludes that fact creates a "conflict of interest" preventing the Attorney General from representing the Secretary of State.

2

2.     Petitioner's allegations fail to establish the existence of a "conflict of interest" under the Mississippi Rules of Professional Conduct, or any other applicable standards, for the Mississippi Attorney General, or any of the attorneys in the Civil Litigation Division of the Attorney General's Office who have entered their appearance on behalf of the Secretary of State in this action.

3.     By common law and statute, the Mississippi Attorney General is charged with representing the State of Mississippi and its state officials – including the Secretary of State – in all litigation.

4.     Petitioner's motion to recuse should thus be denied.

FOR THE REASONS set forth above, as well as those set forth in the Secretary of State's motion to dismiss filed in this matter, the Court should enter an order denying Petitioner's "motion for summary judgment" and motion to recuse.

THIS the 22nd day of March, 2012.

Respectfully submitted,

Delbert Hosemann, Mississippi
Secretary of State

BY:     Jim Hood, Attorney General
State of Mississippi

BY:     _____
Harold E. Pizzetta, III (Bar No. 99867)
Justin L. Matheny (Bar No. 100754)
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680

3

Facsimile: (601) 359-2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following persons by US Mail, properly addressed and postage prepaid, and electronic mail:

Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688
orly.taitz@gmail.com

Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 287
Jackson, MS 39205
sbegley1@bellsouth.net

THIS the 22nd day of March, 2012.

Justin L. Matheny

4

STATE OF MISSISSIPPI



**JIM HOOD**
**ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION

March 22, 2012

Barbara Dunn
Hinds County Circuit Clerk
Post Office Box 327
Jackson, MS 39205

> **RE:**   *Dr. Orly Taitz, Esq. v. Democrat Party of Mississippi, Secretary of State*
> *Mississippi; Circuit Court of Hinds County; Civil Action No.: 251-12-107CIV*

Dear Madam:

Enclosed for filing, please find an original and one (1) copy of *The Secretary of State's Response in Opposition to "Motion for Summary Jdugment" and Response in Opposition to Motion to Recuse,* in reference to the above styled and numbered case.

Please file the original and return the stamped "filed" copy to me in the enclosed self-addressed stamped envelope.

Sincerely,

Currie B. Gill
Legal Assistant

\cbg
Enclosure
cc:     Orly Taitz, Esq.
        Samuel L. Begley, Esq.
        The Honorable Kenneth Coleman     (*all via email and U. S. Mail, with enclosure*)