

# Politijab.com

Politijab is a members only forum. Registration is free. We look forward to you joining in the discussion.

Search… [ Search ]
Advanced search

- Board index ‹ Obama's Eligibility ‹ Dr. Orly Taitz
- Change font size
- E-mail friend
- Print view

- User Control Panel (**0** new messages) • View your posts

- FAQ
- Members
- Logout [ cnpplc ]

View unanswered posts ǀ View new posts ǀ View active topics ǀ Chat room

## Orly's latest poopies.....

Post a reply

Search this topic… [ Search ]

8850 posts • Page 353 of 354 • 1 ... 350, 351, 352, **353**, 354

- Report this post
- Reply with quote

## Orly's latest poopies.....

▣by **DaveMuckey** » Sat Mar 20, 2010 9:28 pm

I certainly hope that *somebody* is paying Scott.
*One out of five American people are against everything, all of the time. -- **JFK***



<u>DaveMuckey</u>

**Posts:** 525
**Joined:** Tue Sep 08, 2009 3:17 pm
**Location:** Lebanon, OR
- Private message

<u>Top</u>

- <u>Report this post</u>
- <u>Reply with quote</u>

## **Orly's latest poopies.....**

by **Jay Bea** » Sat Mar 20, 2010 9:31 pm

> *Sterngard Friegen wrote:*
>
>> *chinacreekpj wrote:*Someone from Garfield is filing complaints about her?
>> Man she needs to chill on the nitrous.
>
>
> Could this be the Garfield?

No, it's obviously someone from Garfield, New Jersey -- City of Champions!

<u>http://www.garfieldnj.org/</u>



<u>Jay Bea</u>

**Posts:** 261
**Joined:** Mon Sep 28, 2009 1:06 pm
**Location:** East Coast, USA
- Private message

<u>Top</u>

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **Paul Pieniezny** » Sat Mar 20, 2010 9:39 pm

> *Sterngard Friegen wrote:*
>
>> *chinacreekpj wrote:*Someone from Garfield is filing complaints about her?
>> Man she needs to chill on the nitrous.

Could this be the Garfield?



Er, Tepper is a bit younger than that. I doubt someone is paying him.
"Позвольте мне кончить!" (The Birfer Queen, 2009)
"Une pomme sur la tête? Ils sont fous, ces naissanceurs!" (Obelix to Americus Vatelus, "Astérix chez les Helvètes", 1970)



Paul Pieniezny

**Posts:** 501
**Joined:** Fri Feb 20, 2009 9:42 am
**Location:** Belgium
- Private message

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **Sterngard Friegen** » Sat Mar 20, 2010 10:06 pm

# BINGO! Proving he is not just a pretty face, Hektor has figured it out. Again.

I expect a new opus dramaturge from Hektor soon.
... She's *still* licensed to practice ~~dentistry real estate~~ law?



Sterngard Friegen

**Posts:** 3739
**Joined:** Wed Aug 05, 2009 12:32 am
**Location:** Malibu, California
- Private message

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **thorswitch** » Sat Mar 20, 2010 10:51 pm

> *chinacreekpj wrote:* Someone from Garfield is filing complaints about her? Man she needs
> to chill on the nitrous.

LOL!! And of course, Orly will NEVER be able to see the parallel that's so obvious to everyone here....

BTW: Any chance of getting (or at least getting access) to anything in the public record that he's submitted so we can laugh ourselves silly and let him know we're here and happy to share the accumulated wisdom of our obsession if he so desires? 😈

*"Ignorance and prejudice and fear go hand in hand"*

-- from "Witch Hunt" by Rush on their "Moving Pictures" album.

### I'm not a freak, I'm a Politijab Vampire!!

Thorswitch.com



thorswitch

**Posts:** 1411
**Joined:** Fri Aug 14, 2009 4:17 am
**Location:** hidden deep within the bowels of the PsyOps division at HQ
- Private message
- Website

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

☐by **mimi** » Sat Mar 20, 2010 10:53 pm

Mebbe Orly sent Chalice here to spy! 😈 What a bunch of nuts.
**I tried to change my siggy. I lost my jpg in the process. All I got was this stupid tpyo.**



mimi

**Posts:** 8134
**Joined:** Tue Jan 27, 2009 1:01 am
**Location:** Planet Earth (most the time)
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **Highlands** » Sat Mar 20, 2010 11:14 pm

Okay, so I have to throw my two cents in here. This poor person had the guts to file a complaint against Orly Taitz, which I imagine will bring upon him the wrath of the nuts that follow her, plus Orly herself. I kinda don't think we need to out this person any more than they already are. 🙄
*"In what respect, Charlie?"*



Highlands

**Posts:** 1251
**Joined:** Thu Feb 19, 2009 1:19 am
**Location:** a FEMA camp, awaiting further instructions from HQ
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **Butterfly Bilderberg** » Sat Mar 20, 2010 11:25 pm

> *Highlands wrote:* Okay, so I have to throw my two cents in here. This poor person had the guts to file a complaint against Orly Taitz, which I imagine will bring upon him the wrath of the nuts that follow her, plus Orly herself. I kinda don't think we need to out this person any more than they already are. 🙄

# I agree. Orly is an incompetent lawyer, but she is a nasty, revengeful person who will file a lawsuit at the drop of a hat. Certainly after witnessing what lengths another birther was willing to go in seeking to silence truthtellers, we don't need to be

Case 3:12-cv-00280-HTW-LRA   Document 6-1   Filed 04/27/12   Page 7 of 50

**making it any easier for this bitch.**

## I don't see any upside to discussing the identity of the brave person who was able to move the Bar to take action. Only downside. Radio silence, please.

*[W]henever I give you a minute, you want to go off into these talking points about something else.* - Hon. Clayton D. Land, to Orly Taitz, Rhodes 9/14/09 Hearing Transcript at 30



Butterfly Bilderberg

**Posts:** 2008
**Joined:** Sat Jan 24, 2009 3:26 pm
**Location:** In the sunshine
- Private message

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **MaineSkeptic** » Sat Mar 20, 2010 11:26 pm

> *Highlands wrote:*Okay, so I have to throw my two cents in here. This poor person had the guts to file a complaint against Orly Taitz, which I imagine will bring upon him the wrath of the nuts that follow her, plus Orly herself. I kinda don't think we need to out this person any more than they already are.

I agree. The only person from whom this Tepper fellow might want to conceal his identity is Dr. Taitz herself, but he has already shown the courage to put his name to his complaint[s] and risk her wrath.

So, absolutely, we should respect whatever remaining wishes for privacy he may have. But we must recognize that he has taken a significant risk for the cause.

May Soros and the FSM reward him.



MaineSkeptic

**Posts:** 1410
**Joined:** Thu Mar 19, 2009 2:48 pm

- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **Sterngard Friegen** » Sat Mar 20, 2010 11:37 pm

> *Butterfly Bilderberg wrote:*
>
> > *Highlands wrote:*Okay, so I have to throw my two cents in here. This poor person had the guts to file a complaint against Orly Taitz, which I imagine will bring upon him the wrath of the nuts that follow her, plus Orly herself. I kinda don't think we need to out this person any more than they already are.
>
> **I agree. Orly is an incompetent lawyer, but she is a nasty, revengeful person who will file a lawsuit at the drop of a hat. Certainly after witnessing what lengths another birther was willing to go in seeking to silence truthtellers, we don't need to be making it any easier for this bitch.**
>
> **I don't see any upside to discussing the identity of the brave person who was able to move the Bar to take action. Only downside. Radio silence, please.**

BB - It's a matter of public record. But I agree we shouldn't out him any further. On the other hand, Taitz has mentioned this guy 3 times in the last week. Something must be happening in her disbarment proceedings if she is this focused on Tepper when she has a campaign to run (for SoS).
. . . She's *still* licensed to practice ~~dentistry real estate~~ law?



Sterngard Friegen

>   **Posts:** 3739
>   **Joined:** Wed Aug 05, 2009 12:32 am
>   **Location:** Malibu, California
>     - Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

⊞by **Butterfly Bilderberg** » Sat Mar 20, 2010 11:52 pm

>   *Sterngard Friegen wrote:*BB - It's a matter of public record. But I agree we shouldn't out
>   him any further. On the other hand, Taitz has mentioned this guy 3 times in the last week.
>   Something must be happening in her disbarment proceedings if she is this focused on
>   Tepper when she has a campaign to run (for SoS).

She is lashing out at a member of the California Bar who has merely complied with the mandatory duty
to report misconduct. I hope the Bar takes that into consideration as an aggravating factor.

I don't see the need to give Orly a compass and point her to her destination.
*[W]henever I give you a minute, you want to go off into these talking points about something else.* -
Hon. Clayton D. Land, to Orly Taitz, Rhodes 9/14/09 Hearing Transcript at 30



Butterfly Bilderberg

>   **Posts:** 2008
>   **Joined:** Sat Jan 24, 2009 3:26 pm
>   **Location:** In the sunshine
>     - Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

▢by **chinacreekpj** » Sun Mar 21, 2010 1:01 am

> *Butterfly Bilderberg wrote:*She is lashing out at a member of the California Bar who has
> merely complied with the mandatory duty to report misconduct. I hope the Bar takes that
> into consideration as an aggravating factor.

I hope the bar gives this man from Garfield a medal, or maybe a Mega-Lawyer bar license thingy.





chinacreekpj

**Posts:** 396
**Joined:** Tue Jun 23, 2009 4:09 pm
**Location:** Leftist Marxistan
  • Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **Lola_Getz** » Sun Mar 21, 2010 7:59 am

> *MaineSkeptic wrote:*So, absolutely, we should respect whatever remaining wishes for privacy he may have. But we must recognize that he has taken a significant risk for the cause.
>
> May Soros and the FSM reward him.

Do we know if Tepper knows that Orly is after him? If not, perhaps it might be a good idea to give him a heads up.
Rational dialogue is not advanced through the indifferent toleration of irrationality.

-- Loren (PJ/Barackryphal)



Lola_Getz

**Posts:** 1949
**Joined:** Tue Mar 03, 2009 6:40 am
**Location:** On Ilkla Moor Baht 'at, UK
- Private message
- MSNM/WLM

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **bogus info** » Sun Mar 21, 2010 8:35 am

> *Butterfly Bilderberg wrote:*
>
>> *Sterngard Friegen wrote:*BB - It's a matter of public record. But I agree we shouldn't out him any further. On the other hand, Taitz has mentioned this guy 3 times in the last week. Something must be happening in her disbarment

proceedings if she is this focused on Tepper when she has a campaign to run (for SoS).

She is lashing out at a member of the California Bar who has merely complied with the mandatory duty to report misconduct. I hope the Bar takes that into consideration as an aggravating factor.

I don't see the need to give Orly a compass and point her to her destination.

I agree. BB, isn't there something regarding retaliation and isn't this what Orly is doing? Hey, Orly is not only lashing out but she is requesting her supporters to investigate/harass this Tepper person and the law firm in my opinion.

bogus info

**Posts:** 6219
**Joined:** Fri Feb 13, 2009 9:19 pm
- Private message

Top

- Report this post
- Reply with quote

## **Orly's latest poopies.....**

by **Hektor** » Sun Mar 21, 2010 10:35 am

*Sterngard Friegen wrote:* **BINGO!** Proving he is not just a pretty face, Hektor has figured it out. Again.

I expect a new opus dramaturge from Hektor soon.

Oh sure, I have midterms and assignments and projects oh my, but you are right, revealing the truth is far more important.

The Date: July 1st, 1881

The Scene: An abandoned warehouse at the Washington Gas Light Company Complex, Washington DC.

The man known as "Scott": Now you all know why you are here. Tovarishch Ulyanov it is good of you to make the trip from the future Soviet Union.

Ulyanov: With the knowledge you bring us from the future, how could I not come?

Charles J. Guiteau: I can't believe you want us working on Dominion Day.

"Scott": Diligence, Charlie. Diligence. Although we seek to enable a system where the lazy grow fat of the hard work of a few patriots who shouldn't really pay any taxes because of their contribution to society, we have to work like Stakhanovites to get there first.

Chester A. Arthur: I still don't completely understand the plan though. Could we walk through it again?

"Scott": [Sighs] Again, Charlie here uses his British revolver to surprise the constitutionally qualified President at the train station. Due to the fact of excessive government regulations and the lack of a home school medical program, the doctors at this time lack a basic understanding of sanitary conditions. The President will die as a result of these, how do I put this, proto-death panels, within two months. At that point you'll be in charge.

Chester A. Arthur: And then with Comrade Ulyanov's help, we'll implement the revolution!

"Scott": NOOOOO!

Ulyanov: I don't understand, you told me that my path to power was to sieze it.

"Scott": That might work in Russia Tovarishch, but in America there's this thing called Freedom.

[Everyone spits on the floor]

Chester A. Arthur: I don't understand though, if Freedom is so powerful that it ensures that America and only America is protected against the evils of a public healthcare system, how can we possibly hope to prevail?

Charles J. Guiteau: I still say we chance it. There is nothing like the--whatdyacallit?--The Internet available now. No one has the capability of researching de Vattel's authorship of the constitution.

"Scott": But it is common knowledge now that Natural Born Citizen means two citizen parents. We're gonna be busy in the next 130 years erasing that from the history books. Luckily, without the Internet, there cannot be some anonymous person who can figure out that photograph of Chester's Certification of Live Birth is clearly a forgery.

Chester A. Arthur: Luckily I suck at baseball, so I never had to join a little league.

Ulyanov: Thank Allah for small favours. I still don't see why we are going to all this trouble though if we aren't going to implement socialism here for another 130 years.

Charles J. Guiteau: And I don't understand how the Mahometans figure into all this.

"Scott'": Comrades please. Bear with me for a second. You don't have all the knowledge I do. In eighty or so years, the Cloward-Piven strategy will be written and all will be clear. Suffice to say, that in order to bring about the revolution and corrupt the heart of freedom, we have to do it incrementally.

Chester A. Arthur: So what's my job?

"Scott": You do two things for us. First of all, one of the most important things you'll do is implement standard time.

Ulyanov: But Comrades, that's the most anti-freedom thing one can think of. Now all the towns and cities set their clocks by the sun. They'd never stand for the government telling them what time it is based on arbitrary bureaucratic constructions known as "Time-Zones". It simply cannot be done.

"Scott": You are forgetting something Tovarishch Ulyanov. Comrade Arthur is ineligible to hold his office. If an ineligible man were to hold the office of the president...

Ulyanov: [a slow smile breaking across his face] Then of course freedom is imperiled meaning... ·

Chester A. Arthur: We can implement the first step of socialism [maniacal laughter ensues]

Charles J. Guiteau: And the Mahometans?

"Scott": That's the other thing Chester A. Arthur brings to the table... He paves the way for a future Muslim illegitimate president. He's our insurance when brave patriots in the future realize that you actually need to have two citizen parents at birth to be the president. Luckily they haven't figured out that he also needs to have had five years of Tap and two years of ballroom in order to qualify.

Ulyanov: Comrade, my hat is off to you. You and your associates have really thought this through. May I ask a question though? Purely for my own curiosity I assure you.

"Scott": Go ahead. I cannot promise to answer.

Ulyanov: What will be this future Muslim usurper's method of implementing socialism?

"Scott": Oh he will have the audacity to attempt health care reform.

[The others start choking and coughing]

Charles J. Guiteau: You and your associates are bold comrade. Again only a usurper could attempt such a thing and succeed.

"Scott": Yes, we learned our lesson with Clinton. A natural-born president simply could not strangle freedom enough. So is everyone ready then?

Everyone else: Ready!

Chester A. Arthur: Well, one last thing... Why do you want the body... and why do you need the Vodoun Priestess?

"Scott": That, comrades, is another tale completely.
Official Preposition Counter of the Politijab Forum and Purveyor of Too Much Credible Speculation



Hektor

**Posts:** 442
**Joined:** Fri May 22, 2009 6:04 pm
**Location:** Soviet Canuckistan
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **mimi** » Sun Mar 21, 2010 10:47 am

Hecktor, This is better than a miniseries.
**I tried to change my siggy. I lost my jpg in the process. All I got was this stupid tpyo.**



mimi

**Posts:** 8134
**Joined:** Tue Jan 27, 2009 1:01 am
**Location:** Planet Earth (most the time)
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **Sterngard Friegen** » Sun Mar 21, 2010 10:52 am

 . . . She's *still* licensed to practice ~~dentistry real estate~~ law?



<u>Sterngard Friegen</u>

**Posts:** 3739
**Joined:** Wed Aug 05, 2009 12:32 am
**Location:** Malibu, California
- Private message

<u>Top</u>

- <u>Report this post</u>
- <u>Reply with quote</u>

### Orly's latest poopies.....

by **Paul Pieniezny** » Sun Mar 21, 2010 1:59 pm

"Luckily they haven't figured out that he also needs to have had five years of Tap and two years of ballroom in order to qualify."

Good grief, after being denied early pension four years ago because I had only four years and ten months of Tuition Assistance Program in my career (and not six years), I am now told I do not qualify for US presidency either.

Given the precedent, and the fact that I easily qualify on b) of this secret amendment (eight years of ballroom) I am utterly convinced this rule was invented by time travellers with no other aim than to make me ineligible.

OK, now. Will our very own and most hono(u)rable Dr De Minimis represent me in my suit under international law to get rid of the unconstitutional <u>TAP protocol</u> ?
"Позвольте мне кончить!" (The Birfer Queen, 2009)
"Une pomme sur la tête? Ils sont fous, ces naissanceurs!" (Obelix to Americus Vatelus, "Astérix chez les Helvètes", 1970)



<u>Paul Pieniezny</u>

**Posts:** 501
**Joined:** Fri Feb 20, 2009 9:42 am
**Location:** Belgium
- Private message

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **verbalobe** » Sun Mar 21, 2010 2:10 pm

> *Hektor wrote:* "Scott": That might work in Russia Tovarishch, but in America there's this thing called Freedom.
>
> [Everyone spits on the floor]

## HEKTOR!!

 

http://birferdreams.livejournal.com/



verbalobe

**Posts:** 517
**Joined:** Wed Sep 09, 2009 5:27 pm
**Location:** Northern Virginia, USA
- Private message

Top

- Report this post
- Reply with quote

### Orly's latest poopies.....

by **twinx** » Sun Mar 21, 2010 4:24 pm

Hektor, you are very clever

> Chester A. Arthur: I don't understand though, if Freedom is so powerful that it ensures that America and only America is protected against the evils of a public healthcare system, how can we possibly hope to prevail?

And very funny 😊

Best wishes re your forthcoming exams, etc.
*We stand by the fabricated quote* (Rush Limbaugh)

twinx

>        **Posts:** 500
>        **Joined:** Wed Oct 07, 2009 7:45 am
>           • Private message

Top

   • Report this post
   • Reply with quote

## Orly's latest poopies.....

□by **bob** » Sun Mar 21, 2010 4:54 pm

So much poopy goodness!

Wikipedia telling more lies:

>      During the demonstration O'Reilly's producer has recorded me on video where I repeatedly
>      asked to be allowed to refute all the slander that O'Reilly stated about me on the air.
>      Producer, first name Joe, don't remember the last name, stated that he will relate it to
>      O'Reilly, but I was not allowed to go on the air and refute the slander. It was a clear
>      journalistic malpractice and an attempt to defraud the public and slander me.

>      This criminal Lane [a wikipedia editor], who is colluding with Obama, has included all the
>      negative remarks about me, but intentionally committed Journalistic malpractice, slander
>      and defamation of character in that he included only the worst slander but not numerous
>      positive remarks and positive interviews. For example Rush Limbaugh has written in Free
>      Republic that he is appalled by the brazen way Obama administration is treating eligibility
>      attorneys like Orly Taitz. Hannity has stated that this is legitimate issue, as well as Lou
>      Dobbs, Peter Boyles, Mike Savage, Liz Mundy from Wash Post, Rick Roberts, Steve
>      Malzberg, Adam McManis and many others.

>      This Marxist thug Lane has instigated hate crimes against me and my whole family by
>      intentionally deleting all positive comments about me, not even allowing my picture and
>      publishing the worst slander.

>      Additionally he posted an unsubstiated complaint about me, written by some Muslim
>      lawyer (I don't remember his name) as part of my bio. There were thousands of criminal
>      complaints about Obama, numerous citizen grand jury indictments. Why don't they publish
>      it in his bio? If people running wikipedia are writing about unsubstantiated complaints
>      about decedents fighting abuse of Constitutional freedoms under Obama regime, they

should write in Obama's bio all of the complaints as well. If that is done, they will have a great job security, as they will be writing till the end of their lives and then some.

That is why I filed my complaint with the UN. It is important for the whole world to know that Wikipedia, Snops, fact check.org and most "main stream media" are overtaken by Communist-Marxists thugs with no respect for truth and journalistic integrity, and they need to be criminally prosecuted for instigating hate crimes against Constitutional attorneys and their families by their dishonest reporting.


h ttp://www.orlytaitzesq.com/?p=9047

Taitz not happy with Meadow:
h ttp://www.orlytaitzesq.com/?p=9057
h ttp://www.orlytaitzesq.com/?p=9038


More IP specialists needed to hunt down those traitors:
h ttp://www.orlytaitzesq.com/?p=9025
h ttp://www.orlytaitzesq.com/?p=9008
h ttp://www.orlytaitzesq.com/?p=9006

Finally, The "Attorney of the Year" at the Freedome Faire (via youtube):



bob

> **Posts:** 561
> **Joined:** Sat Dec 05, 2009 1:22 pm
> * Private message


Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **twinx** » Sun Mar 21, 2010 5:36 pm

Someone posting on Tait's site says:

> I would contend that it is obviously Rachel Maddow who doesn't know when to STOP (**she created a great video campaign ad for Orly**)...
> Please record it if you can – and **extract the mock TV ad, so that Orly can use the truthful parts in her campaign.**

(My emphasis).

I predicted this, but I didn't really think they'd *really* be that stupid.
*We stand by the fabricated quote* (Rush Limbaugh)

twinx

**Posts:** 500
**Joined:** Wed Oct 07, 2009 7:45 am
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

by **peredur** » Sun Mar 21, 2010 5:50 pm

FWIW the Rachel Maddow video has hit youtube. The comments are funny.

http://www.youtube.com/watch?v=4Zvyi6NEhgI
"And the women come and go, Talking of Michelangelo, Something something, Till we drown."
Boomer Bible - Book of Psomethings 23:13-16



peredur

**Posts:** 103
**Joined:** Thu Mar 04, 2010 2:37 am
**Location:** Josey, Wales
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

⬚by **TollandRCR** » Sun Mar 21, 2010 6:26 pm

> *bob wrote:...*
> That is why I filed my complaint with the UN. It is important for the whole world to know
> that Wikipedia, Snops, fact check.org and most "main stream media" are overtaken by
> Communist-Marxists thugs with no respect for truth and journalistic integrity, and they need
> to be criminally prosecuted for instigating hate crimes against Constitutional attorneys and
> their families by their dishonest reporting.

At last we have a clue as what Dr. Levy and Orly are seeking from the United Nations: a criminal trial of
American mainstream media for committing hate crimes against Orly.

As her inevitably unpleasant confrontation with the State Bar of California nears, Orly seems to get
screechier by the day. The only way out of this that I see for Orly is that she demand that the State Bar
recuse itself on the grounds of their having said hurtful things to her.
**"Please, take this seriously."**



TollandRCR

**Posts:** 4850
**Joined:** Sun Mar 22, 2009 11:17 pm
**Location:** New England
- Private message

Top

- Report this post
- Reply with quote

## Orly's latest poopies.....

□by **Tes** » Sun Mar 21, 2010 6:45 pm

> *TollandRCR wrote:*... The only way out of this that I see for Orly is that she demand that the State Bar recuse itself on the grounds of their having said hurtful things to her.

oh my

BIRTHER CASE SCORECARD & STRING CITE from WYE.
**"But this is just so fundamental that I'm having a hard time understanding how you are not grasping it."** *~Court to Orly, Rhodes 9/14/09 Hearing Transcript at 55.*



Tes

**Posts:** 2177
**Joined:** Fri Jan 23, 2009 8:22 pm
**Location:** Phoenix, AZ
- Private message
- Website

Top

---

PreviousNext Display posts from previous:  All posts     •     Sort by  Post time     Ascending     Go

---

Post a reply
8850 posts • Page **353** of **354** • 1 ... 350, 351, 352, **353**, 354

Return to Dr. Orly Taitz

Jump to:    Dr. Orly Taitz          Go

## Who is online

Users browsing this forum: Butterfly Bilderberg, cnpplc, Epectitus, GeneralZ, Yahoo [Bot] and 0 guests

View new posts l View active topics

- Board index
- Subscribe topic
- Bookmark topic

- • The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

The date is **3/21/2010**
You accessed this page at **11:20 P.M.**
Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

Response to request by the defense to waive pro hac vice requirements for Scott J. Tepper
Inboxx


Orly TaitzApr 5 (12 days ago)

Dear judge Coleman and counsel, please find attached a response to request by...



Orly Taitz
Apr 14 (3 days ago)

to me

---------- Forwarded message ----------
From: Orly Taitz <orly.taitz@gmail.com>
Date: Thu, Apr 5, 2012 at 8:14 AM
Subject: Response to request by the defense to waive pro hac vice requirements for Scott
J. Tepper
To: Robert Kenneth Coleman <cjrkcoleman@hotmail.com>, Harold Pizzetta
<hpizz@ago.state.ms.us>, Justin Matheny <justinmatheny@ago.state.ms.us>, Brian
Fedorka <bfedorka82@gmail.com>, Sam Begley <sbegley1@bellsouth.net>


Dear judge Coleman and counsel,please find attached a response to request by the
defense to waive pro hac vice requirements for CA attorney Scott J. Tepper

--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com



--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

3 attachments — Download all attachments
MS Response to request to waive pro hac vice requirements for Scott J. Tepper.pdf
175K   View   Download
tEPPER 1.pdf
113K   View   Download
Tepper 2.pdf
483K   View   Download

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA 92688**
**Ph 949-683-5411 F949-766-7603**
Orly.Taitz@gmail.com
**CA Bar License 223433**
**In propria Persona in MS**

**F I L E D**

APR 19 2012

BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

**FIRST JUDICIAL DISTRICT**
**Circuit Clerk's Office**
**P.O. BOX 327**
**Jackson, MS 39205**
**Phone: (601) 968-6628**

| | |
|---|---|
| DR. ORLY TAITZ, ESQ | ) FIRST AMENDED COMPLAINT |
| BRIAN FEDORKA | ) PETITION FOR AN EMERGENCY |
| LAURIE ROTH | ) INJUNCTION FROM GENERAL |
| LEAH LAX | ) ELECTION, PERMANENT |
| TOM MacLERAN | ) INJUNCTION, DECLARATORY |
| | ) RELIEF, TREBLE DAMAGES IN |
| | ) RICO |
| V | ) Hon R Kenneth Coleman |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) presiding |
| SECRETARY OF STATE OF MISSISSIPPI | ) |
| BARACK HUSSEIN OBAMA | ) CASE#2012-107 |
| OBAMA FOR AMERICA | ) |
| NANCI PELOSI | ) |
| DR. ALVIN ONAKA | ) |
| LORETTA FUDDY | ) |
| MICHAEL ASTRUE | ) |
| JANE DOES, JOHN DOES 1-100 | ) |

COME NOW PLAINTIFFS Dr. Orly Taitz ESQ, Brian Fedorka, Laurie Roth, Leah Lax, Tom MacLeran, hereinafter Plaintiffs and seek following relief

**DECLARATORY RELIEF**- declaring candidate for the U.S. Presidency Barack Obama not eligible to be on the ballot as a President due to lack of constitutional eligibility, not being a natural born citizen, fraudulently using forged identification papers as a basis of his eligibility.

**INJUNCTIVE RELIEF**, seeking an injunction against placing Obama's name on the ballot in the general election and an order de-certifying any and all votes for Obama in the primary election due to the fact that Obama was not eligible and committed elections fraud by using a forged birth certificate, forged selective service certificate and a stolen Social Security number as a basis for his natural born status.'

**TREBLE DAMAGES** in RICO for damages suffered by the Plaintiffs

### PARTIES

1. Dr. Orly Taitz, ESQ, political dissident leader of an opposition movement against Barack Obama. Taitz was named by the media either the "leader of the birther movement" or a "queen of the birthers" due to her leadership position in bringing forward explosive evidence, showing Obama committing elections fraud and using a computer generated forgery instead of a valid long form birth certificate, as well as his fraudulent use of a Connecticut social Security number

████████████ which was not assigned to Obama. Taitz was severely persecuted for her opposition dissident legal work and civil rights work in restoring the rights of the U.S. citizens to lawful elections and removal of Obama from the ballot, as well as criminal prosecution of Obama.

2. Brian Fedorka- citizen of the state of Mississippi and a registered legal voter in Mississippi.

3. Leah Lax- a Democrat running for the U.S. Presidency, registered with the FEC as a Presidential candidate

3. Laurie Roth- a Presidential candidate from American Independent party, registered with the FEC

4. Tom MacLaren,- a Presidential candidate from Republican party, registered with the FEC

5. Barack Hussein Obama, candidate for the U.S. President in 2012 elections, hereinafter "Obama"

6. "Obama for America"- Official Presidential Campaign organization for Barack Hussein Obama

7. Secretary of State of Mississippi is sued only in his official capacity as the chief elections officer of the state of Mississippi and he is sued only as a respondent in relation to the declaratory relief and injunctive relief in seeking his action in his official capacity of the Secretary of State to remove candidate Obama from the

ballot in the general 2012 Presidential election and in de-certifying any and all votes for Obama fraudulently received by Obama in the Primary 2012 Presidential election. Secretary of State is **NOT** being sued in RICO causes of action.

8. Democratic Party of Mississippi- sued in its capacity of a political party, which submitted candidacy of Barack Obama and which maintained such candidacy in spite of evidence of lack of eligibility of Obama and evidence of election fraud and use of forged documents by Obama

9. Loretta Fuddy -director of the Department of Health of the state of Hawaii

10 Alvin Onaka-Registrar of the Department of Health of the state of Hawaii

11. Michael Astrue -Commissioner of the Social Security

12. Nanci Pelosi-chair of the 2008 Presidential nominating convention, signatory on the certificate of candidate of Barack Obama

13. Jane Does, John Does 1-100 Plaintiffs believe that Defendants Jane Does and John Does aided and abetted Obama in elections fraud, forgery, uttering of forged identification papers, harassment, intimidation, defamation, persecution of Plaintiff Taitz and her family. Names of Jane Does and John Does are not fully known at this time and will be ascertained upon completion of the discovery.

## JURISDICTION AND APPLICABLE LAW

## RICO

Chapter 96 of <u>Title 18 of the United States Code</u>, 18 U.S.C. § 1961–1968

## PREDICATE ACTS

section 1028 (relating to fraud and related activity in connection with identification documents),

section 1341 (relating to mail fraud),

section 1343 (relating to wire fraud),

section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers

section 1503 (relating to obstruction of justice),

section 1512 (relating to tampering with a witness, victim, or an informant),

section 1513 (relating to retaliating against a witness, victim, or an informant), section

section 1546 (relating to fraud and misuse of visas, permits, and other documents)

**Mississippi code of 1972 as amended**

**Chapter 021 of Title 97**

97-21-5.                                        Certain instruments deemed writings.

**SEC. 97-21-5. Certain instruments deemed writings.**

Every instrument, partly written and partly printed, or wholly printed, with a written signature thereto, and every signature of an individual, firm, or

corporate body, or of any officer of such body, and every writing purporting to be such signature, shall be deemed a writing and a written instrument within the meaning of the provisions of this chapter.

97-21-21.                              Destruction, erasure, or obliteration of writing deemed forgery.

97-21-27.                              Intent to defraud.

**SEC. 97-21-27. Intent to defraud.**

Whenever, by any of the provisions of this chapter, an intent to defraud is required to constitute a forgery, it shall be sufficient if such intent appear to defraud the United States, any state or territory, and body-corporate, county, city, town, or village, or any public officer in his official capacity, any copartnership, or any one of such partners, or any real person whatever.

97-21-31.                              Parts of several genuine instruments connected to make one instrument.

**SEC. 97-21-31. Parts of several genuine instruments connected to make one instrument.**

When different parts of several genuine instruments shall be so placed or connected together as to produce one instrument, with intent to defraud, the same shall be forgery, in the same

manner as if the parts so put together were falsely made or forged.

97-21-33.

Penalty for forgery.

## SEC. 97-21-33. Penalty for forgery.

Persons convicted of forgery shall be punished by imprisonment in the Penitentiary for a term of not less than two (2) years nor more than ten (10) years, or by a fine of not more than Ten Thousand Dollars ($10,000.00), or both: provided, however, that when the amount of value involved is less than Five Hundred Dollars ($500.00) in lieu of the punishment above provided for, the person convicted may be punished by imprisonment in the county jail for a term of not more than six (6) months, or by a fine of not more than One Thousand Dollars ($1,000.00), or both, within the discre tion of the court.

## SEC. 97-21-35. Pleadings, process and other court papers, licenses, or written instruments generally.

Every person who, with the intent to injure or defraud, shall falsely make, alter, forge, or counterfeit any instrument or writing being or purporting to be any process issued by any competent court, magistrate, or officer, or being or purporting to be any pleading or proceeding filed or entered in any court of law or equity, or being or purporting to be any certificate, order, or allowance, by any competent court,

board, or officer, or being or purporting to be any license or authority authorized by any statute, or any instrument or writing being or purporting to be the act of another, by which any pecuniary demand or obligation shall be or purport to be created, increased, discharged, or diminished, or by which any right or property whatever shall be or purport to be transferred, conveyed, discharged, diminished, or in any manner affected, by which false making, forging, altering or counterfeiting any person may be affected, bound, or in any way injured in his person or property, shall be guilty of forgery.

97-21-63.   **SEC. 97-21-63. Will, deed,** Will,    deed,    certificate    of **certificate of acknowledgment or proof** acknowledgment or proof of recordable **of recordable instrument.** instrument.

Every person who shall be convicted of having forged, counterfeited, or falsely altered any will of real or personal property, or any deed or other instrument, being or purporting to be the act of another by which any right or interest in real or personal property shall be or purport to be transferred, conveyed, or in any way changed or affected; or any certificate or endorsement of the acknowledgment of any person of any deed or other instrument which by law may be recorded, made or purporting to have been made by any officer duly authorized to make such certificate or endorsement; or any certificate of the proof of any deed or other instrument which by law may be recorded, made or

purporting to have been made by any
officer duly authorized to make such
certificate, with intent to defraud, shall be
guilty of forgery.

## 23-15-963.   EXCLUSIVE   PROCEDURES   FOR   CONTESTING QUALIFICATIONS   OF   CANDIDATE   FOR   GENERALELECTION; EXCEPTIONS.

(1) Any person desiring to contest the qualifications of another person who has

qualified pursuant to the provisions of Section 23-15-359, Mississippi Code of

1972, as a candidate for any office elected at a general election, shall file a petition

specifically setting forth the grounds of the challenge not later than thirty-one (31)

days after the date of the first primary election set forth in Section 23-15-191,

Mississippi Code of 1972. Such petition shall be filed with the same body with

whom the candidate in question qualified pursuant to Section 23-15-359,

Mississippi Code of 1972.

(2) Within ten (10) days of receipt of the petition described above, the appropriate

election officials shall meet and rule upon the petition. At least two (2) days before

the hearing to consider the petition, the appropriate election officials shall give

notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate election officials fail to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

## MISSISSIPPI ELECTIONS CODE 23-15-961, ELECTIONS CHALLENGE

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by registered letter or by telegraph or by telephone, or personally, notify the Chief Justice of the Supreme Court, or in his absence, or disability, some other judge of the Supreme Court, who shall forthwith designate and notify from the list provided in Section 23-15-951 a circuit judge or chancellor of a district other than that which embraces the district, sub district, county or any of the counties, involved in the contest or complaint, to proceed to the county in which the contest or complaint has been filed to hear and determine the contest or complaint. It shall be the official duty of the circuit judge or chancellor to proceed to the discharge of the designated duty at the earliest possible date to be fixed by the judge or chancellor and of which the contestant and contestee shall have reasonable notice. The contestant and contestee are to be served in a reasonable manner as the judge or

chancellor may direct, in response to which notice the contestee shall promptly file his answer, and also his cross-complaint if he has a cross-complaint. The hearing before the circuit court shall be de novo. The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings.

(6) Within three (3) days after judgment is rendered by the circuit court, the contestant or contestee, or both, may file an appeal in the Supreme Court upon election contest

2) Within ten (10) days of receipt of the petition described above, the appropriate executive committee shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate executive committee shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate executive committee fails to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

(4) Any party aggrieved by the action or inaction of the appropriate executive committee may file a petition for judicial review to the circuit court of the county in which the executive committee whose decision is being reviewed sits. Such petition must be filed no later than fifteen (15) days after the date the petition was originally filed with the appropriate executive committee.

## STATEMENT OF FACTS AND ALLEGATIONS RELEVANT TO ALL CAUSES OF ACTION

1.On April 27, 2011 Defendant Obama held a press conference in the White House and presented what he alleged to be a true and correct copy of his original long form birth certificate. Obama used his position of the U.S. President and a Presidential candidate for the 2012 election to viciously attack "birthers" , civil rights attorneys and patriots, questioning legitimacy of his eligibility for the U.S. Presidency and questioning authenticity of his alleged identification papers, by calling them "a side show and carnival barkers". Taitz was named by the media a "queen of the birthers" and a leader of the birther movement.   Upon the verbal attack by Obama she was subjected to a wave of attacks, which included defamation, slander of her character, harassment, persecutions. Obama never presented to any court of law or any elections commission any valid original identification papers or any valid certified copies, which can be used to verify the originals. As an emperor without clothes, Obama, a usurper without identification

papers is continuing to reside in the White House and is continuing his bid to be a candidate in the 2012 primary and general elections.

From 2008 campaign until now Taitz and other Plaintiffs and patriots of this country suffered a total of nearly four years of humiliation, defamation, slander, persecutions, harassment, sanctions, tampering with vehicles, attacks on their families by some of the defendants, by the "Usurper in Chief and his knights of the crooked table. "

2. On March 1, 31, 2012 sheriff Joe Arpaio of Maricopa County, Arizona held a press conference, where he announced to the public results of his six months investigation and testing of Obama's alleged copy of his birth certificate and other papers. Arpaio and his lead investigator Michael Zullo announced that the document presented by Obama during April 27, 2011 press conference represents a computer generated forgery. (Exhibit 2 Transcript of March 1, 2012 Press conference by Sheriff Joe Arpaio and affidavit of authenticity and Exhibit 3 Video tape of the Press conference by Sheriff Joe Arpaio and investigator Zullo)

Arpaio and Zullo announced that the stamp of the registrar Alvin Onaka and of the date stamp on Obama's alleged copy of his alleged birth certificate were transported to this computer generated forgery from other documents. They also announced that the security paper was not a part of the document, but was rather added to this computer generated document later, leaving a halo, which is

indicative of forgery. These findings by Arpaio confirmed findings by several experts, who worked with Taitz.

3. Plaintiff Taitz provided Defendant Democratic Party of Mississipi, hereinafter "Party" with the evidence of forgery and fraud in Obama's identification papers. Plaintiff Taitz served the Democratic Party with the elections challenge against candidate Barack Obama. (Exhibits 4-12)

2. Challenge provided sworn affidavits from multiple experts showing Obama using a forged birth certificate and a stolen Connecticut Social Security number 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. (Exhibits 1-12)

3. In order to be a legitimate candidate for the US Presidency according to Article 2, section 1 of the US Constitution one needs to be a natural born US citizen.

4. Since Obama is using forged identification papers, he does not have any credentials to be a legitimate candidate.

5.Additionally Taitz provided the Democratic party with precedents showing that meaning of natural born citizen as intended in the US Constitution, is one born in the country to two US citizen parents. Since Obama's father was a foreign national, even if Obama were to have a valid U.S. birth certificate, he would have been a foreign national from birth based on his father's citizenship.

6. Democratic Party of Mississippi did not respond and de facto became criminally complicit in elections fraud and use of forged identification papers by Obama

7. Taitz filed a complaint in Hinds County Circuit Court in Jackson MS

8. Pursuant to 23-15-961 of MS code, this complaint, being an elections ballot challenge, was immediately forwarded to the Chief Justice of the Supreme Court of MS for expedient handling.

9. Chief Justice Dickenson immediately forwarded the complaint to special judge Honorable R. Kenneth Coleman.

10. Primary election was held on March 13th prior to judge Coleman contacting the parties, therefore it became necessary to provide the Party with a new challenge relating to the general election and bringing this complaint at hand

13. Other Plaintiffs joined Taitz.

14. Through their attorney, Samuel Bagley, Democratic Party was contacted and advised that since the court did not hear the complaint before the primary election, plaintiffs are asking for the response of the Democratic Party in regards to the same challenge for the general election

15. Yet again the Democratic Party did not respond

16. Since neither party filed an answer to the complaint, the first Amended Complaint was filed as of right.

## FIRST CAUSE OF ACTION

## DECLARATORY RELIEF

1. In 2008, when Mr. Obama ran for the U.S. Presidency, he was never vetted and he never provided any valid documentary evidence of his natural born status.

2. A natural born citizen would be expected to have valid U.S. identification papers, such as a valid long form birth certificate and a valid Social Security number, which was lawfully obtained by presenting a valid birth certificate to the Social Security administration and which can be verified through official U.S. Social Security verification services, such as E-Verify and SSNVS. The most glaring evidence of Obama's lack of natural born status and legitimacy for the US Presidency, is Obama's lack of most basic valid identification papers, such as a valid Social Security Number ("SSN") and his use of a fraudulently obtained Social Security Number from the state of Connecticut, a state where he never resided, and which was never assigned to him according in part to SSN verification systems "E-Verify" and SSNVS.

3. Reports from licensed investigator Susan Daniels ("Daniels") show that for most of his life Obama used a Connecticut Social Security Number ▪▪▪ ▪▪▪▪ issued in 1977, even though he was never a resident of the State of Connecticut. In 1977 Social Security numbers were assigned according to the state where the Social Security applications were submitted. In 1977 Obama was nowhere near Connecticut, but rather a young student at the Punahoa school in Hawaii, where he resided.

3.     Additionally, according to the review performed by licensed investigators Sankey and Daniels, and as publicly available, national databases revealed another birth date associated with this number, a birth date of 1890. In or around 1976-77, due to changes in the Social Security Administration, many elderly individuals who never had Social Security numbers before, had to apply for their Social Security numbers for the first time in order to obtain Social Security Benefits. It appears that the number in question was assigned to an elderly individual in Connecticut around March of 1977. The death of this elderly individual was never reported, and from around 1980 this number was fraudulently assumed by Barack Obama. *See Exhibit 7* attached hereto, Affidavit of Susan Daniels.

4.     Petitioner Taitz was a delegate at the Continental Congress Convention in 2009, where she had a discussion on the matter of Barack Obama's fraudulent use of the aforementioned Connecticut SSN with a recently retired Senior Deportation Officer from the Department of Homeland Security ("DHS"), Mr. John Sampson ("Sampson"). Sampson provided Dr. Taitz with an affidavit attesting to the fact that indeed, according to national databases, Obama is using a Connecticut SSN even though there is no reasonable justification or explanation for such use by one who resided in Hawaii in and around the time the Social

Security number in question was issued. *See Exhibit 8* attached hereto, Affidavit of John Sampson.

5.     In 2010 Obama posted online on WhiteHouse.gov his 2009 tax returns. Those responsible for posting those returns did not "flatten" the PDF file thereof, so all the layers of modification of the file became visible to the public. One of the pages contained Obama's full SSN ███████. Taitz received an affidavit from Adobe Illustrator program expert Mr. Felicito Papa ("Papa") attesting to the fact that the tax returns initially posted by Obama contained the Connecticut SSN ███████ While the file was later "flattened" and the SSN can no longer be seen, thousands of U.S. Citizens and individuals around the world were able to obtain the original file with the full SSN. *See Exhibit 5* attached hereto, Affidavit of Felicito Papa.

6.     Counsel herein, Taitz checked an official site for Selective Service SSS.gov. She entered the name "Barack Obama" along with his publicly available alleged date of birth ███████ and Connecticut SSN ███████ (which Obama is using in his tax returns as indicated above). Taitz received a verification showing that Obama registered for Selective Service using the Connecticut SSN. *See Exhibit 10* attached hereto, Selective Service Verification.

7.     Taitz received an affidavit from a witness named Linda Jordan ("Jordan"), who ran an E-verify check for SSN ███████. According to E-

Verify, there is no match between Obama's name and the SSN he used on his tax returns and Selective Service application. *See Exhibit 6* attached hereto, Affidavit from Linda Jordan.

8.    Taitz received an email from a U.S. Army officer, Colonel Gregory Hollister, whereby he did an independent check and found that indeed Obama is using this Connecticut SSN. He also contacted SSNVS (Social Security Number Verification Systems) and found that the number Obama is using was never assigned to him. *See Exhibit 12* attached hereto, Email from Colonel Gregory Hollister.

9.    Recently Obama's Uncle Onyango Obama was arrested for drunk driving and found to be using for employment a Social Security Number even though he is an illegal alien and not allowed to work.  Obama's Aunt Zeutuni Obama was stealing taxpayer dollars by living in subsidized housing and using an Indiana-issued Social Security Number, even though he is an illegal alien and was never a resident of the State of Indiana. Therefore, there is a pattern of multiple members of Obama's family using fraudulently obtained Social Security numbers, at Obama's behavior is true to that pattern of Social Security fraud and immigration fraud.

10.    Obama's close associate, William Ayers, in his book *Fugitive Days*, admitted to creating over a hundred fraudulent Social Security Numbers using

names of deceased infants who did not get their Social Security numbers before their deaths. As he states in *Fugitive Days,* "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card. Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." *William Ayers, Fugitive Days.* Association and close friendship with Ayers is an additional indication and circumstantial evidence of Social Security fraud by

Obama, and his lack of valid identification documents to prove not only natural born status, but any status for that matter.

11.   For nearly three years after his inauguration Obama refused to provide to the public his long form birth certificate. On April 27, 2011, when Obama posted his alleged long form birth certificate online, just as with his tax returns, he originally did not flatten the file, which means that anyone with an Adobe Illustrator program on his computer could see layers of alterations in this alleged "birth certificate" which looked like a complete fraud and hoax.  Multiple long form birth certificates from 1961 are available. In those years green safety paper was not available and was not used. Other birth certificates, as one for Susan Nordyke, born the next day on August 5, 1961, in the same hospital, and signed by the registrar on August 11, 1961, show white paper with yellow aging stains, clear borders, raised seal and a lower serial number. (Exhibit 13) Obama's alleged birth certificate is on a safety paper, which was not used in 1961, does not have a clear paper, no raised seal, and the serial number is higher than the numbers issued later by the same Registrar. *See Exhibit 4, 13.*

12.   According to the affidavit from Adobe Illustrator expert Papa (Exhibit 4, hereto), the released image digital file showed layers of alteration of the alleged birth certificate. It showed a signature of Obama's mother, Stanley Ann D. Soetoro (her married name by her second husband), where it looks as though "Soetoro"

was erased, whited out and computer graphics used to add "unham Obama" and a signature "Stanley Ann Dunham Obama" was created by pasting and filling the blanks with computer graphics.

13.   Taitz received an affidavit from scanning machines expert Douglas Vogt. ("Vogt") *See Exhibit 9 hereto*, Affidavit of Douglas Vogt. Vogt attests to further evidence of forgery, such as different types of ink used. Some of the document shows as "gray scale" scanning, some as black and white scanning, and some as color scanning. It shows different types of letters and variations in kerning, meaning some letters are encroaching into the space of other letters which is possible only with computer graphics, not with a typewriter used in 1961. Numerous other parameters lead to the same conclusion, that the document in question is not a copy of a 1961 typewritten document, but a computer-generated forgery, created by cutting and pasting bits and pieces from different documents and filling in the blanks with computer graphics.

14.   It appears that Obama used a Social Security number of a deceased elderly individual, as well as a birth certificate number of a deceased infant, to fabricate his false identity. Research pointed to the fact that one Virginia Sunahara was born in Honolulu on August 4, 1961 and passed away the next day. Recently her surviving family member demanded to see her long form birth certificate, but the department of Health provided Mr. Sunahara only with a computer generated

short form birth certificate with a serial number, which was suspiciously out of sequence from all the other numbers issued to infants born August 4, 1961.

15.    In spite of numerous demands, Director of Health Loretta Fuddy refused to allow the inspection of the original birth certificate of either Obama or Sunahara in lieu of the alleged certified copy, and the Social Security Administration refused to provide even a redacted application for Connecticut SSN ██████████ which Obama is fraudulently using.

16.    Affidavit of Chris Strunk (Exhibit 11 Case file <u>Farrar v Obama</u> admitted into evidence) shows that in his mothers passport records received by Strunk in response to his FOIA request submitted to the Department of State, Obama is listed under the name Barack Obama Soebarkah. There is no evidence of Obama ever legally changing his name. Additionally, in his school records in Indonesia Obama is listed under the name Soetoro and citizenship Indonesian (Exhibit 11).

Based on all of the above, Obama does not have any valid identification papers and is a foreign national, who is fraudulently using forged identification papers in order to be on the ballot.

17.    Additionally, the term "Natural Born Citizen," as it is applied to the U.S. Presidency, means one born in the country to citizen parents. The plaintiffs submit their evidence showing that from the time of the adoption of the

Constitution until today the standard was "One born in the country to parents who are citizens do not owe their allegiance to others." The U.S. Constitution was based in no small measure upon the book *The Law of Nations* by Emer de Vattel, stating that "Natural Born Citizens" are ones born in the "Nations to citizens. (Emer De Vattel, *The Law of Nations*, p. 499, section 212). A similar definition was used by John A. Bingham, drafter of the 14[th] amendment to the United States Constitution, who stated during Congressional Hearings that a "natural born citizen is born in the U.S. Territories to parents, who didn't owe allegiance to other sovereignties." A similar definition was used in the case of *Minor v. Happerset*, 88 U.S. 162 (1875).

18.    In 2008 natural born citizenship of John McCain was questioned as well due to his birth in the zone of the Panama Canal. In Joint Senate Resolution 511 the Senate unanimously found Senator McCain to be a "Natural Born" U.S. Citizen. The Senate used the same Vattel two pronged test and found McCain to be eligible for the presidency due to the fact that he was born in the Panama Canal zone to two parents who were U.S. Citizens. Obama's father was never a U.S. citizen. He never had a green card. He was in the U.S. for a few years on a student visa and, as such, Obama did not satisfy either one of the two prongs of the test for natural born status. Even if this office was to subscribe to a more liberal modern definition of natural born citizen, Obama does not qualify as he never proved his birth in Hawaii and is using a computer-generated forgery instead of a valid long