# TRANSCRIPT OF MEDIA PRESENTATION

## Sheriff Joe Arpaio, Maricopa County, Arizona
## March 1, 2012

### INVESTIGATION INTO BARACK OBAMA'S BIRTH CERTIFICATE
### AND ELIGIBILITY TO HOLD THE OFFICE OF PRESIDENT

**LISA ALLEN** [00:56]: Good afternoon. I'm Lisa Allen, the Director of Media Relations for the Maricopa County Sheriff's Office, here to introduce you to those who are going to be speaking today and presenting the initial findings of a six-month long investigation by the Sheriff's Cold Case Posse into the authenticity of the President's birth certificate and his subsequent eligibility to hold the Office of President.

[01:21] Addressing you today will be Sheriff Joe Arpaio. The Sheriff will provide a brief synopsis of the investigation's initial findings. Following his opening remarks, Mike Zullo, Lead Investigator from the Cold Case Posse will provide far more details on the findings and how investigators came to their conclusions so far. Dr. Jerry Corsi, Jerome Corsi, is also here. He will detail his involvement in the investigation. Also present with us today but not having any official presentation is Mara Zebest. She is a computer specialist, author, and lecturer of document creation and publication. Denise O'Rourke is here. She's one of the Phoenix based attorneys who worked alongside investigators during the course of the investigation, and Carl Seel, State Representative from District Six is here to briefly discuss his effort to reintroduce legislation pertaining to this particular matter.

23    [02:24] Once Dr. Corsi finishes his brief remarks, Sheriff Arpaio will conclude the
24    press conference with his final thoughts on the matter. At this point we will be open
25    to questions. Most of the questions, you need to know, will be handled by Mike Zullo
26    or Dr. Corsi. In the materials available to you today is a short introduction on all of
27    those participating in today's press conference.

28    [02:49] This will be what we call a technically complex press conference, and all of
29    us here have endeavored to make it as easy to comprehend as possible. So to
30    facilitate that goal, we have provided not only a lengthy and detailed press release,
31    but the Posse also put together six short presentations which you will see today
32    helping to explain why investigators believe the veracity of the President's birth
33    certificate and Selective Registration card are highly suspect. Those videos will be
34    made available through YouTube later today for public dissemination, and just for full
35    disclosure, this press conference is being streamed live as we speak.

36    Here's Sheriff Arpaio.

37    **SHERIFF ARPAIO** [03:39]: Good afternoon. You know, in August last year, a large
38    group of citizens came to my office from the Surprise Arizona Tea Party and met with
39    me, asked if I would investigate the controversy surrounding President Obama's
40    birth certificate and his ability to serve as the President of the United States. This
41    group expressed displeasure that no law enforcement agency in the country has ever
42    gone on record indicating that they had either looked into this situation or were
43    willing to do so.

44    [04:26] I decided to utilize my Cold Case Posse, volunteers, to investigate the
45    situation at no expense to the taxpayers. I repeat, no expense to the taxpayers. The
46    Cold Case Posse has received much criminal training in investigations from my office
47    and agreed to take on the challenge. The Posse reports directly to the office of the
48    elected Sheriff, per the Arizona Constitution, consisting of former police officers,
49    attorneys, who worked side by side for six months investigating this matter. I asked
50    them to conduct the investigation with no preconceived ideas. Call it like it is. The
51    critics will say that this investigation is politics, but let me clear that up on one point.
52    I felt that this investigation could clear the President Obama's name and put people's
53    mind at ease. It would be beneficial to our country as a whole and to the citizens of

54  Maricopa County, Arizona, who came to me saying they felt their concerns were
55  being ignored.

56  [06:09] The investigation focuses on the electronic file you'll see, that was presented
57  as President Obama's long-form birth certificate to the American people and to
58  citizens of Maricopa County by the White House in April of last year. The
59  investigation then also led us to a closer examination of the President's Selective
60  Service Registration card. Upon close examination of the evidence, we are prepared
61  today to say we believe probable cause exists indicating that forgery and fraud may
62  have been committed, not only in President Obama's long form birth certificate, but
63  more disturbing evidence suggests that another fraud may have been committed
64  regarding his Selective Service Registration card. At the very least, I can tell you
65  this: based on all of the evidence presented and investigated, I cannot in good faith
66  report to you that these documents are authentic.

67  [07:39] My investigators believe that the long form birth certificate was
68  manufactured electronically and that it did not originate in a paper format as claimed
69  by the White House. How we came to that conclusion will be presented to you by our
70  lead investigator, Mike Zullo.

71  **MIKE ZULLO** [08:16]: Good afternoon. My name is Michael Zullo. I am the Lead
72  Investigator for the Maricopa County Cold Case Posse.

73  [08:24] I wanted to give you a little background real quick, and then I'm going to
74  move into some videos that we made. I am going to ask for your forgiveness. The
75  videos we're going to show you today are drafts. The final copies failed to arrive this
76  morning. We have some typos. Please excuse the spelling mistakes.

77  [08:41] Going back to what the Sheriff had just informed you, when the Sheriff
78  commissioned the Cold Case Posse to look into this matter, the Sheriff advised that
79  he had no prior knowledge of this information, he didn't know whether or not an
80  offense had been committed, didn't even know whether this was in his jurisdiction or
81  not. Rather than using taxpayer dollars to go on a fishing expedition, the Sheriff
82  commissioned the Posse. We put together a group of five individuals: three former
83  police officers, all with criminal investigative experiences from other agencies, as

84   well as being trained by the Maricopa County Sheriff's Office General Investigation
85   Division. We also brought in two attorneys so we could get some solid legal input.

86   [09:28] Going forward, our methodology was to look at this document and validate
87   this document. In other words, all we wanted to do was look at this information,
88   reproduce what was in this document, and then move on. If we could reproduce it,
89   there truly is no issue. Unfortunately the evidence took us somewhere else.

90   [09:51] In order to take this complex problem and bring it down to a level that we
91   all can understand it, I'm going to ask you to endure six short videos. The average
92   duration is one-and-a-half minutes, with a concluding video to be about four
93   minutes.

94   [10:30]: While he's doing that, the sixth video is going to be a video highlighting Mr.
95   Obama's Selective Service card. The Selective Service Registration card had been a
96   point of controversy, and during our investigation this information kept surfacing. So
97   we decided to take a look at that as well. That's going to be self-explanatory.

98   [10:51] As far as the birth certificate itself is concerned, the first video you are going
99   to see is what this document should have looked like had it been a paper document
100  to begin with. We do not believe this document that presented on April 27, 2011 by
101  the White House, ever existed in paper form.

102  [11:12] So if you just bear with me, we'll get that video going, and we can move on
103  from there.

104  **= VIDEO 1 START =**

105  [11:23] "What should President Obama's birth certificate have looked like after being
106  scanned into a computer? In order to find out we stripped away the document's
107  green background, leaving only a black and white document. Next the document was
108  photocopied onto green basket-weave safety paper. The document was then
109  scanned into a computer and opened in Adobe Illustrator.   Once inside Illustrator
110  the file was as it should be; it has one layer and one link.  As the document is
111  enlarged we'll notice two more characteristics that confirm it was produced by

112    scanning a paper document into a computer.  First, the texture of the paper can be
113    seen underneath the ink.  Secondly, the image noise is consistent throughout the
114    document as we scroll from top to bottom.  So to recap, we have one layer, one link,
115    and noise that is consistent throughout the document.

116    [12:30]: "So why didn't the birth certificate file released by President Obama behave
117    the same way?   Can the anomalies in President Obama's birth certificate be
118    explained by the use of OCR software or perhaps by the fact that the document was
119    optimized prior to released?  We'll explore these possible explanations in a moment.
120    But first we'll take a closer look at President Obama's birth certificate."

121    **= VIDEO 1 END =**

122    **MIKE ZULLO** [13:02] : What I want you to remember about that particular video is
123    because the President's birth certificate released by the White House was an
124    electronic document, we literally had the capability to go into that file and turn off
125    the green safety paper background. Anybody that gets documents anywhere realizes
126    that safety paper is supposed to be a source of comfort that it is an official
127    document. We had the ability to turn it off.

128    [13:29] We turned it off and we scanned the President's birth certificate onto a hard
129    copy paper document, a paper, a safety paper document we actually laid his birth
130    certificate on top of.

131    [13:43] Now what you're going to see is the differences between what we did and
132    what the file from the White House actually contains.

133    **= VIDEO 2 START =**

134    [13:52]: "We've already seen what is supposed to happen when a paper document is
135    scanned into a computer and opened in Adobe Illustrator.

136    [14:01]: "Now let's use Illustrator to open the PDF file of Obama's long-form birth
137    certificate that was posted on WhiteHouse.gov on April 27th, 2011. At first glance the
138    document appears to have only one layer. However a quick glance at the links

139  palette indicates that there are many layers.  Nine layers to be exact.  As we turn

140  each layer on and off, note the information that each contains. As layers 1 and 2 are

141  turned on and off they appear to contain no information.  As we will see later,

142  nothing could be farther from the truth.

143  [14:49]: "Keep your eyes on Box 20, 22 and the Date Stamp at the bottom of the

144  page as we click layers 4, 5 and 6 on and off.  Layer 7 contains the State Registrar's

145  stamp, layer 8 most of the type, and layer 9 the green safety paper background.

146  [15:11]: "Perhaps most troubling is the way the Date Stamp, and the State

147  Registrar's stamp at the bottom edge of the page, can be moved around the page in

148  their entirety once they've been selected.  This immediately caught the attention of

149  Maricopa County Sheriff's investigators.

150  [15:31]: "You'll recall that when a paper document is scanned into a computer we

151  typically see an even level of noise throughout the document.  So does the PDF file

152  released by the White House pass this test?   No it does not.  As you can see as we

153  scroll down the document, noise is not evenly distributed as it should be.

154  [15:55]: "Those who have attempted to defend the documents authenticity rely

155  primarily on two theories.  One, that the document may have had Optical Character

156  Recognition software applied to it, or that because the document was optimized

157  before being released to the general public these anomalies are expected.  As you

158  will see, both theories are easily debunked."

159  **= VIDEO 2 END =**

160  **MIKE ZULLO** [16:23]: As you can see in this video, we scanned in a control

161  document the way a document would be if you just simply scan it into a computer,

162  put it into a PDF file, and wanted to upload it onto the internet for viewing. If any

163  one of you brought me your birth certificate, I could scan it into a computer and get

164  that same effect. There would be no links, no layers, nothing able to move on the

165  document.

166  [16:48] Over the last 10 months with all the controversy, there have been those that

167  tried to explain away these anomalies, and they tried to explain them away by
168  offering up excuses of OCR software or optimization. We tried to control study on
169  using OCR software and optimization, attempting to again validate Mr. Obama's birth
170  certificate. These were our results.

171  **= VIDEO 3 START =**

172  [17:19]: "Theories put forth by those who are trying to defend the authenticity of
173  Barack Obama's long-form birth certificate, is that the many anomalies contained in
174  the document are there because Optical Character Recognition (or OCR software)
175  was applied to the document prior to its release by the White House.  What is OCR
176  software, and what evidence is there that this software was, or was not, applied to
177  President Obama's long-form birth certificate before being released by the White
178  House?

179  [17:54] "In order to determine if OCR software had been applied to the file released
180  by the White House, we put it through a 3-part test. First, can fonts be recognized
181  in the document? Secondly, can words be searched for in the document, and third,
182  can text be edited in the document?

183  [18:13] "Before we look at Barack Obama's long form birth certificate, let's take a
184  look at a document we know has had OCR software applied to it.  This document
185  started out as a piece of paper.  It was scanned into a computer and then had OCR
186  software applied to it.  As we can see, fonts are recognized in the document, so it
187  has passed the first part of our test.  Next we'll see if words can be searched for in
188  the document.  Let's try the word "constitution" .. and there it is.  The document has
189  now passed the second part of the test.  Now we'll see if text within the document
190  can be edited .. Indeed it can.  The document has passed all three parts of our test.
191  We can say, with 100-percent certainty, that this document did have OCR software
192  applied.

193  [19:32] "Now we'll put the file released by the White House through the same 3-
194  point test.  First we check to see what fonts were identified.  As you can see no
195  fonts were identified, therefore the document fails the first test.  Now we'll search
196  for a word that we know is in the document.  It would seem that no matches were

197  found. The document therefore fails the second test.  Now we'll see if we can edit
198  text in the document.  We can't even highlight text so that it can be edited.  The
199  document therefore fails the third test.  We can say with 100-percent certainty that
200  the document was not put through OCR software.

201  [20:17] "If the use of Optical Character Recognition Software isn't responsible for
202  the many anomalies in Barack Obama's long-form birth certificate, what about
203  "Optimization"?  We'll explore this theory in our next video."

204  **= VIDEO 3 END =**

205  **MIKE ZULLO** [20.34]: With OCR software off the table, this is where this
206  investigation really started to turn for us. We were having difficulty reproducing
207  anomalies in the file released by the White House. This really started to become a
208  problem for us. We knew at that point that this document was most likely
209  manufactured.

210  [20:55]: The next excuse that was given up supporting the authenticity of the
211  document was "Optimization". Optimization in a nutshell is just compressing the file,
212  and certain anomalies happen there. We ran optimization tests on the file from the
213  White House on the 27th.

214  **= VIDEO 4 START =**

215  [ 21:15]: "Optimized is a fancy way of saying that a file has been drastically
216  reduced in size.  So was there a good reason for optimizing Barack Obama's birth
217  certificate before posting it on the Internet?  Given the anticipated number of
218  downloads, yes, a smaller file would be beneficial.

219  [21:35] "Now for the big question – Can optimization explain the many anomalies in
220  Barack Obama's birth certificate?  In order to find out, we'll once again perform a
221  little experiment.  You'll recall that we took Barack Obama's birth certificate,
222  removed the green background, then photocopied it onto green basket-weave safety
223  paper.  Next we scanned it into a computer.  This time we also optimized the
224  document.  We'll now begin a series of comparisons between the control document

225    and the one released by the White House.

226    [22:12] "Let's start with a look at 'layers'. Optimization produced 45 layers in our
227    control document which is to be expected with a document of this complexity. The
228    document released by the White House had only 9 layers.

229    [22:30] "Now let's look at the green safety paper background. As we look at this
230    sped-up version of the layers in our control document being turned on, you'll note
231    that the green background layer is divided over many, many layers. This is to be
232    expected as a result of the optimization process. The birth certificate released by
233    the White House has 100-percent of the the green background on the 9th and final
234    layer. As you have seen by looking at the control document, this is not an expected
235    result of optimization and implies strongly that the green background layer was
236    created on a computer and inserted behind the other layers as the last step in the
237    computerized document creation process.

238    [23:25] "And now we'll look at the Registrar's Stamp and the Date Stamp. The Date
239    and the Registrar's Stamp are contained in part on layer 1. I'll lift layer 1 off the
240    document so you can see. There you go, part of the Date Stamp, part of the
241    Registrar's Stamp. Now the Date Stamp is also contained in part on layer 7 and on
242    layer 27. The Registrar's Stamp, in addition to being contained on layer 1, is also
243    contained on layer 6. Note that both stamps took some of the green background
244    with them. Suffice it to say that the Date Stamp and the Registrar's Stamp, in a
245    document that has been optimized, cannot be moved around the document in one
246    piece at will.

247    [24:18] "Now let's look at the Certificate of Live Birth released by the White House.
248    As you can see both the Date Stamp and the Registrar's Stamp can be moved
249    anywhere you want in one piece -- no green background going with it -- lifted
250    cleanly off the document. As we know from our previous example this is not caused
251    by optimization.

252    [24:44] "Now let's look at the 'white halo issue'. As we look at our control document
253    we can see that there is no white halo effect caused by optimization. Even as we
254    zoom in and look closely between the letters we can see that the white halo effect

255  does not exist, and therefore cannot be blamed on optimization. As we zoom in on
256  the document released by the White House we can see the white halo effect
257  throughout the document.  And while we do not know what caused this white halo
258  effect, we can state with confidence that it was not caused by optimization.

259  [25:24] "There are numerous ways a white halo effect can be manufactured within
260  Adobe Photoshop.  The exact way that this particular effect was manufactured is not
261  important.  All that is important is to note that when you scan a document into a
262  computer and optimize it a white halo effect is not produced.

263  [25:42] "In conclusion we can state that while optimization can result in a layered
264  document, the layers found in Barack Obama's long form birth certificate are very
265  dissimilar to what we'd expect as a result of the optimization process.

266  [25:59] "In short, optimization doesn't explain a single anomaly in Barack Obama's
267  long form birth certificate.  Not a single one."

268  **= VIDEO 4 END =**

269  **MIKE ZULLO** [26:11] : In looking at that video, you'll see that on Mr. Obama's birth
270  certificate, there are approximately 8 or 9 links and layers. Links and layers are
271  indicative of a document being built, like you would on those transparencies from
272  years ago when you start laying them one on top of the other, and you start to build
273  a picture. That's what that's indicative of. Running it through software for
274  optimization or OCR, you get anywhere from 45 to 150 links and layers, all bits and
275  pieces. Mr. Obama's is down to about 8 or 9, give or take, on either side. That's an
276  indication of human logic was involved in putting that document together. A
277  computer will not randomly do what it does on Mr. Obama's certificate.
278

279  [27:00] The other thing I want you to pay a little close attention to -- I believe this
280  is the conclusion video coming up -- the Registrar's Stamp and Date Stamp. At this
281  point when we realized that you could pick up that stamp and move it and leave a
282  white background basically outlining all the letters, indicated to us that the green
283  safety paper was the last thing applied to the document. In order to get that effect
284  the green safety paper would have had to have been applied by a computer -- in

285  other words, taking a little swatch and replicating it all over the document. During
286  that process, that green safety paper doesn't fill in where other fonts are. It only fills
287  in blank spots. That tells us that whoever did this put the green safety paper on that
288  document last. If you go back to our video in the beginning, it should have been
289  there right on the onset, and it wasn't.

290  [27:56] The next video I'm going to show you is the conclusion. It is a little lengthy,
291  but we did it for a purpose. These videos are designed -- you're going to have to
292  watch them a couple times – this last video will bring it together on the birth
293  certificate. Then I want to move into two other issues, and I won't take up any more
294  of your time.

295  **= VIDEO 5 START =**

296  [28:17] "Over the last 10 months there have been numerous attempts to defend the
297  authenticity of Barack Obama's long form birth certificate by offering up speculation
298  and conjecture.   Unlike those who defend the authenticity of the document, we
299  were not willing to merely speculate or engage in conjecture.  Instead we created
300  our own control document and scanned it into a computer.

301  [28:48] "Many have falsely claimed that optical character recognition software was
302  applied to Barack Obama's long form birth certificate in an attempt to explain away
303  the document's many problems.  You'll recall that because fonts were not recognized
304  in the document, and text could not be successfully searched for or edited in the
305  document, we concluded with 100-percent certainty that OCR software had not been
306  applied to Barack Obama's long form birth certificate.   Now we'll apply character
307  recognition sofware to Barack Obama's long form birth certificate.  Once we  are
308  done will will apply the same 3-point test to Barack Obama's birth certificate.  This
309  time we should see drastically different results.

310  [29:48] "First we'll look under the properties tab to see if fonts were recognized. ..
311  As you can see, they were.

312  [29.56] "Next we'll see if we can search for a word in the body of the text.  We'll
313  choose the word 'live' since we know that it's there.  ..  And as you can see, the

314     word was quickly found.

315     [30:05] "Now we'll see if we can edit the word that we found. .. As you can see,
316     once a document has had OCR software applied to it, you can edit text with ease.

317     [30:26] "Many have also incorrectly suggested that optimization is the panacea for
318     all that ails the long form birth certificate.  But optimization produces layers very
319     different from the layers found in the long form birth certificate released by Obama.
320     The document released by the White House had only 9 layers. Our control document
321     had 45 layers after being optimized.

322     [31:01] "All attempts to replicate the layering effect through optimization on the
323     long form birth certificate or a document of similar complexity have resulted in
324     considerably more than 9 layers.  In instances where a low number of layers has
325     been produced the documents being optimized have typically been rather simple in
326     nature, as when author John Woodman used a page from Little Red Riding Hood.

327     [31:28] "In addition to the number of layers being different between the long form
328     birth certificate released by the White House and the control document, there is
329     another very important difference regarding the layers.  As we turn on all 45 layers
330     of our control document you'll note that there seems to be no rhyme or reason to
331     the organization.  Contrast this if you will with the long form birth certificate released
332     by the White House, where layers 4, 5, 6 and 7 all deal exclusively with stamp
333     information.  Are we to believe that this the result of a randomized computer
334     operation process?

335     [32:11] "The fact that the Registrar's Stamp and the April 25th Date Stamp appear
336     separately and independently of each other on separate links drew our attention to
337     the fact that they resided on separate independent layers.  The fact that the Date
338     and Registrar's stamp were linked and layered in this fashion brings us to the
339     conclusion that they were brought in from unknown sources and placed in the long
340     form birth certificate document released by Barack Obama to give the appearance of
341     legal certification.

342     [32:40] "Also troubling about the April 25th stamp and the Registrar's Stamp is the

343   fact that both stamps can be lifted cleanly off the document and moved about the
344   birth certificate in one solid piece.  It should be noted that none of the self-
345   proclaimed computer experts claiming to be able to replicate the layers in Obama's
346   long form birth certificate has been able to replicate this effect with the April 25th
347   Date Stamp and the Registrar's stamp.

348   [33:10] "This document is far too problematic to discuss all of its issues in one press
349   conference.  Please note that the issue we are most concerned with is that of the
350   Date Stamp and the Registrar's stamp which appear to have been imported from
351   unknown outside sources.  For if the Date Stamp and the Registrar's stamp which
352   were placed on the document to give it authenticity are fraudulent, then the entire
353   document is fraudulent."

354   **= VIDEO 5 END =**

355   **MIKE ZULLO** [33:45]: The last part of that video is probably the most important.
356   The fact that the Registrar's Stamp and the Date Stamp giving authenticity to the
357   document is a safety factor. It's to tell the public that this thing is true, it's authentic,
358   and it's official. The fact that that Date Stamp and Registrar's Stamp has been
359   imported from an unknown source, linked and layered in onto the document, and
360   can be moved around in its entirety leaving a white halo tells us that whoever
361   created this document imported that Registrar's Stamp and that Date Stamp, laid it
362   on a white background, and then filled in the green safety paper around it. That is
363   not the way, under any law that I am aware of, you authenticate a document. The
364   document has failed every test we put it through, and I want to also be clear, that
365   you understand, this was just not a bunch of ex-cops and lawyers running these
366   tests. We went outside to experts, graphic experts, forensic document examiners,
367   and ran these tests.

368   [34:55] This is serious. This is very serious. When we realized that that Registrar's
369   Stamp and that Date Stamp were imported the way they were, we notified Sheriff
370   Arpaio immediately, and advised him that we believed we had a forgery.

371   [34:12] Going forward, other information surfaced regarding allegations of Mr.
372   Obama being born abroad and not in Hawaii. Without having this document to rely

373    on, we were now forced to look into some other issues. There was speculation that

374    he was born in Kenya, that's been out there forever. We tried to determine, is there

375    a way for us to find out if that's true. We all know that every document surrounding

376    Mr. Obama's birth is basically sealed, or doesn't exist, or no, we're told something

377    about it. We took an unusual step. We knew back in 1960, 61, any flight coming in

378    from overseas to Hawaii would have been, I believe, Pan Am or TWA, and we tried to

379    see if there was an opportunity for us to get passenger manifests. There wasn't,

380    obviously. They don't exist any longer.

381    [36:07] We reached out to the National Archives and asked them the same question.

382    The National Archives responded and informed us that they didn't have manifests,

383    but what they actually did have was microfilm copies of INS records depicting of

384    every individual coming into the country from overseas. We asked them to copy

385    those records from microfilm onto viewable microfilm rolls for us. They did. I believe

386    we asked for a ten year span of time, 685 rolls, or something to that effect. We

387    asked Mr. Corsi, because he's local in that area, to go down and view those for us.

388    Mr. Corsi went in looking for the month of August, 1961. That is the birthdate of the

389    President. Not the exact birthdate, that is his birth month.

390    [37:01] Mr. Corsi was examining those records. When he got to August 1st, through

391    the day of August 7th, those records disappeared from the microfilm. And they

392    picked up on August 9th? August 8th. And then continued on. We petitioned the

393    Archives and asked them why this occurred, if they had any reason, an explanation.

394    To date, they do not.

395    [37:33] What does that translate to us? We don't know if Stanley Ann Dunham, or

396    Mr. Obama as an infant, was on an airplane coming into the country. We don't know

397    if he was, we don't know if he isn't, and we cannot make that determination. As a

398    result, we still have to entertain information now that he was possibly born abroad.

399    [37:56] Another issue surfaced. And that would be Mr. Obama's Selective Service

400    registration card. There have been months and months of debate over this Selective

401    Service card. We had to take a look at the Selective Service Card. And what you'll

402    see on one of diagrams there, you see a blow-up of the Selective Service Card. What

403    I'm going to do is I'm going to play this short video to show you what we did and

404  how we came to our determination. I'll expound on it a little bit, and then we'll move
405  forward.

406  **= VIDEO 6 START =**

407  [38:39] "Was Barack Obama's Selective Service card really received by the Post
408  Office on July 29, 1980? What exactly is the concern with Barack Obama's Selective
409  Service registration?

410  [38:53] "We reviewed multiple Selective Service Registration cards.  These are just
411  four examples.  Notice the Date Stamps on all four contain 4 digits for the
412  year/decade marking. This is a copy of the Date Stamp for Barack Obama's original
413  Selective Service Registration card that was made available for public review.

414  [39:15] "These photographs illustrate a standard pica stamp that was used during
415  the 1980's era. The photograph on the upper right shows the pica stamp
416  compartments in stamps that needed to be changed out daily, monthly, and yearly.
417  The picture on the bottom right is an example of a loaded pica stamp.

418  [39:38] "These 5 examples are the expected results from pica stamp used by the
419  United States Post Office.  The two examples on the far left are from the same Post
420  Office where Barack Obama supposedly turned in his Selective Service paperwork.
421  Per the United States Post Office, it is policy to use a stamp that contains 4 digits for
422  the year. The stamp below is Mr. Barack Obama's and it contains only two digits for
423  the year. Why?

424  [40:15] "This photograph shows a pica 2008 year stamp and a pica 80's stamp.
425  Since there are no 1980 pica year stamps available, the '2008' was cut between the
426  two '0's and inverted. This inverted cut stamp creates a similar effect which closely
427  resembles the one seen in Barack Obama's Selective Service registration card.
428
429  [40:41] "This illustration shows what the 2008 pica stamp looks like when cut in half
430  and then inverted.

431  [40:51] "In conclusion, as you can see by looking at the side-by-side comparison

432    below, there is a clear difference between the authentic stamp shown on the right
433    and Mr Barack Obama's on the left. Look at the distance between the '0' and the
434    innermost circle of the stamp.  Look at the distance to the right of the '0', and
435    beneath the '0'.  The reason the numbers '8' and '0' are out of position on Barack
436    Obama's registration card is because when the numbers '08' were cut away from the
437    year '2008' they were not cut squarely. Or perhaps put another way, the person who
438    cut them, cut too close to the '0'.  When '08' was turned upside down to become '80'
439    and put back into the pica stamp, it pushed too far to the right.

440    [41:45] "In what is becoming a clear pattern for documents that are essential to the
441    documentation of Obama's life narrative, the Selective Service card isn't just forged
442    -- it's poorly forged."

443    **= VIDEO 6 END =**

444    **MIKE ZULLO** [42:01]: This piece of evidence is extremely disturbing, given the fact
445    that there was no logical reason in 1980 for any Post Office employee to cut a pica
446    Date Stamp. It is one solid piece of rubber, it sits in there for a year. In addition, the
447    pica Date Stamps, the date, the stamp itself, the stamper itself, is no longer
448    manufactured. It was manufactured until about 1980. However, the inserts are still
449    manufactured. But you can't go on the street and buy them. They come from postal
450    supply houses. The only way we were able to get them was under the venue of the
451    Maricopa County Sheriff's Office.

452    [42:44] I personally cut that 2008 stamp in half, put it in, and stamped a white
453    piece of paper. And to my amazement I replicated what was on Mr. Obama's
454    Selective Service Card. That has severe implications that I'm not prepared to speak
455    to you about today. That's troubling.

456    [42:07] Absent of a birth certificate - absent of a legitimate birth certificate - and if
457    you go back to the very beginning when this started. Sheriff Arpaio called it from the
458    very beginning -- "Show me the microfilm".

459    [43:18] We do not have a single document, absent of that birth certificate which we
460    do not believe was ever an authenticated document, that proves Mr. Obama's birth in

461    Hawaii, or anywhere else in the United States for that matter.

462    [43:35] We have to see some more information. We would like to see hospital
463    records. We would like to see microfilm. And let me emphasize, a single roll of
464    microfilm or a single picture of microfilm is not going to be enough. We would want
465    to forensically examine that roll of microfilm. It can be age-tested. We would like to
466    see the documentation that Hawaii has. And we would like cooperation.

467    [44:04] At this juncture, we've advised Sheriff Arpaio that we believe this should be
468    a full-blown criminal investigation because a fraud has been committed in Maricopa
469    County and the State of Arizona.  The document is fake.  The representations
470    therefore are fake.

471    [44:24] We've asked him for some additional help. We've asked him to provide other
472    resources from the Maricopa County Sheriff's Office. That is under review and
473    consideration by him, and I'm sure he'll have that decision for you shortly. At this
474    point, I would like to conclude and ask Mr. Corsi to step up. He has some information
475    for you as well. Thank you.

476    [44:58] Mr. Corsi just reminded me of another development. It happened quite
477    recently and I do want you all to be aware it's going to be in your press release. We
478    have identified a person of interest in the forgery of the birth certificate. We are not
479    prepared to give you any more information than that. But we have identified an
480    individual. That is also under Sheriff Arpaio's consideration. Thank you.

481    **JEROME CORSI** [45:25]: I'm Jerry Corsi, a reporter with wnd.com. And first, if
482    you'll permit me, I want to express my personal sadness at the passing of Andrew
483    Breitbart, a fellow reporter. I would like express sympathy for Joseph Farah and the
484    entire wnd.com staff. Andrew Breitbart was a courageous friend who we all admired
485    and we greatly miss him. It was very interesting that last night at 5 o'clock, I
486    received a call from Andrew Breitbart's office. They were seeking to interview Sheriff
487    Arpaio. And I arranged an interview with Sheriff Arpaio with Andrew Breitbart, which
488    turns out may have been his last interview. And of course I was honored to be able
489    to do that, of the treasured memory, Sheriff Arpaio gave an early interview and
490    discussion of what we're talking about today to Andrew Breitbart because of the

491     deep respect we have for him.

492     [46:40] My remarks are going to be short. I want to give you some of the
493     background.  I was invited in August last year with the Surprise, Arizona Tea Party to
494     give a presentation. The Surprise Tea Party had prepared a petition, some 250
495     signatures were obtained, to go to see Sheriff Arpaio, to under .. to ask him to
496     undertake the investigation. I came with the Tea Party members to a meeting in
497     Sheriff Arpaio's office. The Sheriff told us that he would consider the request and a
498     few weeks later he constituted the Cold Case Posse with the authority to begin the
499     investigation.

500     [47:23] In October, as the investigation began, I came to Maricopa County and
501     spent a weekend - 18 hours - sharing information. I brought all the research I had
502     accumulated on the issues of Barack Obama's birth certificate and eligibility to be
503     President. I can tell you that the investigators were skeptical, not enthusiastic to
504     undertake the investigation, and that I came with a stated determination to find the
505     truth. I was willing, and remain willing, to have been found wrong by the law
506     enforcement investigation on everything I've researched and written about Barack
507     Obama's birth certificate and his eligibility to be President to this point. This is not a
508     politically motivated inquiry. It's an inquiry for truth. That's why I feel privileged to
509     have participated with a dedicated law enforcement team that has been organized
510     by Sheriff Arpaio and the Maricopa County Sheriff's Office.

511     [48:32] The commitment that I made to the Cold Case Posse was that my research,
512     as I continued to develop it, would first be turned over to the Posse and not
513     published even in wnd.com so as not to compromise the investigation. And I've
514     continued to do that. I want to be very clear that I was not present in the dozens of
515     interviews to corroborate information, the additional affidavits and searching that the
516     Posse has done. I participated only when I could contribute or had something to
517     offer. And I participated in none of the deliberative meetings of the Posse. I did not
518     seek to do so. I was not part of the decision making process whatsoever. The role, as
519     a journalist, was involved and I continued to function as a journalist, but since this
520     had developed in a way where the law enforcement investigation was going to take
521     hold, Joseph Farah, the founder and creator of wnd.com made the editorial decision
522     to allow me to continue to work closely with the Cold Case Posse without

523     compromising either our journalistic integrity or intruding upon the law enforcement
524     investigation. We at wnd.com just considered that since a law enforcement group -
525     duly constituted - was going to be looking at the issue, we were honored to have
526     that level of attention and seriousness and we committed ourselves to work with the
527     Cold Case Posse, as we will continue to commit, in the same capacity, to work with
528     Sheriff Arpaio as long as the Sheriff invites us to do so. So, I want to thank you very
529     much. I want to make sure everyone had an opportunity to understand from our
530     point of view exactly what has happened. Thank you very much.

531     **SHERIFF ARPAIO** [50:49]: I'm going to have some closing remarks, but first State
532     Representative Carl Seel, he has to get back on the floor. He's got work to do at the
533     State Legislature, but he may want to say a few words.

534     **CARL SEEL** [51:06]: The information released here today, as the investigators have
535     talked about, is extremely troubling. I stand ready to support Sheriff Joe at the State
536     Legislature, as a great many of my colleagues do. Unfortunately, not a lot of them
537     could be here today. We are in session right now, and I'll be leaving shortly to make
538     sure that I get back in time to cast any important votes. I've had bills, as you know,
539     in the former legislature to deal with this issue. I do have a bill pending to deal with
540     this issue and I trust in light of this new information as it becomes greater and
541     greatly expanded publicly, that it will give new life and new support to the bill I have
542     presented before the legislature currently. Which will help, not only address some of
543     these concerns in front of us, but future concerns, to make sure that in the future we
544     maintain the integrity of our ballot and make sure that any candidate seeking public
545     office meets the criteria that the office they seek, and give the power to government
546     to enforce our Constitution. I feel it incumbent upon me not only as a public official
547     to preserve, protect, and defend the Constitution - as every sworn officer does - I
548     once again commend Sheriff Joe for taking the courage - as he usually does on
549     tough issues - to do the right thing. And I trust, Sheriff Joe, that many of my
550     colleagues will soon join publicly in that. And many of them, I'm sure, will be willing
551     to answer questions from the media.

552     [57:26] So, with that, I do need to depart. I would normally stand ready to answer
553     questions of the media after this, however, I do need to get back to the legislature.
554     So, should you wish to contact my office, I'll be happy to comment on this subject.

582    want to find out if there is any forgery or fraud. That's my job, and we're going to
583    pursue it. If nothing else comes out of this investigation today, if it all fails, or in the
584    future, what we have learned -- I think all of us has really learned something over
585    this -- we need a better process to vet people running for President of the United
586    States of America. If nothing else comes out of this.

587    [56:36] I'm very .. I want to thank my professional Posse, you especially, Mike, and
588    we have other expertise. I think you forgot one thing. We have sworn affidavits from
589    many, many people all over the world on this matter. We're just not picking stuff out
590    of the sky that people have been reading over and over again. This investigation is
591    not over. So we're going to continue to do our jobs. I will continue as the elected
592    Sheriff of Maricopa County to do our job and see where it takes us.

593    **MIKE ZULLO** [57:30]: Thank you, Sheriff. I did neglect to tell you about that. We do
594    have sworn, numerous sworn, affidavits of people willing to step forward and tell
595    their truth. We have vetted these people.

596    [57:47] Going back to the overseas birth, I am just going to share one with you. I
597    am not going to give you any names. And I apologize for not doing this sooner. We
598    have a retired government employee who had a conversation in the '80s with Barack
599    Obama in the front yard of the home of the mother of Bill Ayers. You all know Bill
600    Ayers. During that conversation, the mother of Bill Ayers introduced this government
601    employee to Mr. Obama as a <u>foreign student</u> who they were assisting in getting
602    education for in the United States. That also is around the same time frame that the
603    Selective Service card was issued, purportedly issued. This individual is willing to
604    come forward. That takes courage.

605    [58:50] There are too many things in the background that we cannot clear. And what
606    I did tell the Sheriff, I could not come to him and say he cleared a background to be
607    an employee of the Maricopa County Sheriff's Office. There's just too much missing
608    information. We're asking, please fill in the blanks. Help us. This is not where we
609    wanted to go. This is just where it's taking us. And I apologize again for not bringing
610    that to you.

611    [58:22] **END OF PRESENTATION** – MEDIA QUESTIONS FOLLOWED

555    Thank you, again, Sheriff Joe.

556    **SHERIFF ARPAIO** [52:40]: .. phone number?

557    **CARL SEEL** [52:42]: Yes, my office number is 602-926-3018. Thank you very much.
558    God bless America. Thank you.

559    **SHERIFF ARPAIO** [52:57]: I want to make a couple of closing remarks, if that's
560    possible. You saw the information that was presented. We have a lot of media here.
561    I'm sure some already has, hate to say that, inferred that this investigation is
562    pointless, silly, trite.  I hope that maybe you have a change of opinion.  I'm talking
563    to the media now.

564    [53:33] If these documents are forged, and we believe as a result of the
565    investigation that there is enough probable cause to say they are, then a crime has
566    been committed. I am not accusing the President of the United States of any crime.
567    We have to further this investigation to determine who, where, when, and why these
568    documents were, we feel, forged.

569    [54:08] My challenge is, where to take these findings? I'm an ex-Federal guy, 30
570    years as a top federal law enforcement official.  I know a little about the Federal
571    government. What other governmental entities had jurisdiction over this matter?  I
572    have a little concern with that.

573    [54:35] I'm considering asking the Hawaii authorities to look into this, but as my
574    investigators and I feel, will they really do it? Will they do an independent
575    investigation?  Fair, honest, professional.  I don't know.  So where do I go next?
576    Well, we have the United States Congress. Do I ask for a Congressional
577    investigation, bipartisan?  We'll have to decide where to go.

578    [55:15] These are two alleged crimes.  Forgery and fraud.  Those responsible,
579    whoever they are, should be brought to justice.  I don't care who they are.  If I'm
580    being criticized for enforcing the law on felonies, there's something wrong.

581    [55:42] So the President's name is out there.  His birth certificate is out there.  I

# AFFIDAVIT

State of Florida

County of Manatee

I , Terence Brennan, declare under penalty of perjury, that am over 18 years, do not suffer from any mental impairment, and attest that to the best of my knowledge and belief, this is a true and correct transcript of the press conference presentation held on March 1, 2012 in Phoenix, Arizona by Maricopa county Sheriff Joe Arpaio.

_____          6 MARCH 2012
Terence Brennan                          Date
Melbourne, FL 32904


*Sworn to and Subscribed before me, Leonore VanNorman, on 3-6-2012 by Terence Brennan who produced FL Drivers License # B655-800-42-266-0*

*Leonore Van Norman*

**LEONORE VanNORMAN**
Notary Public, State of Florida
My Comm. Expires Nov. 3, 2012
No. DD 826943

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955006

STATE OF HAWAII

**CERTIFICATE OF LIVE BIRTH**

DEPARTMENT OF HEALTH

FILE NUMBER **151**

**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet | 5a. Month Day Year | 5b. Hour |
|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | ▮▮▮ | 7:24 P.m. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district. Yes ☐ No ☐ |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district. Yes ☐ No ☐ |
|---|---|
| 6085 Kalanianaole Highway | |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☒ |
|---|---|
| | |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | ▸ (Ann) Dunham Obama | 8-7-61 |

| | 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | ▸ David A. Sinclair | M.D. ☐ D.O. ☐ Midwife ☐ Other ☐ 8 8 61 |

| 20. Date Accepted by Local Reg. | Signature of Local Registrar | 21. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | U K Lee | AUG -8 1961 |

| 22. Evidence for Delayed Filing or Alteration |
|---|
| |



**AFFIDAVIT**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
    http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

    1. Barack Obama's SSN. ▬▬▬▬
    2. Michelle Obama's SSN ▬▬▬▬
    3. An initial MLO on the side of Form 709
    4. A 1/4 inch dark square with notation on it.
    5. Preparer's SSN or PIN P00570974
       EIN 36-2700600
       Phone no. 312/372-0440

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions.

**2009**

3 Donor's social security number

MICHELLE L.        OBAMA

ILLINOIS

1600 PENNSYLVANIA AVENUE, NW

WASHINGTON, DC    20500

UNITED STATES

Yes    No

**Part 1 – General Information**

|  |  | X |  |
|---|---|---|---|
|  |  |  | X |
|  |  | X |  |
| BARACK H. OBAMA |  | X |  |
|  |  |  | X |

Consent of Spouse

Consenting spouse's signature ▶   Date ▶ 4-7-10

**Part 2 – Tax Computation**

| 1 |  | 0. |
|---|---|---|
| 2 |  | 0. |
| 3 |  | 0. |
| 4 |  | 0. |
| 5 |  | 0. |
| 6 |  | 0. |
| 7 |  | 345,800. |
| 8 |  | 0. |
| 9 |  | 345,800. |
| 10 |  | 0. |
| 11 |  | 345,800. |
| 12 |  | 0. |
| 13 |  | 0. |
| 14 |  | 0. |
| 15 |  | 0. |
| 16 |  | 0. |
| 17 |  | 0. |
| 18 |  | 0. |
| 19 |  | 0. |
| 20 |  |  |

**Sign Here** ▶ X   Michelle Obama 4-7-10

Yes    X    No

| Paid Preparer's Use Only | WINDBERG SOLHEIM HOWELL & SHAIN, PC   120 N LASALLE ST, STE 3200   CHICAGO, IL 60601 | 3/30/10 | P00599371   IC 1700600   312/372-9410 |

- 709

2009.05030  OBAMA

# 709

## United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions

## 2009

| | |
|---|---|
| 1 Donor's first name and middle initial **BARACK H.** | 2 Donor's last name **OBAMA** | 3 Donor's social security number ▬▬▬▬ |
| 4 Address **1600 PENNSYLVANIA AVENUE, NW** | | 5 Legal residence (domicile) **ILLINOIS** |
| 6 City, state, and ZIP code **WASHINGTON, DC 20500** | | 7 Citizenship **UNITED STATES** |

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ | | |
| 9 | If you extended the time to file this Form 709, check here ▶ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once ▶ | | |
| 11a | Have you (the donor) previously filed a Form 709 for any other year? | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709? | | X |
| 12 | Gifts by husband or wife to third parties. | | X |
| 13 | Name of consenting spouse **MICHELLE L. OBAMA** | 14 SSN ▬▬ | |
| 15 | Were you married to one another during the entire calendar year? | | X |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date | | |
| 17 | Will a gift tax return for this year be filed by your spouse? | | X |
| 18 | Consent of Spouse | | |

Consenting spouse's signature ▶ X *Michelle Obama*   Date ▶ **4-7-10**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 | 4 | 0. |
| 5 | Tax computed on amount on line 2 | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6 | 15 | 0. |
| 16 | Generation-skipping transfer taxes from Schedule C, Part 3, col. H, Total | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here** ▶ X _____   Date **4-7-10**

May the IRS discuss this return with the preparer shown below? ☐ Yes ☒ No

**Paid Preparer's Use Only**

Preparer's signature ▶ *Nikki* _____   Date **3/16/**

Firm's name **WINEBERG SOLHEIM HOWELL & SHAIN, PC**
Firm's address **150 N LASALLE ST, STE 2200**
**CHICAGO, IL 60601**

EIN **36-2700600**
Phone no. **312-372-0440**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form   709

14390330 136479 011110   2009.03030 OBAMA, BARACK H.   011110-1

**709**

United States Gift (and Generation-Skipping Transfer) Tax Return

**2009**

▶ See separate instructions

BARACK H.   OBAMA

1600 PENNSYLVANIA AVENUE, NW

WASHINGTON, DC 20500

ILLINOIS

UNITED STATES

| | | Yes | No |
|---|---|---|---|

**Part 1 — General Information**

MICHELLE L. OBAMA

Consenting spouse's signature ▶ *Michelle Obama*   Date ▶ 4-7-10

**Part 2 — Tax Computation**

| | | |
|---|---|---|
| | 5 | 345,800. |
| | 7 | 345,800. |
| | 11 | 345,800. |

Sign Here ▶ X

4/7/10   X Yes   No

Paid Preparer's Use Only

ENEBERG SOLHEIM HOWELL & SHAIN  PC

THE N LASALLE ST, STE 3300

CHICAGO, IL 60601

709

**Form 709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions.

**2009**

| | | |
|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
| MICHELLE L. | OBAMA | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC  20500 | | UNITED STATES |

**Part 1 - General Information**

|   |   | Yes | No |
|---|---|---|---|
| 8  If the donor died during the year, check here ▶ and enter date of death | | | |
| 9  If you extended the time to file this Form 709, check here ▶ | | | |
| 10  Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | | | |
| 11a  Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| 11b  Has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12  Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13  Name of consenting spouse  BARACK H. OBAMA | 14 SSN | | |
| 15  Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16  If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date (see instructions) ▶ | | | X |
| 17  Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | X |
| 18  Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |
| Consenting spouse's signature ▶ | Date ▶ 4/7/10 | | |

**Part 2 - Tax Computation**

| | | |
|---|---|---|
| 1  Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2  Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3  Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4  Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5  Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6  Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7  Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8  Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9  Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10  Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11  Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12  Unified credit. Enter the smaller of line 6 or line 11 | 12 | |
| 13  Credit for foreign gift taxes (see instructions) | 13 | |
| 14  Total credits. Add lines 12 and 13 | 14 | |
| 15  Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16  Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | |
| 17  Total tax. Add lines 15 and 16 | 17 | 0. |
| 18  Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19  If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20  If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

Signature of donor ▶ _Michelle Obama_ 4/7/10

**Paid Preparer's Use Only**

_[signature]_  3/30/10
WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   709

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date ████████ and SSN ██████████. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____

Linda Jordan 4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____

Seattle Washington                              King

Dated the ___ day of _____, _____.

August            2011

Signature of the Notary _____

Date _____

Self Check : Notice of Mismatch with Social Security Administration...          https: selfcheck.uscis.gov SelfCheckUI vaContact.html



# Notice of Mismatch with Social Security Administration (SSA) Records

Print          Ver en Español

## Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name, MI)

Date of Mismatch

Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen

✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record

**SSA unable to process data.** SSA found a discrepancy in other data in the record.

Instructions

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

## Affidavit of Susan Daniels

1.    My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.    I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.    I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.    I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.     I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.     The true and correct copies I personally obtained are attached.

8.     I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.     I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____Mentor, OH_____ on this _19th_ day of October, 2009.

By: _____
         Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in _Mentor_ (city), _Lake County Ohio_ (state), _U.S.A_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _8058 BROADMOOR, MENTOR, OA 44060_

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

My Seal Appears Above this line.

My Printed Name is: _JAMES V. LOIACONO_ ; my notarial commission or license expires on: _LIFETIME - STATEWIDE_

Person Search                                                     https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA  Gender: Female | | 5046 S GREENWOOD AVE  CHICAGO IL 60615-2608 | Aug 05 - Aug 07 | | |
| | | MICHELLE OBAMA  Gender: Female | | 1 OLD STATE CAPITOL PLZ APT  SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | | |
| | | MICHELLE OBAMA  Gender: Female | | 1600 PENNSYLVANIA AVE NW  WASHINGTON DC 20500-0003  Newspaper facility. | Jun 08 - Sep 09 | | |
| | | MICHELLE OBAMA  Gender: Female | | 5030 QUENTIN ST  DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT | |
| | | MICHELLE OBAMA  Gender: Female | | 123 W NORTH AVE  CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | | |
| | | MICHELLE OBAMA  Gender: Female | | 936 4 MILE RD NW APT  GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | | |
| | | MICHELLE OBAMA  Gender: Female | | 505 CATHARINE ST  PHILADELPHIA PA 19147-3009 | Apr 07 | | |
| | | MICHELLE OBAMA  Gender: Female | | 3550 S RHODES AVE APT 1802  CHICAGO IL 60653-1273 | | | |
| | | MICHELLE OBAMA  Gender: Female | | 1901 COLLEGE AVE  FREDERICK MD 21701 | Jun 09 - Sep 09 | | |
| | | MICHELLE OBAMA  Gender: Female | | 1 PENNSYLVANNIA  BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | | |

10/19/09 9:15 AM

# SSN Verifier Plus

SSN 

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| |
| |

Tracers Information Specialists, Inc. ~ Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

## Standard People Search

## 105 Records

Search Criteria

Name: OBAMA, BARACK

Flags: Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---------|------|---------|------|-----------|-------|-----|
| | OBAMA BARACK H | 295 HARVARD ST 1505 **2x** CAMBRIDGE MA 02139-2382 **Reported:** 01/2009 ~ 01/01/2009 **County:** Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE **1x** WASHINGTON DC 20007 **Reported:** 12/2008 ~ 12/2008 **County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD **1x** ARLINGTON HTS IL 60005-3904 **Reported:** 11/2008 ~ 11/2008 **County:** Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD **1x** NEEDHAM MA 02492-4330 **Reported:** 09/2008 ~ 11/2008 **County:** NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE **1x** WASHINGTON DC 20510-0001 **Reported:** 11/2008 ~ 11/2008 **County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST **1x** DENVER CO 80207-1523 **Reported:** 09/2008 ~ 11/2008 **County:** Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE **1x** EUGENE OR 97401-3742 (POSSIBLE HIGH RISK) **Reported:** 09/2008 ~ 11/2008 **County:** Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE **1x** LANCASTER TX 75146 **Reported:** 09/2008 ~ 11/2008 **County:** Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST **2x** PHILADELPHIA PA 19130-3220 **Reported:** 09/17/2008 ~ 10/03/2008 **County:** Philadelphia | Map It | | Landline: (215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE **2x** FORT WORTH TX 76180 **Reported:** 04/2008 ~ 09/2008 **County:** Tarrant | Map It | | ▓▓▓▓▓▓ | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST **1x** CHARLESTON SC 29464 **Reported:** 08/2008 ~ 09/2008 **County:** Charleston | Map It | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK CHICAGO IL 60615 **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | 1x | Map It | Issued: 1977-1979 in CT DOB: ▓▓61 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST CHICAGO IL 60654 (POSSIBLE HIGH RISK) **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | 1x | Map It | | Cell: (312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | | | | | N |
| | OBAMA BARACK | 180 N LASALLE CHICAGO IL 60601 (POSSIBLE HIGH RISK) **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD JACKSON NJ 08527 **Reported:** 02/2008 - 08/2008 **County:** Ocean | 2x | Map It | Issued: ▓ (DECEASED) *See attached "A"* | | N |
| | OBAMA BARACK | 1000 33RD AVE FORT WORTH TX 76180 **Reported:** 08/2008 - 08/2008 **County:** Tarrant | 1x | Map It | | | N |
| | OBAMA BARACK | 505 FARR C COLUMBUS GA 31907-6275 **Reported:** 01/2008 - 08/2008 **County:** Muscogee | 3x | Map It | ▓▓▓▓▓ | | N |
| | OBAMA BARACK | 1603 RUCKER RD ALPHARETTA GA 30004-1435 **Reported:** 08/2008 - 08/2008 **County:** FULTON | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 CHICAGO IL 60601-2610 (POSSIBLE HIGH RISK) **Reported:** 06/01/2007 - 06/01/2008 **County:** Cook | 4x | Map It | Issued: 1977-1979 in CT DOB: ▓▓ Age: 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | OBAMA LN FRANKLIN WI 53132 **Reported:** 05/2008 - 06/2008 **County:** Milwaukee | 1x | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE IRVINE CA 92618 **Reported:** 06/2008 - 06/2008 **County:** ORANGE | 1x | Map It | | | N |
| | OBAMA BARACK | 15 A 1A MANALAPAN FL 33462 **Reported:** 05/2008 - 05/2008 **County:** Palm Beach | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 12/01/2007 - 04/01/2008 **County:** Cook | 5x | Map It | Issued: 1977-1979 in CT DOB: ▓▓ Age: 48 | Landline: (773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search      https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 03/25/2008 - 03/25/2008<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>**Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   **1x**<br>DENVER CO 80207<br>**Reported:** 03/2008 - 03/2008<br>**County:** Denver | Map It | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   **3x**<br>WASHINGTON UT 84780<br>**Reported:** 08/2007 - 02/2008<br>**County:** Washington | Map It | ▓▓▓▓▓▓ | | N |
| | OBAMA BARACK | 505 FARR C   **1x**<br>COLUMBUS GA 31907<br>**Reported:** 02/2008 - 02/2008<br>**County:** Muscogee | Map It | ▓▓▓▓▓<br>**Issued:** ▓▓▓▓▓▓ | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   **7x**<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com        (No IP Address Reported)        Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   **8x**<br>CHICAGO IL 60615<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236   **1x**<br>PROVO UT 84603-1236<br>**Reported:** 01/2008 - 01/2008<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A   **1x**<br>MANALAPAN FL 33434<br>**Reported:** 01/2008 - 01/2008<br>**County:** Palm Beach | Map It | ▓▓▓▓▓▓ | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **8x**<br>CHICAGO IL 60615<br>**Reported:** 11/15/2007 - 11/15/2007<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   **12x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/15/2007<br>**County:** Cook | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY   **3x**<br>SOMERVILLE MA 02145<br>**Reported:** 06/01/1986 - 10/01/2007<br>**County:** Middlesex | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **12x**<br>SOMERVILLE MA 02145<br>**Reported:** 07/17/2001 - 10/01/2007<br>**County:** Middlesex | Map It | **Issued:** 1977-1979 in CT<br>**DOB:** ▓▓▓ **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   **1x**<br>PHILADELPHIA PA 19147<br>**Reported:** 08/2007 - 08/2007<br>**County:** Philadelphia | Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST LANSING MI 48910 Reported: 07/2007 - 07/2007 County: Ingham | 1x | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N CHICAGO IL 60601-2501 (POSSIBLE HIGH RISK) Reported: 02/2007 - 06/2007 County: Cook | 2x | Map It | Issued: 1977-1979 in CT | | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 1236 PO BOX PROVO UT 84603 Reported: 06/2007 - 06/2007 County: Utah | 2x | | | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD PROSPECT HEIGHTS IL 60070-1913 Reported: 04/2007 - 04/2007 County: Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 Reported: 04/2007 - 04/2007 County: Philadelphia | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 Reported: 07/2006 - 07/2006 County: Cook | 3x | Map It | Issued: 1977-1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST SPRINGFIELD IL 62701-1634 (POSSIBLE HIGH RISK) Reported: 04/21/2006 - 05/07/2006 County: Sangamon | 9x | Map It | | Landline: (217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 WASHINGTON DC 20001 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 1x | Map It | Issued: 1977-1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 1x | Map It | Issued: 1977-1979 in CT DOB: 61 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE WASHINGTON DC 20001-2629 Reported: 09/2005 - 02/01/2006 County: District of Columbia | 10x | Map It | Issued: 1977-1979 in CT DOB: 61 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV WASHINGTON DC 20001-2640 Reported: 06/01/1986 - 02/01/2006 County: District of Columbia | 3x | Map It | Issued: 1977-1979 in CT DOB: Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 8x | Map It | Issued: 1977-1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST WASHINGTON DC 20002-6067 Reported: 06/01/1986 - 02/01/2006 County: District of Columbia | 2x | Map It | Issued: 1977-1979 in CT DOB: Age: 48 | 684-4809 | N |

4 of 8

Tracers Information Specialists, Inc. - Standard People Search       https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST  2x<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>Reported: 12/21/2004 - 01/2006<br>County: Cook | Map It | | Landline:<br>(312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE  2x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 07/2005 - 11/2005<br>County: Cook | Map It | Issued: 1977-1979 in CT | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK  6x<br>CHICAGO IL 60615<br>Reported: 06/01/1997 - 05/26/2005<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ▓▓▓ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2  1x<br>CHICAGO IL 60649<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ▓▓▓ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW  1x<br>CHICAGO IL 60615<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ▓▓▓ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1  1x<br>CHICAGO IL 60615<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ▓▓▓ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1  1x<br>CHICAGO IL 60615-5916<br>Reported: 05/2005 - 05/2005<br>County: Cook | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST  9x<br>CHICAGO IL 60615-4311<br>Reported: 12/21/2004 - 01/14/2005<br>County: Cook | Map It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST  1x<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>Reported: 12/21/2004 - 01/06/2005<br>County: Cook | Map It | | Landline:<br>(312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131/ 53RD ST  1x<br>CHICAGO IL 60615<br>Reported: 07/2003 - 07/2003<br>County: Cook | Map It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST  1x<br>CHICAGO IL 60615<br>Reported: 07/2003 - 07/2003<br>County: Cook | Map It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST  7x<br>CHICAGO IL 60649<br>Reported: 02/01/2003 - 02/01/2003<br>County: Cook | Map It | | Landline:<br>(773)363-1996 | N |
| E-mail: jenmasondist13@prodigy.net | | | IP address: 192.100.76.133 | | Reported: 10/0 | |

10/2/09 9:14 AM

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **4x**<br>CHICAGO IL 60615-5916<br>**Reported:** 10/1997 - 10/2002<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | 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<br>Issued: 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY   **7x**<br>SOMERVILLE MA 02145-2440<br>**Reported:** 06/01/1986 - 07/17/2001<br>**County:** Middlesex | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2   **8x**<br>CHICAGO IL 60649<br>**Reported:** 11/13/2000 - 11/13/2000<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ██████61 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV   **8x**<br>CHICAGO IL 60649-3626<br>**Reported:** 06/01/1986 - 11/13/2000<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ██████61 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **8x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 54501 SE VIEW PK   **1x**<br>CHICAGO IL 60615<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK   **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1   **5x**<br>CHICAGO IL 60615-5916<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | 684-4809<br>Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX   **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO   **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT<br>DOB: ███████ Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO   **2x**<br>CHICAGO IL 60649<br>**Reported:** 09/1999 - 09/1999<br>**County:** Cook | Map It | Issued: 1977-1979 in CT | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649 **Reported: 09/1999 - 09/1999** **County:** Cook | 2x | | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST CHICAGO IL 60649 **Reported: 05/01/1999 - 05/01/1999** **County:** Cook | 7x | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **Reported: 01/01/1999 - 01/01/1999** **County:** Cook | 8x | Map It | Issued: 1977-1979 in CT DOB: ████ 961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **Reported: 01/01/1999 - 01/01/1999** **County:** Cook | 1x | Map It | Issued: 1977-1979 in CT DOB: ████ 61 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02143 **Reported: 11/12/1997 - 11/12/1997** **County:** Middlesex | 1x | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK CHICAGO IL 60615 **Reported: 06/1997 - 06/1997** **County:** Cook | 4x | Map It | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA CHICAGO IL 60615 **Reported: 10/01/1994 - 10/01/1994** **County:** Cook | 16x | Map It | 4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA CHICAGO IL 60615-5942 **Reported: 06/01/1986 - 10/01/1994** **County:** Cook | 5x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 CHICAGO IL 60615 **Reported: 06/01/1986 - 10/01/1994** **County:** Cook | 1x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA CHICAGO IL 60615 **Reported: 10/01/1994 - 10/01/1994** **County:** Cook | 2x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported: 08/01/1994 - 08/01/1994** **County:** Suffolk | 4x | Map It | | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported: 08/01/1994 - 08/01/1994** **County:** Suffolk | 1x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported: 12/01/1993 - 12/01/1993** **County:** Cook | 8x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported: 12/01/1993 - 12/01/1993** | 1x | Map It | Issued: 1977-1979 in CT DOB: ███████ Age: 48 | Landline: (773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

|   | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|------|---------|------|-----------|-------|-----|
|   |   | **County:** Cook |   |   |   |   |
|   | OBAMA BARACK | 5450 EASTVIEW PK 1    **1x** CHICAGO IL 60615 **Reported:** 08/01/1993 – 09/01/1993 **County:** Cook | Map It | Issued: 1977–1979 in CT |   | N |
|   | OBAMA BARACK | 7436 S EUCLID AVE    **2x** CHICAGO IL 60649-3626 **Reported:** 08/1993 – 08/1993 **County:** Cook | Map It | Issued: 1977–1979 in CT |   | N |
|   | OBAMA BARACK HUSSEIN | 365 W BROADWAY    **1x** BOSTON MA 02127 (POSSIBLE HIGH RISK) **Reported:** 07/01/1991 – 07/01/1991 **County:** Suffolk | Map It | Issued: 1977–1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
|   | OBAMA BARACK H | 5324 S KIMBARK AVE    **3x** CHICAGO IL 60615-5287 **Reported:** 06/01/1986 – 12/1990 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 |   | N |
|   | OBAMA BARACK HUSSEIN | 365 BROADWAY B1    **1x** SOMERVILLE MA 02145 **Reported:** 08/01/1988 – 09/01/1988 **County:** Middlesex | Map It | Issued: 1977–1979 in CT DOB: | Landline: (617)623-1266 | N |
|   | OBAMA BARACK HUSSEIN | 1N N    **1x** CHICAGO IL 60615 **Reported:** 01/01/1988 – 01/01/1988 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
|   | OBAMA BARACK H | N 1N    **2x** CHICAGO IL 60615 **Reported:** 01/1988 – 01/1988 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 |   | N |
|   | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N    **1x** CHICAGO IL 60615 **Reported:** 10/01/1986 – 10/01/1986 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 | Landline: (773)684-4809 | N |
|   | OBAMA BARACK H | 5429 S HARPER AVE 1N    **3x** CHICAGO IL 60615-5548 **Reported:** 06/01/1986 – 10/1986 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 |   | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
|   | OBAMA BARACK H | 1440 E 52ND ST    **1x** CHICAGO IL 60615-4131 **Reported:** 04/1986 – 04/1986 **County:** Cook | Map It | DOB: Age: 48 |   | N |
|   | OBAMA BARACK H | 5450 EASTVIEW PARK 1    **2x** CHICAGO IL 60615 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 |   | N |
|   | OBAMA BARACK HUSSEIN | 365 BROADWAY B1    **2x** SOMERVILLE MA 02145-2440 **County:** Middlesex | Map It | Issued: 1977–1979 in CT DOB: |   | N |
|   | OBAMA BARACK H | 5450 E VIEW PARK 1    **2x** CHICAGO IL 60615 **County:** Cook | Map It | Issued: 1977–1979 in CT |   | N |
|   | OBAMA BARACK H | 54501 SE VW    **2x** CHICAGO IL 60615 **County:** Cook | Map It | Issued: 1977–1979 in CT DOB: Age: 48 | 684-4809 | N |

10/2/09 9:14 AM

Social Security Death Index Search Results                http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com Sign In

rootsweb   *finding our roots together.*          ancestry.com   COMMUNITY          DISCOVER MORE >          "A"

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

## Type In Your Name & Get Your Instant Family Tree!

Your First Name:          Your Last Name:          Your State:
[                    ]     [                    ]     Nationwide ▾          Search >

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009          The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN   | ████  | 1       |         |

Viewing **1-1 of 1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE | ███ | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | ✉ |

Viewing **1-1 of 1**

Search
Hundreds
of
Thousands
of
Family Tree

First Name:

Last Name:

Search

Orehi: Family

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

| Last name | [            ] | Exact ▾ |
|-----------|----------------|---------|
| First Name | [            ] | |
| Middle Name | [          ] | (initial) |
| SSN | ████████ | |

| Last Residence | | Last Benefit | |
|----------------|--|--------------|--|
| Zip | | | |
| State | | | |
| County | | | |
| City | | | |
| Birth | | | |