**Dr. Orly Taitz, Esq**
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.      On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number ██████████.

6.      On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN ████████.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN ████████ was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.    On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.    On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry,

16.    I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.    In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.    On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related t████████████████

19.    Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.    Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.    Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.    I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____

John N. Sampson

THEREPOSITORY™

ARCHIVE INDEX SYSTEMS, INC.

IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

P.O. Box 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.



Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.



Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

### Conclusion

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _ZACHARY S NIEBRUEGGE_

Title: _BRANCH MGR, U.S. BANK_

I, _ZACHARY S. NIEBRUEGGE_, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

_____
Notary Public

My Commission Expires: _8_ / _9_ /20 _11_

_____
Douglas B. Vogt

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

6

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG  -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

## AFFIDAVIT OF ORLY TAITZ

1. I, Orly Taitz, am over 18 years old. I am an attorney, licensed in the state of California and admitted in the state of California. I am the author of this and other related original and figured materials. I have personal knowledge of the facts described herein and I am competent to testify and make them readily.

8. For verification one is supposed to enter the name, birthdate and social security number of the individual. If all three parameters match with the actual information on file, it will show "Matched record".

9. I personally entered name "Hiland", birthdate and social security number of 2-of-1234, given to me by Investigator during the interview.

10. I got a response "Matched record", indicating the name matched with [illegible]

11. Based on this and other explanation [illegible] Connection.





### Selective Service Record Search Results

Search Criteria
Last Name/First Name
Social Security Number
Date of Birth

Matched Record



Date of Registration
9-13-05

New Search

Back

GREG HOLLISTER< greg_hollister@msn.com>                    Wed, Feb 9, 2011 at 5:39 AM
To: orly.taitz@gmail.com
Cc: "John Hemenway, DC Council" <johndhemenway@comcast.net>, Larry Elgin
<lawnet.lae@gmail.com>, Susan Private Investigator <susandanielspi@aol.com>, "Linda Bent,
SONORAN NEWS" <lindabent@aol.com>

Dear Ms. Taitz,

I have been monitoring your efforts at a distance reference the eligibility of Barack Obama to serve as
POTUS. I see that you are now filing suit reference his many SSNs.

I have a copy of Obama's selective service card with the SSN affixed. I, as a small business owner,
have access to the Social Security Number Verification System. As a result, I checked the SSNVS for
the SSN Obama used for registering with Selective Service. The SSNVS search resulted in a report
sheet that states that number Obama used to register for Selective Service was never issued.

Let me be direct – I have not agreed with many of your tactics in this endeavor. However, I have
continued to follow your efforts to see where there may be synergy and this is one.

Therefore, if you think the documents will be helpful, please let me know and I will send you the PDF
files for both the Selective Service Card and the SSNVS report that states that SSN was never
issued.

Sincerely

Greg Hollister

Gregory S. Hollister, Colonel, USAF, Retired
President, Hollister Enterprises LLC



Business Services Online

BSO Main Menu · BSO Information · Contact Us · Keyword Navigation · Logout



# Social Security Number Verification System (SSNVS)

## SSN Verification Results

**Employer's EIN**

Records Submitted      1

Failed                 1

Verified Records       0

The following table displays your submitted reports. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

* **Failed** - Data does not match Social Security Administration's records. Select the code in the SSN field for more information.

* **Deceased** - Data matches Social Security Administration's records, although records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

* **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| | ████████ | ████ | · | OBAMA | - | ████████ | M | |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call 1-800-772-6270 Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call 1-800-325-0778

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

DEPARTMENT OF HEALTH

FILE NUMBER 151    61 10637

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| SUSAN | ELIZABETH | NORDYKE |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet | 5a. Month Day Year | 5b. Hour |
|---|---|---|---|---|
| Female | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | 2:12 P.M. |

6. Place of Birth: City, Town or Rural Location — Honolulu    6b. Island — Oahu

6c. Name of Hospital or Institution — Kapiolani Maternity & Gynecological Hospital    6d. Is Place of Birth Inside City or Town Limits? Yes ☐ If no, give judicial district

7a. Usual Residence of Mother: City, Town or Rural Location — Honolulu    7b. Island — Oahu    7c. County and State or Foreign Country — Honolulu, Oahu

7d. Street Address — 2013 Kakela Drive

7e. Is Residence Inside City or Town Limits? Yes ☐ No ☐ If no, give judicial district

7f. Is Residence on a Farm or Plantation? Yes ☐ No ☒

8. Full Name of Father — ROBERT ALLAN NORDYKE    9. Race of Father — Caucasian

10. Age of Father — 62    11. Birthplace — Woodland, California    12. Kind of Business or Industry — Doctor / Private Practice

13. Full Maiden Name of Mother — ELEANOR LOUISE COLE    14. Race of Mother — Caucasian

15. Age of Mother — 34    16. Birthplace — Los Angeles, California    17. Type of Occupation — None

18. I certify that the above information is true and correct to the best of my knowledge.

Signature of Parent — *Eleanor Cole Nordyke*

Signature of Attendant — *C A McDonah*

*Victor L. Ugorin*

Date Accepted by Local Reg. — 8/11/61

Signature of Local Registrar

Date Accepted by Reg. General — AUG 11 1961

---

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE, HAWAII STATE DEPARTMENT OF HEALTH.

*Leo Bernstein*
LEO BERNSTEIN, M.D.
Director of Health

DATE
5-5-1966

*Charles G. Bennett*
CHARLES G. BENNETT
Registrar General

The testimony of Brian M. Fedorka:

I, Brian M. Fedorka, am over 18 years old, resident of the state of Mississippi and a registered voter in the state of Mississippi. I join Dr. Orly Taitz, ESQ. as an additional plaintiff in her challenge and legal action against Democratic Party of Mississippi and Secretary of State of Mississippi challenging candidate Obama on primary ballot of the state of Mississippi.

Signed _____

Dated _____

_____
_____
_____

# CERTIFICATION DECLARATION OF
## Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document marked P1 shown in her own handwriting crossed out to mean to exclude "Barack Hussein Obama (Soebarkah)" from her passport renewal.

6. The attached documents plus cover letter of two pages for a total 14 pages received from the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number: 200807238.

**I do hereby declare and certify that the attached records are a true and accurate copy of those received by Declarant; and that I am available to testify in open court as such.**

Dated: Brooklyn New York
December 17, 2011

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue – 281
Brooklyn, New York 11238
Cell- 845-901-6767 email: chris@strunk.ws

Attached: Coverletter (2 pages)
Six (6) Documents P1 thru P6 (12 pages)

# RELEASE THE MUGS

By Julianna Smoot, Deputy Campaign Manager on November 19, 2011

Yesterday, four Republicans in the New Hampshire State House allowed a hearing requested by Orly Taitz, the notorious dentist-lawyer-birther who wants President Obama officially removed from the state's primary ballot.

So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs.

There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this.

But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug.

Works like a charm. I recommend Earl Grey.



http://www.barackobama.com/news/entry/release-the-mugs

6. Any other damages this court finds proper and just

04.12.2012

/s/ Orly Taitz

/s/ Brian Fedorka

/s/ Leah Lax

/s/ Laurie Roth

/s/ Tom Mac Leran

6. Any other damages this court finds proper and just

04.12.2012

/s/ Orly Taitz

/s/ Brian Fedorka

/s/ Leah Lax

/s/ Laurie Roth

/s/ Tom Mac Leran

Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita CA 92688

04.04.2012


Attn Sam Begley

Attorney for the Democratic party of MS

Dear Mr. Begley,

MS elections code states the following in regards to the challenge in the general election:

23-15-963. Exclusive procedures for contesting qualifications of candidate for general election; exceptions.


(1) Any person desiring to contest the qualifications of another person who has qualified pursuant to the provisions of Section 23-15-359, Mississippi Code of 1972, as a candidate for any office elected at a general election, shall file a petition specifically setting forth the grounds of the challenge not later than thirty-one (31) days after the date of the first primary election set forth in Section 23-15-191, Mississippi Code of 1972. Such petition shall be filed with the same body with whom the candidate in question qualified pursuant to Section 23-15-359, Mississippi Code of 1972.


(2) Within ten (10) days of receipt of the petition described above, the appropriate election officials shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate election officials shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.


(3) If the appropriate election officials fail to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.


(4) Any party aggrieved by the action or inaction of the appropriate election officials may file a petition for judicial review to the circuit court of the county in which the election officials whose decision is being reviewed sits.

Your client, Democratic party of Mississippi, is supposed to respond by April the 10th on my petition to remove Mr. Obama's name from the general election ballot as a candidate, who is not constitutionally eligible and whose identification papers are forged.  Please advise me, whether your client is intending to hold a hearing on my petition.

Best regards,

Dr. Orly Taitz, ESQ

**Cc Hon Judge Coleman**

Cc Mr. Pizzetta, attorney for the Secretary of State

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA 92688**
**Ph 949-683-5411 F949-766-7603**
**Orly.Taitz@gmail.com**
**CA Bar License 223433**
**In propria Persona in MS**

**FIRST JUDICIAL DISTRICT**
**Circuit Clerk's Office**
**P.O. BOX 327**
**Jackson, MS 39205**
**Phone: (601) 968-6628**

|  |  |
|---|---|
| | )Supreme Court case # 2012-AP-260 |
| DR. ORLY TAITZ, ESQ | ) |
| BRIAN FEDORKA | ) |
| LAURIE ROTH | ) |
| LEAH LAX | ) |
| TOM MacLERAN | ) |
| | ) Circuit court case #2012-107 |
| V | ) Hon R Kenneth Coleman |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) presiding |
| SECRETARY OF STATE OF MISSISSIPPI | ) |
| BARACK HUSSEIN OBAMA | ) |
| OBAMA FOR AMERICA | ) |
| NANCI PELOSI | ) |
| DR. ALVIN ONAKA | ) |
| LORETTA FUDDY | ) |
| MICHAEL ASTRUE | ) |
| JANE DOES, JOHN DOES 1-100 | ) |

Taitz v Democratic Party Interlocutory appeal to the Supreme Court        1

# EMERGENCY INTERLOCUTORY APPEAL TO THE SUPREME COURT OF MISSISSIPPI , EMERGENCY PETITION TO THE SUPREME COURT OF MISSISSIPPI  FOR  REASSIGNMENT OF THE CASE TO A DIFFERENT JUDGE

Comes now petitioner Dr. Orly Taitz, ESQ, herein "Taitz" and petitions the Supreme Court of Mississippi to reassign the case to a different judge.

## STATEMENT OF FACTS

1. This case at hand was timely filed by Petitioner Orly Taitz, hereinafter "Taitz" .

2. The case revolves around the fact that Democratic party of Mississippi submitted to the Secretary of State the name of Barack Obama as Presidential candidate. Taitz submitted to the Democratic party an election challenge with sworn affidavits of experts and witnesses showing Obama using a forged birth certificate and a stolen Connecticut Social Security number███████████. Evidence showed that required natural born status of Obama is based on forged identification papers. Findings by Taitz and her experts were recently confirmed by Maricopa county Arizona sheriff Joe Arpaio, who confirmed that as a result of his independent investigation Obama is using forged identification papers.

3. Democratic Party was complicit with Obama and simply  ignored the election challenge and did not respond.

4. Taitz filed a complaint in the Hinds county   Circuit court based on elections code Section 23-15-191 .

5.Elections code require immediate handling of the elections challenge and require the Circuit Court judge to forward the complaint within 3 days to the Supreme court for expedited handling.

6. The case was referred to the Supreme Court and honorable Judge Dickenson, Chief Justice of the Supreme Court, forwarded the complaint to a special judge, retired judge Coleman of Union county for handling.

7. For a period of a month prior to  the Primary election, which was the subject of the complaint, judge Coleman completely ignored the case and did not even contact the parties.

8. Taitz desperately tried to schedule a hearing before the primary, but could not even get in touch with the judge, as judge Coleman is located in a different county, currently retired, does not hold regular court hearings  and she was told to wait until judge Coleman  contacts her.

9. Primary election passed without judge Coleman contacting Taitz.

10. For the first time judge Coleman contacted the parties in the case, was via e-mail two days after the election.

11. Defendants: Democratic party of Mississippi and the Secretary of State of Mississippi forwarded e-mails to judge Coleman and Taitz, where they sought dismissal of the case.

12. Taitz responded and e-mailed judge Coleman and the defendants.

13. Motion hearing was set for April 16th.

14. As the Defendant Democratic Party claimed that the complaint is frivolous, Taitz sought to subpoena witnesses to appear in court to prove that the complaint is not frivolous.

15. As Taitz is a pro se plaintiff, she filed a motion and an affidavit attesting to the fact that subpoena is necessary for the upcoming hearing. Yet again, this motion and affidavit were ignored by judge Coleman and Taitz could not subpoena witnesses for the hearing. She did purchase airplane tickets for herself and one witness to appear in Mississippi at the hearing.

16. Shortly before the hearing judge Coleman e-mailed the parties that due to health reasons he needs to cancel the April 16 hearing and it will be rescheduled for a later date.

17. As judge Coleman completely ignored the case prior to the primary election, it was necessary to file a new challenge for the General election. Taitz submitted general election challenge to the Democratic party as required by law and yet again the Democratic party ignored the challenge. On April 12, 2012 Taitz completed drafting of the First Amended Complaint, which referred to the General election and submitted it to judge Coleman on April 13th. On the same day the defendants filed an answer to the complaint.

18. On April 17th judge Coleman contacted the parties, stating that he can reschedule the motion hearing to a different day.

19. Taitz e-mailed judge Coleman and asked for clarification, as to what is being scheduled. Taitz reminded judge Coleman that the April 16, 2012 hearing was scheduled based on 12b motion by the defendants. 12b motion is usually filed instead of an answer in order to shield the defendants from the discovery, however the defendants changed their tactics and filed an answer, so the subject matter of the motion hearing became moot. The parties are already in the discovery phase of the case. Taitz also reminded judge Coleman that he did not respond to her request and affidavit for subpoenas. She is limited in what she can do without subpoenas for deposition and production of documents. She is limited in bringing witnesses to the hearing and in conducting discovery. She also reminded judge Coleman that he waived procedural requirements of a California attorney Tepper, who sought to join as co-counsel for the defendant Democratic party. Taitz also inquired whether judge Coleman would waive a procedural requirement and allowed her to act as an

attorney pro hac vice, whereby she could submit the subpoenas to the clerk of the court for signature and not bother judge Coleman with requests to sign subpoenas or alternatively she asked   for judge Coleman to sign the subpoenas, which she could use to enforce  the subpoenas in California, where she intended to conduct some of the depositions. Taitz also asked for clarification of the status of the case in regards to the First amended complaint, as it was drafted and signed on April 12th  as a first Amended complaint as of Right before filing of an answer, but crossed in the mail with the answers filed by the defense.

18. Judge Coleman did not provide any clarification, but stated that he should not be addressed via e-mail, even though the defense addressed judge Coleman via e-mails repeatedly with no objection from the judge, and when the defense asked judge Coleman to grant California attorney Tepper pro-hac vice and waive a procedural requirement,  judge Coleman issued an order and granted   such pro hac vice immediately over stern objections by the Plaintiff, who advised judge Coleman that California attorney Tepper has a long history of harassing Taitz and is joining this case as a co-counsel for the defense for the sole purpose of harassment of Taitz.  Taitz got increasingly concerned in regards to bias by judge Coleman against her and her case.

## ARGUMENT

### JUDGE COLEMAN'S FAILURE TO RESPOND FOR A PERIOD OF A MONTH AND FAILURE TO HEAR THIS PRIMARY ELECTION CHALLENGE BEFORE THE PRIMARY ELECTION SHOWS BIAS AND ABUSE OF JUDICIAL DISCRETION AND DESIRE TO DISMISS THE CASE

1. Judge Coleman was aware that the case at hand is a primary election challenge case  and has to be handled immediately, as time was of the essence. Mississippi statute  Section 23-15-191 required expedited handling within 3 days for the complaint to be forwarded to the Supreme Court.

2. Judge Coleman simply sat on this claim for a month and completely ignored it until the primary election passed.

3. Judge Coleman contacted the parties two days after the primary election, stating that now he has some free time to schedule the hearing.

4. If judge Coleman knew that he is busy and that he is unable to hear this primary election challenge prior to the primary election, it was his duty to advise so to the Chief Justice of the Supreme Court Dickenson, so that Justice Dickenson would appoint another special judge.

5. The fact that judge Coleman did not contact the parties for a month and waited until after the primary election, shows that judge Coleman is biased against this case and against the Plaintiff Taitz and simply decided to kill the case before it started.

6. The fact that judge Coleman waited for a month until after the primary election shows an abuse of judicial discretion, as the case clearly had to be heard timely before the primary. This is particularly egregious in light of the fact that Taitz provided judge Coleman with evidence that Barack Obama is using a forged birth certificate and a Social Security number, which was never assigned to him. Judge Coleman had in front of him evidence of the greatest criminality in the history of this nation, usurpation of the U.S. Presidency and he made a conscience decision to give Barack Obama a pass and allow him on the ballot in the Primary election without a glitch.

7. Taitz was entitled to her First amendment right to a meaningful redress of grievances. This right was violated by judge Coleman under color of authority, when judge Coleman simply ignored her primary election challenge until after the election.

## REFUSAL TO PROVIDE CLARIFICATION AND EITHER SIGN SUBPOENAS OR GRANT PRO HAC VICE DENIES TAITZ MEANIGFUL REDRESS OF GRIEVANCES DURING THE GENERAL ELECTION CHALLENGE.

1. After Taitz was denied her first amendment right for redress of grievances during the primary challenge, she is deeply concerned about similar de facto denial of her First Amendment rights now during the general election challenge.

2. A peculiar situation developed in that the First amended complaint (Exhibit 2) was submitted to judge Coleman the same day as the answer. The first amended complaint was drafted as a matter of right, prior to an answer being filed. Taitz asked judge for clarification, as to what is the status of the case: does judge Coleman see it as a First amended Complaint as a matter of right or will he provide a leave of court for the First Amended Complaint. Judge Coleman did not provide any clarification, which makes it difficult to know for sure which complaint is the operative pleading.

3. Since the defendants filed an answer, the parties are in discovery phase, however Judge Coleman is denying Taitz any meaningful discovery as part of her First Amendment right for Redress of Grievances as he is neither responding to her numerous petitions and affidavits with requests to sign Mississippi subpoenas or waive a procedural requirement of a local attorney co-signor and grant her pro hac vice, so that she can issue Mississippi subpoenas herself and have them signed by the clerk of the court. Not only Taitz cannot conduct meaningful general discovery

in the case, she is not able to subpoena witnesses for the hearing that judge Coleman is intending to hold on May 7th, 2012.

4. Judge Coleman is not responding and not providing any clarification, what motions is he intending to hear at the motion hearing, and not providing any meaningful clarification or response on the case.

5. This is a case of national importance. Attached First amended Complaint and exhibits show the most egregious criminality by Barack Obama and some governmental bureaucrats aiding and abetting him in hiding his use of a forged birth certificate and his use of a Connecticut Social Security number, which was never assigned to him. We have an individual with unknown origin and unknown allegiance usurping the White House and intending to prolong this usurpation for four more years or possibly longer.  Civil rights of every American citizen, US economy and national security are at stake. The chronology and the facts of the case show that the special judge assigned by the presiding judge of the Supreme Court, is biased against the Plaintiffs and violated the Plaintiff's rights for redress of grievances during the primary election. There is a serious concern that this bias will continue now during the general election challenge.

Based on all of the above it is necessary to reassign this case to another special judge.

## CONCLUSION

Based on all of the evidence and arguments presented herein the case at hand should be reassigned to a different special judge.

Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

175100

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

FEB 1 7 2012

Dr. Orly Taitz, ESQ.

Plaintiff

SUPREME COURT CLERK

v.

No. 2012-AP-260

Democrat Party of Mississippi, Secretary of State
of Mississippi

Defendants

NO. 251-12-107CIV: In the Circuit Court of
Hinds County, Mississippi, First Judicial District

**FILED**

FEB 21 2012

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

<u>ORDER APPOINTING SPECIAL JUDGE</u>

HAVING COME ON this date for hearing a request for appointment of a Judge

to preside over a petition for judicial review in the proceedings in the above numbered and

styled cause, which is presently pending in the Circuit Court of Hinds County, Mississippi,

First Judicial District, and the Court having considered said request and found it proper under

Mississippi Code Annotated Section 23-15-961.

IT IS THEREFORE ORDERED AND ADJUDGED that *Honorable R.*

*Kenneth Coleman*, Senior Status Judge, be, and he is, hereby specially appointed Special

Judge to preside over the matter herein involved.

IT IS FURTHER ORDERED that the Clerk of this Court transmit copies of

this order to the Honorable R. Kenneth Coleman, Special Judge; the Honorable Tomie T.

Green; the Honorable Winston L. Kidd; the Honorable Jeff Weill, Sr., and the Honorable

William A. Gowan, Jr., Judges of and for the Seventh Circuit Court District; and, to the Clerk

of the Circuit Court of Hinds County, who is directed to file this Order and deliver copies to

all counsel of record in said case and to parties not represented by counsel.

SO ORDERED this the 17th day of February, 2012.

JESS H. DICKINSON, PRESIDING JUSTICE

BOOK 726   PAGE 638

Re: Orly Taitz v. Democratic Party of MS, et al.
Inboxx

Orly TaitzDear Judge Coleman and counsel, please find attached the First Amended
Compla...
Apr 13 (4 days ago)
Dear Judge Coleman and counsel, please find attached the First Amended Compla...

Orly TaitzApr 13 (4 days ago)
Loading...

Orly Taitz orly.taitz@gmail.com
Apr 13 (4 days ago)

to Robert, sbegly1, HAROLD, Justin, me, leahlax1234, Tom, Laurie, michael.jablon.,
jill.t.nagamine, Helen.L.Gilbert, scottjtepper

Dear Judge Coleman and counsel,

please find attached the First Amended Complaint, which includes additional plaintiffs
and defendants, it relates to the general election challenge and includes RICO causes of
action. This 44 page complaint was drafted before the answer was received and was filed
as a matter of right. After it was filed by my assisstant by mailing it to the court and all
parties, I noticed that the answer was filed today as well.
Plaintiffs are asking Your Honor to consider the complaint as a First Amended Complaint
as a matter of right. In the alternative, Plaintiffs are asking Your Honor to consider this
complaint as an additional complaint filed in relation to the general election and join the
two complaints together as revolving around the same nucleus of facts.
Respectfully,
/s/ Dr. Orly Taitz, ESQ

On Fri, Apr 13, 2012 at 9:25 AM, FONDA HELLEN <FHELL@ago.state.ms.us> wrote:

Attached please find a copy in pdf format of The Mississippi Secretary of State's Answer
and Defenses to Petition that has been filed in the above-referenced litigation. Fonda I.
HellenLegal Assistant Civil Litigation DivisionOffice of the Attorney GeneralPost Office
Box 220Jackson, MS 39205-0220Telephone: (601) 359-9560Facsimile: (601) 359-2003

--
Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

15 attachments — Download all attachments
MS Filed First Amended Complaint.pdf
8219K   View   Download
Transcript Farrar v Obama.pdf
439K   View   Download
Transcript and affidavit Sheriff Arpaio.pdf
131K   View   Download
Affidavit of Chito Papa 1-3.docx
370K   View   Download
Affidavit Chito Papa Social Security.pdf
1343K   View   Download
Affidavit Linda Jordan Obama's SSN.pdf
383K   View   Download
Affidavit Susan Daniels final.pdf
5081K   View   Download
Affidavit of John Sampson 03.08.2010.pdf
1661K   View   Download
Affidavit of Douglas Vogt.pdf
776K   View   Download
Affidavit of Orly Taitz re Obama's Selective service.pdf
238K   View   Download
E-mail and SSNVS from Col Hollister.pdf
240K   View   Download
Susan Nordyke birth certificate.pdf
1127K   View   Download
declaration of Brian Fedorka.pdf
28K   View   Download
Declaration Chris Strunk.pdf
340K   View   Download
Release the Mugs.docx
41K   View   Download

LeahLax1234@aol.com
Apr 14 (3 days ago)
to orly.taitz, me

here is the signed page    In a message dated 4/14/2012 4:02:54 P.M. Eastern Daylight
Time, orly.taitz@gmail.com writes:Leah, Tom and Laurieplease, sign the amended
complaint for MS and e-mail your signed last page to me and to Mr. Brian Fedorka in
MS. He will file an amended complaint. With GA complaint being dismissed, this might
be our only chance. The special judge assigned to this case is a retired judge and believed
to be fair

---------- Forwarded message ----------
From: Orly Taitz <orly.taitz@gmail.com>
Date: Fri, Apr 13, 2012 at 6:10 PM
Subject: Re: Orly Taitz v. Democratic Party of MS, et al.
To: Robert Kenneth Coleman <cjrkcoleman@hotmail.com>
Cc: "SAMUEL BEGLEY (sbegly1@bellsouth.net)" <sbegly1@bellsouth.net>,
HAROLD PIZZETTA <HPIZZ@ago.state.ms.us>, Justin Matheny
<JustinMatheny@ago.state.ms.us>, Brian Fedorka <bfedorka82@gmail.com>,
leahlax1234 <LeahLax1234@aol.com>, Tom MacLeran <Tom@macleran.com>, Laurie
Roth <drljroth@aol.com>, michael.jablonski@comcast.net, "jill.t.nagamine"
<Jill.T.Nagamine@hawaii.gov>, Helen.L.Gilbert@usdoj.gov, scottjtepper@msn.com


Dear Judge Coleman and counsel, please find attached the First Amended Complaint,
which includes additional plaintiffs and defendants, it relates to the general election
challenge and includes  RICO causes of action. This 44 page complaint was drafted
before the answer was received and was filed as a matter of right. After  it was filed by
my assisstant by mailing it to the court and all parties, I  noticed that the answer was filed
today as well.Plaintiffs are asking Your Honor to consider the complaint as a First
Amended Complaint as a matter of right. In the alternative, Plaintiffs are asking Your
Honor to consider this complaint as an additional complaint filed in relation to the
general election and join the two complaints together as revolving around the same
nucleus of facts.  Respectfully,/s/ Dr. Orly Taitz, ESQ

On Fri, Apr 13, 2012 at 9:25 AM, FONDA HELLEN <FHELL@ago.state.ms.us> wrote:
Attached please find a copy in pdf format of The Mississippi Secretary of State's Answer
and Defenses to Petition that has been filed in the above-referenced litigation. Fonda I.
HellenLegal Assistant Civil Litigation DivisionOffice of the Attorney GeneralPost Office
Box 220Jackson, MS 39205-0220Telephone: (601) 359-9560Facsimile: (601) 359-2003
--
Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

Obama.pdf
72K   View   Download

signature page of presidential candidate Tom MacLeran in the First Amended Complaint
Inboxx

Orly TaitzDear judge Coleman and counsel, please find attached the signature of the
pre...
7:35 PM (13 hours ago)
Dear judge Coleman and counsel, please find attached the signature of the pre...


Orly Taitz orly.taitz@gmail.com
7:35 PM (13 hours ago)

to me, Fran, Harold, gilbert, nagamine, Justin, Laurie, leahlax1234, Robert, Samuel,
Scott, Tom


Dear judge Coleman and counsel,
please find attached the signature of the presidential candidate Tom MacLeran on the first
Amended complaint. It was missing from the documents I submitted last week. Will be
filed with the court tomorrow.
I would like to know, when can I expect a clarification requested earlier today.
Respectfully,

/s/ Dr. Orly Taitz, ESQ


--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com


MS Signature of Presidential candidate MacLeran.jpg
145K  View  Download

---------- Forwarded message ----------
From: Orly Taitz <orly.taitz@gmail.com>
Date: Wed, Apr 4, 2012 at 6:02 PM
Subject: request for clarification on the general election challenge
To: "Sam Begley (sbegley1@bellsouth.net)" <sbegley1@bellsouth.net>
Cc: Harold Pizzetta <hpizz@ago.state.ms.us>, Robert Kenneth Coleman
<cjrkcoleman@hotmail.com>, Orly Taitz <orly.taitz@gmail.com>


Dear counsel and Honorable judge Coleman,
Please see a letter for clarification sent to the defendant Democratic party of MS in regars
to the general elections challenge


--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com



--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com


MS Letter to Sam Begley in regards to the General election challenge.docx
12K  View  Download

1 │ LAWRENCE G. BROWN #144569          ORLY TAITZ #223433
  │ Acting United States Attorney       26302 La Paz
2 │ YOSHINORI H. T. HIMEL #66194        Mission Viejo, CA 92691
  │ Assistant U. S. Attorney            Telephone: (949) 683-5411
3 │ 501 I Street, Suite 10-100
  │ Sacramento, California 95814        GARY G. KREEP #066482
4 │ Telephone: (916) 554-2760           932 "D" St., Ste. 2
  │                                     Ramona, CA 92065
5 │ Attorneys for Nonparty Witness      Telephone: (760) 787-9907 **F I L E D**
  │ UNITED STATES DEPARTMENT
6 │ OF JUSTICE                          Attorneys for Plaintiffs      APR 19 2012

BARBARA DUNN, CIRCUIT CLERK
D.C.

8   MAR – 5 2009

SUPERIOR COURT OF CALIFORNIA

9

COUNTY OF SACRAMENTO

CIVIL

10

11 │ ALAN KEYES, Ambassador, et al.,          NO. 34-2008-80000096-CU-WM-GDS

12 │            Plaintiffs,                    **STIPULATION CONVERTING**
   │                                          **SUBPOENA INTO TOUHY**
13 │    v.                                    **DEMAND**

14 │ DEBRA BOWEN, California Secretary
   │ of State, et al.,
15
   │            Defendants.
16

17        Plaintiffs and the nonparty witness United States Department of Justice ("USDOJ")

18 │ hereby recite as follows:

19        1. On February 10, 2009, plaintiffs served a Deposition Subpoena for Production of

20 │ Buisiness Records, issued January 19, 2009, upon USDOJ.

21        2. By letter dated February 18, 2009, counsel for USDOJ proposed that plaintiffs and

22 │ USDOJ treat plaintiffs' subpoena as an informational demand under the administrative

23 │ procedure set out in 28 C.F.R. Part 16 (USDOJ's regulation under *United States ex rel. Touhy*

24 │ *v. Ragen* (1951) 340 U.S. 462, or "Touhy Regulation") instead of the subpoena.

25        3. Plaintiffs now are following the administrative procedure of the Touhy Regulation

26 │ by formulating an affidavit of the scope of their document request and the relevancy of the

27 │ requested documents, to be submitted to the United States Attorney for the Eastern District of

28 │ California for decision.

STIPULATION CONVERTING SUBPOENA INTO TOUHY DEMAND                    Page 1

1      Accordingly, plaintiffs and USDOJ hereby stipulate that they will treat the subpoena

2  issued January 19, 2009, and directed to USDOJ, as an informational demand under the

3  Touhy Regulation instead of treating it as a subpoena.

4

  Dated: February 25, 2009              LAW OFFICE OF DR. ORLY TAITZ

5                          LAW OFFICE OF GARY G. KREEP

6

7               By:

8                      DR. ORLY TAITZ
                          Attorneys for Plaintiffs

9

10  Dated: February 18, 2009           LAWRENCE G. BROWN

11                      Acting United States Attorney

12

13             By:
                      YOSHINORI H. T. HIMEL

14                      Assistant U. S. Attorney
                      Attorneys for nonparty USDOJ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **March 5, 2009**, she served a copy of:

**STIPULATION CONVERTING SUBPOENA INTO TOUHY DEMAND**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.  Where so indicated, the paper was served additionally by facsimile transmission.

Addressees:

Orly Taitz, Esquire
26302 La Paz, Ste. 211
Mission Viejo, CA 92691
*Additionally by facsimile to 949-586-2082*

Gary G. Kreep, Esquire
932 D St., Ste. 2
Ramona, CA 92065
*Additionally by facsimile to 760-788-6414*

Peter A. Krause, Esquire
Office of the Attorney General
1300 I St., Ste. 125
Sacramento, CA 95814
*Additionally by facsimile to 916-324-8835*

Michael J. Strumwasser, Esquire
Aimee Dudovitz, Esquire
Strumwasser & Woocher LLP
10940 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90024
*Additionally by facsimile to 310-319-0156*

Robert F. Bauer, Esquire
607 Fourteenth St., N.W.
Washington, D.C. 20005
*Additionally by facsimile to 202-434-1690*

PAMELA BEAUVAIS