197   found.  The document therefore fails the second test.   Now we'll see if we can edit
198   text in the document.  We can't even highlight text so that it can be edited.  The
199   document therefore fails the third test.  We can say with 100-percent certainty that
200   the document was not put through OCR software.

201   [20:17] "If the use of Optical Character Recognition Software isn't responsible for
202   the many anomalies in Barack Obama's long-form birth certificate, what about
203   "Optimization"?  We'll explore this theory in our next video."

204   **= VIDEO 3 END =**

205   **MIKE ZULLO** [20.34]: With OCR software off the table, this is where this
206   investigation really started to turn for us. We were having difficulty reproducing
207   anomalies in the file released by the White House. This really started to become a
208   problem for us. We knew at that point that this document was most likely
209   manufactured.

210   [20:55]: The next excuse that was given up supporting the authenticity of the
211   document was "Optimization". Optimization in a nutshell is just compressing the file,
212   and certain anomalies happen there. We ran optimization tests on the file from the
213   White House on the 27th.

214   **= VIDEO 4 START =**

215   [ 21:15]: "Optimized is a fancy way of saying that a file has been drastically
216   reduced in size.  So was there a good reason for optimizing Barack Obama's birth
217   certificate before posting it on the Internet?  Given the anticipated number of
218   downloads, yes, a smaller file would be beneficial.

219   [21:35] "Now for the big question – Can optimization explain the many anomalies in
220   Barack Obama's birth certificate?   In order to find out, we'll once again perform a
221   little experiment.  You'll recall that we took Barack Obama's birth certificate,
222   removed the green background, then photocopied it onto green basket-weave safety
223   paper.  Next we scanned it into a computer.  This time we also optimized the
224   document.  We'll now begin a series of comparisons between the control document

225    and the one released by the White House.

226    [22:12] "Let's start with a look at 'layers'.  Optimization produced 45 layers in our
227    control document which is to be expected with a document of this complexity. The
228    document released by the White House had only 9 layers.

229    [22:30] "Now let's look at the green safety paper background. As we look at this
230    sped-up version of the layers in our control document being turned on, you'll note
231    that the green background layer is divided over many, many layers.  This is to be
232    expected as a result of the optimization process.  The birth certificate released by
233    the White House has 100-percent of the the green background on the 9[th] and final
234    layer.  As you have seen by looking at the control document, this is not an expected
235    result of optimization and implies strongly that the green background layer was
236    created on a computer and inserted behind the other layers as the last step in the
237    computerized document creation process.

238    [23:25] "And now we'll look at the Registrar's Stamp and the Date Stamp.  The Date
239    and the Registrar's Stamp are contained in part on layer 1.  I'll lift layer 1 off the
240    document so you can see.  There you go, part of the Date Stamp, part of the
241    Registrar's Stamp.  Now the Date Stamp is also contained in part on layer 7 and on
242    layer 27.  The Registrar's Stamp, in addition to being contained on layer 1, is also
243    contained on layer 6.  Note that both stamps took some of the green background
244    with them.  Suffice it to say that the Date Stamp and the Registrar's Stamp, in a
245    document that has been optimized, cannot be moved around the document in one
246    piece at will.

247    [24:18] "Now let's look at the Certificate of Live Birth released by the White House.
248    As you can see both the Date Stamp and the Registrar's Stamp can be moved
249    anywhere you want in one piece -- no green background going with it -- lifted
250    cleanly off the document.  As we know from our previous example this is not caused
251    by optimization.

252    [24:44] "Now let's look at the 'white halo issue'.  As we look at our control document
253    we can see that there is no white halo effect caused by optimization.  Even as we
254    zoom in and look closely between the letters we can see that the white halo effect

255    does not exist, and therefore cannot be blamed on optimization. As we zoom in on
256    the document released by the White House we can see the white halo effect
257    throughout the document.  And while we do not know what caused this white halo
258    effect, we can state with confidence that it was not caused by optimization.

259    [25:24] "There are numerous ways a white halo effect can be manufactured within
260    Adobe Photoshop.  The exact way that this particular effect was manufactured is not
261    important.  All that is important is to note that when you scan a document into a
262    computer and optimize it a white halo effect is not produced.

263    [25:42] "In conclusion we can state that while optimization can result in a layered
264    document, the layers found in Barack Obama's long form birth certificate are very
265    dissimilar to what we'd expect as a result of the optimization process.

266    [25:59] "In short, optimization doesn't explain a single anomaly in Barack Obama's
267    long form birth certificate.  Not a single one."

268    = VIDEO 4 END =

269    **MIKE ZULLO** [26:11] : In looking at that video, you'll see that on Mr. Obama's birth
270    certificate, there are approximately 8 or 9 links and layers. Links and layers are
271    indicative of a document being built, like you would on those transparencies from
272    years ago when you start laying them one on top of the other, and you start to build
273    a picture. That's what that's indicative of. Running it through software for
274    optimization or OCR, you get anywhere from 45 to 150 links and layers, all bits and
275    pieces. Mr. Obama's is down to about 8 or 9, give or take, on either side. That's an
276    indication of human logic was involved in putting that document together. A
277    computer will not randomly do what it does on Mr. Obama's certificate.
278
279    [27:00] The other thing I want you to pay a little close attention to -- I believe this
280    is the conclusion video coming up -- the Registrar's Stamp and Date Stamp. At this
281    point when we realized that you could pick up that stamp and move it and leave a
282    white background basically outlining all the letters, indicated to us that the green
283    safety paper was the last thing applied to the document. In order to get that effect
284    the green safety paper would have had to have been applied by a computer -- in

285   other words, taking a little swatch and replicating it all over the document. During
286   that process, that green safety paper doesn't fill in where other fonts are. It only fills
287   in blank spots. That tells us that whoever did this put the green safety paper on that
288   document last. If you go back to our video in the beginning, it should have been
289   there right on the onset, and it wasn't.

290   [27:56] The next video I'm going to show you is the conclusion. It is a little lengthy,
291   but we did it for a purpose. These videos are designed -- you're going to have to
292   watch them a couple times – this last video will bring it together on the birth
293   certificate. Then I want to move into two other issues, and I won't take up any more
294   of your time.

295   **= VIDEO 5 START =**

296   [28:17] "Over the last 10 months there have been numerous attempts to defend the
297   authenticity of Barack Obama's long form birth certificate by offering up speculation
298   and conjecture.   Unlike those who defend the authenticity of the document, we
299   were not willing to merely speculate or engage in conjecture.  Instead we created
300   our own control document and scanned it into a computer.

301   [28:48] "Many have falsely claimed that optical character recognition software was
302   applied to Barack Obama's long form birth certificate in an attempt to explain away
303   the document's many problems.  You'll recall that because fonts were not recognized
304   in the document, and text could not be successfully searched for or edited in the
305   document, we concluded with 100-percent certainty that OCR software had not been
306   applied to Barack Obama's long form birth certificate.   Now we'll apply character
307   recognition sofware to Barack Obama's long form birth certificate.  Once we  are
308   done will will apply the same 3-point test to Barack Obama's birth certificate.  This
309   time we should see drastically different results.

310   [29:48] "First we'll look under the properties tab to see if fonts were recognized. ..
311   As you can see, they were.

312   [29.56] "Next we'll see if we can search for a word in the body of the text.  We'll
313   choose the word 'live' since we know that it's there. .. And as you can see, the

314     word was quickly found.

315     [30:05] "Now we'll see if we can edit the word that we found. .. As you can see,
316     once a document has had OCR software applied to it, you can edit text with ease.

317     [30:26] "Many have also incorrectly suggested that optimization is the panacea for
318     all that ails the long form birth certificate.  But optimization produces layers very
319     different from the layers found in the long form birth certificate released by Obama.
320     The document released by the White House had only 9 layers. Our control document
321     had 45 layers after being optimized.

322     [31:01] "All attempts to replicate the layering effect through optimization on the
323     long form birth certificate or a document of similar complexity have resulted in
324     considerably more than 9 layers.  In instances where a low number of layers has
325     been produced the documents being optimized have typically been rather simple in
326     nature, as when author John Woodman used a page from Little Red Riding Hood.

327     [31:28] "In addition to the number of layers being different between the long form
328     birth certificate released by the White House and the control document, there is
329     another very important difference regarding the layers.  As we turn on all 45 layers
330     of our control document you'll note that there seems to be no rhyme or reason to
331     the organization.  Contrast this if you will with the long form birth certificate released
332     by the White House, where layers 4, 5, 6 and 7 all deal exclusively with stamp
333     information.  Are we to believe that this the result of a randomized computer
334     operation process?

335     [32:11] "The fact that the Registrar's Stamp and the April 25th Date Stamp appear
336     separately and independently of each other on separate links drew our attention to
337     the fact that they resided on separate independent layers.  The fact that the Date
338     and Registrar's stamp were linked and layered in this fashion brings us to the
339     conclusion that they were brought in from unknown sources and placed in the long
340     form birth certificate document released by Barack Obama to give the appearance of
341     legal certification.

342     [32:40] "Also troubling about the April 25th stamp and the Registrar's Stamp is the

343  fact that both stamps can be lifted cleanly off the document and moved about the
344  birth certificate in one solid piece.  It should be noted that none of the self-
345  proclaimed computer experts claiming to be able to replicate the layers in Obama's
346  long form birth certificate has been able to replicate this effect with the April 25ᵗʰ
347  Date Stamp and the Registrar's stamp.

348  [33:10] "This document is far too problematic to discuss all of its issues in one press
349  conference.  Please note that the issue we are most concerned with is that of the
350  Date Stamp and the Registrar's stamp which appear to have been imported from
351  unknown outside sources.  For if the Date Stamp and the Registrar's stamp which
352  were placed on the document to give it authenticity are fraudulent, then the entire
353  document is fraudulent."

354  **= VIDEO 5 END =**

355  **MIKE ZULLO** [33:45]: The last part of that video is probably the most important.
356  The fact that the Registrar's Stamp and the Date Stamp giving authenticity to the
357  document is a safety factor. It's to tell the public that this thing is true, it's authentic,
358  and it's official. The fact that that Date Stamp and Registrar's Stamp has been
359  imported from an unknown source, linked and layered in onto the document, and
360  can be moved around in its entirety leaving a white halo tells us that whoever
361  created this document imported that Registrar's Stamp and that Date Stamp, laid it
362  on a white background, and then filled in the green safety paper around it. That is
363  not the way, under any law that I am aware of, you authenticate a document. The
364  document has failed every test we put it through, and I want to also be clear, that
365  you understand, this was just not a bunch of ex-cops and lawyers running these
366  tests. We went outside to experts, graphic experts, forensic document examiners,
367  and ran these tests.

368  [34:55] This is serious. This is very serious. When we realized that that Registrar's
369  Stamp and that Date Stamp were imported the way they were, we notified Sheriff
370  Arpaio immediately, and advised him that we believed we had a forgery.

371  [34:12] Going forward, other information surfaced regarding allegations of Mr.
372  Obama being born abroad and not in Hawaii. Without having this document to rely

373  on, we were now forced to look into some other issues. There was speculation that
374  he was born in Kenya, that's been out there forever. We tried to determine, is there
375  a way for us to find out if that's true. We all know that every document surrounding
376  Mr. Obama's birth is basically sealed, or doesn't exist, or no, we're told something
377  about it. We took an unusual step. We knew back in 1960, 61, any flight coming in
378  from overseas to Hawaii would have been, I believe, Pan Am or TWA, and we tried to
379  see if there was an opportunity for us to get passenger manifests. There wasn't,
380  obviously. They don't exist any longer.

381  [36:07] We reached out to the National Archives and asked them the same question.
382  The National Archives responded and informed us that they didn't have manifests,
383  but what they actually did have was microfilm copies of INS records depicting of
384  every individual coming into the country from overseas. We asked them to copy
385  those records from microfilm onto viewable microfilm rolls for us. They did. I believe
386  we asked for a ten year span of time, 685 rolls, or something to that effect. We
387  asked Mr. Corsi, because he's local in that area, to go down and view those for us.
388  Mr. Corsi went in looking for the month of August, 1961. That is the birthdate of the
389  President. Not the exact birthdate, that is his birth month.

390  [37:01] Mr. Corsi was examining those records. When he got to August 1st, through
391  the day of August 7th, those records disappeared from the microfilm. And they
392  picked up on August 9th? August 8th. And then continued on. We petitioned the
393  Archives and asked them why this occurred, if they had any reason, an explanation.
394  To date, they do not.

395  [37:33] What does that translate to us? We don't know if Stanley Ann Dunham, or
396  Mr. Obama as an infant, was on an airplane coming into the country. We don't know
397  if he was, we don't know if he isn't, and we cannot make that determination. As a
398  result, we still have to entertain information now that he was possibly born abroad.

399  [37:56] Another issue surfaced. And that would be Mr. Obama's Selective Service
400  registration card. There have been months and months of debate over this Selective
401  Service card. We had to take a look at the Selective Service Card. And what you'll
402  see on one of diagrams there, you see a blow-up of the Selective Service Card. What
403  I'm going to do is I'm going to play this short video to show you what we did and

404   how we came to our determination. I'll expound on it a little bit, and then we'll move
405   forward.

406   **= VIDEO 6 START =**

407   [38:39] "Was Barack Obama's Selective Service card really received by the Post
408   Office on July 29, 1980? What exactly is the concern with Barack Obama's Selective
409   Service registration?

410   [38:53] "We reviewed multiple Selective Service Registration cards.  These are just
411   four examples.  Notice the Date Stamps on all four contain 4 digits for the
412   year/decade marking. This is a copy of the Date Stamp for Barack Obama's original
413   Selective Service Registration card that was made available for public review.

414   [39:15] "These photographs illustrate a standard pica stamp that was used during
415   the 1980's era. The photograph on the upper right shows the pica stamp
416   compartments in stamps that needed to be changed out daily, monthly, and yearly.
417   The picture on the bottom right is an example of a loaded pica stamp.

418   [39:38] "These 5 examples are the expected results from pica stamp used by the
419   United States Post Office.  The two examples on the far left are from the same Post
420   Office where Barack Obama supposedly turned in his Selective Service paperwork.
421   Per the United States Post Office, it is policy to use a stamp that contains 4 digits for
422   the year. The stamp below is Mr. Barack Obama's and it contains only two digits for
423   the year. Why?

424   [40:15] "This photograph shows a pica 2008 year stamp and a pica 80's stamp.
425   Since there are no 1980 pica year stamps available, the '2008' was cut between the
426   two '0's and inverted. This inverted cut stamp creates a similar effect which closely
427   resembles the one seen in Barack Obama's Selective Service registration card.
428
429   [40:41] "This illustration shows what the 2008 pica stamp looks like when cut in half
430   and then inverted.

431   [40:51] "In conclusion, as you can see by looking at the side-by-side comparison

432  below, there is a clear difference between the authentic stamp shown on the right
433  and Mr Barack Obama's on the left. Look at the distance between the '0' and the
434  innermost circle of the stamp.  Look at the distance to the right of the '0', and
435  beneath the '0'.  The reason the numbers '8' and '0' are out of position on Barack
436  Obama's registration card is because when the numbers '08' were cut away from the
437  year '2008' they were not cut squarely. Or perhaps put another way, the person who
438  cut them, cut too close to the '0'.  When '08' was turned upside down to become '80'
439  and put back into the pica stamp, it pushed too far to the right.

440  [41:45] "In what is becoming a clear pattern for documents that are essential to the
441  documentation of Obama's life narrative, the Selective Service card isn't just forged
442  -- it's poorly forged."

443  **= VIDEO 6 END =**

444  **MIKE ZULLO** [42:01]: This piece of evidence is extremely disturbing, given the fact
445  that there was no logical reason in 1980 for any Post Office employee to cut a pica
446  Date Stamp. It is one solid piece of rubber, it sits in there for a year. In addition, the
447  pica Date Stamps, the date, the stamp itself, the stamper itself, is no longer
448  manufactured. It was manufactured until about 1980. However, the inserts are still
449  manufactured. But you can't go on the street and buy them. They come from postal
450  supply houses. The only way we were able to get them was under the venue of the
451  Maricopa County Sheriff's Office.

452  [42:44] I personally cut that 2008 stamp in half, put it in, and stamped a white
453  piece of paper. And to my amazement I replicated what was on Mr. Obama's
454  Selective Service Card. That has severe implications that I'm not prepared to speak
455  to you about today. That's troubling.

456  [42:07] Absent of a birth certificate - absent of a legitimate birth certificate - and if
457  you go back to the very beginning when this started. Sheriff Arpaio called it from the
458  very beginning -- "Show me the microfilm".

459  [43:18] We do not have a single document, absent of that birth certificate which we
460  do not believe was ever an authenticated document, that proves Mr. Obama's birth in

461    Hawaii, or anywhere else in the United States for that matter.

462    [43:35] We have to see some more information. We would like to see hospital
463    records. We would like to see microfilm. And let me emphasize, a single roll of
464    microfilm or a single picture of microfilm is not going to be enough. We would want
465    to forensically examine that roll of microfilm. It can be age-tested. We would like to
466    see the documentation that Hawaii has. And we would like cooperation.

467    [44:04] At this juncture, we've advised Sheriff Arpaio that we believe this should be
468    a full-blown criminal investigation because a fraud has been committed in Maricopa
469    County and the State of Arizona.  The document is fake.  The representations
470    therefore are fake.

471    [44:24] We've asked him for some additional help. We've asked him to provide other
472    resources from the Maricopa County Sheriff's Office. That is under review and
473    consideration by him, and I'm sure he'll have that decision for you shortly. At this
474    point, I would like to conclude and ask Mr. Corsi to step up. He has some information
475    for you as well. Thank you.

476    [44:58] Mr. Corsi just reminded me of another development. It happened quite
477    recently and I do want you all to be aware it's going to be in your press release. We
478    have identified a person of interest in the forgery of the birth certificate. We are not
479    prepared to give you any more information than that. But we have identified an
480    individual. That is also under Sheriff Arpaio's consideration. Thank you.

481    **JEROME CORSI** [45:25]: I'm Jerry Corsi, a reporter with wnd.com. And first, if
482    you'll permit me, I want to express my personal sadness at the passing of Andrew
483    Breitbart, a fellow reporter. I would like express sympathy for Joseph Farah and the
484    entire wnd.com staff. Andrew Breitbart was a courageous friend who we all admired
485    and we greatly miss him. It was very interesting that last night at 5 o'clock, I
486    received a call from Andrew Breitbart's office. They were seeking to interview Sheriff
487    Arpaio. And I arranged an interview with Sheriff Arpaio with Andrew Breitbart, which
488    turns out may have been his last interview. And of course I was honored to be able
489    to do that, of the treasured memory, Sheriff Arpaio gave an early interview and
490    discussion of what we're talking about today to Andrew Breitbart because of the

491    deep respect we have for him.

492    [46:40] My remarks are going to be short. I want to give you some of the
493    background.  I was invited in August last year with the Surprise, Arizona Tea Party to
494    give a presentation. The Surprise Tea Party had prepared a petition, some 250
495    signatures were obtained, to go to see Sheriff Arpaio, to under .. to ask him to
496    undertake the investigation. I came with the Tea Party members to a meeting in
497    Sheriff Arpaio's office. The Sheriff told us that he would consider the request and a
498    few weeks later he constituted the Cold Case Posse with the authority to begin the
499    investigation.

500    [47:23] In October, as the investigation began, I came to Maricopa County and
501    spent a weekend - 18 hours - sharing information. I brought all the research I had
502    accumulated on the issues of Barack Obama's birth certificate and eligibility to be
503    President. I can tell you that the investigators were skeptical, not enthusiastic to
504    undertake the investigation, and that I came with a stated determination to find the
505    truth. I was willing, and remain willing, to have been found wrong by the law
506    enforcement investigation on everything I've researched and written about Barack
507    Obama's birth certificate and his eligibility to be President to this point. This is not a
508    politically motivated inquiry. It's an inquiry for truth. That's why I feel privileged to
509    have participated with a dedicated law enforcement team that has been organized
510    by Sheriff Arpaio and the Maricopa County Sheriff's Office.

511    [48:32] The commitment that I made to the Cold Case Posse was that my research,
512    as I continued to develop it, would first be turned over to the Posse and not
513    published even in wnd.com so as not to compromise the investigation. And I've
514    continued to do that. I want to be very clear that I was not present in the dozens of
515    interviews to corroborate information, the additional affidavits and searching that the
516    Posse has done. I participated only when I could contribute or had something to
517    offer. And I participated in none of the deliberative meetings of the Posse. I did not
518    seek to do so. I was not part of the decision making process whatsoever. The role, as
519    a journalist, was involved and I continued to function as a journalist, but since this
520    had developed in a way where the law enforcement investigation was going to take
521    hold, Joseph Farah, the founder and creator of wnd.com made the editorial decision
522    to allow me to continue to work closely with the Cold Case Posse without

523   compromising either our journalistic integrity or intruding upon the law enforcement
524   investigation. We at wnd.com just considered that since a law enforcement group -
525   duly constituted - was going to be looking at the issue, we were honored to have
526   that level of attention and seriousness and we committed ourselves to work with the
527   Cold Case Posse, as we will continue to commit, in the same capacity, to work with
528   Sheriff Arpaio as long as the Sheriff invites us to do so. So, I want to thank you very
529   much. I want to make sure everyone had an opportunity to understand from our
530   point of view exactly what has happened. Thank you very much.

531   **SHERIFF ARPAIO** [50:49]: I'm going to have some closing remarks, but first State
532   Representative Carl Seel, he has to get back on the floor. He's got work to do at the
533   State Legislature, but he may want to say a few words.

534   **CARL SEEL** [51:06]: The information released here today, as the investigators have
535   talked about, is extremely troubling. I stand ready to support Sheriff Joe at the State
536   Legislature, as a great many of my colleagues do. Unfortunately, not a lot of them
537   could be here today. We are in session right now, and I'll be leaving shortly to make
538   sure that I get back in time to cast any important votes. I've had bills, as you know,
539   in the former legislature to deal with this issue. I do have a bill pending to deal with
540   this issue and I trust in light of this new information as it becomes greater and
541   greatly expanded publicly, that it will give new life and new support to the bill I have
542   presented before the legislature currently. Which will help, not only address some of
543   these concerns in front of us, but future concerns, to make sure that in the future we
544   maintain the integrity of our ballot and make sure that any candidate seeking public
545   office meets the criteria that the office they seek, and give the power to government
546   to enforce our Constitution.  I feel it incumbent upon me not only as a public official
547   to preserve, protect, and defend the Constitution - as every sworn officer does - I
548   once again commend Sheriff Joe for taking the courage - as he usually does on
549   tough issues - to do the right thing. And I trust, Sheriff Joe, that many of my
550   colleagues will soon join publicly in that. And many of them, I'm sure, will be willing
551   to answer questions from the media.

552   [57:26] So, with that, I do need to depart. I would normally stand ready to answer
553   questions of the media after this, however, I do need to get back to the legislature.
554   So, should you wish to contact my office, I'll be happy to comment on this subject.

555    Thank you, again, Sheriff Joe.

556    **SHERIFF ARPAIO** [52:40]: .. phone number?

557    **CARL SEEL** [52:42]: Yes, my office number is 602-926-3018. Thank you very much.
558    God bless America. Thank you.

559    **SHERIFF ARPAIO** [52:57]: I want to make a couple of closing remarks, if that's
560    possible. You saw the information that was presented. We have a lot of media here.
561    I'm sure some already has, hate to say that, inferred that this investigation is
562    pointless, silly, trite.  I hope that maybe you have a change of opinion.  I'm talking
563    to the media now.

564    [53:33] If these documents are forged, and we believe as a result of the
565    investigation that there is enough probable cause to say they are, then a crime has
566    been committed. I am not accusing the President of the United States of any crime.
567    We have to further this investigation to determine who, where, when, and why these
568    documents were, we feel, forged.

569    [54:08] My challenge is, where to take these findings? I'm an ex-Federal guy, 30
570    years as a top federal law enforcement official.  I know a little about the Federal
571    government. What other governmental entities had jurisdiction over this matter?  I
572    have a little concern with that.

573    [54:35] I'm considering asking the Hawaii authorities to look into this, but as my
574    investigators and I feel, will they really do it? Will they do an independent
575    investigation? Fair, honest, professional.  I don't know.  So where do I go next?
576    Well, we have the United States Congress. Do I ask for a Congressional
577    investigation, bipartisan?  We'll have to decide where to go.

578    [55:15] These are two alleged crimes.  Forgery and fraud.  Those responsible,
579    whoever they are, should be brought to justice.  I don't care who they are.  If I'm
580    being criticized for enforcing the law on felonies, there's something wrong.

581    [55:42] So the President's name is out there.  His birth certificate is out there.  I

582     want to find out if there is any forgery or fraud. That's my job, and we're going to
583     pursue it. If nothing else comes out of this investigation today, if it all fails, or in the
584     future, what we have learned -- I think all of us has really learned something over
585     this -- we need a better process to vet people running for President of the United
586     States of America. If nothing else comes out of this.

587     [56:36] I'm very .. I want to thank my professional Posse, you especially, Mike, and
588     we have other expertise. I think you forgot one thing. We have sworn affidavits from
589     many, many people all over the world on this matter. We're just not picking stuff out
590     of the sky that people have been reading over and over again. This investigation is
591     not over. So we're going to continue to do our jobs. I will continue as the elected
592     Sheriff of Maricopa County to do our job and see where it takes us.

593     **MIKE ZULLO** [57:30]: Thank you, Sheriff. I did neglect to tell you about that. We do
594     have sworn, numerous sworn, affidavits of people willing to step forward and tell
595     their truth. We have vetted these people.

596     [57:47] Going back to the overseas birth, I am just going to share one with you. I
597     am not going to give you any names. And I apologize for not doing this sooner. We
598     have a retired government employee who had a conversation in the '80s with Barack
599     Obama in the front yard of the home of the mother of Bill Ayers. You all know Bill
600     Ayers. During that conversation, the mother of Bill Ayers introduced this government
601     employee to Mr. Obama as a <u>foreign student</u> who they were assisting in getting
602     education for in the United States. That also is around the same time frame that the
603     Selective Service card was issued, purportedly issued. This individual is willing to
604     come forward. That takes courage.

605     [58:50] There are too many things in the background that we cannot clear. And what
606     I did tell the Sheriff, I could not come to him and say he cleared a background to be
607     an employee of the Maricopa County Sheriff's Office. There's just too much missing
608     information. We're asking, please fill in the blanks. Help us. This is not where we
609     wanted to go. This is just where it's taking us. And I apologize again for not bringing
610     that to you.

611     [58:22] **END OF PRESENTATION** – MEDIA QUESTIONS FOLLOWED

# AFFIDAVIT

State of Florida

County of Manatee

I , Terence Brennan, declare under penalty of perjury, that am over 18 years, do not suffer from any mental impairment, and attest that to the best of my knowledge and belief, this is a true and correct transcript of the press conference presentation held on March 1, 2012 in Phoenix, Arizona by Maricopa county Sheriff Joe Arpaio.

_____        6 MARCH 2012
Terence Brennan                                       Date

Melbourne, FL 32904

Sworn to and Subscribed before me, Leonore VanNorman, on 3-6-2012 by Terence Brennan who produced FL Drivers License # B655-800-42-266-0

**LEONORE VanNORMAN**
Notary Public, State of Florida
My Comm. Expires Nov. 3, 2012
No. DD 826943

3. Transcript of Farrar v Obama
4. Trancript of the Press Conference of Sheriff Arpaio
5. Complaint in Taitz v Secretary of State of MS and Democratic Party of MS

--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA 92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com cc Judge Colemancc counsel for the defense

4 attachments — Download all attachments
signed Touhy stipulation US Attorney.pdf
85K   View   Download
Affidavit final draft Touhy.doc
52K   View   Download
Transcript Farrar.pdf
439K   View   Download
Transcript and affidavit Sheriff Arpaio.pdf
131K   View   Download

Renewal of Touhy stipulation
Inboxx

Orly TaitzDear Assistant attorney General Yoshinori Himel In 2009 US DOJ and I, as an
a...
Apr 15 (2 days ago)
Dear Assistant attorney General Yoshinori Himel In 2009 US DOJ and I, as an a...

Orly Taitz
Apr 15 (2 days ago)

to Yoshinori, me, Fran, Harold, gilbert, nagamine, Justin, Laurie, leahlax1234, Robert,
Samuel, Scott, Tom

Dear Assistant attorney General Yoshinori Himel

In 2009 US DOJ and I, as an attorney for the plaintiffs in Keyes et al v Bowen, CA
Secretary of State, reached an agreement for the US DOJ to provide information under
Touhy v Reagan regulation.
Subsequent to signing the stipulation, Judge Kenney, presiding judge in Keyes v Bowen,
abruptly dismissed the case, finding that it was moot, as it was filed after the general
election. Upon dismissal of the case the Department of Justice sent a letter, stating that
the Touhy agreement was moot as well, as the case was dismissed. Currently, a similar
case is filed and it will not be dismissed as moot as it was filed in February 2012, full 9
months before the general election.
Today the need for the information requested in the affidavit attached to the Touhy
agreement, is even greater and more acute. I am providing for your review transcripts
from January 26, 2012 hearing in Farrar v Obama in GA and a transcript of the press
conference of Sheriff Joe Arpaio of Maricopa County, AZ.
I represented plaintiffs in Farrar. Seven witnesses and experts attested under the penalty
of perjury to multiple signs of forgery in Mr. Obama's long form birth certificate posted
by him on WhiteHouse.gov as well as to the fact that the Connecticut Social Security
number █████████used by Mr. Obama in his tax returns and his selective service
certificate was never assigned to him. Sheriff Arpaio confirmed the findings presented by
me and my experts and witnesses in Farrar v Obama.
Based on all of the above I am renewing my demand for production of records under
Touhy v Ragan.

Respectfully
/s/ Dr. Orly Taitz, ESQ
Attachments
1. Filed signed Touhy agreement between Department of Justice and Attorney Orly Taitz
on behalf of Plaintiffs in Keyes et al v Bowen
2. Draft of the affidavit. Fully executed signed and notarised affidavit was forwarded to
the department of Justice and was filed in the Superior Court of CA

Dr. Orly Taitz, ESQ.
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA 92688
Ph 949-683-5411 F949-766-7603
Orly.Taitz@gmail.com
CA Bar License 223433
In propria Persona in MS



**FIRST JUDICIAL DISTRICT**

**STATE OF MISSISSIPPI**

DR. ORLY TAITZ, ESQ                    ) CASE # 251-12-107

V                                                    ) SPECIAL JUDGE
DEMOCRATIC  PARTY OF MISSISSIPPI, ) HONORABLE
SECRETARY OF STATE OF MISSISSIPPI ) R. KENNETH COLEMAN

**OPPOSITION TO MOTION TO DISMISS BY THE DEFENDANT**

**DEMOCRATIC PARTY OF MISSISSIPPI**

**MOTION FOR SANCTIONS AGAINST THE DEFENDANT**

**MOTION FOR LEAVE OF COURT TO FILE A FIRST AMENDED**

**COMPLAINT AND ADD RICO  CAUSE OF ACTION AGAINST THE**

**DEFENDANT DEMOCRATIC PARTY OF MISSISSIPPI AND SEVERAL**

## OTHER PARTIES FOR ELECTIONS FRAUD, SOCIAL SECURITY FRAUD, UTTERING OF FORGED IDENTIFICATION PAPERS AS BASIS OF CONSTITUTIONAL ELEGIBILITY OF CANDIDATE BARACK HUSSEIN OABAMA

Comes now Plaintiff Dr. Orly Taitz, ESQ, hereinafter "Taitz" and pleads the following

### OPPOSITION TO MOTION TO DISMISS

1. In the first section of the motion Defendant Democratic Party of Mississippi boldly asserts "The President was born in the state of Hawaii and thus is a natural born citizen of the United States". Well, just saying so does not make it so. The whole point of the law suit is that this allegation is totally unsupported. Defendants believe that if a lie is told enough times, it will miraculously turn into truth. Candidate Barack Obama (hereinafter "Obama") never provided any court or any election official any admissible competent evidence showing him to be born in this country.  Assertion that Obama was born in Hawaii stems from his own claim and from his posting of what he claims to be a copy of his long form birth certificate on line, on the Internet. Nobody ever saw an original document; Obama never submitted any valid certified copy to any court or

election committee. Previously Taitz, Plaintiff herein, submitted a transcript of the administrative proceedings in Atlanta Georgia, where seven witnesses provided admissible, competent testimony, showing that the alleged copy of Obama's birth certificate is a computer generated forgery. They also testified that the Social Security number used by Obama, is fraudulently obtained and represents a number issued in 1977 to another individual, an elderly resident of the State of Connecticut, who was born in 1890. On March 1, 2012, Sheriff Joe Arpaio of Maricopa county, Arizona, held a press conference, where he announced results of a six month investigation, where he confirmed the findings provided by Taitz. Taitz provides herein exhibit 1, an actual Video tape of the January 26, 2012 administrative hearing in Atlanta Georgia and March 1, 2012 press conference by Sheriff Arpaio in Phoenix, Arizona as well as an Affidavit of authenticity.

Additionally, defendant defines the eligibility for the US Presidency to be based only on one's birth in the country without regard to the citizenship one inherited based on the citizenship of his parents. Petitioner asserts that this is an incorrect interpretation of the Article 2 section 1 of the US constitution.

What is the eligibility requirement for the U.S. President?

It is defined in the US Constitution Article 2, section 1, clause 5, which states "No person except a natural born Citizen, or a citizen of the United States, at

the time of the adoption of the Constitution, shall be eligible to the office of the President".

So, based on the Constitution we have two options:

1. a U.S. citizen at the time the Constitution was adopted or

2. natural born U.S. citizen.

Of course, the first provision was written into the Constitution in order to grandfather in the first Presidents, who obviously were born before the creation of the United States of America and were required to be only "citizens" at the time the Constitution was adopted.

The second part relates to all other Presidents, who were born after the adoption of the Constitution. This means that the defendant needs to be a "natural born citizen". The Constitution does not provide a definition of what a natural born citizen is. Such definition needs to be drawn from multiple extraneous sources, available at the time of the adoption of the Constitution. Just as in a recent case of U.S. v Heller 554 U.S.570(2008), where the courts had to deduct the meaning of the Second Amendment right to bear arms from the framers intent; the case at hand requires such reconstruction of the framers' intent. To this extent, this is a case of first impression, as no court ever ruled directly on the point of the meaning of "natural born citizen', as it applies to the U.S. President. The closest the courts

came to the determination of natural born, is in a precedent of <u>Minor v Happersett</u>

88 U.S. 163 (1875)

## MINOR V HAPPERSETT

Minor states:"The Constitution does not in words say who shall be natural-born

citizens. Resort must be had elsewhere to ascertain that. At common law, with the

nomenclature of which the framers of the Constitution were familiar, it was never

doubted that all children born in a country of parents who were its citizens became

themselves, upon their birth, citizens also. These were natives or natural-born

citizens, as distinguished from aliens or foreigners. Some authorities go further and

include as citizens children born within the jurisdiction without reference to the

citizenship of their parents. As to this class there have been doubts, but never as to

the first. For the purposes of this case, it is not necessary to solve these doubts....."

*id.* It is common knowledge and described at length in Defendant Obama's

Memoirs, such as <u>Dreams from my Father</u>, that Obama's father was a foreigner.

Obama Senior was a foreign exchange student who resided in the U.S. for a couple

of years while he got his education and he returned to his native Kenya. At the time

of Obama's birth, his father, who came from Mombasa, Zanzibar region of Kenya,

was a British "protected person". Obama automatically inherited his father's British

citizenship upon the British  Nationality act of 1948. Upon the declaration of the

Independence of Kenya on December 11, 1963, Barack Obama automatically received his Kenyan citizenship on December 12, 1963. As Obama was around five years old his mother remarried one Lolo Soetoro, Indonesian national. According to Obama's memoirs (Dreams from my Father) and official biography, it is common knowledge that the family immigrated to Indonesia around 1967. Obama's school records from Indonesia show him using last name Soetoro and nationality Indonesian. So, from birth until today, Obama had citizenship of three other countries, he is a son of a foreign national and a step son of another foreign national, therefore not eligible to be considered a natural born U.S. citizen according to the precedent of Minor v Happersett.

## Wong Kim Ark

The only case law, that seems to contradict Minor, is a precedent of U.S. v Wong Kim Ark 169 U.S. 649 (1898). Wong Kim Ark is a case, relating to the citizenship of a young man, born to two Chinese permanent residents. Kim Ark moved back to China and sought to return back to the U.S. as a U.S. citizen.   Wong Kim Ark defined U.S. citizenship based on jus solis, based on the place of birth and subject to the jurisdiction of the U.S.

## WONG KIM ARK IS NOT A CONTROLLING PRECEDENT

Kim Ark is not a controlling precedent for a number of reasons.

a. Kim Ark dealt only with citizenship in general. It never dealt with the definition of natural born citizenship.

b. Kim Ark never dealt with the issue of the U.S. Presidency and heightened requirements of the natural born status as it relates to the President and Commander-in-Chief.

c. In Kim Ark both parents of the  Defendant were permanent U.S. residents, who intended to reside in the U.S. Obama's father was never a permanent resident, at the time of Obama's birth he was in the U.S. on a student visa only, intending to return to Kenya.

d. Kim Ark was not an unanimous decision. Chief Justice Melville Fuller and Associate Justice John Harlan dissented, pointing out that since the Declaration of the Independence, U.S. parted from the British Common Law doctrine of jus solis and followed the international doctrine of jus sanguinis, with offspring inheriting the nationality and allegiance of their fathers.

e. British common law doctrine of jus solis relates to allegiance to the crown, to the sovereign, which of course was abandoned in the U.S. since the adoption of the Constitution.

f. The majority opinion in Kim Ark was drafted by the associate justice Horace Gray, appointee of President Chester Arthur.   It was rumored, that Gray's commission and subsequent decision in Kim Ark was done to sanitize Arthur's own lack of eligibility. William Arthur, Chester Arthur's father was an Irish citizen and there is no clear evidence, that he became a U.S. citizen prior to Chester Arthur's birth. Reportedly Chester Arthur burned his identification papers and his eligibility is covered in mystery.   Chester Arthur is the only other U.S. President, whose eligibility is questioned. Just because Arthur burned his documents, does not give Obama green light to disrespect the court and the nation and show a contempt to the judiciary and refuse to produce any verifiable documents, any evidence of his natural born status.

Due to all of the above Plaintiffs believe that Kim Ark does not represent a binding authority.

## INTENT OF THE FRAMERS

At the time of the adoption of the U.S. Constitution a treatise, most commonly used by the framers, was the Law of Nations by a well known Swiss diplomat and jurist Emer de Vattel. Written in 1758, it was well known to the framers and often used as a template for the U.S. Constitution. Book 1, Chapter 19, part 212 of the Law of Nations says: "The natives, or natural born citizens, are those born in the country, of parents who are citizens". It states "parents" in plural, not at least one parent in singular. Moreover, at the time of the adoption of the Constitution, the controlling citizenship was one of a father and Obama's father was never a U.S. citizen. The framers knew the meaning of natural born and that might be the reason, why there is no definition in the Constitution. Based on Vattel and Minor Obama does not qualify as a natural born, due to his foreign citizenship and foreign allegiance at birth.

One of the framers of the Constitution, first Chief Justice of the Supreme Court, John Jay, wrote in his well known July 25, 1787 letter to George Washington: 'Permit me to hint, whether it would be wise and reasonable to provide a strong check to admission of foreigners into the administration of the National government; and to declare expressly that the Commander-in-Chief of the American Army shall not be given to, nor devolve on any but a natural born citizen."(the Federalist Papers Alexander Hamilton, James Madison and John Jay.

Bantam Dell 2003) Clearly Jay's construction of natural born clause was- one without allegiance to foreign nations, which disqualifies Obama.

Lastly, during the Congressional debate on the 14th amendment John A. Bingham, framer of the 14th Amendment defined the natural born citizen as follows "every human being born within the jurisdiction of the United States not owing allegiance to any foreign sovereignty". As at the time of Obama's birth, his father owed allegiance to a foreign nation, Obama does not qualify as natural born citizen according to Bingham's construction.

Based on the above precedent of Minor and definitions provided by the framers of the Constitution natural born citizen, is one born in the country to parents, who don't owe allegiance to foreign sovereignties. Since at the time of Obama's birth his father owed allegiance to the British crown, Obama does not qualify as a natural born citizen.

Due to the above section one of the motion is an unsupported assertion with no value.

2. Section two of the Motion states that this legal action should be dismissed because the petitioner is a resident of California and not a qualified elector in Mississippi. This argument is entirely without merit, as Taitz is suing based on

code 23-15-951 and 23-15-961, which does not state anywhere that the Plaintiff

has to be a qualified elector in Mississippi.

## MISSISSIPPI CODE OF 1972

*As Amended*

## SEC. 23-15-961. Exclusive procedures for contesting qualifications of candidate for primary election; exceptions.

**(1) Any person** desiring to contest the qualifications of another person as a

candidate for nomination in a political party primary election shall file a petition

specifically setting forth the grounds of the challenge (emphasis added)

If a statute is not ambiguous, the court should apply the plain meaning of the

statute.   Ultimately, however, this Court's goal is to discern the legislative intent.

Mississippi Power Co. v. Jones, 369 So.2d 1381, 1388 (Miss.1979).  The wisdom

of this statute is precisely in the point that a party, who might be residing in

another state might have knowledge of facts leading to disqualification of the

candidate. This statute provides for maximum transparency and maximum

protection for the people of Mississippi and the nation as a whole from elections

fraud and usurpation of the Presidency. Elections represent the most sacred right of

American citizens, the most important form of protected speech. Elections won by

fraud and using forged identification papers rob every citizen of Mississippi and of every state of their right of meaningful free speech, which is reflected in presidential elections. That is why above statute allows every petitioner, be it an elector in Mississippi  or other state to come forward and provide evidence. Citizens of the state of Mississippi simply happen to be more fortunate in that their code gives them even more protection in that according to 23-15-951 a petition sent to the Executive Committee of a party can be adjudicated by a Circuit Court judge. Citizens of other states are not as fortunate. Taitz provides the court with Exhibit 2, a videotape of the hearing on Obama's eligibility before the Ballot Law Commission of the state of New Hampshire, where the chairman of the commission stated that they do not have the power to investigate, subpoena and verify eligibility of the candidate.   Chairman of the New Hampshire Ballot Law commission specifically inquired if any judge in any state established lack eligibility of the candidate. State of Mississippi specifically gives the Circuit judge a right and a duty to hear the evidence presented and to establish the eligibility and remove from the ballot a candidate, deemed not to be eligible.

23-15-961

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by registered letter or by telegraph or by telephone, or personally, notify the Chief Justice of the Supreme Court, or in his absence, or disability, some other judge of

the Supreme Court, who shall forthwith designate and notify from the list provided in Section 23-15-951 a circuit judge or chancellor of a district other than that which embraces the district, subdistrict, county or any of the counties, involved in the contest or complaint, to proceed to the county in which the contest or complaint has been filed to hear and determine the contest or complaint. It shall be the official duty of the circuit judge or chancellor to proceed to the discharge of the designated duty at the earliest possible date to be fixed by the judge or chancellor and of which the contestant and contestee shall have reasonable notice. The contestant and contestee are to be served in a reasonable manner as the judge or chancellor may direct, in response to which notice the contestee shall promptly file his answer, and also his cross-complaint if he has a cross-complaint. The hearing before the circuit court shall be de novo. The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings."

So, there is a statutory right of any individual, who filed a contest of eligibility of a candidate and who was aggrieved by a negative response or lack of action by the

political party, to file a legal action with the Circuit court and seek a redress according to the statute.

3. Section 3 of the motion claims that Plaintiff is not different from any other citizen. Plaintiff begs to differ. Taitz has a colorable interest in the above captioned proceedings, in that she is in a unique position of being deemed by the media the leader of the "birther" movement or as media christened her, "The Queen of the Birthers". As a leader of the dissident political movement against Barack Obama, who is currently usurping the U.S. Presidency and seeking four more years of usurpation, she was subjected to indescribable barrage of harassment, intimidation, attacks on her, her husband, her three children, tampering with her car and defamation and slander. By seeking to redress this elections fraud, she is also seeking a relief of persecutions against her as the leader of the dissident movement.

While other states do not grant ordinary citizens a right for such redress of grievances, the state of Mississippi provides it and Taitz properly filed the grievance.

4. Section four asserts that the definition of natural born citizen means only born in the country regardless of the citizenship of the parents. Taitz already covered this point in section1. Defendant mentioned only one case, where court came to such conclusion, Ankeny v Governor of Indiana, however it is noteworthy, that this

case came from the state court in Indiana, it is not a controlling authority in any other state and the plaintiffs in this case were two blue color workers, who did not have an attorney, never presented any legal argument in their case and the court simply provided a one sided opinion.

Defense also listed a number of cases, which were filed after the 2008 election, where all of the cases were dismissed based on a technicality, on standing, where the courts did not want to upset the results of the national election.

Not one of these cases was ever decided on the merits.

Not one single judge around the country saw a valid birth certificate for Obama.

Not one single judge in the country stated: I examined Obama's identification papers and he has a valid birth certificate, not one single judge stated that he has a valid Social Security number. None of these documents were ever presented in any court of law. On the contrary, all of the admissible competent evidence shows Obama's identification papers to be forged.

Additionally, defense wants the court to look at some garbage posted by Obama on line, on the Internet, and deem it to be a true and correct certified copy of Obama's birth certificate, even though it is deemed to be a forgery by Sheriff Arpaio, deportation officer Sampson and other experts.

Even if no expert were to find this "document" to be a forgery, it is still not a valid document, something posted on line is not an admissible, competent evidence.

The arrogance and disrespect of the rule of law, disrespect of this court by Obama, by the Executive Committee of the Democratic party of Mississippi and their attorney is simply breathtaking.  Clearly, they know that something posted on line, on the Internet, does not represent a document, does not represent competent, admissible evidence, as it is not authenticated.

5. Defendant claims that the Democratic party and the Secretary of State do not have a statutory duty to determine candidate's qualifications.

a.  In regards to the Democratic party section 23-15-961 requires a political party to review the petition and within 10 days to rule on the petition. Even though the statute does not state specific words "determine qualifications" any person with an average IQ, with an average intelligence or even minimum intelligence can understand that when a party is statutory obligated to rule on the petition contesting qualifications of a candidate for primary election, that means that the party is obligated to rule, whether the candidate is eligible, whether the candidate has proper constitutional qualifications to serve in the office.

## MISSISSIPPI CODE OF 1972

*As Amended*

## SEC. 23-15-961. Exclusive procedures for contesting qualifications of candidate for primary election; exceptions.

(1) Any person desiring to contest the qualifications of another person as a candidate for nomination in a political party primary election shall file a petition specifically setting forth the grounds of the challenge within ten (10) days after the qualifying deadline for the office in question. Such petition shall be filed with the executive committee with whom the candidate in question qualified.

(2) Within ten (10) days of receipt of the petition described above, the appropriate executive committee shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate executive committee shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate executive committee fails to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

(4) Any party aggrieved by the action or inaction of the appropriate executive committee may file a petition for judicial review to the circuit court of the county in which the executive committee whose decision is being reviewed sits. Such petition must be filed no later than fifteen (15) days after the date the petition was originally filed with the appropriate executive committee. Such person filing for

judicial review shall give a cost bond in the sum of Three Hundred Dollars ($300.00) with two (2) or more sufficient sureties conditioned to pay all costs in case his petition be dismissed, and an additional bond may be required, by the court, if necessary, at any subsequent stage of the proceedings.

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by registered letter or by telegraph or by telephone, or personally, notify the Chief Justice of the Supreme Court...

 b. In regards to the Secretary of State, Mr. Begley seems to be under impression that he represents the Secretary of State. In case Mr. Begley was not informed, he does not represent the Secretary of State of Mississippi and he has no standing to argue on behalf of the Secretary of State. Secretary of State is represented by the Attorney General of the State of Mississippi. Taitz already responded to the motion filed by the Attorney General and it would be redundant and unnecessary for her to argue this point again.

Suffice to state that the Secretary of State took an oath of office to uphold the Constitution of the United States and of the State of Mississippi and therefore the Secretary of State cannot place on the ballot and certify a candidate, who does not have constitutional qualifications.

Additionally, at this point Taitz is not asking the Democratic Party or the Secretary of State to do anything. She is asking the court to weigh the evidence and ascertain qualifications based on Statute 23-15-961 "The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings."

6. In section 6 defense attempts to bring as evidence a California case Keyes v Bowen, Cal. App 4th 647, 117 Cal Rptr.3.d 207(Cal. App 3 Dist2010).

a. Petitioner Taitz was the lead attorney in this case, as it was filed in the Superior court, she can attest that Keyes is vastly different from the case at hand, as it was filed after the election and standing after the election is different. Additionally, in Keyes parties were hampered by the fact that the co-counsel on the case, attorney Gary Kreep, left the state around the time when the case was supposed to be filed, and the clients wanted to wait for Kreep to come back. Kreep came back two weeks later and rescheduled the case for three months later, at which time the Superior court dismissed the case in part due to laches. After this incident Taitz no longer worked with Kreep and the case at hand was filed timely before the election.

b. While California is not a controlling authority in Mississippi, since the defense

is so inclined on bringing forward California cases, Taitz brings forward  Cleaver

v Jordan.  In 1968, the California Supreme Court voted 6-1 that a

presidential candidate who is not eligible to be president should not be

placed on the ballot. Cleaver v Jordan, Calif. Supreme Court minutes, Sep.

26, 1968, case no. 7838, not reported. In Cleaver, a Presidential candidate

from Peace and Freedom Party,  Eldridge Cleaver, was removed from the

ballot by the Secretary of State of California, Frank Jordan, when Jordan

acted in according with his oath of office to uphold the US Constitution,

specifically Article 2, section 1, as Cleaver was 34 years old and not eligible.

Cleaver appealed to the Supreme Court of California. Supreme court of

California affirmed the decision of the Secretary of State of California.

Cleaver appealed to the Supreme Court of the United States, where the

Supreme Court declined to take the case certiorari. Therefore the only

comparable precedent from California support the position of the Plaintiff.

7. Seventh section of the motion states  the most preposterous assertion

that the state courts do not have jurisdiction over qualification for

Candidates for President.

Clearly Obama and the Democratic party would love this to be the case, as

Obama clearly has no qualifications, he got in the office by fraud and the

federal courts are now in his hands, while the state courts retained some independence.

This notion is totally contradictory to the clear language of the statute. 23-15-961 clearly states "The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings." If a statute is not ambiguous, the court should apply the plain meaning of the statute.   Ultimately, however, this Court's goal is to discern the legislative intent.   Mississippi Power Co. v. Jones, 369 So.2d 1381, 1388 (Miss.1979). The statute does not exclude the Presidential candidate and the plain meaning of the statute and the legislative intent is crystal clear: for the Circuit judge to determine the qualifications of the candidate.

Moreover  23-15-961 subsection 7 states "(7) The procedure set forth above shall **be the sole and only manner** in which the qualifications of a candidate seeking public office as a party nominee may be challenged prior to the time of his nomination or election." Section 7 makes the intent of the legislature a clear writing on the wall, which even a blind person can read. The <u>sole and only manner</u>

to ascertain the qualifications of the candidate, is by the circuit judge and not by legislature or electors.

This intent of the legislature is reasonable as a Circuit Judge has a subpoena power to seek evidence, he can ascertain authenticity of the evidence presented and rule on the merits. Electors and legislators are not judges and do not have the training and qualifications to evaluate the evidence. Additionally, Taitz received letters from multiple legislators, who stated that they cannot get involved in the case due to a notion of separation of powers. Attached as an exhibit 3 is a January 13, 2010 letter received by Taitz from Senator McCain, who challenged Obama in the general election in 2008. McCain wrote "Dear Orly, I want to take an opportunity to thank you for your letter of January 8, 2010 regarding a judicial matter. Unfortunately, your situation appears to involve litigation or may require litigation under the judicial system. Members of Congress are precluded from inquiring into matters pending before the courts by provision of the Constitution that mandate a separation of powers between the Judicial, Executive and Legislative branches. I feel that any involvement in your present situation may be viewed as interference in the judicial process. Orly, I am sorry that I cannot be of assistance at this time". Taitz received similar letters from other Congressmen and Senators, who stated that this is a legal matter and separation of powers precludes them from being able to get involved.

8. The eighths section of the motion is similar to one already discussed in response to the motion by the Secretary of State. It is a pinnacle of bad faith and arrogance for the Democratic party to simply ignore the petition, which was sent to them three times, drag their feet and not respond and later blame the petitioner. As the Executive committee kept stating that they did not receive the pleadings or could not find the pleadings, Taitz gave them maximum time to respond and filed her complaint with the Circuit court timely.

Additionally, filing is determined by mail box rule and not by docketing. There appears to be a 8-9 day delay between filing documents as they are mailed in California and arrival of the documents and docketing in Mississippi. As an example Taitz points to exhibit 4- certified mail receipts and tracking. Just recently, on March 5, 2012  she sent by Priority certified mail pleadings to both New Albany and Jackson, MS.  The package arrived in New Albany on the fifth day and in Jackson sorting facility on the eighth's day, on March 13, 2012. It shows 8-9  days delay between filing the documents by mail in California and those documents being received in the Circuit Court in Jackson, MS. Additionally , there is only one mail room for the Circuit court,  County Court and Sheriff's department, which delays the receipt by the clerk of the Circuit court and docketing even further. This Court has long viewed statutes of repose with disfavor, and, in the event of any ambiguity, we place upon such statutes a

reasonable construction which will favor the preservation of the action.    Gentry v. Wallace, 606 So.2d 1117, 1122 (Miss.1992). Therefore the preservation of the action should favor the Plaintiff and take into account delay in receipt of shipment from California. Moreover,

Under Rule 6(b), the court is given wide discretion to enlarge the various time periods both before and after the actual termination of the allotted time, certain enumerated cases being expected. *Accord*, e. g., *Rogers v. Rogers*, 290 So.2d 631 (Miss.), *cert.* denied 419

U.S. 837 [95 S. Ct. 65, 42 L.Ed.2d 64] (1974); *Grand Lodge Colored K.P. v. Yelvington*, 111 Miss. 352, 71 So. 576 (1916). Petitioner is asking the court to take into consideration the time it took to deliver the pleadings and enlarge the time under Rule 6(b) of MRCP.

## OPPOSITION TO MOTION FOR SANCTIONS

Motion for sanctions is completely frivolous

Taitz was fully vindicated by the recent findings of Sheriff Joe Arpaio of Maricopa county Arizona, who during March 1, 2012 press conference confirmed Taitz findings in that Obama's alleged copy of his long form birth certificate is a forgery, so there was nothing frivolous in Taitz filing.

Defendants bring forward one case, where a judge Clay D. Land in Middle district

of Georgia simply tried to intimidate Taitz and tried to send a message to other

attorneys not to dare to challenge Obama.

While Judge Land did not succeed in intimidating Taitz and she was recently

vindicated, some serious questions remain about actions by judge Land.

With her complaint in <u>Cook v Good,</u> 8:09-01382-RAJ-EAJon behalf of Major

Cook, later joined by other high ranking officers, Taitz presented evidence

showing Obama not having a valid Social Security number. This evidence was

contained in the report by a licensed investigator and former elite Scotland Yard

anti-organized crime and anti communist proliferation officer Neil Sankey. Exhibit

6.

Judge Land sealed the report, whereby the report is not available to the public at

large. There is a serious question, as to why Judge Land sealed that report.

According to Barack Obama's memoirs from age 10 to age 19 he resided in

Hawaii. At the age of 15 he found his first job in Hawaii. He worked for Baskin

Robbins. According to Obama's official history he should have had a Hawaiian

Social Security number, meaning that the first 3 digits of the Social Security

number were supposed to be the  digits, the number assigned to Hawaii. According

to Sankey report, as well as Daniels Report (Exhibit 5, 6) Obama never had a

Social Security number from the state of Hawaii. For most of his life in his official documents he used a Connecticut Social Security number ████████, which was issued in 1977 to an elderly resident of Connecticut born in 1890. What's more, according to Sankey and Daniels, national databases, such as Lexis Nexis, Choice Point and others show Obama's name connected to other Social Security numbers from other states, obviously not assigned to him legally.

In the national databases one can see a pattern of Obama's name linked to Social Security numbers of deceased individuals, numbers that were never assigned and numbers borrowed from other individuals.

It is extremely troubling that Clay D. Land, a federal judge, attempted to burry this information and attempted to attack Taitz with sanctions.

Why those Social Security numbers are important?

a. According to national databases the Number below was used by Obama in New Jersey. This number belonged to one Lucille Ballantyne. What is significant about Ballantyne, is that she was the mother of Harry Ballantyne, chief actuary of the Social Security Administration, who had access of all the Social Security indices and databases. Taitz actually found Ballantyne and discussed the matter with him. Ballantyne's first reaction and statement was: "they (deceased ) have no rights, dead people have no rights".

Any individual, who finds out that someone is using the Social Security number of his dead parent, would be outraged. Ballantyne's response showed that he knew what was going on and was not troubled by it. This shows that our Social Security databases might be seriously compromised.

Obama, Barack

83775 Bates Rd (all of the addresses on Bates Rd are 1-3 digits)

Jackson, NJ 08527

Reported: 02/2008-08/2008

County: Ocean

Name: Lucille I. Ballantyne

SSN: █████████

Last Residence: 50140 Lamoni, Decatur, Iowa, United States of America

Born: █████████

Died: 13 Sep 1998

State (Year) SSN issued: Iowa (1954)

b. Several addresses show him using numbers that were never assigned

Obama, Barack

435 Dallas Ave

Lancaster, TX 75146

Reported: 04/2008-09/2008

County: Tarrant

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 (Georgia not yet issued)

c. Records from Alpharetta GA show him using a Social Security number of one

Mark O Ndesandjo

Obama, Barack

1603 Rucker Rd

Alpharetta GA 30004-1435

Reported: 08/2008-08/2008

County: Fulton

MARK O NDESANDJO

Born Nov 1965

15925 FREEMANVILLE RD

ALPHARETTA, GA 30004

Why is this information important?

Here we are connecting the dots. Barack Obama's father had eight children by four

different women.

Mark Obama Ndesandjo is Obama's half brother, who at the time of the record resided in the communist China, being married to a citizen of the communist China.

Mark Ndesandjo is the son of Obama's step mother Ruth Niedsand. Official biography of Niedsand only show that she met Obama's father in Boston, where he studied, she married him and moved with him to Kenya.

Official biographies rarely mention the fact that that Niedsand and her family came from Vilnus, Lithuania, which was a Communist republic at a time.

Even after the divorce from Obama, Niedsand continued residing in Kenya, which is ruled by Prime Minister Raela Odinga.

In flagrant violation of Logan act Barack Obama himself travelled to Kenya to assist Odinga get elected.

Raela Odinga is not only a radical Muslim, known for instigation of violence against Christians in Kenya, which led to Christians being burned alive in churches, he is also a graduate of the University of Karl Marx, which was known at a time for its' heavy recruitment of foreign students by Stasy and other agencies of communist East Germany.

Niedsand's other son, David, was reported deceased as a result of a car accident.

Another national database, www. inteligator.com/advanced shows Barack Obama
with the origin in Equatorial Guinea (exhibit 7). Taitz uncovered articles showing
one by name Roman Obama studying in the early 80s in the University of Patrice
Lumumba in Moscow and having the same origin of Equatorial Guinea. Taitz also
found inconsistency of University records of Obama, whereby Obama claims that
he attended Columbia university for two years, while college clearing house show
him attending Columbia only for nine months. There is no conclusive evidence,
showing Obama's location at a time, when he claimed to be at Columbia
University, but according to their records he wasn't there.

d. What is even more troubling, it the address in Columbus GA, in Judge Land's
own backyard. Taitz received reports, stating that the number below is connected
to Judge Land, however being a private citizen and not a governmental authority
Taitz cannot confirm it and she redacted the name that was reported to her.

505 Farr C

Columbus, GA 31907-6275

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

reported 01/2008-08/2008

County Muscogee

Obama, Barack

505 Farr C

Columbus, GA 31907-6275

Reported: 01/2008-08/2008

County: Muscogee

████████████

Issued: 1988-1989 in Alabama

Name: redacted

Birth Date: ███████

Address: 1313 Tulakes Dr, Columbus, GA, 31904-2554 (1993)

[7003 Whitesville Rd, Columbus, GA, 31904-3005]

[1814 Stark Ave, Columbus, GA, 31906-1448 (1987)]

So, what do those Social security numbers mean? During the 2008 campaign

Obama raised an unprecedented 700 million dollars and opted out of FEC

matching program, which shielded him from the FEC scrutiny. When one is using

multiple bogus Social security numbers, he can easily get millions of dollars of

illegal foreign donations or donations over the allowed limits under the radar of

FEC, IRS and SSA.

Additionally, Obama's professional background is one of a community organizer. What does that mean? As a community organizer Obama headed Annenberg challenge with former domestic terrorist William Ayers on his board. Annenberg challenge received some 160 million in donations officially and possibly as much as 500 million due to stock swaps according to University of Santa Barbara Professor Steven Diamond. This community program was supposed to run some extracurricular program in a few Chicago schools in order to raise students performance. After six years and between 160 million and 500 million there was zero achievement and the students performance was as dismal as one in surrounding schools. The question was, what happened to all of the money collected? When one has multiple bogus Social Security numbers, there are multiple possibilities.

So in case of federal judge Clay D. Land, who sanctioned Taitz stating that it was frivolous to challenge Obama, not only Taitz proved that her actions were legitimate, as all of her allegations were recently confirmed by Sheriff Arpaio, she showed here that there is a serious question in regards to motivation and legitimacy of actions by judge Clay d. Land.

## MOTION FOR SANCTIONS AGAINST THE DEFENDANT
## DEMOCRATIC PARTY OF MISSISSIPPI

1.Democratic party of Mississippi received from Taitz a complaint and sworn affidavits, showing that Obama is using a forged birth certificate, a stolen Connecticut Social Security number and a name that is not legally his.

2. Democratic party defrauded the people of the state of Mississippi by not taking any action and not removing Obama's name from the list of the candidates it submitted to the Secretary of State

3. Democratic party of Mississippi filed a frivolous motion to dismiss a legitimate action file by the petitioner and is harassing the petitioner and attempting to intimidate the petitioner with motions for sanctions against the petitioner

4. Court should sanction the respondent and its' attorney for a frivolous motion and a pattern of fraud, harassment and intimidation of the petitioner

## MOTION FOR LEAVE OF COURT TO FILE AN AMENDED COMPLAINT

1. As the action at hand was not resolved and adjudicated before the primary election and Obama's name was on the ballot in the primary election, the petitioner is seeking a leave of court to file an amended complaint

2. Petitioner is seeking to amend the complaint to the extent that it is seeking an injunction from counting any votes in the state of Mississippi for Barack Obama, as those votes were procured by fraud committed by the candidate and the Executive committee of the Democratic party of Mississippi.

3. Petitioner is seeking an injunction preventing the Secretary of State from placing on the ballot in General election the name of Barack Obama, as he is not eligible for office

4. Petitioner is seeking to add an additional cause of action for civil Racketeer Influenced and corrupt Organizations RICO with following predicated felonies acts:

a. elections fraud

b. forgery of the identification papers in connection with elections fraud

c. uttering of forged documents

d. obstruction of justice

e. Social Security fraud

F. wire fraud

g. common law fraud

i. identity theft

h. treason against the state of Mississippi

j. treason against the United States of America

Petitioner is seeking to join the following parties as additional defendants

a. Obama for America- as a Racketeer Influenced Organization, which was created with the goal of placing in the position of the U.S. President and commander in Chief at Barack Hussein Obama, a foreign national with allegiance to foreign powers, which was done using forged identification papers.

b. Barack Hussein Obama, II aka Barack (Barry) Soetoro, aka Barack (Barry) Soebarkah

c. Democrat party of Misssissippi, as a party, which aided and abetted Obama

d. Loretta Fuddy-director of Health, state of Hawaii

e. Alvin Onaka, registrar of the department of Health, state of Hawaii

f. Jill Nagamine, deputy attorney General of Hawaii, in charge of the department of Health

g. Nanci Pelosi-former chairwoman of the Democratic party National convention 208, who certified the "Certificate of Candidate" for Barack Obama, whereby such certificate was altered and the words "eligible according to the Constitution of the United States" was removed from the certification of the candidate. Such altered certification was sent to 49 out of 50 states, including the state of Mississippi with the goal of defrauding the people of the states and defrauding the election officials of those states

h. Eric Holder-attorney General of the United States. Taitz provided Holder the information regarding forgery and fraud in Obama's identification papers. Holder was criminally complicit in refusing to act upon the evidence

i. Robert Bauer and Kathy Ruemmler- White House counsel, who were complicit in the cover up of the forged identification documents of Obama

j. Michel Astrue- Commissioner of Social Security was complicit in cover up of Obama's use of a fraudulently obtained Social security number

k. Judith Corley personal attorney for Obama

## CONCLUSION

Based on all of the above

Defendant's motion to dismiss and for sanctions should be denied.

Petitioners motion for leave of court to file an amended complaint and for

sanctions should be granted.

Respectfully,


/s/ Dr. Orly Taitz ESQ.

03.13.2012

Affidavit

I, Orly Taitz, am an attorney and an officer of the court in the state of California,

9th Circuit Court of Appeals, Third Circuit Court of Appeals, admitted pro hac vice

in multiple states and admitted before the Supreme Court of the U.S.

I attest that to the best of my knowledge and informed belief

1. Letter from Senator John McCain is a true and correct copy of the letter

   received by me.

2. Affidavit by Licensed Investigator Susan Daniels is a true and correct copy

   of aforementioned affidavit received by me.

3. Affidavit by licensed Invesigator Neil Sankey is a true and correct copy of the aforementioned affidavit received by me.

4. Video footage of the trial of Farrar v Obama is a true and correct video footage of the aforementioned trial, where I served as an attorney for the Plaintiffs.

5. Video footage of the my testimony to the Ballot law Commission of New Hampshire is the true and correct video tape copy of aforementioned proceedings.

6. Video footage of press conference before Sheriff Joe Arpaio is the true and correct video copy of aforementioned press conference.

7. Background report on Barack Obama is a true and correct report given to me by former deportation officer and currently a private investigator John Sampson.

I declare this under penalty of perjury

/s/ Orly Taitz

**CERTIFICATION**

I, Lila Dubert, certify that I am not a party to above captioned action, I am over 18 years old and I served the defendants with above pleadings on 03.14.2012 by first class mail

/s/ Lila Dubert

Page 1

OFFICE OF STATE ADMINISTRATIVE HEARINGS

STATE OF GEORGIA

- - - - - - - - - - - - - - - -
DAVID FARRAR                        :
LEAH LAX                            :
CODY JUDY                           :
THOMAS MALAREN                      :
LAURIE ROTH                         :
                 Plaintiffs         :
                                    :
                                    :
                                    : DOCKET NO.
v.                                  : OSAH-SECSTATE-CE-
                                    :   1215136-60-Malihi
BARACK OBAMA                        :
                 Defendant          :
                                    :
                                    :
- - - - - - - - - - - - - - - -

                        230 Peachtree Street, Suite 850
                        Atlanta, Georgia

                        Thursday, January 26, 2012


         The above-entitled matter came on for hearing
pursuant to Notice, at 10:15 a.m.


BEFORE:
         MICHAEL M. MALIHI, Deputy Chief Administrative Law
                        Judge

Page 2

APPEARANCES:

FOR THE PLAINTIFF:

    ORLY TAITZ, Attorney
    29839 S. Margarita, Suite 100
    Rancho Santa Margarita, California 92688

FOR THE DEFENDANT:

    (No appearance.)

Page 3

I N D E X

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| David Farrar | 5 | -- | -- | -- |
| Christopher Strunk | 8 | -- | -- | -- |
| Susan Daniels | 10 | -- | -- | -- |
| Felicito Papa | 15 | -- | -- | -- |
| Linda Jordan | 19 | -- | -- | -- |
| Douglas Vogt | 22 | -- | -- | -- |
| John Sampson | 30 | -- | -- | -- |
| Orly Taitz | 40 | -- | -- | -- |

| EXHIBITS: | FOR IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| Plaintiff: | | |
| 1 - Strunk FOIA Request | 10 | -- |
| 2 - Daniels Affidavit | 14 | -- |
| 3 - Papa Affidavit | 19 | -- |
| 4 - Jordan Affidavit | 21 | -- |
| 5 - Vogt Affidavit | 30 | -- |
| 6 - Sampson Affidavit | 39 | -- |
| 7 - (Unidentified on the record) | 45 | -- |

Page 4

1                   P R O C E E D I N G S

2          JUDGE MALIHI:  Counsel, would you introduce

3    yourself and your client, please?

4          MS. TAITZ:  Yes.  Orly Taitz and I'm representing

5    five clients -- Mr. David Farrar, who is in the courtroom.

6          MR. FARRAR:  Good morning, sir.

7          MS. TAITZ:  Ms. Leah Lax, Ms. Laurie Roth, Mr.

8    Thomas Malaren and Mr. Cody Robert Judy.

9          JUDGE MALIHI:  Counsel, before you start, I'm

10   going to give you two hours maximum, we will conclude at

11   12:15.

12         MS. TAITZ:  Thank you, Your Honor.

13         JUDGE MALIHI:  And if you can do it a little bit

14   faster, I would appreciate it.

15         MS. TAITZ:  I'll do my best.

16         JUDGE MALIHI:  Thank you.

17         MS. TAITZ:  Mr. Farrar, please.

18         Just a quick introduction.  Please provide for the

19   Court your name and spell your last name.

20         MR. FARRAR:  David Farrar, F-a-r-r-a-r.

21         MS. TAITZ:  Mr. Farrar, you can even stand --

22         THE REPORTER:  Wait.  Got to swear the witness.

23   Whereupon,

24                        DAVID FARRAR

25   appeared as a witness herein and, having been first duly

Page 5

1    sworn, was examined and testified as follows:

2                         DIRECT EXAMINATION

3    BY MS. TAITZ:

4         Q    Are you a registered voter in the State of

5    Georgia?

6         A    Yes, ma'am.

7              MS. TAITZ:  That's it, you're excused.

8              JUDGE MALIHI:  Thank you very much.

9              Counsel, hold on, hold on. What is this

10   (indicating)?

11                                      (Witness excused.)

12             MS. TAITZ:  This is a clip from the news, just

13   showing that when Mr. Obama resided in Indonesia, it shows a

14   book of records from Indonesia showing his last name in the

15   school book of records listed as Soetoro and nationality

16   Indonesian, not U.S. citizen.

17             JUDGE MALIHI:  I don't need to see the video.

18             MS. TAITZ:  That's it.

19             JUDGE MALIHI:  Okay.

20             MS. TAITZ:  Can we go back a little bit?

21             JUDGE MALIHI:  Counsel, I don't see how that's

22   relevant to the issue before me.

23             MS. TAITZ:  Well, in order for one -- first of

24   all, in order for one to be on the ballot in the State of

25   Georgia, he needs to be under a name that is legally his.

Page 6

1          JUDGE MALIHI:  You can argue that to me, but I
2     don't need to see the video.
3          MS. TAITZ:  Okay, go to the next one.
4          JUDGE MALIHI:  What's the next one?
5          MS. TAITZ:  Okay, so -- okay, so, it states that
6     he was registered in the book of records in the school in
7     Indonesia where she's staying, which was Basuki school in
8     Jakarta, Indonesia under last name Soetoro.  Next.
9          I will not go into detail -- okay, let's stop here
10    -- I will not go into detail into the issue of what natural-
11    born citizen is because we have limited time, a prior
12    counsel already stated this.
13         JUDGE MALIHI:  Counsel, please address the Court,
14    not the audience.
15         MS. TAITZ:  And I will be using the same precedent
16    of Minor v. Happersett and I would also state that since the
17    Constitution was adopted, the legal treatise that was
18    commonly used by the framers of the Constitution was Emerich
19    de Vattel, a well-known --
20         JUDGE MALIHI:  Counsel, are you arguing or are you
21    testifying?
22         MS. TAITZ:  That's my opening statement.
23         JUDGE MALIHI:  Okay, please step up to the podium.
24         MS. TAITZ:  Emerich de Vattel, who was a well-
25    known scholar and constitutionalist and diplomat stating

Page 7

1   that natural-born citizen -- and it was a legal treatise

2   that existed at the time the Constitution was adopted --

3   stating "natural-born citizen is one born in the country to

4   parents who are citizens of the country."

5        The first Justice of the Supreme Court of the

6   United States, John Jay, a well-known letter that was

7   included in Federalist Letters, stated to George Washington

8   -- permit me to hint that it is important for the commander

9   in chief to be a natural born-citizen, not to have a

10  foreigner.

11       Lastly, there was a question in regards to the

12  14th Amendment.  And John Bingham, who was the framer of the

13  14th Amendment, in the discussions in Congress relating to

14  the adoption of the 14th Amendment, specifically stated

15  natural-born citizen is one who is born in the country to

16  parents who don't owe allegiance to other sovereignties.

17       As we know, when Mr. Obama was born, his father

18  was a citizen -- actually a British citizen because in 1961,

19  Kenya was part of --

20       JUDGE MALIHI:  Counsel, let me stop you.

21       Would you save your argument for the closing and

22  let me hear from your witnesses.  Your second witness,

23  please.

24       MS. TAITZ:  Okay, Mr. Strunk.

25       JUDGE MALIHI:  Good morning, sir.

Page 8

1          MR. STRUNK:  Good morning, Your Honor.

2     Whereupon,

3                       CHRISTOPHER STRUNK

4     appeared as a witness herein and, having been first duly

5     sworn, was examined and testified as follows:

6                       DIRECT EXAMINATION

7     BY MS. TAITZ:

8          Q    Mr. Strunk, do you recognize this document?

9          A    My name is Christopher Earl Strunk and I'm from

10    New York.  I'd like to vote in Georgia, but it's not

11    possible this year.

12         Q    I'm just asking, do you recognize this document?

13         A    Yes, that is a portion of a letter which I

14    received from the attorney for the Department of State, U.S.

15    Department of State.

16         MS. TAITZ:  Keep going, keep going, keep going,

17    further, more, more, more -- stop.

18    BY MS. TAITZ:

19         Q    Okay, so now what is this document?  Is that the

20    passport record of Stanley Ann Dunham, Mr. Obama's mother,

21    yes?

22         A    This is a renewal form.

23         Q    Okay.

24         A    Taking him off of her passport.

25         Q    Yes.  What is the last name that is listed there?

Page 9

1   Can you please read the full last name for Mr. Obama on his

2   mother's passport record?

3        A    Soebarkah, S-o-e-b-a-r-k-a-h.

4        Q    So in his mother's passport records, Mr. Obama is

5   listed under last name Soebarkah, according to the records

6   that you personally received from the State Department,

7   right?

8        A    I can't draw a conclusion on that.

9        Q    Okay, but that's what is written there, Soebarkah,

10  right?

11       A    Yes.  She wanted that expunged from her record --

12       Q    Passport.

13       A    -- which we never got.  It was delegated (ph.)

14            MS. TAITZ:  Okay, thank you, Mr. Strunk.

15            JUDGE MALIHI:  You may step down, sir; thank you.

16                                        (Witness excused.)

17            MS. TAITZ:  Next is going to be -- and we're going

18  to submit into evidence the records -- Freedom of

19  Information request and response that was received by Mr.

20  Strunk from the State Department showing that in his

21  mother's record, Mr. Obama was listed --

22            JUDGE MALIHI:  Counsel, you don't need to tell me

23  --

24            MS. TAITZ:  Okay.  Next will be Ms. Susan Daniels.

25            THE REPORTER:  Are we marking this P-1?

Page 10

1          JUDGE MALIHI:   Yes.

2                              (The document referred to was

3                              marked for identification as

4                              Plaintiff's Exhibit Number 1.)

5                                  (Witness excused.)

6    Whereupon,

7                          SUSAN DANIELS

8    appeared as a witness herein and, having been first duly

9    sworn, was examined and testified as follows:

10                      DIRECT EXAMINATION

11   BY MS. TAITZ:

12       Q    Ms. Daniels, would you like to state to the Court,

13   what is your occupation?

14       A    I'm a state licensed private investigator in Ohio.

15       Q    How many years have you been a licensed

16   investigator?

17       A    Since March of 1995.

18       Q    Did you testify in court?

19       A    Yes.

20       Q    Did you also testify before grand juries as an

21   investigator?

22       A    Yes.

23       Q    What -- did you investigate the identification

24   records for Mr. Obama?

25       A    I was hired to look into his background, and the