Page 11

1    first thing I found was a Social Security Number for him

2    that was issued in the State of Connecticut between the

3    years of 1977 and '79.   And --

4       Q    During that time, Mr. Obama would have been 15-16

5    years old.   Where did he reside -- did he reside in the

6    state of Connecticut at the age of 15 or 16?

7       A    No.

8       Q    Where did he reside?

9       A    Hawaii.

10      Q    Now --

11      A    And Social Security Numbers are issued in the

12   state that you live in when you apply for them.

13      Q    Okay.  So what was your suspicion?  What was your

14   professional understanding -- what was your understanding as

15   a professional investigator, what did this mean?

16      A    I've looked at thousands of Social Security

17   Numbers and I immediately knew it was fraudulent.

18      Q    Thank you.  Let's continue, let's go higher and I

19   would like you to look at the next page -- one second.

20   More, more, more, keep going, keep going.  Down, little bit

21   down.

22           Okay, so this is the -- what was the number, the

23   Social Security Number actually that was used?

24      A    ████████.

25      Q    Now do the first three digits of Social Security

Page 12

1   Number signify the state?

2        A    Yes.

3        Q    So 042 is what state?

4        A    Is Connecticut, 040 to 049 is Connecticut.

5        Q    Ms. Daniels, I would like to point to those

6   numbers at the bottom.

7        A    Right.

8        Q    Dates of birth associated with Social Security

9   Number, and we see the first date of birth is 1890 and --

10  for Mr. Barack Obama, which means that if Mr. Barack Obama,

11  Mr. Barack Hussein Obama, was born in 1890, he would have

12  been a hundred and --

13            JUDGE MALIHI:  Counsel, are you testifying or are

14  you asking a question?

15            MS. TAITZ:  Sure.

16  BY MS. TAITZ:

17       Q    What would be his age?

18       A    I can't figure -- I don't have enough fingers.

19  But I have never -- in all the years I've worked, I've never

20  seen anything like this.  I've seen where like the bottom

21  two numbers were the American style and the foreign style

22  appear, but never a number like 1890.  And I believe that

23  the person that originally got the Social Security Number

24  was born in 1890.

25       Q    So what you're saying that it was a stolen Social

Page 13

1   Security Number.

2           JUDGE MALIHI:  Counselor, don't lead the witness.

3           THE WITNESS:  I believe that --

4           JUDGE MALIHI:  You can't answer that.

5           THE WITNESS:  Pardon me?

6           JUDGE MALIHI:  You cannot answer that.

7   BY MS. TAITZ:

8       Q    What is your understanding, what does it mean?

9       A    I believed from the beginning it was fraudulent.

10      Q    Yes.  So -- and then we see ▆▆▆▆▆ and ▆▆▆▆▆

11  What does that mean?

12      A    That's just two different styles of showing his

13  birth cert -- his birth date.  He was actually born on

14  August 4, 1961.

15      Q    Now did you also check Mr. Obama's phone records?

16      A    First I ran the Social Security Number to check

17  addresses and the same Social Security Number came up with

18  addresses for him in Massachusetts, in Illinois, and in

19  Washington, D.C.  And along with those records were a phone

20  number, and it was always the same phone number and

21  occasionally the year where it showed his date of birth, it

22  said 1890.

23           I subsequently then checked the phone records for

24  this phone number and found the same thing.  It would show

25  intermittently the birth date, instead of ▆▆▆▆▆▆▆▆▆,

1  said 1890.

2    Q    Did you check -- did you double-check the Social

3  Security Numbers before and after this one?  From what state

4  were those social security numbers?

5    A    I got copies from the Social Security

6  Administration for the Social Security Number ending in 24,

7  which is the number immediately before his, and 29, and I

8  got the actual records, including the handwritten

9  application for the number, because both those people are

10  deceased.  And it showed that those were both issued in

11  March of 1977, when he would have been 15.

12    Q    So it is your testimony that the Social Security

13  Number that Mr. Barack Obama is using is a number that was

14  issued to somebody who resided in the state of Connecticut--

15    A    That's what I believe.

16    Q    -- in 1977.

17    A    That's what I believe.

18    Q    Anything else you'd like to add?

19    A    No.

20         MS. TAITZ:  Thank you.  Thank you, Ms. Daniels.

21         At this point, I would like to introduce into

22  evidence Plaintiff's Exhibit Number 2, Affidavit of Ms.

23  Susan Daniels with the attached documents.

24                       (The document referred to was

25                        marked for identification as

Page 15

1          Plaintiff's Exhibit Number 2.)

2                     (Witness excused.)

3          MS. TAITZ:  Next, my third --

4          JUDGE MILLER:  Is it fourth or third?

5          MS. TAITZ:  Fourth witness is going to be Mr.

6    Felicito Papa.

7    Whereupon,

8                     FELICITO PAPA

9    appeared as a witness herein and, having been first duly

10   sworn, was examined and testified as follows:

11                   DIRECT EXAMINATION

12   BY MS. TAITZ:

13       Q    Mr. Papa, can you please explain to the Court what

14   is your education?

15       A    Okay, first I'm originally from the Philippines

16   and then I'm a naturalized born citizen of the United

17   States.

18            And then I studied information technology having

19   graduated from ITT Technical Institute in Indianapolis,

20   Indiana.  And from there, we studied various software like

21   Adobe software.

22            JUDGE MALIHI:  Sir, would you just listen to the

23   question and only answer the question?

24            THE WITNESS:  Okay.

25            JUDGE MALIHI:  Next question.

1  BY MS. TAITZ:

2     Q    What -- so your education is in information

3  technology?

4     A    That's correct.

5     Q    From ITT.  Mr. Papa, what kind of software do you

6  usually use in your work?

7     A    With web designing and development, it's a popular

8  software to use Adobe Photoshop and Adobe Illustrator.

9     Q    Thank you.  I'm going to point to this document.

10  Is that the affidavit that you provided me?

11     A    That's true, yes.

12     Q    Now was that the birth certificate -- or alleged

13  copy of a birth certificate that Mr. Obama posted online?

14     A    That's correct.

15     Q    Now what -- okay, let's go to the next page.

16  Okay, stop.

17          Now when Mr. Obama originally posted this birth

18  certificate, it was in a .pdf file, was it?

19     A    That's correct, yes.

20     Q    Was the file flattened, were all the layers of

21  preparation of the file flattened together, or not?

22     A    No, it was not flattened, it was open.

23     Q    So when you opened this document in Adobe

24  Illustrator, did you see one layer or did you see multiple

25  layers?

Page 17

1     A    I saw multiple layers, at least six layers.

2     Q    Okay.  So is this one of the layers?

3     A·   It is one of the bottom layer.

4     Q    Mr. Papa, I would like to point to the number at

5 the top.  We're seeing just one digit there, so where are

6 the other digits?  Were they added in another layer?

7     A    Yes, they were added from other graphics and added

8 to this number.

9     Q    So there was one document, and then from another

10 document they added another part of the document?

11    A    That's correct.

12    Q    I would like to point to the signature, Stanley

13 Ann -- and there is only "D."  There is no "unham Obama,"

14 it's missing.  Was that brought from another document?

15    A    That's correct.

16    Q    Now it was on the internet when the original of

17 the document was posted that there were layers and shortly

18 thereafter when people opened in Adobe Illustrator, there

19 were no layers.  What happened?  Did somebody remove it and

20 flatten the file and put it back, or what happened?

21    A    Nobody -- up to now, nobody has flattened the

22 file.  Anybody who uses Adobe Illustrator can open the file

23 and then they will see multiple layers.

24    Q    Okay.  Now I'm going to point to the next

25 document, the next affidavit for Mr. Papa.

Page 18

1          Now did you also study the tax returns that Mr.

2    Obama posted online in April of -- stop -- in 2010?

3          A    Yes, I did.

4          Q    Was there the same problem of the file, .pdf file,

5    not being flattened?

6          A    No, it wasn't.  Originally it wasn't flattened and

7    anybody can open it and they would see at least two layers.

8          Q    When you looked at the layers, I point to the

9    number here at the bottom that says ██████████  That was

10   in one of the layers, right?

11         A    That's correct.

12         Q    Is it the same number that Ms. Daniels testified

13   to?

14         A    That's correct, yes.

15         Q    Let's go to the next page.  Okay.  And here we see

16   it was -- it's another page in tax return, says 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,

17   the same Social Security Number that Ms. Daniels testified

18   to?

19         A    That's correct.

20         Q    After a few days was the file flattened?

21         A    Actually after a day, then it was flattened, so

22   nobody could see the Social Security Numbers any more.

23         MS. TAITZ:  Thank you very much, Mr. Papa, that

24   would be all.

25         I would like to introduce into evidence affidavits

Page 19

1   from -- submitted by Mr. Papa in regards to the birth

2   certificate and Social Security Number of Mr. Obama.

3                        (The document referred to was

4                        marked for identification as

5                        Plaintiff's Exhibit Number 3.)

6                               (Witness excused.)

7       JUDGE MALIHI:  Counsel, who is your next witness?

8       MS. TAITZ:  Yes, Your Honor, I'm calling Ms. Linda

9   Jordan.

10      JUDGE MALIHI:  Good morning, Ms. Jordan.

11      MS. JORDAN:  Morning.

12  Whereupon,

13                      LINDA JORDAN

14  appeared as a witness herein and, having been first duly

15  sworn, was examined and testified as follows:

16                    DIRECT EXAMINATION

17  BY MS. TAITZ:

18      Q    Ms. Jordan, do you recognize this affidavit?  Is

19  this an affidavit that you provided for me?

20      A    Yes, it is.

21      Q    Let's go further -- you know what, go to my set,

22  Orly's set.  If you don't have it here, go to Orly's set

23  page.  Keep going quickly, move, down, down, down, down.

24  Keep going, keep going, keep going.  More, more, more.  Yes,

25  stop.

Page 20

1        Okay, is that the document that was attached to

2  your affidavit?

3      A    Yes, one of them.

4      Q    Is that E-Verify for Mr. Obama?

5      A    Yes.

6      Q    And is that the Social Security Number that was on

7  Mr. Obama's tax return, ▬▬▬▬▬▬▬

8      A    Yes.

9      Q    Keep going, keep going -- higher -- no, down, down

10  little bit.  No, up, up, go up.  Stop, down, down -- I

11  apologize.  Up -- go down.  Just one second, please.  More,

12  more, more, more, more.  Stop, stop.

13        Okay, little bit lower, little bit lower, little

14  bit lower.  Little bit lower so we can see what's on the

15  bottom tier of this.

16        So, okay, what does it say here, "SSA record does

17  not verify"?  Is that what it says?

18      A    "SSA record does not verify.  Other reason:  SSA

19  found a discrepancy in the record."

20      Q    So the Social Security Number that Mr. Obama is

21  using from early years, according to Ms. Daniels, and that's

22  listed on his tax return, does not verify under E-Verify?

23      A    When I ran it on August 17th, 2011, it did not

24  verify, it came back with this mark.

25        MS. TAITZ:  Thank you very much, Ms. Jordan.

Page 21

1         At this point, I would like to introduce into

2    evidence the affidavit of Ms. Jordan and the E-Verify

3    statement showing that the Social Security Number that Mr.

4    Obama is using does not verify under E-Verify.

5                         (The document referred to was

6                          marked for identification as

7                          Plaintiff's Exhibit Number 4.)

8                              (Witness excused.)

9         JUDGE MALIHI:  Who is your next witness?

10        MS. TAITZ:  Next witness is going to be Mr.

11   Douglas Vogt.

12        JUDGE MALIHI:  Good morning, sir.

13        MR. VOGT:  Good morning.

14        MS. TAITZ:  One second, Your Honor, I'm missing my

15   page.  I apologize.

16        (Brief pause.)

17   Whereupon,

18                      DOUGLAS VOGT

19   appeared as a witness herein and, having been first duly

20   sworn, was examined and testified as follows:

21        THE REPORTER:  Tell me your name, please.

22        THE WITNESS:  Douglas Vogt.

23        THE REPORTER:  Last named spelled?

24        THE WITNESS:  V-o-g-t.

25                   DIRECT EXAMINATION

Page 22

1   BY MS. TAITZ:

2       Q    Mr. Vogt, would you like to state for the Court,

3   please, your occupation?

4       A    I own a company called Archive Index Systems,

5   where we sell document imaging scanners as well as document

6   imaging systems.  I also owned a typesetting company for 13

7   years too.

8       Q    So, for 13 years you dealt with typesetting and

9   scanners.

10      A    Yeah.

11           MS. TAITZ:  Testimony from Mr. Vogt.

12           VOICE:  I don't have it.

13           THE WITNESS:  I've been in the current business

14  for 18 years now selling scanners and maintaining them.

15           MS. TAITZ:  Go to the Orly documents and just show

16  the birth certificate.  Just go to my documents.

17  BY MS. TAITZ:

18      Q    Did you examine the alleged copy of a birth

19  certificate which was -- go down -- which was posted online

20  by Mr. Obama?

21      A    Yes, I did.

22           MS. TAITZ:  One second.  I would like to know if

23  there was -- keep going, lower -- here it is.  Stop.

24  BY MS. TAITZ:

25      Q    -- that you found to be suspicious -- was there

Page 23

1    anything that you found to be suspicious.  And I would like

2    first to ask you whether there was haloing on this document.

3        A    Yes, the haloing we're referring to is around all

4    the type and lines, there's a white line.  At first, we

5    didn't quite know what it was until we finally actually

6    replicated the form and actually redid the thing and figured

7    out how the forger did it.

8            The haloing is caused by what -- it's a subroutine

9    in Photoshop called unsharp mask.  Now you have to

10   understand, if a document like this has any evidence of

11   computer manipulation, it's a fraud.  Since my experience is

12   selling document imaging and actually writing that kind of -

13   - those kind of programs, this is what the Department of

14   Health should have done or what they supposedly have done.

15           They had these original forms.  There was a

16   federal law that was passed in 2005 that required them to

17   scan all the documents --

18           JUDGE MALIHI:  Counsel, what was your question --

19   hold on a second.  What was your question?

20   BY MS. TAITZ:

21       Q    Mr. Vogt, so -- because we have very limited time

22   -- Judge already stated we have limited time -- so was there

23   haloing?

24       A    Yes.

25       Q    Now normally, if you just take a document, put it

Page 24

1    in a scanner, would you see haloing?

2         A    No, none whatsoever.

3         Q    If you use multiple documents and multiple layers

4    and masking, will you see haloing then?

5         A    Yeah, if they used unsharp masks, you did.

6         Q    Okay, next point.  When we're looking on the left

7    side of the document, we see sloping.  Now if the document--

8         A    Curve of the page.

9         Q    -- if their document was just scanned, was put in

10   the scanner, would you see all of the lines sloping or would

11   you see some of the lines going straight?

12        A    I'll explain.  They said in their own testimony

13   that these documents were in books, the originals.  So this

14   was actually scanned on a flatbed scanner, 11 by 17.  We've

15   actually replicated the same thing.  And so the parallax or

16   that curvature would appear.  You'll notice that the lines

17   on the bottom are not bent, but the ones on top are.

18        Q    That's not what I'm asking.

19        A    That's why.  But it would be normal if it was

20   scanned from a book.

21        Q    No, Mr. Vogt, I'm asking, when there is sloping --

22   we understand that you take a book, you take a picture, you

23   see sloping.  But when you have sloping of the line, would

24   you also see each typed line to be sloping similarly --

25   would you see that?

Page 25

1      A     From the scanner?  Yes, we replicated it, we know

2  that.

3      Q     Was that something that you saw on Mr. Obama's

4  birth certificate, or not?

5      A     Yes, on how they --

6      Q     Wait --

7      A     -- copied it, yes.

8      Q     But were there lines that went straight?

9      A     Because -- I have to explain how a scanner works.

10     Q     No, no, we don't have time for that.

11     A     But basically that's normal, we replicated the

12  same thing that --

13     Q    Mr. Vogt, you're not listening.  I'm asking you if

14  you have sloping, if you just go in the scanner and the

15  lines are sloping, would you see all the lines sloping

16  similarly?

17     A     No, if it was on a flatbed and it was just a piece

18  of paper by itself, no.

19     Q     Okay.  Let's look at the next point.  Go a little

20  bit higher -- no, down.  Okay.  No, no, down, down, down.

21  No.  Stop, stop, stop.

22            We're looking at the stamp that's on the document,

23  the date stamp.  If somebody -- if it is something that was

24  just scanned -- Mr. Vogt, something that was scanned and

25  wants to put a stamp here like this -- stamp, stamp, stamp -

1    - would it be in the same spot in all three copies or it

2    would be different at different points?

3         A    They would be different, to the extent that the

4    other ones are separate.  And they're actually embossed

5    stamps actually.

6         Q    Okay, now another question.  If -- and in Mr.

7    Obama's records, all three of them, it was exactly in the

8    same spot --

9         A    Yes.

10        Q    Another question.  When a person is stamping the

11   date, he goes stamp, stamp, stamp, would it be a line, pixel

12   by pixel, in straight line, or would you expect it to be a

13   little bit sideways, a little bit crooked?

14        A    No, they are too independent, they're done by hand

15   even though it's done by an embossing machine for both.  We

16   learned that.

17        Q    Mr. Vogt, you're not listening.

18        A    I am.

19        Q    My question is, if a person is doing it by hand --

20        A    There won't be in exactly the same place.

21        Q    Okay.  Would it be on the line, would it be just

22   on line, pixel by pixel, or would it be slanted a little

23   bit?

24        A    It would be slanted.

25        Q    Was it slanted here?

1     A   No, they're perfectly straight.

2     Q   So it looks different from what you would expect

3  with something coming from the machine, right?

4     A   Right.

5     Q   Next, in regards to that stamp, would you expect -

6  - is it something -- Mr. Obama stated it was just prepared

7  and sent to him, his attorney brought it right away -- so if

8  it's something that came straight from the machine and they

9  put embossed seal, would you expect to see a very clear

10  embossed seal on that document?

11     A   Yes, you would.

12     Q   Do you see it here?

13     A   No, it's a latent latent image, if you highlight

14  over by -- I can show you on here.

15     Q   Okay.

16     A   Right about here (indicating).

17     Q   But it's hard to see.

18     A   Oh, yeah.

19     Q   Next, would you -- now, this is supposed to be a

20  copy of a document created in 1961, which was created on a

21  typewriter.  On a typewriter, when you type letter by letter

22  by letter, you don't see letters encroaching on the space --

23          JUDGE MALIHI:  Counsel, is that a question or --

24          MS. TAITZ:  A question, which is -- I'm just

25  explaining --

Page 28

1          THE WITNESS:  What's the aberrations of the

2    typewriter --

3    BY MS. TAITZ:

4        Q     The question is would you expect kerning or

5    encroachment of one letter going into space of the other

6    letter on a typewritten document?

7        A     No.   Typewriters basically are either 12

8    characters to an inch and they all fit in a specific box six

9    points wide.

10       Q     Okay.  What about this document, did you see

11   kerning here?

12       A     Yes, we did.  I have examples of it here, but we

13   can't show it.

14       Q     Okay, okay.  Yeah.  So you would not expect

15   kerning.

16       A     Yes,  There was a "t" and a "y" that were kerned

17   and a couple of other letters also.

18       Q     Okay, doesn't matter which letters.  So you saw

19   kerning here.

20       A     Yes.

21       Q     Next --

22       A     The letter spacing was off too and the line

23   spacing too.

24       Q     What about, did you check -- can we go a little

25   bit higher -- in terms of their number.  The number ends with

Page 29

1   641.  Did you check the numbers, was that sequential?

2        A    No, it was hard finding the law, but both the --

3   there was a Model States Vital Statistics Act and in the

4   U.S. Department of Health and Education as well as the

5   Social Security system that both say in the federal regs

6   that all birth certificate numbers have to be sequential and

7   they start from zero or one, January 1 at 12:01 a.m.

8        Q    Okay.

9        A    And they have to be sequential.

10       Q    Okay, Mr. Vogt --

11       A    Hang on.  In fact, in the Social Security system--

12            JUDGE MALIHI:  Sir.  Just wait for the next

13   question.

14   BY MS. TAITZ:

15       Q    Okay, so I just asked if it was sequential.

16       A    Yes.

17            MS. TAITZ:  That would be it.  Thank you very

18   much, Mr. Vogt.  And at this point --

19                              (A document was marked for

20                              identification as Plaintiff's

21                              Exhibit Number 5.)

22                                   (Witness excused.)

23            JUDGE MALIHI:  Your last witness.

24            MS. TAITZ:  Is Mr. Sampson.

25            JUDGE MALIHI:  Good morning, sir.

Page 30

1      MR. SAMPSON:  Good morning, Your Honor.  How are

2  you, sir?

3      JUDGE MALIHI:  Very good, thank you for coming.

4  Whereupon,

5                    JOHN SAMPSON

6  appeared as a witness herein and, having been first duly

7  sworn, was examined and testified as follows:

8                 DIRECT EXAMINATION

9  BY MS. TAITZ:

10     Q    Okay, Mr. Sampson, can you please state to the

11  Court, what is your education -- what is your professional

12  experience?

13     A    Okay.  First, my full name is John, middle initial

14  N., last name is Sampson, S-a-m-p as in Paul-s-o-n.

15          Educationally, I received a Bachelor of Arts *cum*

16  *laude* from Long Island University with a major in criminal

17  justice and minor in psychology.  I attended Thomas M.

18  Cooley Law School in Lansing, Michigan for a period of two

19  years, I did not graduate.

20     Q    And where did you work?

21     A    Subsequent to that, I was a police officer in the

22  State of New York for 18 months.

23          Subsequent to that, I was hired by the U.S.

24  Immigration and Naturalization Service.  Began my career at

25  John F. Kennedy Airport in 1981 in June as an immigration

1  inspector.  I received on-the-job training and classroom

2  instruction at Kennedy Airport.  My instructor was the

3  intelligence officer for the airport, who specialized in

4  fraudulent documents and immigration fraud.

5          I subsequently went into the enforcement branch

6  with Immigration two and a half years later and ultimately

7  became a senior deportation officer where I remained in New

8  York, then to New Jersey, back to New York and in 1985 --

9      Q   So you have many --

10     A   -- I moved to Colorado and I retired from U.S.

11 Immigrations and Customs Enforcement, Department of Homeland

12 Security, which was the successor agency to INS, in August

13 of 2008.

14     Q   Mr. Sampson, did you testify in court as an expert

15 on immigration and deportation?

16     A   I testified before federal grand juries and

17 administrative law judges --

18     Q   Thank you.

19     A   -- in deportation.

20     Q   Thank you, Your Honor -- oh, I'm sorry.  Thank

21 you, Mr. Sampson.

22          Because we have so little time, I just want to

23 move on.

24          So you have extensive experience as a senior

25 deportation officer.

Page 32

1       When is the first time we discussed Mr. Obama's

2    records?

3       A    November of 2009, after I retired, I formed my own

4    consulting firm, and have been employed -- self-employed

5    since January of 2009 to this date.

6       Q    Is that the affidavit that you provided me?

7       A    Yes, it is.

8       Q    And is that an affidavit in regards to the Social

9    Security Number of Mr. Obama?

10      A    It's an affidavit of the number that he is using.

11      Q    What did you find -- in your professional

12   experience and knowledge, what did you find in regards to

13   his Social Security Number?

14      A    When I ran the Social Security Number through

15   Locate Plus, which is a commercial database that's used by

16   private investigators and law enforcement personnel and

17   attorneys, the only person who was associated and affiliated

18   with ██████████ was Mr. Barack Hussein Obama.  It gave me a

19   list of his addresses, driver's license information, other

20   background information, possible relatives, et cetera.  It

21   also indicated that the Social Security Number was issued in

22   1977 to a person residing in the state of Connecticut at the

23   time that that number was assigned.

24      Q    Was Mr. Obama -- did Mr. Obama ever reside in the

25   state of Connecticut?

1     A     Not to my knowledge, no.  All the information and

2     data that I have is, specifically in that period of time, he

3     was residing with his maternal grandparents Stanley Armour

4     Dunham and Madelyn Payne Dunham in Hawaii.

5     Q     Did you also review the birth certificate -- the

6     alleged copy of a birth certificate that Mr. Obama posted

7     online?

8     A     I've seen it and I have a copy of it, yes.

9     Q     Was there anything suspicious about this birth

10    certificate?

11    A     There are three issues of concern as far as I can

12    tell.

13    Number one, the serial number that's in the upper

14    right hand corner is out of sequence and -- when compared to

15    two other birth certificates issued to two twins that were

16    born the day after Mr. Obama was born and whose certificates

17    were issued three days after his was supposedly issued,

18    their serial numbers are lower, although you would expect

19    them to be higher, given the fact that they were subsequent

20    to his.

21    The second thing is that the certification

22    paragraph that's contained in their birth certificates is

23    somewhat different than the certification paragraph that is

24    contained in the Obama birth certificate.

25    And last, but not least, the name of the local

1   registrar for the Obama birth certificate is different than

2   the one on the Nordyke twins, and you would think that given

3   the fact that they were born within 24 hours of each other,

4   the local registrar would have been the same given the fact

5   that they were born in the same medical facility at the same

6   location.

7        Q    Mr. Sampson, so what was your suspicion when you

8   studied the Social Security Number and the birth certificate

9   of Mr. Obama, in your professional opinion?

10       A    In my opinion, I believe that there's credible

11  evidence to warrant further investigation and the issuance

12  of court orders requesting the unsealing of records in

13  Hawaii as well as the release of records from the Social

14  Security Administration as to who the owner of 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

15  is.

16       Q    Mr. Sampson, Mr. Ken Allen testified to the fact

17  that he received immigration records of Mr. Lolo Soetoro,

18  Mr. Obama's stepfather.  Those were made public.  Did you

19  study those immigration records?

20       A    I have a copy of them and I have looked at them,

21  yes.

22       Q    Was there any redacting in those records?

23       A    My understanding, reading the letter, the

24  transmittal letter, that was accompanying the documents, the

25  A file, what's called the alien file or the A file, that was

1    sent to Mr. Allen, was that they redacted a portion of some

2    of the documents.  I believe six of them were redacted, and

3    then there were seven pages that were withheld in their

4    entirety due to Privacy Act concerns.

5        Q    Mr. Sampson, are there usually redactions in the

6    records of deceased individuals?

7        A    No.

8        Q    So let's see, who could have been on the

9    immigration records of Lolo Soetoro, who is not deceased

10   today?  Is Mr. Soetoro decreased?

11       A    Mr. Soetoro is deceased, Ms. Dunham is deceased,

12   the grandparents are deceased, Mr. Barack Obama, Sr. is

13   deceased.  Maya Soetoro-Ng was not born at the time, and

14   therefore was not part of this at the time that Stanley Ann

15   Dunham petitioned to have her spouse, Mr. Soetoro,

16   classified as an immediate relative so he could receive an

17   immigrant visa.

18       Q    So what would be your conclusion, who could have

19   been listed on Mr. Soetoro's immigration records which was

20   the reason for redaction?

21       A    The only person that can come to mind would be

22   Barack Hussein Obama, II, also known as Barry Soetoro.

23       Q    Next question, Mr. Sampson.  In your opinion as a

24   deportation officer, if Mr. Barack Obama was a natural-born

25   U.S. citizen, he had a valid U.S. citizenship, and he never

1   lost the citizenship while living in Indonesia, would he

2   need immigration records, would he need to immigrate?

3       A    No, there would be no need for him to be issued an

4   immigrant visa, he'd be considered a U.S. citizen, be able

5   to travel to the United States as a citizen.

6       Q    Knowing all the information that you have in

7   regards to Mr. Obama, what would be your conclusion and what

8   do you believe that needs to be done -- or what would you do

9   in cases similar to this with these kind of records?

10      A    It would warrant further investigation.  What I

11  would do if I was still working with Immigration, is I would

12  be getting the originals of the documents I just mentioned.

13  I would go to the Social Security Administration and request

14  a copy of the SS-5 which is the actual handwritten

15  application for a Social Security Number.  I would also

16  request the State of Hawaii submit a certified copy of any

17  birth records, so this way we could rule in or rule out

18  whether or not he was born in Hawaii.

19      Q    How about immigration and passport records?

20      A    I would be going to the State Department Office of

21  Passport Services to see if there are any U.S. passports

22  issued.

23      Q    And if those are not provided or the U.S. Attorney

24  is not willing to proceed with those steps, what would you

25  do?

Page 37

1    A    Well first, let me clarify -- in the event we

2   would be conducting an investigation, it would primarily be

3   a criminal investigation to determine whether any charges

4   should be filed.  And the way the procedure works in federal

5   system is that you would do a report, submit it to the

6   United States Attorney's Criminal Division, so that they

7   could review it and determine whether or not they would

8   accept it for prosecution.

9         Assuming that they declined it, the alternative

10  would be, if there was evidence to suggest that the

11  individual in question was not a citizen of the United

12  States and in fact had falsely claimed to be a U.S. citizen,

13  that person could be placed in deportation proceedings

14  because falsely claiming to be a U.S. citizen is a separate

15  and entirely standalone charge for deportation purposes.

16   Q    Would it be sufficient for warrant for this

17  person's arrest?

18   A    Well, that would be how you would commence a

19  removal proceeding.  You would request an administrative

20  arrest warrant signed by the field office director, notice

21  to appear in removal proceedings and a custody determination

22  to determine whether or not the individual would be held in

23  custody, released on their recognizance or some other

24  alternative to detention such as electronic ankle monitoring

25  or something like that.

1      Q    I understand.  So just to clarify for the Court,

2    if the U.S. Attorney refuses to proceed -- to act -- as a

3    deportation officer, you would have been seeking a warrant

4    for arrest of this individual and deportation?

5      A    I would be seeking a warrant of arrest and then

6    issuance of a notice to appear on any individual who made a

7    false claim to United States citizenship, and who was not

8    clearly a citizen or was clearly admitted for permanent

9    residence.

10          MS. TAITZ:  Thank you, thank you, Mr. Sampson.

11          At this point, I would like to admit into evidence

12   the affidavit of Mr. Sampson and the attached documents.

13          JUDGE MALIHI:  Thank you, sir, you may step down.

14          THE WITNESS:  Thank you, Your Honor.

15                                          (Witness excused.)

16          JUDGE MALIHI:  Counsel, I'm ready to hear your

17   closing argument.

18          MS. TAITZ:  Yes, Your Honor.  I'm just going to

19   give Mr. Sampson's affidavit.

20          I apologize.

21          (Pause.)

22                          (The document referred to was

23                          marked for identification as

24                          Plaintiff's Exhibit Number 6.)

25          MS. TAITZ:  So what do we have in this case?

Page 39

1        We have records from Mr. Obama from Indonesia

2   where he went to school and went under the last name

3   Soetoro; nationality, Indonesian.

4        Keep going, keep going.  Now -- stop.

5        Now what's interesting about those records from

6   Indonesia that we just saw a minute ago, it stated that Mr.

7   Obama went to school in Indonesia from 19 -- I'm sorry, from

8   January 1st, 1968 and here is another picture.  And this is

9   a well-known picture, it was published in multiple papers,

10  of smiling Mr. Obama with his friend ad it states "1969,

11  third grade."  And that's a picture from Hawaii.

12       So we have two records.  We have a record from

13  Indonesia where there is a boy who goes by name Barry

14  Soetoro, who at least for a period of two years, 1968 and

15  '69, resides in Indonesia and goes by name Barry Soetoro.

16       We have another boy, who during this same time,

17  1968 and '69 resides in Hawaii and goes by name Barry Obama.

18       And we have no idea which boy came back to this

19  country.

20       Keep going.  Next document -- this is Mr. Obama's

21  application to become --

22       JUDGE MALIHI:  Counsel, are you testifying?

23       MS. TAITZ:  I can actually testify.

24       JUDGE MALIHI:  You don't have to.  I asked you to

25  do closing argument.

Page 40

1          MS. TAITZ:  I would like to, yes.

2          JUDGE MALIHI:  No, no, no.

3          MS. TAITZ:  Actually, since I was the one --

4          JUDGE MALIHI:  What personal knowledge do you

5  have?

6          MS. TAITZ:  I personally obtained those documents.

7          JUDGE MALIHI:  And -- no, no, no.  That's not

8  personal knowledge.

9          MS. TAITZ:  I have -- this is the official law

10  registration that was -- that is available online.  I

11  personally downloaded it from online records of the Illinois

12  Bar.  And that's Mr. Obama's registration as an attorney in

13  the State of Illinois.

14          And I would like to testify under oath.  Actually

15  not only this, but other records since I was the one who did

16  most of the research, I will testify.

17          THE REPORTER:  Raise your right hand, please.

18  Whereupon,

19                      ORLY TAITZ

20  appeared as a witness herein and, having been first duly

21  sworn, was examined and testified as follows:

22                    DIRECT TESTIMONY

23          THE WITNESS:  So, here, what is important about

24  this record?  It says full license name:  Barack Hussein

25  Obama.  Full former names:  None.

Page 41

1          We've already seen that in his mother's records,

2    passport records, Mr. Obama is listed by last name

3    Soebarkah.  We've seen that in his records in Indonesia, he

4    is listed under name Soetoro.

5          So, clearly, Mr. Obama was committing perjury when

6    he applied for this record.

7          I actually personally contacted the Illinois Bar

8    and inquired about it.  I was told that since Mr. Obama is

9    inactive, it's not a problem.

10         I contacted the Bar again and I demanded

11   investigation, at which time, Mr. Obama's record as an

12   attorney was changed from "inactive" to "not allowed to

13   practice law."  Mr. Obama has resigned from the Bar, he gave

14   up his law license and I believe it was --

15         JUDGE MALIHI:  How is that relevant, counsel, to

16   the legal issues before me?

17         MS. TAITZ:  It's relevant to the fact that he is

18   hiding his identity under his prior names -- Soetoro and

19   Soebarkah.  And we have a whole record or Mr. Obama going

20   through life hiding records.

21         Next --

22         JUDGE MALIHI:  Counsel, I'm going to ask you to

23   submit your testimony in writing.

24         MS. TAITZ:  Sure, okay.

25         JUDGE MALIHI:  Let's make a closing argument.

1          MS. TAITZ:  Okay.

2          Your Honor, U.S. citizens have cherished

3    Constitutional rights, their First Amendment right to -- for

4    free speech.  Voting is a political speech that is extremely

5    important.  Our democracy rests on this.  Women fought for

6    years in suffrage movements for this right to be able to

7    vote.  Minorities right here in the south fought for their

8    right.

9          My clients are fighting for their right to vote

10   for a person who is legitimate.  They're fighting for their

11   right to participate in lawful elections that are free from

12   fraud and forgery.  The Plaintiffs have shown, and the

13   witnesses that testified here have shown, that not only

14   there is a Constitutional problem with Mr. Obama's

15   eligibility that his father was not a U.S. citizen, but we

16   have clear evidence of fraud and forgery in Mr. Obama's

17   birth certificate, his Social Security Number, and since

18   those are primary documents, all the other documents that

19   were issued based on those two.

20         We also presented evidence showing that Mr. Obama

21   used other last names -- Soetoro and Soebarkah -- and we do

22   not have any evidence of him legally changing his name from

23   Soetoro to Obama; and the fact that he was a citizen of

24   Indonesia.  There is no evidence to show that this was

25   changed.

Page 43

1          Based on all the above, the Plaintiffs submit that

2    they have proven -- they've met their burden of proof and

3    Mr. Obama should be found ineligible.

4          Moreover, I have issued a subpoena, Your Honor has

5    stated to Mr. Obama that this subpoena needs to be honored,

6    he should have been here with certified documents with

7    embossed seal to show that indeed he has anything.  So far,

8    the only thing that Mr. Obama has shown is a computerized

9    image that could have been created yesterday, that he is

10   posting on mugs and tee shirts.  Mugs and tee shirts are not

11   a prima facie evidence.

12         Not one single judge in the country has found that

13   Mr. Obama is legitimate for presidency.  All the cases --

14   you know, we've heard in the media fraudulent statements

15   that came from Mr. Obama's attorney, Mr. Jablonski, that the

16   issue was litigated, it was proven he is eligible.  That's

17   fraud.  It was never litigated on the merits.  Not one judge

18   stated that Mr. Obama has a valid birth certificate.  Not

19   one judge stated that he has a valid Social Security Number.

20   Not one judge found that Obama is legally his name or that

21   the person sitting in the White House is indeed Barack

22   Obama.  It was never heard on the merits, it was never heard

23   in a court of law on the merits.  And, therefore, the

24   Plaintiffs are asking to rule on the merits.

25         Also, because our reports are due by February 5, I

1  would ask Your Honor for Letters of Interrogatory.  I worked

2  for three years trying to get additional documents.  I was

3  threatened, defamed.  And without Letter of Interrogatory

4  from Your Honor to the First Circuit Court in Hawaii to

5  issue a local subpoena to the Department of Health, and

6  Letter of Interrogatory to the D.C. Court to get Mr. Obama's

7  passport, immigration and social security records, we would

8  not be able to get any original records.  So I would ask not

9  only to find that Mr. Obama is not eligible based on the

10  documents that we have, but also Letter of Interrogatory so

11  we can disclose all of the original records, if they exist,

12  forward to the other states, so there will be consistency

13  between all 50 states.

14        And as Mr. Sampson has stated, if it would have

15  been anybody else, it would have gone to a warrant for

16  arrest and deportation.  We are all equal under the law in

17  this country.  A person -- a poor person in the poor house

18  or a president in the White House are all equal under the

19  law and I'm asking Your Honor to hold Mr. Obama in contempt

20  of court due to the fact that subpoena was issued and he

21  intentionally disrespected and disregarded the subpoena.

22        Thank you, Your Honor.

23        JUDGE MALIHI:  Thank you very much, counsel.  May

24  I have your exhibits before we close?

25        MS. TAITZ:  Yes, Your Honor.

Page 45

1          (A document was proffered to the reporter.)

2          THE REPORTER:  I don't know what this is.

3          MS. TAITZ:  Put the next number on it.

4                              (The document referred to was

5                              marked for identification as

6                              Plaintiff's Exhibit Number 7.)

7          JUDGE MALIHI:  Ms. Taitz, may I have your

8    exhibits?

9          (Documents were proffered to the Court.)

10          JUDGE MALIHI:  This concludes the hearing for

11    today.  Have a good day.

12          MS. TAITZ:  Thank you, Your Honor.

13          (Whereupon, the hearing was concluded at

14      11:12 a.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 46

C E R T I F I C A T E

I, Peggy J. Warren, do hereby certify that the foregoing pages represent a true and accurate transcription of the events which transpired at the time and place set out in the caption, to the best of my ability.


Peggy J. Warren, CVR-CM, CCR A-171

1             **TRANSCRIPT OF MEDIA PRESENTATION**

2             **Sheriff Joe Arpaio, Maricopa County, Arizona**

3                        **March 1, 2012**


4       **INVESTIGATION INTO BARACK OBAMA'S BIRTH CERTIFICATE**

5         **AND ELIGIBILITY TO HOLD THE OFFICE OF PRESIDENT**



6    **LISA ALLEN** [00:56]: Good afternoon. I'm Lisa Allen, the Director of Media

7    Relations for the Maricopa County Sheriff's Office, here to introduce you to those

8    who are going to be speaking today and presenting the initial findings of a six-month

9    long investigation by the Sheriff's Cold Case Posse into the authenticity of the

10   President's birth certificate and his subsequent eligibility to hold the Office of

11   President.


12   [01:21] Addressing you today will be Sheriff Joe Arpaio. The Sheriff will provide a

13   brief synopsis of the investigation's initial findings. Following his opening remarks,

14   Mike Zullo, Lead Investigator from the Cold Case Posse will provide far more details

15   on the findings and how investigators came to their conclusions so far. Dr. Jerry

16   Corsi, Jerome Corsi, is also here. He will detail his involvement in the investigation.

17   Also present with us today but not having any official presentation is Mara Zebest.

18   She is a computer specialist, author, and lecturer of document creation and

19   publication. Denise O'Rourke is here. She's one of the Phoenix based attorneys who

20   worked alongside investigators during the course of the investigation, and Carl Seel,

21   State Representative from District Six is here to briefly discuss his effort to

22   reintroduce legislation pertaining to this particular matter.

23    [02:24] Once Dr. Corsi finishes his brief remarks, Sheriff Arpaio will conclude the
24    press conference with his final thoughts on the matter. At this point we will be open
25    to questions. Most of the questions, you need to know, will be handled by Mike Zullo
26    or Dr. Corsi. In the materials available to you today is a short introduction on all of
27    those participating in today's press conference.

28    [02:49] This will be what we call a technically complex press conference, and all of
29    us here have endeavored to make it as easy to comprehend as possible. So to
30    facilitate that goal, we have provided not only a lengthy and detailed press release,
31    but the Posse also put together six short presentations which you will see today
32    helping to explain why investigators believe the veracity of the President's birth
33    certificate and Selective Registration card are highly suspect. Those videos will be
34    made available through YouTube later today for public dissemination, and just for full
35    disclosure, this press conference is being streamed live as we speak.

36    Here's Sheriff Arpaio.

37    **SHERIFF ARPAIO** [03:39]: Good afternoon. You know, in August last year, a large
38    group of citizens came to my office from the Surprise Arizona Tea Party and met with
39    me, asked if I would investigate the controversy surrounding President Obama's
40    birth certificate and his ability to serve as the President of the United States. This
41    group expressed displeasure that no law enforcement agency in the country has ever
42    gone on record indicating that they had either looked into this situation or were
43    willing to do so.

44    [04:26] I decided to utilize my Cold Case Posse, volunteers, to investigate the
45    situation at no expense to the taxpayers. I repeat, no expense to the taxpayers. The
46    Cold Case Posse has received much criminal training in investigations from my office
47    and agreed to take on the challenge. The Posse reports directly to the office of the
48    elected Sheriff, per the Arizona Constitution, consisting of former police officers,
49    attorneys, who worked side by side for six months investigating this matter. I asked
50    them to conduct the investigation with no preconceived ideas. Call it like it is. The
51    critics will say that this investigation is politics, but let me clear that up on one point.
52    I felt that this investigation could clear the President Obama's name and put people's
53    mind at ease. It would be beneficial to our country as a whole and to the citizens of

54    Maricopa County, Arizona, who came to me saying they felt their concerns were

55    being ignored.

56    [06:09] The investigation focuses on the electronic file you'll see, that was presented

57    as President Obama's long-form birth certificate to the American people and to

58    citizens of Maricopa County by the White House in April of last year. The

59    investigation then also led us to a closer examination of the President's Selective

60    Service Registration card. Upon close examination of the evidence, we are prepared

61    today to say we believe probable cause exists indicating that forgery and fraud may

62    have been committed, not only in President Obama's long form birth certificate, but

63    more disturbing evidence suggests that another fraud may have been committed

64    regarding his Selective Service Registration card. At the very least, I can tell you

65    this: based on all of the evidence presented and investigated, I cannot in good faith

66    report to you that these documents are authentic.

67    [07:39] My investigators believe that the long form birth certificate was

68    manufactured electronically and that it did not originate in a paper format as claimed

69    by the White House. How we came to that conclusion will be presented to you by our

70    lead investigator, Mike Zullo.

71    **MIKE ZULLO** [08:16]: Good afternoon. My name is Michael Zullo. I am the Lead

72    Investigator for the Maricopa County Cold Case Posse.

73    [08:24] I wanted to give you a little background real quick, and then I'm going to

74    move into some videos that we made. I am going to ask for your forgiveness. The

75    videos we're going to show you today are drafts. The final copies failed to arrive this

76    morning. We have some typos. Please excuse the spelling mistakes.

77    [08:41] Going back to what the Sheriff had just informed you, when the Sheriff

78    commissioned the Cold Case Posse to look into this matter, the Sheriff advised that

79    he had no prior knowledge of this information, he didn't know whether or not an

80    offense had been committed, didn't even know whether this was in his jurisdiction or

81    not. Rather than using taxpayer dollars to go on a fishing expedition, the Sheriff

82    commissioned the Posse. We put together a group of five individuals: three former

83    police officers, all with criminal investigative experiences from other agencies, as

84  well as being trained by the Maricopa County Sheriff's Office General Investigation
85  Division. We also brought in two attorneys so we could get some solid legal input.

86  [09:28] Going forward, our methodology was to look at this document and validate
87  this document. In other words, all we wanted to do was look at this information,
88  reproduce what was in this document, and then move on. If we could reproduce it,
89  there truly is no issue. Unfortunately the evidence took us somewhere else.

90  [09:51] In order to take this complex problem and bring it down to a level that we
91  all can understand it, I'm going to ask you to endure six short videos. The average
92  duration is one-and-a-half minutes, with a concluding video to be about four
93  minutes.

94  [10:30]: While he's doing that, the sixth video is going to be a video highlighting Mr.
95  Obama's Selective Service card. The Selective Service Registration card had been a
96  point of controversy, and during our investigation this information kept surfacing. So
97  we decided to take a look at that as well. That's going to be self-explanatory.

98  [10:51] As far as the birth certificate itself is concerned, the first video you are going
99  to see is what this document should have looked like had it been a paper document
100 to begin with. We do not believe this document that presented on April 27, 2011 by
101 the White House, ever existed in paper form.

102 [11:12] So if you just bear with me, we'll get that video going, and we can move on
103 from there.

104 **= VIDEO 1 START =**

105 [11:23] "What should President Obama's birth certificate have looked like after being
106 scanned into a computer? In order to find out we stripped away the document's
107 green background, leaving only a black and white document. Next the document was
108 photocopied onto green basket-weave safety paper.  The document was then
109 scanned into a computer and opened in Adobe Illustrator.   Once inside Illustrator
110 the file was as it should be; it has one layer and one link.  As the document is
111 enlarged we'll notice two more characteristics that confirm it was produced by

112   scanning a paper document into a computer.  First, the texture of the paper can be
113   seen underneath the ink.  Secondly, the image noise is consistent throughout the
114   document as we scroll from top to bottom.  So to recap, we have one layer, one link,
115   and noise that is consistent throughout the document.

116   [12:30]: "So why didn't the birth certificate file released by President Obama behave
117   the same way?   Can the anomalies in President Obama's birth certificate be
118   explained by the use of OCR software or perhaps by the fact that the document was
119   optimized prior to released?  We'll explore these possible explanations in a moment.
120   But first we'll take a closer look at President Obama's birth certificate."

121   **= VIDEO 1 END =**

122   **MIKE ZULLO** [13:02] : What I want you to remember about that particular video is
123   because the President's birth certificate released by the White House was an
124   electronic document, we literally had the capability to go into that file and turn off
125   the green safety paper background. Anybody that gets documents anywhere realizes
126   that safety paper is supposed to be a source of comfort that it is an official
127   document. We had the ability to turn it off.

128   [13:29] We turned it off and we scanned the President's birth certificate onto a hard
129   copy paper document, a paper, a safety paper document we actually laid his birth
130   certificate on top of.

131   [13:43] Now what you're going to see is the differences between what we did and
132   what the file from the White House actually contains.

133   **= VIDEO 2 START =**

134   [13:52]: "We've already seen what is supposed to happen when a paper document is
135   scanned into a computer and opened in Adobe Illustrator.

136   [14:01]: "Now let's use Illustrator to open the PDF file of Obama's long-form birth
137   certificate that was posted on WhiteHouse.gov on April 27th, 2011. At first glance the
138   document appears to have only one layer. However a quick glance at the links

139   palette indicates that there are many layers.  Nine layers to be exact.  As we turn
140   each layer on and off, note the information that each contains. As layers 1 and 2 are
141   turned on and off they appear to contain no information.  As we will see later,
142   nothing could be farther from the truth.

143   [14:49]: "Keep your eyes on Box 20, 22 and the Date Stamp at the bottom of the
144   page as we click layers 4, 5 and 6 on and off.  Layer 7 contains the State Registrar's
145   stamp, layer 8 most of the type, and layer 9 the green safety paper background.

146   [15:11]: "Perhaps most troubling is the way the Date Stamp, and the State
147   Registrar's stamp at the bottom edge of the page, can be moved around the page in
148   their entirety once they've been selected.  This immediately caught the attention of
149   Maricopa County Sheriff's investigators.

150   [15:31]: "You'll recall that when a paper document is scanned into a computer we
151   typically see an even level of noise throughout the document.  So does the PDF file
152   released by the White House pass this test?   No it does not.  As you can see as we
153   scroll down the document, noise is not evenly distributed as it should be.

154   [15:55]: "Those who have attempted to defend the documents authenticity rely
155   primarily on two theories.  One, that the document may have had Optical Character
156   Recognition software applied to it, or that because the document was optimized
157   before being released to the general public these anomalies are expected.  As you
158   will see, both theories are easily debunked."

159   **= VIDEO 2 END =**

160   **MIKE ZULLO** [16:23]: As you can see in this video, we scanned in a control
161   document the way a document would be if you just simply scan it into a computer,
162   put it into a PDF file, and wanted to upload it onto the internet for viewing. If any
163   one of you brought me your birth certificate, I could scan it into a computer and get
164   that same effect. There would be no links, no layers, nothing able to move on the
165   document.

166   [16:48] Over the last 10 months with all the controversy, there have been those that

167   tried to explain away these anomalies, and they tried to explain them away by
168   offering up excuses of OCR software or optimization. We tried to control study on
169   using OCR software and optimization, attempting to again validate Mr. Obama's birth
170   certificate. These were our results.

171   **= VIDEO 3 START =**

172   [17:19]: "Theories put forth by those who are trying to defend the authenticity of
173   Barack Obama's long-form birth certificate, is that the many anomalies contained in
174   the document are there because Optical Character Recognition (or OCR software)
175   was applied to the document prior to its release by the White House.  What is OCR
176   software, and what evidence is there that this software was, or was not, applied to
177   President Obama's long-form birth certificate before being released by the White
178   House?

179   [17:54] "In order to determine if OCR software had been applied to the file released
180   by the White House, we put it through a 3-part test.  First, can fonts be recognized
181   in the document? Secondly, can words be searched for in the document, and third,
182   can text be edited in the document?

183   [18:13] "Before we look at Barack Obama's long form birth certificate, let's take a
184   look at a document we know has had OCR software applied to it.  This document
185   started out as a piece of paper.  It was scanned into a computer and then had OCR
186   software applied to it.  As we can see, fonts are recognized in the document, so it
187   has passed the first part of our test.  Next we'll see if words can be searched for in
188   the document.  Let's try the word "constitution" .. and there it is.  The document has
189   now passed the second part of the test.  Now we'll see if text within the document
190   can be edited .. Indeed it can.  The document has passed all three parts of our test.
191   We can say, with 100-percent certainty, that this document did have OCR software
192   applied.

193   [19:32] "Now we'll put the file released by the White House through the same 3-
194   point test.   First we check to see what fonts were identified.  As you can see no
195   fonts were identified, therefore the document fails the first test.   Now we'll search
196   for a word that we know is in the document.  It would seem that no matches were

197 found.  The document therefore fails the second test.   Now we'll see if we can edit
198 text in the document.  We can't even highlight text so that it can be edited.  The
199 document therefore fails the third test.  We can say with 100-percent certainty that
200 the document was not put through OCR software.

201 [20:17] "If the use of Optical Character Recognition Software isn't responsible for
202 the many anomalies in Barack Obama's long-form birth certificate, what about
203 "Optimization"?  We'll explore this theory in our next video."

204 **= VIDEO 3 END =**

205 **MIKE ZULLO** [20.34]: With OCR software off the table, this is where this
206 investigation really started to turn for us. We were having difficulty reproducing
207 anomalies in the file released by the White House. This really started to become a
208 problem for us. We knew at that point that this document was most likely
209 manufactured.

210 [20:55]: The next excuse that was given up supporting the authenticity of the
211 document was "Optimization". Optimization in a nutshell is just compressing the file,
212 and certain anomalies happen there. We ran optimization tests on the file from the
213 White House on the 27th.

214 **= VIDEO 4 START =**

215 [ 21:15]: "Optimized is a fancy way of saying that a file has been drastically
216 reduced in size.  So was there a good reason for optimizing Barack Obama's birth
217 certificate before posting it on the Internet?  Given the anticipated number of
218 downloads, yes, a smaller file would be beneficial.

219 [21:35] "Now for the big question – Can optimization explain the many anomalies in
220 Barack Obama's birth certificate?   In order to find out, we'll once again perform a
221 little experiment.  You'll recall that we took Barack Obama's birth certificate,
222 removed the green background, then photocopied it onto green basket-weave safety
223 paper.  Next we scanned it into a computer.  This time we also optimized the
224 document.  We'll now begin a series of comparisons between the control document

225   and the one released by the White House.

226   [22:12] "Let's start with a look at 'layers'.  Optimization produced 45 layers in our
227   control document which is to be expected with a document of this complexity. The
228   document released by the White House had only 9 layers.

229   [22:30] "Now let's look at the green safety paper background. As we look at this
230   sped-up version of the layers in our control document being turned on, you'll note
231   that the green background layer is divided over many, many layers.  This is to be
232   expected as a result of the optimization process.  The birth certificate released by
233   the White House has 100-percent of the the green background on the 9th and final
234   layer.  As you have seen by looking at the control document, this is not an expected
235   result of optimization and implies strongly that the green background layer was
236   created on a computer and inserted behind the other layers as the last step in the
237   computerized document creation process.

238   [23:25] "And now we'll look at the Registrar's Stamp and the Date Stamp.  The Date
239   and the Registrar's Stamp are contained in part on layer 1.  I'll lift layer 1 off the
240   document so you can see.  There you go, part of the Date Stamp, part of the
241   Registrar's Stamp.  Now the Date Stamp is also contained in part on layer 7 and on
242   layer 27.  The Registrar's Stamp, in addition to being contained on layer 1, is also
243   contained on layer 6.  Note that both stamps took some of the green background
244   with them.  Suffice it to say that the Date Stamp and the Registrar's Stamp, in a
245   document that has been optimized, cannot be moved around the document in one
246   piece at will.

247   [24:18] "Now let's look at the Certificate of Live Birth released by the White House.
248   As you can see both the Date Stamp and the Registrar's Stamp can be moved
249   anywhere you want in one piece -- no green background going with it -- lifted
250   cleanly off the document.  As we know from our previous example this is not caused
251   by optimization.

252   [24:44] "Now let's look at the 'white halo issue'.  As we look at our control document
253   we can see that there is no white halo effect caused by optimization.  Even as we
254   zoom in and look closely between the letters we can see that the white halo effect

255   does not exist, and therefore cannot be blamed on optimization. As we zoom in on
256   the document released by the White House we can see the white halo effect
257   throughout the document.  And while we do not know what caused this white halo
258   effect, we can state with confidence that it was not caused by optimization.

259   [25:24] "There are numerous ways a white halo effect can be manufactured within
260   Adobe Photoshop.  The exact way that this particular effect was manufactured is not
261   important.  All that is important is to note that when you scan a document into a
262   computer and optimize it a white halo effect is not produced.

263   [25:42] "In conclusion we can state that while optimization can result in a layered
264   document, the layers found in Barack Obama's long form birth certificate are very
265   dissimilar to what we'd expect as a result of the optimization process.

266   [25:59] "In short, optimization doesn't explain a single anomaly in Barack Obama's
267   long form birth certificate.  Not a single one."

268   **= VIDEO 4 END =**

269   **MIKE ZULLO** [26:11] : In looking at that video, you'll see that on Mr. Obama's birth
270   certificate, there are approximately 8 or 9 links and layers. Links and layers are
271   indicative of a document being built, like you would on those transparencies from
272   years ago when you start laying them one on top of the other, and you start to build
273   a picture. That's what that's indicative of. Running it through software for
274   optimization or OCR, you get anywhere from 45 to 150 links and layers, all bits and
275   pieces. Mr. Obama's is down to about 8 or 9, give or take, on either side. That's an
276   indication of human logic was involved in putting that document together. A
277   computer will not randomly do what it does on Mr. Obama's certificate.
278

279   [27:00] The other thing I want you to pay a little close attention to -- I believe this
280   is the conclusion video coming up -- the Registrar's Stamp and Date Stamp. At this
281   point when we realized that you could pick up that stamp and move it and leave a
282   white background basically outlining all the letters, indicated to us that the green
283   safety paper was the last thing applied to the document. In order to get that effect
284   the green safety paper would have had to have been applied by a computer -- in

285   other words, taking a little swatch and replicating it all over the document. During
286   that process, that green safety paper doesn't fill in where other fonts are. It only fills
287   in blank spots. That tells us that whoever did this put the green safety paper on that
288   document last. If you go back to our video in the beginning, it should have been
289   there right on the onset, and it wasn't.

290   [27:56] The next video I'm going to show you is the conclusion. It is a little lengthy,
291   but we did it for a purpose. These videos are designed -- you're going to have to
292   watch them a couple times – this last video will bring it together on the birth
293   certificate. Then I want to move into two other issues, and I won't take up any more
294   of your time.

295   **= VIDEO 5 START =**

296   [28:17] "Over the last 10 months there have been numerous attempts to defend the
297   authenticity of Barack Obama's long form birth certificate by offering up speculation
298   and conjecture.   Unlike those who defend the authenticity of the document, we
299   were not willing to merely speculate or engage in conjecture.  Instead we created
300   our own control document and scanned it into a computer.

301   [28:48] "Many have falsely claimed that optical character recognition software was
302   applied to Barack Obama's long form birth certificate in an attempt to explain away
303   the document's many problems.  You'll recall that because fonts were not recognized
304   in the document, and text could not be successfully searched for or edited in the
305   document, we concluded with 100-percent certainty that OCR software had not been
306   applied to Barack Obama's long form birth certificate.   Now we'll apply character
307   recognition sofware to Barack Obama's long form birth certificate. Once we  are
308   done will will apply the same 3-point test to Barack Obama's birth certificate.  This
309   time we should see drastically different results.

310   [29:48] "First we'll look under the properties tab to see if fonts were recognized. ..
311   As you can see, they were.

312   [29.56] "Next we'll see if we can search for a word in the body of the text.  We'll
313   choose the word 'live' since we know that it's there.  ..  And as you can see, the

314    word was quickly found.

315    [30:05] "Now we'll see if we can edit the word that we found. .. As you can see,
316    once a document has had OCR software applied to it, you can edit text with ease.

317    [30:26] "Many have also incorrectly suggested that optimization is the panacea for
318    all that ails the long form birth certificate.  But optimization produces layers very
319    different from the layers found in the long form birth certificate released by Obama.
320    The document released by the White House had only 9 layers. Our control document
321    had 45 layers after being optimized.

322    [31:01] "All attempts to replicate the layering effect through optimization on the
323    long form birth certificate or a document of similar complexity have resulted in
324    considerably more than 9 layers.  In instances where a low number of layers has
325    been produced the documents being optimized have typically been rather simple in
326    nature, as when author John Woodman used a page from Little Red Riding Hood.

327    [31:28] "In addition to the number of layers being different between the long form
328    birth certificate released by the White House and the control document, there is
329    another very important difference regarding the layers.  As we turn on all 45 layers
330    of our control document you'll note that there seems to be no rhyme or reason to
331    the organization.  Contrast this if you will with the long form birth certificate released
332    by the White House, where layers 4, 5, 6 and 7 all deal exclusively with stamp
333    information.  Are we to believe that this the result of a randomized computer
334    operation process?

335    [32:11] "The fact that the Registrar's Stamp and the April 25th Date Stamp appear
336    separately and independently of each other on separate links drew our attention to
337    the fact that they resided on separate independent layers.  The fact that the Date
338    and Registrar's stamp were linked and layered in this fashion brings us to the
339    conclusion that they were brought in from unknown sources and placed in the long
340    form birth certificate document released by Barack Obama to give the appearance of
341    legal certification.

342    [32:40] "Also troubling about the April 25th stamp and the Registrar's Stamp is the

343   fact that both stamps can be lifted cleanly off the document and moved about the
344   birth certificate in one solid piece.  It should be noted that none of the self-
345   proclaimed computer experts claiming to be able to replicate the layers in Obama's
346   long form birth certificate has been able to replicate this effect with the April 25th
347   Date Stamp and the Registrar's stamp.

348   [33:10] "This document is far too problematic to discuss all of its issues in one press
349   conference.  Please note that the issue we are most concerned with is that of the
350   Date Stamp and the Registrar's stamp which appear to have been imported from
351   unknown outside sources.  For if the Date Stamp and the Registrar's stamp which
352   were placed on the document to give it authenticity are fraudulent, then the entire
353   document is fraudulent."

354   **= VIDEO 5 END =**

355   **MIKE ZULLO** [33:45]: The last part of that video is probably the most important.
356   The fact that the Registrar's Stamp and the Date Stamp giving authenticity to the
357   document is a safety factor. It's to tell the public that this thing is true, it's authentic,
358   and it's official. The fact that that Date Stamp and Registrar's Stamp has been
359   imported from an unknown source, linked and layered in onto the document, and
360   can be moved around in its entirety leaving a white halo tells us that whoever
361   created this document imported that Registrar's Stamp and that Date Stamp, laid it
362   on a white background, and then filled in the green safety paper around it. That is
363   not the way, under any law that I am aware of, you authenticate a document. The
364   document has failed every test we put it through, and I want to also be clear, that
365   you understand, this was just not a bunch of ex-cops and lawyers running these
366   tests. We went outside to experts, graphic experts, forensic document examiners,
367   and ran these tests.

368   [34:55] This is serious. This is very serious. When we realized that that Registrar's
369   Stamp and that Date Stamp were imported the way they were, we notified Sheriff
370   Arpaio immediately, and advised him that we believed we had a forgery.

371   [34:12] Going forward, other information surfaced regarding allegations of Mr.
372   Obama being born abroad and not in Hawaii. Without having this document to rely

373    on, we were now forced to look into some other issues. There was speculation that

374    he was born in Kenya, that's been out there forever. We tried to determine, is there

375    a way for us to find out if that's true. We all know that every document surrounding

376    Mr. Obama's birth is basically sealed, or doesn't exist, or no, we're told something

377    about it. We took an unusual step. We knew back in 1960, 61, any flight coming in

378    from overseas to Hawaii would have been, I believe, Pan Am or TWA, and we tried to

379    see if there was an opportunity for us to get passenger manifests. There wasn't,

380    obviously. They don't exist any longer.

381    [36:07] We reached out to the National Archives and asked them the same question.

382    The National Archives responded and informed us that they didn't have manifests,

383    but what they actually did have was microfilm copies of INS records depicting of

384    every individual coming into the country from overseas. We asked them to copy

385    those records from microfilm onto viewable microfilm rolls for us. They did. I believe

386    we asked for a ten year span of time, 685 rolls, or something to that effect. We

387    asked Mr. Corsi, because he's local in that area, to go down and view those for us.

388    Mr. Corsi went in looking for the month of August, 1961. That is the birthdate of the

389    President. Not the exact birthdate, that is his birth month.

390    [37:01] Mr. Corsi was examining those records. When he got to August 1st, through

391    the day of August 7th, those records disappeared from the microfilm. And they

392    picked up on August 9th? August 8th. And then continued on. We petitioned the

393    Archives and asked them why this occurred, if they had any reason, an explanation.

394    To date, they do not.

395    [37:33] What does that translate to us? We don't know if Stanley Ann Dunham, or

396    Mr. Obama as an infant, was on an airplane coming into the country. We don't know

397    if he was, we don't know if he isn't, and we cannot make that determination. As a

398    result, we still have to entertain information now that he was possibly born abroad.

399    [37:56] Another issue surfaced. And that would be Mr. Obama's Selective Service

400    registration card. There have been months and months of debate over this Selective

401    Service card. We had to take a look at the Selective Service Card. And what you'll

402    see on one of diagrams there, you see a blow-up of the Selective Service Card. What

403    I'm going to do is I'm going to play this short video to show you what we did and

404    how we came to our determination. I'll expound on it a little bit, and then we'll move
405    forward.

406    **= VIDEO 6 START =**

407    [38:39] "Was Barack Obama's Selective Service card really received by the Post
408    Office on July 29, 1980? What exactly is the concern with Barack Obama's Selective
409    Service registration?

410    [38:53] "We reviewed multiple Selective Service Registration cards.  These are just
411    four examples.  Notice the Date Stamps on all four contain 4 digits for the
412    year/decade marking. This is a copy of the Date Stamp for Barack Obama's original
413    Selective Service Registration card that was made available for public review.

414    [39:15] "These photographs illustrate a standard pica stamp that was used during
415    the 1980's era. The photograph on the upper right shows the pica stamp
416    compartments in stamps that needed to be changed out daily, monthly, and yearly.
417    The picture on the bottom right is an example of a loaded pica stamp.

418    [39:38] "These 5 examples are the expected results from pica stamp used by the
419    United States Post Office.  The two examples on the far left are from the same Post
420    Office where Barack Obama supposedly turned in his Selective Service paperwork.
421    Per the United States Post Office, it is policy to use a stamp that contains 4 digits for
422    the year. The stamp below is Mr. Barack Obama's and it contains only two digits for
423    the year. Why?

424    [40:15] "This photograph shows a pica 2008 year stamp and a pica 80's stamp.
425    Since there are no 1980 pica year stamps available, the '2008' was cut between the
426    two '0's and inverted. This inverted cut stamp creates a similar effect which closely
427    resembles the one seen in Barack Obama's Selective Service registration card.
428
429    [40:41] "This illustration shows what the 2008 pica stamp looks like when cut in half
430    and then inverted.

431    [40:51] "In conclusion, as you can see by looking at the side-by-side comparison

432   below, there is a clear difference between the authentic stamp shown on the right
433   and Mr Barack Obama's on the left. Look at the distance between the '0' and the
434   innermost circle of the stamp.  Look at the distance to the right of the '0', and
435   beneath the '0'.  The reason the numbers '8' and '0' are out of position on Barack
436   Obama's registration card is because when the numbers '08' were cut away from the
437   year '2008' they were not cut squarely. Or perhaps put another way, the person who
438   cut them, cut too close to the '0'.  When '08' was turned upside down to become '80'
439   and put back into the pica stamp, it pushed too far to the right.

440   [41:45] "In what is becoming a clear pattern for documents that are essential to the
441   documentation of Obama's life narrative, the Selective Service card isn't just forged
442   -- it's poorly forged."

443   **= VIDEO 6 END =**

444   **MIKE ZULLO** [42:01]: This piece of evidence is extremely disturbing, given the fact
445   that there was no logical reason in 1980 for any Post Office employee to cut a pica
446   Date Stamp. It is one solid piece of rubber, it sits in there for a year. In addition, the
447   pica Date Stamps, the date, the stamp itself, the stamper itself, is no longer
448   manufactured. It was manufactured until about 1980. However, the inserts are still
449   manufactured. But you can't go on the street and buy them. They come from postal
450   supply houses. The only way we were able to get them was under the venue of the
451   Maricopa County Sheriff's Office.

452   [42:44] I personally cut that 2008 stamp in half, put it in, and stamped a white
453   piece of paper. And to my amazement I replicated what was on Mr. Obama's
454   Selective Service Card. That has severe implications that I'm not prepared to speak
455   to you about today. That's troubling.

456   [42:07] Absent of a birth certificate - absent of a legitimate birth certificate - and if
457   you go back to the very beginning when this started. Sheriff Arpaio called it from the
458   very beginning -- "Show me the microfilm".

459   [43:18] We do not have a single document, absent of that birth certificate which we
460   do not believe was ever an authenticated document, that proves Mr. Obama's birth in

461    Hawaii, or anywhere else in the United States for that matter.

462    [43:35] We have to see some more information. We would like to see hospital
463    records. We would like to see microfilm. And let me emphasize, a single roll of
464    microfilm or a single picture of microfilm is not going to be enough. We would want
465    to forensically examine that roll of microfilm. It can be age-tested. We would like to
466    see the documentation that Hawaii has. And we would like cooperation.

467    [44:04] At this juncture, we've advised Sheriff Arpaio that we believe this should be
468    a full-blown criminal investigation because a fraud has been committed in Maricopa
469    County and the State of Arizona.  The document is fake.  The representations
470    therefore are fake.

471    [44:24] We've asked him for some additional help. We've asked him to provide other
472    resources from the Maricopa County Sheriff's Office. That is under review and
473    consideration by him, and I'm sure he'll have that decision for you shortly. At this
474    point, I would like to conclude and ask Mr. Corsi to step up. He has some information
475    for you as well. Thank you.

476    [44:58] Mr. Corsi just reminded me of another development. It happened quite
477    recently and I do want you all to be aware it's going to be in your press release. We
478    have identified a person of interest in the forgery of the birth certificate. We are not
479    prepared to give you any more information than that. But we have identified an
480    individual. That is also under Sheriff Arpaio's consideration. Thank you.

481    **JEROME CORSI** [45:25]: I'm Jerry Corsi, a reporter with wnd.com. And first, if
482    you'll permit me, I want to express my personal sadness at the passing of Andrew
483    Breitbart, a fellow reporter. I would like express sympathy for Joseph Farah and the
484    entire wnd.com staff. Andrew Breitbart was a courageous friend who we all admired
485    and we greatly miss him. It was very interesting that last night at 5 o'clock, I
486    received a call from Andrew Breitbart's office. They were seeking to interview Sheriff
487    Arpaio. And I arranged an interview with Sheriff Arpaio with Andrew Breitbart, which
488    turns out may have been his last interview. And of course I was honored to be able
489    to do that, of the treasured memory, Sheriff Arpaio gave an early interview and
490    discussion of what we're talking about today to Andrew Breitbart because of the

491    deep respect we have for him.

492    [46:40] My remarks are going to be short. I want to give you some of the
493    background. I was invited in August last year with the Surprise, Arizona Tea Party to
494    give a presentation. The Surprise Tea Party had prepared a petition, some 250
495    signatures were obtained, to go to see Sheriff Arpaio, to under .. to ask him to
496    undertake the investigation. I came with the Tea Party members to a meeting in
497    Sheriff Arpaio's office. The Sheriff told us that he would consider the request and a
498    few weeks later he constituted the Cold Case Posse with the authority to begin the
499    investigation.

500    [47:23] In October, as the investigation began, I came to Maricopa County and
501    spent a weekend - 18 hours - sharing information. I brought all the research I had
502    accumulated on the issues of Barack Obama's birth certificate and eligibility to be
503    President. I can tell you that the investigators were skeptical, not enthusiastic to
504    undertake the investigation, and that I came with a stated determination to find the
505    truth. I was willing, and remain willing, to have been found wrong by the law
506    enforcement investigation on everything I've researched and written about Barack
507    Obama's birth certificate and his eligibility to be President to this point. This is not a
508    politically motivated inquiry. It's an inquiry for truth. That's why I feel privileged to
509    have participated with a dedicated law enforcement team that has been organized
510    by Sheriff Arpaio and the Maricopa County Sheriff's Office.

511    [48:32] The commitment that I made to the Cold Case Posse was that my research,
512    as I continued to develop it, would first be turned over to the Posse and not
513    published even in wnd.com so as not to compromise the investigation. And I've
514    continued to do that. I want to be very clear that I was not present in the dozens of
515    interviews to corroborate information, the additional affidavits and searching that the
516    Posse has done. I participated only when I could contribute or had something to
517    offer. And I participated in none of the deliberative meetings of the Posse. I did not
518    seek to do so. I was not part of the decision making process whatsoever. The role, as
519    a journalist, was involved and I continued to function as a journalist, but since this
520    had developed in a way where the law enforcement investigation was going to take
521    hold, Joseph Farah, the founder and creator of wnd.com made the editorial decision
522    to allow me to continue to work closely with the Cold Case Posse without

523    compromising either our journalistic integrity or intruding upon the law enforcement
524    investigation. We at wnd.com just considered that since a law enforcement group -
525    duly constituted - was going to be looking at the issue, we were honored to have
526    that level of attention and seriousness and we committed ourselves to work with the
527    Cold Case Posse, as we will continue to commit, in the same capacity, to work with
528    Sheriff Arpaio as long as the Sheriff invites us to do so. So, I want to thank you very
529    much. I want to make sure everyone had an opportunity to understand from our
530    point of view exactly what has happened. Thank you very much.

531    **SHERIFF ARPAIO** [50:49]: I'm going to have some closing remarks, but first State
532    Representative Carl Seel, he has to get back on the floor. He's got work to do at the
533    State Legislature, but he may want to say a few words.

534    **CARL SEEL** [51:06]: The information released here today, as the investigators have
535    talked about, is extremely troubling. I stand ready to support Sheriff Joe at the State
536    Legislature, as a great many of my colleagues do. Unfortunately, not a lot of them
537    could be here today. We are in session right now, and I'll be leaving shortly to make
538    sure that I get back in time to cast any important votes. I've had bills, as you know,
539    in the former legislature to deal with this issue. I do have a bill pending to deal with
540    this issue and I trust in light of this new information as it becomes greater and
541    greatly expanded publicly, that it will give new life and new support to the bill I have
542    presented before the legislature currently. Which will help, not only address some of
543    these concerns in front of us, but future concerns, to make sure that in the future we
544    maintain the integrity of our ballot and make sure that any candidate seeking public
545    office meets the criteria that the office they seek, and give the power to government
546    to enforce our Constitution. I feel it incumbent upon me not only as a public official
547    to preserve, protect, and defend the Constitution - as every sworn officer does - I
548    once again commend Sheriff Joe for taking the courage - as he usually does on
549    tough issues - to do the right thing. And I trust, Sheriff Joe, that many of my
550    colleagues will soon join publicly in that. And many of them, I'm sure, will be willing
551    to answer questions from the media.

552    [57:26] So, with that, I do need to depart. I would normally stand ready to answer
553    questions of the media after this, however, I do need to get back to the legislature.
554    So, should you wish to contact my office, I'll be happy to comment on this subject.

555    Thank you, again, Sheriff Joe.

556    **SHERIFF ARPAIO** [52:40]: .. phone number?

557    **CARL SEEL** [52:42]: Yes, my office number is 602-926-3018. Thank you very much.
558    God bless America. Thank you.

559    **SHERIFF ARPAIO** [52:57]: I want to make a couple of closing remarks, if that's
560    possible. You saw the information that was presented. We have a lot of media here.
561    I'm sure some already has, hate to say that, inferred that this investigation is
562    pointless, silly, trite. I hope that maybe you have a change of opinion. I'm talking
563    to the media now.

564    [53:33] If these documents are forged, and we believe as a result of the
565    investigation that there is enough probable cause to say they are, then a crime has
566    been committed. I am not accusing the President of the United States of any crime.
567    We have to further this investigation to determine who, where, when, and why these
568    documents were, we feel, forged.

569    [54:08] My challenge is, where to take these findings? I'm an ex-Federal guy, 30
570    years as a top federal law enforcement official. I know a little about the Federal
571    government. What other governmental entities had jurisdiction over this matter? I
572    have a little concern with that.

573    [54:35] I'm considering asking the Hawaii authorities to look into this, but as my
574    investigators and I feel, will they really do it? Will they do an independent
575    investigation? Fair, honest, professional. I don't know. So where do I go next?
576    Well, we have the United States Congress. Do I ask for a Congressional
577    investigation, bipartisan? We'll have to decide where to go.

578    [55:15] These are two alleged crimes. Forgery and fraud. Those responsible,
579    whoever they are, should be brought to justice. I don't care who they are. If I'm
580    being criticized for enforcing the law on felonies, there's something wrong.

581    [55:42] So the President's name is out there. His birth certificate is out there. I

582   want to find out if there is any forgery or fraud. That's my job, and we're going to
583   pursue it. If nothing else comes out of this investigation today, if it all fails, or in the
584   future, what we have learned -- I think all of us has really learned something over
585   this -- we need a better process to vet people running for President of the United
586   States of America. If nothing else comes out of this.

587   [56:36] I'm very .. I want to thank my professional Posse, you especially, Mike, and
588   we have other expertise. I think you forgot one thing. We have sworn affidavits from
589   many, many people all over the world on this matter. We're just not picking stuff out
590   of the sky that people have been reading over and over again. This investigation is
591   not over. So we're going to continue to do our jobs. I will continue as the elected
592   Sheriff of Maricopa County to do our job and see where it takes us.

593   **MIKE ZULLO** [57:30]: Thank you, Sheriff. I did neglect to tell you about that. We do
594   have sworn, numerous sworn, affidavits of people willing to step forward and tell
595   their truth. We have vetted these people.

596   [57:47] Going back to the overseas birth, I am just going to share one with you. I
597   am not going to give you any names. And I apologize for not doing this sooner. We
598   have a retired government employee who had a conversation in the '80s with Barack
599   Obama in the front yard of the home of the mother of Bill Ayers. You all know Bill
600   Ayers. During that conversation, the mother of Bill Ayers introduced this government
601   employee to Mr. Obama as a <u>foreign student</u> who they were assisting in getting
602   education for in the United States. That also is around the same time frame that the
603   Selective Service card was issued, purportedly issued. This individual is willing to
604   come forward. That takes courage.

605   [58:50] There are too many things in the background that we cannot clear. And what
606   I did tell the Sheriff, I could not come to him and say he cleared a background to be
607   an employee of the Maricopa County Sheriff's Office. There's just too much missing
608   information. We're asking, please fill in the blanks. Help us. This is not where we
609   wanted to go. This is just where it's taking us. And I apologize again for not bringing
610   that to you.

611   [58:22] **END OF PRESENTATION** – MEDIA QUESTIONS FOLLOWED

# AFFIDAVIT

State of Florida

County of Manatee

I , Terence Brennan, declare under penalty of perjury, that am over 18 years, do not suffer from any mental impairment, and attest that to the best of my knowledge and belief, this is a true and correct transcript of the press conference presentation held on March 1, 2012 in Phoenix, Arizona by Maricopa county Sheriff Joe Arpaio.

_____     6 MARCH 2012
Terence Brennan                                          Date
Melbourne, FL 32904


Sworn to and Subscribed before me, Leonore VanNorman, on 3-6-2012 by Terence Brennan who produced FL Drivers License # B655-800-42-266-0

_Leonore Van Norman_

**LEONORE VanNORMAN**
Notary Public, State of Florida
My Comm. Expires Nov. 3, 2012
No. DD 826943