Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
*******************************************************************

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
*******************************************************************

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security ▬▬▬▬▬▬
Age - **44**
Date of Birth ▬▬▬▬▬▬
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
*******************************************************************

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security ▬▬▬▬▬▬
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
*******************************************************************

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - ████████████
Age - **45**
Date of Birth - ████████
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BILLY**
Street Address - **10 7TH ST APT 714**
City, State, Zip - **BUFFALO NY 14201-2214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BINLAD SR**
Street Address - **20823 BRYANT ST**
City, State, Zip - **WINNETKA CA 91306-1214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BO**
Street Address - **7363 THOMAS**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*************************************************************************************

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*************************************************************************************

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone - .
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
*************************************************************************************

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
*************************************************************************************

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
*********************************************************************************

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*********************************************************************************

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - 
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**

*********************************************************************************

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
*********************************************************************************

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth -
Deceased - **No**
Date Record Verified -

From:

| Background Report - 11/16/2009 19:17 | Print Page 🖨 |
|---|---|

**Search Criterion:**

**Barack Obama STATE = IL**

**Search Results:**

**Name:** BARACK H OBAMA

**Address:** 5046 S GREENWOOD AVE CHICAGO IL 60615  (Google maps)

**Verified address:** No

**County:** COOK

**Phone:**

**DOB:** ▮▮▮▮▮▮▮ **Age:** 48

**Gender:** M

**Education:** Graduate School

**Occupation Group:** Professional/Technical

**Occupation:** Unknown

**Ethnic Code:** Equatorial Guinea

**Ethnic Group:** F

**Language Code:** E1

**Marital status:** Unknown

**Business owner:**

**Record ID #:**

**Possible nicknames:**

None Found

**Possible Relatives and associates:**

MICHELLE OBAMA **Age:** 45

**Neighbors:**

| **Name:** JMAMES B STEWART | **Address:** 4236 S GREENWOOD AVE CHICAGO IL60653 | **Phone:** |
|---|---|---|
| **Name:** ARELIA BRADLEY | **Address:** 4326 S GREENWOOD AVE APT CHICAGO IL60653 | **Phone:** 773-624-7360 |

**Address Records:**

| **Address:** 5046 S GREENWOOD AVE | **Latitude:** 41.803120 |
|---|---|
| **City:** CHICAGO | **Longitude:** -87.599107 |
| **State:** IL | **Dwelling unit size:** N/R |
| **Zip:** 60615 | **Homeowner/renter:** Unknown |
| **County:** COOK | **Length of residence:** 1 years |

**Area Data:**

| **City Data:** Chicago City | **Population:** 2,896,016 | **Housing Units:** 1,152,868 |
|---|---|---|
| **Land Square Miles:** 227.13 | **Water Square Miles:** 6.87 | **FIPS:** 17 |
| **FIPS Place:** 1400 | **Latitude:** 41.840675 | **Longitude:** -87.679365 |

**Property Records:**

| **Home purchase price:** N/R | **Loan Type:** N/R |
|---|---|
| **Purchase date:** N/R | **Estimated value:** $989,000 |
| **Mortgage Lender:** N/R | **Mortgage term:** N/R |
| **Date of refinance:** 0000-00-00 | **Refinance amount:** N/R |

| Refinance Lender: N/R | Refinance Loan Type: N/R |
|---|---|
| Possible Deceased Records: | |
| No possible records found | |
| Possible Criminal Records | |

Initial search by state found no matches by criteria entered.

As a bonus to our valued members, you may run a National
search by clicking below:

RUN SEARCH

Note: The data in this report is derived from public sources and may contain errors. We do not create, verify, or guarantee the accuracy of the data. Please be sure to closely review the information. We are NOT a consumer reporting agency as defined under the Fair Credit Reporting Act ("FCRA"), and the information in our databases has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Website information cannot be used to: (a) establish an individual's legibility for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations, (c) evaluate an individual for employment, promotion, reassignment or retention (including employment of household workers such a nannies, housekeepers, or contractors), or (c) in conjunction with assessing the merits of entering into any other personal business transaction with another individual).
For more information please review our Terms and Conditions – CLICK HERE

Print Page

--- End Report ---

**NEW HAMPSHIRE BALLOT COMMISSION**
Legislative Office Building, Room 307
Concord, NH
Friday, November 18, 2011

<u>BLC 2011-4 COMPLAINT RE: CANDIDATE OBAMA</u>

<u>COMMISSION MEMBERS PRESENT</u>:

Bradford E. Cook (Chairman)
Jane Clemons
Margaret-Ann Moran
Martha Van Oot
Jameson S. French


        CHAIRMAN COOK: The Commission will come to
order. This is a meeting of the New Hampshire
Ballot Law Commission that is held according to
statute within the requisite time after the filing
period for the presidential primary is held to
entertain any objections or questions about those
candidates that the Secretary of State proposes to
put on the ballot and considers the Secretary's
decision to include people or conversely to exclude
people, and both have a chance to question the
inclusion or exclusion of candidates.

        Before we begin, I'd like to for the education
of those in attendance starting at my right to have
the Members of the Commission and our attorney
identify ourselves so you know who the characters
are.

        <u>MS. MORAN:</u> I'm Margaret-Ann Moran.

        <u>MS. CLEMONS:</u> Jane Clemons.

        <u>CHAIRMAN COOK:</u> I'm Brad Cook, Chairman.

MR. FRENCH: Jameson French.

MS. VAN OOT:  Marty Van Oot.

ATTORNEY BOFFETTI:  James Boffetti.  I'm counsel for the Ballot Law Commission.

CHAIRMAN COOK:  Why don't people from the Secretary of State's Office identify themselves, too.

MR. SCANLON:  I'm David Scanlon, Deputy Secretary of State.

MS. LADD:  Karen Ladd, Assistant Secretary of State.

ATTORNEY MAVROGEORGE:  Matt Mavrogeorge, counsel for the Secretary of State.

CHAIRMAN COOK: All right.  We have four matters before us today and we have been asked as a courtesy because we have people who've travelled here from California and at least one person has to get on a plane to entertain the complaint of Dr. Orly Taitz -- and if I pronounce these things wrong I apologize -- first so that she can be accommodated to get on a plane afterwards. So with that, the complainant can come forward.

DR. ORLY TAITZ, Rancho Santa Margarita, California:  Thank you very much. Good day, Chairman Cook, Miss Moran, Miss Clemons, Mr. French, and Miss Van Oot and the counsel. Thank you for giving me an opportunity to appear before you and talk about this issue of monumental importance, important to the country as a whole.

As I travelled here from the State of

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

3

California, I noticed a big plaque not far from this building stating that the State of New Hampshire was hold -- held presidential primaries since 1920 as the first state to vet the candidates, and their citizens of the State of New Hampshire take this honor very seriously. And this issue requires the most serious consideration because we have issues of felonies, such as forgery of documents, altering of forged documents, elections fraud, and Social Security fraud that were committed in application that was submitted to you by a candidate, Mr. Barack Obama.

I have started investigation of this issue nearly three years ago. And three years ago probably no such complaint was provided to you because there wasn't enough information at the time, though a lingering question remained. Why Mr. Obama refused to show his original birth certificate. And after three years of investigation, and only a few days before a hearing of my case in the 9th Circuit Court of Appeals, Mr. Obama released something that he claimed to be a certified copy of his original birth certificate. Yet, he refuses to allow the public to see the original.

I have travelled not only to the beautiful State of New Hampshire, I also travelled to the beautiful State of Hawaii a number of times. And I served a Federal subpoena upon the Director of Health of the State of Hawaii stating if Mr. Obama presented what he claims to be a certified copy, why are they refusing to show the public the original? And the State of Hawaii is, in my opinion, engaging in obstruction of justice, refusing to allow the public to see the original birth certificate, but that's only a small part of the problem.

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

4

As I started investigating this issue, I --
three years ago I received a report from a
retired -- recently retired officer of the
Department of Homeland Security, Mr. John Sampson,
from a licensed investigator certified with the
Department of Homeland Security, and that's in your
packets, Susan Daniels, as well as former elite --
former office of elite group with Scotland Yard
dealing with anti-organized crime and
anti-Communist proliferation, Mr. Neil Sankey, all
stating the same thing that according to national
databases, they show several Social Security
numbers associated with the name of Mr. Obama. Not
one single number was issued in the State of Hawaii
where he resided at the time when he started
working and got his Social Security number.

Moreover, for most of his life Mr. Obama used a
Connecticut Social Security number, a number that
was issued in and around March of 1977. At the
time, Mr. Obama was 16 years old, resided in
Hawaii, did not travel to the State of Connecticut,
and there is no evidence of him ever being a
resident of Connecticut. The law in 1977 stated
that the Social Security numbers were assigned
according to residence, place of residence, of an
individual who submitted his application, according
to where application was submitted. And that
application was submitted in Connecticut.  Mr.
Obama was nowhere near Connecticut.

Moreover, we have found out that in the
national databases there are several birth dates
associated with this number. One birth date states
1890 and two other birth dates state ▓▓▓▓▓ and
▓▓▓▓. Now, ▓▓ and ▓▓ might signify that the
birth dates of Mr. Obama was written in an American
style and European style. ▓▓▓▓▓▓ as you know in
Europe, they write their date first and then month.

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

But what about 1890?

I also found out that in and around 1977 elderly individuals who never applied for Social Security numbers applied in mass because there where changes by the Social Security Administration around 1976, 1977, which required individuals to have their own Social Security numbers in order to get certain benefits. So there was no connection.

I have contacted Mr. Obama repeatedly, his office, his attorney, Social Security Administration. I've worked on this 24/7, 1961, because it is so important for this nation as a whole to have a legitimate president. To have so many problems today, we need to know that the person who is in the helm of this country, who is leading our military, who's finger is on this red button of nuclear weapons, has proper identification papers.

Further on, I found something else that was interesting. Last year in April of 2010 when Mr. Obama released his tax returns, he did not flatten a .pdf file. What does it mean?  It means that if anybody downloads the file and opens it in a program called Adobe Illustrator he can see all the changes made to that file. And what we were able to see is Mr. Obama's full Social Security number. And we could see that in his tax returns, even today, he's using the same Connecticut Social Security number that we found previously according to affidavits that you have from investigators and from Senior Deportation Officer from Department of Homeland Security.

I personally went to official Website SSS.gov and that Selective Service Website where you can put a person's name, his birth date, and his Social

6

Security number and see if there is a match if he
-- if he signed up to Selective Service based on
that Social Security number. And sure enough, I
entered Barack Obama, I entered ██████████████, and
I entered this Connecticut Social Security number
which is ████████, and it showed that, indeed,
Mr. Obama used this number in order to sign up for
Selective Service.

So at this point I have two governmental
records; his tax return and Selective Service
showing him using this Connecticut Social Security
number. Further on, I received an affidavit from
one Linda Jordan who ran this number through
E-Verify and it showed no match. This number was
never assigned to Barack Obama.

Another interesting fact.  I received an e-mail
in a letter from a U.S. Army Officer, Colonel
Gregory Hollister, who in parallel did similar
research. He went to Selective Service, and you
have the documents from Mr. Hollister in your
packet, and he entered the same number showing that
Mr. Obama used this number for Selective Service,
and then he went to SSNVS, which is Social Security
Number Verification Service, and it showed that --
it states, "never issued".  Never issued to Barack
Obama.

We have an individual sitting in the White
House who is using a Social Security number in
multiple documents that was never assigned to him
according to official U.S. Services, such as
E-Verify and Social Security Number Verification
System. This is crime in itself. It's a felony.
Anybody else who would have been caught committing
such felony would have been imprisoned for 18 to
24 months and deported. You know, typically who are
the people who resort to using Social Security

7

numbers that were never assigned to them?
Typically, people who do not have valid birth
certificates and that's why they have to resort to
getting Social Security numbers of individuals --
of other individuals.

I also found out something interesting that in
Mister -- it looks like it runs -- it runs in the
family. In Mr. Obama's family, we found out that
recently and it was in the papers that Mr. Obama's
aunt, Zeutuni Obama, is an illegal alien in this
country.

CHAIRMAN COOK: Pardon me.  Is there any
relevance of his family?  Weren't we talking about
him?

DR. TAITZ:  Yes, it shows that there is a
pattern of behavior that we have three members of
the same family illegally using --

CHAIRMAN COOK:  I think I'm going to rule that
we restrict your testimony --

DR. TAITZ: Okay.

CHAIRMAN COOK: -- to President Obama and that's
it.  Aunts, uncles, and cousins --

DR. TAITZ: Okay.  What I would like to point
out, if I may, we will not talk about Zeutuni
Obama, Onyango Obama, but what is interesting that
Mr. Obama's grandmother used to volunteer in Oahu
Circuit Court, and it's interesting where she chose
to volunteer, in Probate Department.  Probate
Department is where you get Social Security numbers
of deceased individuals. And I was trying to
understand how and where he could get this number.
This is a mystery. This is -- this is bigger than

8

Watergate.  This is hundred times bigger than Watergate. We have a person sitting in the position of the President who is using a Social Security number that was never assigned to him.

I did research 24-7-365 for three years. And I found out another interesting fact. Mr. Obama's close friend and advisor is William Ayers who, as you know, is a known domestic terrorist.  I read his book, *Fugitive Days*, and he's describing how he created fraudulent Social Security numbers. He's stating that he went to cemeteries where he got names of infants who did not have Social Security numbers yet.  In those years, Social Security numbers were assigned later in life.  Then he would go to the city hall or county offices, county coroner's office, get their birth certificate numbers, and use those to get fraudulent Social Security numbers. He admits in this book *Fugitive Days* that he obtained over a hundred such numbers in just one year alone, was never prosecuted, and this is something that needs to be examined further on. But that could have been another source for Mr. Obama's Social Security number.

This mystery needs to be solved. But further on as I saw that Mr. Obama does not have a valid Social Security number, I started investigating further the issue of birth certificate, why for three years he did not provide a valid birth certificate, a long form birth certificate.  And in 19 -- and this year, April 27th of this year, Mr. Obama finally posted on-line something that he claimed to be a certified copy of his birth certificate. Right away I have received statements from experts showing that this is -- this is, indeed, a forgery. And you have this in your packets. I have provided information. Actually, this is part of your packet. You have Mr. Obama's

tax returns with this Connecticut Social Security number that was never assigned to him. You have E-Verify stating that the number that he's using was -- does not match the record. You have this information from Selective Service. Further, from SSNVS saying that this number that he's using was never assigned to him. And -- sorry.  Go to the next document. This is an affidavit that I submitted in your packet. This is an affidavit from Adobe Illustrator expert who stated that when Mr. Obama posted what he claims to be the true and correct copy of his birth certificate, he made the same mistake -- either he made the same mistake or somebody did on purpose, hard to tell, but as they posted this birth certificate on-line, the file was not flattened. Again, we could see layers. And here we could see one of the layers. And you can see how this -- we can actually see how this forgery was done. It's unbelievable. Here is the document and you can see how they took the mother's signature, probably from later years where she was signing, Stanley Ann D. Soetoro and Soetoro was deleted and then they used computer graphics to add "unham Obama" and that's how they came up with Stanley Ann Dunham Obama. You can see how the numbers were edit and it is part of your packet.

Next you can see -- you can see an affidavit from one Mr. Douglas Vogt. Mr. Vogt is an expert in scanning machines. As a matter of fact, we have somebody who is an expert here in the audience as well. And anybody, I mean, a child can see this is a forgery so poorly it is done. But when you look in your packets at the birth certificate, alleged copy of the birth certificate, you can see that different types of typesetting was used. Different types of ink. Some is black -- part was black ink, part was sort of a greenish ink. You can see part was done in black and white scan, part was from

10

color scan. You can see, for example, here, in his
birth certificate, if you look at the word Barack,
you can see letter "R" came from another document.
This is not even a good forgery.  This is cutting
and pasting parts of documents, putting them
together, and filling in the blanks with computer
graphics.  I have three kids.  They could have done
a better job, I'm pretty sure.  And that's -- and
that's our President and Commander in Chief in
charge of all of our military.  All of this
information you have in your packets.

   Further on, I checked with a number of
governmental agencies and we do have a loophole.
There is no background check for individuals who
running for Federal offices. If you run for
Congress, if you run for Senate, if you run for
president, there is no official background check or
FBI check. It's interesting that in order to be a
janitor in the White House, you have to go through
a background check.  But in order to be the
President of the United States, you do not have to
go through their background check. And therefore,
it is up to the states to decide. And aside from
the fact that Mr. Obama does not have any valid
identification papers, and to put him on the
ballot, if you decide to put him on the ballot,
without -- in light of all of this evidence of
forgery and fraud, and social security fraud and
elections fraud, without seeing the original birth
certificate on file, without seeing this original
application for Connecticut Social Security number
on file, you will be complicit. You will be
criminally complicit to forgery, to altering of
forged documents of the most egregious elections
fraud ever committed against this nation and people
of this nation. And you will be complicit to Social
Security fraud. But moreover, you might be
complicit to treason, because this is a person who

11

has no valid identification papers. We're seeing
gaps in his life history everywhere.

Just one small example. I have here -- I got
registration, Mr. Obama's college registration,
college verification papers. In all of his
biographies and memoirs he states that he started
at Columbia University for two years. He was a
resident of the State of New York for two years. If
you go to Student Clearinghouse, and I have the
document here and I will provide it to you in a
moment -- here it is. I contacted National Student
Clearinghouse and what did I find out? That Mr.
Obama attended Columbia University from
September 1st -- date of attendance September 1st,
1982, until May 31st, 1983. Only nine months. And
the question is: How did he get a diploma from
Columbia University attending it only for nine
months? Why is he lying about his whereabouts
during another year and three months? Where was
he? We have an individual where we don't know who
he is. We don't know where he resided. What did he
do during this time? I found out in one of his
speeches that before he started Columbia University
Mr. Obama travelled to Pakistan and he's claiming
that he was there only for a couple months over
summer and he started Columbia in September of '81.
Clear lie. We have this Student Clearinghouse. So
there's no record of him being anywhere else in the
country during this year which means that he was in
Pakistan not for a month or two but over a year.
What was he doing there and why is he hiding it?
And why is he lying to us?

Ladies and gentlemen, in your hands is national
security of the United States of America. You
cannot entrust national security of the United
States of America to an individual who does not
have a valid birth certificate, does not have a

*Ballot Law Commission*                              *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

12

valid Social Security number, who is lying about his whereabouts, lying about his education, and we know nothing about him. We don't even know what is his legal name, because as I checked his records from the State of Illinois, his law license, in his law license -- in his law license application, he state -- first question, what is your name? Barack Obama. Did you use any other name? He states no, and he signs under penalty of perjury. And his records from Indonesia show that he went by name Soetoro, not Obama, and in his mother's passport he is listed under name Soebarkah. How can we have a President of the United States where records show he's using three different last names? There is no record of him ever legally changing his name from Soetoro back to Obama if he ever was Obama and who is lying under penalty of perjury about his prior last names saying he had only one while in reality had three last names. This is most important issues and I hope that you will not be complicit in all of the crimes that are being committed here.

And one last point. From birth, Mr. Obama has allegiance to other nations. As you know, his father was a citizen of Great Britain when he was born at King Edwards, a British Colony. When he was two years old, December 12, 1963, as Kenya became an independent nation he became the citizen of Kenya, and when he was about five years old he became the citizen of Indonesia.

Now, if you read the definition of a requirement for U.S. President has to be national born citizen. If you read the writings of the founders of this nation, letters by John Jay, the first Chief Justice of the Supreme Court of the United States to George Washington stating, and I'm paraphrasing here, permit me to explain that the President/Commander-in-Chief should be a natural

born citizen.  We should not have foreigners. And
as you know, the first Presidents were
grandfathered because, of course, they were born
before the nation was created. But later on, we had
to have natural born citizens.  We should not have
foreigners.  Well, according to his father's
citizenship, Mr. Obama was foreign born and this
issue of split allegiance was not taken up by any
elections board yet. We have a precedent. We have a
case, <u>Minor v. Happersett</u>, where Supreme Court
stated natural born citizen is one who is born to
parents who are citizens. We know his father's not
a citizen.

   We have writings of Emer De Vattel, who is a
famous diplomat and scholar, whose book, *Law of
Nations* was a prototype and basis for our
Constitution that states natural born citizen is
one who born to parents citizens of the country,
and finally, 14th Amendment, John A. Bingham, who is
the founder and father of the 14th Amendment, his
writings reflect his thinking and his statements in
that natural born citizen is one who is born in the
country, in the U.S. Territory to parents who do
not owe allegiance to other sovereignties.  Mr.
Obama from birth until today owes allegiance to
three other sovereignties that we know of, maybe
more, who knows.

   And lastly, just recently, in 2008 before the
election the question arose in regards to Mr.
McCain's citizenship.  And as you know there was a
decision, Senate Resolution 511, where the same
two-prong test was used to find Mr. McCain to be
eligible and Senator Lahey pronounced that Senator
McCain was eligible because he was born in the Zone
of Panama Canal which was at the time U.S.
Territory and to two parents who were U.S.
citizens. And as we can see from the time this

14

nation was -- was founded, until today, the same
two-prong test was used. So even if Mr. Obama had a
valid birth certificate, even if he were to have a
valid Social Security number, we have a serious
issue of his allegiance to other sovereignties and
his foreign citizenship.

So the State of New Hampshire is a "Live Free
or Die" state. And I hope that this Committee will
let us live free from fraud, from forgery, from
treason. This is a granite state and I hope you
will show that strengths of -- of the will of
granite of their "Live Free and Die" state, and you
will decide that Mr. Obama cannot be on the ballot
due to the fact that he does not have any valid
identification papers and he is not eligible.

In the alternative, if you decide that you
cannot make a definite, permanent decision, at the
very minimum, it is your Constitutional duty to
uphold the Constitution of the United States of
America, and the State of New Hampshire, and
legislative law, and at the very minimum it is your
duty to come up with a provisional decision that
Mr. Obama cannot be on the ballot in the State of
New Hampshire until he provides access and until
this Committee and experts examine his original
birth certificate on file in Hawaii, until the
application to the Connecticut Social Security
number ████████████ is examined by the Committee and
this mystery is resolved, and until there is a
definition on the issue of whether a person with
foreign citizenship from birth can be considered a
natural born citizen. If you have any questions,
I'd be happy to answer them.

CHAIRMAN COOK: Any member of the Commission
have any questions?  I've got a couple.

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

15

DR. TAITZ: Sure.

CHAIRMAN COOK: You've obviously done a lot of
work on this subject and feel very passionately
about it.  You mentioned a Court of Appeals case in
California. Was there ever a decision in that case?

DR. TAITZ: Not yet. You know, I think everybody
is afraid to make a decision.

CHAIRMAN COOK: You answered the question. Thank
you. There wasn't a decision. Have you raised the
Social Security number issue with the Social
Security Administration?

DR. TAITZ: Yep, and they're stonewalling just
like the State of Hawaii.

CHAIRMAN COOK: As to the Columbia University
attendance, have you contacted Columbia University?

DR. TAITZ: Columbia University is a private
university. I did write to them, had no answer.

CHAIRMAN COOK: Even to their alumni director?

DR. TAITZ: They don't allow you to get the
paperwork.  But even if I went to look at the
alumni directory he could be alumni but this needs
to be explained because according to this document
he was there only for nine months and not two years
that he is claiming.

CHAIRMAN COOK: Is there any decision anyplace
by any body, not person, but any adjudicatory body,
on the questions that you're asking because they
have been asked a lot of places?  Has any body made
a determination on this that affirmatively says
that President Obama was not born in the United

States, is not a citizen of the United States?

DR. TAITZ: No, but -- no.

CHAIRMAN COOK: No.  Thank you.

DR. TAITZ: Sir, we don't need to come up with a decision that he was not born in the United States. You need to come up with a decision that he is a natural born citizen, and you have no evidence to decide that he is a natural born citizen.  You have no evidence to decide that he's even a citizen. It is not the other way around.  You cannot throw the ball into our court and kind of pass the buck. No. It is upon you to decide that he is a natural born citizen. That you have evidence showing that he is a natural born citizen. And at the very minimum, you have evidence showing that he has no papers. And therefore, it is your duty to order discovery to see the original birth certificate in Hawaii, to see the original application, to decide on whether a foreigner can be a citizen. And if you are forfeiting this duty, if you are derelict in this duty, then you are de facto criminally complicit.

CHAIRMAN COOK: Thank you for that.

DR. TAITZ: Any time.

CHAIRMAN COOK: Any further questions?  Thank you for your testimony.

DR. TAITZ:  Thank you.

CHAIRMAN COOK: Do you have other witnesses?

DR. TAITZ: I have here a number of State Representatives who are -- who support me, who have submitted letters, faxed their letters stating that

they would like to join in this complaint. And
there are six State Representatives in total that
submitted such letters and they would like to
testify. Yes.

CHAIRMAN COOK: Do they have any substantive
testimony on the issue as opposed to an opinion?

DR. TAITZ: You can ask them.

CHAIRMAN COOK: Does anybody have factual
evidence in addition to what Attorney Taitz has
said that would help the Commission?  Not opinions,
not rumors, not thoughts, but factual evidence.
Sir.

MR. DICK MARPLE: Thank you, Mr. Chairman.  My
name is Dick Marple. My position in this is
predicated on what was referred to by Ms. Taitz
here and that is the Constitutional issue --

CHAIRMAN COOK:  When people testify -- she
didn't need to be sworn in because she's an
attorney. Attorneys -- this may come as an irony to
you -- are already sworn to tell the truth or as
someone once said it doesn't make any difference
but everybody else needs to be sworn in.  So before
you testify, Representative Marple, if you could be
sworn in.

MR. MARPLE:  Happy to.

CHAIRMAN COOK:  All right.  You swear the
testimony you're going to give before the
Commission will be the truth, the whole truth, and
nothing but the truth, so help you God?

MR. MARPLE:  I do, sir.

*Ballot Law Commission*                          *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

18

CHAIRMAN COOK: Step forward.

MR. MARPLE: You want me to step -- I can speak from here if you like.

CHAIRMAN COOK: Do you have evidence of --

MR. MARPLE: Yes, it's the Constitution, sir. And the Constitution, Article I, Section 8, Clause 10 is very specific. It states that we must respect the law of nations. The law of nations that existed then was that Kenya was a protector of the British Empire. And as such, the British Nationality Act states very clearly that if the father is the -- in other words, let me put it this way. The father determines the status of its offspring. So in this case, Obama's father was a British subject. By law, the law of nations, and the British Nationality Act, Mr. Obama was a British subject at birth. Now, what took place after that is not even germane to the issue because his father was a British subject, he is a British subject. The British Nationality Act is the controlling law of nations. Article I, Section 8, Clause 10, we must respect the law of nations. End of report. That's how simple it is. Thank you.

CHAIRMAN COOK: Thank you. Anybody else? Do you have evidence?

MR. TERRENCE BRENNAN: Yes. I need to be sworn in?

CHAIRMAN COOK: Yeah.

MR. BRENNAN: My name is Terrence --

CHAIRMAN COOK: You swear that --

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

19

MR. BRENNAN:  I'm sorry.

CHAIRMAN COOK:  -- the testimony you're about
to give before this Commission will be the truth,
the whole truth, and nothing but the truth, so help
you God.

MR. BRENNAN:  Yes, I do.

CHAIRMAN COOK: State your name, please.

MR. BRENNAN:  Okay.  My name is Terrence
Brennan. I would like to underscore some of the
things that have already been said; but basically,
I guess what I would add to it is that Mr. Obama
has stated who his father is. His father was Barack
Obama, Senior. And there's no question in
everything that I have read -- I'm a layperson --
that he was a British citizen.

My understanding also is that the requirement
of the Constitution, Article I, Section 2, applies
to only the President of the United States and no
other office at any level in the country.  That was
specifically stated by the framers of the
Constitution, and I would presume that they knew
what they were doing, because they did the rest of
the Constitution beautifully. I think that the --
the references to Vattel show their reasoning and
why they made that requirement.  From my part, I
learned about that in third grade when I was going
to school in Massachusetts. It was important then
to teach me and the rest of the class as third
graders of that requirement of the Constitution. I
recall that. And I think that at this point where
that requirement needs to be applied in this
situation where there's evidence, yet to be
determined, whether Mr. Obama was even born in the
United States, or what his birth credentials

*Ballot Law Commission*                          *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

actually are, it's -- I think this is an extremely important issue constitutionally; and I'd like to see the Constitution of the United States enforced.

CHAIRMAN COOK: Thank you. Anybody else?  Sir.

HARRY ACCORNERO, State Representative, Belknap County, District #4:  As far as evidence, I just concur with Orly --

CHAIRMAN COOK: Your name.

REP. ACCORNERO:  Harry Accornero, Representative, District #4, Laconia.

CHAIRMAN COOK: You swear the testimony you'll give before this Commission will be the truth, the whole truth, and nothing but the truth, so help you God?

REP. ACCORNERO:  Yes.

CHAIRMAN COOK:  Go ahead.

REP. ACCORNERO:  As a sworn -- as an elected official, it is my duty to uphold the Constitution both of the United States and of New Hampshire. I have looked into this and agree with and have spoken and looked at the Website, found the information similar to what Orly Taitz had presented today. And it's our duty as legislators to be sure that the individual that we are putting on our ballot has the proper identification to be on that ballot. And if the material that was presented here that you have in your packets should be overwhelming because other courts do not have the courage to step up to the plate and rule on this decision should not bear on us. We need to step up to the plate and say is this man allowed to

be on our ballot.  And every indication to me and from what I researched says no.

CHAIRMAN COOK: Thank you. Does anybody else -- we can do this all at once -- if anybody else wants to testify besides this lady, please stand up. All right. You swear the testimony you're about to give before this Commission will be the truth, the whole truth, and nothing but the truth, so help you God?

ERIN SULLIVAN, Bradenton, Florida:  I do.

GREG GOSS, Hudson, NH:  I do.

CHAIRMAN COOK: All right.  State your name.

MS. SULLIVAN:  Erin Sullivan.  And I want to say that the Constitution is what makes America great. Without the Constitution, we don't even have a country. We have states, but we do not have a United States. All of us Americans are depending on you to stand up and do the right thing for all of us Americans who want to defend our Constitution and defend the United States of America. The gentleman back there who brought up the issue that Mr. Obama is a Kenyon citizen if, in fact, Barack Obama is his father, is stating the absolute truth. He does not qualify to be President of the United States of America, and we are depending on you to stand up for our country and stand up for our Constitution.

CHAIRMAN COOK:  Thank you.

(APPLAUSE).

CHAIRMAN COOK: Sir, state your name, please.

MR. GOSS: Greg Goss from Hudson, New Hampshire.

22

I am a natural born citizen.

CHAIRMAN COOK: Nobody questioned.

MR. GOSS: Two points. One, I would just like to point out that the 300 plus million people in the United States of America and the United States of America itself is too big to fail. And right now we have somebody in the White House that's actually trying to destroy the United States of America as demonstrated by his actions. Not his word, his actions.

Secondly, I'd like to point out, you asked the question has a court made a decision, and Orly rightfully so said no. Those court decisions have all been dismissed for lack of standing. In other words, if I go to court and say, this guy isn't eligible to be President, then the court says to me, well, how will you be harmed by the decision whether he is or he isn't? And all of these cases have been dismissed for lack of standing, which we could get into that argument at some other time. But none of the court cases have been heard on their merits. Therefore, there has been no decision based on the merits. You, as a committee, have the right to look at the evidence presented and to allow or disallow somebody to be on the New Hampshire ballot. That's your obligation. Thank you.

CHAIRMAN COOK: Thank you. All right. There being nobody else who indicated they wanted to testify, Secretary of State ready to proceed?

ATTORNEY MAVROGEORGE: Yes. I'd like to call Assistant Secretary of State Karen Ladd.

CHAIRMAN COOK: You swear the testimony you're

about to give before this Commission will be the truth, the whole truth, and nothing but the truth, so help you God?

KAREN LADD, Assistant Secretary of State, Office of Secretary of State, State of New Hampshire:  Yes.

CHAIRMAN COOK:  State your name.

MS. LADD:  My name is Karen Ladd, I'm Assistant Secretary of State.

EXAMINATION BY ATTORNEY MAVROGEORGE:

Q.     Thank you, Ms. Ladd.  Can you walk through what your job duties are with the Secretary of State's Office?

A.     I work in the Elections Division and part of my duties are accepting filings for candidacy for President.

Q.     And how does someone in the State of New Hampshire get on the presidential primary ballot?  Can you explain what the requirements are and what the process is?

A.     Right. Every -- every candidate needs to file a Declaration of Candidacy as spelled out in the statute, RSA 655:47 and pay a $1,000 filing fee.

Q.     And what statute is the thousand dollar filing fee from?

A.     655:48.

Q.     And how are those statutes enacted, if you

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

24

could just briefly?

A.      They're enacted by the New Hampshire
Legislature.

Q.      Can you explain whether or not -- let me
rephrase that.  Were you aware of the filing for
President -- filing to be on the presidential
primary ballot by President Barack Obama?

A.      Yes.

Q.      And were you present when the Declaration of
Candidacy was filed?

A.      Yes. The Declaration of Candidacy was filed
by Vice-President Biden on October 20th, and I have
a copy of it here.


        ATTORNEY MAVROGEORGE: And I believe Members of
the Commission do have a copy of that.

        CHAIRMAN COOK: We have a copy.

        ATTORNEY MAVROGEORGE:  The copy and the check.

BY ATTORNEY MAVROGEORGE:

Q.      And did Vice-President Biden bring something
else to the Secretary of State's Office that day
besides the President's signed Declaration of
Candidacy?

A.      He brought a check.

Q.      And what was that check for the amount of?

A.      For $1,000, which is the filing fee

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

required.

Q.      And who -- who accepted the Declaration of
Candidacy when Vice-President Biden came in?

A.      He handed them to Secretary of State
Gardner?

Q.      And then can you explain to the Commission
what the process is once those documents have been
submitted?  How you go from that point to the point
of somebody's name getting on the presidential
primary ballot?

A.      Well, once the Declaration is filed, we make
sure that the form is complete and the fee is paid
and it complies with the law. And we will go ahead
with putting the name on the ballot.

Q.      And who makes that decision?

A.      All final decisions are made by Secretary
Gardner.

Q.      And have you had an opportunity to review
the Declaration of Candidacy form filed by
President Obama?

A.      Yes.

Q.      And in your opinion does it conform with the
statutes that you reference, RSA 655:47 and RSA
655:48?

A.      Yes.

Q.      And is this the same type form that
President Obama would have filed four years ago
when he ran for President?

*Ballot Law Commission*                          *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

A.    Yes.

Q.    Do you have any other information with regards to how a president -- how a person gets on the presidential primary ballot, particularly President Obama, that the Commission would need to know?

A.    No. It's just the form and the fee.

Q.    Does the form require that the candidates or potential candidates submit proof of their citizenship or a copy of their birth certificate?

A.    No, it does not.

Q.    So all the other individuals who have filed to become President, whether it's on the Republican Presidential primary ballot or the Democratic presidential primary ballot, have not had to show proof of citizenship or submit a birth certificate?

A.    That's correct. They did not.

Q.    Are candidates required to submit or fill out their Social Security number on the Declaration of Candidacy forms?

A.    No.

Q.    I'm going to ask you again.  Is there anything about President Obama's Declaration of Candidacy that does not comply with RSA 655:47?

A.    No.

Q.    Is there anything with President Obama's $1,000 check that does not comply with RSA 655:48?

A.    No.

Q.    And were both of these documents filed in person during the filing period this year?

A.    Filed in person by Vice-President Biden. Yes.

ATTORNEY MAVROGEORGE: I don't have any further questions. The Committee may have some questions for you.

DR. TAITZ:   I would like to cross-examine, please.

CHAIRMAN COOK: Go right ahead.

CROSS-EXAMINATION BY DR. TAITZ:

Q.    Good day, Miss Ladd.

A.    Hello.

Q.    I'd like to ask you a question. I was born in the Soviet Union. If I were to bring to you a signed piece of paper saying that I'm qualified and I would give you a check for a thousand dollars, would you put me on the ballot?

A.    If you filled out the Declaration of Candidacy and -- which is required by our State law and paid the fee, and if there were no challenges made, yes.

Q.    Very good. So you stated if there were no challenges made. Now, if somebody were to come and say Ms. Taitz is lying. She's committing fraud and she is submitting a forged document. There is a

*Ballot Law Commission*                          *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

challenge. What do you do then?

A.    I would refer the question to our legal counsel.

Q.    And who's your legal counsel?

A.    The Attorney General's Office.

Q.    Is he here?

A.    Attorney Mavrogeorge's here.

    DR. TAITZ:  Are you the Attorney General?

    ATTORNEY MAVROGEORGE:  Assistant Attorney General.

    DR. TAITZ: Okay. When --

    CHAIRMAN COOK: Ms. Ladd is on the stand, not Mr. Mavrogeorge.  He's counsel.

    DR. TAITZ: Okay.

BY DR. TAITZ:

Q.    When you forwarded my complaint to the Assistant Attorney General that showed evidence of fraud and forgery -- I'm sorry, what's your name, sir?

    ATTORNEY MAVROGEORGE:  Assistant Attorney General Matt Mavrogeorge.

BY DR. TAITZ:

Q.    Mr. Matt Mavrogeorge, sorry, what did you do?

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

A.     We presented it to the Ballot Law Commission for --

Q.     No, no, no, before the Commission. You said that if somebody provides a challenge, here's your challenge saying there is fraud, there is forgery, what do you do?  You said if there is a challenge, then you don't put on the ballot, right?  You said if there is a challenge, then you wouldn't put it on the ballot, right?  There is a challenge. You go to your Attorney General.  You provided this gentleman with 85-page complaint showing fraud and forgery. What did he do?

A.     I guess you'll have to ask him what he did.

Q.     So but he did not do anything. Basically, covered it up, swept under the rug, right?  Nothing was done by him, right?  And that's your Assistant Attorney General of the State. You're really in good hands, are you?

A.     That's not what I said.

Q.     So what did you say?  When you gave have him this complaint, 85 pages, showing fraud, after fraud, after fraud, forgery, after forgery, after forgery, what did he do about it?  What did this man do about it?

A.     Well, you can ask him what he did about it.

Q.     But did he -- did he --

     CHAIRMAN COOK: Ma'am. Ma'am.

BY DR. TAITZ:

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

Q.      Did he -- did he give you any paper saying
you cannot put him on the ballot or did he tell you
you can put him on the ballot? What was the
response?

A.      We'll go before the Commission.

    CHAIRMAN COOK:   I think her testimony was that
it was going to the Ballot Law Commission which is
perfectly appropriate thing when they can't make a
decision.

BY DR. TAITZ:

Q.      Okay.  So basically what you are saying that
your whole testimony means nothing. It meant
nothing because you said your testimony is good
if --

    CHAIRMAN COOK: You're testifying and you're
arguing.

    DR. TAITZ:  Let me just understand.  Let me
clarify. Can I please clarify?

    CHAIRMAN COOK:   If you can do that by asking
questions and --

    DR. TAITZ:  Yes.

    CHAIRMAN COOK:   -- not making argument, yes.

BY DR. TAITZ:

Q.      So what you said right now that everything
that you said to Mr. Pappageorge, right?  To this
gentleman, your whole testimony was not related to
this case, because you said that's when there is no
challenge. In this case there is challenge. So

*Ballot Law Commission*                          *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

everything that you were testifying with him right
now does not relate to this case, right?

A.      I don't know how to answer that.

Q.      Okay. You -- okay, let's do it in small
portions. You were saying that Mr. Obama's
application was good, or in general, application is
good if the form is filled out and there is a check
for a thousand bucks if there is no challenge;
right?

A.      I did say that.

Q.      Okay. And in this case you got a 85-page
complaint, a challenge; right?

A.      And it's before this Commission.

Q.      Okay. So basically, it was not decided yet.
The Commission needs to decide if there is a
challenge, then the fact that he filled out a piece
of paper and give a check for a thousand bucks
means nothing.  You need to deal with the
challenge; right?

     CHAIRMAN COOK: That's why we're here.

     DR. TAITZ:  Okay. Thank you. No further
questions.

     CHAIRMAN COOK: Thank you. Now you've testified
you're not counsel?

     MS. LADD:  No, I'm not.

     CHAIRMAN COOK:  Any further questions?

     ATTORNEY MAVROGEORGE:   No.

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

32

MR. RICHARD MARPLE:  Well, there was a question, Mr. Chairman --

CHAIRMAN COOK:  Mr. Marple.

MR. MARPLE:  -- relative to the check.  The check is not lawful money.

CHAIRMAN COOK:  Mr. Marple, there is no question about the check. That's another case --

MR. MARPLE:  Oh, that's the issue --

CHAIRMAN COOK:  There's another case -- there's another case today about the check.

MR. MARPLE:  Oh, I'm sorry.

CHAIRMAN COOK:  Thank you. One witness at a time. Do you have any other witnesses?

ATTORNEY MAVROGEORGE:  No, sir.

CHAIRMAN COOK:  All right.  You may step back. Oh, wait a minute.  Before you do that, does anybody from the Commission have a question for Miss Ladd?  Thank you.

MR. GOSS:  Can I make one quick point?

CHAIRMAN COOK: No. Any other witnesses?  No further witnesses. Any final argument?

DR. TAITZ: If I may?

CHAIRMAN COOK: I'd be disappointed if you didn't. Go ahead.

*Ballot Law Commission*                    *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

DR. TAITZ: I would hate to disappoint you, such a nice person.

Ladies and Gentlemen of the Committee, you have a duty to stop this. This has to be stopped. As you received the testimony from the Office of Secretary of State, yep, Mr. Obama filled out a piece of paper and he gave you a check for a thousand dollars. Are you going to sell your country for a thousand dollars that was given to you? No.

You have a challenge. You have clear and undeniable evidence that the person who filled out this piece of paper saying that he is eligible lied. He committed fraud. He gave you -- he fraudulently filled out those papers and you have a duty in good faith to investigate. You have a challenge. You have to respond to this challenge. You have to come up with a decision that at least at the very minimum, temporarily, Mr. Obama's name will not be on the ballot until and unless the Committee and find a document expert can examine the original birth certificate, can examine this Connecticut Social Security number that according to Mr. Obama's own admission, his own papers that he posted on-line, he's using which was never assigned to him according to E-Verify and SSNVS. If you don't do it, you become complicit to forgery and election fraud and Social Security fraud and treason against this nation. Thank you.

(APPLAUSE).

CHAIRMAN COOK: Any final argument, Mr. Mavrogeorge?

ATTORNEY MAVROGEORGE: Just real brief. Just wanted to remind the Commission that their particular jurisdiction with regard to this hearing

*Ballot Law Commission*                              *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

comes from RSA 665:7. When you read it, it talks
about making a decision whether or not a
Declaration of Candidacy complies with law. You
heard the testimony of Assistant Secretary of State
Karen Ladd.  She testified that the two statutes at
issue with regard to how a person gets put on a
presidential primary ballot are RSA 655:47 and RSA
655:48. She testified and you have copies of the
documents there that Vice-President Biden filed the
form in person on behalf of the President. He also
filed a thousand dollar fee and that the form was
filled out and in Miss Ladd's opinion there is
nothing about either the check or the Declaration
of Candidacy that had not complied with State law;
and you'll note that the Declaration of Candidacy
as required by statute requires the President to
swear that he is qualified under the U.S.
Constitution to be President. So you have all the
information before you that this particular
candidacy complies with State law and that's all
you need to make your decision. Thank you.

    CHAIRMAN COOK: Thank you. All right. That will
close the testimony and argument in the hearing.
I'd like to have the Commission consult with
counsel for a minute across the hall.

        (Recess taken at 3:01 p.m.)

        (Reconvened at 3:11 p.m.)

    CHAIRMAN COOK: Take your seats, please. Take
your seats, please. If you're going to talk, do it
in the hall, please.

    All right.  The Commission has a concern about
the jurisdictional authority over various matters
because our jurisdiction comes solely from statute.
We are not a criminal investigatory body, we are

not the Office of the Attorney General, we are not the Criminal Bureau, we're not a lot of things. And we are not a Federal Court on the Constitution of the United States.  So I've asked our counsel to remind us, for the record, on what our jurisdiction is in matters like this.

MR. BOFFETTI: Thank you, Mr. Chairman. The jurisdiction of the Ballot Law Commission is narrowly drawn by statute in Chapter 665 of the New Hampshire RSAs. Section 665:7 states that the Ballot Law Commission shall hear and determine disputes arising over whether nomination papers or Declarations of Candidacy filed with the Secretary of State conform with the law. The law is covered in RSA 655:47 and 48. And that statute says that the names of persons to be voted on as candidates for President and Vice-President at the presidential primary shall be printed on the ballots upon the filing of Declarations of Candidacy with the Secretary of State in the following form.  And it also in 655:48 also requires the payment of a thousand dollar fee.  So the question is:  Was the Declaration of Candidacy filed in this case in conformity with that statute.

CHAIRMAN COOK: Thank you for that explanation. Does any Member of the Commission want to make a motion?

**    MS. VAN OOT: I'll make a motion.

CHAIRMAN COOK: Please.

MS. VAN OOT: I would move that the Commission uphold the decision of Secretary of State Gardner to accept the Declaration of the Candidacy of Barack Obama on the ground that it is in conformity with RSA 655:47 and 48.

CHAIRMAN COOK: Is there a second?

MS. CLEMONS: Second.

CHAIRMAN COOK: Any discussion?  All those in favor say aye?  Any opposed?  Thank you. That's the vote.

***      {MOTION ADOPTED}

MS. SULLIVAN:  Traitors.

REP. ACCORNERO:  Shame on you.  Shame on all of you.

REP. BALDASSARO: They don't care about the Constitution.

REP. ACCORNERO:  All right, they don't care. Why don't you just rip up the Constitution and throw it out. What a bunch of phonies. You all should be accused of treason and we'll get people to do that, too.

MR. GOSS:  Why did she disqualify the Egyptian in 2008?  Because his biography said he was born in Egypt. And she summarily disqualified him.

CHAIRMAN COOK:  The next case -- the next case is --

REP. ACCORNERO:  So any liar can put their name on the ballot.  Is that what you're saying?

AUDIENCE MEMBER:  As long as you got a politician in your back pocket.

REP. ACCORNERO:  And they got a bunch of them

here.

    AUDIENCE MEMBER:  For a thousand bucks.

    REP. ACCORNERO:  It's not over.  It's not over.

    (Several people are talking at the same time.)

    CHAIRMAN COOK:  You people are out of order.

    REP. ACCORNERO:  You're out of order. We're out of order?  We are trying to defend the United States Constitution and you're sitting there saying a treasonous liar that doesn't even have a citizenship can go on our ballot.  How dare you! You're going to face the American -- you're going to face the citizens of Laconia, you better wear a mask.

    DR. TAITZ: Can I address you for a moment?

    CHAIRMAN COOK: No, your case is finished.

    (This matter concluded at 3:15 p.m.)

38

# C E R T I F I C A T I O N

I, Cecelia A. Trask, a Licensed Court Reporter-Shorthand, do hereby certify that the foregoing transcript is a true and accurate transcript from my shorthand notes taken on said date to the best of my ability, skill, knowledge and judgment.

*Cecelia A. Trask*
Cecelia A. Trask, LSR, RMR, CRR
State of New Hampshire
License No. 47

*Ballot Law Commission*                           *November 18, 2011*

*BLC 2011-4 Complaint re: Candidate Obama*

Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita CA 92688

04.04.2012


Attn Sam Begley

Attorney for the Democratic party of MS

Dear Mr. Begley,

MS elections code states the following in regards to the challenge in the general election:

23-15-963. Exclusive procedures for contesting qualifications of candidate for general election; exceptions.


(1) Any person desiring to contest the qualifications of another person who has qualified pursuant to the provisions of Section 23-15-359, Mississippi Code of 1972, as a candidate for any office elected at a general election, shall file a petition specifically setting forth the grounds of the challenge not later than thirty-one (31) days after the date of the first primary election set forth in Section 23-15-191, Mississippi Code of 1972. Such petition shall be filed with the same body with whom the candidate in question qualified pursuant to Section 23-15-359, Mississippi Code of 1972.


(2) Within ten (10) days of receipt of the petition described above, the appropriate election officials shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate election officials shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.


(3) If the appropriate election officials fail to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.


(4) Any party aggrieved by the action or inaction of the appropriate election officials may file a petition for judicial review to the circuit court of the county in which the election officials whose decision is being reviewed sits.

Your client, Democratic party of Mississippi, is supposed to respond by April the 10th on my petition to remove Mr. Obama's name from the general election ballot as a candidate, who is not constitutionally eligible and whose identification papers are forged.  Please advise me, whether your client is intending to hold a hearing on my petition.

Best regards,

Dr. Orly Taitz, ESQ

Cc Hon Judge Coleman

Cc Mr. Pizzetta, attorney for the Secretary of State

Fwd: Taitz v. MS Democratic Party, et al, Hinds County, Mississippi, 1st J.D.
Inboxx

Orly Taitzfor filing ---------- Forwarded message ---------- From: Orly Taitz <orly.tai...
Apr 14 (4 days ago)
for filing ---------- Forwarded message ---------- From: Orly Taitz <orly.tai...

Orly Taitz
Apr 14 (4 days ago)

to me


for filing


---------- Forwarded message ----------
From: Orly Taitz <orly.taitz@gmail.com>
Date: Fri, Mar 16, 2012 at 4:59 PM
Subject: Re: Taitz v. MS Democratic Party, et al, Hinds County, Mississippi, 1st J.D.
To: Robert Kenneth Coleman <cjrkcoleman@hotmail.com>
Cc: Harold Pizzetta-AGO <hpizz@ago.state.ms.us>, Samuel Begley
<sbegley@bellsouth.net>, Justin Matheny <justinmatheny@ago.state.ms.us>, Orly Taitz
<orly.taitz@gmail.com>


Dear Judge Coleman and Counsel,

Opposition to motion to dismiss by the defendant Democratic party of MS was mailed to
all parties.
Due to the fact  that it took an inexplicable 10 days for the Priority certified mail to reach
the court in Jackson, I am e-mailing the opposition and exhibits to all parties in order to
give advance notice.
Please, note exhibits 1 and 2  will be the actual video tapes of the proceedings sent to all
parties. I hope it woudl be possible to hear both motions on April 16-17.
Sincerely,
Dr. Orly Taitz ESQ


On Fri, Mar 16, 2012 at 1:38 PM, Robert Kenneth Coleman
<cjrkcoleman@hotmail.com> wrote:

Could not reach Court Administrator this date.  Will get back to you as soon as I know
the situtation in Hinds County.  Thanks to all of you for your timely responses.

(s) R. Kenneth Coleman
Phone: 662-316-2636
cjrkcoleman@hotmail.com
P.O. Box 1995
New Albany, MS 38652

--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

--

Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

9 attachments –– Download all attachments
MS final Opposition to motion to dismiss by Democratic party.pdf
100K   View   Download
Transcript Farrar v Obama.pdf
439K   View   Download
Sheriff Arpaio transcript with affidavit.pdf
131K   View   Download
Exhibit 3 and 4.pdf
170K   View   Download
Affidavit Susan Daniels final.pdf
5081K   View   Download
affidavit Neil Sankey.pdf
103K   View   Download
Affidavit Neil Sankey Exhibit B.pdf
121K   View   Download
Obama Equatorial Guinea.pdf
111K   View   Download
Transcript NH Ballot Law Commission.pdf
230K   View   Download

Fwd: request for clarification on the general election challenge
Inboxx

Orly Taitzfor filing ---------- Forwarded message ---------- From: Orly Taitz <orly.tai...
Apr 14 (4 days ago)
for filing ---------- Forwarded message ---------- From: Orly Taitz <orly.tai...

Orly Taitz orly.taitz@gmail.com
Apr 14 (4 days ago)

---------- Forwarded message ----------
From: Orly Taitz <orly.taitz@gmail.com>
Date: Wed, Apr 4, 2012 at 6:02 PM
Subject: request for clarification on the general election challenge
To: "Sam Begley (sbegley1@bellsouth.net)" <sbegley1@bellsouth.net>
Cc: Harold Pizzetta <hpizz@ago.state.ms.us>, Robert Kenneth Coleman
<cjrkcoleman@hotmail.com>, Orly Taitz <orly.taitz@gmail.com>

Dear counsel and Honorable judge Coleman,
Please see a letter for clarification sent to the defendant Democratic party of MS in regars
to the general elections challenge

--
Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

--
Dr Orly TaitzESQ29839 Santa Margarita pkwy, ste 100Rancho Santa Margarita, CA
92688ph 949-683-5411  fax949-766-7603 orlytaitzesq.com

MS Letter to Sam Begley in regards to the General election challenge.docx
12K  View  Download

ROBERT KENNETH COLEMAN
CIRCUIT COURT JUDGE,
SENIOR STATUS
P.O. BOX 1995
NEW ALBANY, MS 38652

662-316-2636
cjrkcoleman@hotmail.com

April 18, 2012

Honorable Barbara Dunn
Hinds County Circuit Clerk
P.O. Box 327
Jackson, MS 39205

Re: Taitz v. Democratic Party of Mississippi, et al
Civil Action No. 251-12-107 CIV

Dear Ms. Dunn:

Please find enclosed and ORDER of continuance for filing in the above reference cause. Please furnish counsel of record a copy of the ORDER.

Thanks for your help with this matter. With best wishes, I remain....

Respectfully yours,

R. Kenneth Coleman
Special Circuit Judge

FILED
APR 23 2012
BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

# IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
## OF HINDS COUNTY, MISSISSIPPI

DR. ORLY TAITZ, ESQ.                         PLAINTIFF

VS.                                          CIVIL NO. 251-12-107-CIV

DEMOCRATIC PARTY OF MISSISSIPPI,
SECRETARY OF STATE OF MISSISSIPPI            DEFENDANTS

## ORDER

The Court finds that the hearing to have been scheduled for May 7, 2012, should not be so scheduled, at the request of the Plaintiff.

IT IS, THEREFORE, ORDERED that this cause be, and the same is hereby continued until a later date.

The Clerk of this Court is hereby directed to furnish a true and correct copy of this ORDER to counsel of record for the parties.

SO ORDERED,     on this the 18th day of April, 2012.

_____
R. Kenneth Coleman
Special Circuit Judge

BOOK 731   PAGE 558