ROBERT KENNETH COLEMAN
CIRCUIT COURT JUDGE,
SENIOR STATUS
P.O. BOX 1995
NEW ALBANY, MS 38652

662-316-2636
cjrkcoleman@hotmail.com

April 20, 2012

**FILED**

APR 2 4 2012

SUPREME COURT CLERK

VIA: Email & USPS

Ms. Phyllis Robinson
Mississippi Supreme Court
Post Office Box 117
Jackson, MS 39205

Re: Dr. Orly Taitz, Esq. vs. Democratic Party of Mississippi, et al
   Circuit Court of the First Judicial District of Mississippi,
   Civil Action No. 251-12-107 CIV, No. 2012-AP-260

Dear Ms. Robinson:

Due to recent developments, in the above referenced case, I am going to recuse myself from any further involvement in this matter. Please call this to the attention of the Chief Justice or such person as is appropriate so that another judge may be appointed as soon as feasible.

Please pardon my not getting this to you sooner. I have been in Panola County Circuit Court today and did not get home until late this afternoon. Should I need to take any further action to accomplish my recusal from this case, please advise.

With best wishes, I remain…..

Respectfully yours,

*R. Kenneth Coleman*
R. Kenneth Coleman
Special Judge

ATTEST
A True Copy *of file 2012 AP 260*
This the *26th* day of
*April* *2012*
Office of the Clerk
Supreme Court and Court of Appeals
State of Mississippi
By *J. C.* Counsel of Record

**RECEIVED**
APR 2 4 2012
COURT ADMINISTRATION

STATE OF MISSISSIPPI



JIM HOOD
ATTORNEY GENERAL

CIVIL LITIGATION DIVISION

**FILED**

APR 2 4 2012

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

April 24, 2012

**VIA Hand Delivery**
Ms. Kathy Gillis
Mississippi Supreme Court Clerk
450 High Street
Jackson, MS 39201

    **RE:**   **Dr. Orly Taitz, Esq. v. Mississippi Democratic Party, et al.; Hinds County Circuit Court, First Judicial District; Civil Action No. 251-12-107CIV; MS SCT No. 2012-AP-260**

Dear. Ms. Gillis:

    The Attorney General's Office represents Secretary of State Delbert Hosemann, one of the defendants in the above-captioned matter. Petitioner Taitz recently a Motion with the Supreme Court for Reassignment of the Case to a Different Judge [Motion # 2012-1039]. As of this writing, I am not aware of any ruling on the motion by the Court. However, by letter of April 20, 2012, the currently assigned Special Judge, Hon. Kenneth R. Coleman, advised that he plans to recuse himself from the case.

    This letter is to advise the Court that Defendants in the case have timely removed the action to the United States District Court for the Southern District of Mississippi. A stamped-filed copy of the Notice of Removal is enclosed. Accordingly, all proceedings in the trial court and the Supreme Court are now stayed.

    If you have any questions or need any further information, please do not hesitate to contact me.

                Sincerely,

                Justin L. Matheny

JLM:fh
Enclosure
cc:    Hon. Kenneth R. Coleman (via email - cjrkcoleman@hotmail.com)
       Counsel of Record (via email and US mail)

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Dr. Orly Taitz, Esq., Brian Fedorka, Laurie Roth, Leah Lax, Tom MacLeran

## DEFENDANTS

Mississippi Democratic Party, Secretary of State Delbert Hosemann, Barack Obama, Obama for America, Nanci Pelosi, Dr. Alvin Onaka, Loretta Fuddy, Michael Astrue, John Does 1-100

(b) County of Residence of First Listed Plaintiff    California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Hinds
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 24 2012
J. T. NOBLIN, CLERK
BY _____ DEPUTY

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Dr. Orly Taitz, Esq. - pro se; 29839 Santa Margarita Parkway, Suite 100; Rancho Santa Margarita, CA 92688; 949-683-5411

Attorneys *(If Known)*
See attached list.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | Liability | **LABOR** | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC § 1962
Brief description of cause:
Federal RICO cause of action and constitutional challenge to President Obama's eligibility

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   04/24/2012

SIGNATURE OF ATTORNEY OF RECORD
Justin L. Matheny (Bar No. 100754)

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

*Orly Taitz, Esq. v. Mississippi Democratic Party, et al.*
United States District Court for the Southern District of Mississippi, Jackson Division
Civil Action No. _____

Defendants' Attorneys of Record:

Defendant: Secretary of State Delbert Hosemann
Justin L. Matheny (Bar No. 100754)
Harold E. Pizzetta, III (Bar No. 99867)
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
jmath@ago.state.ms.us
hpizz@ago.state.ms.us

Defendant: Mississippi Democratic Party
Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 287
Jackson, MS 39205
Telephone: (601) 969-5545
Facsimile: (601) 969-5547
sbegley1@bellsouth.net

Scott J. Tepper (admitted *pro hac vice* in state court prior to removal)
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
Telephone: (310) 277-1981
Facsimile: (310) 277-1980
scottjtepper@msn.com

Defendants: President Barack Obama, Obama for America, Nanci Pelosi, Dr. Alvin Onaka, Loretta Fuddy, Michael Astrue, and John Does 1-100

Have not been served and no counsel of record have appeared as of removal

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

APR 24 2012

J. T. NOBLIN, CLERK
BY_____ DEPUTY

DR. ORLY TAITZ, ESQ., BRIAN FEDORKA,
LAURIE ROTH, LEAH LAX, and TOM
MacLERAN

**PLAINTIFFS**

V.                              CIVIL ACTION NO.  3:12CV 280 HTW-LRA

DEMOCRAT PARTY OF MISSISSIPPI,
SECRETARY OF STATE MISSISSIPPI,
BARAK HUSSEIN OBAMA, OBAMA
FOR AMERICA, NANCI PELOSI,
DR. ALVIN ONAKA, LORETTA FUDDY,
MICHAEL ASTRUE, JOHN DOES, JOHN
DOES 1-100                                          **DEFENDANTS**

## NOTICE OF REMOVAL

TO:   Barbara Dunn
      Hinds County Circuit Court Clerk
      P.O. Box 327
      Jackson, MS 39205

      Orly Taitz
      29839 Santa Margarita Parkway, Suite 100
      Rancho Santa Margarita, CA 92688

      Brian Fedorka
      bfedorka82@gmail.com

      Laurie Roth
      drljroth@aol.com

      Leah Lax
      leahlax1234@aol.com

      Tom MacLeran
      tom@macleran.com

      1.      Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and without waiving any of his

affirmative defenses, Defendant Mississippi Secretary of State Delbert Hosemann gives notice of

removal of the First Amended Complaint filed by Plaintiffs to the United States District Court

for the Southern District of Mississippi, Jackson Division.  The First Amended Complaint was

originally served by the Plaintiffs in the Circuit Court of Hinds County, Mississippi, First

Judicial District in an action styled *Dr. Orly Taitz, Esq. v. Democrat Party of Mississippi, et al.*;

Cause No. 251-12-107CIV.

### Parties

2.      Plaintiff Dr. Orly Taitz, Esq. is an adult resident citizen of California.  The

residences and citizenship of Plaintiffs Brian Fedorka, Laurie Roth, Leah Lax, and Tom

MacLeran are currently unknown.[1]

3.      Defendant Delbert Hosemann is the duly elected Mississippi Secretary of State

and has been sued in his official capacity.

4.      Defendant the Mississippi Democratic Party is a political party organized and

authorized under Mississippi law.

5.      Defendants President Barack Obama, Obama for America, Nanci Pelosi, Dr.

Alvin Onaka, Loretta Fuddy, and Michael Astrue are adult resident United States citizens or

entities who have been named in Plaintiffs' First Amended Complaint.  Upon information and

belief, as of this writing, none of these defendants have been properly served with the First

Amended Complaint and no counsel of record has appeared on their behalf in this case.

---

[1] This action was originally filed by Taitz, who claims to be licensed to practice law in California and has appeared *pro se*.  Taitz has not been admitted *pro hac vice* in Mississippi in this action and no local counsel has appeared on her behalf.  No attorney of record has appeared in this action on behalf of Plaintiffs Fedorka, Roth, Lax, or MacLeran.  It is not certain whether Plaintiff Taitz purports to appear as attorney on their behalf, or whether they intend to appear *pro se*.  Email addresses are the only contact information for Plaintiffs Fedorka, Roth, Lax and MacLeran that has been provided.

2

## Federal Question Jurisdiction

6.    This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441, as the First Amended Complaint alleges claims based on federal law, including violation of federal RICO statutes, 18 U.S.C. §§ 1961 *et seq.*, based on alleged predicate acts constituting alleged violations of various federal laws, and other claims requiring interpretation of the Constitution and other federal laws.

7.    This Court has supplemental jurisdiction over any and all purported state law claims alleged in the First Amended Complaint under 28 U.S.C. § 1367 and 28 U.S.C. § 1441.

## Compliance with 28 U.S.C. § 1446

8.    The attached true and correct copy of the Plaintiffs' First Amended Complaint is affixed hereto as Exhibit "A" pursuant to 28 U.S.C. § 1446(a).  Defendant Hosemann has not yet been able to obtain a true and correct copy of the complete state court file from the Hinds County Circuit Court, however, a certified copy of the file will be filed with the Court as soon as it can be obtained and filed in compliance with Local Rule 5(b).

9.    The Secretary of State was served with a copy of Plaintiffs' First Amended Complaint by certified mail with certificate of service dated April 13, 2012.  The First Amended Complaint was received by the Secretary of State's counsel on April 19, 2012.  Thirty days have not elapsed after receipt by the Secretary of State of the First Amended Complaint.  *See* 28 U.S.C. § 1446(b)(2)(C)(3).

10.    All defendants who have been properly served with the First Amended Complaint as of this filing join in removal and will electronically file a notice of joinder as soon as possible.

11.    In compliance with 28 U.S.C. § 1446(d), all adverse parties are being provided

3

with written notice of removal utilizing the contact information which is available for them, and a copy of this Notice of Removal is being filed with the Circuit Clerk of Hinds County, Mississippi, First Judicial District.

12.     Further proceedings in this action in the Circuit Court of Hinds County, Mississippi, First Judicial District are hereby stayed.

THIS the 24th day of April, 2012.

Respectfully submitted,

Delbert Hosemann, Mississippi
Secretary of State

BY:     Jim Hood, Attorney General
        State of Mississippi

BY:     _____
        Harold E. Pizzetta, III (Bar No. 99867)
        Justin L. Matheny (Bar No. 100754)
        Office of the Attorney General
        550 High Street, Suite 1200
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following persons by US Mail, properly addressed and postage prepaid and/or electronic mail:

Barbara Dunn
Hinds County Circuit Court Clerk
P.O. Box 327
Jackson, MS 39205

Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 287
Jackson, MS 39205
sbegley1@bellsouth.net

Scott J. Tepper
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
scottjtepper@msn.com

Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688
orly.taitz@gmail.com

And to the following person by electronic mail:

Brian Fedorka
bfedorka82@gmail.com

Laurie Roth
drljroth@aol.com

Leah Lax
leahlax1234@aol.com

Tom MacLeran
tom@macleran.com

THIS the 24th day of April, 2012.

_____
Justin L. Matheny

5

Dr. Orly Taitz, ESQ.
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA 92688
Ph 949-683-5411 F949-766-7603
Orly.Taitz@gmail.com
CA Bar License 223433
In propria Persona in MS



FIRST JUDICIAL DISTRICT
Circuit Clerk's Office
P.O. BOX 327
Jackson, MS 39205
Phone: (601) 968-6628

| | |
|---|---|
| DR. ORLY TAITZ, ESQ | )Supreme Court case # 2012-AP-260 |
| BRIAN FEDORKA | ) |
| LAURIE ROTH | ) |
| LEAH LAX | ) |
| TOM MacLERAN | ) |
| | ) Circuit court case #2012-107 |
| V | )   Hon R Kenneth Coleman |
| DEMOCRAT PARTY OF MISSISSIPPI, | ) presiding |
| SECRETARY OF STATE OF MISSISSIPPI | ) |
| BARACK HUSSEIN OBAMA | ) |
| OBAMA FOR AMERICA | ) |
| NANCI PELOSI | ) |
| DR. ALVIN ONAKA | ) |
| LORETTA FUDDY | ) |
| MICHAEL ASTRUE | ) |
| JANE DOES, JOHN DOES 1-100 | ) |

Taitz v Democratic Party Interlocutory appeal to the Supreme Court          1

MOTION# 2012-1039

**EMERGENCY INTERLOCUTORY APPEAL TO THE SUPREME COURT OF MISSISSIPPI , EMERGENCY PETITION TO THE SUPREME COURT OF MISSISSIPPI  FOR  REASSIGNMENT OF THE CASE TO A DIFFERENT JUDGE**

Comes now petitioner Dr. Orly Taitz, ESQ, herein "Taitz" and petitions the Supreme Court of Mississippi to reassign the case to a different judge.

## STATEMENT OF FACTS

1. This case at hand was timely filed by Petitioner Orly Taitz, hereinafter "Taitz" .
2. The case revolves around the fact that Democratic party of Mississippi submitted to the Secretary of State the name of Barack Obama as Presidential candidate. Taitz submitted to the Democratic party an election challenge with sworn affidavits of experts and witnesses showing Obama using a forged birth certificate and a stolen Connecticut Social Security number ██████████ Evidence showed that required natural born status of Obama is based on forged identification papers. Findings by Taitz and her experts were recently confirmed by Maricopa county Arizona sheriff Joe Arpaio, who confirmed that as a result of his independent investigation Obama is using forged identification papers.
3. Democratic Party was complicit with Obama and simply  ignored the election challenge and did not respond.
4. Taitz filed a complaint in the Hinds county   Circuit court based on elections code Section 23-15-191 .
5. Elections code require immediate handling of the elections challenge and require the Circuit Court judge to forward the complaint within 3 days to the Supreme court for expedited handling.
6. The case was referred to the Supreme Court and honorable Judge Dickenson, Chief Justice of the Supreme Court, forwarded the complaint to a special judge, retired judge Coleman of Union county for handling.
7. For a period of a month prior to  the Primary election, which was the subject of the complaint, judge Coleman completely ignored the case and did not even contact the parties.
8. Taitz desperately tried to schedule a hearing before the primary, but could not even get in touch with the judge, as judge Coleman is located in a different county, currently retired, does not hold regular court hearings  and she was told to wait until judge Coleman  contacts her.
9. Primary election passed without judge Coleman contacting Taitz.

10. For the first time judge Coleman contacted the parties in the case, was via e-mail two days after the election.

11. Defendants: Democratic party of Mississippi and the Secretary of State of Mississippi forwarded e-mails to judge Coleman and Taitz, where they sought dismissal of the case.

12. Taitz responded and e-mailed judge Coleman and the defendants.

13. Motion hearing was set for April 16th.

14. As the Defendant Democratic Party claimed that the complaint is frivolous, Taitz sought to subpoena witnesses to appear in court to prove that the complaint is not frivolous.

15. As Taitz is a pro se plaintiff, she filed a motion and an affidavit attesting to the fact that subpoena is necessary for the upcoming hearing. Yet again, this motion and affidavit were ignored by judge Coleman and Taitz could not subpoena witnesses for the hearing. She did purchase airplane tickets for herself and one witness to appear in Mississippi at the hearing.

16. Shortly before the hearing judge Coleman e-mailed the parties that due to health reasons he needs to cancel the April 16 hearing and it will be rescheduled for a later date.

17. As judge Coleman completely ignored the case prior to the primary election, it was necessary to file a new challenge for the General election. Taitz submitted general election challenge to the Democratic party as required by law and yet again the Democratic party ignored the challenge. On April 12, 2012 Taitz completed drafting of the First Amended Complaint, which referred to the General election and submitted it to judge Coleman on April 13th. On the same day the defendants filed an answer to the complaint.

18. On April 17th judge Coleman contacted the parties, stating that he can reschedule the motion hearing to a different day.

19. Taitz e-mailed judge Coleman and asked for clarification, as to what is being scheduled. Taitz reminded judge Coleman that the April 16, 2012 hearing was scheduled based on 12b motion by the defendants. 12b motion is usually filed instead of an answer in order to shield the defendants from the discovery, however the defendants changed their tactics and filed an answer, so the subject matter of the motion hearing became moot. The parties are already in the discovery phase of the case. Taitz also reminded judge Coleman that he did not respond to her request and affidavit for subpoenas. She is limited in what she can do without subpoenas for deposition and production of documents. She is limited in bringing witnesses to the hearing and in conducting discovery. She also reminded judge Coleman that he waived procedural requirements of a California attorney Tepper, who sought to join as co-counsel for the defendant Democratic party. Taitz also inquired whether judge Coleman would waive a procedural requirement and allowed her to act as an

attorney pro hac vice, whereby she could submit the subpoenas to the clerk of the court for signature and not bother judge Coleman with requests to sign subpoenas or alternatively she asked  for judge Coleman to sign the subpoenas, which she could use to enforce  the subpoenas in California, where she intended to conduct some of the depositions. Taitz also asked for clarification of the status of the case in regards to the First amended complaint, as it was drafted and signed on April 12th  as a first Amended complaint as of Right before filing of an answer, but crossed in the mail with the answers filed by the defense.

18. Judge Coleman did not provide any clarification, but stated that he should not be addressed via e-mail, even though the defense addressed judge Coleman via e-mails repeatedly with no objection from the judge, and when the defense asked judge Coleman to grant California attorney Tepper pro-hac vice and waive a procedural requirement,  judge Coleman issued an order and granted    such pro hac vice immediately over stern objections by the Plaintiff, who advised judge Coleman that California attorney Tepper has a long history of harassing Taitz and is joining this case as a co-counsel for the defense for the sole purpose of harassment of Taitz.  Taitz got increasingly concerned in regards to bias by judge Coleman against her and her case.

## ARGUMENT

### JUDGE COLEMAN'S FAILURE TO RESPOND FOR A PERIOD OF A MONTH AND FAILURE TO HEAR THIS PRIMARY ELECTION CHALLENGE BEFORE THE PRIMARY ELECTION SHOWS BIAS AND ABUSE OF JUDICIAL DISCRETION AND DESIRE TO DISMISS THE CASE

1. Judge Coleman was aware that the case at hand is a primary election challenge case  and has to be handled immediately, as time was of the essence. Mississippi statute  Section 23-15-191 required expedited handling within 3 days for the complaint to be forwarded to the Supreme Court.

2. Judge Coleman simply sat on this claim for a month and completely ignored it until the primary election passed.

3. Judge Coleman contacted the parties two days after the primary election, stating that now he has some free time to schedule the hearing.

4. If judge Coleman knew that he is busy and that he is unable to hear this primary election challenge prior to the primary election, it was his duty to advise so to the Chief Justice of the Supreme Court Dickenson, so that Justice Dickenson would appoint another special judge.

5. The fact that judge Coleman did not contact the parties for a month and waited until after the primary election, shows that judge Coleman is biased against this case and against the Plaintiff Taitz and simply decided to kill the case before it started.

6. The fact that judge Coleman waited for a month until after the primary election shows an abuse of judicial discretion, as the case clearly had to be heard timely before the primary. This is particularly egregious in light of the fact that Taitz provided judge Coleman with evidence that Barack Obama is using a forged birth certificate and a Social Security number, which was never assigned to him. Judge Coleman had in front of him evidence of the greatest criminality in the history of this nation, usurpation of the U.S. Presidency and he made a conscience decision to give Barack Obama a pass and allow him on the ballot in the Primary election without a glitch.

7. Taitz was entitled to her First amendment right to a meaningful redress of grievances. This right was violated by judge Coleman under color of authority, when judge Coleman simply ignored her primary election challenge until after the election.

## REFUSAL TO PROVIDE CLARIFICATION AND EITHER SIGN SUBPOENAS OR GRANT PRO HAC VICE DENIES TAITZ MEANIGFUL REDRESS OF GRIEVANCES DURING THE GENERAL ELECTION CHALLENGE.

1. After Taitz was denied her first amendment right for redress of grievances during the primary challenge, she is deeply concerned about similar de facto denial of her First Amendment rights now during the general election challenge.

2. A peculiar situation developed in that the First amended complaint (Exhibit 2) was submitted to judge Coleman the same day as the answer. The first amended complaint was drafted as a matter of right, prior to an answer being filed. Taitz asked judge for clarification, as to what is the status of the case: does judge Coleman see it as a First amended Complaint as a matter of right or will he provide a leave of court for the First Amended Complaint. Judge Coleman did not provide any clarification, which makes it difficult to know for sure which complaint is the operative pleading.

3. Since the defendants filed an answer, the parties are in discovery phase, however Judge Coleman is denying Taitz any meaningful discovery as part of her First Amendment right for Redress of Grievances as he is neither responding to her numerous petitions and affidavits with requests to sign Mississippi subpoenas or waive a procedural requirement of a local attorney co-signor and grant her pro hac vice, so that she can issue Mississippi subpoenas herself and have them signed by the clerk of the court. Not only Taitz cannot conduct meaningful general discovery

in the case, she is not able to subpoena witnesses for the hearing that judge
Coleman is intending to hold on May 7th, 2012.

4. Judge Coleman is not responding and not providing any clarification, what
motions  is he  intending to hear at the motion hearing, and not providing any
meaningful clarification or response on the case.

5. This is a case of national importance. Attached First amended Complaint and
exhibits show the most egregious criminality by Barack Obama and some
governmental bureaucrats aiding and abetting him in hiding his use of a forged
birth certificate and his use of a Connecticut Social Security number, which was
never assigned to him. We have an individual with unknown origin and unknown
allegiance usurping the White House and intending to prolong this usurpation for
four more years or possibly  longer.   Civil rights of every American citizen, US
economy and national security are at stake. The chronology and the facts of the
case show that the special judge assigned by the presiding judge of the Supreme
Court, is biased against the Plaintiffs and violated the Plaintiff's rights for redress
of grievances during the primary election. There is a serious concern that this bias
will continue now during the general election challenge.

Based on all of the above it is necessary to reassign this case to another special
judge.

## CONCLUSION

Based on all of the evidence and arguments presented herein the case at hand
should be reassigned to a different special judge.

Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

175100

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

FEB 1 7 2012

SUPREME COURT CLERK

Dr. Orly Taitz, ESQ.                                                         Plaintiff

v.                                                    No. 2012-AP-260

Democrat Party of Mississippi, Secretary of State           Defendants
of Mississippi

NO. 251-12-107CIV: In the Circuit Court of
Hinds County, Mississippi, First Judicial District

## ORDER APPOINTING SPECIAL JUDGE

        HAVING COME ON this date for hearing a request for appointment of a Judge

to preside over a petition for judicial review in the proceedings in the above numbered and

styled cause, which is presently pending in the Circuit Court of Hinds County, Mississippi,

First Judicial District, and the Court having considered said request and found it proper under

Mississippi Code Annotated Section 23-15-961.

        IT IS THEREFORE ORDERED AND ADJUDGED that *Honorable R.*
*Kenneth Coleman*, Senior Status Judge, be, and he is, hereby specially appointed Special

Judge to preside over the matter herein involved.

        IT IS FURTHER ORDERED that the Clerk of this Court transmit copies of

this order to the Honorable R. Kenneth Coleman, Special Judge; the Honorable Tomie T.

Green; the Honorable Winston L. Kidd; the Honorable Jeff Weill, Sr., and the Honorable

William A. Gowan, Jr., Judges of and for the Seventh Circuit Court District; and, to the Clerk

of the Circuit Court of Hinds County, who is directed to file this Order and deliver copies to

all counsel of record in said case and to parties not represented by counsel.

        SO ORDERED this the __17th__ day of February, 2012.

                                            JESS H. DICKINSON, PRESIDING JUSTICE

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA 92688**
**Ph 949-683-5411 F949-766-7603**
Orly.Taitz@gmail.com
**CA Bar License 223433**
**In propria Persona in MS**



FILED

FEB 14 2012

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

**FIRST JUDICIAL DISTRICT**
**Circuit Clerk's Office**
**P.O. BOX 327**
**Jackson, MS 39205**
**Phone: (601) 968-6628**

RECEIVED

FEB 16 2012

COURT ADMINISTRATION

2012. AP. 260

251-12-107CIV

DR. ORLY TAITZ, ESQ                     ) PETITION FOR INJUNCTIVE
                                        ) RELIEF

V                                       )PETITION FOR DECLARATORY
DEMOCRAT PARTY OF MISSISSIPPI,          )RELIEF
SECRETARY OF STATE OF MISSISSIPPI )

Petitioner herein is seeking injunctive relief in removing from the ballot in the

state of Mississippi a Democrat Party Presidential candidate Barack Hussein

Obama, II (Hereinafter "Obama") due to elections fraud, due to Obama's use of

forged/altered/fraudulently obtained identification records, his use of a Connecticut

Social Security number ███████, issued in 1977 in the state of Connecticut to

another individual, born in 1890, due to Obama's use of a computer generated

forgery as a copy of his birth certificate, due to Obama's lack of constitutional

eligibility. Petitioner is seeking declaratory relief deeming Obama not eligible to

be on the ballot for the same reasons.

## ARGUMENT

23-15-961

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by

registered letter or by telegraph or by telephone, or personally, notify the Chief

Justice of the Supreme Court, or in his absence, or disability, some other judge of

the Supreme Court, who shall forthwith designate and notify from the list provided

in Section 23-15-951 a circuit judge or chancellor of a district other than that

which embraces the district, subdistrict, county or any of the counties, involved in

the contest or complaint, to proceed to the county in which the contest or complaint

has been filed to hear and determine the contest or complaint. It shall be the

official duty of the circuit judge or chancellor to proceed to the discharge of the

designated duty at the earliest possible date to be fixed by the judge or chancellor

and of which the contestant and contestee shall have reasonable notice. The

contestant and contestee are to be served in a reasonable manner as the judge or

chancellor may direct, in response to which notice the contestee shall promptly file

his answer, and also his cross-complaint if he has a cross-complaint. The hearing before the circuit court shall be de novo. The matter shall be tried to the circuit judge, without a jury. After hearing the evidence, the circuit judge shall determine whether the candidate whose qualifications have been challenged is legally qualified to have his name placed upon the ballot in question. The circuit judge may, upon disqualification of any such candidate, order that such candidate shall bear the court costs of the proceedings.

(6) Within three (3) days after judgment is rendered by the circuit court, the contestant or contestee, or both, may file an appeal in the Supreme Court upon

2) Within ten (10) days of receipt of the petition described above, the appropriate executive committee shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate executive committee shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate executive committee fails to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

(4) Any party aggrieved by the action or inaction of the appropriate executive committee may file a petition for judicial review to the circuit court of the county

in which the executive committee whose decision is being reviewed sits. Such petition must be filed no later than fifteen (15) days after the date the petition was originally filed with the appropriate executive committee.

1. Petitioner filed an election challenge with the executive committee of the Democrat party of Mississippi (Exhibit 1 attached)

2. Executive committee of the Democrat party of Mississippi never responded.

3. Petitioner is an aggrieved party and is filing a challenge herein.

4. Petitioner paid a bond of $300, as required.

5. Petitioner alleges that the Democrat party Presidential candidate Barack Hussein Obama, II does not qualify for the position, that he is seeking.

6. According to the United States Constitution Article 2, section 1, as a Supreme law of the land, President of the United States of America is supposed to be a natural born U.S. citizen.

7. Natural born U.S. citizen is supposed to have valid identification papers to prove his natural born U.S. Citizen status. Such identification papers would include a valid US Social Security number and a valid long form birth certificate.

8. Barack Hussein Obama does not have valid identification documents.

9. Petitioner provides as an Exhibit 2 a transcript of a recent administrative court hearing in the state of Georgia, as well as Exhibit 4Copy of the Case file. At the

hearing witnesses testified under oath, under the penalty of perjury to the following facts, showing Obama using a fraudulently obtained Social Security number and a computer generated forgery instead of a valid birth certificate.

a. Witness Linda Jordan testified under oath, that she personally ran E-verify for Barack Obama and found that his name does not match Connecticut Social Security number that Obama is using.

b. Witness Susan Daniels, licensed investigator, testified that Connecticut Social Security number ████████ used by Obama, was issued in 1977 in the state of Connecticut to another individual, resident of Connecticut, who was born in 1890. Daniels testified, that in her opinion as an investigator, Social Security number used by Obama is fraudulent.

c. Witness John Sampson, recently retired Senior Deportation officer with the department of Homeland security, testified that based on his experience as a senior Deportation officer, both the birth certificate and the Social Security number appear to be fraudulent and if he were to be still working with the deportation department, he would be forwarding the file to the U.S. attorney for criminal prosecution. If the U.S. attorney would not be willing to proceed, he would be seeking a warrant for arrest and deportation.

d. Witness Felicito Papa, graduate of Indiana technical institute testified under oath, that when Obama posted 2009 tax returns on line on April 15, 2010, he did

not flatten the PDF file, as such one can see multiple layers of the file and could see the full Social Security number, that Obama is using. The number in question is a Connecticut Social Security number ███████, which according to investigator Daniels and deportation officer Sampson is fraudulent, and which does not match Obama's name according to e-verify, as testified to by Witness Jordan. Papa, also, testified, that similarly Obama did not flatten the PDF file of the document, posted by Obama on WhiteHouse.gov and claimed to be a true and correct copy of his long form birth certificate. According to Papa the document in question is a computer generated forgery, created by cutting and pasting parts of different documents.

e. Witness Douglas Vogt, who has over twenty years of experience with scanning machines and printers, testified under oath, that a document posted by Obama on line, claiming it to be a scanned copy of his long form birth certificate, represents a computer generated forgery and not a scan of any document.

f. Witness Chris Strunk testified under oath and authenticated a copy of the passport records of Obama's mother, deceased Stanley Ann Dunham. According to aforementioned records, Obama was listed in his mother's passport records under the last name Soebarkah. There is no evidence of Obama ever legally changing his last name.

11. Additionally, a precedent of <u>Minor v Happersett</u> 88 USC 163 (1875) defines natural born US citizen, as a US born to U.S. parents. Obama's father was never a U.S. citizen or even a U.S. resident. Barack Obama Senior was a British subject at the time of Obama's birth, which is an additional impediment for Obama's qualification as a natural born U.S. citizen. Exhibit 3 Proposed

10. Based on all of the above Obama does not have any valid identification papers to prove his natural born U.S. status, he is not Constitutionally qualified and cannot be on the ballot. Based on the above Petitioner is seeking a declaratory relief deeming Obama not to be eligible as a candidate on the ballot, as well as injunctive relief preventing Obama from being placed as a Presidential candidate on the ballot.

## CONCLUSION

Based on all of the above petitioner is seeking the following relief:"

1. Declare Barack Hussein Obama not Constitutionally eligible for the position of the U.S. President

2. Injunctive relief preventing the Democrat Party of Mississippi and the Secretary of State of Mississippi from certifying Obama as a candidate on the ballot.

3. Injunctive relief from counting any and all votes for candidate Obama in the primary or general Presidential election.

Taitz v Obama, Democrat Party of MS, Secretary of State of MS  Complaint                    7

Respectfully submitted,

/s/ Dr. Orly Taitz, ESQ

Attestation

I, Orly Taitz, ESQ, attest that all of the above information is provided to the best of

my knowledge and belief.

/s/ Dr. Orly Taitz, ESQ

## EXHIBIT 1

Ballot challenge filed three times via certified mail, FederalExpress and FAX with the Democrat
Party of Mississippi

## ORLY TAITZ, ESQ.
## 29839 SANTA MARGARITA PARKWAY, STE. 100
## RANCHO SANTA MARGARITA, CA  92688
## PH 949-683-5411 F949-766-7603
## ORLY.TAITZ@GMAIL.COM
## CA BAR LICENSE 223433


**EXECUTIVE COMMITTEE**

**DEMOCRAT PARTY  OF MISSISSIPPI**

**P.O. BOX 1583, JACKSON, MS 39215.**

Taitz v Obama, Democrat Party of MS, Secretary of State of MS  Complaint                    8

PH 601-969-2913 FAX 601-354-1599

01.08.2012

VIA FAX AND CERTIFIED MAIL

## BALLOT CHALLENGE

## OFFICIAL PETITION TO REMOVE FROM THE LIST OF CANDIDATES AN INELIGIBLE CANDIDATE

### APPLICABLE LAWS AND REGULATIONS

United States Constitution (U.S. Const. art. II, § 1)

Chapter 15 Mississippi Election Code

Article 29 Election Contests

D Contests of candidate qualifications

§ 23-15-961. Exclusive procedures for contesting qualifications of candidate for primary election; exceptions

(1) Any person desiring to contest the qualifications of another person as a candidate for nomination in a political party primary election shall file a petition specifically setting forth the grounds of the challenge within ten (10) days after the qualifying deadline for the office in question. Such petition shall be filed with the executive committee with whom the candidate in question qualified.

Taitz v Obama, Democrat Party of MS, Secretary of State of MS  Complaint                    9

Jan. 14th Qualifying Deadline: Deadline for candidates to file petition to appear on presidential preference primary ballot with the state executive committee of the appropriate political party. *NOTE: This deadline falls on SATURDAY (Miss. Code Ann. § 23-15-1093).

(2) Within ten (10) days of receipt of the petition described above, the appropriate executive committee shall meet and rule upon the petition. At least two (2) days before the hearing to consider the petition, the appropriate executive committee shall give notice to both the petitioner and the contested candidate of the time and place of the hearing on the petition. Each party shall be given an opportunity to be heard at such meeting and present evidence in support of his position.

(3) If the appropriate executive committee fails to rule upon the petition within the time required above, such inaction shall be interpreted as a denial of the request for relief contained in the petition.

(4) Any party aggrieved by the action or inaction of the appropriate executive committee may file a petition for judicial review to the circuit court of the county in which the executive committee whose decision is being reviewed sits. Such petition must be filed no later than fifteen (15) days after the date the petition was originally filed with the appropriate executive committee. Such person filing for judicial review shall give a cost bond in the sum of Three Hundred Dollars ($300.00) with two (2) or more sufficient sureties conditioned to pay all costs in case his petition be dismissed, and an additional bond may be required, by the court, if necessary, at any subsequent stage of the proceedings.

(5) Upon the filing of the petition and bond, the circuit clerk shall immediately, by registered letter or by telegraph or by telephone, or personally, notify the Chief Justice of the Supreme Court,

Taitz v Obama, Democrat Party of MS, Secretary of State of MS  Complaint                10

23-15-1089. Candidates whose names shall be placed on ballot; announcement of names by Secretary of State.

The Secretary of State shall place the name of a candidate upon the presidential preference primary ballot when the Secretary of State shall have determined that such a candidate is generally recognized throughout the United States or Mississippi as a candidate for the nomination of President of the United States.

On or before December 15 immediately preceding a presidential preference primary election the Secretary of State shall publicly announce and distribute to the news media for publication a list of the candidates he intends to place on the ballot at the following presidential preference primary election. Following this announcement he may add candidates to his selection, but he may not delete any candidate whose name appears on the announced list, unless the candidate dies or has withdrawn as a candidate as provided in this chapter.

## SUMMARY OF THE COMPLAINT

Petitioner seeks declaratory and injunctive relief, for this Executive Committee of the Democrat Party of Mississippi to declare that Defendant Barack Obama is not eligible to be on the ballot due to the fact, that recently obtained passport records show his legal name to be Barack Obama Soebarkah (Exhibit 10), not the name listed on the list of the nominees. One cannot be on the ballot under a name, that is not legally his. Additionally, Obama's school records from Indonesia, released by the Associated Press, list him under the last name Soetoro (last name of his step father, Indonesian citizen, Lolo Soetoro). (Exhibit 11). There is no evidence of Obama

ever legally changing his name from Soetoro or Soebarkah to Obama. Same school records show his citizenship to be Indonesian, which makes him ineligible as well.

He does not satisfy the "natural born citizen" constitutional requirement for President to be on the ballot due to his foreign citizenship and allegiance to three other nations and due to the precedent of Minor v Happersett (88 U.S. 162 1875). Not only is Obama not qualified to be on the ballot, but evidence, provided in the complaint, shows that candidate Obama does not possess any valid U.S. identification papers needed for the natural born status, that in his tax returns and in his Selective Service certificate,  he is using a Connecticut Social Security number ███████

████ which according to E-Verify and SSNVS (Social Security Number Verification Systems) was never issued to Barack Obama. (Exhibits 1-7) (Full unredacted number is provided in these pleadings, as it is being fraudulently used). Additionally, multiple expert affidavits show Obama's recently released alleged copy of his long form birth certificate to be a computer-generated forgery, created by cutting and pasting bits and pieces from different documents and filling in the blanks with computer graphics, and not a valid document. (Exhibits 3, 8, 9). Plaintiffs are seeking injunctive relief preventing the Executive committee of the Democrat Party from placing Obama's name on the ballot  in the Democrat 2012 primary, as well as 2012 general election.

## FIRST CAUSE OF ACTION

### DECLARATORY RELIEF

In 2008, when Mr. Obama ran for the U.S. Presidency, he was never vetted and he never provided any valid documentary evidence of his natural born status.

2.     A natural born citizen would be expected to have valid U.S. identification papers, such as a valid long form birth certificate and a valid Social

Security number, which was lawfully obtained by presenting a valid birth certificate to the Social Security administration and which can be verified through official U.S. Social Security verification services, such as E-Verify and SSNVS. The most glaring evidence of Obama's lack of natural born status and legitimacy for the US Presidency, is Obama's lack of most basic valid identification papers, such as a valid Social Security Number ("SSN") and his use of a fraudulently obtained Social Security Number from the state of Connecticut, a state where he never resided, and which was never assigned to him according in part to SSN verification systems "E-Verify" and SSNVS.

3.      Reports from licensed investigator Susan Daniels ("Daniels") show that for most of his life Obama used a Connecticut Social Security Number ████████ issued in 1977, even though he was never a resident of the State of Connecticut. In 1977 Social Security numbers were assigned according to the state where the Social Security applications were submitted. In 1977 Obama was nowhere near Connecticut, but rather a young student at the Punahoa school in Hawaii, where he resided.

3.      Additionally, according to the review performed by licensed investigators Sankey and Daniels, and as publicly available, national databases revealed another birth date associated with this number, a birth date of 1890. In or around 1976-77, due to changes in the Social Security Administration, many elderly individuals who never had Social Security numbers before, had to apply for their Social Security numbers for the first time in order to obtain Social Security Benefits. It appears that the number in question was assigned to an elderly individual in Connecticut around March of 1977. The death of this elderly individual was never reported, and from around 1980 this number was fraudulently assumed by Barack Obama. *See Exhibit 1* attached hereto, Affidavit of Susan Daniels.

4.        Petitioner Taitz was a delegate at the Continental Congress Convention in 2009, where she had a discussion on the matter of Barack Obama's fraudulent use of the aforementioned Connecticut SSN with a recently retired Senior Deportation Officer from the Department of Homeland Security ("DHS"), Mr. John Sampson ("Sampson").   Sampson provided Dr. Taitz with an affidavit attesting to the fact that indeed, according to national databases, Obama is using a Connecticut SSN even though there is no reasonable justification or explanation for such use by one who resided in Hawaii in and around the time the Social Security number in question was issued. *See Exhibit 2* attached hereto, Affidavit of John Sampson.

5.        In 2010 Obama posted online on WhiteHouse.gov his 2009 tax returns. Those responsible for posting those returns did not "flatten" the PDF file thereof, so all the layers of modification of the file became visible to the public. One of the pages contained Obama's full SSN███████████ Taitz received an affidavit from Adobe Illustrator program expert Mr. Chito Papa ("Papa") attesting to the fact that the tax returns initially posted by Obama contained the Connecticut SSN███████████ While the file was later "flattened" and the SSN can no longer be seen, thousands of U.S. Citizens and individuals around the world were able to obtain the original file with the full SSN. *See Exhibit 7* attached hereto, Affidavit of Chito Papa.

6.        Counsel herein, Taitz checked an official site for Selective Service SSS.gov. She entered the name "Barack Obama" along with his publicly available alleged date of birth "███████████" and Connecticut SSN ███████████ (which Obama is using in his tax returns as indicated above).   Taitz received a verification showing that Obama registered for Selective Service using the Connecticut SSN. *See Exhibit 4* attached hereto, Selective Service Verification.

7.      Taitz received an affidavit from a witness named Linda Jordan ("Jordan"), who ran an E-verify check for SSN█████████ According to E-Verify, there is no match between Obama's name and the SSN he used on his tax returns and Selective Service application. *See Exhibit 5* attached hereto, Affidavit from Linda Jordan.

8.      Taitz received an email from a U.S. Army officer, Colonel Gregory Hollister, whereby he did an independent check and found that indeed Obama is using this Connecticut SSN. He also contacted SSNVS (Social Security Number Verification Systems) and found that the number Obama is using was never assigned to him. *See Exhibit 6* attached hereto, Email from Colonel Gregory Hollister.

9.      Recently Obama's uncle Onyango Obama was arrested for drunk driving and found to be using for employment a Social Security Number even though he is an illegal alien and not allowed to work. Obama's Aunt Zeutuni Obama was stealing taxpayer dollars by living in subsidized housing and using an Indiana-issued Social Security Number, even though he is an illegal alien and was never a resident of the State of Indiana. therefore, there is a pattern of multiple members of Obama's family using fraudulently obtained Social Security numbers, at Obama's behavior is true to that pattern of Social Security fraud and immigration fraud.

10.     Obama's close associate, William Ayers, in his book *Fugitive Days*, admitted to creating over a hundred fraudulent Social Security Numbers using names of deceased infants who did not get their Social Security numbers before their deaths. As he states in *Fugitive Days*, "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby

birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card. Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." *William Ayers, Fugitive Days.* Association and close friendship with Ayers is an additional indication and circumstantial evidence of Social Security fraud by Obama, and his lack of valid identification documents to prove not only natural born status, but any status for that matter.

11.    For nearly three years after his inauguration Obama refused to provide to the public his long form birth certificate. On April 27, 2011, when Obama posted his alleged long form birth certificate online, just as with his tax returns, he originally did not flatten the file, which means that anyone with an Adobe Illustrator program on his computer could see layers of alterations in this alleged "birth certificate" which looked like a complete fraud and hoax. Multiple long form birth certificates from 1961 are available. In those years green safety paper was not available and was not used. Other birth certificates, as one for Susan Nordyke, born the next day on █████████████, in the same hospital, and signed by the registrar on August 11, 1961, show white paper with yellow aging stains, clear borders, raised seal and a lower serial

number. (Exhibit 9)Obama's alleged birth certificate is on a safety paper, which was not used in 1961, does not have a clear paper, no raised seal, and the serial number is higher than the numbers issued later by the same Registrar. *See Exhibit 3, 9.*

12.     According to the affidavit from Adobe Illustrator expert Papa (Exhibit 3, hereto), the released image digital file showed layers of alteration of the alleged birth certificate. It showed a signature of Obama's mother, Stanley Ann D. Soetoro (her married name by her second husband), where it looks as though "Soetoro" was erased, whited out and computer graphics used to add "unham Obama" and a signature "Stanley Ann Dunham Obama" was created by pasting and filling the blanks with computer graphics.

13.     Taitz received an affidavit from scanning machines expert Douglas Vogt. ("Vogt") *See Exhibit 8 hereto*, Affidavit of Douglas Vogt. Vogt attests to further evidence of forgery, such as different types of ink used. Some of the document shows as "gray scale" scanning, some as black and white scanning, and some as color scanning. It shows different types of letters and variations in kerning, meaning some letters are encroaching into the space of other letters which is possible only with computer graphics, not with a typewriter used in 1961. Numerous other parameters lead to the same conclusion, that the document in question is not a copy of a 1961 typewritten document, but a computer-generated forgery, created by cutting and pasting bits and pieces from different documents and filling in the blanks with computer graphics.

14.     It appears that Obama used a Social Security number of a deceased elderly individual, as well as a birth certificate number of a deceased infant, to fabricate his false identity. Research pointed to the fact that one Virginia Sunahara was born in Honolulu on ▓▓▓▓▓▓▓▓▓▓and passed away the next day. Recently her surviving family member demanded

*Taitz v Obama, Democrat Party of MS, Secretary of State of MS  Complaint*                    17

to see her long form birth certificate, but the department of Health provided Mr. Sunahara only with a computer generated short form birth certificate with a serial number, which was suspiciously out of sequence from all the other numbers issued to infants born August 4, 1961.

15.    In spite of numerous demands, Director of Health Loretta Fuddy refused to allow the inspection of the original birth certificate of either Obama or Sunahara in lieu of the alleged certified copy, and the Social Security Administration refused to provide even a redacted application for Connecticut SSN███████, which Obama is fraudulently using.

16.    Based on all of the above, Obama does not have any valid identification papers, which are necessary to be a candidate on the ballot, running for the Presidency of the United States

17.    Additionally, the term "Natural Born Citizen," as it is applied to the U.S. Presidency, means one born in the country to citizen parents. The plaintiffs submit their evidence showing that from the time of the adoption of the Constitution until today the standard was "One born in the country to parents who are citizens do not owe their allegiance to others." The U.S. Constitution was based in no small measure upon the book *The Law of Nations* by Emer de Vattel, stating that "Natural Born Citizens" are ones born in the "Nations to citizens. (Emer De Vattel, *The Law of Nations*, p. 499, section 212). A similar definition was used by John A Bingham, drafter of the 14th amendment to the United States Constitution, who stated during Congressional Hearings that a "natural born citizen is born in the U.S. Territories to parents, who didn't owe allegiance to other sovereignties." A similar definition was used in the case of *Minor v. Happerset*, 88 U.S. 162 (1875).

18.    In 2008 natural born citizenship of John McCain was questioned as well due to his birth in the zone of the Panama Canal. In Joint Senate Resolution 511 the Senate

unanimously found Senator McCain to be a "Natural Born" U.S. Citizen. The Senate used the same Vattel two pronged test and found McCain to be elligible for the presidency due to the fact that he was born in the Panama Canal zone to <u>two parents</u> who were U.S. Citizens. Obama's father was never a U.S. citizen. He never had a green card. He was in the U.S. for a few years on a student visa and, as such, Obama did not satisfy either one of the two prongs of the test for natural born status. Even if this office was to subscribe to a more liberal modern definition of natural born citizen, Obama does not qualify as he never proved his birth in Hawaii and is using a computer-generated forgery instead of a valid long form birth certificate and he is fraudulently using a Social Security Number which was never assigned to him. This case shows an unprecedented level of corruption and lawlessness in the federal government and in the government of Hawaii, which allowed Obama to get on the ballot in 2008.

Due to all of the above, Barack Hussein Obama cannot be a Presidential candidate on the ballot in the state of Mississippi.

Respectfully Submitted this day of January 8, 2012

/s/     Dr. Orly Taitz, Esq.

# Exhibit 2

Page 1

OFFICE OF STATE ADMINISTRATIVE HEARINGS

STATE OF GEORGIA

- - - - - - - - - - - - - - - -
DAVID FARRAR                          :
LEAH LAX                              :
CODY JUDY                            :
THOMAS MALAREN                        :
LAURIE ROTH                           :
                    Plaintiffs        :
                                      :
                                      :
                                      : DOCKET NO.
v.                                    : OSAH-SECSTATE-CE-
                                      :  1215136-60-Malihi
BARACK OBAMA                          :
                    Defendant         :
                                      :
                                      :
- - - - - - - - - - - - - - - -


                    230 Peachtree Street, Suite 850
                    Atlanta, Georgia

                    Thursday, January 26, 2012


        The above-entitled matter came on for hearing
pursuant to Notice, at 10:15 a.m.

BEFORE:

        MICHAEL M. MALIHI, Deputy Chief Administrative Law
                    Judge

Page 2

APPEARANCES:

FOR THE PLAINTIFF:

    ORLY TAITZ, Attorney
    29839 S. Margarita, Suite 100
    Rancho Santa Margarita, California 92688

FOR THE DEFENDANT:

    (No appearance.)

Page 3

I N D E X

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| David Farrar | 5 | -- | -- | -- |
| Christopher Strunk | 8 | -- | -- | -- |
| Susan Daniels | 10 | -- | -- | -- |
| Felicito Papa | 15 | -- | -- | -- |
| Linda Jordan | 19 | -- | -- | -- |
| Douglas Vogt | 22 | -- | -- | -- |
| John Sampson | 30 | -- | -- | -- |
| Orly Taitz | 40 | -- | -- | -- |

| EXHIBITS: | FOR IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| Plaintiff: | | |
| 1 - Strunk FOIA Request | 10 | -- |
| 2 - Daniels Affidavit | 14 | -- |
| 3 - Papa Affidavit | 19 | -- |
| 4 - Jordan Affidavit | 21 | -- |
| 5 - Vogt Affidavit | 30 | -- |
| 6 - Sampson Affidavit | 39 | -- |
| 7 - (Unidentified on the record) | 45 | -- |

1            P R O C E E D I N G S

2            JUDGE MALIHI:  Counsel, would you introduce

3    yourself and your client, please?

4            MS. TAITZ:  Yes.  Orly Taitz and I'm representing

5    five clients -- Mr. David Farrar, who is in the courtroom.

6            MR. FARRAR:  Good morning, sir.

7            MS. TAITZ:  Ms. Leah Lax, Ms. Laurie Roth, Mr.

8    Thomas Malaren and Mr. Cody Robert Judy.

9            JUDGE MALIHI:  Counsel, before you start, I'm

10   going to give you two hours maximum, we will conclude at

11   12:15.

12           MS. TAITZ:  Thank you, Your Honor.

13           JUDGE MALIHI:  And if you can do it a little bit

14   faster, I would appreciate it.

15           MS. TAITZ:  I'll do my best.

16           JUDGE MALIHI:  Thank you.

17           MS. TAITZ:  Mr. Farrar, please.

18           Just a quick introduction.  Please provide for the

19   Court your name and spell your last name.

20           MR. FARRAR:  David Farrar, F-a-r-r-a-r.

21           MS. TAITZ:  Mr. Farrar, you can even stand --

22           THE REPORTER:  Wait.  Got to swear the witness.

23   Whereupon,

24                        DAVID FARRAR

25   appeared as a witness herein and, having been first duly

Page 5

1 sworn, was examined and testified as follows:

2        DIRECT EXAMINATION

3 BY MS. TAITZ:

4   Q Are you a registered voter in the State of

5 Georgia?

6   A Yes, ma'am.

7     MS. TAITZ:  That's it, you're excused.

8     JUDGE MALIHI:  Thank you very much.

9     Counsel, hold on, hold on. What is this

10 (indicating)?

11             (Witness excused.)

12     MS. TAITZ:  This is a clip from the news, just

13 showing that when Mr. Obama resided in Indonesia, it shows a

14 book of records from Indonesia showing his last name in the

15 school book of records listed as Soetoro and nationality

16 Indonesian, not U.S. citizen.

17     JUDGE MALIHI:  I don't need to see the video.

18     MS. TAITZ:  That's it.

19     JUDGE MALIHI:  Okay.

20     MS. TAITZ:  Can we go back a little bit?

21     JUDGE MALIHI:  Counsel, I don't see how that's

22 relevant to the issue before me.

23     MS. TAITZ:  Well, in order for one -- first of

24 all, in order for one to be on the ballot in the State of

25 Georgia, he needs to be under a name that is legally his.

1        JUDGE MALIHI:  You can argue that to me, but I

2   don't need to see the video.

3        MS. TAITZ:  Okay, go to the next one.

4        JUDGE MALIHI:  What's the next one?

5        MS. TAITZ:  Okay, so -- okay, so, it states that

6   he was registered in the book of records in the school in

7   Indonesia where she's staying, which was Basuki school in

8   Jakarta, Indonesia under last name Soetoro.  Next.

9        I will not go into detail -- okay, let's stop here

10  -- I will not go into detail into the issue of what natural-

11  born citizen is because we have limited time, a prior

12  counsel already stated this.

13       JUDGE MALIHI:  Counsel, please address the Court,

14  not the audience.

15       MS. TAITZ:  And I will be using the same precedent

16  of *Minor v. Happersett* and I would also state that since the

17  Constitution was adopted, the legal treatise that was

18  commonly used by the framers of the Constitution was Emerich

19  de Vattel, a well-known --

20       JUDGE MALIHI:  Counsel, are you arguing or are you

21  testifying?

22       MS. TAITZ:  That's my opening statement.

23       JUDGE MALIHI:  Okay, please step up to the podium.

24       MS. TAITZ:  Emerich de Vattel, who was a well-

25  known scholar and constitutionalist and diplomat stating

1    that natural-born citizen -- and it was a legal treatise

2    that existed at the time the Constitution was adopted --

3    stating "natural-born citizen is one born in the country to

4    parents who are citizens of the country."

5         The first Justice of the Supreme Court of the

6    United States, John Jay, a well-known letter that was

7    included in Federalist Letters, stated to George Washington

8    -- permit me to hint that it is important for the commander

9    in chief to be a natural born-citizen, not to have a

10   foreigner.

11        Lastly, there was a question in regards to the

12   14th Amendment.  And John Bingham, who was the framer of the

13   14th Amendment, in the discussions in Congress relating to

14   the adoption of the 14th Amendment, specifically stated

15   natural-born citizen is one who is born in the country to

16   parents who don't owe allegiance to other sovereignties.

17        As we know, when Mr. Obama was born, his father

18   was a citizen -- actually a British citizen because in 1961,

19   Kenya was part of --

20        JUDGE MALIHI:  Counsel, let me stop you.

21        Would you save your argument for the closing and

22   let me hear from your witnesses.  Your second witness,

23   please.

24        MS. TAITZ:  Okay, Mr. Strunk.

25        JUDGE MALIHI:  Good morning, sir.

Page 8

1          MR. STRUNK:  Good morning, Your Honor.

2     Whereupon,

3                     CHRISTOPHER STRUNK

4     appeared as a witness herein and, having been first duly

5     sworn, was examined and testified as follows:

6                     DIRECT EXAMINATION

7     BY MS. TAITZ:

8          Q    Mr. Strunk, do you recognize this document?

9          A    My name is Christopher Earl Strunk and I'm from

10    New York.  I'd like to vote in Georgia, but it's not

11    possible this year.

12         Q    I'm just asking, do you recognize this document?

13         A    Yes, that is a portion of a letter which I

14    received from the attorney for the Department of State, U.S.

15    Department of State.

16         MS. TAITZ:  Keep going, keep going, keep going,

17    further, more, more, more -- stop.

18    BY MS. TAITZ:

19         Q    Okay, so now what is this document?  Is that the

20    passport record of Stanley Ann Dunham, Mr. Obama's mother,

21    yes?

22         A    This is a renewal form.

23         Q    Okay.

24         A    Taking him off of her passport.

25         Q    Yes.  What is the last name that is listed there?

Page 9

1    Can you please read the full last name for Mr. Obama on his

2    mother's passport record?

3         A    Soebarkah, S-o-e-b-a-r-k-a-h.

4         Q    So in his mother's passport records, Mr. Obama is

5    listed under last name Soebarkah, according to the records

6    that you personally received from the State Department,

7    right?

8         A    I can't draw a conclusion on that.

9         Q    Okay, but that's what is written there, Soebarkah,

10   right?

11        A    Yes.  She wanted that expunged from her record --

12        Q    Passport.

13        A    -- which we never got.  It was delegated (ph.)

14             MS. TAITZ:  Okay, thank you, Mr. Strunk.

15             JUDGE MALIHI:  You may step down, sir; thank you.

16                                     (Witness excused.)

17             MS. TAITZ:  Next is going to be -- and we're going

18   to submit into evidence the records -- Freedom of

19   Information request and response that was received by Mr.

20   Strunk from the State Department showing that in his

21   mother's record, Mr. Obama was listed --

22             JUDGE MALIHI:  Counsel, you don't need to tell me

23   --

24             MS. TAITZ:  Okay.  Next will be Ms. Susan Daniels.

25             THE REPORTER:  Are we marking this P-1?

1          JUDGE MALIHI:  Yes.

2                              (The document referred to was

3                              marked for identification as

4                              Plaintiff's Exhibit Number 1.)

5                                   (Witness excused.)

6    Whereupon,

7                         SUSAN DANIELS

8    appeared as a witness herein and, having been first duly

9    sworn, was examined and testified as follows:

10                       DIRECT EXAMINATION

11   BY MS. TAITZ:

12        Q    Ms. Daniels, would you like to state to the Court,

13   what is your occupation?

14        A    I'm a state licensed private investigator in Ohio.

15        Q    How many years have you been a licensed

16   investigator?

17        A    Since March of 1995.

18        Q    Did you testify in court?

19        A    Yes.

20        Q    Did you also testify before grand juries as an

21   investigator?

22        A    Yes.

23        Q    What -- did you investigate the identification

24   records for Mr. Obama?

25        A    I was hired to look into his background, and the

1   first thing I found was a Social Security Number for him

2   that was issued in the State of Connecticut between the

3   years of 1977 and '79.  And --

4       Q    During that time, Mr. Obama would have been 15-16

5   years old.  Where did he reside -- did he reside in the

6   state of Connecticut at the age of 15 or 16?

7       A    No.

8       Q    Where did he reside?

9       A    Hawaii.

10      Q    Now --

11      A    And Social Security Numbers are issued in the

12  state that you live in when you apply for them.

13      Q    Okay.  So what was your suspicion?  What was your

14  professional understanding -- what was your understanding as

15  a professional investigator, what did this mean?

16      A    I've looked at thousands of Social Security

17  Numbers and I immediately knew it was fraudulent.

18      Q    Thank you.  Let's continue, let's go higher and I

19  would like you to look at the next page -- one second.

20  More, more, more, keep going, keep going.  Down, little bit

21  down.

22           Okay, so this is the -- what was the number, the

23  Social Security Number actually that was used?

24      A    ███████████

25      Q    Now do the first three digits of Social Security

1    Number signify the state?

2        A    Yes.

3        Q    So 042 is what state?

4        A    Is Connecticut, 040 to 049 is Connecticut.

5        Q    Ms. Daniels, I would like to point to those

6    numbers at the bottom.

7        A    Right.

8        Q    Dates of birth associated with Social Security

9    Number, and we see the first date of birth is 1890 and --

10   for Mr. Barack Obama, which means that if Mr. Barack Obama,

11   Mr. Barack Hussein Obama, was born in 1890, he would have

12   been a hundred and --

13            JUDGE MALIHI:  Counsel, are you testifying or are

14   you asking a question?

15            MS. TAITZ:  Sure.

16   BY MS. TAITZ:

17       Q    What would be his age?

18       A    I can't figure -- I don't have enough fingers.

19   But I have never -- in all the years I've worked, I've never

20   seen anything like this.  I've seen where like the bottom

21   two numbers were the American style and the foreign style

22   appear, but never a number like 1890.  And I believe that

23   the person that originally got the Social Security Number

24   was born in 1890.

25       Q    So what you're saying that it was a stolen Social

Page 13

1    Security Number.

2            JUDGE MALIHI:   Counselor, don't lead the witness.

3            THE WITNESS:   I believe that --

4            JUDGE MALIHI:   You can't answer that.

5            THE WITNESS:   Pardon me?

6            JUDGE MALIHI:   You cannot answer that.

7    BY MS. TAITZ:

8        Q    What is your understanding, what does it mean?

9        A    I believed from the beginning it was fraudulent.

10       Q    Yes.  So -- and then we see ████████ and ████████.

11   What does that mean?

12       A    That's just two different styles of showing his

13   birth cert -- his birth date.  He was actually born on

14   August 4, 1961.

15       Q    Now did you also check Mr. Obama's phone records?

16       A    First I ran the Social Security Number to check

17   addresses and the same Social Security Number came up with

18   addresses for him in Massachusetts, in Illinois, and in

19   Washington, D.C.  And along with those records were a phone

20   number, and it was always the same phone number and

21   occasionally the year where it showed his date of birth, it

22   said 1890.

23            I subsequently then checked the phone records for

24   this phone number and found the same thing.  It would show

25   intermittently the birth date, instead o████████████████

1  said 1890.

2  Q  Did you check -- did you double-check the Social

3  Security Numbers before and after this one?  From what state

4  were those social security numbers?

5  A  I got copies from the Social Security

6  Administration for the Social Security Number ending in 24,

7  which is the number immediately before his, and 29, and I

8  got the actual records, including the handwritten

9  application for the number, because both those people are

10  deceased.  And it showed that those were both issued in

11  March of 1977, when he would have been 15.

12  Q  So it is your testimony that the Social Security

13  Number that Mr. Barack Obama is using is a number that was

14  issued to somebody who resided in the state of Connecticut--

15  A  That's what I believe.

16  Q  -- in 1977.

17  A  That's what I believe.

18  Q  Anything else you'd like to add?

19  A  No.

20  MS. TAITZ:  Thank you.  Thank you, Ms. Daniels.

21  At this point, I would like to introduce into

22  evidence Plaintiff's Exhibit Number 2, Affidavit of Ms.

23  Susan Daniels with the attached documents.

24  (The document referred to was

25  marked for identification as

Page 15

1              Plaintiff's Exhibit Number 2.)

2                          (Witness excused.)

3           MS. TAITZ:   Next, my third --

4           JUDGE MILLER:   Is it fourth or third?

5           MS. TAITZ:   Fourth witness is going to be Mr.

6    Felicito Papa.

7    Whereupon,

8                      FELICITO PAPA

9    appeared as a witness herein and, having been first duly

10   sworn, was examined and testified as follows:

11                   DIRECT EXAMINATION

12   BY MS. TAITZ:

13      Q    Mr. Papa, can you please explain to the Court what

14   is your education?

15      A    Okay, first I'm originally from the Philippines

16   and then I'm a naturalized born citizen of the United

17   States.

18           And then I studied information technology having

19   graduated from ITT Technical Institute in Indianapolis,

20   Indiana.   And from there, we studied various software like

21   Adobe software.

22           JUDGE MALIHI:   Sir, would you just listen to the

23   question and only answer the question?

24           THE WITNESS:   Okay.

25           JUDGE MALIHI:   Next question.