Page 16

1   BY MS. TAITZ:

2       Q    What -- so your education is in information

3   technology?

4       A    That's correct.

5       Q    From ITT.  Mr. Papa, what kind of software do you

6   usually use in your work?

7       A    With web designing and development, it's a popular

8   software to use Adobe Photoshop and Adobe Illustrator.

9       Q    Thank you.  I'm going to point to this document.

10  Is that the affidavit that you provided me?

11      A    That's true, yes.

12      Q    Now was that the birth certificate -- or alleged

13  copy of a birth certificate that Mr. Obama posted online?

14      A    That's correct.

15      Q    Now what -- okay, let's go to the next page.

16  Okay, stop.

17           Now when Mr. Obama originally posted this birth

18  certificate, it was in a .pdf file, was it?

19      A    That's correct, yes.

20      Q    Was the file flattened, were all the layers of

21  preparation of the file flattened together, or not?

22      A    No, it was not flattened, it was open.

23      Q    So when you opened this document in Adobe

24  Illustrator, did you see one layer or did you see multiple

25  layers?

Page 17

1    A    I saw multiple layers, at least six layers.

2    Q    Okay.  So is this one of the layers?

3    A    It is one of the bottom layer.

4    Q    Mr. Papa, I would like to point to the number at

5    the top.  We're seeing just one digit there, so where are

6    the other digits?  Were they added in another layer?

7    A    Yes, they were added from other graphics and added

8    to this number.

9    Q    So there was one document, and then from another

10   document they added another part of the document?

11   A    That's correct.

12   Q    I would like to point to the signature, Stanley

13   Ann -- and there is only "D."  There is no "unham Obama,"

14   it's missing.  Was that brought from another document?

15   A    That's correct.

16   Q    Now it was on the internet when the original of

17   the document was posted that there were layers and shortly

18   thereafter when people opened in Adobe Illustrator, there

19   were no layers.  What happened?  Did somebody remove it and

20   flatten the file and put it back, or what happened?

21   A    Nobody -- up to now, nobody has flattened the

22   file.  Anybody who uses Adobe Illustrator can open the file

23   and then they will see multiple layers.

24   Q    Okay.  Now I'm going to point to the next

25   document, the next affidavit for Mr. Papa.

Page 18

1          Now did you also study the tax returns that Mr.
2     Obama posted online in April of -- stop -- in 2010?
3          A    Yes, I did.
4          Q    Was there the same problem of the file, .pdf file,
5     not being flattened?
6          A    No, it wasn't.  Originally it wasn't flattened and
7     anybody can open it and they would see at least two layers.
8          Q    When you looked at the layers, I point to the
9     number here at the bottom that says ▓▓▓▓▓▓▓▓.  That was
10    in one of the layers, right?
11         A    That's correct.
12         Q    Is it the same number that Ms. Daniels testified
13    to?
14         A    That's correct, yes.
15         Q    Let's go to the next page.  Okay.  And here we see
16    it was -- it's another page in tax return, says ▓▓▓▓▓▓,
17    the same Social Security Number that Ms. Daniels testified
18    to?
19         A    That's correct.
20         Q    After a few days was the file flattened?
21         A    Actually after a day, then it was flattened, so
22    nobody could see the Social Security Numbers any more.
23         MS. TAITZ:  Thank you very much, Mr. Papa, that
24    would be all.
25         I would like to introduce into evidence affidavits

Page 19

1    from -- submitted by Mr. Papa in regards to the birth

2    certificate and Social Security Number of Mr. Obama.

3                              (The document referred to was

4                              marked for identification as

5                              Plaintiff's Exhibit Number 3.)

6                                   (Witness excused.)

7          JUDGE MALIHI:  Counsel, who is your next witness?

8          MS. TAITZ:  Yes, Your Honor, I'm calling Ms. Linda

9    Jordan.

10         JUDGE MALIHI:  Good morning, Ms. Jordan.

11         MS. JORDAN:  Morning.

12   Whereupon,

13                         LINDA JORDAN

14   appeared as a witness herein and, having been first duly

15   sworn, was examined and testified as follows:

16                       DIRECT EXAMINATION

17   BY MS. TAITZ:

18         Q    Ms. Jordan, do you recognize this affidavit?  Is

19   this an affidavit that you provided for me?

20         A    Yes, it is.

21         Q    Let's go further -- you know what, go to my set,

22   Orly's set.  If you don't have it here, go to Orly's set

23   page.  Keep going quickly, move, down, down, down, down.

24   Keep going, keep going, keep going.  More, more, more. Yes,

25   stop.

1              Okay, is that the document that was attached to

2     your affidavit?

3          A    Yes, one of them.

4          Q    Is that E-Verify for Mr. Obama?

5          A    Yes.

6          Q    And is that the Social Security Number that was on

7     Mr. Obama's tax return, ██████████

8          A    Yes.

9          Q    Keep going, keep going -- higher -- no, down, down

10    little bit.  No, up, up, go up.  Stop, down, down -- I

11    apologize.  Up -- go down.  Just one second, please.  More,

12    more, more, more, more.  Stop, stop.

13             Okay, little bit lower, little bit lower, little

14    bit lower.  Little bit lower so we can see what's on the

15    bottom tier of this.

16             So, okay, what does it say here, "SSA record does

17    not verify"?  Is that what it says?

18          A    "SSA record does not verify.  Other reason:  SSA

19    found a discrepancy in the record."

20          Q    So the Social Security Number that Mr. Obama is

21    using from early years, according to Ms. Daniels, and that's

22    listed on his tax return, does not verify under E-Verify?

23          A    When I ran it on August 17th, 2011, it did not

24    verify, it came back with this mark.

25             MS. TAITZ:  Thank you very much, Ms. Jordan.

Page 21

1          At this point, I would like to introduce into

2   evidence the affidavit of Ms. Jordan and the E-Verify

3   statement showing that the Social Security Number that Mr.

4   Obama is using does not verify under E-Verify.

5                              (The document referred to was

6                               marked for identification as

7                               Plaintiff's Exhibit Number 4.)

8                                  (Witness excused.)

9          JUDGE MALIHI:  Who is your next witness?

10         MS. TAITZ:  Next witness is going to be Mr.

11  Douglas Vogt.

12         JUDGE MALIHI:  Good morning, sir.

13         MR. VOGT:  Good morning.

14         MS. TAITZ:  One second, Your Honor, I'm missing my

15  page.  I apologize.

16         (Brief pause.)

17  Whereupon,

18                         DOUGLAS VOGT

19  appeared as a witness herein and, having been first duly

20  sworn, was examined and testified as follows:

21         THE REPORTER:  Tell me your name, please.

22         THE WITNESS:  Douglas Vogt.

23         THE REPORTER:  Last named spelled?

24         THE WITNESS:  V-o-g-t.

25                     DIRECT EXAMINATION

Page 22

1 BY MS. TAITZ:

2     Q    Mr. Vogt, would you like to state for the Court,

3 please, your occupation?

4     A    I own a company called Archive Index Systems,

5 where we sell document imaging scanners as well as document

6 imaging systems.  I also owned a typesetting company for 13

7 years too.

8     Q    So, for 13 years you dealt with typesetting and

9 scanners.

10     A    Yeah.

11          MS. TAITZ:  Testimony from Mr. Vogt.

12          VOICE:  I don't have it.

13          THE WITNESS:  I've been in the current business

14 for 18 years now selling scanners and maintaining them.

15          MS. TAITZ:  Go to the Orly documents and just show

16 the birth certificate.  Just go to my documents.

17 BY MS. TAITZ:

18     Q    Did you examine the alleged copy of a birth

19 certificate which was -- go down -- which was posted online

20 by Mr. Obama?

21     A    Yes, I did.

22          MS. TAITZ:  One second.  I would like to know if

23 there was -- keep going, lower -- here it is.  Stop.

24 BY MS. TAITZ:

25     Q    -- that you found to be suspicious -- was there

Page 23

1   anything that you found to be suspicious.  And I would like

2   first to ask you whether there was haloing on this document.

3        A    Yes, the haloing we're referring to is around all

4   the type and lines, there's a white line.  At first, we

5   didn't quite know what it was until we finally actually

6   replicated the form and actually redid the thing and figured

7   out how the forger did it.

8            The haloing is caused by what -- it's a subroutine

9   in Photoshop called unsharp mask.  Now you have to

10  understand, if a document like this has any evidence of

11  computer manipulation, it's a fraud.  Since my experience is

12  selling document imaging and actually writing that kind of -

13  - those kind of programs, this is what the Department of

14  Health should have done or what they supposedly have done.

15           They had these original forms.  There was a

16  federal law that was passed in 2005 that required them to

17  scan all the documents --

18           JUDGE MALIHI:  Counsel, what was your question --

19  hold on a second.  What was your question?

20  BY MS. TAITZ:

21       Q    Mr. Vogt, so -- because we have very limited time

22  -- Judge already stated we have limited time -- so was there

23  haloing?

24       A    Yes.

25       Q    Now normally, if you just take a document, put it

Page 24

1    in a scanner, would you see haloing?

2         A    No, none whatsoever.

3         Q    If you use multiple documents and multiple layers

4    and masking, will you see haloing then?

5         A    Yeah, if they used unsharp masks, you did.

6         Q    Okay, next point.  When we're looking on the left

7    side of the document, we see sloping.  Now if the document--

8         A    Curve of the page.

9         Q    -- if their document was just scanned, was put in

10   the scanner, would you see all of the lines sloping or would

11   you see some of the lines going straight?

12        A    I'll explain.  They said in their own testimony

13   that these documents were in books, the originals.  So this

14   was actually scanned on a flatbed scanner, 11 by 17.  We've

15   actually replicated the same thing.  And so the parallax or

16   that curvature would appear.  You'll notice that the lines

17   on the bottom are not bent, but the ones on top are.

18        Q    That's not what I'm asking.

19        A    That's why.  But it would be normal if it was

20   scanned from a book.

21        Q    No, Mr. Vogt, I'm asking, when there is sloping --

22   we understand that you take a book, you take a picture, you

23   see sloping.  But when you have sloping of the line, would

24   you also see each typed line to be sloping similarly --

25   would you see that?

1     A    From the scanner?  Yes, we replicated it, we know

2   that.

3     Q    Was that something that you saw on Mr. Obama's

4   birth certificate, or not?

5     A    Yes, on how they --

6     Q    Wait --

7     A    -- copied it, yes.

8     Q    But were there lines that went straight?

9     A    Because -- I have to explain how a scanner works.

10    Q    No, no, we don't have time for that.

11    A    But basically that's normal, we replicated the

12  same thing that --

13    Q    Mr. Vogt, you're not listening.  I'm asking you if

14  you have sloping, if you just go in the scanner and the

15  lines are sloping, would you see all the lines sloping

16  similarly?

17    A    No, if it was on a flatbed and it was just a piece

18  of paper by itself, no.

19    Q    Okay.  Let's look at the next point.  Go a little

20  bit higher -- no, down.  Okay.  No, no, down, down, down.

21  No.  Stop, stop, stop.

22         We're looking at the stamp that's on the document,

23  the date stamp.  If somebody -- if it is something that was

24  just scanned -- Mr. Vogt, something that was scanned and

25  wants to put a stamp here like this -- stamp, stamp, stamp -

Page 26

1   - would it be in the same spot in all three copies or it

2   would be different at different points?

3        A    They would be different, to the extent that the

4   other ones are separate.  And they're actually embossed

5   stamps actually.

6        Q    Okay, now another question.  If -- and in Mr.

7   Obama's records, all three of them, it was exactly in the

8   same spot --

9        A    Yes.

10       Q    Another question.  When a person is stamping the

11  date, he goes stamp, stamp, stamp, would it be a line, pixel

12  by pixel, in straight line, or would you expect it to be a

13  little bit sideways, a little bit crooked?

14       A    No, they are too independent, they're done by hand

15  even though it's done by an embossing machine for both.  We

16  learned that.

17       Q    Mr. Vogt, you're not listening.

18       A    I am.

19       Q    My question is, if a person is doing it by hand --

20       A    There won't be in exactly the same place.

21       Q    Okay.  Would it be on the line, would it be just

22  on line, pixel by pixel, or would it be slanted a little

23  bit?

24       A    It would be slanted.

25       Q    Was it slanted here?

Page 27

1     A     No, they're perfectly straight.

2     Q     So it looks different from what you would expect

3  with something coming from the machine, right?

4     A     Right.

5     Q     Next, in regards to that stamp, would you expect -

6  - is it something -- Mr. Obama stated it was just prepared

7  and sent to him, his attorney brought it right away -- so if

8  it's something that came straight from the machine and they

9  put embossed seal, would you expect to see a very clear

10  embossed seal on that document?

11     A     Yes, you would.

12     Q     Do you see it here?

13     A     No, it's a latent latent image, if you highlight

14  over by -- I can show you on here.

15     Q     Okay.

16     A     Right about here (indicating).

17     Q     But it's hard to see.

18     A     Oh, yeah.

19     Q     Next, would you -- now, this is supposed to be a

20  copy of a document created in 1961, which was created on a

21  typewriter.  On a typewriter, when you type letter by letter

22  by letter, you don't see letters encroaching on the space --

23             JUDGE MALIHI:  Counsel, is that a question or --

24             MS. TAITZ:  A question, which is -- I'm just

25  explaining --

1          THE WITNESS:   What's the aberrations of the

2     typewriter --

3     BY MS. TAITZ:

4          Q     The question is would you expect kerning or

5     encroachment of one letter going into space of the other

6     letter on a typewritten document?

7          A     No.    Typewriters basically are either 12

8     characters to an inch and they all fit in a specific box six

9     points wide.

10          Q     Okay.   What about this document, did you see

11     kerning here?

12          A     Yes, we did.   I have examples of it here, but we

13     can't show it.

14          Q     Okay, okay.   Yeah.   So you would not expect

15     kerning.

16          A     Yes,   There was a "t" and a "y" that were kerned

17     and a couple of other letters also.

18          Q     Okay, doesn't matter which letters.   So you saw

19     kerning here.

20          A     Yes.

21          Q     Next --

22          A     The letter spacing was off too and the line

23     spacing too.

24          Q     What about, did you check -- can we go a little

25     bit higher -- in terms of their number. The number ends with

Page 29

1   641.   Did you check the numbers, was that sequential?

2       A       No, it was hard finding the law, but both the --

3   there was a Model States Vital Statistics Act and in the

4   U.S. Department of Health and Education as well as the

5   Social Security system that both say in the federal regs

6   that all birth certificate numbers have to be sequential and

7   they start from zero or one, January 1 at 12:01 a.m.

8       Q       Okay.

9       A       And they have to be sequential.

10      Q       Okay, Mr. Vogt --

11      A       Hang on.   In fact, in the Social Security system--

12              JUDGE MALIHI:   Sir.   Just wait for the next

13   question.

14   BY MS. TAITZ:

15      Q       Okay, so I just asked if it was sequential.

16      A       Yes.

17              MS. TAITZ:   That would be it.   Thank you very

18   much, Mr. Vogt.   And at this point --

19                              (A document was marked for

20                              identification as Plaintiff's

21                              Exhibit Number 5.)

22                                  (Witness excused.)

23              JUDGE MALIHI:   Your last witness.

24              MS. TAITZ:   Is Mr. Sampson.

25              JUDGE MALIHI:   Good morning, sir.

Page 30

1          MR. SAMPSON:   Good morning, Your Honor.   How are

2     you, sir?

3          JUDGE MALIHI:   Very good, thank you for coming.

4     Whereupon,

5                          JOHN SAMPSON

6     appeared as a witness herein and, having been first duly

7     sworn, was examined and testified as follows:

8                       DIRECT EXAMINATION

9     BY MS. TAITZ:

10         Q     Okay, Mr. Sampson, can you please state to the

11    Court, what is your education -- what is your professional

12    experience?

13         A     Okay.   First, my full name is John, middle initial

14    N., last name is Sampson, S-a-m-p as in Paul-s-o-n.

15               Educationally, I received a Bachelor of Arts *cum*

16    *laude* from Long Island University with a major in criminal

17    justice and minor in psychology.   I attended Thomas M.

18    Cooley Law School in Lansing, Michigan for a period of two

19    years, I did not graduate.

20         Q     And where did you work?

21         A     Subsequent to that, I was a police officer in the

22    State of New York for 18 months.

23               Subsequent to that, I was hired by the U.S.

24    Immigration and Naturalization Service.   Began my career at

25    John F. Kennedy Airport in 1981 in June as an immigration

1   inspector.  I received on-the-job training and classroom

2   instruction at Kennedy Airport.  My instructor was the

3   intelligence officer for the airport, who specialized in

4   fraudulent documents and immigration fraud.

5            I subsequently went into the enforcement branch

6   with Immigration two and a half years later and ultimately

7   became a senior deportation officer where I remained in New

8   York, then to New Jersey, back to New York and in 1985 --

9        Q    So you have many --

10       A    -- I moved to Colorado and I retired from U.S.

11   Immigrations and Customs Enforcement, Department of Homeland

12   Security, which was the successor agency to INS, in August

13   of 2008.

14       Q    Mr. Sampson, did you testify in court as an expert

15   on immigration and deportation?

16       A    I testified before federal grand juries and

17   administrative law judges --

18       Q    Thank you.

19       A    -- in deportation.

20       Q    Thank you, Your Honor -- oh, I'm sorry.  Thank

21   you, Mr. Sampson.

22            Because we have so little time, I just want to

23   move on.

24            So you have extensive experience as a senior

25   deportation officer.

Page 32

1         When is the first time we discussed Mr. Obama's

2    records?

3         A    November of 2009, after I retired, I formed my own

4    consulting firm, and have been employed -- self-employed

5    since January of 2009 to this date.

6         Q    Is that the affidavit that you provided me?

7         A    Yes, it is.

8         Q    And is that an affidavit in regards to the Social

9    Security Number of Mr. Obama?

10        A    It's an affidavit of the number that he is using.

11        Q    What did you find -- in your professional

12   experience and knowledge, what did you find in regards to

13   his Social Security Number?

14        A    When I ran the Social Security Number through

15   Locate Plus, which is a commercial database that's used by

16   private investigators and law enforcement personnel and

17   attorneys, the only person who was associated and affiliated

18   with 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 was Mr. Barack Hussein Obama.  It gave me a

19   list of his addresses, driver's license information, other

20   background information, possible relatives, et cetera.  It

21   also indicated that the Social Security Number was issued in

22   1977 to a person residing in the state of Connecticut at the

23   time that that number was assigned.

24        Q    Was Mr. Obama -- did Mr. Obama ever reside in the

25   state of Connecticut?

1     A    Not to my knowledge, no.  All the information and

2  data that I have is, specifically in that period of time, he

3  was residing with his maternal grandparents Stanley Armour

4  Dunham and Madelyn Payne Dunham in Hawaii.

5     Q    Did you also review the birth certificate -- the

6  alleged copy of a birth certificate that Mr. Obama posted

7  online?

8     A    I've seen it and I have a copy of it, yes.

9     Q    Was there anything suspicious about this birth

10  certificate?

11     A    There are three issues of concern as far as I can

12  tell.

13          Number one, the serial number that's in the upper

14  right hand corner is out of sequence and -- when compared to

15  two other birth certificates issued to two twins that were

16  born the day after Mr. Obama was born and whose certificates

17  were issued three days after his was supposedly issued,

18  their serial numbers are lower, although you would expect

19  them to be higher, given the fact that they were subsequent

20  to his.

21          The second thing is that the certification

22  paragraph that's contained in their birth certificates is

23  somewhat different than the certification paragraph that is

24  contained in the Obama birth certificate.

25          And last, but not least, the name of the local

1    registrar for the Obama birth certificate is different than

2    the one on the Nordyke twins, and you would think that given

3    the fact that they were born within 24 hours of each other,

4    the local registrar would have been the same given the fact

5    that they were born in the same medical facility at the same

6    location.

7         Q     Mr. Sampson, so what was your suspicion when you

8    studied the Social Security Number and the birth certificate

9    of Mr. Obama, in your professional opinion?

10        A     In my opinion, I believe that there's credible

11   evidence to warrant further investigation and the issuance

12   of court orders requesting the unsealing of records in

13   Hawaii as well as the release of records from the Social

14   Security Administration as to who the owner of ▬▬▬▬▬▬▬

15   is.

16        Q     Mr. Sampson, Mr. Ken Allen testified to the fact

17   that he received immigration records of Mr. Lolo Soetoro,

18   Mr. Obama's stepfather.  Those were made public.  Did you

19   study those immigration records?

20        A     I have a copy of them and I have looked at them,

21   yes.

22        Q     Was there any redacting in those records?

23        A     My understanding, reading the letter, the

24   transmittal letter, that was accompanying the documents, the

25   A file, what's called the alien file or the A file, that was

1  sent to Mr. Allen, was that they redacted a portion of some

2  of the documents.  I believe six of them were redacted, and

3  then there were seven pages that were withheld in their

4  entirety due to Privacy Act concerns.

5      Q    Mr. Sampson, are there usually redactions in the

6  records of deceased individuals?

7      A    No.

8      Q    So let's see, who could have been on the

9  immigration records of Lolo Soetoro, who is not deceased

10  today?  Is Mr. Soetoro decreased?

11     A    Mr. Soetoro is deceased, Ms. Dunham is deceased,

12  the grandparents are deceased, Mr. Barack Obama, Sr. is

13  deceased.  Maya Soetoro-Ng was not born at the time, and

14  therefore was not part of this at the time that Stanley Ann

15  Dunham petitioned to have her spouse, Mr. Soetoro,

16  classified as an immediate relative so he could receive an

17  immigrant visa.

18     Q    So what would be your conclusion, who could have

19  been listed on Mr. Soetoro's immigration records which was

20  the reason for redaction?

21     A    The only person that can come to mind would be

22  Barack Hussein Obama, II, also known as Barry Soetoro.

23     Q    Next question, Mr. Sampson.  In your opinion as a

24  deportation officer, if Mr. Barack Obama was a natural-born

25  U.S. citizen, he had a valid U.S. citizenship, and he never

1   lost the citizenship while living in Indonesia, would he

2   need immigration records, would he need to immigrate?

3       A    No, there would be no need for him to be issued an

4   immigrant visa, he'd be considered a U.S. citizen, be able

5   to travel to the United States as a citizen.

6       Q    Knowing all the information that you have in

7   regards to Mr. Obama, what would be your conclusion and what

8   do you believe that needs to be done -- or what would you do

9   in cases similar to this with these kind of records?

10      A    It would warrant further investigation.  What I

11  would do if I was still working with Immigration, is I would

12  be getting the originals of the documents I just mentioned.

13  I would go to the Social Security Administration and request

14  a copy of the SS-5 which is the actual handwritten

15  application for a Social Security Number.  I would also

16  request the State of Hawaii submit a certified copy of any

17  birth records, so this way we could rule in or rule out

18  whether or not he was born in Hawaii.

19      Q    How about immigration and passport records?

20      A    I would be going to the State Department Office of

21  Passport Services to see if there are any U.S. passports

22  issued.

23      Q    And if those are not provided or the U.S. Attorney

24  is not willing to proceed with those steps, what would you

25  do?

1    A    Well first, let me clarify -- in the event we

2  would be conducting an investigation, it would primarily be

3  a criminal investigation to determine whether any charges

4  should be filed.  And the way the procedure works in federal

5  system is that you would do a report, submit it to the

6  United States Attorney's Criminal Division, so that they

7  could review it and determine whether or not they would

8  accept it for prosecution.

9        Assuming that they declined it, the alternative

10  would be, if there was evidence to suggest that the

11  individual in question was not a citizen of the United

12  States and in fact had falsely claimed to be a U.S. citizen,

13  that person could be placed in deportation proceedings

14  because falsely claiming to be a U.S. citizen is a separate

15  and entirely standalone charge for deportation purposes.

16    Q    Would it be sufficient for warrant for this

17  person's arrest?

18    A    Well, that would be how you would commence a

19  removal proceeding.  You would request an administrative

20  arrest warrant signed by the field office director, notice

21  to appear in removal proceedings and a custody determination

22  to determine whether or not the individual would be held in

23  custody, released on their recognizance or some other

24  alternative to detention such as electronic ankle monitoring

25  or something like that.

Page 38

1      Q    I understand.  So just to clarify for the Court,

2    if the U.S. Attorney refuses to proceed -- to act -- as a

3    deportation officer, you would have been seeking a warrant

4    for arrest of this individual and deportation?

5      A    I would be seeking a warrant of arrest and then

6    issuance of a notice to appear on any individual who made a

7    false claim to United States citizenship, and who was not

8    clearly a citizen or was clearly admitted for permanent

9    residence.

10          MS. TAITZ:  Thank you, thank you, Mr. Sampson.

11          At this point, I would like to admit into evidence

12   the affidavit of Mr. Sampson and the attached documents.

13          JUDGE MALIHI:  Thank you, sir, you may step down.

14          THE WITNESS:  Thank you, Your Honor.

15                                   (Witness excused.)

16          JUDGE MALIHI:  Counsel, I'm ready to hear your

17   closing argument.

18          MS. TAITZ:  Yes, Your Honor.  I'm just going to

19   give Mr. Sampson's affidavit.

20          I apologize.

21          (Pause.)

22                          (The document referred to was

23                          marked for identification as

24                          Plaintiff's Exhibit Number 6.)

25          MS. TAITZ:  So what do we have in this case?

Page 39

1          We have records from Mr. Obama from Indonesia

2     where he went to school and went under the last name

3     Soetoro; nationality, Indonesian.

4          Keep going, keep going.  Now -- stop.

5          Now what's interesting about those records from

6     Indonesia that we just saw a minute ago, it stated that Mr.

7     Obama went to school in Indonesia from 19 -- I'm sorry, from

8     January 1st, 1968 and here is another picture.  And this is

9     a well-known picture, it was published in multiple papers,

10    of smiling Mr. Obama with his friend ad it states "1969,

11    third grade."  And that's a picture from Hawaii.

12         So we have two records.  We have a record from

13    Indonesia where there is a boy who goes by name Barry

14    Soetoro, who at least for a period of two years, 1968 and

15    '69, resides in Indonesia and goes by name Barry Soetoro.

16         We have another boy, who during this same time,

17    1968 and '69 resides in Hawaii and goes by name Barry Obama.

18         And we have no idea which boy came back to this

19    country.

20         Keep going.  Next document -- this is Mr. Obama's

21    application to become --

22         JUDGE MALIHI:  Counsel, are you testifying?

23         MS. TAITZ:  I can actually testify.

24         JUDGE MALIHI:  You don't have to.  I asked you to

25    do closing argument.

Page 40

1          MS. TAITZ:  I would like to, yes.

2          JUDGE MALIHI:  No, no, no.

3          MS. TAITZ:  Actually, since I was the one --

4          JUDGE MALIHI:  What personal knowledge do you

5     have?

6          MS. TAITZ:  I personally obtained those documents.

7          JUDGE MALIHI:  And -- no, no, no.  That's not

8     personal knowledge.

9          MS. TAITZ:  I have -- this is the official law

10    registration that was -- that is available online.  I

11    personally downloaded it from online records of the Illinois

12    Bar.  And that's Mr. Obama's registration as an attorney in

13    the State of Illinois.

14          And I would like to testify under oath.  Actually

15    not only this, but other records since I was the one who did

16    most of the research, I will testify.

17          THE REPORTER:  Raise your right hand, please.

18    Whereupon,

19                    ORLY TAITZ

20    appeared as a witness herein and, having been first duly

21    sworn, was examined and testified as follows:

22                    DIRECT TESTIMONY

23          THE WITNESS:  So, here, what is important about

24    this record?  It says full license name:  Barack Hussein

25    Obama.  Full former names:  None.

Page 41

1    We've already seen that in his mother's records,

2    passport records, Mr. Obama is listed by last name

3    Soebarkah.  We've seen that in his records in Indonesia, he

4    is listed under name Soetoro.

5    So, clearly, Mr. Obama was committing perjury when

6    he applied for this record.

7    I actually personally contacted the Illinois Bar

8    and inquired about it.  I was told that since Mr. Obama is

9    inactive, it's not a problem.

10   I contacted the Bar again and I demanded

11   investigation, at which time, Mr. Obama's record as an

12   attorney was changed from "inactive" to "not allowed to

13   practice law."  Mr. Obama has resigned from the Bar, he gave

14   up his law license and I believe it was --

15   JUDGE MALIHI:  How is that relevant, counsel, to

16   the legal issues before me?

17   MS. TAITZ:  It's relevant to the fact that he is

18   hiding his identity under his prior names -- Soetoro and

19   Soebarkah.  And we have a whole record or Mr. Obama going

20   through life hiding records.

21   Next --

22   JUDGE MALIHI:  Counsel, I'm going to ask you to

23   submit your testimony in writing.

24   MS. TAITZ:  Sure, okay.

25   JUDGE MALIHI:  Let's make a closing argument.

Page 42

1          MS. TAITZ:   Okay.

2          Your Honor, U.S. citizens have cherished

3     Constitutional rights, their First Amendment right to -- for

4     free speech.  Voting is a political speech that is extremely

5     important.  Our democracy rests on this.  Women fought for

6     years in suffrage movements for this right to be able to

7     vote.  Minorities right here in the south fought for their

8     right.

9          My clients are fighting for their right to vote

10    for a person who is legitimate.  They're fighting for their

11    right to participate in lawful elections that are free from

12    fraud and forgery.  The Plaintiffs have shown, and the

13    witnesses that testified here have shown, that not only

14    there is a Constitutional problem with Mr. Obama's

15    eligibility that his father was not a U.S. citizen, but we

16    have clear evidence of fraud and forgery in Mr. Obama's

17    birth certificate, his Social Security Number, and since

18    those are primary documents, all the other documents that

19    were issued based on those two.

20         We also presented evidence showing that Mr. Obama

21    used other last names -- Soetoro and Soebarkah -- and we do

22    not have any evidence of him legally changing his name from

23    Soetoro to Obama; and the fact that he was a citizen of

24    Indonesia.  There is no evidence to show that this was

25    changed.

Page 43

1          Based on all the above, the Plaintiffs submit that

2     they have proven -- they've met their burden of proof and

3     Mr. Obama should be found ineligible.

4          Moreover, I have issued a subpoena, Your Honor has

5     stated to Mr. Obama that this subpoena needs to be honored,

6     he should have been here with certified documents with

7     embossed seal to show that indeed he has anything.  So far,

8     the only thing that Mr. Obama has shown is a computerized

9     image that could have been created yesterday, that he is

10    posting on mugs and tee shirts.  Mugs and tee shirts are not

11    a prima facie evidence.

12         Not one single judge in the country has found that

13    Mr. Obama is legitimate for presidency.  All the cases --

14    you know, we've heard in the media fraudulent statements

15    that came from Mr. Obama's attorney, Mr. Jablonski, that the

16    issue was litigated, it was proven he is eligible.  That's

17    fraud.  It was never litigated on the merits.  Not one judge

18    stated that Mr. Obama has a valid birth certificate.  Not

19    one judge stated that he has a valid Social Security Number.

20    Not one judge found that Obama is legally his name or that

21    the person sitting in the White House is indeed Barack

22    Obama.  It was never heard on the merits, it was never heard

23    in a court of law on the merits.  And, therefore, the

24    Plaintiffs are asking to rule on the merits.

25         Also, because our reports are due by February 5, I

Page 44

1   would ask Your Honor for Letters of Interrogatory.  I worked

2   for three years trying to get additional documents.  I was

3   threatened, defamed.  And without Letter of Interrogatory

4   from Your Honor to the First Circuit Court in Hawaii to

5   issue a local subpoena to the Department of Health, and

6   Letter of Interrogatory to the D.C. Court to get Mr. Obama's

7   passport, immigration and social security records, we would

8   not be able to get any original records.  So I would ask not

9   only to find that Mr. Obama is not eligible based on the

10  documents that we have, but also Letter of Interrogatory so

11  we can disclose all of the original records, if they exist,

12  forward to the other states, so there will be consistency

13  between all 50 states.

14          And as Mr. Sampson has stated, if it would have

15  been anybody else, it would have gone to a warrant for

16  arrest and deportation.  We are all equal under the law in

17  this country.  A person -- a poor person in the poor house

18  or a president in the White House are all equal under the

19  law and I'm asking Your Honor to hold Mr. Obama in contempt

20  of court due to the fact that subpoena was issued and he

21  intentionally disrespected and disregarded the subpoena.

22          Thank you, Your Honor.

23          JUDGE MALIHI:  Thank you very much, counsel.  May

24  I have your exhibits before we close?

25          MS. TAITZ:  Yes, Your Honor.

Page 45

1          (A document was proffered to the reporter.)

2          THE REPORTER:  I don't know what this is.

3          MS. TAITZ:  Put the next number on it.

4                          (The document referred to was

5                          marked for identification as

6                          Plaintiff's Exhibit Number 7.)

7          JUDGE MALIHI:  Ms. Taitz, may I have your

8     exhibits?

9          (Documents were proffered to the Court.)

10          JUDGE MALIHI:  This concludes the hearing for

11     today.  Have a good day.

12          MS. TAITZ:  Thank you, Your Honor.

13          (Whereupon, the hearing was concluded at

14     11:12 a.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 46

## C E R T I F I C A T E

I, Peggy J. Warren, do hereby certify that the foregoing pages represent a true and accurate transcription of the events which transpired at the time and place set out in the caption, to the best of my ability.


_____
Peggy J. Warren, CVR-CM, CCR A-171

# Exhibit 3

**Dr. Orly Taitz, ESQ.**
**29839 Santa Margarita Parkway, Ste. 100**
**Rancho Santa Margarita, CA  92688**
**Ph 949-683-5411 F949-766-7603**
**Orly.Taitz@gmail.com**
**CA Bar License 223433**
**Pro Hac Vice GA**
**Attorney For Plaintiffs**

## OFFICE OF STATE ADMINISTRATIVE HEARINGS

## STATE OF GEORGIA

| | | |
|---|---|---|
| **DAVID FARRAR,** | : | |
| **LEAH LAX,** | : | |
| **CODY ROBERT JUDY,** | : | **DOCKET #: OSAH-SECSTATE-.** |
| **THOMAS MacLAREN** | : | **CE-1215136-60-MALIHI** |
| **LAURIE ROTH** | : | **PROPOSED FINDINGS OF FACT AND** |
| | : | **CONCLUSIONS OF LAW** |
| Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **BARACK OBAMA** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## Introduction

Barack Obama, defendant herein, (Hereinafter "Obama") is a candidate for the position of the U.S. President in the 2012 Presidential elections in the state of Georgia. His name was submitted by the Executive Committee of the Democrat Party of Georgia, as a presidential candidate. Plaintiffs filed a challenge with the office of the Secretary of State of Georgia, stating that the candidate is not eligible, as he is not a natural born citizen. This current challenge was forwarded by the Secretary of State to the Administrative court of the state of Georgia for adjudication. This case was assigned to Honorable Michael Malihi, Deputy Chief judge. During the trial, held on January 26, 2012, Plaintiffs submitted witness testimony and exhibits showing the defendant not to be a natural born citizen. Defendant and his attorney did not appear and did not provide any evidence of eligibility. The parties were ordered by the court to submit by 5pm on February 5, 2012, a brief of Proposed Findings of Fact and Conclusions of Law, not exceeding 25 pages. On January 27, 2012 the court changed the submission date from February 5 to February 1. Plaintiffs are submitting attached Proposed findings of Facts and Conclusions of Law by the new deadline of 5:00 PM, February 1, 2012. Plaintiffs attest, that the length of the brief does not exceed allowed 25 page limit. The current brief is a result of three and a half years of investigation into the factual and legal background of the Defendant. Due to page limitation, not all of the facts can be included. Due to the fact that there are two other challenges to eligibility of the same defendant, limited to one issue- the fact that Defendant's father was not a US citizen - Plaintiffs in Farrar believe that the court will be fully briefed on this one issue. As such, Plaintiffs will somewhat limit the discussion of this issue in this brief and will allocate a larger part of the allowed 25 pages to issues of elections fraud, evidence of forgery in the defendant's alleged copy of his birth certificate released to the public, Social Security fraud, and use of multiple last names, as

those issues are not covered in concurrently submitted cases of Welden and Swenssen. Plaintiffs assert that based on law and fact, Obama is not eligible to be on the ballot in the state of Georgia as a Presidential candidate and such finding should be forwarded to the Secretary of State of Georgia. Plaintiffs seek their attorneys' fees and costs. Plaintiffs also assert that evidence of criminality as well as contempt of court and rule of law exhibited by the defendant, Obama, is so egregious that it warrants forwarding of the evidence and findings of this court to the Attorney General of Georgia for criminal prosecution of Obama for elections fraud, uttering of forged and altered documents, Obstruction of Justice and Social Security fraud. Additionally, the evidence submitted to this court warrants forwarding to the immigration and deportation services of the Department of Homeland Security for criminal prosecution; as well as to the U.S. Congress for impeachment for High Crimes and Misdemeanors committed by Defendant, Obama. Furthermore, Defendant and his attorney should be held in contempt of court and properly sanctioned for failure to comply with the subpoena duly issued and served on the defendant by the Plaintiffs counsel, Orly Taitz. Aforementioned subpoena was found to be valid when this court denied Defendant's motion to quash the subpoena and Defendant was obligated to appear in court and provide certified copies of his identification records. Obama and his attorney, member of Georgia bar Michael Jablonski, are in contempt of court, as they failed to appear and did not produce any documents attesting to Obama's eligibility.

## ARGUMENT

Case at hand brought based on O.C.G.A. §21-2-5(a) and (b), O.C.G.A. §21-2-193. O.C.G.A. §21-2-5 states "Every candidate for federal and state office ... shall meet the constitutional and statutory qualifications for holding the office being sought."

The case of <u>Haynes v Wells</u>, 538 S.E.2d 430 (GA 2000) establishes that a candidate seeking to hold office through an election in the state has the affirmative duty to prove their eligibility. This holding relied upon O'Brien v Gross OSAH-SECSTATE-CE-0829726-60-MALIHI, at 12 (2008) "The burden of proof is entirely upon Respondent to establish affirmatively his eligibility for office" *id.*

Defendant defaulted by not showing up. Administrative Rule of Procedure 616-1-2-30(1) "A default order may be entered against a party that fails to participate in any stage of the proceedings, a party that fails to file any required pleading, or a party that fails to comply with an order issued by the Administrative Law Judge."

616-1-2-.30(2) "After issuing a default order, the Administrative Law Judge shall proceed as necessary, to resolve the case without the participation of the defaulting party, or with such limited participation as the Administrative Law Judge deems appropriate, and shall determine all issues in the proceedings, including those affecting the party in default."

This is a case of national importance with repercussions on forty nine other states. Considering the importance of Presidential elections and in the interest of judicial economy, it is warranted to decide this case on the merits of law and fact, which are fully discussed below.

This court already established Plaintiff's right to proceed with this election challenge, when Defendant's motion to dismiss was denied. Plaintiff Farrar testified to being a registered voter in the state of Georgia. As such, he was an elector, who was eligible to bring an election challenge at hand.

What is the eligibility requirement for the U.S. President?

It is defined in the US Constitution Article 2, section 1, clause 5, which states "No person except a natural born Citizen, or a citizen of the United States, at the time of the adoption of the Constitution, shall be eligible to the office of the President".

So, based on the Constitution we have two options:

1. a U.S. citizen at the time the Constitution was adopted or

2. natural born U.S. citizen.

Of course, the first provision was written into the Constitution in order to grandfather in the first Presidents, who obviously were born before the creation of the United States of America and were required to be only "citizens" at the time the Constitution was adopted.

The second part relates to all other Presidents, who were born after the adoption of the Constitution. This means that the defendant needs to be a  "natural born citizen". The Constitution does not provide a definition of what a natural born citizen is. Such definition needs to be drawn from multiple extraneous sources, available at the time of the adoption of the Constitution. Just as in a recent case of <u>U.S. v Heller</u> 554 U.S.570(2008), where the courts had to deduct the meaning of the Second Amendment right to bear arms from the framers intent; the case at hand requires such reconstruction of the framers' intent. To this extent, this is a case of first impression, as no court ever ruled directly on the point of the meaning of "natural born citizen', <u>as it applies to the U.S. President</u>. The closest the courts came to the determination of natural born, is in a precedent of <u>Minor v Happersett</u> 88 U.S. 163 (1875)

## MINOR V HAPPERSETT

Minor states:"The Constitution does not in words say who shall be natural-born citizens. Resort must be had elsewhere to ascertain that. At common law, with the nomenclature of which the framers of the Constitution were familiar, it was never doubted that all children born in a country

of parents who were its citizens became themselves, upon their birth, citizens also. These were natives or natural-born citizens, as distinguished from aliens or foreigners. Some authorities go further and include as citizens children born within the jurisdiction without reference to the citizenship of their parents. As to this class there have been doubts, but never as to the first. For the purposes of this case, it is not necessary to solve these doubts.....” *id.* It is common knowledge and described at length in Defendant Obama's Memoirs, such as <u>Dreams from my Father</u>, that Obama's father was a foreigner. Obama Senior was a foreign exchange student who resided in the U.S. for a couple of years while he got his education and he returned to his native Kenya. At the time of Obama's birth, his father, who came from Mombasa, Zanzibar region of Kenya, was a British "protected person". Obama automatically inherited his father's British citizenship upon the British Nationality act of 1948. Upon the declaration of the Independence of Kenya on December 11, 1963, Barack Obama automatically received his Kenyan citizenship on December 12, 1963. As Obama was around five years old his mother remarried one Lolo Soetoro, Indonesian national. According to Obama's memoirs (<u>Dreams from my Father</u>) and official biography, it is common knowledge that the family immigrated to Indonesia around 1967. Obama's school records from Indonesia (P trial exhibit 7) show him using last name Soetoro and nationality Indonesian. So, from birth until today, Obama had citizenship of three other countries, he is a son of a foreign national and a step son of another foreign national, therefore not eligible to be considered a natural born U.S. citizen according to the precedent of Minor v Happersett.

## <u>Wong Kim Ark</u>

The only case law, that seems to contradict Minor, is a precedent of <u>U.S. v Wong Kim Ark</u> 169 <u>U.S. 649</u> (1898). Wong Kim Ark is a case, relating to the citizenship of a young man, born to

two Chinese permanent residents. Kim Ark moved back to China and sought to return back to the U.S. as a U.S. citizen.   Wong Kim Ark defined U.S. citizenship based on jus solis, based on the place of birth and subject to the jurisdiction of the U.S.

## WONG KIM ARK IS NOT A CONTROLLING PRECEDENT FOR FARRAR

Kim Ark is not a controlling precedent for a number of reasons.

a. Kim Ark dealt only with citizenship in general. It never dealt with the definition of natural born citizenship.

b. Kim Ark never dealt with the issue of the U.S. Presidency and heightened requirements of the natural born status as it relates to the President and Commander-in-Chief.

c. In Kim Ark both parents of the  Defendant were permanent U.S. residents, who intended to reside in the U.S. Obama's father was never a permanent resident, at the time of Obama's birth he was in the U.S. on a student visa only, intending to return to Kenya.

d. Kim Ark was not an unanimous decision. Chief Justice Melville Fuller and Associate Justice John Harlan dissented, pointing out that since the Declaration of the Independence, U.S. parted from the British Common Law doctrine of jus solis and followed the international doctrine of jus sanguinis, with offspring inheriting the nationality and allegiance of their fathers.

e. British common law doctrine of jus solis relates to allegiance to the crown, to the sovereign, which of course was abandoned in the U.S. since the adoption of the Constitution.

f. The majority opinion in Kim Ark was drafted by the associate justice Horace Gray, appointee of President Chester Arthur.  It was rumored, that Gray's commission and subsequent decision in Kim Ark was done to sanitize Arthur's own lack of eligibility. William Arthur, Chester Arthur's father was an Irish citizen and there is no clear evidence, that he became a U.S. citizen prior to

Chester Arthur's birth. Reportedly Chester Arthur burned his identification papers and his eligibility is covered in mystery. Chester Arthur is the only other U.S. President, whose eligibility is questioned. Just because Arthur burned his documents, does not give Obama green light to disrespect the court and the nation and show a contempt to the judiciary and refuse to produce any verifiable documents, any evidence of his natural born status.

Due to all of the above Plaintiffs believe that Kim Ark does not represent a binding authority.

## INTENT OF THE FRAMERS

At the time of the adoption of the U.S. Constitution a treatise, most commonly used by the framers, was the Law of Nations by a well known Swiss diplomat and jurist Emer de Vattel. Written in 1758, it was well known to the framers and often used as a template for the U.S. Constitution. Book 1, Chapter 19, part 212 of the Law of Nations says: "The natives, or natural born citizens, are those born in the country, of parents who are citizens". It states "parents" in plural, not at least one parent in singular. Moreover, at the time of the adoption of the Constitution, the controlling citizenship was one of a father and Obama's father was never a U.S. citizen. The framers knew the meaning of natural born and that might be the reason, why there is no definition in the Constitution. Based on Vattel and Minor Obama does not qualify as a natural born, due to his foreign citizenship and foreign allegiance at birth.

One of the framers of the Constitution, first Chief Justice of the Supreme Court, John Jay, wrote in his well known July 25, 1787 letter to George Washington: 'Permit me to hint, whether it would be wise and reasonable to provide a strong check to admission of foreigners into the administration of the National government; and to declare expressly that the Commander-in-Chief of the American Army shall not be given to, nor devolve on any but a natural born citizen."(the Federalist Papers Alexander Hamilton, James Madison and John Jay. Bantam Dell

2003) Clearly Jay's construction of natural born clause was- one without allegiance to foreign

nations, which disqualifies Obama.

Lastly, during the Congressional debate on the 14th amendment John A. Bingham, framer of the

14th Amendment defined the natural born citizen as follows "every human being born within the

jurisdiction of the United States not owing allegiance to any foreign sovereignty". As at the time

of Obama's birth, his father owed allegiance to a foreign nation, Obama does not qualify as

natural born citizen according to Bingham's construction.

Based on the above precedent of Minor and definitions provided by the framers of the

Constitution natural born citizen, is one born in the country to parents, who don't owe allegiance

to foreign sovereignties. Since at the time of Obama's birth his father owed allegiance to the

British crown, Obama does not qualify as a natural born citizen.


**EVEN IF ARGUENDO MINOR DID NOT CONTROL, BUT KIM ARK CONTROLLED, OBAMA STILL DID NOT QUALIFY AS A NATURAL BORN DUE TO LACK OF ANY DOCUMENTARY EVIDENCE OF THE U.S. BIRTH AND LACK OF A VALID U.S. BIRTH CERTIFICATE AND LACK OF A VALID SOCIAL SECURITY NUMBER**


Even if arguendo the court were to decide, that Minor does not control, but rather Kim Ark

controls as a binding precedent, Obama still cannot be considered a natural born citizen,

since he does not possess any valid documents attesting to his birth in the United States of

America. Defendant did not produce any evidence, any documents verifying his birth. The

only thing he is relying on, is that on April 27, 2011 he posted a computer image on line and

claimed that this computer image is a true and correct copy of his birth certificate, issued in

1961. He posted this image on mugs and T-shirts and sells them for $25 apiece, claiming it to be a verification of his eligibility. It is possible, that an image on a mug constitutes a prima facia evidence in Mombasa, Kenya, maybe an image on a T-shirt represents a competent, admissible evidence in Jakarta, Indonesia, however in the United States of America, where we hopefully retained a rule of law, an image on mugs and T-shirts represents neither prima facia evidence, nor competent, admissible evidence. The only thing it represents, is complete disrespect of law and of 311 million American citizens.

At trial Plaintiffs in Farrar submitted evidence, showing, that a computer image, posted by Obama on line, represents a computer generated forgery. Plaintiffs, also, presented evidence, that Obama does not possess a valid Social Security number, that he is illegally using a number, issued in the state of Connecticut to another individual, who was born in 1890. Plaintiffs, also, provided evidence, showing Obama using different last names: Soetoro and Soebarkah and committing fraud, possible perjury and obstruction of justice by hiding his identity under those last names. The evidence, produced by the Plaintiffs, is so incriminating, that it warrants not only removal of Obama from the ballot, it warrants his criminal prosecution. Watergate pales in comparison to Obama's culpability.

**Plaintiffs presented unrefuted evidence of lack of a valid long form birth certificate for Barack Obama**

At trial Plaintiffs presented testimony of Scanning machines expert Douglas Vogt, Adobe Illustrator expert Felicito Papa and senior deportation officer John Sampson.

Douglas Vogt testimony was entered in the record as  Case file pages 57-73, Court Reporter transcript pages 22-29 and attached e-mail from the staff attorney Kim Beal attesting that judge Malihi entered exhibits into evidence.

1.Douglas Vogt (Hereinafter "Vogt") testified, that when the alleged copy of Barack Obama's birth certificate was posted by Barack Obama on line, one could see a halo effect around the letters. Mr. Vogt testified, that such halo, white shadows around letters is a sign of forgery, that it does not happen, when a document is simply scanned. It happens as a result of using multiple layers and masking by a forger.

2. Vogt testified, that the embossed seal would be clearly visible, if it would be recently placed on a document. In the alleged birth certificate, posted by Obama on line, there was no clear image of an embossed seal. There was a latent image, which would be seen, when there is photocopying of photocopying of prior documents, not a copy of a freshly placed embossed seal.

3. Vogt testified that the document in question was not a part of a book of records, as it purported to be, but rather a piece of paper by itself scanned on a flatbed.

4. Vogt testified, that a date stamp, which would be placed by hand would be in slightly different position on different certified copies. Obama's alleged two certified copies of the alleged birth certificate contained the date stamp in exactly the same spot, pixel by pixel, which would not be consistent with two separately scanned certified copies of a document.

5. Vogt  testified, that date stamp placed by hand would be slightly slanted, it would not be straight pixel by pixel, as it is on an alleged copy

6. Vogt testified, that in a document, created in 1961 using a typewriter, one would not expect kerning, meaning one would not see one letter encroaching in the space of another letter, which is impossible with a typewriter.  Vogt testified, that there was kerning in Obama's alleged birth certificate.

7. Vogt testified, that letter spacing and line spacing was off .

Adobe Illustrator expert Felicito Papa (Hereinafter "Papa") testified, that he examined Obama's alleged long form birth certificate, posted by Obama on line on WhiteHouse.gov on April 27, 2011. Papa authenticated his sworn affidavit entered into evidence. (Court reporter transcript p 15-18, exhibits in Case File pp40-48, admitted into evidence by judge Malihi per e-mail from staff attorney Kim Beal. )

1. Papa testified, that one scanned document should appear in one layer if downloaded in Adobe Illustrator program. Obama's alleged birth certificate consisted of multiple layers, which is consistent with multiple documents used in order to create a composite document.

2. Papa testified in regards to one of such layers, enlarged via projector and shown in court on a screen. It showed, that the serial number on the birth certificate was a composite number, where different digits came from different documents, different layers.

3. Papa testified, that a seal was missing on a layer, shown on the screen.

4. Papa testified, that the signature of Obama's mother was a composite as well, partially copied from another document.

Lastly, immigration officer John Sampson ("Hereinafter Sampson") testified. Sampson testimony court reporter transcript pp30-39, exhibits entered into evidence in Case File pp82-183.

Sampson testified that he worked as an immigration inspector since 1981.He received on the job training and classroom instruction at Kennedy airport. He testified, that his instructor was an intelligence officer, who specialized in fraudulent documents and immigration fraud. Since around 1983 he was a senior deportation officer. Sampson testified as an expert on immigration and deportation before federal grand juries and administrative law judges.

Sampson authenticated his affidavit, which was entered into evidence.

In regards to Obama's alleged copy of his birth certificate he stated, that there were several issues of concern:

1. serial number in the upper left corner was out of sequence. Serial number was higher, than known serial numbers of birth certificates of twins born three days later

2. Certification paragraph was different, than the certification paragraphs of known birth certificates

3. The name of the registrar was different, than the name of the registrar listed on the birth certificate of Nordyke twins, born in the same hospital within 24 hours as Obama. One would expect a name of the same registrar.

Based on all of the above, an alleged copy of a long form birth certificate posted by Obama on line, on WhiteHouse.gov does not represent a true and correct copy of any document, but rather a computer generated forgery. Obama did not appear in court and did not present any documents. As such he did not meet his burden of showing that he possesses necessary identification papers to meet statutory and Constitutional qualifications for holding the office being sought.

**Plaintiffs presented unrefuted evidence of lack of a valid Social Security number for the Defendant**

While Social Security number is not a document, evidencing birth per se, it is one, that is commonly forged, as it is an important identification paper. Social Security number is issued based on a valid birth certificate. Lack of a valid Social Security number is an indirect, a circumstantial evidence of lack of a valid long form birth certificate. Without a valid birth certificate, one cannot obtain a valid Social Security number.

Five witnesses testified in regards to Social Security fraud.

Licensed investigator Susan Daniels testified (Court reporter record pp10-14, exhibits accepted into evidence in the case file pp15-39).

Daniels testified, that at the time Obama got his Social Security number, the numbers were assigned based on the state, where one resided and applied for his Social Security number.

1.Daniels testified that she immediately knew, that the Social Security number was fraudulent, as it was a Connecticut number and Obama resided in Hawaii at a time. The number Obama is using is ████████ it starts with███ which are the three digits assigned to Connecticut.

2. Daniels testified, that aforementioned SSN was connected to another date of birth, 1890 and Daniels believed, that this SSN was assigned to an individual born in 1890. She believed that the Social Security number was fraudulent.

3. Daniels testified that aforementioned Connecticut SSN was connected to Obama's phone records as well and those also showed date of birth of 1890.

4. Daniels testified that she checked a number of released Social Security numbers, which were issued before and after the SSN in question. She found that all of them were issued in Connecticut around 1977. At a time Obama resided with his grandparents in Hawaii. He was never a resident of Connecticut.

Adobe Illustrator expert Falicito Papa, who testified  in regards to evidence of forgery in Obama's birth certificate, as described previously, also testified in regards to Obama's 2009 tax returns posted on line, on WhiteHouse.gov in 2010. Papa testified, that originally PDF file was not flattened and the full social Security number was fully visible to the public. Papa testified, that it was indeed ████████ Connecticut Social Security number, which was previously described as fraudulent by Detective Daniels.

Witness Linda Jordan testified that on August 17, 2011 she personally ran Obama's E-Verify. E-Verify records show mismatch between the name Barack Obama and Social Security number he is using in his tax returns, which were previously provided by witness Papa. E-Verify record authenticated by witness Linda Jordan is on pp 56 and 198,199,200 of the exhibits admitted into evidence in case file and her testimony on page 19-21 of the court reporter transcript.

Retired Senior deportation officer John Sampson testified and authenticated his affidavit, previously submitted to the Plaintiffs. Sampson testified, that the Social Security number used by Obama was issued in 1977 in the state of Connecticut, at the time Obama was residing with his maternal grandparents.

First amended complaint in this case contains an affidavit of Orly Taitz, attorney for Plaintiffs, attesting that she personally ran Connecticut Social Security number ███████████ through www.sss.gov. official Selective Service website and found, that Obama has been using aforementioned Connecticut social Security number in his Selective Service application. (first amended complaint, affidavit of Orly Taitz and Selective Service printout, as well as trial exhibit 7, entered into evidence in case file pp 190-193) Plaintiffs witnesses and exhibits entered into evidence showed that not only Obama does not possess a valid birth certificate, he does not possess a valid Social Security number, but rather is using a Social Security number, which was assigned to another individual in the state of Connecticut. This constitutes additional evidence of lack of valid identification papers needed to prove Obama's constitutional and statutory eligibility as a natural born U.S. citizen.

**Plaintiffs presented this court with unrefuted evidence of Defendant using multiple last names, whereby Obama might not be his legal name**

Witness Chris Strunk testified and authenticated a report, received by him personally in response to his Freedom of Information request, submitted to the state department. (Court reporter transcript pp 8,9, exhibits admitted into evidence in case file pp 1-14) Aforementioned report contained passport records of Obama's mother, Stanley Ann Dunham, which show Obama listed under last name Soebarkah.

Attorney for Plaintiffs was sworn in as a witness and testified. She presented the court with video clip from CBS/Inside Edition report from Indonesia, showing a reporter's visit to Obama's former elementary school, Assisi catholic school in Jakarta Indonesia and review of the school book of records by the reporter for CBS/Inside edition. Video clip, brought as a business record and as a matter of common knowledge shows, that in Indonesia in school records Obama was listed under the last name Soetoro, which was the last name of his step father, Lolo Soetoro and nationality Inndonesian, which was also the nationality of his step father. Enlarged copy of Obama's school record from Assisi school was entered into evidence in Case file P-7 pp184, 185. Defendant did not present any evidence to refute above testimony and evidence showing him using different last names: Soetoro and Soebarkah and him having Indonesian citizenship. As an Indonesian citizen he does not qualify to run for the U.S. Presidency.   There is no evidence to show Obama legally changing his name from Soetoro or Soebarkah to Obama. If Obama is not his legal name, he cannot be on the ballot in the state of GA under the name Obama.

### DEFENDANT'S BEHAVIOR SHOWS GUILTY MIND

Defendant's behavior shows guilty mind. Defendant had an opportunity to appear in court and provide certified copies of his vital records. He chose not show up and not to produce any records. An inference can be made, that he does not possess any valid records, which would explain his behavior. This particularly significant, as this is the first time the issue of Obama's

eligibility is being heard on the merits. Until now all of the eligibility challenges were dismissed on procedural grounds, such as lack of standing to challenge a sitting president, lack of jurisdiction or abstention. This is the first challenge, where electors have standing to challenge Obama and can have their challenge heard on the merits. It is reasonable to believe, that if Obama were to possess any valid identification papers, he would have produced them and would have stopped all further challenges on res judicata or collateral estoppel. Obama's contempt of court, refusal to show up in court for trial and lack of any valid identification papers represents circumstantial evidence of guilty mind and inability to respond on the merits and prove his Constitutional and statutory eligibility.

**There is a pattern of behavior by the defendant, showing attempts to obstruct justice, submit forged or fraudulently obtained documents, hide his prior identity under the named Soetoro and Soebarkah**

Orly Taitz, Plaintiffs attorney, testified that she downloaded from public on line records registration@iardc.org of the Illinois bar Obama's application to the Illinois bar, which was entered into evidence in P-7, p187. In the registration Obama is asked to provide his full name, which he provided as Barack Hussein Obama. On the next line he is asked for prior names, Obama entered none. This contradicts official passport records of Obama's mother, Stanley Ann Dunham, previously entered into evidence, which show Obama listed under the last name Soebarkah in his mother's passport records. This also contradicts Obama's school registration from Jakarta, Indonesia, where he was listed under the last name Soetoro. Clearly, Obama knew, that he went by the last name Soebarkah. Clearly he knew that for four years he went to school under the last name Soetoro. Obama's actions show a pattern of fraud and possibly perjury, if the registration to the bar was done under the penalty of perjury. Taitz further testified that she

# Exhibit 4



United States Department of State

*Washington, D.C.   20520*

**JUL 2 9 2010**

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.



EXHIBIT
P~1

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

**DEPARTMENT OF STATE**
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

**APPLICATION FOR**

☑ RENEWAL   ☐ AMENDMENT   ☐ EXTENSION

OF

☑ PASSPORT   ☐ CARD OF IDENTITY
☐ REGISTRATION   ☐ CERTIFICATE OF IDENTITY

Document No. _F 777788_   Date Issued _July 19 1965_

POST _Djakarta, Indonesia_

☐ REFERRED TO DEPARTMENT FOR ACTION
☐ RENEWED (EXTENDED) TO _____
☐ AMENDED AS REQUESTED

$ _5.00_ FEE COLLECTED
☐ NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME)   (MIDDLE NAME)   (LAST NAME)
I, _Stanley   Ann   Dunham   Soetoro_ , a citizen of the United States, do hereby
apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) | PLACE OF BIRTH
▓▓▓▓▓▓▓▓▓ | _Wichita, Kansas_

NOW RESIDING AT _Djakarta, Indonesia_

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
_Stanley Armour Dunham, Bank of Hawaii, Honolulu_

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

_NO_

PROPOSED TRAVEL PLANS | IF RETURNING TO U.S. COMPLETE THE FOLLOWING

I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO
RESIDE WITHIN _indefinite_ YEARS _____ MONTHS | PORT OF DEPARTURE

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING
PERIOD AND PURPOSE _INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN_ | NAME OF SHIP OR AIRLINE

DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

_Stanley Ann Dunham Soetoro_
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this _13th_ day of _August_ , 19 _68_
(SEAL)

_Vice_ _____ Consul _____ of the United States at _Djakarta, Indonesia_

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7 - 64

SOETORO (LAST NAME)   STANLEY (FIRST NAME)   ANN (MIDDLE NAME)   DUNHAM

TO BE PRINTED IN FULL

PAGE 2

AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
| | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT   *INDO* | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT |
|---|---|
| | ☐ ATTACHED   ☐ CANCELED _____ (DATE) |

AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| *Barack Hssein Obama (Soetoro)* | | | |
| | | | |
| | | | |

AMEND TO READ IN MARRIED NAME

| NAME |
|---|
| |

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
| | | |

| CITIZENSHIP OF HUSBAND   ☐ U. S. CITIZEN   ☐ ALIEN-CITIZEN OF _____ |
|---|

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT
☐ CARD OF IDENTITY        WAS
☐ CERTIFICATE

☐ RENEWED TO _____   DATE _____
☐ AMENDED AS REQUESTED
☐ EXTENDED TO _____

AUTHORITY _____

(Consul of the United States of America)

| (Photo required for inclusions)<br><br>**STAPLE ONE PHOTO HERE**<br>**DO NOT MAR FACE**<br>   The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.<br>   *Do not staple second photo. Attach loosely by paper clip.* | OPINION OF CONSULAR OFFICER |
|---|---|
| | (Consul of the United States of America) |

(STAPLE HERE)   (STAPLE HERE)

FORM FS-299
7-64

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken,

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
## EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington D. C., 20524, within 30 days.

*Stanley Ann Dunham Soetoro*
(Signature)

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO:   Director, Passport Office
      Department of State
      Washington, D. C. 20524
      Attn:  PT/AC

### SUBJECT

| NAME | DESCRIPTION 5'6" |
|---|---|
| STANLEY ANN SOETORO | Brown   Brown  135 lb. |

HOME ADDRESS Djalan Taman Matraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)

| BIRTHDATE | NATURALIZATION DATE  N. A. | PASSPORT NO., DATE AND PLACE OF ISSUANCE  F 777788  07-19-65  Honolulu, Hawaii |
|---|---|---|
| BIRTHPLACE  Wichita, Kansas | | |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE  October 1967, Honolulu, Hawaii | DESTINATION  Djakarta, Indonesia |
|---|---|
| FLIGHT NUMBER OR VESSEL  - | NAME OF CARRIER  Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD  October 20, 1971, Djakarta, Indonesia | IDENTITY DOCUMENTS PRESENTED  Passport as shown above |
|---|---|
| FLIGHT NUMBER OR VESSEL  PAA 812 | NAME OF CARRIER  Pan American Airways |
| DATE AND PLACE OF ENTRY  October 21, 1971, Honolulu, Hawaii | DESTINATION  Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h)

(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service)  HONOLULU, HAWAII | SIGNATURE (Immigration Officer) |
|---|---|

FORM GS-1373

FORM APPROVED   BUDGET BUREAU NO. 47-R059.8

**DEPARTMENT OF STATE**
**APPLICATION FOR AMENDMENT OF PASSPORT**

(Passport Office Use Only)

Amend as shown in section:
☐ B   ☐ C   ☐ D   ☒ E   ☐ F
☐ Add visa pages.
☐

P 3

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**

| PASSPORT NO. OF APPLICANT | DATE ISSUED |
|---|---|
| Z 777755 | July 17, 1965 |

MAIL PASSPORT TO

STREET  2234 University Ave.

CITY  Honolulu,   STATE  Hawaii
96822

IN CARE OF

(PLEASE PRINT NAME IN FULL)
(First name)   (Middle name)   (Last name)

I,  Stanley Ann Soetoro , a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

| BIRTH CERTIFICATE(S) SEEN | | |
|---|---|---|
| CHILDREN'S | (WIFE'S) | (HUSBAND'S) |
| FILED SR CR CITY | FILED SR CR CITY | |
| MARRIAGE CERT. | NAT'Z'N. CERT. | ☐ OTHER |
| ☒ S & R | ☐ S & R | |

**B**  INCLUDE MY CHILD(REN), AS FOLLOWS:  (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |
| | | |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C**  INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS:  (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| | |
| DATE OF BIRTH | DATE OF MARRIAGE |
| | |

**D**  EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE
☐ MY HUSBAND
☐ MY CHILDREN (Give name(s))

WHO IS/ARE
☐ TO APPLY FOR SEPARATE PASSPORT
☐ NOT TO ACCOMPANY
☐

**E**  CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME   Stanley Ann Soetoro   (SOETORO)

PLACE OF MARRIAGE (City, State)   Molokai, Hawaii   DATE OF MARRIAGE  3/15/65

HUSBAND'S NAME IN FULL   Lolo Soetoro   WHO IS  ☐ A UNITED STATES CITIZEN
☒ A CITIZEN OF  Indonesia

**F**  CHANGE TO READ AS FOLLOWS:

**G**  (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U. S. PASSPORT

| NUMBER | DATE ISSUED |
|---|---|
| IN NAME OF | ☐ IS SUBMITTED HEREWITH |
| | ☐ OTHER DISPOSITION (State) |

FORM DSP-19
7-64   (OVER)

(Last name)
TO BE PRINTED IN FULL
(First name)   (Middle name)

(STAPLE HERE)

PAGE 2

**H** | TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

MY _____ IMMIGRATED TO THE U. S. ON (Month, day, year) | ACQUIRED U. S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF □ SELF  □ PARENT  □ FORMER HUSBAND

WHO WAS NATURALIZED BEFORE THE (Name of court) | LOCATED IN (City, State)

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I** | TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE

NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE

FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY □ DEATH  □ DIVORCE    DATE

**J** | IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE

**K**

I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X _____
(Signature of Applicant)

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 ____

_____
(Agent, Department of State or Clerk of Court)

FORM DSP-19
7 - 64

☆ U. S. GOVERNMENT PRINTING OFFICE  1964 O - 742-234 (212)

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE)

**For Department Decision**

DEPARTMENT OF STATE

APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION

POST LOCATION Jakarta, Indonesia

POST ACTION

PASSPORT ISSUED   No. Z2433100

REGISTRATION APPROVED 04

Date June 2, 1976   Date _____

Expires June 1, 1981   Expires _____

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

CARD OF IDENTITY AND REG.

☑ $3 Application fee collected   No. _____

☑ $10 Fee collected   Date _____

☐ No Fee passport   ☐ $3 fee collected (for card)

☐ Official passport   ☐ 48-page passport

**A**

TO BE COMPLETED BY ALL APPLICANTS

(First name)   (Middle name)   DUNHAM   (Last name)

STANLEY   ANN   SOETORO , a citizen

of the United States, do hereby apply for (a passport) (registration)

DATE OF BIRTH   Month | Day | Year

PLACE OF BIRTH (City, state/province, country)

WICHITA, KANSAS, USA

MY LAST PASSPORT WAS OBTAINED FROM

(Note: if included in another's passport, state name of bearer)

Location of Issuing Office   Date of Issuance

HONOLULU   JAN. 4, 1972

HEIGHT 5 F. 5 in.

COLOR OF HAIR (Spell out) BROWN

COLOR OF EYES (Spell out) BROWN

SOCIAL SECURITY NO. 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

Number: C 030097   Bearer: _____

VISIBLE DISTINGUISHING MARKS   NONE

OCCUPATION GRAD. STUDENT

☐ Submitted herewith   ☐ Other disposition (state)

☒ Cancelled and returned

☐ Sent and returned

NOW RESIDING AT DJL. HADJI ROMLI 23

MENTENG DALAM, JAKARTA

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

PERMANENT RESIDENCE (Street address, city, APT (1008)) (If same as above, so state) 1617 S. BERETANIA, HONOLULU, HAWAII

Location of Registering Office   Date of Registration

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, and address, city, state)

STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULU, H.

ZIP 96814

I HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?  ☐ Yes  ☒ No

**B**

TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION

NATURALIZATION CERTIFICATE NO.

NATURALIZATION COURT   DATE NATURALIZED

**C**

COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME   ☐ NATIVE BORN   NATURALIZATION CERTIFICATE NO.

☐ NATURALIZED   ☐ Seen and returned

NATURALIZATION COURT   DATE NATURALIZED

(WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country)   DATE OF BIRTH (Mo., Day, Year)

NAME IN FULL OF CHILDREN INCLUDED   PLACE OF BIRTH (City, state/province, country)   DATE OF BIRTH (Month, day, year)

**D**

EVIDENCE OF PRIOR ADMINISTRATIVE OF ABOVE-LISTED PERSONS TO BE INCLUDED (To be completed by Receiving Officer)

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELLED OR OTHER DISPOSITION | DATE OF REGISTRA-TION OR BIRTH REPORT | LOCATION OF OFFICE |
|-------|--------------|---------------|-------------------------------|--------------------------------------|--------------------|
|       |              |               |                               |                                      |                    |
|       |              |               |                               |                                      |                    |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176 9-74

(OVER - YOU MUST COMPLETE PAGE 2)

FORM APPROVED   BUDGET BUREAU NO. 47-R0012

FORM FS-176   9-74                                                                          PAGE 2

**F**

| FATHER'S NAME | FATHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

☐ FATHER DECEASED
☑ FATHER RESIDING AT  HONOLULU, HI    From BIRTH  to PRESENT

FATHER RESIDED IN U.S.

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| MADELYN PAYNE | PERU, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

MOTHER'S DATE OF BIRTH

☐ MOTHER DECEASED
☑ MOTHER RESIDING AT  HONOLULU, HI   From BIRTH  to PRESENT

**G**

☐ I WAS NEVER MARRIED

☐ MARRIAGE NOT TERMINATED

**I**

_____ YEARS TO ☐ RESIDE ☑ VISIT. ☐ INDEFINITE

☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON PLAN TO
RETURN TO INDONESIA SEPT 1975 (BEGIN)
TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

| PORT OF DEPARTURE | DATE OF DEPARTURE |
|---|---|
| DJAKARTA | JUNE 19, 1975 |

NAME OF SHIP OR AIRLINE  PAN AM

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

(Seal)

Consul _____ of the United States at  Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243. Procedures)

APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST LOCATION  Jakarta, Indonesia

POST ACTION:

PASSPORT ISSUED

No. Z2037321   REGISTRATION APPROVED

Date 4/28/81   Date

Expires 4/27/86   Expires

☐ $3 Application fee

☒ $10 Fee collected

CARD OF IDENTITY AND REG.

No.

☐ Official passport   ☐ 48-page ☐ 96 page passport

**A**   TO BE COMPLETED BY ALL APPLICANTS

(First name)   (Middle name)   (Last name)

STANLEY   ANN   DUNHAM

BIRTH DATE

WICHITA,   KANSAS   U.S.A.

NOW RESIDING AT

Jakarta Selatan, Indonesia

☐ Birth Certificate   ☒ Passport
☐ Certificate of Naturalization or Citizenship

☐ Seen & Returned

Name in full:  Stanley Dunham   Relationship:

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?  ☐ Yes  ☒ No

FATHER'S NAME   BIRTHPLACE WICHITA   BIRTH DATE   U.S. CITIZEN

MADELYN PAYNE   KANSAS U.S.A.

MARRIED   Wife's/Husband's full legal/maiden name - complete

☐ WAS NEVER MARRIED   Lolo Soetoro , MAUI HAWAII

Bandung, Indone   ☐ Yes ☒ No

☐ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY
☐ DEATH
☒ DIVORCE ON  Aug. 28, 1980

YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT?  ☒ Yes  ☐ No

IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting  No.  Z2433100   Issue Date: June 2, 1976

COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photo should be submitted.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

WIFE'S/HUSBAND'S FULL LEGAL NAME

BIRTHPLACE   BIRTH DATE

☐ Submitted Herewith
☐ Cancelled & Returned
☐ Seen & Returned

CHILDREN'S NAME(S)   BIRTHPLACE(S)   BIRTH DATES   CHILDREN'S EVIDENCE

☐ Submitted Herewith
☐ Seen & Returned

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section

(To be signed at same time by husband/wife to be included in passport)   (To be signed by Applicant in presence of person administering oath)

Consul _____ of the United States at

GP-178  1-76

PAGE

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year)   To (Year) | NATURALIZATION CERTIFICATE NO. ☐ Submitted herewith ☐ Seen and returned ☐ Previously submitted |
|---|---|---|

| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|

OCCUPATION

PROGRAM OFFICER, FORD FOUNDATION | none

ENTERED THE U.S.   (Month)  (Year) | IF FATHER NATURALIZED:

☐ Child

| ☐ Wife ☐ Husband ☐ Child | Before (Name of Court) | Place (City, State) |

**PROPOSED TRAVEL PLANS (Not Mandatory)**

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 - December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN   YEARS   MONTHS | DATE OF DEPARTURE |
|---|---|

**PRIVACY ACT STATEMENT**

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

© U.S. Government Printing Office: 1977-261-647/3239

P 6

STANLEY ANN
DUNHAM

MR31G 155268

1512 SPRECKELS ST
APT. 402
HONOLULU, HAWAII 96822

✓ WICHITA, KANSAS USA

5 6   BROWN      BROWN

Z3037221    4 27 81   CONSULTANT
APRIL 6, 8

1512 SPRECKELS ST APT 402   HONOLULU, HI

1 WEEK    PHILIPPINES

STANLEY ANN MADELYN DUNHAM
1617 S. BERETANIA #1008
8089492317        PARENTS

March 24, 1981

Stanley Ann Dunham