My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham      PH 942-8454

RECEIVED
APR - 9 1986
Honolulu Passport Agency

# CERTIFICATION DECLARATION OF
## Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document

   Hussein Obama (Soebarkah)" from her passport renewal.

   the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number: 200807238.

   I do hereby declare and certify that the attached records are a true and accurate copy of those received by Declarant, and that I am available to testify in open court as such.

Dated: Brooklyn New York
November 27  2011

593 Vanderbilt Avenue – 281
Brooklyn New York 11238

Attached: Coverletter (2 pages)
Six (6) Documents P1 thru P6 (12 pages)

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |

Affidavit of Susan Daniels

1    My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound

condition.

born and raised in the State of Ohio.

3.    I am licensed by the State of Ohio as a private investigator; I am president of
Daniels and Associates Investigations, Inc., incorporated in March 1995, license
number 65199565568.

4    I have personal knowledge of all the facts and circumstances described herein
below and will testify in open court to all of the same.

5    I located a social security number for Barack Hussein Obama and found that it
was issued between 1977-1979 in the State of Connecticut but as I investigated



## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in ___*Mentor*___ (city), ___*Lake County OH-o*___ (state), ___*USA*___ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence
......... ..... ... ... ... ... .... ..... ... .... ... .... ... ... ... ... ... ...

..... ... ... ... ... ... ... ... ...

Notary Public in the State of Ohio

Business Address of Notary:

Section 147.03 Ohio

My Seal Appears Above this line.

My Printed Name is: _JAMES V. Concono_ ; my notarial commission or license expires on: _LIFETIME_

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington. D.C

October, 2009.

By _____
         Susan Elizabeth Daniels

Person Search

| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br>Gender: Female | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>Newspaper facility. | Jun 08 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female<br>522-67-xxxx | | 5000 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-366-6687 - MDT |
| | | MICHELLE OBAMA<br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1593 | Jan 09 - Jul 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 3550 S RHODES AVE APT 1802<br>CHICAGO IL 60653-1273 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1801 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | |

2 of 3

# SSN Verifier Plus

## SS[REDACTED]

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| SSN not found in Social Security Death Index |

OBAMA, BARACK

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

## Standard People Search

### 105 Records

**Search Criteria**
**Name:** OBAMA, BARACK
**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | County: Denver | | | |
| | | | | | | |
| | | Reported: 09/2008 - 11/2008 County: Lane | | | | N |
| | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 Reported: 09/2008 - 11/2008 County: Dallas | 1x Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3220 Reported: 09/17/2008 - 10/03/2008 County: Philadelphia | 2x Map It | | Landline: (215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76180 Reported: 04/2008 - 09/2008 County: Tarrant | 2x Map It | | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | CHARLESTON SC 29464 Reported: 09/2008 - 09/2008 County: Charleston | | | | |

1 of 8                                                                                    10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK<br>CHICAGO IL 60615<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | **1x** | Map It | | **Landline:**<br>(773)684-4809 | |
| | OBAMA BARACK | 14 W ERIE ST<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK) | **1x** | Map It | | | N |

E-mail: bobama@lawning.com                  (No IP Address Reported)                  Phone: (312)751-1170

| | OBAMA | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | BARACK | **Reported:** 08/2008 - 08/2008<br>**County:** FULTON | | It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 06/01/2007 - 06/01/2008<br>**County:** Cook | **4x** | Map It | | **Landline:**<br>(773)684-4809 | N |

| Return | Name | Address | Maps | SSN / DOB | | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | OBAMA LN<br>FRANKLIN WI 05122<br>**Reported:** 05/2005 - 06/2008<br>**County:** MILWAUKEE | **1x** | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE<br>IRVINE CA 92618<br>**Reported:** 06/2008 - 06/2008<br>**County:** | **1x** | Map It | | | N |
| | OBAMA BARACK | 15 A 1A<br>MANALAPAN FL 33462<br>**Reported:** 03/2008 - 03/2008<br>**County:** PALM BEACH | **1x** | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2908<br>(POSSIBLE HIGH RISK)<br>**Reported:** 10/01/2007 - 12/01/2008<br>**County:** Cook | **5x** | Map It | | **Landline:**<br>(773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search        https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 03/25/2008 - 03/25/2008 **County:** Cook | 1x | Map It | Issued: 1977-1978 in CT | **Landline:** (773)684-4809 | N |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 **Reported:** 03/03/2008 - 03/03/2008 | | | | | |
| | OBAMA BARACK | | | Map It | | Landline: | |
| | | **County:** Denver | | | | | |
| | OBAMA BARACK | | | Map | | | |
| | | **County:** Washington | | | | | |
| | OBAMA BARACK | | | | | | |
| | | **County:** Muscogee | | | | | |
| | OBAMA BARACK LWYR | **Reported:** 01/02/2008 - 01/02/2008 | | It | | Cell: | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | | | | | N |
| | | **County:** Cook | | | | |
| | | **County:** Utah | | | | |
| | | **County:** Palm Beach | | | | |
| | OBAMA BARACK | | | | | |
| | | **County:** Cook | | | | |
| | | **Reported:** 07/2008 - 11/19/2007 | | | | |
| | HUSSEIN | **Reported:** 06/01/1995 - 10/01/2007 | It | | (773)684-4809 | |
| | HUSSEIN | **Reported:** 07/11/2001 - 10/01/2007 | It | | (773)684-4809 | |
| | BARACK | **Reported:** 06/2007 - 06/2007 | It | | | |

Tracers Information Specialists, Inc. - Standard People Search   https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST LANSING MI 48910 **Reported:** 07/2007 - 07/2007 **County:** Ingham | 1x | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N CHICAGO IL 60601-2501 (POSSIBLE HIGH RISK) **Reported:** 02/2007 - 06/2007 **County:** Cook | 2x | Map It | Issued: 1977-1978 | | N |
| | OBAMA BARACK | 1236 PO BOX PROVO UT 84603 **Reported:** 06/2007 - 06/2007 **County:** Utah | 2x | | | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD PROSPECT HEIGHTS IL 60070-1913 **Reported:** 04/2007 - 04/2007 **County:** Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 **Reported:** 04/2007 - 04/2007 **County:** Philadelphia | 1x | Map It | | | |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 07/2008 - 07/2008 **County:** Cook | 3x | Map It | | Landline: (773)324-4800 | |
| | OBAMA BARACK | 807 E EDWARDS ST SPRINGFIELD IL 62701-1634 | 3x | Map It | | | |
| | OBAMA | 300 MASSACHUSETTS AVE 5 WASHINGTON DC 20001 | 1x | | | | |
| | OBAMA | 227 6TH ST WASHINGTON DC 20002 | 1x | | | | |
| | OBAMA | 300 MASSACHUSETTS AVE WASHINGTON DC 20001-1305 | 18x | | | | |
| | OBAMA | 300 MASSACHUSETTS AV WASHINGTON DC 20001-2040 | 3x | | | | |
| | OBAMA | 227 6TH ST WASHINGTON DC 20002 | 8x | | | | |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | AKA: OBAMA | WASHINGTON DC 20002-0007 | | Map It | | 884-4800 | N |

Tracers Information Specialists, Inc. - Standard People Search        https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| | OBAMA BARBACK | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60610-5397 (POSSIBLE HIGH RISK) Reported: 12/21/2004 - 01/2006 | 2x | Map It | | Landline: (312)751-1170 | N |

E-mail: bobama@lawfirm.com                    (No IP Address Reported)                    Phone: (312)751-1170

| | | 5046 S GREENWOOD AVE (POSSIBLE HIGH RISK) Reported: 07/2005 - 11/2005 | 2x | | (773)xxx-xxxx | N |
|---|---|---|---|---|---|---|
| | | Reported: 08/17/1997 - 08/26/2005 | | | Landline: (773)684-4809 | |
| | | Reported: 08/20/2005 - 08/26/2005 | | | (773)684-4809 | |
| | | Reported: 08/20/2005 - 08/26/2005 | | | (773)684-4809 | |
| | BARACK | Reported: 08/20/2005 - 08/26/2005 | | | Landline: (773)684-4809 | |
| | BARACK | Reported: 08/2005 - 05/2005 | | Map It | | |
| | BARACK | Reported: 12/21/2004 - 01/14/2005 | | Map It | Landline: (773)363-1598 | |
| | OBAMA BARACK | (POSSIBLE HIGH RISK) | | | (312)751-1170 | N |

E-mail: bobama@lawfirm.com                    (No IP Address Reported)                    Phone: (312)751-1170

| | BARACK | Reported: 07/2005 - 07/2005 | | | (773)363-1598 | N |
|---|---|---|---|---|---|---|
| | BARACK | Reported: 07/2005 - 07/2005 | | | (773)363-1598 | N |
| | BARACK SEN | Reported: 03/2005 - 05/2005 | | | (773)xxx-xxxx | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 10/1997 - 10/2002 County: Cook | 4x | Map It | | | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 | 1x | Map | | CT | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | 2x | | Landline: (773)684-4809 | N |
| | OBAMA | 2152 E 71ST ST CHICAGO IL 60649 **Reported:** 05/01/1999 - 05/01/1999 | 7x | Map It | Landline: (773)363-1996 | N |
| | | CHICAGO IL 60615 | | Man | | Landline: |
| | | 1440 E ___ ST | | | | |
| | | 366 BROADWAY ST | | | | |
| | | ___ VIEW ___ | | | | |
| | | ELDER VIEW DA | | | | |
| | | ELDER OF VIEW P/ | | | | |
| | | 5456 S EASY VIL-W.H.__ | | | | |
| | OBAMA BARACK | 366 BROADWAY ST BOSTON MA 02111 (P OSSIBLE HIGH RISK) **County:** Suffolk | 4x | Map It | Landline: (617)___-___ | N |
| | OBAMA BARACK HUSSEIN | 366 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | 7x | Map It | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | 8x | Map It | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | 1x | Map It | Landline: (773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | |
|---|---|---|---|---|---|
| | | **County: Cook** | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1<br>CHICAGO IL 60615<br>**Reported:** 08/01/1993 – 09/01/1993<br>**County: Cook** | 1x<br>Map It | Issued: 1977-1979 in CT | N |

*(Remaining rows heavily redacted / illegible)*

| Records | Name | Address | Map | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 365 BROADWAY ST<br>SOMERVILLE MA 02145-2440 | 2x | | | |
| | OBAMA BARACK R | 5450 E VIEW PARK 1<br>CHICAGO IL 60615 | 2x<br>Map It | | | N |
| | OBAMA BARACK R | 5450 SP VW<br>CHICAGO IL 60615<br>**County: Cook** | 2x<br>Map It | | 684-4809 | N |

8 of 8                                                                                           10/2/09 9:14 AM

Social Security Death Index Search Results                    http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com

Searches

Name & Get Your Instant Family Tree!

Your First Name;        Your Last Name;       Your State;
                                            Nationwide

## Social Security Death Index Search Results

85,156,742 Records                    The key to your research
last updated on 9-28-2009              Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

Field Value    Records Results

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYN | | 50140 | amoni, (Center LA) | (none specified) | | | SS-5 Letter Add Post-em Search Ancestry.com | First Name: |

Viewing 1-1 of 1                                                          Last Name:

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration

Last Name                        First

Middle Name

Last Residence                   Last Benefit

State

City

```
*** REC 2011108  165542 HF7738E0 B2CL  CIPQYA6   PQA6   (F-B2C )  ***
  *** REC 2011108  165542 HF7738E0 B2CL  CIPQYA6   PQA6   (F-B2C )  ***         |
                                                    XC:       UNIT:GERARD    PG:001+
NUMI      DTE:04/18/11         SSN:042 68-4429      XC:       UNIT:GERARD    PG:001+
  ACCOUNT   SSN:              C:0 RFN:77080420598 DOC:081
  NAME      NAA: FROS ,          , GRAZIANO
  BIRTH     DOF             : ROCHESTER MO* , NY SEX:M ETB:1
  PARENT    MNA:            M PANCHESON
            FNA: ROBERT S GRAZIANO
  INTERNAL  FMC:1 CYD:03/28/1977
```





# SOCIAL SECURITY

### CERTIFICATION

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F.R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed are true and complete copies of certain of such documents in my custody as aforesaid.

I also certify that the annexed computer printouts showing the dates the information was recorded are true and complete copies of such documents in my custody for Social Security Number ████████ the name of Paul Michael Graziano.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 18th day of April, 2011.

*Georgiana Wilson-Johnson*

Georgiana Wilson-Johnson
Deputy Director
Division of Earnings Record Operations
Office of Central Operations





# SOCIAL SECURITY

### CERTIFICATION

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F.R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405 and that the annexed are true and complete copies of certain of such documents in my custody as aforesaid.

I also certify that the annexed computer printouts showing the dates the information was recorded are true and complete copies of such documents in my custody for Social Security Number ▮▮▮▮▮▮▮▮▮▮ the name of Thomas Louis Wood.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed the ▮▮▮ day of ▮▮▮▮▮

Georgiana Wilson-Johnson
Deputy Director
Division of Earnings Record Operations
Office of Central Operations

# SSN Verifier Plus



| | |
|---|---|
| **Year(s) Issued:** | 1977-1979 |

**Social Security Death Index**



# Look Up a ZIP Code™

Cities by ZIP Code™



## SOCIAL SECURITY NUMBER PREFIXES

These prefixes indicate the state in which the Social Security Number was issued. This will assist you in identifying the state in which the individual lived or was possibly born. This is a big help when you're searching the Internet. The prefixes are the first three digits of the SSN. Here is the source of the SSN Prefixes:

| State | Prefix | State | Prefix |
|---|---|---|---|
| New Hampshire | 001-003 | Louisiana | 433-439 & 659-665 |
| Maine | 004-007 | Oklahoma | 440-448 |
| Vermont | 008-009 | Texas | 449-467 & 627-647 |
| Massachusetts | 010-034 | Minnesota | 468-477 |
| Rhode Island | 035-039 | Iowa | 478-485 |
| Connecticut | 040-049 | Missouri | 486-500 |
| New York | 050-134 | North Dakota | 501-502 |
| New Jersey | 135-158 | South Dakota | 503-504 |
| Pennsylvania | 159-211 | Nebraska | 505-508 |
| Maryland | 212-220 | Kansas | 509-515 |
| Delaware | 221-222 | Montana | 516-517 |
| Virginia | 223-231 | Idaho | 518-519 |
| West Virginia - North Carolina | 232 | Wyoming | 520 |
| Virginia | 232-236 | Colorado | 521-524 |
| North Carolina | 237-246 & 681-690 | New Mexico | 525 & 585 & 648-649 |
| South Carolina | 247-251 & 654-658 | Arizona | 526-527 & 600-601 & 764-765 |
| Georgia | 252-260 & 667-675 | Utah | 528-529 |
| Florida | 261-267 & 589-595 & 765-772 | Nevada | 530 & 680 |
| Ohio | 268-302 | Washington | 531-539 |
| Indiana | 303-317 | Oregon | 540-544 |
| Illinois | 318-361 | California | 545-573 & 602-626 |
| Michigan | 362-386 | Alaska | 574 |
| Wisconsin | 387-399 | Hawaii | 575-576 & 750-751 |
| Kentucky | 400-407 | District of Columbia | 577-579 |
| Tennessee | 408-415 & 756-763 | Virgin Islands | 580 |
| Alabama | 416-424 | Guam, American Samoa & Philippines | 586 |
| Mississippi | 425-428 & 587-588 & 752-755 | Puerto Rico | 580-584 |
| Arkansas | 429-432 & 676-679 | | |
| Holland | 729-733 | | |
| Enumeration at Entry | 729-733 | | |

Search

Effective Dates: 04/22/2011 - Present

TN 1 (06-11)

## Number (SSN)

The SSN consists of nine (9) digits composed into three groups by numbers of a 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. This creation ... prior to June 25, 2011. Beginning June 25, 2011 forward, this structure is no longer of any significance. ...

Prior to June 25, 2011, the first three digits of the SSN represented the area number. The area number application for an original SSN card.

ranged from 01 to 99. For administrative reasons, we assigned group numbers in the following sequence:

1. odd numbers from 01 through 09
2. even numbers from 10 through 98,
3. even numbers from 02 through 08; and finally

Prior to June 25, 2011, the last four digits of the SSN represented the serial number. The serial number represents a straight numerical series of numbers from 0001-9999 within each group.

## D. See also

- Information about the SSN is available on SSA's website at:

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville,
FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment
and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in
   IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have
   often used software such as Adobe Photoshop and Adobe Illustrator.

3. [illegible] ... on the White House website ... 
   27, 2011, the new birth certificate of Barack Obama II.
   http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-to-w-
   [illegible]

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator
   and the software revealed that this document has many layers of images on it.
   [illegible] ... of the original [illegible]

5. I further observed that this document does not have an embossed seal normally
   [illegible]
   [illegible]

[illegible signature line]

_Jeff_
FELICITO PAPA

[illegible]

[signature]

GARNDEV L WILLES, JR
Notary Public, State of Florida
[illegible]
[illegible]

EXHIBIT
P-3





04-14-2011  10:18   9047789707   UPS STORE   PAGE  01/03

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at IT? Technical Institute in Jacksonville, FL

   often used software such as Adobe Photoshop and Adobe Illustrator

2. I downloaded from the official Whitehouse website www.whitehouse.gov, April

   http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

   and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator

3. I further observed that this document does not have an embossed seal normally affixed by civil registries in effect to the authenticity of government issued documents

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011

NOTARY PUBLIC

Notary Public  State of Florida
My commission expires Jan. 24, 2014
Comm. No. DD 932408

STATE OF HAWAII          **CERTIFICATE OF LIVE BIRTH**          DEPARTMENT OF HEALTH
                                                        FILE NUMBER 151          61 10641

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BA ACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. |
|---|---|---|---|
| Male | Single ☒  Twin ☐  Triplet ☐  1st ☐  2nd ☐  3rd ☐ | | |

6. Place of Birth: City, Town or Rural Location
Honolulu                                                          Oahu

| 6b. Name of Hospital or Institution (if not in hospital or institution, give street address) | 6c. Island | 6d. If Place of Birth Inside City or Town Limits? If no, give Judicial district |
|---|---|---|
| Kapiolani Maternity & Gynecological Hospital | | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? |
|---|---|
| 6085 Kalanianaole Highway | 7f. Is Residence on a Farm or Plantation? |

9. Full Name of Father

| Barack | | | Hussein | | | Obama | | | 27 |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Kenya, East Africa | | Student | | University |



# AFFIDAVIT

STATE OF FLORIDA )
                  )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 11, 2011, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama.

3. I downloaded the file on my computer.

4. I noticed the PDF is comprised of nine layers.

5. I turned the layers around, cut and paste...

6. There were other elements and layers...

7. I then noticed an important portion...
   with his social security number revealed. The following information are revealed:

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions.

# 2009

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| MICHELLE L. | OBAMA | |
| Address (number, street, and apartment number) | | State |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| City, state, and ZIP code | | Country |
| WASHINGTON, DC  20500 | | UNITED STATES |

|  |  | Yes | No |
|---|---|---|---|
| 6 | If the donor died during the year, check here ▶ and enter date of death | | |
| 7 | If you extended the time to file this Form 709, check here ▶ | | |
| 8 | If you received an extension of time to file Form 709, check here ▶ and attach the Form 4868 | | |
| 9 | Have you applied a DSUE amount received from a predeceased spouse to a gift or gifts reported on this or a previous Form 709? | | X |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once ▶ | 2 | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A | X | |
| 13 | Name of consenting spouse | BARACK H. OBAMA | | |
| 15 | Were you married to one another during the entire calendar year? See instructions | | X |
| 16 | If the answer to 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased and give date | | |
| 17 | Will a gift tax return for this year be filed by your spouse? If "Yes," mail both returns in the same envelope | X | |
| 18 | Consent of Spouse. I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent | | |

Consenting spouse's signature ▶ _(signature)_     Date ▶ **4/7/10**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

X _(signature)_ Michelle Obama 4/7/10

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

_(signature)_ 3/30/10    P00570974

WEINBERG SOLHEIM HOWELL & SHAIN, PC    16-2708668

180 N LASALLE ST, STE 2200    312/372-0440

CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.    709

3

Health, of Obama's original long-form Certificate of Live Birth. Bauer explained, in detail, the difference between a short-form computer gencrated Certification of Live Birth, an abstract if you will, and what they say they revealed on April 27, 2011, a photo copy of Obama's original, long-form Certificate of Live Birth. Bauer stated that this 1961 original Certificate of Live Birth was kept in a "bound book" at the Hawaii DOH. Bauer explained that Obama's lawyer, Judith Corley, flew to Hawaii and brought the documents back to the United States. At the same time he said on the floor of the House of Representatives that the abstract or short form of a record of live birth contains less information than a long-form birth.

This was requested and the press statement in 2008 said that the administration had asked the Hawaiian and the Hawaii State Department of Health that led to the release of those documents." (http://www.whitehouse.gov/the-press-office/2011/04/27/press-gaggle-press-secretary-jay-carney-4272011).

12. The document that carries out the White House statement of April 27, 2011 is the official Hawaii Department of Health letter releasing the long form Certificate of Live Birth:

we have taken care to ensure an exact reproduction of my original Certificate as it has on file.

b. A letter from Obama's lawyer, Judith Corley, dated April 27, 2011, to the Hawaii

making provision that client must request waiver of a departmental policy in writing ...

Health's policy, so that my client can obtain two certified copies of his original "long form" birth certificate"

c. The reply from the Hawaii DOH stating that they were requesting a waiver ... I have made ... I am making an exception to current departmental policy which is to issue a computer generated certified copy." The exception to the current department policy to only issue a computer generated short-form Certification of Live Birth is to make photo copies of the original long form Certificate of Live Birth.

3

4

Fuddy continues, "Enclosed please find two certified copies of your original Certificate of Live Birth. I have witnessed the copying of the certificate and attest to the authenticity of these copies."

12. On April 27th, 2011 the Governor of Hawaii, Neil Abercrombie, put out a press release supporting Fuddy's actions: "In 2001, the Hawaii State Department of Health began computer-generating vital statistics records. Since then, its longstanding policy and practice has been to issue and provide only the computer-

5

president-obamas-request-for-certified-copies-of-long-form-birth-certificate, and phone conversations)

I declare under penalty of perjury, that the above is a true and correct statement of the facts.

Signed _Linda Jordan_____

      Linda Jordan


In the city of _Seattle WA_____

      Seattle Washington


Dated the _19th_ day of _January_, _2012_

Self Check . Notice of Mismatch with Social Security Administration...         https: selfcheck.uscis.gov.SelfCheckUSsaContact.html



# Notice of Mismatch with Social Security Administration (SSA) Records

## Bring this notice with you when you visit SSA.

For SSA Field Office Staff, Do not use EV-STAR, See POMS RM 10250.00011

Name of the employee (Last Name, First Name, MI)

Date of Mismatch

██████████████

Employee's Social Security Number (SSN)

Case Verification Number

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ **SSA record does not verify, Other reason.** SSA found a discrepancy in the record.

Information

attachment B

THE REPOSITORY™
ARCHIVE INDEX SYSTEMS, INC.
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
BELLVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter:

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova Typesetting for 11 years and I have operated from the business until I retired from the business in Seattle since 1992, which sells all types of document and document imaging software and sales develops document imaging software (TheRepository). I know how the scanners work and their capabilities. I have always sold other document imaging programs such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961.

Figure 2  The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11  1961



What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* [...]. The word *Name* drops down 3 pixels but the typed hospital name *Kapiolani Maternity* drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani*.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found many of the form headings scanned in as binary and grayscale also, the form itself is a composite and the person who created it did not flatten the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who remanned this forgery could not evidently find a blank form in the correct imaging database, so they were forced to clean up existing forms and matting the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the [...] about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think

2

Existing forms that were scanned in using binary and grayscale.



*Figure 4.* Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

2. There is a white haloing around all the type on the form. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at

is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type.

unless the image is a composite. This means that different components on the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.

| Name   (Type or print) | | |
|---|---|---|
| | | |
| 5.   This Birth | Ventura X. O'Quaba   Ventura F. Hospital / | |
| | 15156 Ventura Bld   15156 WOHLA Bld | |
| | Room at O'de 70   Shernan 1956 70 | |

Figure 5. Obama's form.       Figure 6. Grayscale.       Figure 7. Color image.

original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post

grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the

example of an grayscale image in Figure 2. This token would be like Figure 2 but a white background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution (≥ 300 dpi). At that point the forger converted the grayscale to a binary

values for the pixels around the placed type as when he/she placed the type image over the

3

background and instructed the program to bring the type "forward" it blanked out the background image, hence the haloing effect around the type.

Figure 8. Binary image.

Figure 9. An enlarged version of Figure 6 showing grayscale type.



Figure 10. Inverted image of Figure 2.

3. The Obama Certificate is loaded with both binary and grayscale letters which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and *al* in Hospital, *I* in Institution, *itt* and again the *h* and *I* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≈200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *o* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (Figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec. 1028(d)1].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLB form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi state conspiracy to defraud the United States.



**22.**

Figure 15 Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The "AUG   8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays



The first official seal of the State of Hawaii shall include pictorial of the seal of 1959 and the outer round of the "STATE OF HAWAII"

a) The official seal of the department of health shall be circular in shape, two and one-fourth" inches in diameter and the lower portion there shall be the words "STATE OF HAWAII". At the center there shall have portions of the seal, in the center in the center the caduceus a wingier rod with two serpents intertwined which has been recognized as a universal symbol of medicine. The Caduceus shall be

"STATE OF HAWAII"

Figure 17 Seal on Obama's 2008 COLB          Figure 18 Genuine seal from 1966          Figure 19 Caduceus-CAD is used from Figure 17

The first official seal of the State of Hawaii shall include pictorial of the seal of 1959 and the outer round of the "COLB". It had the Department of Health's seal embossed on it (Figure 17) approximately is about 3" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clearly visible embossment.  Hand seal embossers have only 1¼ inch or less clearance for a 1¼ inch seal, from the edge of the paper. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will

7

distort the type and lines on a form and is clearly visible (Figure 21). Even on the Nordyke Certificate (Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (Figure 20).



Figure 20: Seal on Obama's COLB From April 27, 2011.

Figure 21: Hand stamped seal from an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never

**7. The hand stamped certification from the current register is a forged stamped notice.**

The issuance of health certificates for a deceased person is restricted in the state of Hawaii only to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the certificate. (BIRTH) THEN A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's

2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the

Now let us look at the Obama's Certificate (Figure 22) supposedly done on April 25, 2011. Notice

enlargement of the word. You will notice that the "X" had been created by the graphic artist by addition of pixels on it and not a "X" but it made to look. Also notice that the whole stamp is not

The stamp has only two prints over it. My conclusion is that the whole stamp was placed there by

the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.

APR 25 2011

Figure 23. Obama's Registrar stamp with the errors on it,



Figure 24. Enlargment of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the

```
16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 833/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 430/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 871/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream
```

This letter may have been accompanied by a CD with the files and images I worked from and the screen shots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing PDF image stored in their document imaging program on the server. The program would have done no OCR processing of that data.

my qualifications on OCR programs are considerable. Our own document imaging program, theRepository, has an OCR option from Expervision that is called TypeReader. We integrated

Witness my hand and official seal this the 22ⁿᵈ day of May, 2011.

Notary Public

My Commission Expires: / /2011

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail orly_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Orly Taitz, Esquire, Pro Se,          )
            Plaintiff                      )
                                           )
                                           )          Civil Action:
        v.                                 )
                                           )
Barrack Hussein Obama,                     )
            Defendant                      )

### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of
any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in
Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and
Investigations LLC, a consulting and private investigative firm registered with the Secretary of
State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado.
The company was formed in the State of Colorado on January 2, 2009 and is in good standing
with the Secretary of State of Colorado. Colorado does not have any licensing requirements or
provisions for private investigators.

4.      I have personal knowledge of all of the facts and circumstances described herein below
and will testify in open court to all of the same.

5.      On, or about, November 10, 2009, Orly Taitz, the attorney who is prosecuting the above-
mentioned matter, requested that I access LexisNexis, a commercial database that I subscribe to



which is located in the State of Massachusetts, and with whom I have a user agreement, and as provided that I obtain new and timely available information related to U. S. Social Security numbers of people.

6.     On or about [...] on under 16, 2008, pursuant to the aforementioned consent in Unit 1 [...] I requested from Locus Plus, any and all information about a full-name person related to SSN [...] AX-4425.

7.     As a result of my inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1980 to present. A detailed report was given to [...] showing [...] information, past and present, listing, real property owned by Mr. Obama and other detailed information to include, but not limited to, other associate information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.     This information was obtained pursuant to a legitimate and permissible search under the state regulations of [...] which requires that made in connection with a pending civil action which is one of the expressed permissible purposes mandated such as inquiry through Locus Plus, as well as a possible criminal violation of United States law and possible fraud.

9.     As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am currently a hired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 20XX.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), based in Brunswick, Georgia and advanced training received at [...] FLETC in a certain, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, [...] and Stanley [...] in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 7, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide in my clients the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     To release information or "unlock" access of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.	I swear under the penalties of perjury, that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.	I have not been compensated for making this affidavit.

Signed and executed in Aurora, Colorado on this 5 day of March, 2010.

BY: _____

John N. Sampson

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: orly_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Orly Taitz, Esquire, Pro Se,      )
                    Plaintiff          )
                                       )
                                       )        Civil Action:
          V.                           )
                                       )
Barrack Hussein Obama,                 )
                    Defendant           )

**Affidavit of John N. Sampson**

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4       I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.      On, or about, November 10, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and I requested that I obtain any and all legally available information relating to U.S. Social Security number 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.

6.      On or about November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN 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.

7.      As a result of that inquiry  I came to learn that Plaintiff Barrack Hussein Obama  has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      . This information was obtained pursuant to a legitimate and permissible search under the sale agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never obtained residency in the State of Connecticut.

11.     I am currently retired from the Department of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually reside and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the timeperiod stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii

14. On or about February 3, 2010, I received an email from a person identifying himself as [illegible] Manager at LocatePlus [illegible] [illegible] request that I contact him regarding my account.

15. [illegible] and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and [illegible] I was under with LocatePlus pertained to my making my inquiry.

16. I told Mr. Russo that I was a private investigator in the State of Columbia, that I had been [illegible] by Dr. Orly Taitz, [illegible] and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would request that, and I stated that I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity."

17. In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18. [illegible] in my inquiry, [illegible] email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a [illegible].

19. Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of [illegible] 3, 2010, my account with LocatePlus has been frozen and I am no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20. Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal business practices in connection with my business. As a result, I am being monetarily harmed, unable to conduct legal, lawful legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21. Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable upon [illegible] conviction of one by fine or imprisonment of up to five years, or both.

22    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief

25    I have not been compensated for making this affidavit

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010

By: _____
         John N. Sampson

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: orly_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Orly Taitz, Esquire, Pro Se,                )
        Plaintiff                                          )
                                      )
                                      )          Civil Action:
           V.                                             )
                                      )
Barrack Hussein Obama,                          )
        Defendant                                       )

### Affidavit of John N. Sampson

1.     My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.     I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or certification for private investigators.

4.     I have personal knowledge of all of the facts and circumstances described herein below and I will testify as to said facts and all of the same.

5.     On, or about, November 16, 2009, Orly Taitz, the attorney who is presenting the above captioned matter, requested that I access I conscillor, a commercial database that I subscribe to

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested of that LocatePlus any and all legally available information relating to SSN that Social Security number 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.

6. [illegible] I requested from LocatePlus, any and all legally obtainable information relating to SSN 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.

7. As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was [illegible] Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8. This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the approved permissible purposes to conduct such an inquiry [illegible] as well as a possible criminal violation of direct states law, and possible fraud.

9. As a result of this search and the results that were obtained on or about November 12, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon its application date for a Social Security Number in the State of Connecticut between the years 1976 and 1977

10. [illegible] from information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11. I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on [illegible]

12. As a result of my formal training as an immigration officer, conducted at the Federal Law [illegible] Federal Training Center, FLETC, in Glynco Georgia and [illegible] and where my training [illegible] at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be issued for in the State in which the applicant internally resides at his or their actual residence.

13. During the period between January 1, 1976 and December 31, 1977, indications of in my [illegible] [illegible] that Barrack Hussein Obama's primary source relates the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, who at that time resided in the State of Hawaii.

14.    On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.    On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.    I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.    In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been asked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.    On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, relate██████████████.

19.    Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiry and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.    Though, all of this, as of February 6, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to conduct these lawful, legitimate searches in and about my business thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.    Denial of an information and further denial of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a Federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.    I recognize that the penalties of perjury that all the facts stated and circumstances described
above are true and correct to the best of my knowledge and belief.

23.    I have not been compensated for making this affidavit.

Further, Affiant sayeth not

Sworn and subscribed in _____ _____ on this ____ day of ____ in 2010.

By: _____
                                    John N. Sampson



United States Department of State

*Washington, D.C. 20520*

JUL 29 2009

Case No. 201004122, DHS001

Mr. Kenneth Allen
10055 E Gray Hawk Drive
Tucson, AR  85730

Dear Mr. Allen:

I refer to your request dated February 20, 2009 to the U.S. Citizenship and
Immigration Services for the release of certain material under the Freedom of
Information Act (Title 5 USC Section 552).  One document (totaling 14
pages) retrieved in response to your request originated with the Department of
State, and was therefore referred to us for appropriate action.

Please note that the one document has been divided into nine for processing
purposes.  After reviewing these documents, we have determined that four
may be released in full, and five must be withheld in full.  All released
material is enclosed.

An enclosure provides information on Freedom of Information Act
exemptions and other grounds for withholding material.  For all the
documents withheld in full, we have cited exemption (b)(3) INA.

We have now completed the processing of your case.  If you have any
questions, please call trial attorney Brigham Bowen at (202) 514-6289

We hope that the disposition of this request is of some value in this matter.

Sincerely,

Margaret P. Grafeld, Director
Office of Information Programs and Services

Enclosure:
As stated

# The Freedom of Information Act (5 USC 552)

## FOIA Exemptions

(b)(1)  (A) specifically authorized under an Executive Order to be kept secret in the interest of national defense or foreign policy, and reported classified.

Executive Order 12958, as amended, classification categories:

- 1.4(a)  Military plans, systems or operations
- 1.4(b)  Foreign government information
- 1.4(c)  Intelligence activities, sources or methods or cryptology
- 1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
- 1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
- 1.4(f)  USG programs for safeguarding nuclear materials or facilities
- 1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to the national security, including defense against transnational terrorism
- 1.4(h)  Information on weapons of mass destruction

(b)(2)  related solely to the internal personnel rules and practices of an agency

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided

|       |                                                      |
|-------|------------------------------------------------------|
| INA   | The Immigration and Nationality Act in Title 8 USC, related statute |
| CIA   | The Central Intelligence Agency Act in Title 50 USC Section 403(C) |
| AECA  | The Arms Export Control Act, Title 22 USC 2778(c)    |

(b)(4)  Privileged or confidential trade secret, commercial or financial information from a person

(b)(5)  Inter-agency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)  release would constitute a clearly unwarranted invasion of personal privacy

(b)(7)  Information compiled for law enforcement purposes that would:
- (A)  interfere with enforcement proceedings
- (B)  deprive a person of a fair trial
- (C)  constitute an unwarranted invasion of personal privacy
- (D)  disclose sources
- (E)  Disclose investigation techniques
- (F)  Endanger life or physical safety of any individual

## Other Grounds for Withholding

NR  Material not responsive to your FOIA request

DEPARTMENT OF STATE
BUREAU OF EDUCATIONAL AND CULTURAL AFFAIRS

## CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR STATUS

PART I - It is hereby certified as follows:

1. THE ORGANIZATION SPONSOR NAMED BELOW HAS SELECTED THE EXCHANGE VISITOR NAMED BELOW TO PARTICIPATE IN THE EXCHANGE-VISITOR PROGRAM DESCRIBED IN ITEM 7, PAGE 1 OF THIS FORM.

7. EXCHANGE VISITOR PROGRAM NO. _____ APPROVED BY THE SECRETARY OF STATE UNDER NO. _____

A program to provide courses of study, research, teaching, or lecturing

PART II - (To be completed by releasing sponsor in case of Program transfer)

I, the undersigned Responsible Officer of Exchange-Visitor Program No. _____ sponsored by _____ am of the opinion that the transfer of the exchange visitor named above to Exchange-Visitor Program No. _____ is necessary or highly desirable in view of the purpose for which the exchange visitor was admitted to the United States and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961.

| SIGNATURE OF RESPONSIBLE OFFICER (Also print or type name and title) | DATE |
| --- | --- |

FORM DSP-66

Dept. of State, A/GIS/IPS, Margaret P. Grafeld, Dir
(-) Release ( ) Excise ( ) Deny ( ) Declassify
Date 7/28/10 Exemption


UNCLASSIFIED

UNCLASSIFIED

DEPARTMENT OF STATE
INTERNATIONAL EDUCATIONAL EXCHANGE SERVICE

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR STATUS**
(Authorized by regulations promulgated under provisions of P.L. 402, 80th Congress, as amended)

Form Approved

| 1. NAME OF EXCHANGE VISITOR | 2. DATE OF BIRTH |
|---|---|
| Lolo Soetoro | ████████ |

| 3. NATIONALITY | 4. PLACE OF BIRTH |
|---|---|
| Indonesia | Bandung, West Java, Indonesia |

| 5. PLACE | 6. DATE |
|---|---|
| Honolulu, Hawaii | June 5, 1963 |

Center, University of Hawaii. The grant covers travel, tuition, books and

STATEMENT TO BE SIGNED BY APPLICANT FOR NONIMMIGRANT   ... OR VISA AND FOR
ADMISSION ... AN EXCHANGE-VISITOR UNDER SECTION ... (15) AND
(22)(f) OF THE IMMIGRATION AND NATIONALITY ACT

I, _Lolo Dos Toro_ _____
(Name of applicant. Please print)

have been selected to participate in an Exchange Visitor Program designated as such under provisions of section 201, Public Law 402, 80th Congress, as amended.

As an applicant for a nonimmigrant, exchange visitor visa and for admission into the United States as an exchange visitor, I declare that:

   a.  I seek to enter the United States temporarily and solely for educational purposes under the following conditions:

     (1) Maximum anticipated stay _____ _____

     (2) Degree or certificate toward which study or training will be directed.
_____

     (3) My training ☐ will ☐ will not involve more than one institution

     (4) Remarks _____
_____

   b.  I understand and shall fulfill the terms under which I was selected to participate in Exchange Visitor Program No. _____ _A E - 1773_ .

   c.  I have sufficient scholastic preparation and knowledge of English to undertake the program for which I have been selected.

   d.  I can adequately able to support myself during my stay in the United States (State sources, amount of support, including stipends and allowances from Exchange Visitor Program.) _____
_____

I understand that the following conditions are applicable to exchange visitors:

   a.  _____
great part of their program.

   b.  Exchange visitors are admitted for the period of their scheduled program or for a maximum period of one year, unless their stay is officially extended.

   c.  _____
of the Immigration and Naturalization Service 30 days prior to expiration of the period of admission authorized.

   d.  Exchange visitors who complete their program and who wish to transfer to another Exchange Visitor Program, to further their educational objectives, must complete required paperwork and present it to the U.S. Immigration officer _____

   e.  Exchange visitors are not eligible for adjustment to status of aliens admitted for permanent residence, or to any other nonimmigrant classification, until after they have left the United States upon completion of their program.

   f.  _____

   g.  Exchange visitors prior to departure must be U.S. visa exempt their temporary entry permit. (Form IV form) _____

a. I wish to enter the United States temporarily and solely for educational purposes, under the Interview

(3) My training [ ] will [ ] will not involve more than one institution.

b. I understand and must fulfill the terms under which I was selected to participate in Exchange Visitor Program No. _____

been selected.

c. I am currently (state support my stay during my stay in the United States (State sources, amount of support, institution, sponsor, and allowances) (See Exchange Visitor Program.)

I understand that the following conditions are applicable to exchange visitors:

a. Exchange visitors are issued an educational exchange program of the type, and they will comply for the duration part of their program.

b. *Exchange visitors are admitted for the period of their schedule program or for a maximum period of one year, unless their stay is officially extended.*

c. Exchange visitors may apply for an extension of completing Form I-538 and submitting it to the nearest office of the Immigration and Naturalization Service 30 days prior to expiration of the period of admission authorized.

d. *Exchange visitors who complete their program and who wish to transfer to another Exchange Visitor Program to further their educational objective, must complete Form DSP-66 and present it to the U.S. Immigration officer before admission over the area in which they party.*

e. *Exchange visitors are not eligible for adjustment to status of aliens admitted for permanent residence, or to any other non-immigrant classification, but must leave the United States upon completion of purpose of entry. Aliens in the U.S. on Form I-94 of one year, must extend their address, in writing, to the Immigration and Naturalization Service by January 31. Every exchange visitor is an immigration of U.S. Post Office.*

f. *Exchange visitors, prior to departure from the U.S. shall surrender their temporary entry permits, (Form FC-257a or I-94). Exchange visitors who leave the U.S. temporarily during the tenure of their program must have in their possession a valid exchange visitor visa when applying for readmission to the U.S.*

g. *Exchange visitors are not eligible for permanent residence in the United States, unless this provision is waived by the Attorney General of the U.S. acting upon recommendation of the Secretary of State.*

I agree to adhere to the conditions set forth above



Date: _____ Exemplcd_ _____

INTERNATIONAL EDUCATIONAL EXCHANGE SERVICE

6. NATIONALITY
Indonesian

7. THE CERTIFIES THAT THE SPONSOR NAMED BELOW HAS INVITED THE EXCHANGE VISITOR NAMED HEREIN TO PARTICIPATE IN CERTAIN VISITOR PROGRAM.

all fees plus room, board, medical insurance, pocket expenses and clothing

Admissions Secretary

8. EXTENDED TO    9. EXTENDED TO    17. SIGNATURE OF IRS OFFICIAL



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

July 29, 2010

Mr. Kenneth Allen
10050 E. Gray Hawk Drive
Tucson, AZ 85730

Dear Mr. Allen:

We have completed the review of all documents responsive to your Freedom of Information Act (FOIA) request of March 1, 2009, for records concerning individuals you have identified as "Stanley Ann Obama, aka Stanley Ann Dunham, aka Stanley Ann Soetoro" and "Lolo Soetoro."

We have identified 111 pages of documents responsive to your request. Enclosed are 83 pages which are released to you in their entirety, and six pages released in part. We are withholding seven pages in full. In our review of the aforementioned documents, we have determined that the redacted portions contain no reasonable segregable, non-exempt information. We have referred 16 pages to the U.S. Department of State for their direct response to you. All responsive information known to exist is hereby released to you with the exception of those portions that are exempt from disclosure pursuant to FOIA exemptions (b)(3) (as applied in conjunction with subsection 6103(a) of the Internal Revenue Code (IRC)) and (b)(6). *See* 5 U.S.C. §§ 552(b)(3) and -(b)(6); IRC § 6103(a).

The following exemptions are applicable:

Freedom of Information Act - 5 U.S.C. § 552(b)(3) in conjunction with IRC § 6103(a)

Exemption (b)(3) provides protection for information specifically exempted from disclosure by statute, provided that such statute requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or establishes particular criteria for withholding or refers to particular types of matter to be withheld. Exemption (b)(3) is being asserted in conjunction with subsection 6103(a) of the Internal Revenue Code (IRC § 6103(a)).

Subsection 6103(a) of the Internal Revenue Code states, generally, that no officer or employee of the United States shall disclose any "return" or "return information" (as these terms are defined by subsections 6103(b)(1) and -(2)(A), respectively) obtained by him in any manner in connection with his service as such an officer or employee or otherwise or under the provisions of section 6103, except as authorized by the Internal Revenue Code. Subsection 6103(a) leaves the deciding agency official no alternative or discretion on the issue.

FOIA exemption (b)(3) is being asserted in conjunction with IRC § 6103(a) to protect certain returns and return information found in a record responsive to your FOIA request. After meticulous analysis and review, we have determined that the information contained in these records cannot be released as it is protected in its entirety under the provisions of the above statute and therefore cannot be used to deny your request for access to the same.

Page 2 – Freedom of Information Act Request of Kenneth Allen

Freedom of Information Act 5 U.S.C. § 552 (b)(6)

Exemption (b)(6) permits the government to withhold all information about individuals in personnel and medical files and similar files when the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.

_____ in the file. A "Central Index System [CIS]" (72 Fed. Reg. ____ at ____ (May 31, 2007)) [or] January 16, 2007). This system of records contains information regarding aliens who have sought benefits under [such] immigration and naturalization laws of this country; these records are collectively referred to [in the] _____. _____. The reports that we are reviewing consist of or are based on documents in personnel and medical records (because it is the private side of the most intimate and intimate details associated with aliens who have sought benefits under U.S. immigration laws) and, thus, are exempt from their disclosure from disclosure afforded under FOIA and 5 U.S.C.

In deciding the disclosure disposition of these documents containing personal details lifted from the files _____ we balance so no great potential adverse harm could come to them from the release of the information, which would not be achieved from the disclosure of the information subject to this review. On the other hand, the potential adverse harm that could be suffered as a result of the release of this information was found out only to be _____ private harm resulting from their release was determined to clearly outweigh the total absence of any public benefit to be gained from such disclosure. Consistent with this analysis, it has been concluded that _____ privacy of the individual(s) to whom it pertains. The USCIS, therefore, must deny your request that is not to this information under the authority of FOIA exemption (b)(6).

_____

Sincerely,

_____

Director

Enclosure(s)