IMPORTANT NOTICE

- Retain this permit in your possession.
- You are permitted to remain in the U.S. for the time indicated.
- To remain past this period, without permission from immigration authorities, is a violation of law.

WHEN YOU LEAVE THE UNITED STATES

- By sea or air, surrender this permit to transportation line.
- Over Canadian border, surrender this permit to Canadian Immigration Officer.
- Over Mexican border, surrender this permit to United States Immigration Officer.

RECORD OF EXTENSIONS:

To ........................ Office ....................

........................ Office ....................

........................ Office ....................

DEPARTURE RECORD

Port: HONOL[illegible]

Date: JUL 2 [illegible] 1960

Carrier:

To: JAPAN

(Category of Classification)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form Approved—Budget Bureau No. 43-R311.[illegible]
ARRIVAL-DEPARTURE RECORD
Form I-94 (Rev. 7-1-54)

LB

Required Departure Verified
at Hyd on 7/20/62

— I-94 to CO
— R-84 to FBI
✓ G-180 prepared
— G-143 to R.O.
✓ I-181/I-154 closed
— File closed

000074

000075



UNITED STATES GOVERNMENT

*Memorandum*

TO : District Director
      Honolulu, Hawaii

DATE: January 25, 1966

FROM : ........, Assistant Regional Commissioner,
        Travel Control, Southwest Region

SUBJECT: ...........................................................

...............................................................................
...............................................................................
this memorandum.

LL0000

I am submitting this statement of explanation in the knowledge that, should I fail to get the two-year foreign residence requirement waved, it would impose great hardship on my wife and have a disasterous effect on both our lives.

My wife, Ann Soekarno, is a citizen of the United States and has resided here all her life. It is presently impossible for my wife to return to Indonesia with me. The reasons are multiple. Financially, both of us having been students, there is no way I can accumulate the passage money (more than $600 for my wife alone). Within Indonesia

time  that the salary of even a college graduate provides

anti-American feeling has reached a feverish pitch under

been advised by both family and friends in Indonesia that

at the present time.  Of secondary importance is the fact

she be forced to cut short her college education, but she

Failing a waver, then, my only alternative would be

But this too is filled with difficulties.  My wife has

complete, she is ill-prepared to be self-supporting.  Yet,

at a distance of Indonesia, I would be helpless to contri-
bute to her support.  With my strong ties in the United
States, I would meet with much prejudice myself in seeking
employment.  And, with the present devaluation of the Indo-
nesian currency, a monthly salary for a college graduate
amounts to less than two dollars when translated into

nesian government is no longer able to guarantee the safety of corps members.  It seems probable that warfare in Indonesia cannot be avoided much longer.  I am a trained geographer with a special background in mapping and air photo interpretation.  I have traveled throughout the Indonesian islands and have detailed knowledge of each of the major areas and their resources.  Due to my former compulsory association with the Indonesian army while still a student, it is quite probable that I would be placed on the front lines doing reconnaissance work in Indonesia's current campaign against Malaysia and the British forces. Both from both my wife's and my standpoint and this occasion, my wife is distraught for my safety.  My reconnaissance that I have been able to offer had been alleviated low tension and upset condition.  I have been advised by our doctor that a prolonged separation under these circumstances would endanger my wife's health and mental outlook.

In the light of these considerations, I ask you to place first the proper foreign residence requirements in our case.

(signature)

Deputy Associate Commissioner, Travel
Control, Central Office, Washington, D. C.

L. M. Ullmer, Associate Deputy Regional
Commissioner, Operations, Southwest Region

Attachment



December 7, 196?

Assistant Regional Commissioner,
Travel Control, Southwest Region

John F. O'Shea, District Director,
Honolulu, Hawaii

**Application for waiver of foreign residence requirement of**
~~~~~~~~ ~~~~~ of Mr. Lolo Santoro; A14 126 024

In accordance with OI 212.8(d), our letter of denial to the
subject is answered for your review, together with subject's
file.

~~~~~~~~~~~~
Via Airmail

~~~ ~~~

| Name (Last in CAPS) | First | Middle | File No. |
|---|---|---|---|
| Soetoro, | Ann | | 14 128 294 |
| Alias | | | CITL |

| Date of Birth | Country of Birth | Nationality |
|---|---|---|
| 11/09/42 | U.S. | U.S |
| Place of Entry | | Date of Entry |

Search C.O. Index for following:

☐ I-94 _____  ☐ I-100 _____   ☐ I-151 AR ☐ I-151 ☐ I-191   ☐ I-190 _____

☐ I-93 _____  ☐ I-153 _____   ☐ Other _____

☐ Furnish any existing file for _____

☐ Furnish a copy of _____

☐ Furnish portion of file _____

Form 3-126                    REQUEST FOR SEARCH OF CENTRAL OFFICE INDEX

000083



**CENTER FOR
CULTURAL AND TECHNICAL INTERCHANGE
BETWEEN EAST AND WEST**

*A project of the Government of the United States in cooperation with the University of Hawaii*

HONOLULU, HAWAII 96822                                    *Cable: EASWESCEN*

September 27, 19__

Mr. E. E. Eberhardt, Cultural Consul
_____ _____ _____
San Francisco, California

Dear Sir:

This letter is to follow my letter to you of September 17, 1965,
which I wrote in response to your inquiry of September 15 regarding
__ ____ _____, _____ East-West Center _____, _____ __ ___
Director of Geography of the Indonesian Army.

(and is _____, _____) Tufty

Mr. _____ came to see me after receiving a copy of my letter
_____ _____ _____ _____ _____ ___
_____ _____ in Geneva on that he fully intends to return in
_____ to June 1966 when he's current inactive stay expires. He says
that he has communicated this intention to the Military Attache of the

Embassy in Jakarta, to anticipate with him.

If I can ___ with ___ with ___ with information, please do not ___

Respectfully yours,

_____

_____ _____ _____ & Alumni

ASSISTANT for Cultural Interchange
East-West Center

Mr. Robert Wooster
Immigration & Naturalization Service

RA:ck

000084

FI

**CENTER FOR**
**CULTURAL AND TECHNICAL INTERCHANGE**
**BETWEEN EAST AND WEST**

*A project of the Government of the United States in cooperation with the University of Hawaii*

HONOLULU, HAWAII 96822 *Cable: EASWESCEN*

September 17, 1965

Mr. R. E. [illegible], Cultural Consul
[illegible]
[illegible], California

[illegible]

Dear Sir:

[illegible] [redacted] [illegible] A copy of this [illegible]

[illegible]

Sincerely yours,

[illegible]

[illegible]

Enclosure

[illegible]

cc: [illegible]

[illegible]

[illegible]



UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE



OFFICE OF THE EXECUTIVE DIRECTOR
Institute for Student Interchange
East-West Center

July 13, 1965

MEMORANDUM

TO:  Mr. John F. O'Shea, District Director
     Immigration and Naturalization Service, Honolulu, Hawaii

FROM:  Robert Zumwinkle, Executive Director
       Institute for Student Interchange, East-West Center

SUBJECT:  Mr. Lois Sentaro, Former East-West Center Grantee From
          ▓▓▓▓▓▓▓▓

Mr. Wooster has briefed me on his meeting with you today regarding Mr. Sentaro's visa status. He informs me that you were advised of this grantee's de facto resignation and of his initial situation with respect to his marriage and request to remain in the United States for an indefinite period. As you know, we have received a cable from the Embassy of Indonesia requesting by official order that Lois Sentaro, a civilian employee of the Indonesian Army immediately terminate his studies and return to Djakarta, Indonesia.

[remaining text heavily degraded and illegible]

000087

- 2 -

We, therefore, place this matter in your hands and shall appreciate any effort which you can make to insure that Mr. Soetoro will be returned to Indonesia as soon as possible. We shall appreciate your informing us of whatever measures, including deportation action, which you feel must be taken.

BLM/RL:sf

cc: Lt. Col. Martono Duda Soemarsono
    Military Attache
    Embassy of Indonesia
    Washington, D.C.

    Mr. Lee Zeigler, Director
    International Student Office
    University of Hawaii

    Stanford Hilton Hong
    Washington, D.C.

    2215 Pana Avenue
    Honolulu, Hawaii

**OFFICE OF THE VICE-CHANCELLOR**
Institute for Student Interchange

July 7, 1965

MEMORANDUM

TO: Dr. Zumwinkle

FROM: Mr. Robert Wooster

SUBJECT: Visa Status of East-West Center Alumnus from Indonesia,
Mr. Lolo Soetoro

On Friday afternoon, July 2nd, Mr. Soetoro telephoned and informed
me that he had gotten his J visa extended by the Honolulu Immigration and
Naturalization Service. He informed me also that he had gotten married to
an American citizen and that his wife was now ill. He gave his wife's
illness as the reason for his visa extension request. I asked Mr. Soetoro
to come in to see me on Tuesday, July 6. Mr. Soetoro arrived at 3:30 p.m.
and gave me the following information:

1. [illegible]

2. [illegible]

3. [illegible]

- 2 -

students so I am familiar with the particulars. I handed the student his copy of the memorandum and signed his check out sheet (which is now missing from the folder). I advised him that the Center could not hold his return travel later than June 22, 1966, one year beyond the official expiration date of his grant. I impressed him with the importance of keeping in touch with ISI and asked him to come to see me in early June of this year. Approximately six months later I received a telephone call from Mr. Santoro explaining that Park Associates had terminated his employment because of lack of work. He informed me that he had gotten a job with the Hawaii-Pacific Company. I advised him to notify Immigration immediately of this change and I reminded him that it would be necessary for him to see me early in June. Unfortunately, I did not follow-up with a letter. This advice was given verbally and there is nothing in our folder to substantiate this. I did not hear from Mr. Santoro again until July 3. I can only assume that this was an intentional disregard of my advice.

5. Mr. Santoro informed me that he has written a letter to Director Frey requesting an indefinite extension of time in the United States. He has attached a reply from Director _____ and has requested to comply now with a _____

7. There _____

8. Mr. _____

Thank you very much.

000091

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

HONOLULU, HAWAII

July 6, 1965



Mr. & Mrs. Lolo Soetoro
3326 Oahu Avenue
Honolulu, Hawaii

Dear Mr. & Mrs. Soetoro:

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 595 Ala Moana Blvd., Honolulu | | |
|---|---|---|---|
| | | Room No. | File No. |
| DATE AND HOUR | July 19, 1965 at 9:00 a | | |
| ASK FOR | Frank Control Unit | | |
| REASON FOR APPOINTMENT | To be interviewed | | |
| MATTER THAT INVOLVES | Petitions of Parental Status | | |

It is important that you keep this appointment. If you are unable to do so, kindly come called in this, bring this appointment when called in person. No will inform completely representing the point before then.

Sincerely yours,

R. R. Wirth
Immigration Official

OPTIONAL FORM NO 10
0010-000

UNITED STATES GOVERNMENT

*Memorandum*

TO    : Travel Control                          DATE: June 30, 1965

FROM  : Gary Fujiwara, Acting DD)

SUBJECT: Lolo Soetoro ████████████ pplicant for Waiver under 212e

1.   Form I-612 provides (reverse side) that (item #4 of the Instruction)
     that if the applicant is in the United States, his passport and I-94 must
     be attached to I-612. Examination of G-590 (Property Envelope) shows
     that it is _____.

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Officer's Review and Action Sheet

Form No.  I-512                                                                File

The following documents or actions are required before decision may be made in this case:

| Officer's Initials | Date | Document or Action Required | Requested (Check) | Received (Check) |
|---|---|---|---|---|
|  | 5/24/ 65 | Interview of applicant and spouse | 5-24-65 | ✓ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DECISION:   (Approved)        (Denied)

REMARKS: (If denied, state reasons)

The applicant, a 30-year old native and citizen of Indonesia, has applied for waiver of the foreign residence requirements of section 212(e), claiming exceptional hardship for his U. S. citizen wife.

He has stated that he would be financially unable to save passage money for his wife to accompany him to Indonesia. He indicates that economic conditions in his homeland are such that he would be unable to send funds for his wife's support during his stay in Indonesia.

The applicant expresses fear that he will be taken into the army on his return home and this will cause his wife to fear for his safety.

He has attached a letter from Dr. Nishigaya saying "that such a separation would cause undue hardship and emotional strain..."

(continued)

For the District Director:

_____                    _____
       Date of Decision                          Signature of Officer

Keep this sheet on top of all material in file until initial decision is made.

Form I-512
(Rev. 12-18-64)

000094

Form I-468

Remarks:  (continued)

The letter from the doctor deals only in generalities.  It does not
indicate the wife has ever been under the doctor's care or that any
medical attention will be necessary.

The reasons set forth by the applicant do not constitute exceptional
hardship for the United States citizen wife.

Frank R. Potter
Frank R. Potter
Immigrant Inspector


\* \* \* \* \* \* \*


June 7, 1965

The applicant and his wife were interviewed on this date.  There was no new
evidence presented to substantiate the claim of hardship.  It was revealed
that the wife's mother and father are at present residing in Honolulu.  Up
to the time of the marriage, she was supported by her parents.  She offered
no reasons why she could not make her home with them again in event her
husband was required to depart the United States.

Frank R. Potter
Frank R. Potter
Immigrant Inspector

NAME (Exactly as it appears on the Nonimmigrant Document)    FILE NO.

SOETORO, LOLO

OTHER NAMES OR ALIASES                           DATE
                                                 9-18-62    J-

NATIONALITY (As on N/I Document)   DATE OF BIRTH   DATE OF REPORT   REPORTING OFFICE

INDONESIA          1-2-35      5-24-65      HHW

DATE TO WHICH ADMITTED            J-1 VISITOR (Current Program No. & Institution)
OR PREVIOUSLY EXTENDED   6-20-65    P-1-1793     EAST-WEST
                                                 CENTER

EXTENSION OF STAY GRANTED TO: (date)                    ☐ BOND POSTED

☐ EXTENSION DENIED                  APPLICANT FOR

☐ OSC ISSUED                ☐ EXTENSION      ☐ SECTION 248

☑ V/D GRANTED W/O           ☐ CHANGE OF NONIMMIGRANT STATUS
  ISSUANCE OF OSC

STATUS ADJUSTED TO THAT OF PERMANENT RESIDENT ON: (date)

UNDER DOC. CONTROL   HHW

I-530 (Rev. 11-1-61) FPI-LPC-4.63-1,600-PADS-1838    REPORT OF ACTION—NONIMMIGRANT
UNITED STATES DEPARTMENT OF JUSTICE       Immigration and Naturalization Service

000096

Honolulu, Hawaii
May 26, 1965

Mr. and Mrs. Lolo Soetoro
3326 Oahu Avenue
Honolulu, Hawaii

Dear Mr. and Mrs. Soetoro:

117

6/7/65 at 1:00 p

Travel Control   - Mr. Potter

Your application for waiver of foreign residence requirement

000097

# DEPORTATION DOCKET CONTROL ACTION SLIP OR NOTICE

TO:
☐ S.I.O.
☐ Travel Control
☐ Investigations
☒ Deportation Docket Control

☐ Notice of failure to submit action slip.
Please execute this form and return it to Deportation Docket Control.

(last report dated _____)

☒ Notice of Action

Name SORTOBRO, Lolo

File Number ▓▓▓▓▓▓▓

Action

I-512 applicant

Vol departure extended to June 20, 1966

APPROVED:



John F. O'Shea, District Director

| Action Date | Reporting office or section | Date this report submitted |
|---|---|---|
| June 7, 1965 | Travel Control — HHM | |

Form 1-156
(Rev. 7-2-62)

United States Department of Justice
Immigration and Naturalization Service

000098



C E R T I F I E D   C O P Y

Topeka, Kansas, July 25, 1959

I hereby certify that the above is a true and exact photographic
reproduction of the original certificate on file with the Division of Vital
Statistics and Records of the Kansas State Board of Health.

Division of Vital Statistics and Records

(SEAL)

by _____
(State Registrar)

STATE OF HAWAII
DEPARTMENT OF HEALTH
RESEARCH, PLANNING &
STATISTICS OFFICE

CERTIFICATE OF MARRIAGE

LICENSE NO. 60296
FILE NO. 1 296

Lolo

Soetoro

3325 Oahu Ave., Honolulu, Hawaii
Java
Martodihardjo
Djeminah

Hawaii
Indonesia
Indonesia
Indonesia

Indonesian
Engineering Surveyor
Indonesian    No
Indonesian    Yes

Stanley    Ann    Dunham

27

2234 University Ave., Honolulu, Hawaii
Wichita, Kansas
Stanley Dunham
Madelyn Payne

Hawaii
Kansas
Wichita, Kansas
Peru, Kansas

Caucasian
Student
Caucasian    Yes
Caucasian    Yes

Molokai    Maui    5-15-56

I hereby certify that    Lolo Soetoro    and    Stanley Ann Dunham    were joined in marriage by me in accordance with the laws of the State of Hawaii, in the    Molokai

Judicial District, County of    Maui    on this    15th    day of    March    196

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE OFFICIAL PHOTOGRAPHIC FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE HAWAII STATE DEPARTMENT OF HEALTH.

FOR FILE # A74-128-794
7-23-05

D. No.  67972

# In the Circuit Court of the First Circuit

### STATE OF HAWAII

#### AT CHAMBERS

Before the Honorable _____ SAMUEL P. KING _____ Judge Presiding
OPENLY IN THE PUBLIC COURT ROOM OF SAID JUDGE

STANLEY ANN D. OBAMA,

                Libellant

BARACK H. OBAMA,

                Libellee

## Decree of Divorce

On this ___ day of _____ March _____ A.D. 19 64 , at the Court House in the City of Honolulu, openly in the Public Court Room of said Judge, came on duly to be heard the petition of said above named Libellant, of the City and County of Honolulu, State of Hawaii, praying that the bonds of matrimony heretofore existing between them, the said LIBELLANT and LIBELLEE be dissolved by reason of the alleged grievous mental suffering inflicted upon Libellant by Libellee;

And the said Libellant and her attorney, being present in Court before said Judge, due proof was made to this Court that the said parties are legally intermarried, and that the allegations in said petition are true;

It is hereby Ordered, Adjudged and Decreed, That the bonds of matrimony existing between the said LIBELLANT and LIBELLEE be and the same are hereby dissolved. This decree to take effect from and after the date of signing and filing hereof.

DATED: Honolulu, Hawaii, this _____ day of March, 1964.

_____
Judge of the Circuit Court, First Circuit, State of Hawaii
Division of Domestic Relations

TORU NISHIGAYA, M. D.
2828 WAIALAE AVENUE
HONOLULU 16, HAWAII
April 29th, 1965

TO WHOM IT MAY CONCERN: Re: <u>Mrs. Stanley Ann Dunham Soetoro</u>

        Mrs. Stanley Ann Dunham Soetoro, an under graduate student at the University of Hawaii is faced with a most difficult problem--that of being separated from her husband Lolo Soetoro, an Indonesian whose visa to the United States expires in June 1965.

        Internal problems in Indonesia make it almost impossible to go there even if it were possible financially to do so--and it is not.

        Other considerations would make it mandatory that the couple be separated for a very long period of time.

        Medically, I feel that such a separation would cause undue hardship and emotional strain were it to happen, and any help to alleviate the situation would be of great service to her.

        Sincerely,

        Dr. T. Nishigaya

TN/ecy

000102

| NAME (EXACTLY AS IT APPEARS ON THE NONIMMIGRANT DOCUMENT) | | | FILE NO. |
|---|---|---|---|
| LOLO    SOETORO | | | |

| OTHER NAMES OR ALIASES | | NATIONALITY (SHOWN ON N/I DOCUMENT) |
|---|---|---|
| | | INDONESIA |

| DATE OF ADMISSION | CLASS | DATE OF BIRTH | DATE OF REPORT | REPORTING OFFICE |
|---|---|---|---|---|
| 9.18.62 | J.1 | 1·2·35 | 7·24·64 | HH 14 |

DATE TO WHICH ADMITTED OR PREVIOUSLY EXTENDED: 6·20·64   J-I VISITOR (CURRENT PROGRAM NO. & INST.)  P.I 1793  UNIV of HAWAII

EXTENSION OF STAY GRANTED TO: (DATE)  6·30·65   ☐ BOND POSTED

☐ EXTENSION DENIED
☐ OSC ISSUED
☐ V/D GRANTED W/O ISSUANCE OF OSC

APPLICANT FOR

☐ EXTENSION        ☐ SECTION 245
☐ CHANGE OF NONIMMIGRANT STATUS

STATUS ADJUSTED TO THAT OF PERMANENT RESIDENT ON: (DATE)

I-820  (REV. 1-1-62)  FPI-LPC-3-63-1M-590
UNITED STATES DEPARTMENT OF JUSTICE

REPORT OF ACTION — NONIMMIGRANT
IMMIGRATION AND NATURALIZATION SERVICE

000103

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Officer's Review and Action Sheet

Form No. T-612                                                File No.

The following documents or actions are required before decision may be made in this case:

| Officer's Initials | Date | Document or Action Required | Requested (Check) | Received (Check) |
|---|---|---|---|---|
| AP | 7/19 | 2ND INTERVIEW AS Requested | 7/6 | 7/19 |
|  |  | BY Acting DDD |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DECISION:   (Approved) ____   (Denied) ____

REMARKS: (If denied, state reasons)      see memo below

To T.C. —
No evidence has been presented of
term of wife's 1st marriage nor INS require
secure this. In meantime, write up for _____
7-24-65 DIVORCE DECREE
For the District Director:  Presented this date
                            AP

Date of Decision                            Signature of Officer

Keep this sheet on top of all material in file until initial decision is made.

Form I-468
(Rev. 10-60)



7-19-65

Memo to file: ▓▓▓▓▓▓

In accordance with the instructions with the memo received from acting DDD Fujiwara Mr. and Mrs Soetoro were re interviewed on this date. The following information was obtained.

1. Mr. Soetoro is now employed at Hawaii Pacific Engineers and Surveyors, Inc. 1649 Kapiolani Blvd. Suite #3, Honolulu, Hawaii. His rate of pay is $2.00 and his take home pay for two weeks without overtime is $133.03.

2. They have some outstanding bills. A Dentist bill for Mr. Soetoro for $81.00. The dentist has also told him he would have to have 4 wisdom teeth extracted. Otherwise he is good physical condition. They also presented a telephone bill which showed one month in arrears in the amount of $18.84. Their rent amounts to $65.00 per month which is nominal for this area. They pay an electric bill of less than $5.00 per month to their land lord.

3. They own a 1963 Chevrolet Corvair against which there is no lein. His uncle in Indonesia gave him the car and he is paying money as he can. He has to send the money with persons returning to Indonesia from Honolulu because to send money through the mail would be too risky in Indonesia.

4. They have approximately $300.00 in a Savings account at 1st National Bank in Honolulu. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ They maintain no checking account.

5. As a deterant to their financial condition affecting his ability to support his wife from Indonesia he states that the value of the Indonesian Rupiah has detiorated from 4,000 to 1 to 10,000 to 1.

6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Since the first interview there have been placed in the file two memos from East West Center indicating that the Government of Indonesia is interested in having this student return to his homeland. A copy of a cable issuing an order from the Indonesian Embassy for the subject's return was included with one of these memos.

Due to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ financial situation some consideration should be given to the possibility of unusual hard ship prospect for the U.S. Citizen spouse ▓▓▓▓▓▓▓▓▓▓▓▓

I/I

000111

7-19-65

Memo to file: ▓▓▓▓▓▓▓▓▓▓

In accordance with the instructions with the memo received from acting DDD
Fujiwara Mr. and Mrs Soetoro were re interviewed on this date. The following
information was obtained.

    1. Mr. Soetoro is now employed at Hawaii Pacific Engineers and Surveyors,
Inc. 1649 Kapiolani Blvd. Suite #3, Honolulu, Hawaii. His rate of pay is
$2.00 and his take home pay for two weeks without overtime is $133.03.

    2. They have some outstanding bills. A Dentist bill for Mr. Soetoro for
$81.00. The dentist has also told him he would have to have 4 wisdom
teeth extracted. Otherwise he is good physical condition. They also pres-
ented a telephone bill which showed one month in arrears in the amount
of $18.84. Their rent amounts to $65.00 per month which is nominal for this
area. They pay an electric bill of less than $5.00 per month to their land
lord.

    3. They own a 1963 Chevrolet Corvair against which there is no lein. His
uncle in Indonesia gave him the car and he is paying money as he can. He
has to send the money with persons returning to Indonesia from Honolulu because
to send money through the mail would be too risky in Indonesia.

    4. They have approximately $300.00 in a Savings account at 1st National
Bank in Honolulu. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ They maintain
no checking account.

    5. As a deterant to their financial condition affecting his ability to
support his wife from Indonesia he states that the value of the Indonesian
Rupiah has deticrated from 4,000 to 1 to 10,000 to 1.

    6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Since the first interview there have been placed in the file two memos from
East West Center indicating that the Government of Indonesia is interested in
having this student return to his homeland. A copy of a cable issuing an order
from the Indonesian Embassy for the subject's return was included with one of
these memos.

Due to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ financial situation
some consideration should be given to the possibility of unusual hard ship
prospect for the U.S. Citizen spouse ▓▓▓▓▓▓▓▓▓▓▓▓

                                          *[signature]*
                                          I/I

1. N____ : _____

2. Tempat dan tanggal lahir : _____

3. Bangsa & Warga negara : _Indonesia_

   a. _____ :
   b. _____ :

4. _____ : _Islam_

5. _____ : _Tinggal dalam Desa, Rumah_

6. _____ : _____

7. a. Diterima dalam sekolah ini : _1-1-19__
   b. Dalam kelas : ___

   a. N____ : _____

   b. _____ : _Peg. Tinggi Geografi dll. Tap. S.S._
   (nama dan d.d., kerja dipakai asli oleh meninggal)

   c. _____ : _Tinggal Dalam Desa, Rumah_

   _____ : _____
   (Jika ayah sudah tiada orang tua murid tak ada, sudah _____ dan atas kartu hal ini)

8. Pekerjaan :
9. Alamat :
10. Masuk sekolah ini :

    A. Belum tamat   Keluar dari kelas     tanggal
                                           Sebab _Pindah_

    Kenaikan

    B. Tamat, keluar sesudah tanggal              No.
    C. Melanjutkan sekolah ke

11. Keterangan lain: _____


EXHIBIT
P-7

REGISTRATION or GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu 4-8-1961

3. The nation
    a. of Citizenship: Indonesia
    b. The foreign descendants:
    c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001/R003

6. From which school (moved from) and what class: ???

7.     a. Date accepted: 1-1-1968 (January 1, 1968)
    b. Grade: I (First grade)

8.     a. The name of the parents Mr.,Ms.: L. Soetoro M A (Lolo Soetoro)
    b. Occupation/Job: (???? Geography ????)
    (name of the mother will only be used if father is deceased)
    c. Address: Menteng Dalam R001/R003

9. The name of the guardian:
    (??? was filled up, ??? parents of the pupil were not available, already ???? ????
    because another thing )
    b. Occupation/Job:
    c. The address: Menteng Dalam R001/R003

10. Left this school:
    a. ?? was finished. Outside from the class:    The date:
    b. ?? recieved ?? the date:    NO.
    c. ?? the school to:

11. Other information:

WHERE'S THE BIRTH CERTIFICATE?



EXHIBIT 104

Close-up of Barack Obama Passport, Screen Capture from



EXHIBIT 105

Photograph, Scott Inoue and Barack Obama, "Barry", Third Grade

218



## LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

Lawyer Search

Lawyer Registration

How to Submit a Request For Investigation

Rules and Decisions

Ethics Inquiry Program

Publications

New Filings, Hearing Schedules and Clerk's Office

Client Protection Program

Resources & Links

ARDC Organizational Information

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of March 4, 2010 at 1:15:21 PM:

| Full Licensed Name: | Barack Hussein Obama |
|---|---|
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | December 17, 1991 |
| Registered Business Address: | Not available online |
| Registered Business Phone: | Not available online |
| Illinois Registration Status: | Voluntarily retired and not authorized to practice law |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | No malpractice report required as attorney is retired. |

**Public Record of Discipline and Pending Proceedings:**      None

registration@iardc.org

Change Requests

Address

Name Change Requests

| Return to Search |

**IARDC ®:online access to registration and discipline
information regarding Illinois lawyers
presented by the Illinois Attorney Registration &
Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a
Request For Investigation
Rules and Decisions | Ethics Inquiry Program |
Publications
New Filings, Hearing Schedules and Clerk's Office | Client
Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home

Verification Response

  

National Student Clearinghouse

Help
Logout

 Verify a Degree or Past Attendance


(Requires
Adobe Acrobat
Reader)

Acrobat
Reader

We have successfully completed your verification request. If you have any questions, see our

Extended View

| | |
|---|---|
| Transaction ID: | Date Requested: 03/06/2011 11:26 EST |
| Requested By: ORLY TAITZ | Date Notified: 03/06/2011 11:26 EST |

Status:
Fee:              $10.00
Credit Card Order#: 6672402
Credit Card Confirm dr_taitz@yahoo.com
Email:

|  | First Name | Middle Name | Last Name |
|---|---|---|---|
| Subject Name: | | | |
| Name Used While Attending School: (if different from above) | First Name | Middle Name | Last Name |
| Date of Birth: | mm/dd/yyyy | | |
| School Name: | | | |
| Attempt To. | | | |

Name On School's Records:
Date Awarded:
Degree Title:
Official Name of School:
Major Course(s) of Study:
Dates of Attendance:

### AFFIDAVIT OF ORLY TAITZ

1. I, Orly Taitz, am over 18 years old, I am an attorney, licensed in the state of California and admitted in all courts of California, 9th Circuit Court of Appeals, 3rd Circuit Court of Appeals and Supreme Court of the United States. I have personal knowledge of the facts described below and I can competently testify at trial to the following:

2. I received information from licensed investigators Sankey and Daniels as well as recently retired senior deportation officer John Sampson, that for most of his life Barack Obama used  and is currently using a Connecticut social security nu███████████████

3. The first three digits of the number █████ere assigned by the Social Security administration to the state of Connecticut.

4.     Based on information and belief, Obama was never a resident of Connecticut.

5. Concerned that we have an individual fraudulently using a stolen social security number from a state, where he never resided, I decided to verify this information through official sources of the U.S. government.

6. I went on the official website for the  U.S. government www.sss.gov. This website provides verification of the Selective Service registration with the U.S. military.

7. One cannot occupy an executive position with the U.S. government without such registration with the Selective Service.



----- KEY INFORMATION ----- ▶

# Selective Service Record Search Results

## Search Criteria

**Last Name:** *obama*
**Social Security Number**
**Date of Birth**

## Matched Record

**Selective Service Number:**
61-1125539-1

**Date of Registration**
9/4/1980

---

To obtain written proof of Selective Service registration CLICK HERE and follow the instructions on our "Registration Information" page.

New Search ?

FAQs



## Online Verification

———— KEY INFORMATION ————

Search Site

home

about the agency

registration info

news & public affairs

what's new

contact

careers

privacy policy

history/records

publications

fast facts

what happens in a draft

site map

## Selective Service Online Registration Verification

This service allows you to look up a man's Selective Service number, as well as the date he registered. Enter a last name, social security number, and date of birth for the registered man, and click on "Submit."

Only registrations of men born on or after January 1, 1960, can be verified through this system. To obtain Selective Service information about men born earlier,          and follow the instructions on our "Records" page.

This service is operational seven days a week. It is not available when system maintenance is scheduled from 2 a.m. to 4 a.m., U.S. Central Time, Tuesday through Saturday.

| Selective Service Online Registration Search | |
|---|---|
| Last Name: | |
| Social Security Number: | (No dashes or spaces) |
| Date of Birth: | (mmddyyyy) |
| Submit    Reset | |

Men who have registered remain eligible for federal student aid, most federal jobs, and federal job training. Male non-citizens living in the U.S. who are 18 through 25 must register to remain eligible for citizenship.

*Last Updated: 6/14/2007*

©2011 Selective Service System



─────── KEY INFORMATION ───────                    ▼

Sorry, your request cannot be processed at this time because you have exceeded the daily limit for the verification of these credentials.
*(6/8/2011 11:35:43 AM)*

FAQs

Your access is

 **U.S.Department of Health & Human Services**

This page has been blocked due to a possible security threat. If further action is required, please contact the ITO service desk for assistance at 1-866-699-4872          1-866-699-4872          . Please include the error codes listed below.

Access denied

Error Code:

Your save ID for support is: 4def9810-2b-7114a9e-fff

61-1135539-1    (41-68-4428    Y   06-04-61

IılıllıllıllıdılıllılıllıllııdılıllıdılıllıllıdıH

50    01128-000350

BARACK HUSSEIN    OBAMA

2-02

If you have already reached
age 26 or will do so in the
current calendar year, you
are no longer required to
notify Selective Service of
any future changes of
address or changes to any
other items on your
registration record.

Change of Information Form

G2O

(Cut along dotted line )



**Dear Registrant:**

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet-sized
registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it
carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off
the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your
information is correct, do not return this form.** However, when any of your information changes, you are
required to notify the Selective Service System within 10 days. If changing only your address, you may go to
www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error,
send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150)
to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**



Registration Acknowledgment

BARACK HUSSEIN    OBAMA

Lawrence G. Romo

# Social Security Number Verification System (SSNVS)

SSNVS Help

## SSN Verification Results

Employer's EIN

Records Submitted 1

Failed 1

Verified Records 0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select [illegible] for more information.
- **Deceased** - Data matches Social Security Administration's records and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.
- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 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 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | OBAMA | - | [redacted] | M | 1 |

| Verification Results | |
|---|---|
| **Code** | **Description** |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

Form **709**

Department of the Treasury
Internal Revenue Service

**United States Gift (and Generation-Skipping Transfer) Tax Return**

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| | | |
|---|---|---|
| 1 Donor's first name and middle initial<br>BARACK H. | 2 Donor's last name<br>OBAMA | 3 Donor's social security ~~~~~~ |
| 4 Address (number, street, and apartment number)<br>1600 PENNSYLVANIA AVENUE, NW | | 5 Legal residence (domicile)<br>ILLINOIS |
| 6 City, state, and ZIP code<br>WASHINGTON, DC  20500 | | 7 Citizenship (see instructions)<br>UNITED STATES |

**Part 1 - General Information**

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ▶ ☐ and enter date of death | | | |
| 9 If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse  MICHELLE L. OBAMA | 14 ~~~~~~ | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | | X |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | X |
| 18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

M.L.O.

Consenting spouse's signature ▶ X *Michelle Obama*     Date ▶ 4-7-10

**Part 2 - Tax Computation**

| | | | |
|---|---|---|---|
| 1 Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 Tax computed on amount on line 3 (see *Table for Computing Gift Tax* in separate instructions) | 4 | 0. |
| 5 Tax computed on amount on line 2 (see *Table for Computing Gift Tax* in separate instructions) | 5 | 0. |
| 6 Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 Credit for foreign gift taxes (see instructions) | 13 | |
| 14 Total credits. Add lines 12 and 13 | 14 | |
| 15 Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

▶ X _____ Signature of donor     1/4/7/10  Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ *Wineberg* | Date 3/30/10 | Check if self-employed ☐  Preparer's SSN or PTIN  P00570974 |
| Firm's name (or yours if self-employed), address, and ZIP code | WINEBERG SOLHEIM HOWELL & SHAIN, PC<br>180 N LASALLE ST, STE 2200<br>CHICAGO, IL 60601 | EIN 36-3700600<br>Phone no. 312/372-0440 |

503501  12-15-09  LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.     Form **709** (2009)

1

14380330 131470 O1111D        2009.03030 OBAMA, BARACK H.        O1111D 1

Self Check : Notice of Mismatch with Social Security Administration...          https: selfcheck.uscis.gov SelfCheckUI ssaContact html



## Notice of Mismatch with Social Security Administration (SSA) Records

Print          Ver en Español

### Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice:

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ **SSA record does not verify, Other reason.** SSA found a discrepancy in the record.

**SSA unable to process data.** SSA found a discrepancy in other data in the record.

**Instructions**

**attachment B**

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN ████████████ This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____

Linda Jordan 4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____
Seattle Washington                                    King

Dated the ____ day of _____, _____
August              2011

Signature of the Notary _____

Date _____

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

DEPARTMENT OF HEALTH

151    61 10637

Female

Honolulu, Oahu

BARACK HUSSEIN OBAMA, II

ROBERT    ALLAN    SOETORO    Caucasian

42    Wichita, California    Doctor    Private Practice

STANLEY    ANN    DUNN    Caucasian

18    Los Angeles, California    None

Eleanor Cole Vereghan

8/11/61

THIS CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE HAWAII STATE DEPARTMENT OF HEALTH

Charles V. Bennell
CHARLES V. BENNETT
Registrar General





**AFFIDAVIT**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
   http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

   1. Barack Obama's SSN. ███████
   2. Michelle Obama's SSN ███████
   3. An initial MLO on the side of Form 709
   4. A 1/4 inch dark square with notation on it.
   5. Preparer's SSN or PIN P00570974
      EIN 36-2700600
      Phone no. 312/372-0440

8. I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama with her social security number revealed. The following information are revealed:

      1. Michelle Obama's SSN ▃▃▃▃▃▃
      2. Barack Obama's SSN. ▃▃▃
      3. Preparer's SSN or PIN P00570974
         EIN 36-2700600
         Phone no. 312/372-0440

9. It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or flatten the covering top layers before posting them on the Internet. I later noticed that after April 15, 2010, the pdf file posted at the White House has been modified. The top layers on President Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.

_____
FELICITO PAPA

DAHLIA LOUIE
MY COMMISSION # DD993755
EXPIRES June 06, 2014
(407) 398-0153   FloridaNotaryService.com

SUBSCRIBED TO AND SWORN TO before me on August 24, 2011.

_____
NOTARY PUBLIC

**These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.**

AAAAEEHHHHKKMM
RRSSSUUaaaaaaaa
aaaaaaaaaaaaaaa
cccccceeeeeeffgg
iiiiiiiiiiiiiiii
llllllllllnnnnn
nnnnnnnnnnooooo
ooooooocpprrrr
ssssstttttttt
uuuuuuuuuuuww
yyyyy 11122,,,,,

things were okay. Ruth, our new mother, was nice enough to us then. She treated us almost like her own children. Her parents were rich, I think, and they would send us beautiful presents from the States. I'd get really excited whenever a package came from them. But I remember sometimes Roy would refuse to take their gifts, even when they sent us sweets. I remember once he refused some chocolates they had sent, but later in the night, when he thought I was asleep, I saw him taking some of the chocolates that I had left on our dresser. But I didn't say anything, because I think I knew that he was unhappy.

"Then things began to change. When Ruth gave birth to Mark and David, her attention shifted to them. The Old Man, he left the American company to work in the government, for the Ministry of Tourism. He may have had political ambitions, and at first he was doing well in the government. But by 1966 or 1967, the divisions in Kenya had become more serious. President Kenyatta was from the largest tribe, the Kikuyus. The Luos, the second largest tribe, began to complain that Kikuyus were getting all the best jobs. The government was full of intrigue. The vice-president, Odinga, was a Luo, and he said the government was becoming corrupt. That, instead of serving those who had fought for independence, Kenyan politicians had taken the place of the white colonials, buying up businesses and land that should be redistributed to the people. Odinga tried to start his own party, but was placed under house arrest as a Communist. Another popular Luo minister, Tom M'boya, was killed by a Kikuyu gunman. Luos began to protest in the streets, and the government police cracked down. People were killed. All this created more suspicion between the tribes.

"Most of the Old Man's friends just kept quiet and learned to live with the situation. But the Old Man began to speak up. He would tell people that tribalism was going to ruin the country and that unqualified men were taking the best jobs. His friends tried to warn him about saying such things in public, but he didn't care. He always thought he

knew what was best, you see. When he was passed up for a promotion, he complained loudly. 'How can you be my senior,' he would say to one of the ministers, 'and yet I am teaching you how to do your job properly?' Word got back to Kenyatta that the Old Man was a troublemaker, and he was called in to see the president. According to the stories, Kenyatta said to the Old Man that, because he could not keep his mouth shut, he would not work again until he had no shoes on his feet.

"I don't know how much of these details are true. But I knew that with the president as an enemy things became very bad for the Old Man. He was banished from the government—blacklisted. None of the ministries would give him work. When he went to foreign companies to look for a post, the companies were warned not to hire him. He began looking abroad and was hired to work for the African Development Bank in Addis Ababa, but before he could join them, the government revoked his passport, and he couldn't even leave Kenya.

"Finally, he had to accept a small job with the W_____. Even this was possible only because one of his friend_____ job kept food on the table, but it was a big fall for h_____. He began to drink heavily, and many of the people he knew stopped coming to visit because now it was dangerous to be seen with him. They told him that maybe if he apologized, changed his attitude, he would be all right. But he refused and continued to say whatever was on his mind.

"I understood most of this only when I was older. At the time, I just saw that life at home become very difficult. The Old Man never spoke to Roy or myself except to scold us. He would come home very late, drunk, and I could hear him shouting at Ruth, telling her to cook him food. Ruth became very bitter at how the Old Man had changed. Sometimes, when he wasn't home, she would tell Roy and myself that our father was crazy and that she pitied us for having such a father. I didn't blame her for this—I probably agreed. But I noticed that, even more than before, she treated us differently from her own two sons. She would _____ children and there was

EXHIBIT

1 of 1