IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DR. ORLY TAITZ, ESQ., ET AL.**                                                         **PLAINTIFFS**

**V.**                                                **CIVIL ACTION NO. 3:12cv280-HTW-LRA**

**DEMOCRAT PARTY OF MISSISSIPPI, ET AL.**                                  **DEFENDANTS**

_____

**MISSISSIPPI SECRETARY OF STATE'S
MOTION FOR JUDGMENT ON THE PLEADINGS**
_____

Defendant Mississippi Secretary of State Delbert Hosemann files this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(c) and states:

1. Plaintiffs' First Amended Complaint purportedly seeks injunctive and declaratory relief to require the Secretary of State to "de-certify" or "annul" all votes cast for President Obama in the March 13, 2012 Mississippi Democratic presidential preference primary, and prohibiting the Secretary from placing President Obama's name on the ballot for the Mississippi 2012 general presidential election, based upon Mississippi Code Sections 23-15-961 and 23-15-963.  The First Amended Complaint also purportedly seeks damages and other relief on account of federal RICO claims pled against various other defendants.

2. Plaintiffs' claims regarding the November 2012 Mississippi general election should be dismissed because they have failed to comply with the requirements of Section 23-15-963, which are jurisdictional and mandatory.  Furthermore, they have failed to state a valid claim for relief as courts do not have jurisdiction to enjoin the Secretary of State from carrying out his duties required by Mississippi law.

3. Plaintiffs' claims regarding the 2012 Mississippi presidential preference primary

should be dismissed because they failed to comply with the requirements of Section 23-15-961, which are jurisdictional and mandatory. Furthermore, they have failed to state a valid claim for relief as courts may not compel the Secretary of State to undo the election results. Additionally, any claims as to the presidential preference primary are moot because the election has already taken place.

   4. Plaintiffs have not asserted any valid RICO claims against the Secretary of State. Their First Amended Complaint expressly disavows making any such claims against him. Furthermore, to the extent plaintiffs ever intended to assert any such RICO claims against the Secretary of State, they have failed to meet the pleading requirements imposed by Fed. R. Civ. P. 8 and 9.

  FOR THESE REASONS, and those set forth in his separate Memorandum of Authorities filed with the Court, the Secretary of State respectfully requests that the Court enter an order, pursuant to Fed. R. Civ. P. 12(c) granting him judgment on the pleadings and dismissing all of the plaintiffs' claims asserted against him in this action.

  THIS the 27th day of April, 2012.

            Respectfully submitted,

            Delbert Hosemann, Mississippi
            Secretary of State

        BY: Jim Hood, Attorney General
           State of Mississippi

        BY: S/Justin L. Matheny
           Harold E. Pizzetta, III (Bar No. 99867)
           *hpizz@ago.state.ms.us*
           Justin L. Matheny (Bar No. 100754)

*jmath@ago.state.ms.us*
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court electronically and thereby served on the following persons, and/or served by electronic mail where indicated:

    Orly Taitz
    29839 Santa Margarita Parkway, Suite 100
    Rancho Santa Margarita, CA 92688
    orly.taitz@gmail.com

    Samuel L. Begley
    Begley Law Firm, PLLC
    P.O. Box 287
    Jackson, MS 39205
    sbegley1@bellsouth.net

    Scott J. Tepper
    Garfield & Tepper
    1801 Century Park East, Suite 2400
    Los Angeles, CA 90067-2326
    scottjtepper@msn.com

And to the following person by electronic mail:

    Brian Fedorka
    bfedorka82@gmail.com

    Laurie Roth
    drljroth@aol.com

    Leah Lax
    leahlax1234@aol.com

    Tom MacLeran
    tom@macleran.com

    THIS the 27th day of April, 2012.

    S/Justin L. Matheny
    Justin L. Matheny