

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Plaintiff in <u>Taitz et al v Democratic party of Mississippi et al</u> currently in the Supreme Court of Mississippi

Letter to the court

Via certified mail return receipt

Case 3:12cv 00280

## NOTICE OF AN IMPROPER ATTEMPT BY THE DEFENDANT TO REMOVE THE CASE TO THE FEDERAL COURT, WHILE IT IS BEING CONSIDERED BY THE SUPREME COURT OF MISSISSIPPI.

## DEMAND FOR IMMEDIATE TERMINATION OF UNLAWFUL PROCEEDINGS IN THE FEDERAL COURT.

## DEMAND FOR SANCTIONS AGAINST THE DEFENDANT SECRETARY OF STATE AND DEFENDANTS ATTORNEY.

Your Honor,

The case in question is currently being considered by the Supreme Court of Mississippi. Plaintiff filed an interlocutory appeal and a request to reassign to another judge.

Defendant Secretary of State of Mississippi by and through his attorney Attorney General of Mississippi Democrat Jim Hood simply attempted an illegal maneuvering in order to bring the case into a friendly territory and improperly attempted to usurp the jurisdiction of the Supreme Court of Mississippi.

In his notice of removal Defendant did not cite any authority or law that would allow it to simply file in the Federal Court a case, which is currently being considered by the Supreme Court of the State. He did not provide this authority, as it simply does not exist.

Plaintiffs never consented to the jurisdiction of the Federal Court. As the defendant is an individual occupying the position of the President of the United States, there is an inherent bias against the Plaintiffs in the federal court system, particularly considering the fact that the evidence shows that Defendant Obama is using forged documents as a basis of his eligibility to the US Presidency .

Federal cause of action, namely RICO, cited by the Defendant in his notice of removal, does not even relate to this particular defendant and he has no standing to even raise this issue as a reason for removal. First Amended complaint clearly states that RICO cause of action does not relate to the Secretary of State.

Notice of removal and answer show the Secretary of state bringing defenses to RICO causes of action against other defendants. It is clear that the Attorney General is simply attempting to assist other defendants and bring defenses on their behalf on taxpayer dime and against the interests of the taxpayers and voters.

The complaint at hand revolves around irrefutable evidence showing defendant Barack Hussein Obama using a computer generated forgery and a stolen Social Security number as a basis of his eligibility for the US Presidency.

Defendant Secretary of State and attorney for the defendant, Attorney General of Mississippi received this evidence. Instead of halting this crime of the century and bringing criminal charges against Obama and his accomplices, they engaged in manipulations to find a friendly court to cover up this crime and act against the interest of the people of the state of Mississippi.  Not only defendant did not show any legitimate reason for removal, defendant is acting in bad faith and against the people of the state and is attempting to violate the civil rights of the people of the state of Mississippi in having free political speech, which is represented in lawful elections, free of forgery and fraud.

Due to the fact that the case in question is currently under the jurisdiction of the Supreme Court of Misissippi and pending adjudication, attempt by the defendant Secretary of State to move the case to the Federal Court is invalid.

Plaintiff Taitz is demanding immediate termination of unlawful proceedings in the Federal Court and sanctions against the Defendant and the attorney for the Defendant for harassing the Plaintiff with manipulations and attempt to commence unlawful proceedings.

Respectfully,

/s/ Dr. Orly Taitz, ESQ

04.25.2012

Cc all parties in the case

Cc Chief Justice of the Supreme Court of Mississippi, Justice Jesse Dickenson

Cc Fifth Circuit Court of Appeals

Cc Justice Antonin Scalia, in charge of the 5th Circuit court of Appeals

Cc Office of the inspector General of the Department of Justice

Cc Public Integrity Unit Department of Justice

Cc InterAmerican court for Human rights

Cc Civil Rights defenders Commission United Nations

Cc House committee on the Judiciary Chairman Congressman Lamar Smith

Cc  House oversight Committee Chairman Congressman Darrel Issa