# Exhibit 2

Case 3:12-cv-00280-HTW-LRA   Document 15-2   Filed 05/04/12   Page 1 of 2

## CERTIFICATION OF LIVE BIRTH

STATE OF HAWAII
HONOLULU



DEPARTMENT OF HEALTH
HAWAII U.S.A.

CERTIFICATE NO. ███████

CHILD'S NAME
BARACK   HUSSEIN   OBAMA II

| DATE OF BIRTH | HOUR OF BIRTH | SEX |
|---|---|---|
| August 4, 1961 | 7:24 PM | MALE |

| CITY, TOWN OR LOCATION OF BIRTH | ISLAND OF BIRTH | COUNTY OF BIRTH |
|---|---|---|
| HONOLULU | OAHU | HONOLULU |

MOTHER'S MAIDEN NAME
STANLEY   ANN   DUNHAM

MOTHER'S RACE
CAUCASIAN

FATHER'S NAME
BARACK   HUSSEIN   OBAMA

FATHER'S RACE
AFRICAN

DATE FILED BY REGISTRAR
August 8, 1961

OHSM 1.1 (Rev.11/01) LASER   This copy serves as prima facie evidence of the fact of birth in any court proceeding. [HRS 338-13(b), 338-19]

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**