# Exhibit 5

THE WHITE HOUSE

WASHINGTON

April 22, 2011

Loretta J. Fuddy, A.C.S.W., M.P.H.
Director of Health
State of Hawaii
Department of Health
1250 Punchbowl Street, Room 325
Honolulu, HI 96813

Dear Ms. Fuddy:

I am writing to request two certified copies of my original certificate of live birth. With this letter, I hereby authorize my personal counsel, Ms. Judith Corley of Perkins Coie in Washington, D.C., to act on my behalf in providing any additional information or paying any fees required by the Department of Health to fulfill my request. Ms. Corley is also authorized to make any necessary arrangements for delivery of the certified copies from your office.

Thank you for your assistance.

Sincerely,

Barack Obama



Judith L. Corley
PHONE: (202) 434-1622
FAX: (202) 654-9120
EMAIL: JCorley@perkinscoie.com

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
PHONE: 202.654.6200
FAX: 202.654.6211
www.perkinscoie.com

April 22, 2011

Loretta J. Fuddy, ACSW, MPH
Director of Health
State of Hawaii Department of Health
1250 Punchbowl Street, Room 325
Honolulu, Hawaii 96813

Dear Ms. Fuddy:

I am writing on behalf of my client, President Barack Obama. Enclosed please find a letter from my client requesting two certified copies of his original certificate of live birth and authorizing me to act on his behalf in completing this request.

As you know, several years ago, my client requested a certified copy of his birth certificate and received, pursuant to the policy and practice of the Hawaii Department of Health, a Certification of Live Birth, sometimes referred to as a "short-form" or abbreviated birth certificate. This Certification of Live Birth is, of course, legally sufficient evidence of birth in the State of Hawaii. Moreover, it is my understanding that it is, and has been, the Department of Health's longstanding policy and practice to provide only the "short-form" version when a certified copy of a birth certificate is requested.

We understand that the Department of Health has adopted this policy for sound administrative reasons. However, we are writing to request a waiver of the Department of Health's policy, so that my client can obtain two certified copies of his original, "long form" birth certificate. Waiver of the Department's policy in this instance would allow my client to make a certified copy of his original birth certificate publicly available and would also relieve the burden currently being placed on the Department of Health by the numerous inquiries it receives from the media and others relating to my client's birth record.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · PALO ALTO
PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP

We are of course, willing to complete any necessary paperwork and pay the standard required fees to fulfill this request. Pursuant to my client's authorization, I will be coming to your offices to pick up the copies of the certificates.

Thank you for your assistance.

Sincerely,

Judith L. Corley
JLC:ss

**NEIL ABERCROMBIE**
GOVERNOR OF HAWAII



LORETTA J. FUDDY, A.C.S.W., M.P.H.
DIRECTOR OF HEALTH

**STATE OF HAWAII**
DEPARTMENT OF HEALTH
P. O. BOX 3378
HONOLULU, HI 96801-3378

In reply, please refer to:
File:

April 25, 2011

The Honorable Barack Obama
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Obama:

I have reviewed your request for two certified copies of your original Certificate of Live Birth. As the Director of Health for the State of Hawaii, I have the legal authority to approve the process by which copies of such records are made. Through that authority, in recognition of your status as President of the United States, I am making an exception to current departmental policy which is to issue a computer-generated certified copy.

We hope that issuing you these copies of your original Certificate of Live Birth will end the numerous inquiries received by the Hawaii Department of Health to produce this document. Such inquiries have been disruptive to staff operations and have strained State resources.

Enclosed please find two certified copies of your original Certificate of Live Birth. I have witnessed the copying of the certificate and attest to the authenticity of these copies. A receipt for the payment of these documents is attached for your files. Please let us know if we can be of further assistance.

Sincerely,

Loretta J. Fuddy, A.C.S.W, M.P.H.
Director of Health

Enclosures