# Exhibit 6



DEPARTMENT OF HEALTH

# News Release

**LINDA LINGLE**
GOVERNOR

___

CHIYOME LEINAALA FUKINO M.D.
DIRECTOR
Phone: (808) 586-4410
Fax: (808) 586-4444

___

For Immediate Release: October 31, 2008                                                   08-93

## STATEMENT BY DR. CHIYOME FUKINO

"There have been numerous requests for Sen. Barack Hussein Obama's official birth certificate. State law (Hawai'i Revised Statutes §338-18) prohibits the release of a certified birth certificate to persons who do not have a tangible interest in the vital record.

"Therefore, I as Director of Health for the State of Hawai'i, along with the Registrar of Vital Statistics who has statutory authority to oversee and maintain these type of vital records, have personally seen and verified that the Hawai'i State Department of Health has Sen. Obama's original birth certificate on record in accordance with state policies and procedures.

"No state official, including Governor Linda Lingle, has ever instructed that this vital record be handled in a manner different from any other vital record in the possession of the State of Hawai'i."

###

For more information, contact:
Janice Okubo
Communications Office
Phone: (808) 586-4442