# Exhibit 7



# DEPARTMENT OF HEALTH

## News Release

**LINDA LINGLE**
GOVERNOR

_____

CHIYOME LEINAALA FUKINO M.D.
DIRECTOR
Phone: (808) 586-4410
Fax: (808) 586-4444

_____

For Immediate Release: July 27, 2009                              09-063

## STATEMENT BY HEALTH DIRECTOR CHIYOME FUKINO, M.D.

"I, Dr. Chiyome Fukino, Director of the Hawai'i State Department of Health, have seen the original vital records maintained on file by the Hawai'i State Department of Health verifying Barack Hussein Obama was born in Hawai'i and is a natural-born American citizen. I have nothing further to add to this statement or my original statement issued in October 2008 over eight months ago."

### ###