**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DR. ORLY TAITZ, ESQ., ET AL.**                                      **PLAINTIFFS**

**VS**                                           **CAUSE NO.: 3:12cv280-HTW-LRA**

**DEMOCRAT PARTY OF MISSISSIPPI, ET AL.**                      **DEFENDANTS**

─────────────────────────────────────────────────────────────

**ORDER STAYING DISCOVERY
PURSUANT TO LOCAL RULE 16(b)(3)**

─────────────────────────────────────────────────────────────

The Court is informed that separate Motions for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12(c), have been filed by the Defendant Mississippi Democratic Party of Mississippi and Defendant Mississippi Secretary of State Delbert Hosemann, presenting various jurisdictional grounds for dismissal. Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi states that filing of a jurisdictional defense motion(s) shall stay all discovery not relevant to the jurisdictional issues raised by the motion(s) and stay the parties' obligation to make further disclosures pending the Court's ruling on the motion. Accordingly, it is therefore,

**ORDERED AND ADJUDGED** that, pursuant to Local Rule 16(b)(3)(B), and in light of the fact that the Defendants have filed dispositive motions raising jurisdictional defenses, all discovery not related to the jurisdictional issues pending the Court's disposition of the dispositive motions in this matter is hereby stayed, including the making of any initial disclosures by any party.

In accordance with Local Rule 16(b)(3)(E), upon receiving a ruling from the Court on the pending dispositive motions, Plaintiffs shall notify the United States Magistrate Judge of a

decision on the jurisdictional defense motion and shall submit an Order Lifting the Stay.  Within

fifteen (15) days of the Order Lifting the Stay, the parties shall confer in accordance with the

Local Rules.

      **SO ORDERED,** this <u>4th</u> day of May, 2012.


                    <u>          /s/ Linda R. Anderson        </u>
                    UNITED STATES MAGISTRATE JUDGE

Submitted by:

<u>S/Justin L. Matheny</u>
Justin L. Matheny (Bar No. 100754)
*jmath@ago.state.ms.us*
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680

*Attorney for Defendant Mississippi Secretary of State*