# Exhibit A

# "BIRTHER" CASES

I.   Birther Cases with Decisions Recognizing that Obama is a "Natural Born Citizen"............................ 1

II.  Birther Cases Rejected by Federal Courts.................................................................................. 2

III. Birther Cases Rejected by State Courts & Administrative Agencies ....................................... 4

## I.   Birther Cases with Decisions Recognizing that Obama is a "Natural Born Citizen"

Every court and administrative body to consider the issue has held that Obama is a Natural Born Citizen who is eligible to serve as President.  *See, e.g.*, **Allen v. Obama** *et al*, No. C20121317 (Ariz. Pima County Super. Ct. Mar. 7, 2012) (dismissing case challenging Obama's eligibility to be on the 2012 ballot; finding that Obama is a "natural born citizen" under *Wong Kim Ark*; and expressly rejecting argument that *Minor v. Happersett* holds otherwise), *appeal filed* (Ariz. App. Ct. 2d Div. Mar. 8, 2012); **Ankeny v. Daniels**, 916 N.E.2d 678 (Ind. Ct. App. 2009) ("based upon the language of Article II, Section 1, Clause 4 and the guidance provided by *Wong Kim Ark*, we conclude that persons born within the borders of the United States are "natural born citizens" for Article II, Section 1 purposes, regardless of the citizenship of their parents") *transfer denied* 929 N.E.2d 789 (Ind. 2010);   **Farrar v. Obama**, No. OSAH-SECSTATE-CE-1215136-60-MALlHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), decision adopted by Ga. Sec'y of State (Feb. 7, 2012), *appeal dismissed*, No. 2012CV211398 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *recons. denied* (Mar. 14, 2012), *appeal denied,* No. S12D1180 (Ga. Apr. 11, 2012); **Freeman v. Obama**, 12 SOEB GP 103 (Ill. Bd. of Elections Hearing Officer Recommendation Jan. 27, 2012) (Obama's birth certificate "clearly establishes" his eligibility for office as a "Natural Born Citizen"), *objection overruled* (Ill. Bd. of Elections, Feb. 3, 2012); **Galasso v Obama**, No. STE 04588-12 (N.J. Office of Admin Law Apr. 10, 2012) (initial decision rejecting challenge to Obama's 2012 nominating position and finding that, assuming Obama was born in Hawaii, he is a "natural born citizen" eligible for the presidency per *Ankeny* and *Wong Kim Ark*), *decision adopted as final* (N.J. Sec'y of State Apr. 12, 2012); **Jackson v. Obama**, 12 SOEB GP 104 (Ill. Bd. of Elections Hearing Officer Recommendation Jan. 27, 2012) (Obama's birth certificate "clearly establishes" his eligibility for office as a "Natural Born Citizen"), *objection overruled*  (Ill. Bd. of Elections, Feb. 3, 2012); **Kesler v. Obama**, No. 2012-162 (Ind. Election Comm'n Feb. 24, 2012) (denying objection seeking to keep Obama off 2012 ballot on grounds that he is not a "natural born citizen"); *Powell v. Obama*, No. OSAH-SECSTATE-CE-1216823-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen), *decision adopted by* Ga. Sec'y of State (Feb. 7, 2012), *appeal dismissed*, No. 2012CV211528 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied,* No. S12D1077 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012); **Purpura et al v. Obama**, No. STE 04534-12 (N.J. Office of Admin Law Apr. 10, 2012) (initial decision rejecting challenge to Obama's 2012 nominating position and finding that, assuming Obama was born in Hawaii, he is a "natural born citizen" eligible for the presidency per *Ankeny* and *Wong Kim Ark*), *decision adopted as final* (N.J. Sec'y of State Apr. 12, 2012); **Strunk v. N.Y. Bd. of Elections et al***,* No. 006500/2011 (N.Y. King County Supr. Ct. Apr. 12, 2012) (dismissing complaint challenging, among other things, President Obama's eligibility to his office; expressly rejecting the birther claim that Obama is ineligible on the basis of his father's citizenship as frivolous, and issuing a show cause order as to why sanctions should not be imposed upon plaintiff);   **Swensson v. Obama**, No. OSAH-SECSTATE-CE-1216218-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), *decision adopted by* Ga. Sec'y of State (Feb. 7, 2012), *appeal dismissed*, No. 2012CV211527 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied,* No. S12D1076 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012); **Tisdale v. Obama***,* No. 3: 12-cv-

00036-JAG (E.D. Va. Jan. 23, 2012) (order dismissing complaint) (dismissing in *forma pauperis* complaint pursuant to 28 USC 1915(e)(2)(B)(ii) and holding that "[i]t is well settled that those born in the United States are considered natural born citizens" and that plaintiff's contentions otherwise are "without merit"), *appeal pending*, No. 12-1124 (4th Cir. filed Jan. 30, 2012); **Welden v. Obama**, No. OSAH-SECSTATE-CE-1215137-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen), *decision adopted by* Ga. Sec'y of State (Feb. 7, 2012), *appeal dismissed*, No. 2012CV211527 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied,* No. S12D1059 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012).

## II.    Birther Cases Rejected by Federal Courts

Every federal court to rule on a birther case has rejected it.  *See, e.g.,* **Allen v. Soetoro**, 4:09-cv-00373 (D. Ariz. Jan. 29, 2010) (dismissing FOIA action seeking documents related to Obama's eligibility); **Am. Grand Jury**, No Number Assigned (W.D.N.Y. Sept. 29, 2009) (letter from court staff attorney explaining that court could not accept "presentment" prepared by public, seeking to indict Obama for ineligibility to hold office and related matters); **In re Am. Grand Jury***,* No. 3:09-mc-00215 (M.D. Tenn. Nov. 6, 2009) (summarily rejecting grand jury "presentment" challenging President Obama's eligibility to serve as President as having no force under U.S. Constitution or law); **Barnett v. Obama**, 8:09-cv-00082-DOC-AN, 2009 WL 3861788 (C.D. Cal. Oct. 29, 2009) (dismissing case challenging Obama's eligibility; criticizing conduct of plaintiff's counsel in case filed on behalf of active and former military personnel, state representatives, taxpayers, relatives, and political candidates), *order clarified,* 2009 WL 8557250 (C.D. Cal. Dec. 16, 2009), *aff'd sub nom. Drake v. Obama*, 664 F.3d 774 (9th Cir. 2011), *reh'g and reh'g en banc denied*, Nos. 09-56827, 10-55084 (Feb. 2, 2012); **Berg v. Obama**, 574 F. Supp. 2d 509 (E.D. Pa. 2008) (dismissing case challenging Obama's eligibility; characterizing various plaintiff's claims as frivolous), *aff'd*, 586 F.3d 234 (3d Cir. 2009), *cert. denied*, 555 U.S. 1126 (2009); **Berg v. Obama**, No. 1:08-cv-01933 (D.D.C. June 9, 2009) (dismissing *qui tam* case claiming Obama is not a U.S. citizen), *recons. denied*, 656 F. Supp. 2d 107 (D.D.C. 2009), *aff'd*, 383 F. App'x 7 (D.C. Cir. 2010); **Beverly v. Fed. Election Comm'n**, 1:08-cv-01538-AWI-GSA, 2009 WL 196361 (E.D. Cal. Jan. 28, 2009) (dismissing case that included claims regarding Obama's eligibility), *aff'd*, *No.* 09-15562 (9th Cir. July 1, 2009), *cert. denied*, 130 S. Ct. 1732 (2010); **Bowhall v. Obama**, No. 2:10-cv-0609, 2010 WL 4932747, (M.D. Ala. Nov. 30, 2010) (dismissing complaint alleging, among other things, that Obama is not a "natural born citizen," as frivolous), *aff'd*, No. 10-15938-C (11th Cir. Apr. 4, 2011) (affirming order that complaint was frivolous); **Church of Jesus Christ Christian/Aryan Nations of Missouri et al v. Obama***,* No. 6:08cv03405, 2011 WL 4916569 (W.D. Mo. Oct. 17, 2011) (dismissing case brought on, among other bases, that, as non-white, Obama is not eligible to hold office), *aff'd*, No. 09-5012 (8th Cir. Jan. 31, 2012); **Cohen v. Obama**, No. 1:08-cv-02150, 2008 WL 5191864 (D.D.C. Dec. 11, 2008) (dismissing case challenging Obama's eligibility), *aff'd*, 332 F. App'x 640 (D.C. Cir. 2009) (per curiam), *reh'g and reh'g en banc denied,* No. 09-5012 (D.C. Cir. Nov. 25, 2009); **Connerat v. Obama**, No. 8:11-cv-01359-SDM-TGW (M.D. Fla. Dec. 21, 2011) (dismissing case challenging Obama's eligibility); **Cook v. Good**, No. 4:09-cv-00082, 2009 WL 2163535 (M.D. Ga. July 16, 2009) (denying TRO seeking stay of military orders pending confirmation of Obama's eligibility; dismissing case), *appeal dismissed*, No. 09-14698-CC (11th Cir. Nov. 24, 2009); **Cook v. Simtech**, No. 8:2009cv01382 (M.D. Fla. July 27, 2009)*, recons. denied*, (Aug. 6, 2009) (finding motion to reconsider "frivolous and wholly without merit); **Craig v. United States**, No. 5:09-cv-00343-F (W.D. Okla. Apr. 3, 2009) (dismissing case seeking declaration regarding definition of natural born citizen as "incomprehensible and frivolous"), *aff'd*, No. 09-6082, 340 F. App'x 471 (10th Cir. 2009), *cert. denied*, 130 S. Ct. 141 (2009); **Craig v. U.S. Dept. of Homeland Sec. et al**, No. 5:10-cv-00659-C (W.D. Okla. July 3, 2010) (dismissing case challenging various government publications defining term "natural born citizen" as unconstitutional); **Craig v. Holder**, No. 11-9501 (10th Cir. Mar. 17, 2011) (affirming Board of Immigration denial of request to certify that Craig is "natural born citizen" eligible for presidency), *reh'g denied* (Apr. 29, 2011); **Craig v. United States**, No. 5:10-cv-

## "BIRTHER" CASES

01345-C (W.D. Okla. Jan. 4, 2011) (Dismissing VOIA action brought to obtain documents related to federal definition of "natural born citizen"), *appeal voluntarily dismissed*, No. 11-6017 (10th Cir. Feb. 10, 2011); ***Dawson v. Obama***, No. 2:08cv02754, 2009 WL 532617 (E.D. Cal. Mar. 2, 2009) (dismissing case challenging Obama's eligibility); ***Essek v. Obama***, 08-379-GFVT (E.D. Ky. Jan. 15, 2009) (dismissing case challenging Obama's eligibility); ***Florida et al. v. U.S. Dep. of Health & Human Svs***. No. 3:10-cv-91-RV/EMT (N.D. Fla. Apr. 8, 2010) (denying motion to intervene based on interest in pressing charge that President Obama is not a natural born citizen in lawsuit challenging the Patient Protection and Affordable Care Act), *recons. denied* (Apr. 23, 2010); ***Hamblin v. Obama***, 2:09cv00410, 2009 WL 2513986 (D. Ariz. Aug. 14, 2009) (dismissing case challenging Obama's and McCain's eligibility), *appeal dismissed*, 09-17014 (9th Cir. Nov. 6, 2009); ***Hamrick v. Fukino***, No. 1:08-cv-00544 ACK-KSC, 2009 WL 1404535 (D. Haw. May 20, 2009) (dismissing case seeking copy of Obama's certified birth certificate to determine whether he is natural born citizen); ***Herbert v. US***, No. 3:08-cv-00634-TJC-MCR (M.D. Fla. July 1, 2008) (dismissing case alleging, among other things, that U.S. Supreme Court Chief Justice John Roberts violated the Constitution in refusing to accept plaintiff's case); ***Herbert v. Obama, et al***, No. 3:08-cv-01164 (M.D. Fla. Dec. 30, 2008) (dismissing complaint alleging, among other things, that Obama is not natural born citizen); ***Herbert v. United States***, *et al*, No. 3:08cv01201 (M.D. Fla. Jan. 20, 2009) (dismissing complaint alleging, among other things, that Obama is not natural born citizen), appeal dismissed, No. 09-10661 (11th Cir. Aug. 3, 2009) (dismissing appeal as frivolous and wholly without merit), *cert. denied*, 130 S. Ct. 562 (2009), *reh'g denied,* 130 S.Ct. 1169 (2010); ***Hollander v. McCain***, 566 F. Supp. 2d 63 (D.N.H. 2008) (dismissing case challenging McCain's eligibility); ***Hollister v. Soetoro***, 601 F. Supp. 2d 179 (D.D.C. 2009) (dismissing interpleader case challenging Obama's eligibility), *subsequent order*, 258 F.R.D. 1 (Mar. 27, 2009) (imposing sanctions for filing claim that was not "warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law," under Rule 11), *aff'd*, Nos. 09-5080 & 09-5161, 368 F. App'x 154 (D.C. Cir. 2010), *cert. denied*, 131 S. Ct. 1017 (2011), *reh'g denied* 131 S. Ct. 1627 (2011); ***Hornbeck Offshore Services, L.L.C. v. Salazar et al***, No. 2:10-cv-01663-MLCF-JCW (E.D. La. Mar. 5, 2011) (denying motion to intervene based on interest in pressing charge that President Obama is not a natural born citizen in lawsuit challenging Obama Administration's Moratorium on deepwater drilling in Gulf of Mexico); ***Hunter v. U.S. Supreme Court***, No. 2:08cv00232, 2009 WL 111683 (N.D. Tex. Jan. 16, 2009), (dismissing case alleging, among other things, that Obama is not eligible), *appeal dismissed*, No. 09-10246 (5th Cir. July 23, 2009), No. 10-10009 (Feb. 4, 2010), No. 10-100064 (Apr. 9, 2010); ***In Re Paul Andrew Mitchell***, 304 F. App'x 113 (3rd Cir. Dec. 22, 2008) (denying petition for writ of mandamus regarding challenge to Obama's eligibility); ***Jones v. Obama***, No. 2:10-cv-01075 (C.D. Cal. July 20, 2010) (dismissing case challenging Obama's eligibility); ***Judy v. McCain***, No. 2:08cv01162 (D. Nev. Sept. 8, 2008) (dismissing case challenging McCain's eligibility); ***Kerchner v. Obama***, 669 F. Supp. 2d 477 (D.N.J. 2009) aff'd, 612 F.3d 204 (3d Cir. 2010), *cert. denied*, 131 S. Ct. 663 (2010); ***Mackay v. Obama***, No. 2:11-CV-05458-JP (E.D. Pa. Oct. 6, 2011) (dismissing case challenging Obama's eligibility), *appeal voluntarily dismissed*, No. 11- 3862 (3rd Cir. Nov. 2, 2011), *appeal dismissed*, No 11-3967 (Dec. 8, 2011); ***McLanahan v. Obama***, No. 2:11-CV-00374-EFS (E.D. Wash. Oct. 13, 2011) (dismissing complaint challenging, among other things, Obama's eligibility); ***Morrow v. Obama***, No. 1:08-cv-22345 (S.D. Fla. Mar. 9, 2009) (dismissing complaint challenging Obama's eligibility); ***Neely v. Obama***, 2:08-cv-15243 (E.D. Mich. Feb. 4, 2009) (dismissing case challenging, among other things, Obama's eligibility); ***Patriot's Heart Media Network, Inc. v. Soetoro***, No. 1:09-mc-00442-RCL (D.D.C. Sept. 10, 2009) (rejecting request to convene grand jury to investigate Obama's eligibility; dismissing petition for lack of jurisdiction); ***Purpura v. Sebelius***, No. 3:10-CV-04814, 2011 WL 1547768, (D.N.J. Apr. 21, 2011) (dismissing case challenging Patient Protection and Affordable Care on various grounds, including that was not signed into law by a person eligible to be President of the United States), *aff'd*, 446 F. App'x 496 (3d Cir. 2011) *cert. denied*, 132 S. Ct. 1037 (U.S. 2012) *reh'g denied*, No. 11-7275, 2012 WL 538800 (U.S. Feb. 21, 2012); ***Rhodes v. Gates***, 5:09-cv-00703-XR (W.D. Tex. Aug. 28, 2009) (denying TRO seeking to stay military orders due to challenge to Obama's eligibility); ***Rhodes v. MacDonald***, No. 409-CV-106CDL, 2009 WL 2997605 (M.D. Ga. Sept. 16, 2009) (denying TRO seeking

to stay military orders due to challenge to Obama's eligibility; criticizing complaint as frivolous), *recons. denied*, 2009 WL 3111834 (Sept. 18, 2009), *subsequent order*, 670 F. Supp. 2d 1363 (M.D. Ga. 2009) (imposing $20,000 sanction for violating Rule 11), *aff'd*, 368 F. App'x 949, (11th Cir. 2010), *reh'g denied*, No. 09-15418-BB (11th Cir. May 14, 2010), *app. for stay denied*, 131 S.Ct. 44 (2010), *cert. denied,* 131 S. Ct. 918 (2011); **Robinson v. Bowen**, 567 F. Supp. 2d 1144 (N.D. Cal. 2008) (dismissing case challenging McCain's eligibility); **Roy v. Fed. Election Comm'n**, 2:08cv01519, 2008 WL 4921263 (W.D. Wash. Nov. 14, 2008) (dismissing case challenging eligibility of Obama and McCain); **Stamper v. United States**, No. 1:08 CV 2593, 2008 WL 4838073 (N.D. Ohio Nov. 4, 2008) (dismissing case challenging McCain's and Obama's eligibility, finding that appeal could not be taken in good faith); **Strunk v. N.Y. Bd. of Elections**, No. 1:08-cv-04289-ARR-LB (E.D.N.Y. Oct. 30, 2008) (dismissing case challenging, among other things, Obama's eligibility), *appeal dismissed*, No. 08-5422 (2d Cir. Nov. 14, 2008); **Strunk v. U.S. Dept. of State**, 693 F. Supp. 2d 112 (D.D.C. Cir. 2010) (dismissing part of FOIA case regarding Obama records allegedly related to eligibility), *mandamus denied*, No. 08-5503 (D.C. Cir. Jan. 8, 2009), *mandamus denied*, No. 09-5322 (D.C. Cir. Nov. 25, 2009), *appeal dismissed*, No. 10-5092, (D.C. Cir. Aug. 26, 2010); *see also Strunk v. U.S. Dept. of State*, No. CIV.A. 08-2234 RJL, 2012 WL 562398 (D.D.C. Feb. 15, 2012) (dismissing part of FOIA case regarding records of Obama's mother allegedly related to Obama's eligibility); **Strunk v. U.S. Dept. of State**, No. CIV.A. 08-2234 RJL, 2012 WL 562398 (D.D.C. Feb. 15, 2012) (dismissing part of FOIA case regarding records of Obama's mother allegedly related to Obama's eligibility); **In re Super Am. Grand Jury**, No. 1:09-mc-00346-RCL (D.D.C. July 2, 2009) (denying leave to file grand jury presentment challenging Obama's eligibility); **Taitz v. Obama**, 707 F. Supp. 2d 1 (D.D.C. 2010) (dismissing complaint challenging Obama's eligibility), *recons. denied*, No. 1:10-cv-00151 (D.D.C. June 18, 2010), *2d mot. for recons. denied*, 754 F.Supp.2d 57 (D.D.C. 2010); **Taitz v. Astrue**, 806 F. Supp. 2d 214 (D.D.C. 2011) (dismissing FOIA complaint seeking documents allegedly related to Obama's eligibility), *recons. denied*, No. 1:11-cv-00402 (D.D.C. Oct. 17, 2011), *appeal* pending, No. 11- 5304 (DC Cir. filed Oct. 31, 2011); **Taitz v. Ruemmler**, No. 1:11- CV-01421, 2011 WL 4916936 (D. D.C. Oct. 17, 2011) (dismissing FOIA complaint seeking documents allegedly related to Obama's eligibility), *mandamus dismissed,* No. 11-5329 (D.C. Cir. Jan. 23, 2012), *appeal pending*, No. 11-5306 (appeal filed Nov. 2, 2011); **Taitz v. Astrue**, No. 1:11-cv-00519-SOM -RLP (D. Haw. Oct. 26, 2011) (rejecting *ex parte* application to compel discovery regarding Obama's eligibility in related case pending in the District of Columbia); **Thomas v. Hosemann**, No. 2:08-cv-00241-KS-MTP (S.D. Miss. Dec. 18, 2008) (voluntarily dismissing complaint challenging Obama's eligibility; case dismissed with prejudice); **Thomas v. Hosemann**, No. 1:08-mc-00280 (D. Haw. Dec. 18, 2008) (dismissing action seeking to compel Hawaii Dept. of Health to provide access to documents allegedly related to Obama's eligibility); **Tisdale v. Obama**, No. 3:12-cv-00036-JAG (E.D. Va. Jan. 23, 2012) (dismissing complaint challenging Obama's eligibility; finding that Obama is "natural born citizen" because he was born in Hawaii), *appeal* pending, No. 12-1124 (4th Cir. filed Jan. 30, 2012). *See also* **Lakin Article 138 Complaint**, No Number Assigned (US Army Admin. Law Div. Dec 11, 2009) (rejecting Article 138 Complaint as deficient); **Lakin Court Martial - United States v. Lakin**, No. 20100995 (Mil. Dist. of Wash. DC Dec. 16, 2010) (court martial finding Lakin guilty of, among other things, failure to report to deploy; rejecting claim that his failure was based on legitimate questions as to Obama's eligibility), *appeal withdrawn*, (A. Ct. Crim. App. July 28, 2011); **Lakin v. Lind**, No. ARMY MISC 20100778 (A. Ct. Crim. App. Oct. 12, 2010) (order) (denying petition for writ of mandamus to compel discovery factual matters allegedly relating to Obama's eligibility in court martial proceedings).

### III. Birther Cases Rejected by State Courts & Administrative Agencies

Every state court and administrative agency to rule on a birther complaint has rejected it. *See, e.g.,* **Allen v. Obama et al**, No. C20121046 (Ariz. Pima County Super. Ct. Feb. 24, 2012) (dismissing complaint challenging Obama's eligibility to be on 2012 ballot); **Allen v. Obama et al**, No. C20121317 (Ariz. Pima County Super. Ct. Mar. 7, 2012) (dismissing case challenging Obama's eligibility to be on the 2012 ballot; finding that Obama is a "natural born citizen" under *Wong Kim Ark*; and expressly rejecting

argument that *Minor v. Happersett* holds otherwise), *appeal filed* (Ariz. App. Ct. 2d Div. Mar. 8, 2012); ***Ankeny v. Governor of the State of Indiana***, No. 49D10-0812-PL-055511, 2009 WL 1632611 (Ind. Marion County Super. Ct. Mar. 16, 2009) (dismissing challenge to McCain's and Obama's eligibility), *aff'd*, 916 N.E. 2d 678 (Ind. Ct. App. 2009) (holding that Obama, who was born in Hawaii, is a "natural born citizen" eligible to be president), *transfer denied*, 929 N.E. 2d 789 (Ind. 2010); ***Berg v. Obama***, No. 186 MD 2012 (Pa. Commw. Ct. Mar. 16, 2012) (dismissing complaint filed to challenge Obama's eligibility to be on 2012 ballot); ***Brockhausen v. Andrade***, No. 08-1001-C368 (Tex. Williamson County Dist. Ct. (368th) Jan. 22, 2009) (dismissing case challenging Obama's eligibility); ***Broe v. Reed***, No. 82473-8 (Wash. Jan. 8, 2009) (dismissing writ of mandamus challenging Obama's eligibility); ***Connerat v. Browning***, 999 So. 2d 644 (Table) 2008 WL 5378138 (Fla. 2008) (dismissing petition for extraordinary emergency writ of mandamus challenging Obama's eligibility); ***Connerat v. Obama***, No. 09003103SC (Fla. Pinellas County Small Claims Ct. May 5, 2009) (dismissing claim brought against Obama on grounds that he is not "natural born citizen"); ***Connerat v. Obama***, No. 09005522SC (Fla. Pinellas County Small Claims Ct. Jul 28, 2009) (dismissing claim brought against Obama on grounds that he is not "natural born citizen); ***Constitution Party v. Lingle***, No. 29473, 2008 WL 5125984 (Haw. Dec. 5, 2008) (dismissing complaint contesting 2008 Presidential election results and rejecting contention that defendant improperly failed to require proof that candidate Barack Obama was qualified to be a candidate for President of the United States), *recons. denied* (Dec. 12, 2008); ***Corbett v. Bowen***, No. 30-2008-00114112-CU-FR- CJC, (Cal. Orange County Super. Ct. June 8, 2009) (dismissing case challenging Obama's eligibility); ***Craig v. Oklahoma***, No. MA-109808 (Okla. Oct. 17, 2011) (dismissing application seeking determination of definition of "natural born citizen" for purposes of presidential eligibility); ***Dean v Obama** (In re Objection of Thomas Dean),* No Number Assigned, (N.Y Bd. of Elections Determination Feb. 28, 2011) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition designating Obama as candidate is valid); ***Donofrio v. Wells***, No. AM-0153-08T2 (N.J. Super. Ct. App. Div. Oct. 30, 2008) (denying application for emergent relief challenging eligibility of McCain and Obama), *aff'd*, No Number Assigned (N.J. Oct. 31, 2008), *application for stay denied*, 129 S. Ct. 752 (2008); ***Epperly v. Obama*** (Alaska Div. of Elections (Director Gail Fenumiai Feb. 28, 2012) (rejecting petition challenging Obama's eligibility to be on the 2012 ballot); ***Farrar v. Obama***, No. OSAH-SECSTATE-CE-1215136-60-MALlHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), *decision adopted as final* (Ga. Sec'y of State Feb. 7, 2012); *appeal dismissed*, No. 2012CV211398 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *recons. denied* (Mar. 14, 2012), *appeal denied,* No. S12D1180 (Ga. Apr. 11, 2012); ***Fitzpatrick v. Obama***, No. 09R81 (N.C. Catawba Cty Super. Ct. May 2009) (rejecting purported "indictment" issued against Obama on grounds that he was not a natural born citizen eligible to serve as President); ***Freeman v. Obama***, 12 SOEB GP 103 (Ill. Bd. of Elections Hearing Officer Recommendation Jan. 27, 2012) (Obama's birth certificate "clearly establishes" his eligibility for office as a "Natural Born Citizen"), *objection overruled* (Ill. Bd. of Elections, Feb. 3, 2012); ***Galasso v. Obama***, No. STE 04534-12 (N.J. Office of Admin Law Feb. 10, 2012) (initial decision rejecting challenge to Obama's 2012 nominating position and finding that, assuming Obama was born in Hawaii, he is a "natural born citizen" eligible for the presidency per *Ankeny* and *Wong Kim Ark* ) ), *decision adopted as final* (N.J. Sec'y of State Apr. 12, 2012); ***Garvey v. Obama** (In re Objection of Christopher Garvey)*, No Number Assigned, (N.Y Bd. of Elections, Feb. 28, 2011) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition designating Obama as candidate is valid); ***Garvey v. N.Y. Bd. of Elections****,* No. 12-002764 (N.Y. Supreme Ct. Nassau County Mar. 6, 2012) (rejecting petition for writ of mandamus and seeking show cause order, challenging New York Bd. of Elections rejection of plaintiff's ballot challenge); ***Greenberg v. Brunner***, No. 2008CV1024 (Ohio Wood County Ct. Com. Pl. Jan. 14, 2009) (dismissing case challenging Obama's eligibility) (as reported by Ohio Secretary of State); ***Hendershot v. Kennedy***, No. 01-CV-2011-002321.00 (Al. Jefferson County-Birmingham Cir. Ct. Jan. 9, 2012) (dismissing case challenging Obama's eligibility to appear on 2012 ballot); ***In re John McCain's Ineligibility to Be on Presidential Primary Ballot in Pa***. No. 184 MD 2008 (Pa. Commw. Ct. Mar. 13, 2008) (dismissing case

challenging McCain's eligibility), *aff'd*, 944 A.2d 75 (Pa. 2008); **Jackson v. Obama,** 12 SOEB GP 104 (Ill. Bd. of Elections Hearing Officer Recommendation Jan. 27, 2012) (Obama's birth certificate "clearly establishes" his eligibility for office as a "Natural Born Citizen"), *objection overruled* (Ill. Bd. of Elections, Feb. 3, 2012); **Justice v. Fuddy**, No. 1CC09-1-000783 (Haw. Cir. Ct. Oct. 9, 2009) (dismissing case seeking access to records allegedly relevant to Obama's eligibility), *aff'd* 253 P.3d 665 (Haw. Ct. App. 2011), as corrected (Apr. 26, 2011); **Kerchner v. Obama**, No. 85 MD 2012 (Pa. Commw. Ct. Mar. 1, 2012) (dismissing complaint challenging Obama's eligibility to be on 2012 ballot); **Kesler v. Obama**, No. 2012-162 (Ind. Election Comm'n Feb. 24, 2012) (denying objection seeking to keep Obama off 2012 ballot on grounds that he is not a "natural born citizen") (written decision unavailable but video of hearing is available at www.in.gov/sos/022412_Video_3.html (last visited April 11, 2012)); **Keyes v. Bowen**, No. 34-2008-80000096-CUWMGDS (Ca. Sacramento Cty Super. Ct. Mar. 13, 2009) (dismissing petition for writ of mandate in case challenging, among other things, Obama's eligibility to be on the California ballot; assessing costs against plaintiff), *aff'd*, 189 Cal. App. 4th 647, 117 Cal.Rptr.3d 207 (Cal. Ct. App. 2010) (affirming dismissal), *pet. for rev. denied*, No. S188724 (Cal. Feb. 2, 2011), *cert denied*, 132 S. Ct. 99 (2011); **Lightfoot et al v. Bowen et al**, No. S168690 (Cal. Dec. 5, 2008) (denying petition for writ of mandate and stay), *app. for stay denied*, 129 S. Ct. 1053 No. 08A524 (Jan. 26, 2009); **Marquis v. Reed**, No. 08-2-34955-1 SEA (Wash. King County Super. Ct. Oct. 27, 2008) (dismissing case challenging Obama's eligibility); **Martin v. Lingle**, No. 29414, 2008 WL 4684786 (Haw. Oct. 22, 2008) (rejecting petition seeking disclosure of Obama's birth records allegedly related to his eligibility); **Martin v. Lingle**, No. 1CC08-1-002147 (Haw. Cir. Ct. 1st Cir. Jan. 12, 2009) (dismissing case seeking to compel disclosure of Obama's birth records based on challenge to his eligibility), *recons. denied*, (Jan. 27, 2009), *appeal dismissed*, No. 29643, 2009 WL 1669050 (Haw. Ct. App. June 9, 2009), *cert. denied*, No. 29643, 2009 WL 2372096 (Haw. Aug. 3, 2009); **Martin v. Bennett**, No. 1CC10-1-000969 (Haw. Cir. Ct. Sept. 7, 2010) (dismissing case seeking to compel disclosure of Obama's birth records based on challenge to his eligibility); **Mcinnish v. Chapman**, No. 1110665 (Al. Sup. Ct. Mar. 27, 2012) (denying petition for writ of mandamus to require secretary of state to order Obama to produce original birth certificate); **Meroni v. McHenry County Grand Jury Foreman**, No. 09mr339 (Ill. Cir. Ct. Jan. 20, 2010) (dismissing case seeking to compel grand jury investigation into Obama's eligibility); **Meroni et al v. Obama**, 12 SOEB GP 104 (Ill. Bd. of Elections Hearing Officer Recommendation Jan. 27, 2012) (Obama's birth certificate "clearly establishes" his eligibility for office as a "Natural Born Citizen"), *objection overruled* (Ill. State Bd. of Elections, Feb. 3, 2012); **Neal v. Brunner**, No. 2008CV72726 (Ohio Ct. Com. Pl. Wood County Nov. 17, 2008) (dismissing case challenging Obama's eligibility) (as reported by Ohio Secretary of State); **Patriot's Heart Media Network v. Ill. Bd. of Elections**, No. 10CH000605 (Ill. McHenry County Chancery. Ct. Mar. 8, 2010) (dismissing case challenging Obama's eligibility to be on ballot); **Powell v. Obama**, No. OSAH-SECSTATE-CE-1216823-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), *decision adopted as final* (Ga. Sec'y of State Feb. 7, 2012), *appeal dismissed*, No. 2012CV211528 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied,* No. S12D1077 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012); **Purpura v Obama**, No. STE 04588-12 (N.J. Office of Admin Law Apr. 10, 2012) (initial decision rejecting challenge to Obama's 2012 nominating position and finding that, assuming Obama was born in Hawaii, he is a "natural born citizen" eligible for the presidency per *Ankeny* and *Wong Kim Ark*) ), *decision adopted as final* (N.J. Sec'y of State Apr. 12, 2012); **Ripley v. Obama**, No. 2012-163 (Ind. Election Comm'n Feb. 24, 2012) (denying objection seeking to keep Obama off 2012 ballot on grounds that he is not a "natural born citizen") (written decision unavailable but video of hearing is available at www.in.gov/sos/022412_Video_3.html (last visited April 11, 2012)); **Schneller v. Cortes**, No. 199 MM 2008 (Pa. Jan. 8, 2009) (denying emergency application challenging Obama's eligibility), *pet. for cert. dismissed*, 129 S. Ct. 2830 (2009); **Schneller v. Obama**, No. 75 MD 2012 (Pa. Commw. Ct. Mar. 2. 2012) (dismissing complaint challenging Obama's eligibility to be on 2012 ballot), *appeal pending,* No. 137 MT 201 (Pa. filed Mar. 12, 2012);  **Sorenson v. Riley**, No. CV-2008-001906.00 (Ala. Montgomery County Cir. Ct.  Jan. 1, 2009) (dismissing complaint challenging Obama's and McCain's eligibility); **Sorenson v.**

*Kennedy*, No. 01-CV-2011-0023.00 (Ala. Montgomery County Cir. Ct. Jan. 19, 2012) (dismissing complaint challenging Obama's eligibility to be on 2012 ballot); ***Spuck v. Secretary of State***, No. 2008CV1116 (Ohio Erie County Ct. Com. Pl. Dec 2008) (dismissing case challenging Obama's eligibility) (as reported by Ohio Secretary of State); ***Strunk v. Patterson***, No. 029641/2008 (N.Y. King County Supr. Ct. Nov. 3, 2008) (dismissing case seeking to stay 2008 election on various grounds); ***Strunk v. Patterson***, No. 029642/2008 (N.Y. King County Supr. Ct. Nov. 24, 2009) (denying motion for subpoenas to multiple government agencies for documents allegedly relating to Obama's eligibility and denying motion for protective order); ***Strunk v. N.Y. Bd. of Elections et al***, No. 006500/2011 (N.Y. King County Supr. Ct. Apr. 12, 2012) (dismissing complaint challenging, among other things, President Obama's eligibility to his office; expressly rejecting the birther claim that Obama is ineligible on the basis of his father's citizenship as frivolous, and issuing a show cause order as to why sanctions should not be imposed upon plaintiff); ***Strunk v. Obama (In re Objection of Christopher-Earl: Strunk)***, No Number Assigned, (N.Y Bd. of Elections Feb. 28, 2012) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition designating Obama as candidate is valid); ***Stumpo v. Gov. of Michigan***, No. 08-140-MM (Mich. Dist. Ct. (30th) Mar. 31, 2009) (granting summary disposition in case filed challenging Obama's eligibility), *appeal dismissed*, No. 291681 (Mich. Ct. App. June 3, 2009), *recons. denied* (Oct. 1, 2009); ***Sullivan v. Marshall***, No. 08-cvs-021393 (N.C. Super. Ct. Mar. 16, 2009) (dismissing case challenging Obama's eligibility); ***Sullivan v. N.C. Sec'y of State***, No. 08-cv-1076 (N.C. Super. Ct. Oct. 29, 2008) (dismissing case challenging Obama's eligibility); ***Sunahara v. Haw. Dept. of Health***, No. 1cc12-1-000006 (Haw. 1st Dist. Ct. Mar. 8, 2012) (complaint seeking access to birth/death records of Sunahara based on alleged connection to Obama's eligibility); ***Swensson v. Obama***, No. OSAH-SECSTATE-CE-1216218-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), *decision adopted as final* (Ga. Sec'y of State Feb. 7, 2012), No. 2012CV211527 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied*, No. S12D1076 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012); ***Swihart v. Obama***, No. 2012-176 (Ind. Election Comm'n Feb. 24, 2012) (denying objection seeking to keep Obama off 2012 ballot on grounds that he is not a "natural born citizen") (written decision unavailable but video of hearing is available at www.in.gov/sos/022412_Video_3.html (last visited April 11, 2012)); ***Taitz v. Fuddy***, No. 1CC11-1-001731 (Haw. 1st Cir. Ct. Nov. 10, 2011) (dismissing appeal of agency refusal to grant access to documents allegedly related to Obama's eligibility), *recons. denied* (Jan. 6, 2012), *recons. denied* (Feb. 7, 2012); ***Taitz v. Obama***, No. BLC 2011-4 (N.H. Ballot Law Comm'n Nov. 18, 2011) (dismissing petition challenging Obama's eligibility to be on 2012 ballot), *recons. denied* (Nov. 28, 2011); ***Taitz v. Obama***, No. Number Assigned (Haw. Office of Elections Dec. 2, 2011) (rejecting petition seeking to challenge Obama's eligibility to be on 2012 ballot and demand for emergency hearing re: same); ***Taitz v. Gardner***, No. 2011-0880 (N.H. Dec. 27, 2011) (denying petition for original jurisdiction and/or appeal challenging order entered by N.H. Ballot Law Comm'n in *Taitz v. Obama*, No. BLC 2011-4 (N.H. Ballot Law Comm'n Nov. 18, 2011)); ***Taitz v. Nishimura***, No. SPCW-12-000014, 2012 WL 120367 (Haw. Jan. 12, 2012) (denying petition for writ of mandamus to force circuit court judge to issue order forcing Dept. of Health to grant access to documents allegedly related to Obama's eligibility); ***Taitz v. Obama***, No Number Assigned (Ind. Election Div. Feb. 16, 2012) (notice to Taitz that her election challenge could not be accepted due to failure to follow appropriate procedures); ***Terry v. Handel***, No. 2008cv158774 (Ga. Fulton County Super. Ct. Oct. 24, 2008) (dismissing case challenging Obama's eligibility), *appeal dismissed*, No. S09D0284 (Ga. Dec. 3, 2008), *recons. denied*, (Ga. Jan. 12, 2009), *appeal dismissed*, No. S09A1373 (Ga. May 18, 2009); ***Thompson v. Kennedy***, No. 75-CV-2012-000003.00 (Ala. St. Clair-Pell County Cir. Ct. Jan. 13, 2012) (dismissing complaint challenging Obama's eligibility to be on 2012 ballot); ***Thompson v. Obama (In re Objection of Julianne Thompson)***, No Number Assigned, (N.Y Bd. of Elections Determination Feb. 28, 2011) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition designating Obama as candidate is valid); ***Van Allen v. Obama (In re Objection of H. William Van Allen)***, No Number Assigned, (N.Y. Bd. of Elections Determination Feb. 28, 2011) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition

**"BIRTHER" CASES**

designating Obama as candidate is valid); ***Vestal v. Obama***, No Number Assigned (N.C. Bd. of Elections Dec. 13, 2011)  (rejecting purported "Complaint Under §19-3 Elections Fraud; Emergency Hearing Requested" filed in apparent attempt to challenge Obama's eligibility to remain on the ballot); ***Volodarsky v Obama*** *(In re Objection of Leonard Volodarsky)*, No Number Assigned, (N.Y Bd. of Elections Feb. 28, 2011) (rejecting petition challenging Obama's eligibility to be on 2012 ballot and finding that petition designating Obama as candidate is valid); ***Welden v. Obama***, No. OSAH-SECSTATE-CE-1215137-60-MALIHI (Ga. Office of St. Admin. Hrg. Feb. 3, 2012) (rejecting challenge to Obama's eligibility to appear on 2012 ballot; finding that Obama was born in U.S. and is a "natural born citizen"), *decision adopted as final* (Ga. Sec'y of State Feb. 7, 2012), *appeal dismissed*, No. 2012CV211527 (Ga. Fulton County Super. Ct. Mar. 2, 2012), *motion for injunction denied,* No. S12D1059 (Ga. Mar. 13, 2012), *appeal denied* (Ga. Apr. 4, 2012); ***Weyl v. Obama***, No. 2012-161(Ind. Election Comm'n Feb. 24, 2012) (denying objection seeking to keep Obama off 2012 ballot on grounds that he is not a "natural born citizen") (written decision unavailable but video of hearing is available at www.in.gov/sos/022412_Video_3.html (last visited April 11, 2012)); ***Wolf v. Fuddy***, No. 1CC11-1-002276 (Haw. 1st Cir. Ct. Sept. 30, 2011) (dismissing case seeking to compel disclosure of documents allegedly related to Obama's eligibility); ***Wrotnowski v. Bysiewicz***, 958 A. 2d 709 (Conn. 2008) (dismissing case challenging Obama's eligibility), *application for stay denied*, 129 S. Ct. 775 (2008).

Last Updated:  May 3, 2012