# EXIBIT 2

## Affidavit

STATE OF FLORIDA )
)S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

*[signature]*
NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|
| | FILE NUMBER 151 | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | Parent ☒ Other ☐ | 18b. Date of Signature |
|---|---|---|---|
| | (Stanley) Ann Dunham Obama | | 8-7-61 |

| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature |
|---|---|---|---|
| | David A. Sinclair | | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | UK Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

