# Exhibit 8

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-5329**  September Term 2011

1:11-cv-01421-RCL

Filed On: January 23, 2012 [1354161]

In re: Orly Taitz,

       Petitioner

### O R D E R

    By order filed November 23, 2011, Petitioner was directed to file payment of docketing fee or file a motion to proceed on appeal in forma pauperis, and it appearing that no response has been received from Petitioner. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    No mandate shall issue.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                      BY:    /s/
                                 Laura M. Chipley
                                 Deputy Clerk