LAW OFFICES OF

# GARFIELD & TEPPER

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

1801 CENTURY PARK EAST, SUITE 2400

LOS ANGELES, CALIFORNIA 90067-2326

TELEPHONE: (310) 277-1981

FAX: (310) 277-1980

May 26, 2012

Loretta J. Fuddy, A.C.S.W., M.P.H.
Director of Health
State of Hawaii
Department of Health
1250 Punchbowl St # 423
Honolulu, HI 96813

    Re:    Request for Verification of Vital Records Pursuant
               to Hawai'i. Rev. Stat. § 338-14.3 and 338-18(g)(4)

Dear Director Fuddy:

      I am a private attorney who seeks to confirm information about a vital event relating to a vital record which was acquired during the course of legal proceedings. I represent the Mississippi Democratic Party, which has been named as a defendant in a lawsuit currently pending in the Federal District Court for the Southern District of Mississippi, captioned *Taitz et al v. Democrat Party of Mississippi [sic], et al*, No. 3:12-cv-00280-HTW-LRA (S.D. Miss.).[1] In this case, Plaintiffs have sued my client, alleging, among other things, conspiracy to commit forgery and fraud in connection with the Certificate of Live Birth published on the White House website at www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate.

More specifically, Plaintiffs assert as follows:

- "On April 27, 2011 [President] Obama held a press conference in the White House and presented what he alleged to be a true and correct copy of his original long form birth certificate." See Complaint at 12 ¶ 1 (emphasis added).

- "On April 27, 2011, when [President] Obama posted his alleged long form birth certificate online . . . he originally did not flatten the file, which means that anyone with an Adobe Illustrator program on his computer could see layers of alterations in this alleged "birth

---

[1] I have not attached a copy of the Complaint and exhibits because the materials are voluminous and are accessible at www.archive.org/download/gov.uscourts.mssd.78493/gov.uscourts.mssd.78493.1.1.pdf. Of course, I will be happy to provide a copy upon your request.

Director Loretta Fuddy
May 26, 2012
Page 2

certificate" which looked like a complete fraud and hoax. . . ." See Complaint at 21 ¶ 11 (emphasis added). See also unnumbered exhibit to Complaint, viewable at page 69 of 157 in the docket-stamped version available at www.archive.org/download/gov.uscourts.mssd.78493/gov.uscourts.mssd.78493.1.1.pdf (affidavit and reduced size copy of the Certificate of Live Birth posted at WhiteHouse.gov included as exhibit to Complaint).

- "[President] Obama does not qualify as he never proved his birth in Hawaii and is using a computer-generated forgery instead of a valid long form birth certificate." See Complaint at 24-25 ¶ 18 (emphasis added).

- "[President] Obama used a forged birth certificate as his identification paper and as a proof of his eligibility." See Complaint at 30 ¶ 2 (emphasis added).

- "Defendant Democratic Party of Mississippi aided and abetted [President] Obama by covering up elections fraud and forgery and . . . by keeping [President] Obama as the Democratic candidate for the US Presidency, while knowing that he is not eligible and is committing elections fraud." See Complaint at 33 (emphasis added).

As such the authenticity of the "Certificate of Live Birth" copy posted at http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate – including the facts stated therein indicating that President Barack Hussein Obama, II was born in Honolulu Hawaii on August 4, 1961 – is directly at issue in the claims asserted against my client in this litigation.

Under Hawaii law, the Department of Health "shall," upon request by a qualified applicant, furnish "a verification of the existence of a certificate and any other information that the applicant provides to be verified relating to the vital event that pertains to the certificate." See Haw. Rev. Stat. § 338-14.3. A "qualified applicant" includes "a private . . . attorney who seeks to confirm information about a vital event relating to any such record that was acquired during the course of or for purposes of legal proceedings." See Haw. Rev. Stat. § 338-18(g)(4).

Therefore, pursuant to the above-referenced statutes, I hereby request official verification from the Hawaii State Department of Health of the following:

1. The original Certificate of Live Birth for Barack Hussein Obama, II, is on file with the Hawaii State Department of Health.

2. The information contained in the "Certificate of Live Birth" published at http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate, a copy of which is attached to this request, matches the information contained in the original Certificate of Live birth for Barack Hussein Obama, II on file with the Hawaii State Department of Health.

Director Loretta Fuddy
May 26, 2012
Page 3

    Pursuant to Haw. Rev. Stat. § 338-14.3 (d), the "fee for a verification in lieu of a certified copy shall be a maximum of one half of the fee established in section 338-14.5 for the first certified copy of a certificate issued." According to Haw. Rev. Stat. § 338-14.5, the "fees for certified copies of birth . . . certificates issued by the department of health shall consist of $10.00 for the first copy issued . . . ." Therefore, I have enclosed $5.00 to cover the cost of the requested verification.

    Thank you in advance for your prompt attention to this matter. If you have any questions regarding this request or need additional information in order to respond, please do not hesitate to contact me.

Sincerely,

SCOTT J. TEPPER

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|
| | FILE NUMBER 151 | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant *(Stanley) Ann Dunham Obama* | Parent ☒ Other ☐ | 18b. Date of Signature 8-7-61 |
|---|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant *David A. Sinclair* | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8-8-61 |
| 20. Date Accepted by Local Reg. AUG -8 1961 | 21. Signature of Local Registrar *U K L Lee* | | 22. Date Accepted by Reg. General AUG -8 1961 |

23. Evidence for Delayed Filing or Alteration

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka, Ph.D.*
STATE REGISTRAR