

Department of Health
1250 Punchbowl Street
Honolulu, Hawaii 96813

Office of Health Status Monitoring
P.O. Box 3378
Honolulu, Hawaii 96801

**STATE OF HAWAII**

# VERIFICATION OF BIRTH

<u>Recipient of Verification</u>:   Scott J. Tepper and Samuel L. Begley, attorneys for the Mississippi Democratic Party in <u>Taitz et al v. Democratic Party of Mississippi [sic], et al</u>, No. 3:12-cv-00280-HTW-LRA (S.D. Miss.)

Pursuant to Hawaii Revised Statutes §338-14.3, I verify the following:

1. The original Certificate of Live Birth for Barack Hussein Obama, II, is on file with the State of Hawaii Department of Health.

2. The information contained in the "Certificate of Live Birth" published at <u>http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-birth-certificate</u> and reviewed by me on the date of this verification, a copy of which is attached with your request, matches the information contained in the original Certificate of Live Birth for Barack Hussein Obama, II on file with the State of Hawaii Department of Health

................................................................................................................

I certify that the information contained
in the vital record on file with the
Department of Health was used to
verify the facts of the vital event.

*Alvin T. Onaka, Ph.D.* /s/

Alvin T. Onaka, Ph.D.
State Registrar

Date Issued:  May 31, 2012

OHSM FORM V01 (08/01/01)