IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| MICHAEL C. VOELTZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Case No.: 2012CA00467<br>BARACK HUSSEIN OBAMA, et. al. )<br>)<br>)<br>Defendants. )<br>)<br>_____ ) | |

### NOTICE OF FILING OF AFFIDAVITS OF SHERIFF JOSEPH A. ARPAIO AND PRIVATE INVESTIGATOR MIKE ZULLO IN CONTRAVENTION OF CLAIMS BY DEFENDANT BARACK OBAMA THAT HE WAS BORN IN THE UNITED STATES OR ITS TERRITORIES

Plaintiff Michael Voeltz hereby files the affidavits of private investigator Michael Zullo (Exhibit 1) and Sheriff Joseph M. Arpaio (Exhibit 2) in contravention of claims by Defendant Barack Obama that he was born in the United States.

Dated: June 11, 2012

                                                  Respectfully submitted,

                                                   */s/ Larry Klayman*
                                                  Larry Klayman, Esq.
                                                  F.L. Bar No. 246220
                                                  Klayman Law Firm
                                                  2020 Pennsylvania Ave. NW, Suite 800
                                                  Washington, DC 20006
                                                  Tel: (310) 595-0800
                                                  Email: leklayman@gmail.com

# Exhibit 1

State of Arizona        )
                        ) ss.
County of Maricopa      )

# AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the facts are true:

1. I am over the age of 18 and am a resident of Arizona. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, could testify competently thereto. I am an investigator with Maricopa County Sheriff's Cold Case Posse.

2. In August 2011, approximately 250 members of the Surprise, Arizona, Tea Party, who are residents of Maricopa County, presented a signed petition asking Sheriff Joe Arpaio to undertake an investigation to address concerns regarding President Barack Obama's long-form birth certificate released by the White House on April 27, 2011.

3. Residents of Maricopa County were concerned that document released was suspected to be a computer-generated forgery, not a scan of an original 1961 paper document, as represented by the White House when the long-form birth certificate was made public.

4. The Tea Party members petitioned under the premise that if a forged birth certificate was utilized to obtain a position for Barack Obama on the 2012 Arizona presidential ballot, their rights as Maricopa County voters could be compromised.

5. In October 2011, Sheriff Arpaio commissioned the Maricopa County Sheriff's Office Cold Case Posse, which is comprised of former law enforcement investigators and practicing attorneys, to investigate President Barack Obama's long-form birth certificate released by the White House on April 27, 2011. The purpose of this investigation was to determine if the document was, in fact, authentic.

6. As lead investigator for the Cold Case Posse, I agreed to Sheriff Arpaio's request to undertake the investigation into President Obama's birth certificate and his eligibility to be president.

7. In February, 2012, Cold Case Posse investigators advised Sheriff Joe Arpaio that the forgers most likely committed two crimes: first, in fraudulently creating a forgery that the White House characterized, knowingly or unknowingly, as an officially produced governmental birth record; and second, in fraudulently presenting to the residents of Maricopa County and to the American public at large, a forgery the White House represented as "proof positive" of President Obama's authentic 1961 Hawaii long-form birth certificate. These conclusions were based upon, but not limited to, input from numerous experts in the areas of typesetting, computer generated documents, forensic document analysis and Adobe computer programs, as well as, review of Hawaii state law, Hawaii Department of Health policies and procedures, and comparisons with numerous other birth records.

8. The Cold Case investigators further determined that the Hawaii Department of Health has engaged in what Sheriff's investigators believe is a systematic effort to hide from public inspection whatever original 1961 birth records the Hawaii Department of Health may have in their possession, including changing policies and procedures and denying valid Freedom of Information Act (FOIA) requests for information related to the 1961 birth records (said requests were not for any birth records).

9. Among the evidence released at the March 1, 2012, press conference were five videos the Cold Case Posse produced to demonstrate why the Obama long-form birth certificate is suspected to be a computer-generated forgery.

10. The videos provide a true and correct point-by-point illustration of the investigators' conclusion that the features and anomalies observed on the Obama long-form birth certificate were inconsistent with features produced when a paper document is scanned, even if the scan of the paper document had been enhanced by Optical Character Recognition (OCR) and optimized.

11. Additionally, the videos demonstrated that the Hawaii Department of Health Registrar's name stamp and the Registrar's date stamp were computer-generated images imported into an electronic document, as opposed to actual rubber stamp imprints inked by hand or machine onto a paper document. Based upon this, the document published on the White House website, is, at a minimum, misleading to the public as it has no legal import and cannot be relied on as a legal document verifying the date, place and circumstance of Barack Obama's birth.

12. The investigators also chronicled a series of inconsistent and misleading representations that various Hawaii government officials have made over the past five years regarding what, if any, original birth records are held by the Hawaii Department of Health.

13. The Cold Case Posse's law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is continuing, as additional information has been obtained and developed supporting the current findings of the Cold Case Posse. As soon as that information is properly sourced and verified, that additional information will be released to the public at the direction of Maricopa County Sheriff Joe Arpaio.

Executed this  11  day of June, 2012, in Maricopa County, Arizona.

_____
Michael Zullo

Sworn to and subscribed before me this 11th day of June, 2012.

*Frances Leuck*

FRANCES LEUCK
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
February 7, 2014

# Exhibit 2

State of Arizona          )
                          ) ss.
County of Maricopa        )

# AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the facts are true:

1. I am over the age of 18 and am a resident of Arizona. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, could testify competently thereto. I am the duly elected Sheriff of Maricopa County, Arizona, and I have been a law enforcement officer and official, in both state and federal government, for 51 years.

2. In August of last year, a group of citizens from the Surprise Arizona Tea Party organization met with me in my office and presented a petition signed by approximately 250 residents of Maricopa County, asking if I would investigate the controversy surrounding President Barrack Obama's birth certificate authenticity and his eligibility to serve as the President of the United States.

3. This group expressed its concern that, up until that point, no law enforcement agency in the country had ever gone on record indicating that they had either looked into this or that they were willing to do so, citing lack of resources and jurisdictional challenges.

4. The Maricopa County Sheriff's Office is in a rather unique position. Under the Arizona Constitution and Arizona Revised Statutes, as the elected Sheriff of Maricopa County, I have the authority to request the aid of the volunteer posse, located in the county, to assist me in the execution of my duties. Having organized a volunteer posse of approximately 3,000 members, I, as the Sheriff of the Maricopa County Sheriff's Office, can authorize an investigation go forward to answer these questions at virtually no expense to the tax payer.

5. The Cold Case posse agreed to undertake the investigation requested by the 250 citizens of Maricopa County. This posse consists of former police officers and attorneys who have worked investigating the controversy surrounding Barack Obama. The investigation mainly focused on the electronic document that was

presented as President Obama's long form birth certificate to the American people and to citizens of Maricopa County by the White House on April 27, 2011.

6. The investigation led to a closer examination of the procedures regarding the registration of births at the Hawaii Department of Health and various statements made by Hawaii government officials regarding the Obama birth controversy over the last five years.

7. Upon close examination of the evidence, it is my belief that forgery and fraud may likely have been committed in key identity documents including President Obama's long-form birth certificate, his Selective Service Registration card, and his Social Security number.

8. My investigators and I believe that President Obama's long-form birth certificate is a computer-generated document, was manufactured electronically, and that it did not originate in a paper format, as claimed by the White House. Most importantly, the "registrar's stamp" in the computer generated document released by the White House and posted on the White House website, may have been imported from another unknown source document. The effect of the stamp not being placed on the document pursuant to state and federal laws means that there is probable cause that the document is a forgery, and therefore, it cannot be used as a verification, legal or otherwise, of the date, place or circumstances of Barack Obama's birth.

9. The Cold Case Posse law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is on-going. The on-going nature of the investigation is due to additional information that has come to light since we held the press conference in March, 2012. As soon as that information has been properly verified by the Cold Case Posse, I will release that information to the public.

Executed this 11th day of June, 2012, in Maricopa County, Arizona.

_____
Joseph M. Arpaio, Maricopa County Sheriff

Sworn to and subscribed before me this 11th day of June, 2012.

*Lynda Jenise Moreno*

LYNDA JENISE MORENO
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 9, 2016

2 | Page

**CERTIFICATION**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. mail this 11th day of June, 2012 to the following:

Hon. Terry P. Lewis
Circuit Judge
Leon County Courthouse
Room 301-C
301 S. Monroe Street
Tallahassee, FL 32301

Daniel Nordy
Ashley E. Davis
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399

Mark Herron
Joseph Brennan Donnelly
Robert J. Telfer, III
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317

Stephen F. Rosenthal
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130-1720

Richard B. Rosenthal
The Law Offices of Richard B. Rosenthal, P.A.
169 East Flagler Street, Suite 1422
Miami FL 33131

James A. Peters
Office of the Attorney General
FL-01, The Capital
Tallahassee, FL 32399-1050

*Counsel for Defendants*

                Respectfully submitted,

                 */s/ Larry Klayman*
                Larry Klayman, Esq.
                F.L. Bar No. 246220
                Klayman Law Firm
                2020 Pennsylvania Ave. NW, Suite 800
                Washington, DC 20006
                Tel: (310) 595-0800
                Email: leklayman@gmail.com