**Dr. Orly Taitz, ESQ**
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA  92688
Ph 949-683-5411 F949-766-7603
Orly.Taitz@gmail.com
CA Bar License 223433
In propria Persona in MS



# IN THE U.S. DISTRICT COURT

# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DR. ORLY TAITZ, ESQ )<br>BRIAN FEDORKA )<br>LAURIE ROTH )<br>LEAH LAX )<br>TOM MacLERAN )<br>)<br>V )<br>)<br>DEMOCRAT PARTY OF MISSISSIPPI, )<br>SECRETARY OF STATE OF MISSISSIPPI)<br>BARACK HUSSEIN OBAMA )<br>OBAMA FOR AMERICA )<br>NANCI PELOSI )<br>DR. ALVIN ONAKA )<br>LORETTA FUDDY )<br>MICHAEL ASTRUE )<br>JANE DOES, JOHN DOES 1-100 ) | CASE# 3:12-cv-280-HTW-LRA |

## MOTION TO EXPEDITE THE CASE DUE TO US NATIONAL SECURITY CONCERNS AND EVIDENCE OF THE HIGHEST LEVEL OF BREACH OF THE U.S. NATIONAL SECURITY PRESENTED IN THIS CASE

The case at hand was filed after the Democratic Party of Mississippi failed to respond to the elections challenge against candidate for the U.S. Presidency, Barack Obama, which was filed with the Board of the Democratic Party.

This case was filed in the Circuit court of Hinds County, and was removed by the defendants to the U.S. District Court. Plaintiffs argued that the case was improperly removed, as all of the defendants had to consent to the removal and only 2 defendants consented. Plaintiffs filed a Motion to Remand, which lingered in court for several months.

Additionally, Defendants filed a request of judicial notice, where they attached an alleged copy of Barack Obama's birth certificate, posted by Mr. Obama on whitehouse.gov, seeking a judicial notice of the court of the above birth certificate, attempting to legitimize it.

Plaintiffs opposed this request for a judicial notice and sought sanctions against attorneys for the defense, as these attorneys had in their possession sworn affidavits attesting to the fact that this alleged birth certificate represents a computer generated forgery. Plaintiffs sought sanctions against attorneys Begley and Tepper who sought such judicial notice issued by this court while knowing that there is substantial evidence showing this alleged document to be a forgery. Additionally, Plaintiffs sought an **EMERGENCY EVIDENTIARY HEARING**

and subpoena for the original alleged birth certificate and the original microfilm of the aforementioned birth certificate.

As of today both Motion to Remand to the State court and Motion for an Emergency Evidentiary Hearing in relation to Motion for sanctions against Attorneys Begley and Tepper have been lingering with this court for several months.

## ARGUMENT

Order to expedite ruling on the motion to remand and hold an emergency hearing as noted above is warranted for following reasons:

1. This is a matter of National security and represents the most egregious breach of the U.S. national security.

   Plaintiffs provided this court with sworn affidavits of Sheriff Joseph Arpaio of Maricopa County, Arizona, as well as multiple other experts and competent witnesses, all of whom attested to the fact that Barack Hussein Obama is using a forged birth certificate, forged selective service certificate and a stolen CT SSN xxx-xx-4425. (Exhibits 1-17)

2. Recently Alabama Supreme Court heard a similar case. <u>McInnish v Chapman,</u> 87140552 Alabama Supreme court. Unfortunately, the case was

filed by a pro se plaintiff, who mistakenly skipped the lower court and went straight to a higher court to appeal the decision by the Secretary of State of Alabama, Beth Chapman, to allow Obama on the ballot in light of his forged identification papers. While the Supreme Court of AL had to dismiss the case due to lack of jurisdiction, Supreme Court Justice Tom Parker wrote: "*McInnish has attached certain documentation to his mandamus petition, which, if presented to the appropriate forum as part of a proper evidentiary presentation, would raise serious questions about the authenticity of both the "short form" and the "long form" birth certificates of President Barack Hussein Obama that have been made public.*" Id McInnish v Chapman, 87140552 Alabama Supreme court. This confirms the assertion by the plaintiffs in the case at hand that this is a case of great importance to National security, as it shows that an individual occupying the position of the President and Commander in Chief is using identification papers, which "raise serious questions of authenticity…"

3. Taitz also submitted a Bar complaint against both attorneys: MS attorney Begley and CA attorney Tepper, arguing that they attempted to legitimize and sanitize a document through a request for judicial notice, while they had information that there is a large amount of evidence that such document is indeed a forgery. Taitz provided both bars with information that the

document in question is the alleged birth certificate for Barack Obama. There was no ruling by MS bar yet, however, CA bar stated that this is indeed a matter of National security and needs to be resolved by the court and the District Attorney and Department of Justice. (Exhibit 18 Letter from the CA Bar). Taitz filed a complaint with the District attorney of Hinds County, MS and Los Angeles County, CA, but did not receive a response yet. Letter from William Stralka, Deputy Trial counsel of the CA bar, is attached (Exhibit 18). CA Bar defines this matter as a matter of National security which is beyond the State Bar.

In the First Amended Complaint provided a quote of Obama's close associate, William Ayers, who in his book *Fugitive Days*, admitted to creating over a hundred fraudulent Social Security Numbers using names of deceased infants who did not get their Social Security numbers before their deaths. As he states in *Fugitive Days,* "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for

those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card. Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." *William Ayers, Fugitive Days.* Association and close friendship with Ayers coupled with E-Verify and SSNVS reports of invalid Social Security number for Obama, is an additional indication and circumstantial evidence of Social Security fraud by Obama, and his lack of valid identification documents to prove not only natural born status, but any citizenship status for that matter. Ayers was a leader in the Weather Underground and SDS. Attached herein as an Exhibit 19 are declassified FBI files which show that members of the Weather Underground and SDS were affiliated with a number of foreign subversive and terrorist organizations and foreign intelligences: among them Quebec Liberation front, Venceramos brigade, Black Panthers, Viet Kong, Cuban intelligence, International Assembly of Revolutionary Student Movements,

representatives of the Maoist government of China and others. Considering the fact that Obama does not have valid identification papers and his environment and associates, not granting a motion to expedite this case and identify all valid original Identification records for Obama would represent a threat to the U.S. National security.

4. Recently, a group of high ranking CIA, Military, special ops., Navy Seals and Delta Force officers released a film, DishonorableDisclosures.com. This video clip is being shown on national TV, on YouTube, and at the original website DishonorableDisclosures.com. In this film, those high ranking officers exposed multiple leaks of sensitive National security information coming from the White House. Those officers are speaking out in expressing their grave concerns that such leaks endanger multiple lives of the U.S. intelligence agents. In light of this development, not expediting the requested hearing and not ascertaining legitimacy of Obama's Identification papers, would make this very court complicit and would endanger the U.S. National security and lives of the U.S. intelligence officers.

Based on evidence in the First Amended Complaint and this motion, it is abundantly clear that we have a foreign national, citizen of Indonesia and Kenya, Barack Hussein Obama, who is using forged identification papers. We do not know what is this man's origin, and we do not know where is his allegiance. We have an ultimate Manchurian candidate. In this situation, when the Court just sits

on the case, does not rule, does not hold an evidentiary hearing, the court is violating the First Amendment rights of the Free Speech of the plaintiffs and the U.S. citizens under the color of authority. Lawful elections represent the highest form of representation of free speech. When the citizens of this country are forced to take part in a sham, unlawful election, with a foreign national with forged papers being on the ballot, such rights of political free speech are infringed upon.

The United States Supreme Court has held that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Steakhouse, Inc. v. City of Raleigh, 166 F.3d 634, 637 (4th Cir. 1999) (quoting Elrod v. Burns, 427 U.S. 347, 373 (1976)). The Court has also recognized the need for rapid resolution of litigation in the First Amendment issue-advocacy context by requiring special consideration for protecting free speech and speakers, for example, by requiring that standards of review "be objective, focusing on the substance of the communication rather than amorphous considerations of intent and effect," and that there must be "minimal if any discovery, to allow parties to resolve disputes quickly without chilling speech through the threat of burdensome litigation." FEC v. Wisconsin Right to Life, Inc., 127 S. Ct. 2652, 2655 (2007) ("WRTL II"); see also North Carolina Right to Life, Inc. v. Leake, 525 F.3d 274, 282 (4th Cir. 2008). In WRTL II, the

Court spoke disapprovingly of the burdensome, time-consuming litigation that the plaintiff in that case had to endure. The Court rejected the defendant's contention that it could consider an organization's intent in evaluating the meaning of political speech. See WRTL II, 127 S. Ct. at 2666 n.5. The Supreme Court has thus come down on the side of expedition in cases, such as the present one, where issue advocacy is being restricted.

Certain questions of law, such as those affecting political speech, demand rapid resolution, because "timing is of the essence in politics. It is almost impossible to predict the political future; and when an event occurs, it is often necessary to have one's voice heard promptly, if it is to be considered at all." Shuttlesworth v. City of Birmingham, 394 U.S. 147, 163 (1969) (Harlan, J.,concurring).

> General election is upon us. If this court does not rule, this court will be aiding and abetting a foreign national in committing elections fraud by use of forged and stolen identification papers. Such court would engage in violation of the civil right of Free Speech under color of authority and such court would be engaged in treason against the United States of America by allowing usurpation of the U. S Presidency and the position of the Commander in Chief.

## CONCLUSION

Due to all of the above, Motion to Expedite should be granted.

Respectfully submitted, *Taitz.*

/s/ Dr. Orly Taitz, ESQ

08.17.2012

## DECLARATION OF ATTORNEY ORLY TAITZ

I, Orly Taitz, am over 18 years old, have personal knowledge of the following and can attest to the following:

1. Exhibit 1 is a true and correct copy of the Affidavit of Sheriff Joseph M. Arpaio received by me.

2. Exhibit 2 is a true and correct copy of the Affidavit of expert Douglas Vogt received by me.

3. Exhibit 3 is a true and correct copy of the Affidavit of Felicito Papa received by me.

4. Exhibit 4 is a true and correct copy of the Affidavit of assistant registrar of the state of Hawaii Timothy Adams received by me.

5. Exhibit 5 is a true and correct copy of the Affidavit of Adobe Illustrator expert Felicito Papa received by me.

6. Exhibit 6 is a true and correct copy of the Affidavit of John Sampson, Senior Deportation officer of the department of homeland security, received by me.

7. Exhibit 7 is a true and correct copy of the Affidavit of Linda Jordan and attached e-verify received by me.

8. Exhibit 8 is a true and correct copy of the SSNVS (Social security verification systems) printout received by me.

9. Exhibit 9 is a true and correct copy of the Affidavit of typesetting expert Paul Irey received by me.

10. Exhibit 10 is a true and correct copy of the Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2000 received by me.

11. Exhibit 11 is a true and correct copy of the Certification of Nomination of John Kerry issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2004 received by me.

12. Exhibit 12 is a true and correct copy of the Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2008 received by me.

13. Exhibit 13 is a true and correct copy of the Certificate of Nomination of John Kerry by Democratic National Committee sent to the State of Hawaii in 2004 received by me.

14. Exhibit 14 is a true and correct copy of the Certificate of Nomination for Barack Obama by Democratic National Committee in 2008 sent to 49 states received by me.

15. Exhibit 15 is a true and correct copy of the Certificate of Nomination for Barack Obama by Democratic National Committee sent to the Office of Elections of the State of Hawaii in 2008 received by me.

16. Exhibit 16 is a true and correct copy of the School registration #203 for Barack Obama from Assissi School in Jakarta Indonesia received by me.

17. Exhibit 17 is a true and correct copy of the Affidavit of Chris Strunk, received by me.

18. Exhibit 18 is a true and correct copy of the Letter from California State Bar received by me.

19. Exhibit 19 is a true and correct copy of the Weatherman Underground Summary for FBI received by me.

20. I declare under the penalty of perjury that aforementioned is true and correct.

Dated this 08.17.2012

/s/ Orly Taitz
Dr. Orly Taitz, ESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688

## CERTIFICATE OF SERVICE

I, Yulia Yun, attest that I served a true and correct copy of above pleadings on the defendants on 08.17.2012.

Yulia Yun

Cc

Darryl Issa Chairman of the House of Representatives Oversight committee

Lamar Smith Chairman of the house Judiciary Committee

Inspector general of the Department of Justice

MS Bar

CA Bar

## PROPOSED ORDER