AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Dr. Orly Taitz et al
*Plaintiff*

v.   Civil Action No. 12-civ-280

Democratic Party of Mississippi et al
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Loretta Fuddy
c/o Attorney General of Hawaii
465 South King str, Room 200
Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Orly Taitz ESQ
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA
92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: SEP 2 4 2012

M. Dean
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Dr Orly Taitz Esq et al_, Plaintiff

v.

_Democrat Party of Mississippi, Barack Hussein Obama et al_, Defendant

Civil Action No. _12-Civ-280_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  "Obama for America"
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Orly Taitz ESQ
29839 Santa margarita ste 100
Rancho Santa margarita CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: SEP 2 4 2012

_N. Dean_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Dr. Orly Taitz Esq et al
_Plaintiff_

v.   Civil Action No. 12-civ-280

Democrat Party of Mississippi, et al
_Defendant_

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Barack Hussein Obama
1600 Pensylvania Ave
Washington DC 20500

A lawsuit has been filed against you. (Mr. Obama served as an individual, not as a sitting president)

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Orly Taitz esq.
29839 Santa Margarita Ste 100
Rancho, Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
CLERK OF COURT

Date: SEP 2 4 2012

_N. Dean_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Dr. Orly Taitz et al
*Plaintiff*

v.   Civil Action No. 12-civ-280

Democratic Party of Mississippi et al
*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael Astrue
c/o U.S. Attorney for the District of Columbia
555 4th str. NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Orly Taitz esq.
29839 Santa Margarita ste 100
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
CLERK OF COURT

Date: SEP 2 4 2012

N. Dean
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Dr. Orly Taitz esq et Al
_____
Plaintiff

v.   Civil Action No. 12-civ-280

Secretary of State Mississippi et Al
_____
Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nancy Pelosi
90 7th str # 2-800
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dr. Orly Taitz esq.
29839 Santa Margarita ste 100
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: SEP 2 4 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Dr. Orly Taitz, ESQ et al
_Plaintiff_

v.   Civil Action No. 12-civ-280

Democrat Party of Mississippi et al
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alvin T. Onaka
c/o Attorney General of Hawaii
465 South King Str, Room 200
Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Orly Taitz, ESQ
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA
92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
CLERK OF COURT

Date: SEP 2 4 2012

_N. Dean_
*Signature of Clerk or Deputy Clerk*