AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALVIN T. ONAKA

was received by me on *(date)* 9/29/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KENDALL J. MOSER, who is designated by law to accept service of process on behalf of *(name of organization)* ATTORNEY GENERAL OF THE STATE OF HAWAII on *(date)* 10/8/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/8/2012

*Server's signature*

LAWRENCE B. FENTON
*Printed name and title*

1419 DOMINIS ST. APT. 1206 HONOLULU, HI 96822
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALVIN  T.  ONAKA

was received by me on *(date)*  9/29/2012  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  AUDREY GIBO  , who is
designated by law to accept service of process on behalf of *(name of organization)*  HAWAII STATE DEPARTMENT
OF HEALTH  on *(date)*  10/8/2012  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/8/2012

_____
*Server's signature*

LAWRENCE B. FENTON
*Printed name and title*

1414 DOMINIS ST. APT. 1206 HONOLULU HI
*Server's address*
96822

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LORETTA FUDDY__
was received by me on *(date)* __9/29/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __KENDALL J. MOSER__, who is
designated by law to accept service of process on behalf of *(name of organization)* __ATTORNEY GENERAL
OF THE STATE OF HAWAII__ on *(date)* __10/8/2012__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/8/2012__

_____
Server's signature

__LAWRENCE B. FENTON__
Printed name and title

__1419 DOMINIS ST APT 1206 HONOLULU, HI 96822__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LORETTA FUDDY**
was received by me on *(date)* **9/29/2012**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **AUDREY GIBO**, who is designated by law to accept service of process on behalf of *(name of organization)* **HAWAII STATE DEPARTMENT OF HEALTH** on *(date)* **10/8/2012**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/2012**

*Server's signature*

**LAWRENCE B. FENTON**
*Printed name and title*

**1419 DOMINIS ST, APT. 1206 HONOLULU, HI 96822**
*Server's address*

Additional information regarding attempted service, etc: