Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

# IN THE U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DR. ORLY TAITZ, ESQ ) <br> BRIAN FEDORKA ) <br> LAURIE ROTH ) <br> LEAH LAX ) <br> TOM MacLERAN ) <br> ) <br> V ) <br> ) <br> DEMOCRAT PARTY OF MISSISSIPPI, ) <br> SECRETARY OF STATE OF MISSISSIPPI) <br> BARACK HUSSEIN OBAMA ) <br> OBAMA FOR AMERICA ) <br> NANCI PELOSI ) <br> DR. ALVIN ONAKA ) <br> LORETTA FUDDY ) <br> MICHAEL ASTRUE ) <br> JANE DOES, JOHN DOES 1-100 ) | CASE# 3:12-cv-280-HTW-LRA |

## NOTICE OF PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT

Per court instruction remaining defendants were served within 3 weeks

1. Defendants Alvin Onaka-Registrar of the Department of Health of HI and Loretta Fuddy, Director of Department of Health were served at the department of Health and at the office of the Attorney General of Hawaii. See attached Certificate of personal service by Mr. Larry Fenton.

2. Michael Astrue –Commissioner of the Social Security Administration, Congresswoman Pelosi, and President Obama were served by the "Same Day Processing" delivery service through the U.S. Department of Justice. See attached
3. "Obama for America" refused service, as such "Obama for America" was served by registered mail. See attached
4. Aside from being served through the Department of Justice Mr. Obama was served by mail as well.

Respectfully submitted
/s/ Dr. Orly Taitz ESQ
10.08.2012
Proof of service is attached separately