Orly Taitz< orly.taitz@gmail.com>

## Auto-Email RE: Dr. Orly Taitz, Esq. (United States of America, by serving Department of Justice )

1 message

**info@samedayprocess.com**< info@samedayprocess.com>          Tue, Oct 9, 2012 at 12:14 PM
To: orly.taitz@gmail.com

Automated Message Regarding: United States of America, by serving Department of Justice
Your Reference#: Dr. Orly Taitz, Esq.
Our Job#: 62302
Dr. Orly Taitz, Esq., et al
v.
Elections Commission, et al

Recipient: United States of America, by serving Department of Justice

Date Completed: 10/09/2012 - Time Completed: 1:16 PM - Manner: GOV AGENCY

Person Left With: DONNA WHITLEY - Title/Relation (If Applicable): Authorized Agent - Manner: GOV AGENCY

Description Of Person:
Sex:Female
Skin/Race: Brown
Hair: Black
Age: 36
Height: 5"4"-5"8"
Weight: Over 200 lbs

Completion Address:
950 Pennsylvania Ave., NW


Washington, DC 20530

Comments/Notes: