Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

ph 949-683-5411 fax 949-766-7687

orly.taitz@gmail.com

## BEFORE THE PANEL FOR MULTIDISTRICT LITIGATION

## MOTION TO COORDINATE AND CONSOLIDATE CASES UNDER § 28 USC § 1407(C)(II)

Plaintiff Dr. Orly Taitz, ESQ is moving for consolidation of three cases, currently

in three Federal courts

Judd et al  v Obama et al 12-1507 Central District of CA

Taitz v Sebelius, 12-3251 et al Northern District of TX

and Taitz v Democratic Party of Mississippi, Secretary of State of MS et al 12-280

Southern District of MS

Judd v Obama and Taitz v Democratic Party of MS are elections challenges. Taitz

v Sebelius is a challenge to a provision in the Affordable Care Act(ACA), which

grants exemptions to Health Care insurance payments to members of some religions, while penalizing and taxing members of other religions.

At the core of all three actions is one main nucleus of facts and most of defendants are the same defendants. On September 20, 2012 attorneys for the Defendants filed responsive pleadings in <u>Taitz v Sebelius</u>, where they conceded to the commonality of facts between <u>Taitz v Sebelius</u> and <u>Taitz v Democratic party of MS</u>. Attorney for the Secretary of State of MS, Mr. Matheny sent an e-mail to the plaintiff, specifically noticing and conceding to the commonality of facts between these cases. Defedants did not respond in Judd v Obama yet. As such Plaintiff does not expect an objection to consolidation. additionally, one of two counselors for the Democratic Party of MS is a CA attorney, who actually appeared in court by phone from CA. Plaintiff Taitz is a CA licensed attorney and can represent all the plaintiffs in CA.

The common fact is that Barack Hussein Obama, who is currently a candidate in 2012 Presidential election and who signed ACA into law is committing identity fraud, elections fraud, Social Security fraud and Selective Service fraud. (exhibits 1-17). Plaintiff contents that citizen of Indonesia Obama got on the ballot using forged and fraudulently obtained IDs and needs to be removed from the ballot. Additionally, one of the reasons individual mandate of ACA is not valid is due to the fact that it was signed into law by Obama, whowas never eligible hold the

position of the US President. Forged and fraudulently obtained IDs used by Obama include  Connecticut Social security number 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, which obama used as recently as in 2010 in his tax returns, and which was never assigned to him according to E-Verify and SSNVS, forged Selective Service certificate and a forged Birth Certificate. Taitz contents that a number of high ranking officials of the Federal government and the Government of Hawaii acted in concert with Obama and formed a racketeering scheme to defraud 214 million Americans and put in the position of the US President and Commander in Chief a foreign national with forged IDs. All three causes of action contain similar RICO allegations.

Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

ph 949-683-5411 fax 949-766-7687

orly.taitz@gmail.com

## BEFORE THE PANEL FOR MULTIDISTRICT LITIGATION

## BRIEF IN SUPPORT OF MOTION TO COORDINATE AND

## CONSOLIDATE CASES  UNDER § 28 USC § 1407(C)(II)

Plaintiff Dr. Orly Taitz, ESQ is moving for consolidation of three cases, currently

in three Federal courts

Judd et al  v Obama et al 12-1507 Central District of CA

Taitz v Sebelius, 12-3251 et al Northern District of TX

and Taitz v Democratic Party of Mississippi, Secretary of State of MS et al 12-280

Southern District of MS

Judd v Obama and Taitz v Democratic Party of MS are elections challenges. Taitz v Sebelius is a challenge to a provision in the Affordable Care Act(ACA), which grants exemptions to Health Care insurance payments to members of some religions, while penalizing and taxing members of other religions.

At the core of all three actions is one main nucleus of facts and most of defendants are the same defendants. On September 20, 2012 attorneys for the Defendants filed responsive pleadings in Taitz v Sebelius, where they conceded to the commonality of facts between Taitz v Sebelius and Taitz v Democratic party of MS. Attorney for the Secretary of State of MS, Mr. Matheny sent an e-mail to the plaintiff, specifically noticing and conceding to the commonality of facts between these cases. Defendants did not respond in Judd v Obama yet. As such Plaintiff does not expect an objection to consolidation. additionally, one of two counselors for the Democratic Party of MS is a CA attorney, who actually appeared in court by phone from CA. Plaintiff Taitz is a CA licensed attorney and can represent all the plaintiffs in CA.

The common fact is that Barack Hussein Obama, (Hereinafter "Obama") who is currently a candidate in 2012 Presidential election and who signed ACA into law is committing identity fraud, elections fraud, Social Security fraud and Selective Service fraud. (exhibits 1-17). Plaintiff contents that citizen of Indonesia Obama got on the ballot using forged and fraudulently obtained IDs and needs to be

removed from the ballot. Additionally,  one of the reasons individual mandate of ACA is not valid is due to the fact that it was signed into law by Obama, who was never eligible to hold the position of the US President. Forged and fraudulently obtained IDs used by Obama include  Connecticut Social security number xxx-xx-4425, which Obama used as recently as in 2010 in his tax returns, and which was never assigned to him according to E-Verify and SSNVS, forged Selective Service certificate and a forged Birth Certificate. Taitz contents that a number of high ranking officials of the Federal government and the Government of Hawaii acted in concert with Obama and formed a racketeering scheme to defraud 214 million Americans and put in the position of the US President and Commander in Chief a foreign national with forged IDs. All three causes of action contain similar allegations of RICO and violation of civil rights which are listed below and in attached exhibits.

## FRAUD BY OBAMA

**Paragraphs 1-23 represent facts related to  fraud committed by Obama and are relevant to other plaintiffs and causes of action and incorporated by reference in all further paragraphs as if fully stated.**

1. Barack Hussein Obama (Hereinafter Obama) never provided any valid documentary evidence of his natural born status, which is required for one to be a candidate for the U.S. Presidency according to the Article 2, section 1 of the U.S. Constitution.

2. Obama placed his candidacy on the ballot claiming to be a natural-born citizen based on forged identification papers.

3. A natural born citizen would be expected to have valid U.S. identification papers, such as a valid long form birth certificate and a valid Social Security number, lawfully obtained by presenting a valid birth certificate to the Social Security Administration and which can be verified through official U.S. Social Security verification services, such as E-Verify and SSNVS.

4. The most glaring evidence of Obama's lack of natural born status and legitimacy for the US Presidency, is Obama's lack of most basic valid identification papers, such as a valid Social Security Number ("SSN") and his use of a fraudulently obtained Social Security Number from the state of Connecticut, a state where he never resided, and which was never assigned to him according in part to SSN verification systems "E-Verify" and SSNVS. (Exhibit 7, 10  to Affidavit of elections challenge-affidavit of Linda Jordan and printout from E-Verify and

SSNVS, showing that Connecticut Social Security used by Obama, was never assigned to him)

4.    Reports from licensed investigator Susan Daniels ("Daniels") show that for most of his life Obama used a Connecticut Social Security Number xxx-xx-4425 issued in 1977, even though he was never a resident of the State of Connecticut. In 1977 Social Security numbers were assigned according to the state where the Social Security applications were submitted. The first three digits of the Social Security number assigned prior to 2011 signified a state, where an individual applied for his SSN and where it was issued. Obama is using a SSN starting with 042, which signifies the state of CT. In 1977 Obama was nowhere near Connecticut, but rather a young student at the Punahoa school in Hawaii, where he resided. (Exhibit 15, Sworn Affidavit of Susan Daniels, attesting to the fact that Obama is fraudulently using a Connecticut Social Security number, which was never assigned to him)

5.    Additionally, according to the review performed by licensed investigators Sankey and Daniels, and as publicly available, national databases revealed another birth date associated with this number, a birth date of 1890. In or around 1976-77, due to changes in the Social Security Administration, many elderly individuals who never had Social Security numbers before, had to apply for

their Social Security numbers for the first time in order to obtain Social Security Benefits. It appears that the number in question was assigned to an elderly individual in Connecticut around March of 1977. The death of this elderly individual was never reported, and from around 1980 this number was fraudulently assumed by Barack Obama. (*See Exhibit 15  attached hereto, Affidavit of Susan Daniels.)*

4.    Senior Deportation Officer from the Department of Homeland Security ("DHS"), Mr. John Sampson ("Sampson") provided an affidavit attesting to the fact that indeed, according to national databases, Obama is using a Connecticut SSN even though there is no reasonable justification or explanation for such use by one who resided in Hawaii in and around the time the Social Security number in question was issued. (See Declaration of elections challenge, Exhibit 9, Affidavit of senior Deportation officer John Sampson, attesting to fraud in Obama's SSN)

5.    In 2010 Obama posted online on WhiteHouse.gov his 2009 tax returns. He originally did not "flatten" the PDF file thereof, so all the layers of modification of the file became visible to the public. One of the pages contained Obama's full SSN xxx-xx-4425. Taitz received an affidavit from Adobe Illustrator program expert Mr. Felicito Papa ("Papa") attesting to the fact that the tax returns

initially posted by Obama contained the full Connecticut SSN xxx-xx-4425. While the file was later "flattened" and the SSN can no longer be seen, thousands of U.S. Citizens and individuals around the world were able to obtain the original file with the full SSN. (See Affidavit of Elections Challenge Exhibit 6 attached hereto, Affidavit of Felicito Papa.)

7.     Taitz received an affidavit from a witness Linda Jordan (Hereinafter "Jordan"), who ran an E-verify check for the aforementioned Social Security number, which was posted by Obama on line as his number. According to E-Verify, there is no match between Obama's name and the SSN he used on his tax returns and Selective Service application. (See Affidavit of elections challenge, Exhibit 7 attached hereto, Affidavit from Linda Jordan). Obama's close associate, William Ayers, in his book *Fugitive Days*, admitted to creating over a hundred fraudulent Social Security Numbers using names of deceased infants who did not get their Social Security numbers before their deaths. As he states in *Fugitive Days,* "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries

in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card. Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." *William Ayers, Fugitive Days.* Association and close friendship with Ayers is an additional indication and circumstantial evidence of Social Security fraud by Obama, and his lack of valid identification documents to prove not only natural born status, but any status for that matter. Additionally, two of Obama's relatives, his aunt and uncle, who came from Kenya and are residing in the U.S. illegally, were able to obtains illegally Social Security numbers, which they are using to get housing and employment, therefore there is a pattern of Obama's close associates and family member either manufacturing fraudulent Social Security cards and /or using fraudulent Social Security cards.

8.     For nearly three years after his inauguration Obama refused to provide to the public his long form birth certificate. On April 27, 2011, when Obama posted his alleged long form birth certificate online, just as with his tax returns, he originally did not "flatten" the PDF file, which means that anyone with an Adobe Illustrator program on his computer could see layers of alterations in this alleged "birth certificate" which looked like a complete fraud and hoax.  Multiple long form birth certificates from 1961 are available. In those years green safety paper was not available and was not used. Other birth certificates, as one for Susan Nordyke, born the next day on August 5, 1961, in the same hospital, and signed by the registrar on August 11, 1961, show white paper with yellow aging stains, clear borders, raised seal and a lower serial number. (Exhibit 20) Obama's alleged birth certificate is on a safety paper, which was not used in 1961, does not have a clear paper, nor raised seal, and the serial number is higher than the numbers issued later by the same Registrar. See Exhibit 21. In July of 2012 Sheriff Joe Arpaio of Maricopa County, Arizona released results of his 6 months investigation. Arpaio released a sworn affidavit, attesting to the fact that Obama's alleged birth certificate posted by Obama on line represents a computer generated forgery, additionally he found Obama's Selective service certificate and Social security card to be forged. (*See Affidavit of elections challenge Exhibit 1 Affidavit of Sheriff*

*Joseph Arpaio attesting to forgery in Obama's birth certificate, Selective service certificate and Social Security number* )

12.   According to the affidavit from Adobe Illustrator expert Papa (Affidavit of elections challenge *Exhibit 3 affidavit of Felicito Papa attesting to forgery in Obama's birth certificate*), the released image digital file showed layers of alteration of the alleged birth certificate. It showed a signature of Obama's mother, Stanley Ann D. Soetoro (her married name by her second husband), where it looks as though "Soetoro" was erased, whiten out and computer graphics used to add "unham Obama" and a signature "Stanley Ann Dunham Obama" was created by pasting and filling the blanks with computer graphics.

12. An affidavit from an elections clerk in Honolulu, Hawaii Tim Adams, who checked in both Honolulu hospitals and there are no birth records for Barack Obama in either of them. (Election challenge *Exhibit 4 affidavit of Timothy Adams*)

13.   Taitz received an affidavit from scanning machines expert Douglas Vogt. ("Vogt") (*See affidavit of Elections challenge Exhibit 2 hereto Affidavit of Douglas Vogt.*) Vogt attests to further evidence of forgery, such as different colors of ink used. Some of the document shows as "gray scale" scanning, some as black and white scanning, and some as color scanning. It shows different types of letters and variations in kerning, meaning some letters are encroaching into the space of

other letters which is possible only with computer graphics, not with a typewriter used in 1961. Numerous other parameters lead to the same conclusion, that the document in question is not a copy of a 1961 typewritten document, but a computer-generated forgery, created by cutting and pasting bits and pieces from different documents and filling in the blanks with computer graphics.

16.     Affidavit of Chris Strunk (*Exhibit 14*) shows that in Obama's mothers passport records received by Strunk in response to his FOIA request submitted to the Department of State, Obama is listed under the name Barack Obama Soebarkah. There is no evidence of Obama ever legally changing his name.

17. Affidavit and an attached article of typesetting expert Paul Irey ( exhibit 5 ) provide additional evidence of  forgery in Obama's alleged birth certificate, as different parts of the document in question are typed using different fonts and sizes of letters and are cut and pasted from different documents.

18. Exhibit 16 Cover page and page 31 of the transcript of March 25th 2010 session    of the assembly of Kenya contain part of the speech of minister of Lands of Kenya, James Orengo. In his speech Orengo clearly states that Obama was born in Kenya and not a native U.S. citizen.

19. Exhibit 17 represents Obama's biography, which he submitted to his literary agent Acton Dystel, which was published in 1991 and was posted on the agency

website until 2007, states "Barack Obama, first African-American President of the Harvard Law review, was born in Kenya and raised in Indonesia and Hawaii." In 2007, when Obama started to run for the U.s. Presidency and decided that he needs to be born in the U.S. and needs to be a natural born U.S. citizen, the biography was scrubbed from the official web site of Acton Dystel, but was found in archives and on Wayback machine.

20. Additionally, in his school records in Indonesia Obama is listed under the name Soetoro and citizenship Indonesian (Affidavit of Elections challenge *Exhibit 13 Obama's registration in Assissi school in Jakarta Indonesia, showing him using his stepfather's last name Soetoro and citizenship Indonesian* ).

21. All of the above evidence showed Obama to be using forged Identification papers and a Social Security number, which was never assigned to him. Aforementioned document show Obama's citizenship to be Indonesian. There are no valid identification papers to show Obama to be a natural born U.S. citizen.

22. Obama is running for the U.S. Presidency in 2012 election committing fraud, claiming to be a natural born U.S. citizen, and using forged and fraudulently obtained IDs as a basis for his natural born U.S. citizen status.

23. Based on the above presented undeniable evidence candidate Obama lacks the constitutional requirements to become the U.S. President due to the fact that Obama is not a natural-born citizen of United States and was placed on the ballot by virtue of fraud, and his use of forged and fraudulently obtained identification documents.

24. Plaintiff **Keith Judd** was a Democratic Party candidate, who ran for the U.S. President in the State of West Virginia and gained 40% of the vote. Judd lost his election in the state of West Virginia to Obama. Judd contents that if not for fraud committed by Obama and not for Obama using forged IDs as a basis for his legitimacy, Obama would not have won this election and Judd would be the winner of the West Virginia primary.

25. Keith Judd suffered damages of a lost election and associated financial damages.

26. Keith Judd's damages were the actual and proximate result of fraud committed by Obama.

Other plaintiffs suffered damages of violation of their Constitutional and First Amendment right for free political speech and redress of grievances. Their constitutional rights were violated by Obama and other defendants (excluding defendants Emken and Feinstein) who acted in concert in depriving the plaintiffs

of their rights to participate in lawful elections and their right for free political speech and redress of grievances which is reflected in lawful elections.

Plaintiff Taitz suffered additional damages, as an attorney bringing challenges against Obama, she was defamed, persecuted, harassed and sanctioned. All of these damages were an actual and foreseeable result of fraud committed by Obama.

27. Obama created "Obama for America" with a purpose of defrauding American citizens and illegally usurping the U.S. Presidency, while using forged identification papers.

28. Obama used a forged birth certificate as his identification paper and as a proof of his eligibility.

29. Obama used one or more Social Security numbers, that were not assigned to him.

30. Obama used a forged Selective Service certificate.

31. Obama held April 27, 2011 press conference, presenting a forged birth certificate and attacking "birthers".

32. Obama refused to comply with any subpoenas and notices to appear in court or elections commission or election board hearing in different states in relation to his identification papers.

33. Obama acted through his agents, such as aids, press secretaries, attorneys, governmental officials, members of the media loyal to Obama and controlled opposition members of the media, campaign workers, his web site "Fight the Smears" and "Obama for America" in order to defraud the Plaintiffs and others and in order to attack, harass, defame, slander and persecute Plaintiffs and other patriots seeking to expose Obama's forged documents.

Defendant "Obama for America" is a RICO organization created by Obama and his accomplices with a goal of subsidizing elections fraud.

**b) *Fraud by defendant Alvin Onaka***

34. Defendant Alvin Onaka, Registrar of the state of Hawaii, aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate from the state of Hawaii. Onaka refused to provide an original Birth certificate or original microfilm for examination

**c) *Fraud by Defendant Astrue***

35.   Defendant Michael Astrue, commissioner of the Social Security Administration, aided and abetted Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social Security number, xxx-xx-4425, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify, when checked under the name Barack Obama.

### d) Fraud by Defendants Schatz and Matusow

36.  Brian Schatz is being sued in his capacity as former Chairman of the Democratic party of Hawaii, and Lynn Matusow is being sued as the Secretary of the Democratic Party of Hawaii. Schatz and Matusow aided and abetted fraud committed by Obama when they signed an altered/falsified OCON (Official Certificate of Nomination) for Barack Obama and removed the necessary wording "eligible according to the US Constitution". Exhibit  22 shows Official Certification of Nomination for Al Gore -2000 and for John Kerry 2004 submitted by the Democratic party of Hawaii to the office of elections.  Those certifications show the necessary wording that the candidates for President and Vice President are "legally qualified to serve under the provisions of The U.S. Constitution". In order to aid Obama and to attempt to avoid criminal liability in certifying a fraudulent Official Certification of Nomination, Brian Schatz and Lynn Matusow falsified the Certificate of

Nomination and removed the words "eligible to the U.S. Constitution" from the certification sent to Hawaii Office of Elections on behalf of Obama. Obama's Official Certification of Nomination (Exhibit 22 as well) states "This is to certify that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the Democratic Parties balloting at the Presidential Preference Poll and Caucus held on February 19th 2008 in the state of Hawaii and by acclamation at the national Democratic Convention held August 27, 2008 in Denver, Colorado."

**e) Fraud by Defendants Nancy Pelosi and Alice Germond**

37. Nancy Pelosi and Alice Germond aided and abetted fraud committed by Obama when, as a former Chairwoman and Secretary of the 2008 Democratic National Convention, they signed an altered certificate of nomination to the State of Hawaii. Certification of Nomination for John Kerry, which was sent to all 50 states in 2004 (Exhibit 23) and certification for Obama, which was sent to 49 states in 2008 (Exhibit 24) were identical. However, Obama could not get on the ballot in general election, as the state of Hawaii required the wording "eligible under the provisions of the U.S. Constitution" and Brian Schatz and Lynn Matusow, who resided in Hawaii  were not willing to sign the certification with such wording, as it was common knowledge among Hawaiian officials that  none of the Hospitals in Hawaii had any valid birth

certificates for Obama, therefore, Obama was not a natural born citizen and did not qualify. Subsequently Pelosi, Germond, Schatz, Matusow and Obama acted in concert, as Schatz removed the necessary wording from the certification sent by the Democratic party of Hawaii and Pelosi added this wording to the DNC certification (Exhibit 25). Through this scheme, Schatz, Matusow, Pelosi and Germond acted in concert and aided and abetted ineligible Obama to get on the ballot in 2008 election. Through manipulation of certificates, Schatz and Pelosi were complicit in fraud and forgery of records.

**f) Fraud by Defendant Holder**

38. Eric Holder is being sued as the Attorney General of the United States, who received from Taitz a Quo Warranto complaint as well as multiple criminal complaints with evidence of Obama and others committing massive elections fraud and Obama usurping the position of the U.S. President and Commander in Chief by virtue of fraud, misrepresentation and use of forged and fraudulently obtained identification papers. Holder aided and abetted Obama by burying the matter and not responding to Quo Warranto and not prosecuting Obama. He aided and abetted Obama by being complicit and covering up the fact that a foreign national with all forged papers is usurping

the U.S. Presidency. Holder put his cushy job ahead of his oath of office to defend and protect the U.S. Constitution.


39. g) Fraud by Defendant Napolitano

Defendant Napolitano is being sued in her capacity as the director of Homeland Security.

Defendant Napolitano received certified mail complaints from Taitz and multiple other individuals advising her that Obama is committing massive elections fraud and using forged identification papers and fraudulently obtained Connecticut Social security number.

Defendant Napolitano aided and abetted Obama by  being complicit and covering up the fact that a foreign national with all forged papers is usurping the U.S. Presidency. Napolitano put her cushy job ahead of her oath of office to defend and protect the U.S. Constitution.


**Fraud by Defendants Secretaries of States of California, Georgia, New Hampshire, West Virginia, MS as well as Ballot law commission of New Hampshire.**

40. Defendants Secretaries of States of California, Georgia, New Hampshire, West Virginia, Mississippi as well as Ballot law commission of New

Hampshire received from Taitz evidence in the form of sworn affidavits showing Obama being a foreign national, who is usurping the U.S. Presidency by virtue of fraud and use of forged identification papers and intending to do so for four more years. Defendant Secretary of State of West Virginia received formal complaints and election challenges from Plaintiff Judd, who was the Democratic party candidate for the U.S. Presidency in the Democratic primary election.

Secretary of state of New Hampshire and the Ballot Law Commission of New Hampshire received election fraud complaints/election challenge from State Representatives Lawrence Rappaport, Carol Vita, Lucien Vita, Plaintiff Orly Taitz, Plaintiffs -candidates Lax and Macleran. State of New Hampshire allows any citizen from any state to file an election challenge and election fraud complaint.

Defendants Secretaries of State and Ballot Law Commission of New Hampshire were complicit with Obama and committed elections fraud by knowingly and maliciously allowing Obama on the ballot as a legitimate candidate for the U.S. President, while knowing that Obama committed fraud and placed his name on the ballot by virtue of fraud and misrepresentation, knowing that he is a citizen of Indonesia and that he is fraudulently

representing himself as eligible on the ballot using forged and fraudulently obtained identification papers and stolen Social Security number

**g) Fraud by Defendant Land**

41. Defendant Clay D. Land (Hereinafter "Land") aided and abetted Obama in elections fraud, use of forged Identifications papers for purpose of elections fraud.

42. Taitz presented to US District Judge of the Central District of Georgia, Clay D. Land, two cases brought by officers of the US military against Barack Hussein Obama.

43. Over 200 members of the U. S. military signed consent forms wishing to be clients of attorney Orly Taitz challenging Barack Obama as ineligible for the position of the US. President and Commander in Chief.

44. Taitz brought legal actions on their behalf in different courts around the nation. Two of these actions were brought in Columbus GA in front of Federal Judge Clay D. Land.

45. The first action was brought by Taitz originally on behalf of Major Cook and later joined by Major General Childers and Lieutenant Colonel Earl Graef.

46. Taitz provided Land with evidence showing that Obama does not have a valid birth certificate and does not have a valid Social Security number.

47. Taitz provided Land with a sworn affidavit of licensed investigator Neil Sankey. Sankey is also a former Scotland Yard officer who served in an elite unit dealing with organized crime and communist proliferation.   Sankey provided a 44 page affidavit, which showed that according to most reliable national databases used by the licensed investigators and attorneys such as Lexis Nexis and Choice Point there are multiple Social Security numbers used by Barack Obama, none of which was issued in the state of Hawaii, where Obama grew up and started working and was supposed to obtain a SSN.

48. Major Cook, who was a highly decorated US officer and who was supposed to be deployed to Afghanistan within days, was asking a stay/ injunction of his deployment until Obama's legitimacy to the US Presidency and validity of his Identification papers is ascertained by the court.

49. Knowing that Obama does not possess any valid papers and in order to avoid the embarrassment, the military rescinded the deployment orders for Cook. This was done within hours before the scheduled hearing.

50. Taitz brought a motion seeking to join Major General Childers and Lieutenant Colonel Earl Graef, arguing that even if Cook's deployment orders were rescinded, the issue is not moot, that this case is akin to Roe v Wade 410 U.S. 113 (1973),, in that this is an issue which presents itself repeatedly before the court but eludes resolution on the merits.

51. Land dismissed the case by all plaintiffs against all defendants, denied all plaintiffs their First Amendment rights of redress of grievances and wrote a demeaning and defamatory opinion about both Plaintiffs and Taitz.

52. As a result, as the case was never heard on the merits and Plaintiffs were denied their right to present their case, Major Cook was fired from his position as an analyst with a company providing defense contracts.

53. Retired Major General Childers lost several consulting contracts and believed that it was in retaliation for his involvement in this action.

54. Shortly thereafter another officer, Flight Surgeon Captain Connie Rhodes was supposed to be deployed. She asked Taitz to represent her in a similar action. By that time Obama administration was concerned that further revocation of orders might seriously affect deployment.

55. Land decided to use this case and Taitz in particular as an example, showing that the establishment will persecute anyone who dares to represent active members of the military against usurper Obama.

56. Land could not deny standing as Rhodes was supposed to deploy within days.

57. Land dismissed the case based on the doctrine of abstention, stating that this is a matter for the military to decide. He claimed that this is a matter for the military to decide, even though Taitz provided Land with a letter by Commander Crawford, counsel for Admiral Mullin, Chairman of Joint Chief of Staff, where Crawford stated that the military is concerned with the situation, but cannot do anything as Obama is a civilian and not a member of the military.

58. Land did not limit himself with wrongfully denying Rhodes her First Amendment civil right of Redress of Grievances under the color of authority, but he also wrote a defamatory and demeaning ruling.

59. Land also assessed $20,000 of sanctions against Taitz claiming that it was frivolous to bring legal actions against Obama on behalf of active members of the U.S. military.

60. There was no justification for sanctions. The only reason Land did it, was to try to silence Taitz, as a federal whistleblower, and to aid and abet in the cover up of Obama's forged IDs.

619. Land knew that he has in front of him evidence of the biggest security breach in the history of this nation. He had evidence of Obama using fraudulent Social Security numbers, including two numbers in his own back yard in Columbus, GA.

62. Land knowingly and with malice aided and abetted Social Security fraud and elections fraud by refusing to hear the cases on the merits, even though the plaintiffs had standing and by abusing his authority and position of a federal judge, to verbally and financially abuse Taitz and harass her with sanctions in order to stop litigation against Obama.

63. Land further abused plaintiffs' civil right for redress of grievances by refusing to hear the case on the merits, even though the plaintiffs had standing by his own admission.

64. Land abused Taitz rights under the color of authority by assessing her $20000 of sanctions without allowing her a hearing on the issue of sanctions.

65. Taitz and her plaintiffs were the whistleblowers against Obama. Through his actions Land engaged in intimidation of a whistleblower in order to cover up crimes committed by Obama.

.

66. Members of the media used demeaning and defamatory comments by Land in order to assassinate her character. In a number of cases attorneys were not willing to work with her because of demeaning comments and sanctions assessed by Land

67. Taitz suffered a damage of $20, 000.

68. All of the Plaintiffs suffered damage, as Lands ruling was used by other courts, and other plaintiffs were denied their right for redress of grievances against Obama's usurpation of the U.S. Presidency, when   U.S. attorneys and AG attorneys used Land's decision to attack Taitz and others    in different courts.

69. All of the defendants (aside from defendants Feinstein and Emken)  acted with an intent to defraud. Plaintiffs were intended victims and foreseeable victims. Plaintiffs suffered financial damages, defamation, humiliation, harassment and emotional distress as a result of fraud committed by the Defendants.

### g) Aiding and Abetting Fraud by Defendant Patrick R. Donahoe

70. Taitz submitted to Donahoe a complaint, which provided Donahue with evidence of Obama committing fraud and using a forged postal stamp on his alleged Selective Service certificate. Namely, U.S. postal stamp which was affixed to Obama's Selective Service certificate contained only two digits"80" , while other documents from 1980 showed a 4 digit postal stamp "1980".

71. Additionally Taitz forwarded to Donohue a video-tape with presentation by Sheriff Joseph Arpaio of Maricopa county Arizona, showing how Obama's selective service certificate was forged and how 2008 postal stamp was cut in half, reversed and used as 1980 stamp with only two digits "80" .

Donahue had in front of him evidence of the most serious crime being committed: most serious breach of the U.S. national Security and use by a foreign national a forged U.S. postal stamp in order to get into the position of the U.S. President.

Donahoe became criminally complicit when he took no action and covered up this crime.

h) Fraud by defendant CNN

72. In and around of April of 2011 CNN issued a report "Busting The Birther Conspiracy Theory. President's long form birth certificate released more than a year ago". Exhibit 11 A video clip of the report can be seen on You-tube http://us.mg6.mail.yahoo.com/neo/launch?.rand=71sdc0s28p5ea. Within the report CNN placed a microfilm of a birth certificate from the state of Hawaii claiming it to be a birth certificate of Obama. Upon magnification of the image, it is clear that this is not a microfilm of Obama's birth certificate, but an image of a certificate of a completely different person.(Exhibit 12). CNN, who claims to be a reputable news organization acted with a breathtaking malice, fraud and criminality. CNN, through its' agents, its producers, directors, anchor men and other employees and agents placed a microfilm of a birth certificate of another person, claiming it to be a microfilm of Obama's birth certificate.

73. Public believed the fraud committed by CNN, believed that indeed that was the microfilm of Obama's birth Certificate.

74. As a result  multiple members of the public attacked Plaintiffs, as birthers, particularly Attorney Orly Taitz, who led the legal actions challenging Obama, and subjected them to abuse, harassment, intimidations, threats of bodily harm.

75. Damages suffered by the Plaintiffs are directly, actually and proximately related to fraud committed by CNN.

## SECOND CAUSE OF ACTION

## RICO

### Predicate crime-Fraud

76. Plaintiffs incorporate by reference all prior paragraphs as it relates to FRAUD as if fully pled herein.

"Obama for America" -Racketeering Influenced Corrupt Organization

Barack Hussein Obama created "Obama For America" as his fundraising organization for his Presidential run. At all times Obama was not eligible for the US presidency and he used "Obama for America" as a vehicle to defraud American citizens and get into the position of the U.S. President while using forged documents.

DE-FACTO RICO ENTERPRISE, "ASSOCIATION-IN-FACT" RICO ENTERPRISE

77. Between 2007-2012 defendants acted together or in groups and created an

"association- in- fact" enterprise, which is sufficient for RICO, even if "Obama for America" was not a RICO enterprise. Defendants acted directly or indirectly, personally or through agent or agents, employed the same or similar methods of commission with the purpose to defraud, utter forged documents, commit wire and mail fraud, unlawfully procure citizenship and nationalization, obstruct justice and intimidate, harass, defame, slander and otherwise retaliate against witnesses, victims, informants and whistleblowers. Plaintiffs were victims of the acts of the racketeering or the acts of racketeering were otherwise interrelated by distinguishing characteristics and were not isolated events.

## PATTERN OF ONGOING RACKETEERING ACTIVITY

78. Fraud committed by defendants, who were acting directly or indirectly and committed fraud which was on going from 2007 until now, for over four years. Actions by the defendants established a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c), in that their common purpose was to defraud, the common result was to defraud. Plaintiffs were victims of the acts of racketeering and the acts of racketeering were otherwise related by distinguishing characteristics and were not isolated events.

"Obama for America" -Racketeering Influenced Corrupt
Organization

Barack Hussein Obama created "Obama For America" as his
fundraising organization for his Presidential run. At all times Obama was not
eligible for the US presidency and he used "Obama for America" as a vehicle to
defraud American citizens and get into the position of the U.S. President
while using forged documents.

## THIRD CAUSE OF ACTION

## RICO-MAIL AND WIRE FRAUD

Plaintiff includes, by reference, all prior paragraphs as if fully pled herein

79. Defendant Obama committed mail and wire fraud, when he posted on the
Internet in and around April 27, 2012 a paper, which he claimed to be a true and
correct copy of his long form birth certificate.

80. Obama committed mail and wire fraud, when he posted on the Internet on
his site "Fight the smears" a paper, which he claimed to be his short form birth
certificate.

81. Obama knew that he is committing fraud and intended to defraud in order to
continue usurping the position of the U.S. President.

82. Obama committed fraud when he sent to 50 states in 2007-2008, as well as in 2011-2012 his declarations of candidacy. Obama used mail or other instrumentalities of the Interstate commerce to commit such fraud.

83. In and around November 19, 2011 Obama committed mail and wire fraud, when he through his agent, Deputy Campaign Manager Juliana Smoot, personally attacked and defamed Taitz: "RELEASE THE MUGS

By Julianna Smoot, Deputy Campaign Manager on November 19, 2011.

Yesterday, four Republicans in the New Hampshire State House allowed a hearing requested by Orly Taitz, the notorious dentist-lawyer-birther who wants President Obama officially removed from the state's primary ballot. So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs. There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this. But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug. Works like a charm. I recommend Earl Grey."

84. Obama knew that Taitz is submitting to different courts and elections commissions, including Ballot Law commission in New Hampshire true and

correct information showing Obama using all forged IDs and a stolen social Security number.

85. Obama acted with malice and using his employee, his assistant campaign manager he made a fraudulent statement, which he forwarded to millions of people via e-mails and other instrumentalities. This fraudulent statement was made to cover up fraud committed by him and in order to defame Taitz.

## FOURTH CAUSE OF ACTION

## RICO

## PREDICATE CRIME-MISPRISION OF FELONY-

## United States Code Title 18 § 4 Misprision of Felony

## (MISPRISION OF SOCIAL SECURITY FRAUD COMMITTED BY OBAMA)

**86. Title 18, §4** Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States is guilty of the federal crime of misprision of felony, shall be fined not more than $500 under this title or imprisoned not more

than three years, or both. (all defendants aside from Defendants Feinstein, Emken, Logan)

a. Defendants were put on notice of felony of Social Security Fraud, namely Barack Obama using a stolen Connecticut Social security number xxx-xx-4425, which was never assigned to Obama according to E-Verify and SSNVS

b. Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## FIFTH CAUSE OF ACTION

## RICO

## PREDICATE CRIME-MISPRISION OF FELONY

### United States Code Title 18 § 4 Misprision of Felony

### (MISPRISION OF ELECTIONS FRAUD BY OBAMA)

87. Defendants received from Plaintiffs evidence of Obama committing elections fraud by claiming to be a legitimate candidate for the U.S. Presidency, while in fact not being eligible and being on the ballot by virtue of fraud and by false pretenses, while using forged identification papers: forged birth certificate, forged selective service certificate, and forged Social Security ID.

Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## SIXTH CAUSE OF ACTION

## RICO

## PREDICATE CRIME-MISPRISION OF FELONY

## United States Code Title 18 § 4 Misprision of Felony

## (MISPRISION OF USE OF A FORGED POSTAL STAMP ON THE SELECTIVE SERVICE CERTIFICATE BY OBAMA)

**Plaintiffs incorporate by reference all prior paragraphs as if fully pled herein**

88. Defendants received from Plaintiffs evidence of Obama using a forged postal stamp on the Selective service certificate he is using. Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## SEVENTH CAUSE OF ACTION

## VIOLATION UNDER THE COLOR OF AUTHORITY

## OF 1ST/14TH AMENDMENT RIGHT-FREEDOM OF FREE SPEECH OF THE U.S. CONSTITUTION

## (AGAINST DEFENDANTS FEDERAL AND STATE AGENCIES)

89. Plaintiffs incorporate by reference all prior paragraphs as if fully pled herein.

90. First amendment of the U.S. Constitution and 14th Amendment as available to the States prohibits violation of the Free Speech by the Federal and State governmental agencies.

91. Lawful voting represents the highest embodiment, the highest manifestation of the Free Speech. Any action by the Federal or state agency is seen under the "Highest Scrutiny " test.

92. When representatives of Federal or State agencies under color of authority are aiding and abetting a criminal with forged IDs to run for the U.S. Presidency, they de- facto rob the citizens of their most sacret right to a political free speech, as they enable the usurpation of the U.S. Presidency by a foreign citizen with all forged Identification Papers, they rob the citizens of their right to   free election, turning elections into a sham, a well choreographed Hollywood production without any substance behind it.

93. As an actual and proximate result of the actions by the Defendants , the First /Fourteenth Amendment right to free speech of the Plaintiffs was violated.

94. First amendment right for Political Free Speech of Plaintiff Taitz was also violated by Defendant Judge Clay D. Land.

Taitz, as an attorney, brought in front of Land two legal actions on behalf of members of the U.S. military, seeking verification of legitimacy of Obama in light of his use of a forged Birth Certificate, forged Selective Service Certificate and fraudulently obtained Social Security number.

Land desired to silence political opposition to Obama regime.

Land abused his judicial discretion and abused Taitz and her clients verbally, psychologically and financially.

Land's actions were aimed to silence political speech against Obama's usurpation of the U.S. Presidency.

Land frivolously and callously attacked Taitz, claiming that bringing a legitimate legal action against Obama is somehow frivolous, and used his opinion and sanctions against Taitz as means of intimidation of political dissidents, civil rights attorneys and members of the U.S. military who were seeking Obama's removal from office due to his use of forged IDs.

95. Actions by the Defendants had a chilling effect on the free political speech of the Plaintiffs and every political dissident in the U.S.

96. Damages to civil right of political free speech, as well as financial damage of $20,000, associated costs and fees, legal fees, damage as a result of defamatory statements in the opinion by Land,   psychological damages and emotional distress associated with actions by Land.

## EIGHTH CAUSE OF ACTION

## VIOLATION OF THE FIRST AMENDMENT / 14TH AMENDMENT RIGHT FOR REDRESS OF GRIEVANCIES UNDER COLOR OF AUTHORITY

(against defendants Federal and State Agencies and Defendant Land )

97. Plaintiffs brought their grievances relating to Obama's use of forged and fraudulently obtained IDs to Defendant's officials of the Federal and State governments.

98. Defendants violated Plaintiffs rights, did not provide a redress of Plaintiffs grievances and were complicit in Obama's violations of Plaintiff's rights.

99. Plaintiffs suffered damages as a result of violations by the Defendants.

Additionally Plaintiff Taitz   suffered a violation of her right for redress of grievances by Defendant Land, who as a Presiding Judge arbitrarily refused to address  grievances by  Taitz's clients claiming abstention and attacked Taitz and her clients with defamatory statements and sanctions in order   to intimidate other dissidents and civil rights attorneys and prevent them from seeking a redress of grievances against Obama's usurpation of the U.S. presidency and against him placing his name on the ballot in 2012 election.

## NINETH CAUSE OF ACTION

## VIOLATION OF 5TH AMENDMENT OF DUE PROCESS AND 14TH AMENDMENT EQUAL PROTECTION RIGHTS OF THE PLAINTIFFS UNDER COLOR OF AUTHORITY.

100. Plaintiffs incorporate by reference all prior paragraphs.

Plaintiffs  were entitled to Due Process and Equal Protection.

Their rights were infringed upon by defendants Federal and State Agencies.

While  State  Agencies  routinely  removed  from  the  ballots  ineligible candidates, Defendants refused to do that with candidate Obama.

101. Additionally Plaintiff Taitz was denied her Due Process and Equal Protection rights by Judge Clay D. Land  when he denied her due process and

sanctioned her without giving her due process hearing on the issue of sanctions.

## TENTH CAUSE OF ACTION

## DEFAMATION

Plaintiff includes, by reference, all prior paragraphs as if fully pled herein

102. Obama directly and through his agents was committing fraud, while at the same time defaming and harassing Taitz and other plaintiffs, calling them "a side show" and "carnival barkers". On April 27, 2012 he released a forgery claiming it to be a true and correct copy of his long form birth certificate and simultaneously  defamed plaintiffs calling them "carnival barkers" and "a side show". Obama acted with malice and made a defamatory statement, which was understood by others as relating to plaintiffs, which lowered Plaintiff's standing in the community and caused damages.

103. Plaintiffs suffered defamation and humiliations, being attacked as "birthers", were called crazy, while they were telling the truth about the fact that defendant Obama is committing elections fraud and is using and uttering forged documents as proof of his eligibility for the U.S. Presidency.

104. Plaintiff Taitz received multiple death threats from Obama supporters who do not believe that their "messiah" is capable of committing elections fraud and use forged documents

105. From 2008 campaign until now Taitz and other Plaintiffs and patriots of this country suffered a total of nearly four years of humiliation, defamation, slander, persecutions, harassment, sanctions, tampering with vehicles, attacks on their families by some of the defendants.

106. John Avalon, a reporter for Daily Beast, a writer, contributor to CNN and Newsweek engaged in systemic defamation of Taitz.

Avlon started by yelling and screaming at her and her client former U.N. Ambassador Alan Keyes, while appearing together on CNN.

Later Avlon contacted Taitz and told her that he apologizes for his behavior and would like to fly from New York to California and do an in depth interview.

Taitz agreed to give an interview to Avlon.

Avlon flew to California and interviewed Taitz for about two hours, at which time Taitz provided him with the information relating to fraud and forgery in Obama's IDs, which is described in paragraphs 1-23 herein.

Additionally Avlon asked her for a number of books and video tapes Taitz had on the subject, which Taitz gave him.

Avlon never published any information that Taitz gave him regarding Obama and continued defrauding the public by claiming that Obama is legitimate for the position of the President.

Additionally Avlon published a book called "Wingnuts", where he included Taitz among other politicians, that he called "Wingnuts".

107. When Taitz ran for the U.S. Senate in 2012and according to 4 consecutive polls by Public Policy Polling, only one day before the election, Avlon published in Daily Beast a hit job defamatory article about Taitz, which was republished by multiple other magazines and newspapers.

Avlon knew that no judge have ruled on the merits of the case.

Avlon knew that Sheriff Arpaio held multiple press conferences, where he presented evidence showing Obama using forged birth certificate and Selective service certificate

Avlon had evidence that Obama is using a Connecticut Social Security number, which was not assigned to him.

Avlon knew that no judge has ever seen an original birth certificate for Obama, an original application for Selective Service and an original application for Connecticut Social Security number that Obama is using, while copies were found to be forgeries by Sheriff Arpaio and other experts. Avlon acted with malice, aided and abetted and attacked and defamed Taitz with a clear goal of derailing her campaign.

Avlon was criminally complicit with Obama and viciously misrepresented the truth defamed Taitz in order to aid and abet Obama in cover up of Obama's elections fraud and Obama's forged IDs. On June 5th 2012, the elections day for the U.S. Senate he wrote an article in "Daily Beast" (Exhibit 26) He wrote:

"I've met Taitz, debating her on-air once and spending an hour at her law office/dental practice in the hills of Rancho Santa Margarita while I was researching Wingnuts. She is not unintelligent and is almost charmingly insane, proudly showing off prominent alleged Facebook friends and then comparing Obama to Stalin, all while passing over hundreds of pages of Xeroxed documents she has sent to governors of all 50 states and the entire U.S. Senate. The packet details accusations including impersonation of a military officer, libel, defamation of character, harassment, breaking into the computer system of the Supreme Court, voter fraud, and forgery, concluding: "Verify the above facts

110. Public clearly understood that statements were made about Taitz, understood those statements to be true and Taitz standing in the community was affected and reduced as a result of actions by Avlon. Damages suffered by Taitz are actually and proximately related to actions by Avlon.

## DEFAMATION BY "DAILY BEAST"

111. Plaintiffs incorporate by reference all prior paragraphs  as if fully pled herein.

Defamatory statements by Avlon were made on the pages of "Daily Beast" by Avlon as a writer for Daily Beast.

"Daily Beast" is vicariously liable for defamation of Taitz which was perpetrated by the writer of "The daily Beast" on the pages of "The Daily Beast".

## DEFAMATION BY KEVIN UNDERHILL, WRITER FOR "FORBES"

112. Plaintiffs incorporate by reference all prior paragraphs, as if fully pled herein.

Kevin Underhill, writer for "Forbes" wrote a defamatory article about Taitz .

Underhill wrote "Finally, and this is why I started this thing in the first place, famed Birther-activist and naturalized-Moldovan-lawyer-dentist Orly Taitz is

brought forward by me and demand Obama/Soetoro's immediate resignation or removal from office due to fraud and constitutional inability. National security and national survival depends on your expedient actions …"

In other words, nut-balls. Orly Taitz as a candidate for U.S. Senate would make Christine O'Donnell look like Henry Clay. She would make Sharron Angle look like Daniel Webster. Donald Trump seems a model of restraint by comparison."

Avlon referred to Taitz as a "national embarassment", "wingnut", "nutball", "radioactive destruction", "crazy", "freak beat", "fringe", "insane", "clownishly unelectable candidate".

108. As most readers of "Daily Beast" and "Forbes magazine" do not follow this litigation, they believe that those magazines are reputable publications. They believe that reporters are legitimate reporters who do not commit journalistic malpractice and who do not defame individuals. The public believed that Avlon and other reporters, such as Kevin Underhill from Forbes, who republished Avlon's hit piece, are writing the truth.

109. Taitz standing in the community was affected, as a result of defamation by Avlon and other members of the media listed herein.

running for the Senate. She hopes to run against Dianne Feinstein, and according to some polls she may actually get the chance. California has a "top-two" primary, meaning all candidates run on the same ballot and the top two then face off in November. Feinstein will be number one, and 23 others are vying for number two. Since no one else has any name recognition at all, there is some concern -- including in the GOP -- that Taitz might eke out enough votes to stay around until November. She does have a long record of losing, but also a long record of being undeterred by it.

An official Taitz run would be amusing but also disturbing, as John Avlon, who has interviewed and debated Taitz, writes at the *Daily Beast*. That piece is worth reading partly for its comical descriptions of Taitz as "almost charmingly insane," "demonstrably unhinged," "clownishly unelectable," and one who "would make Sharron Angle look like Daniel Webster."

Underhill acted with malice. He did not contact Taitz prior to writing his article. he did not get her side of the story and wrote a one side defamatory article with a clear goal of derailing her campaign and aiding and abetting Obama in completing elections fraud.

Underhill was defaming Taitz and defrauding the public by creating an impression that Obama is legitimate for the U.S. Presidency and had valid IDs,

while he never had any IDs and used forged and fraudulently obtained IDs. Underhill was criminally complicit in aiding and abetting elections fraud, forgery, Social Security fraud as Obama was using forged IDs and a stolen Social Security number.

Public believed that Underhill is writing a truthful account. Taitz standing in the community was reduced due to actions by Underhill.

Taitz suffered damages due to defamation. Her damages were actually and proximately related to actions by Underhill.

## DEFAMATION BY "FORBES" MAGAZINE

113. Plaintiffs incorporate by reference all prior paragraphs, as if fully pled herein.

Kevin Underhill wrote a defamatory article about Taitz in "Forbes".

Underhill was a writer of Forbes.

Forbes was vicariously liable for actions of Underhill.

Public at large believed "Forbes" to be a reputable magazine.

Public believed that defamatory statements written in "Forbes" about Taitz were true.

Taitz standing in the community was affected  and diminished by the article published in "Forbes".

Damages suffered by Taitz were actually and proximately related to the article published in "Forbes"

## Defamation by  John Kobelt, " John and Ken" Show, KFI AM 640 radio and Clear Channel communications.

114.John Kobelt is a talk show host in a duo of two hosts  "John and Ken" in the radio program "John and Ken show" on KFI AM 640RADIO

 KFI is owned by Clear Channel communications.

On April  27 2011 Obama released what he claimed to be his long form birth certificate. The same day Taitz was contacted by a number of radio and TV

programs and was asked to comment on that alleged birth certificate. Among the programs that invited Taitz, was "John and Ken show".

115. When  Taitz got on the show, she was verbally attacked and defamed by Kobelt, who stated that she is "insane" and that she "has obsessive impulsive brain disorder" further shouting that Taitz's "chemicals in her head are screwed up".

John Kobelt then suggested that LA Times should publish a news article named "Orly Taitz is Insane".

Further in the show, John Kobelt called her "crazy", "the biggest liar in the history", and "the looniest person in the history".

Such statements were done in order to affect Plaintiff's reputation, and to humiliate and discredit Taitz in the eyes of general public. The public at large understood that the statements were related to Taitz, such statements reduced her standing in the community and was an actual an proximate cause of her damages.

116. Before the Primary Election in California on June 5th, 2012, KFI radio representative Brian Barry contacted Taitz, inquiring whether she would be willing to advertise on KFI. Taitz responded that she had a bad experience with the John and Ken show and wanted assurances that this would not happen again. Such assurance was given. Supporters of  Taitz paid $7,500 to run campaign ads on KFI. Consequently Kobelt continued the same pattern of behavior: a pattern of defamation and ridicule.

117. As the result of defamatory statements by John Kobelt made while the show John and Ken was on the air, Plaintiff suffered loss of reputation, and was discredited among general public the day before the Primary Election, in which, prior to the day of the show, Plaintiff was leading according to the national polls.

118. John Kobelt acted with malice and intent to defame and harass Taitz. His statements created a false image of the Plaintiff, discredited Taitz, and hosts' defamatory tactic served the purpose of intimidation, humiliation and threats to Plaintiffs reputation.

As John Kobelt is a Host of "John and Ken Show, which is owned by the Clear Channel comunications, those entities are vicariously liable for actions by Kobelt.

119. Mathews is a host of "hardball" program on MSNBC

Mathews is a strong Obama supporter, who was so excited about Obama election that he reported famous "tingling up his leg" during inauguration.

Mathews due to his support for Obama s attacked Taitz repeatedly on his program.

Mathews did not limit himself to defaming Taitz, but he also was a de-fact cheerleader of attacks and threats made against Taitz.

In 2010, when Taitz ran for the position of the Secretary of State, on the election day, Mathews appeared on hi program "Hardball" in Prime time an stated: "Orly

Taitz is a malignancy. You should tie her up to the stake like a witch. She should be tied to the stake like a witch" .

After this call to arms by Mathews, hundreds of crazy Obama supporters were sending Taitz e-mails, comments on her web site and leaving messages on her phone. Some of those threatening messages Taitz preserved. In those messages Obama supporters and Mathews followers were stating that Taitz needs to be burned at the stake and her burned body needs to be dragged down the streets.

Taitz and her supporters contacted Mathews and repeatedly asked to give Taitz an opportunity to appear on his show and provide truthful information.

Mathews refused to provide truthful information and continued defaming Taitz.

Due to actions by Mathews Taitz was defamed.

Members of the community understood that defamatory actions were related to Taitz.

Defamatory statements by Mathews had an effect of lowering Taitz standing in the community.

120. MSNBC is a TV network that employs Chris Mathews and other reporters, who engaged in defamation of Taitz

MSNBC is vicariously responsible for actions by Mathews.

Taitz travelled to MSNBC studious in New York and recorded a two hour interview with an MSNBC host Kate Hampson, which was directed by MSNBC producer/director Payal Bawa.

In the interview Taitz provided full information in regards to Obama using a forged Selective Service Card, forged Birth Certificate and a stolen  Social security number, which was issued to a resident of Connecticut, born in 1890.

Taitz was assured that truthful information will be provided to the public.

Instead MSNBC included a very small segment of her interview, about a minute or less in a documentary about militias. In such documentary they completely misrepresented Taitz, showing her as an extremist, to par with a militia and did not provide the public any truthful information about Obama.

Additionally several other talk show hosts on MSNBC made defamatory statements about Taitz. Among them Rachel Maddow, Keith Olbermann, Ed Schultz.  Rachel Maddow created a whole commercial, where she misrepresented Taitz as a racist.

MSNBC acted with malice and with an intent to defame Taitz.

It was done with a clear intent to lower her standing in the community.

The Public understood that the defamatory statements were made about Taitz and the effect of these statements was indeed such that Taitz standing in the community was effected and was lowered.

Defamatory statements made by the employees of MSNBC  were an actual and proximate cause of damages suffered by Taitz.


## CONCLUSION

Due to common nucleus of facts and in the interest of consistency of rulings there should be coordination and consolidation of the cases by the Panel on multidistrict Litigation

Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that I served all the parties in this case on 10.08.2012 with attached pleadings

/s/ Lila Dubert

1008.2012

# Exhibit 1

State of Arizona )
) ss.
County of Maricopa )

# AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the facts are true:

1. I am over the age of 18 and am a resident of Arizona. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, could testify competently thereto. I am the duly elected Sheriff of Maricopa County, Arizona, and I have been a law enforcement officer and official, in both state and federal government, for 51 years.

2. In August of last year, a group of citizens from the Surprise Arizona Tea Party organization met with me in my office and presented a petition signed by approximately 250 residents of Maricopa County, asking if I would investigate the controversy surrounding President Barrack Obama's birth certificate authenticity and his eligibility to serve as the President of the United States.

3. This group expressed its concern that, up until that point, no law enforcement agency in the country had ever gone on record indicating that they had either looked into this or that they were willing to do so, citing lack of resources and jurisdictional challenges.

4. The Maricopa County Sheriff's Office is in a rather unique position. Under the Arizona Constitution and Arizona Revised Statutes, as the elected Sheriff of Maricopa County, I have the authority to request the aid of the volunteer posse, located in the county, to assist me in the execution of my duties. Having organized a volunteer posse of approximately 3,000 members, I, as the Sheriff of the Maricopa County Sheriff's Office, can authorize an investigation go forward to answer these questions at virtually no expense to the tax payer.

5. The Cold Case posse agreed to undertake the investigation requested by the 250 citizens of Maricopa County. This posse consists of former police officers and attorneys who have worked investigating the controversy surrounding Barack Obama. The investigation mainly focused on the electronic document that was

1

presented as President Obama's long form birth certificate to the American people and to citizens of Maricopa County by the White House on April 27, 2011.

6. The investigation led to a closer examination of the procedures regarding the registration of births at the Hawaii Department of Health and various statements made by Hawaii government officials regarding the Obama birth controversy over the last five years.

7. Upon close examination of the evidence, it is my belief that forgery and fraud was likely committed in key identity documents including President Obama's long-form birth certificate, his Selective Service Registration card, and his Social Security number.

8. My investigators and I believe that President Obama's long-form birth certificate is a computer-generated document, was manufactured electronically, and that it did not originate in a paper format, as claimed by the White House.    Most importantly, the "registrar's stamp" in the computer generated document released by the White House and posted on the White House website, may have been imported from another unknown source document.  The effect of the stamp not being placed on the document pursuant to state and federal laws means that there is probable cause that the document is a forgery, and therefore, it cannot be used as a verification, legal or otherwise, of the date, place or circumstances of Barack Obama's birth.

9. The Cold Case Posse law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is on-going.  The on-going nature of the investigation is due to additional information that has come to light since we held the press conference in March, 2012.   As soon as that information has been properly verified by the Cold Case Posse, I will release that information to the public.

Executed this _12_ day of June, 2012, in Maricopa County, Arizona.

_____
Joseph M. Arpaio, Maricopa County Sheriff

Sworn to and subscribed before me this
_12th_ day of _June_____, 2012.

_Lynda Jenise Moreno_

LYNDA JENISE MORENO
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 9, 2016

2 |

# Exhibit 2

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**THEREPOSITORY™**
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
**BELLEVUE, WASHINGTON 98015**
(425) 643.1131; FAX (240) 384-7297
For response to this letter: dvogt@comcast.net

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

## What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.

Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.



Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.



Figure 10. showing a mixture of grayscale and binary type on the same line.

3

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.



Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

# 20.   Date Accepted by Local Reg.

Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: ~~Zachary S Niebrugge~~

Title: ~~Branch Mgr U.S. Bank~~

I, ~~Zachary S. Niebrugge~~, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: 8 / 9 /20 11

Douglas B. Vogt

# Exhibit 3

**Affidavit**

STATE OF FLORIDA )
                              )S.S.
COUNTY OF DUVAL )

1. Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

    1.  I am a professional web developer having graduated with a bachelor's degree in IT at ITI Technical Institute in Indianapolis, IN.

    2.  I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

    3.  I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

    4.  I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

    5.  I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan 24, 2014
Comm. No. DD 955008



# Exhibit 4

**AFFIDAVIT**

In the State of Kentucky, County of Warren, this affiant being duly sworn, deposes and says that he is Timothy Lee Adams, residing at 1132 Fairview Avenue, Apt. F, Bowling Green, KY 42101 and that the statements below are true concerning his employment at the City and County of Honolulu Elections Division in Honolulu, Hawaii:

1. I was employed at the City and County of Honolulu Elections Division from May 2008 through September 2008.
2. My position at the City and County of Honolulu Elections Division was Senior Elections Clerk.
3. My responsibilities were to oversee the activities of the Absentee Ballot Office.
4. During the course of my employment, I became aware that many requests were being made to the City and County of Honolulu Elections Division, the Hawaii Office of Elections, and the Hawaii Department of Health from around the country to obtain a copy of then-Senator Barack Obama's long-form, hospital-generated birth certificate.
5. Senior officers in the City and County of Honolulu Elections Division told me on multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama in the Hawaii Department of Health and there was no record that any such document had ever been on file in the Hawaii Department of Health or any other branch or department of the Hawaii government.
6. Senior officers in the City and County of Honolulu Elections Division further told me on multiple occasions that Hawaii State government officials had made inquiries about Senator Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical Center in Honolulu and that neither hospital had any record of Senator Obama having been born there, even though Governor Abercrombie has asserted and various Hawaii government officials continue to assert Barack Obama, Jr. was born at Kapi'olani Medical Center on August 4, 1961.
7. During the course of my employment, I came to understand that for political reasons, various officials in the government of Hawaii, including then-Governor Linda Lingle and various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the director of the Hawaii Department of Health, were making representations that Senator Obama was born in Hawaii, even though no government official in Hawaii could find a long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth.
8. During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital generated birth certificate existed for Senator Obama.

In witness whereof he has hereto set his hand and seal.

Affiant's signature: _____

Affiant's title: _____

I, _____, a Notary Public of the County and State aforesaid, hereby certify that _____ personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been duly sworn deposes and says the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this _____ day of _____.

Notary Public's signature: _____

My commission expires: _____

My Commission Expires
July 19, 2014

# Exhibit 5

**These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.**

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeffgg

iiiiiiiiiiiiiiiiiii

lllllllllllnnnnn

nnnnnnnnnnnoooo

ooooooocpprrrr

ssssssttttttttttt

uuuuuuuuuuuuww

vvvvv11122,,,,,

ARACK HUSSEIN OBAMA, II

ale August 4, 1961 724 P

onolulu Oahu

apiolani Maternity & Gynecological Hospital

onolulu Oahu Honolulu, Hawaii

085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

5 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

8 Wichita, Kansas None



Student

Difference in the lower case "t"

t t t
t t t t t

Eight different "t"s found.

AAA ss nn

Differences in size   angle   and width



MICHAEL GERLICK

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org



# The American Typewriter

## How a Young Computer Graphics Person Could Not Understand How to Use a Computer to Forge a Typewritten Document.

It's been some 30 years since we have used typewriters to produce documents. Computers have replaced the typewriter and given us great advantages in document preparation. There is no need to understand the old typewriter. Except when you need to forge a typewritten document.

A computer in the hands of a young person who can creat a modern forgery is no match for the old style quirky mechanical typewriter. The forger who produced the Obama Hawaiian Long Form Health Department Birth Certificate may have thought that all typewriter typeface styles were alike. To get his letters he should have assumed that he needed only to match typewritten letters found in the old files of Hawaii birth certificates to scan ... copy and paste into his new document. Those old files should be all alike having been used to produce birth certificates in the 1961 era.

He must have understood that he needed to copy the old typewriter styles and would find them in the files.

But understanding scanners ... he also had to know that scanning a letter "t" one time and using it all over his document would be conviction assured. Because scan lines engage a letter differently every time it's done. So he scanned a bunch of old birth certificates and used a different "t" each time.

The mistake was that many of the letters in the old files were from different typewriter styles and that's something he did not realize ... resulting in many typewritten letters on his forgery that did not match each other.

I hope this helps to explain what might have happened with this document.

Paul Irey

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org



STATE OF HAWAII

**CERTIFICATE OF LIVE BIRTH**

FILE NUMBER **151**

DEPARTMENT OF HEALTH

**61 10641**

| Child's First Name | Middle Name | Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, |

Male — Single X Twin — Triplet

Month August — Day 4, — Year 1961 — Hour 7:24 P.M.

Place of Birth: Honolulu — Island: Oahu

Name of Hospital or Institution: Kapiolani Maternity & Gynecological Hospital

Is Place of Birth Inside City or Town Limits? Yes X No

Usual Residence of Mother: Honolulu — Oahu — Honolulu, Hawaii

Street Address: 6085 Kalanianaole Highway

Is Residence Inside City or Town Limits? Yes No

Is Residence on a Farm or Plantation? Yes No X

Full Name of Father: BARACK HUSSEIN OBAMA — Race of Father: African

Age of Father: 25 — Birthplace: Kenya, East Africa — Usual Occupation: Student — Kind of Business or Industry: University

Full Maiden Name of Mother: STANLEY ANN DUNHAM — Race of Mother: Caucasian

Age of Mother: 18 — Birthplace: Wichita, Kansas — Type of Occupation Outside Home During Pregnancy: None

Signature of Parent: *Ann Dunham Obama* — Date of Signature: 8-7-61

Signature of Attendant: *David A. Sinclair* — Date of Signature: 8 8 61

Signature of Local Registrar: *U.K. Lee* — Date Accepted by Reg. General

APR 25 2011

*(signature)* Ph.D.
STATE REGISTRAR

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

BARACK HUSSEIN OBAMA,II

MaleAugust4,1961 724P

Honolulu Oahu

Kapiolani Maternity&Gynecological Hospital

HonoluluOahu Honolulu,Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya,East Africa Student University

STANLEY ANN DUNHAM Caucasian

18Wichita,Kansas None

Every typewriter typed character is assigned a number in the order it is found in the document.

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

## EVIDENCE OF FORGERY

The two capital letters "**A**"s are from the word "**B R CK**" on the birth certificate found at section 8 of the form. There is only one letter between them. Why then is **#144** significantly bigger than **#146** if the same type-writer key struck both.?

AA   BARACK

From Section 8
143  144  145  146  147  148

Notice the other differences seen in the same word from different locations on the birth certificate. All the letters look different. Why?

The two capital letters "**R**" are from the same word "**BA ACK**" as above and the other word "**BA ACK**" in section 1 of the form. Why then is **#3** significantly shorter and wider than **#145** if the same typewriter key struck both? Note also the enclosed area in **#145** is smaller than the enclosed area in **#3** even though **#145** is taller.

RR   BARACK

From Section 1
1  2  3  4  5  6

The two lower case letters "**s**" from the word "**Ho pital**" in section 6c and "**Univer ity**" in section 12b are shown to be different because of the width of the letters. The lower case "**s**" **#88** is wider than the lower case "**s**" in **#198** as shown with the green and purple color bars shown under the letters.

ss   Hospit

From Section 6c
86  87  88  89  90  91

From Section 12b
196  197  198  199  200  201

ersity

The two numbers "**2**" are from "**7:24**" in section 5b and section 10 of the form. Why then is **#40** significantly wider than **#168**? Notice also the difference in height of **#168**. Can you imagine how these two typewritten letters were typed with the same typewriter?

22   7:24

From Section 5b
39  40  41

25

From Section 10
168  169

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters "a" from the word "M le" found in section 2 and the word "K piolani" found in section 6c. Notice that the first "a" #23 is not as wide as #56. Also note the differences of the shape of the enclosed areas and the serifs at the top left of both.



The two lower case letters "i" from the word "Univers ty" in section 12b and "Kop olani" in section 6c are shown to be different because of the dots over the letters. The dot in #199 is higher that of #58 and shows more space over the letter. Also note the color bars indicating the difference in width between the letters.



The two capital letters "S" are from "HU SEIN" in section 8 and " TANLEY" in section 13 of the form. Why then is #151 significantly more narrow than #201? Notice also the serif differences indicated with the arrows showing that the serif on #151 is placed further back to the left on the "S" than as shown on #201.



The two lower case "n" letters are different in size. #62 found in section 6c is much shorter than #193 found in section 12b. This is a good place to insert a photo of a typewriter key to remind us that the impression is struck by an engraved letter that is steel and incapable of changing size.



Close up of a Typewriter Key flopped for clarity

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters "e" #25 from the word "Mal" found in section 2 and the word "Matrnity" found in section 6c show us that #25 is from a different design of type style with a tilting horizontal bar and #25 is also bigger in size.

The two lower case letters "u" from the word "Honolul" #101 from section 6a and "Oah" #105 from section 6b are shown to be different in width as indicated with the color bars above the letters. Also note the different design of the bottom part of the letters.



The two numbers "1" from the date "961" #35 from section 5a and "8 Wichita" #225 from section 15 are shown to be different in width as indicated with the color bars below the letters. Also note the different design of the bottom part of the letters.

The Word "Student" found in section 12a of\ the birth certificate  was the first problem I noticed because it was one word with two variations of the letter "t" and was clearly a different drawing of the letter mainly displaying a different extension at the bottoms of those letters.  As a typographer I could see no reason for a different stlyle of letter within the same word. Other examples on the page seem to suggest that perhaps the form was transfereed to different departments to fill out different sections ... but that could not happen with one word.  Later study showed that too many of the letters on the birth cert.did not match each other ... even for many typist.



Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy courtesy of: ProtectOurLiberty.org

If all the letters are from the same typewriter ... why don't they match?  It appears that it was put together with letters from different sources and this means it's a forgery!

* * * *

Paul Irey can be reached via email at: pauledwardirey (at sign) yahoo.com
A full color high-res copy of this report can be viewed and downloaded at: http://www.scribd.com/doc/59624694/

# Exhibit 6

## AFFIDAVIT

STATE OF FLORIDA )
                                   )S.S
COUNTY OF DUVAL )

I, Fesclin Papo, am over 18 years old and resident of 7379 Walden Road, Jacksonville, FL 32744 with FL ID... ...(FL) 215 49 082 0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury.

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 or Income Tax Return of President Barack H. Obama:
    http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the First lady's social security numbers were redacted. All blanks or spaces for social security numbers were blank, or "whiteout."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed.

    1.  Barack Obama's SSN, 0__-68-4425
    2.  Michelle Obama's SSN ___-60 302
    3.  An initial MLO on the side of Form 709
    4.  A ... inch dark square with a notation of "8"
    5.  Preparer's SSN or PIN P0###70924
        EIN 36-2700000
        Phone no. 312/37.. 0440



United States Gift (and Generation-Skipping Transfer) Tax Return

2000



**Exhibit 7**

1. I [ ] am Jordan, am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury.

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form, which was available on the website www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN, (attachment A).

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free Internet based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

On July 26, 2011, I also requested that E-Verify System is not required the employer to retain data from their employees 1991 employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back to the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employee's eligibility. I entered the name Barak H Obama, birth date August 4, 1961, and SSN 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. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration on SSA Records", attachment B.

Signed _____ Linda Joy Jordan 4410 SW Dawson St, Seattle WA 98136 206-723-6437

In the city of _____, County of _____

Seattle Washington                                    King

Dated the _____ day of _____

August                    2011

Signature of the Notary _____

Date _____



# Notice of Mismatch with Social Security Administration (SSA) Records

Bring this notice with you when you visit SSA

**For SSA Field Office Staff. Do not use EV STAR: See POMS RM 10250.000ff**

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number entered is not a valid SSN.

**SSA unable to confirm U.S. Citizenship.**

**SSA record does not verify. Other reason.**

**SSA unable to process data.**

Instructions

attachment B

# Exhibit 8

# Social Security Number Verification System (SSNVS)



## SSN Verification Results

**Employer's EIN**
Records Submitted        1
Failed                            1
Verified Records            0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6

- **Failed** - Data does not match Social Security Administration's records. Select for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSN information line at 1-800-772-1213, TDD/TTY 1-800-325-0778 or your local Social Security field office. Select to find the office nearest you

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
|         | 042684425     | BARACK     |             | OBAMA     |        | 08041961               | M          |                      |

| Verification Results | |
|------|------------------------------|
| **Code** | **Description** |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

# Exhibit 9

Rancho Santa Margarita Ca. 92688
Tel (949) 683-5411 Fax (949) 766-7603
E-mail: orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr Orly Taitz, Esquire, Pro Se. | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action. |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama. | ) | |
| Defendant | ) | |

## Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.      On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to.

6.      On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from Locate Plus, any and all legally obtainable information relating to SSN 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.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

Attached as Exhibit 19 hereto is a true and correct copy of a page of my account.

15.     When I called LocatePlus at that telephone number and Russo at ext. 214-5727 extension 310 and inquired as to why my account had been frozen as of that time, Mr. Russo stated that LocatePlus had a report that I had conducted a search of a celebrity, political figure's inquiry and was due to stop my inquiry due to some compelling reason pursuant to the user agreement I was under with Locate..., I returned to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. ... to conduct my research in California, she was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 2, 2010. He assured me that at any time he would have to provide this information to plaintiff would research my issues LocatePlus may have regarding any inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, relative to SSN# 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.

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen and made available to me.

20.     Despite all of this, as of March 1, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

25.      I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 9 day of March, 2010.

By:
                                John N. Sampson

**Exhibit 10**

Exhibit 10

Videotape of sworn witness testimony
in Turner v Price



# Exhibit 11





9/9/2012 4:14

# Exhibit 12

Ex Ribit



# Exhibit 13



REGISTRATION OF GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro.

2. The place and date of birth: Honolulu, 4-8-1961

3. The nation
      a. of citizenship: Indonesia
      b. the foreign descendants:
      c. the ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001 R005

6. From which school (house from) and what class: ???

7.       a. Date accepted: 1 1 1968 (January 1, 1968)
      b. Grade: 1 (first grade)

8.       a. The name of the parents or, Mr.(...) Soetoro M L (Lolo Soetoro)
      b. Occupation job: (???? Geography ????)
        (name of the mother will or y be used if father is deceased)
      c. Address: Menteng Dalam R001 R005

9. The name of the guardian:
      (??? was filled up, ??? parents of the pupil were not available, already ???? ????
      because another thing.)
      b. Occupation job:
      c. The address: Menteng Dalam R001 R005

10. Left this school:
      a. ?? was finished, outside from the class:     The date:
      b. ?? recieved ?? the date:     No.
      c. ?? the school to:

11. Other information:

**EXHIBIT 14**

# CERTIFICATION DECLARATION OF
# Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document marked P1 shown in her own handwriting crossed out to mean to exclude "Barack Hussein Obama (Soebarkah)" from her passport renewal.

6. The attached documents plus cover letter of two pages for a total 14 pages received from the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number: 200807238.

**I do hereby declare and certify that the attached records are a true and accurate copy of those received by Declarant; and that I am available to testify in open court as such.**

**Dated: Brooklyn New York**
      **December 17, 2011**

                                   **Christopher-Earl: Strunk in esse**
                                   **593 Vanderbilt Avenue – 281**
                                   **Brooklyn, New York 11238**
                                   **Cell- 845-901-6767 email: chris@strunk.ws**

**Attached: Coverletter (2 pages)**
                **Six (6) Documents P1 thru P6 (12 pages)**



United States Department of State

Washington, D.C.   20520

JUL 29 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P !

FORM APPROVED
BUDGET BUREAU NO. 47-R017.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

APPLICATION FOR

☐ RENEWAL   ☐ AMENDMENT   ☐ EXTENSION
OF

☐ PASSPORT   ☐ CARD OF IDENTITY
☐ REGISTRATION   ☐ CERTIFICATE OF IDENTITY

Document No. _____ Date Issued _____

POST
REFERRED TO DEPARTMENT FOR ACTION
☐ RENEWED
☐ AMENDED AS REQUESTED
☐ FEE COLLECTED
☐ NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME) (MIDDLE NAME) (LAST NAME)

a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details in REVERSE.)

DATE OF BIRTH (Month, day, year)   PLACE OF BIRTH

NOW RESIDING AT

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)

FORM FS-299

AMEND TO INCLUDE FATHER (IF WITH HUSBAND)

AMEND TO INCLUDE MAIDEN NAME

AMENDED BY SIGN MARRIED NAME

CITIZENSHIP OF HUSBAND

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION *(To be executed only in connection with cases referred to Dept.)*

ISSUED TO

- PASSPORT
- REGISTRATION
- CERTIFICATE

(Photo required for enlarged)

SIGNATURE OF CONSULAR OFFICER

Prepared in the United States of America

PLEASE TYPE OR PRINT

SERIES

**EXHIBIT 15**





**EXHIBIT 16**

# NATIONAL ASSEMBLY

## OFFICIAL REPORT

**Thursday, 25th March, 2010**

The House met at 2.30 p.m.

*[Mr. Speaker in the Chair]*

PRAYERS

### PETITION

**Dr. Khalwale:** Mr. Speaker, Sir, I stand here to make a petition on behalf of Kiborowa squatters who are a group of squatters from Trans Nzoia District under an organization called Kiborowa Squatters Alliance. The squatters reside in the rural and peri-urban slums within Trans Nzoia and like our forefathers, remain landless and living under deplorable conditions. Some of those squatters are temporary labourers on the former colonial settler farms now popularly called Agricultural Development Corporation (ADC) farms. Our girls and women are raped and forced into prostitution and early marriages, occasioning high instances of HIV/AIDS and gender biased violence. There are high poverty levels leading to early school dropouts and childhood labour. Despite those squatters making several presentations to the Government with assurances from district commissioners, permanent secretaries and Ministers for Land and Settlement since Independence, our people have yet to see any positive action. We are, therefore, praying through this petition for your humble intervention as a House, so that the Government of the Republic of Kenya may immediately settle all the squatters on the following ADC farms: Sabwani, Sekhendu and Olingatongo ADC farms. We are also praying that the Government restrains those Members of Parliament who are inciting members from non-squatter communities to invade those farms.

**Mr. Speaker:** Order. Dr. Khalwale! You caught my eye to present a petition, but I am in doubt as to whether or not you have, in fact, complied with Standing Order No.204. At least, I have no indication from the Clerk of the National Assembly, which I normally have as a matter of practice, that you have complied with Standing Order No.204. Can you satisfy me that you have done so?

**Dr. Khalwale:** Mr. Speaker, Sir, this petition was presented to the Office of the Clerk. He went through it and marked it to the Speaker of the National Assembly. The Office of the Speaker of the National Assembly marked it to Mr. Ndombi who is in the legal arm of Parliament. Mr. Ndombi invited me to his office. We went through this petition and I am glad to confirm that we have complied to the letter, to the requirements of that Standing Order.

**Mr. Speaker:** Can you, please, let me have a look at the petition to be satisfied that those steps have been taken?

**Dr. Khalwale:** Mr. Speaker, Sir, after I conclude or before?

the way to look at devolution is about governance. If at all we take this Constitution without looking at the elements of devolution properly, then I am afraid we have missed the boat. We should be very courageous and brave because in 1963, resources were going to the regions. It was not by changing the Constitution that the regions went but by starving the regions of funds and even the power to tax the regions. That is how the regions were killed. But when the regions were working, even hon. Ngala was feeling better and safer as the president of the Coast region rather than being a Member of Parliament here.

The other thing that we are addressing through devolution is exclusion. What has made us suffer as a nation is exclusion. Once people feel excluded, even when you want to employ a policeman or constable or you want to build a dispensary, it must come from the centre. In the colonial days, these things were being done on the ground and they could give bursaries and build roads. I commend devolution. Those who fear devolution are living in the past. They are being guided by their ethnic consideration and objectives. They are living in the past. If America was living in a situation where they feared ethnicity and did not see itself as a multiparty state or nation, how could a young man born here in Kenya, who is not even a native American, become the President of America? It is because they did away with exclusion. What has killed us here is exclusion; that once Mr. Orengo is President, I know of no other place than Ugenya. That is why we were fighting against these many Presidencies in the past. I hope that Kenya will come of age. This country must come of age. People want freedom and nations want liberation, but countries want independence.

I beg to support.

**Prof. Kamar:** Thank you, Mr. Deputy Speaker, Sir, for giving me the opportunity to contribute to this historic Motion. I would like to support it with amendments and I will be mentioning which ones.

Mr. Deputy Speaker, Sir, allow me, first, to congratulate those who have participated in the process of Constitution-making in this country. I want to recognize the veterans – the Orengos and Imanyaras – past and present. I also want to remember to recognize the Bomas group of delegates that gave us the first Draft (2004). I also want to remember the Committee of Experts (CoE) and our own Parliamentary Select Committee. These people have done a commendable job. The Constitution making process has been very long and tedious. Sometimes it has been acrimonious and tempers have gone up and down. But all in all, the process has brought us this far and we must thank God for that.

Mr. Deputy Speaker, Sir, it is instructive to note that while it has taken a very long time, there are some areas that have consistently remained in all the drafts that we have today. As we consider that, we are reminded of why Kenyans wanted to have a Constitution. to begin with. In the preamble, there is a statement that says: "We, the people of Kenya adopt, enact and give to ourselves and our future generation this Constitution."

Mr. Deputy Speaker, Sir, we must ensure that Kenyans get a new Constitution that will serve them and the future generations. How do we ensure this? We must ensure this by ensuring that the Proposed Constitution is good for all, fair to all and serves all. This may require the spirit of give and take, but it must all be inclusive and non exclusive. The eyes of the nation are focused on this House. We must rise to the occasion

**EXHIBIT 17**

The Vetting - Exclusive - Obama's Literary Agent in 1991 Booklet: 'Born in Kenya and ra... Page 1 of 21

**BREITBART**

# THE VETTING - EXCLUSIVE - OBAMA'S LITERARY AGENT IN 1991 BOOKLET: 'BORN IN KENYA AND RAISED IN INDONESIA AND HAWAII'



'THE HOPE AND THE CHANGE'

## MOST POPULAR

## RELATED NEWS





*Note from Senior Management:*

*Andrew Breitbart was never a "Birther," and Breitbart News is a site that has never advocated the narrative of "Birtherism." In fact, Andrew believed, as we do, that President Barack Obama was born in Honolulu, Hawaii, on August 4, 1961.*

*Yet Andrew also believed that the complicit mainstream media had refused to examine President Obama's ideological past, or the carefully crafted persona he and his advisers had constructed for him.*

*It is for that reason that we launched The Vetting, an ongoing series in which we explore the ideological background of President Obama (and other presidential candidates) not to re-litigate 2008, but because ideas and actions have consequences.*

*It is also in that spirit that we discovered, and now present, the booklet described below: one that includes a marketing pitch for a forthcoming book by a then-young, otherwise unknown former president of the Harvard Law Review.*

*It is evidence, not of the President's foreign origin, but that Barack Obama's public persona has perhaps been presented differently at different times.*

several times over several days. Her calls are screened by an automated service that requires callers to state their name and company, which we did. She never answered.

The design of the booklet was undertaken by Richard Bellsey, who has since closed his business. Bellsey, reached by telephone, could not recall the exact details of the booklet, but told Breitbart News that it "sounds like one of our jobs, like I did for [Acton & Dystel] twenty years ago or more."

The parade of authors alongside Obama in the booklet includes politicians, such as former Speaker of the House Tip O'Neill; sports legends, such as Joe Montana and Kareem Abdul-Jabbar; and numerous Hollywood celebrities.

The reverse side of the page that features Barack Obama includes former Green Party presidential candidate Ralph Nader and early-1990s "boy band" pop sensation New Kids On the Block.

Acton, who spoke to Breitbart News by telephone, confirmed precise details of the booklet and said that it cost the agency tens of thousands of dollars to produce.

He indicated that while "almost nobody" wrote his or her own biography, the non-athletes in the booklet, whom "the agents deal [t] with on a daily basis," were "probably" approached to approve the text as presented.

Dystel did not respond to numerous requests for comment, via email and telephone. Her assistant told Breitbart News that Dystel "does not answer questions about Obama."

The errant Obama biography in the Acton & Dystel booklet does not contradict the authenticity of Obama's birth certificate. Moreover, several early interviews concerning the internet and his background describe Obama as having been born in Hawaii.

The biography does, however, fit a pattern in which Obama--or the people representing and supporting him--manipulate his public persona.

David Maraniss's forthcoming biography of Obama has reportedly confirmed Obama's multiple self-inventions, for example, that a girlfriend Obama described in *Dreams from My Father* was, in fact, an amalgam of several separate individuals.

In addition, Obama and his handlers have a history of redefining his identity when expedient. In March 2008, for example, he famously declared that "I can no more disown [Jeremiah Wright] than I can disown the black community. I can no more disown him than I can my white grandmother."

**EXHIBIT 18**

AFFIDAVIT OF David Yun

I, David Yun, am over 18 years old, have personal knowledge of the foregoing and certify that stating the following:

1. I have over 30 years of computer information technology knowledge.

2. [illegible]

3. I perform database and I computer repair services.

4. [illegible]

5. I found multiple individuals, who are 100 years old, 150 years old, 200 years old, who are dutifully [illegible]

6. Attorney Orly Tautz, who was a candidate to the U.S. Senate in 2012 primary contacted me and [illegible] according to [illegible] as the registration, pointing the only to the data

7. I personally performed the analysis of the database provided to me by attorney Orly Tautz.

8. I found I analyses no analysis to the obtained database

9. I found the following data [illegible]
   a. 89k records without first name
   b. 75 records without middle name
   c. 506,714 records without place of birth
   d. [illegible] records without [illegible]
   e. 141,864 possibly duplicate records
   f. [illegible] [illegible]

10. According to CA Elections code [illegible] voter registration is supposed to contain a birth date of the [illegible] registration, address information disclosing whether the perspective voter is a felon or parolee, a drivers license. Last [illegible] of Social Security [illegible] a specific to prior

11. Based on my personal data analysis in only one of 8 parameters of verification, birth date, there are [illegible] the database and I see no voter registrations with birth date showing the voter to be over 100 years old [illegible]

I certify that all of the information herein is true and correct to the best of my knowledge. I declare this [illegible] penalty of perjury.

Name    David Yun

Address [illegible] Anaheim CA 92804

Sworn to and subscribed before me this

[illegible] day of [illegible] 2012



## AFFIDAVIT OF David Yun

I, David Yun, am over 18 years old, have personal knowledge of the foregoing and can and attest to the following:

1. I have over 10 years of computer information technology knowledge.
2. I am currently a Computer Information Systems analyst.
3. I perform database and computer repair services.
4. I have an educational background in computer science from Devry University
5. I found multiple irregularities in the obtained database.
6. I found multiple individuals, who have listed their place of birth as US or USA. A valid place of birth is required in 14 states as stated in PTF Appendix C.pdf of California voter registration guide.

   http://www.sos.ca.gov/elections/voter_privacy_final_report/PTF_Appendix_C.pdf

7. Attorney Orly Taitz, who was a candidate for the U.S. Senate in 2012 primary contacted me and provided a DVD of the CA voter registrations asking to analyze the data.
8. I personally performed the analysis of the database provided to me by attorney Orly Taitz
9. I found multiple irregularities in the obtained database.
10. I found the following result/ entrie(s):
    A. 685739 Records where Place of Birth is listed as US or USA.
11. According to CA Elections code 2150 every voter registration is supposed to contain a birth date of the voter, as well as other information, such as country of origin, first and last name, prior voter registration, address, information disclosing whether the perspective voter is a felon or parolee, a drivers license, last four digits of the Social Security number or an identifier number
12. Based on my personal data analysis in only one of 8 parameters of verification, birth date, there are hundreds of thousands of flagrantly invalid voter registrations which need to be removed from the database, which is a suspicious voter registration, which need to be verified.

I attest that all of the information herein is true and correct to the best of my knowledge.   I declare this under the penalty of perjury.


Signed

Name     David Yun

Address     3400 W THORNTON AVE. ANAHEIM, CA 92804


Sworn and subscribed before me this day

_____ 2012.

YULIA YUN
COMM # 1985243
ORANGE COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
JULY 15, 2016

**EXHIBIT 19**



THE STATE BAR
OF CALIFORNIA

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

July 16, 2012

Orly Taitz
29839 Santa Margarita Pkwy, Ste 100,
Rancho Santa Marga, CA 92688

RE:    Inquiry Number:      12-10444
       Respondent:          Scott Tepper

Dear Ms. Taitz:

An attorney for the State Bar's Office of the Chief Trial Counsel has reviewed your complaint against Scott Tepper to determine whether there are sufficient grounds for proceeding to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

You informed us that Mr. Tepper who is admitted pro hac vice in Mississippi submitted forged documents regarding President Obama's birth certificate to the federal court. You state that Mr. Tepper submitted the forged documents to defraud U.S. District Judge Henry Travillion Wingate and Honorable Magistrate Judge Linda R. Anderson and the public.

Based on our evaluation of the information provided, we are closing your file. The issue you raised is best addressed by the court hearing the matter. The State Bar cannot determine the validity of the document that was presented to the court. Your complaint also concerns a matter of national security which is beyond the scope of the State Bar. You have properly raised your concerns with the District Attorney and the Department of Justice.

For these reasons, the State Bar is closing this matter.

If you have any questions or disagree with the decision to close your complaint or have new information or other allegations not included in your initial complaint, you have two options. For immediate assistance, the first option is to speak directly with a Complaint Analyst. You may leave a voice message with S. Chen at (213) 765-1285. Be sure to clearly identify the lawyer complained of, the case number assigned, and your telephone number including the area code in your voice message. The Complaint Analyst will return your call within 2 business days.

The second option is to request the State Bar's Audit & Review Unit to review your complaint. An attorney may re-open your complaint if he or she determines that you presented new, significant evidence about your complaint or that the State Bar closed your complaint without any basis. You must submit your request for review with the new evidence or a showing that closing your complaint was made without any basis. To request review, you must submit your request in writing, together with any new evidence, post-marked within **90 days of the date of this letter,** to:

Orly Taitz
July 16, 2012
Page 2

State Bar of California.
Audit & Review Unit.
1149 South Hill Street
Los Angeles. CA 90015-2299.

**Please note that telephonic requests for review will not be accepted.**

The State Bar cannot give you legal advice.  If you wish to consult an attorney about any other remedies available to you. the Los Angeles County Bar Association can provide the names of attorneys who may be able to assist you.  The county bar association's contact information is: Los Angeles County Bar Association. P.O. Box 55020. Los Angeles. CA 90055-2020 (213) 243-1525.

Thank you for bringing your concerns to the attention of the State Bar.

Very truly yours.

William Stralka
Deputy Trial Counsel

**EXHIBIT 20**

STATE OF HAWAII

**CERTIFICATE OF LIVE BIRTH**

DEPARTMENT OF HEALTH

151   61 10637

**EXHIBIT 21**

**EXHIBIT 22**



Democratic Party of Hawaii
1050 Ala Moana Blvd. #2880
Honolulu, HI 96814
Phone (808)596-2980
Fax (808)596-2985
Email: dphstaff@inbox.com
Website: www.hawaiidemocrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai'i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the national Democratic Parties balloting at the Presidential Preference Poll and Caucus held on February 19th, 2008 in the State of Hawaii and by acclamation at the National Democratic Convention held August 27, 2008 in Denver, Colorado.

### For President of the United States

Barack Obama
P.O. Box 8102
Chicago, IL 60680

### For Vice President of the United States

Joe Biden
1209 Barley Mill Rd.
Wilmington, DE 19807

IN TESTIMONY WHEREOF we have hereunto set our hands on this 27th day of August, 2008.

Brian E. Schatz
Chair
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2880
Honolulu, HI 96814

Lynne Matusow
Secretary
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2880
Honolulu, HI 96814

**EXHIBIT 23**

 

FILED

2004 AUG -2 AM 9:57

DEPARTMENT OF STATE
DIVISION OF ELECTIONS

DEMOCRATIC NATIONAL COMMITTEE
**OFFICIAL CERTIFICATION OF NOMINATION**

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Boston, Massachusetts on July 26 though 29, 2004, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

**For President of the United States**
**John F. Kerry**
19 Louisburg Square
Boston, Massachusetts 02108

**For Vice President of the United States**
**John Edwards**
3325 Alleghany Drive
Raleigh, North Carolina 27609

_Bill Richards_

Chair, Democratic National
Convention

_Alice Germond_

Secretary, Democratic National
Convention

Commonwealth of Massachusetts  )
                                )  ss:
County of Suffolk               )

Before me on this 29th day of July 2004 personally appeared BILL RICHARDSON AND ALICE TRAVIS GERMOND, to me known or proved to me on the basis of satisfactory evidence, which were for each _licenses_ _____ _____, to be the persons who executed the foregoing instrument as Chair and Secretary, respectively, of the 2004 Democratic National Convention, in behalf of the 2004 Democratic National Convention, and each having acknowledged that they executed the same as their own free act and deed, and as the free act and deed of said 2004 Democratic National Convention.

_Lynn Gaseidnes_

Notary Public

My commission expires: _____ _____

Lynn B. Gaseidnes, Notary Public
My Commission Expires August 28, 2009

**EXHIBIT 24**



OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado August 25 through 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

For President of the United States

Barack Obama
5046 South Greenwood Avenue
Chicago, Illinois 60015

For Vice President of the United States

Joe Biden
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver   )
                            )  ss.
State of Colorado           )

Subscribed and sworn to before me for the City and County of Denver, State of Colorado, this 28 day of August, 2008.

Notary Public

Commission expiration date

**EXHIBIT 25**



**DEMOCRATIC NATIONAL COMMITTEE**

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution:

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
                          ) ss:
State of Colorado )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28TH day of August, 2008.

Notary Public

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

September 6, 2011
Commission expiration date

Democratic Party Headquarters ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.
Visit our website at www.democrats.org.

OFFICE OF ELECTIONS '08 AUG 28 AM 11:40

**EXHIBIT 26**



THE SUPER-FAST LG VIPER  4G LTE IS FREE.

ELECTION BEAST

# Birther Queen Orly Taitz's Big Comeback on California Senate Ballot

Orly Taitz, the mastermind behind the conspiracy theory that Obama wasn't born in the United States, could finish in the top two in California's Senate primary Tuesday. John Avlon says it's time to stop the insanity.





Learn More







## REPUBLICANS HIT TAMPA

Where's Peggy Noonan When You Need Her?

**PROTESTERS SAY THEY WERE 'SUCCESSFUL' IN TAMPA DESPITE LOW TURNOUT**

**A HELL OF A GOP SHOW**

**5 MUST-SEE MOMENTS FROM THE REPUBLICAN CONVENTION**

**HOLLYWOOD'S EASTWOOD DIAGNOSIS**

## REPUBLICAN CONVENTION ALL-STARS



Birther Queen Orly Taitz's Big Comeback on California Senate Ballot - The Daily Beast          Page 3 of 5

Rep. David Dreier told Brown he had no choice but to question the integrity of the general election.

The possibility that Taitz could end up being the Republican challenger to Feinstein is making headlines. While a long shot in Democrat California, conservatives, especially in the mentioned wing, think of her.

In fact, in a race decided in the final hours of primary election night in and grow on them, running away to first round to one such way with ... the prudently, Taitz is the judge of *Fatal Attraction* Dem, but the California GOP can't bleed any kind of dyed-in-the-wool state legislator registered to congressman in our own swing in form to run against Dianne Feinstein says Allan Hoffenblum, a longtime analyst of Golden State politics in Los Angeles.

The unique California values, the ones Richard Reagan and Pete Wilson would ... a community wouldn't stand for was a statesman's. In the only embarrassing its suicidal. Perhaps also ... The California Republican Party is virtually in the final Schiavo stage of its life.

So much just me

Perhaps, but it's also true that a senator candidate won't ever have much of this election Day. There are congressional primaries courtesy of this election indeed, that one going on in Oakland, Nationally there are over 50 down in a primary election in a 25% turnout, or will outrun the writer ensuing's ridiculous dish on this year 2012. And I sincerely hope the question comes up. Republican why it won't vote, that's the show, but I like writing about crazy. The peak week in primary when the extreme ... at the first is every candidate when the things stand to run and the base. And that ... even suggesting too much liberty.

A few weeks ago ... as seeing to see the excited factory questions come up in the inquisition of the form certificate and been involved that the president was born in Hawaii, I hope that would settle the matter once and for all. Then Donald started to ... and that's over the free stuff even statehood of the Obama one of who the Romney campaign beloved sent around the airport told and the worst ado again ... and ...

In the first story I ... really too much important that the primary voters of the Republican or eventual conspiracy theory that a political election for the Senate. In my city I do think it would certainly topple forward an agreeable preferable candidate — better take city ... longing him to your flash watch even a strange ... idea ... but it's our ... in your show. That's your country.

Normally, I admire the candidate ... to run for the U.S. Senate, it's an important democracy. It's pathetic that we even need to entertain the possibility. We can do better ... and we need to in Twitter Primary.

Like *The Daily Beast* on Facebook and follow us on Twitter for updates all day.

John Avlon is senior columnist for Newsweek and The Daily Beast and the author of *Reality Check ... and DNC convention ... won't disappear from the news line. Eli rush, but running and ... a BBT ... column, four and ... day, in his space ... a column are available for best online column... in 2012.

Kid Rock will jam for Mitt Romney in Tampa this week. From Ray Charles to Angie Harmon to John Wayne, see other celebrities who stumped for the GOP.

### NBC NEWS
#### THE DAILY BEAST'S 2012 CAMPAIGN COVERAGE PARTNER



Courtesy of our partners @ NBC News.



Ten Random Notes on Tampa



Why Romney Won't Fight Iran

So Everyone's Talking About ... Clint

**California, U.S. Politics**

YOU MIGHT ALSO LIKE

   

Birther Queen Orly Taitz's Big Comeback on California Senate Ballot - The Daily Beast          Page 4 of 5

Pepperdine
President Son
Will not be
Returning to
Campus -
Malibu, CA
Patch

Mae
Andreamma
Model Now
Stroshu
Hydro
Transgender
Sensation

Canadian
Hump Storks
Work Church of
Toilet
Procession

Troll 7 Acre
Insinuate
Rape Claims
Pure Denial
Advice Column
Gretas

COMMENTS

Clint Hijacks Romney's Moment

by Howard Kurtz

SORT

Ryan Gosling to Make His Directorial Debut

Pizza Hut is Now Offering a 'Snorting Crust' Pizza

Fox News Host's Brutal Takedown of Chris Christie

Watch: Dog Takes Down Darth Vader

Italian Romance Films to Stream on Netflix

Matthew McConaughey Lost 30 Pounds for a Movie Role

Convention Chaos Could Lead to Shift in Polls

Watch Beyonce Drop Jokes During Anderson Cooper Live Promo

Little Girl Evacuating For Isaac Leaves Instructions For Her Stuffed Animals

Get Your
FREE 2012 Credit Score NOW



HOME|ELECTION | ENTERTAINMENT BOOKS|WOULD|WOMEN IN THE WORLD|ANDREW SULLIVAN PRESS     SUBSCRIBE
GOP CONVENTION|FASHION|ANDREW SULLIVAN|HOWARD KURTZ|DAVID FRUM
EXPEDIA HOTELS|HOTWIRE|MERCHANTCIRCLE| REFERENCE  THESAURUS|INDIANSPOKEN

GET EMAIL UPDATES

**EXHIBIT 27**



**Kevin Underhill**

# The California Ballot and the Furtwängler Principle [Updated]

Today's primary election day in California, and the ballot includes the usual selection of lunatics sprinkled in among the _____ _____ of _____ who should probably all be rejected for more traditional reasons.

You may have heard of some of those running for president, including the current guy, a Nobel Peace Prize winner and liberal Democrat committed to "transparency" who has gone to war without Congressional approval at least once, signed a bill that allows the _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ and has *actually killed* at least three American citizens, which may or may not have been legal according to a _____ _____ _____ _____ _____. And this might *still* be the least stupid vote you could cast.

Mitt Romney, of course, has the GOP nomination locked up, but Ron Paul, Newt Gingrich and Rick Santorum are all still on the ballot, it appears, along with Buddy Roemer, Libertarian Party candidate _____ Johnson (who at least has the good sense to support legalizing a drug most of these people have used anyway) and Fred Karger. Wait, who?

Why, _____ _____, the first openly gay man to run for president since Dick Gephardt, and certainly the first openly gay *Republican* man to run for president. Given that he is an openly gay Republican whose *Huffington Post* editorial yesterday was entitled "Why I Am Still Running for President," his chances probably are not great, but on the other hand he does not appear to be crazy and is the only GOP candidate other than Romney who is still actively running. You never know.

I'm sort of a libertarian, but I still probably wouldn't vote for Green Party candidate _____ _____ _____. Seems like a rational person but he was born in Papua New Guinea. Both his parents were U.S. citizens (or so he *claims*) so does that make him a "natural-born citizen"? I think so, but Papua New

## Most Read on Forbes

**Says Who? Emma Heming-Willis Denies Bruce Is Suing Apple Over Right To Bequeath His iTunes**

**Who Is The Smallest Government Spender Since Eisenhower? Would You Believe It's Barack Obama?**

**Bruce Willis Might Sue Apple Over iTunes**

**Obama's Accelerating Downward Spiral For America**

**Breaking Bad 'Gliding Over All' Season Finale Review - Many Deaths I'll Sing**

**Kevin Underhill**

Guinea? We have enough trouble with people trying to get birth certificates out of Hawaii. Amusingly, another Green Party candidate is named "Roseanne Barr," but this is certainly not the same -- oh. Seriously? Seriously. "She is the lone voice of courage and reason who is unstoppable [the others seem to be stoppable] as she holds corporate-funded politicians feet to the fire," she says, so maybe you should overlook her known shrillness and her unreasoning hatred of apostrophes.

Hey, did you know there are 25 people running for president on the California ballot, and that the full list of candidates is 148 pages long? I sure as hell didn't when I started writing this. I have at least scanned the whole thing and it seems to confirm my belief that it's the presidency and the Senate that really brings them out of the woodwork. The unsurprising exception may be San Francisco, where "Summer Justice Shields" is running for Nancy Pelosi's House seat. Shields is listed as a Democrat but I see her campaign announcement was mentioned on LaRouchePAC.com. If she's a Lyndon LaRouche supporter, then she's a nut. (These days, LaRouche appears to be pushing something called "The Furstwängler Principle," which I support wholeheartedly just based on the name. It also has the benefit of being totally incomprehensible.)

The most reliable source of loons is usually the American Independent Party, which previously featured Alan Keyes among its inmates but now has to be satisfied with "Mad Max" Reikse. of Fruitport, Michigan. Not much information seems to be available about Mad Max, who may recently have switched to the AIP from the Citizens Party. The Citizens Party website has a group page called "Mad Max Rickse for President 2012," a group that currently has ten members including "Free the Toss Salad Man." I wasn't able to view Free the Toss Salad Man's profile without logging in, which I had no intention of doing, but I would like to see him on the same ticket as Alan Reid in the Illinois 83rd list.

Finally, and this is why I started this thing in the first place, famed Birther-activist and naturalized-Moldovan-lawyer-dentist Orly Taitz, is running for the Senate. She hopes to run against Dianne Feinstein, and according to some polls she may actually get the chance. California has a "top-two" primary, meaning all candidates run on the same ballot and the top two then face off in November. Feinstein will be number one, and there are 23 other candidates vying for number two. As no one else has any name recognition at all, there is some concern -- including in the GOP -- that Taitz might eke out enough votes to stay around until November. She does have a long record of losing, but also a long record of being undeterred by it.

An official Taitz run would be amusing but also disturbing, as John Avlon argues at the Daily Beast. That piece is worth reading partly for its comical descriptions of Taitz as "almost charmingly insane," "demonstrably unhinged," "clownishly unelectable," and a candidate who "would make Sharron Angle look like Daniel Webster." As amusing as that might be, though, Taitz doesn't deserve any more attention. Avlon says the California GOP is endorsing Elizabeth Emken, so maybe she's the best alternative if you're not a Feinsteinian.

Personally, I'm reserving judgment until I know where all these people stand on The Furtwängler Principle. Or at least what it means.

**Update I**: Note -- just kidding about Gephardt. His name just popped into my brain and that is completely random. Really.



Who Just Made a Billion Dollars?

Our Real-Time Billionaires scoreboard tracks the biggest moves for 50 of the world's wealthiest people.

See the Real-Time Scoreboard right now »

Sponsored Links

**EXHIBIT 28**

**From:** Cotten, Kay [mailto:
**Sent:** Thursday, August 09, 2012 9:11 PM
**To:** George Collins
**Subject:** RE: Direct flyers -correct information.

**EXHIBIT29**

---------- Forwarded message ----------
From: **Public Records** <
Date: Thu, Aug 30, 2012 at 4:50 PM
Subject: FW: Request Voter Registration Number
To:

**EXHIBIT 30**

LDF

Non-Citizens & Political Representation                                    Page 2 of 2

**EXHIBIT 31**

## Pew Study: 24 Million Voter Registrations Are Invalid

Approximately 24 million active voter registrations in the United States are no longer valid or have significant inaccuracies, according to the Pew Center on the States. Research in Pew's report, *Inaccurate, Costly, and Inefficient*, underscores the need for registration systems that better maintain voter records, save money, and streamline processes. This is an effort that eight states are spearheading with Pew's support.

The report highlights the challenges nationwide:

- At least 51 million eligible citizens remain unregistered — more than 24 percent of the eligible population
- More than 1.8 million deceased individuals are listed as active voters
- Approximately 2.75 million people have active registrations in more than one state
- About 12 million records have incorrect addresses, meaning either the voters moved, or errors in the information make it unlikely any mailings can reach them

Disclaimer: Comments do not necessarily reflect the views of New America Media. NAM reserves the right to edit or delete comments. Once published, comments are visible to search engines and will remain in their archives. If you do not want your identity connected to comments on this site, please refrain from commenting or use a handle or alias instead of your real name.

New America Media, 275 9th Street, San Francisco, CA 94103
Copyright © 2011 Pacific News Service. All Rights Reserved.

**EXHIBIT 32**

**California General Affidavit**

State of California
County of Orange

I, the undersigned, do hereby swear, certify, and affirm that:

1. I am over the age of 18 and I am a resident of the state of California .
2. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.
3. I did load the data from the CDROM given to be my Orly Taitz which looks to be the data from the Orange County Registrar of Voters, Voter Registration List.
4. I did execute upon that data and SQL statement to return all voters that had a birth date that was either blank (no birth date in the required field) or having a birth date in the required field and that birth date met the criteria of being older then 110 years.
5. I do state that the data returned showed a large number of registered voters having a birth date of 1850 – 1890.  Many of these registered voters were shown to have been voting by absentee ballots.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 10th day of July, 2012 in Santa Ana, California.

Signed George M. Collins

**EXHIBIT 33**

# Affidavit

VPertoso

I, **Vincent Carmen Pertoso** am over 18 years old and a resident of **95 Pleasant View Rd, Derby Connecticut**. I am of sound mind and do not suffer from any mental disease or mental impairment make the following statement as an expert in software test and evaluation. My expertise is derived through education and as a Test & Evaluation Engineer for 35 years.

During my career I worked for the State of Florida Department of Elections (DOE) as a Quality Assurance Subject Matter Expert (SME) consultant in software and hardware test and evaluation. At DOE Florida I interviewed other voting system SMEs in government and academia concerning voting machine development standards and requirements. Based on those interviews I coauthored a technical report for DOE Florida that contained recommendations on changes to Federal and State voting machine development standards requirements, and system deployment. Also I authored a report outlining the Quality Assurance methodology process to produce and deploy voting systems for DOE Florida. Prior to this I worked for the US NAVAL Surface Warfare Center in Dahlgren VA as a System Test & Evaluation Engineer where I was considered a SME on the test and evaluation of the missile fire control system known as the Vertical Launching System now deployed on AEGIS ships of the United States Navy.

Based on my experience and knowledge concerning voting system software and hardware test and evaluation I state under the penalty of perjury the following:

Current voting systems use commercial hardware and software components made all over the world. The commercial hardware and software components are vulnerable and routinely successfully attacked by hackers. Worldwide manufacturers of commercial software and integrated chips can imbed aberrant code in the software and aberrant circuitry in the integrated chips. The compromised components just mentioned once in a voting system can then be used to alter election results. In some cases the violation of security once established in a voting system can be undetectable no matter how rigorous the government voting standards are made or testing performed. Also most voting systems fielded today are not adequately designed for auditability and require robust support for maintaining the integrity of event logs, vote data and ballot configuration data.

Therefore it is reasonable to deduce that voting systems and ballot counting machines can currently be rigged with aberrant software code, aberrant imbedded circuitry on the circuit boards, or aberrant imbedded circuitry in the integrated chips used, either of which can alter the vote count.

Page 1 of 2.

RETAIN THIS COPY FOR YOUR RECORDS

FedEx
Express

**NEW Package**
**US Airbill**

FedEx
Tracking
Number    8001 2197 6930

Sender's FedEx
Account Number

**1 From** *Please print and press hard.*

Date 10.07.2012

Sender's
Name    Orly Taitz

Phone ( ) 949 683 5411

Company    Law offices of Orly Taitz

Address    29839 Santa Margarita

City    Rancho Santa Margarita    State CA    ZIP 92688

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's
Name    Richard Presley M - enforcement of Supenas

Phone ( ) 601 500 2600

Company    Frederick Rendon McAllister

Address    One Commerce Center SE    Dept./Floor/Suite/Room
Room G-255 North

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City    Washington    State DC    ZIP 20374-7    DC05

**Form**
**ID No.** 0200

**4 Express Package Service** *To most locations.*

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**
☐ FedEx Envelope*    ☑ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
☐ No Signature Required
☑ Direct Signature
☐ Indirect Signature

**Does this shipment contain dangerous goods?**
☐ No    ☐ Yes    ☐ Yes    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☑ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value†

612