AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __OBAMA FOR AMERICA__
was received by me on *(date)* __10-8-12__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CONNIE WOOD__, who is
designated by law to accept service of process on behalf of *(name of organization)* __OBAMA FOR AMERICA c/o
ILLINOIS CORPERATION SERVICE__ on *(date)* __10-8-12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10-8-12__

_Philip Cravens_
Server's signature

__Philip Cravens   Private Detective__
Printed name and title

__1 Bonniebrook
     IL__
Server's address

Addition:

387124



(312)629-0140  illinoisprocessserver.com

United Processing, Inc.  
180 North Wabash Suite 615  
Chicago, IL 60601  
(312) 629-0140  

Invoice #: 188163  

OurTax Id #: **36-3773358**  

Date: 10/11/2012  

Dr. Orly Talitz, Esq  
29839 Santa Margarita Pkwy  
Ste. 100  
Rancho Santa Margarita, CA 92688  

## INVOICE FOR SERVICE

Service #387124: Obama For America  
Dr. Orly Taitz, Esq., et al. v. Democrat Party of Mississippi, Barack Hussein Obama, et al.

Your File#  
Court Case #: 12-CiV-280  

Service of Process-Routine  
801 Adlai Stevenson Dr., Springfield, IL 62703  

$125.00  

**TOTAL CHARGES:** $125.00  

**BALANCE:** $125.00  

1