# Exhibit A

Date: Mon, 15 Oct 2012 19:55:00 -0700
Subject: Re: Taitz v. Mississippi Democrat [sic] Party
From: orly.taitz@gmail.com
To: scottjtepper@msn.com

you should get your copies tomorrow or day after tomorrow

On Mon, Oct 15, 2012 at 7:39 PM, Scott J. Tepper <scottjtepper@msn.com> wrote:
Dear Ms. Taitz

I reiterate my request. Please provide us with copies immediately. Your failure to do so will extend the time for our response.

SCOTT J. TEPPER
GARFIELD & TEPPER
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
Tel: 310-277-1981
Fax: 310-277-1980
scottjtepper@msn.com

---

Date: Mon, 15 Oct 2012 19:36:53 -0700
Subject: Re: Taitz v. Mississippi Democrat [sic] Party
From: orly.taitz@gmail.com
To: scottjtepper@msn.com
CC: justinmatheny@ago.state.ms.us; sbegley1@bellsouth.net

the papers were filed towards the end of the day and will be docketted by the staff tomorrow

On Mon, Oct 15, 2012 at 5:30 PM, Scott J. Tepper <scottjtepper@msn.com> wrote:
Dear Ms. Taitz

Your oppositions (if any) to defendants' motions for judgment on the pleadings, and your RICO statement, were due to be filed no later than today. Under Local Rule 7 you were required to serve us with copies. We have not received them. You are not an ECF filer, so you are not entitled to serve us in that fashion.

Please provide us with copies of your filings before the end of the day, and please advise why your papers have not, according to PACER, been filed with the court.

SCOTT J. TEPPER
GARFIELD & TEPPER
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326

Tel:   310-277-1981
Fax: 310-277-1980
scottjtepper@msn.com