# Exhibit B

 **Print page**   |   **Close**



Detailed Results

| Tracking no.: 876929563811 | Select time format: **12H** |
|---|---|

### Delivered

**Delivered**
Signed for by:  T.CASSIDY

Shipment Dates
Ship date    Feb 13, 2012
Delivery date    Feb 14, 2012 9:56 AM

Destination
JACKSON, MS
Signature Proof of Delivery

---

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

---

### Shipment Facts

Service type          Priority Overnight

---

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Feb 14, 2012 9:56 AM | **Delivered** | JACKSON, MS | |