IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **DR. ORLY TAITZ, ESQ., BRIAN FEDORKA, LAURIE ROTH, LEAH LAX, AND TOM MACLERAN** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:12-CV-280 HTW-LRA |
| **DEMOCRAT PARTY OF MISSISSIPPI, SECRETARY OF STATE MISSISSIPPI, BARAK HUSSEIN OBAMA, OBAMA FOR AMERICA, NANCI PELOSI, DR. ALVIN ONAKA, LORETTA FUDDY, MICHAEL ASTRUE, JOHN DOES, JOHN DOES 1-100** | **DEFENDANTS** |

### DEFENDANTS BARACK H. OBAMA, II, NANCY PELOSI AND OBAMA FOR AMERICA'S JOINDER OF MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE"S MOTION FOR JUDGMENT ON THE PLEADINGS AND MEMORANDA IN SUPPORT THEREOF

Defendants President Barack H. Obama, II, Representative Nancy Pelosi and Obama for America (hereinafter "Defendants") hereby join in, and adopt herein by reference, the Motion of the Mississippi Democratic Executive Committee ( "MDEC") for Judgment on the Pleadings [ECF 15 ], the MDEC's Amended Memorandum [ECF 18 ] and the MDEC's Reply Memorandum in support thereof [ECF 53].  Defendants therefore move to dismiss, with prejudice, the Plaintiffs' First Amended Complaint [ECF 1-1] and any and all claims of Plaintiffs, to assess all costs of this action to Plaintiffs, and to grant Defendants all such further relief as is deemed just and proper.  Defendants further respectfully request that this court assess attorney's fees against Plaintiffs pursuant to the Mississippi Litigation Accountability Act of

1988 and/or 28 U.S.C. § 1927, after hearing, for filing a wholly frivolous, unreasonable, vexatious and malicious complaint.

THIS the 31st day of October, 2012.

>Respectfully submitted,
>
>**BARACK H. OBAMA, II**
>**NANCY PELOSI**
>**OBAMA FOR AMERICA**
>
>
>By: /s/ Samuel L. Begley
>Samuel L. Begley (MSB No. 2315)
>
>By: /s/ Scott J. Tepper
>Scott J. Tepper (Admitted *pro hac vice*)

OF COUNSEL:
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)
Email: sbegley1@bellsouth.net

GARFIELD & TEPPER
A Partnership of Professional Corporations
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
(310) 277-1981
(310) 277-1980
Email: scottjtepper@msn.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Harold E. Pizzetta, Esq.
>Justin L. Matheny, Esq.
>Office of the Attorney General
>550 High Street, Suite 1200
>P.O. Box 220
>Jackson, MS 39205

>Orly Taitz, Esq.
>29839 Santa Margarita Parkway, Suite 100
>Rancho Santa Margarita, CA 92688

>Walter W. Dukes, Esq.
>Dukes, Dukes, Keating & Faneca, P.A.
>2909 13th Street, Sixth Floor
>Post Office Drawer W
>Gulfport, MS 39501

And to the following persons by email:

>Brian Fedorka
>Bfedorka82@gmail.com

>Laurie Roth
>drljroth@aol.com

>Leah Lax
>Leahlax1234@aol.com

>Tom MacLeran
>Mac@MacLeran.com

THIS the 31st day of October, 2012.

>/s/ Samuel L. Begley
>SAMUEL L. BEGLEY