IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. ORLY TAITZ, ESQ., BRIAN
FEDORKA, LAURIE ROTH, LEAH
LAX, AND TOM MACLERAN

PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:12-CV-280 HTW-LRA

DEMOCRAT PARTY OF MISSISSIPPI,
SECRETARY OF STATE MISSISSIPPI,
BARAK HUSSEIN OBAMA, OBAMA
FOR AMERICA, NANCI PELOSI,
DR. ALVIN ONAKA, LORETTA FUDDY,
MICHAEL ASTRUE, JOHN DOES, JOHN
DOES 1-100

DEFENDANTS

**DEFENDANTS BARACK H. OBAMA, II, NANCY PELOSI,
OBAMA FOR AMERICA AND THE MISSISSIPPI DEMOCRATIC PARTY
EXECUTIVE COMMITTEE'S NOTICE OF ACTION BY JUDICIAL PANEL ON
MUTLIDISTRICT LITIGATION STRIKING MOTION OF ORLY TAITZ TO
COORDINATE AND CONSOLIDATE CASES UNDER 28 USC § 1407(C)(II)**

COME NOW Defendants President Barack H. Obama, II, Representative Nancy Pelosi, Democratic Leader, United States House of Representatives, erroneously sued as "Nanci Pelosi," Obama For America and the Mississippi Democratic Party Executive Committee, who hereby notify the Court that on October 31, 2012 the United States Judicial Panel on Multidistrict Litigation ("JPML") entered its order striking the pleading styled as "Motion to Coordinate and Consolidate Cases Under 28 USC § 1407(C)(II)" in that certain action before the JPML styled *In Re: Orley Taitz Litigation*, and bearing case no. MDL No. 2417. A true copy of the Order is attached to this Notice as **EXHIBIT A**.

THIS the 2nd day of November, 2012.

Respectfully submitted,

**BARACK H. OBAMA, II**
**NANCY PELOSI**
**OBAMA FOR AMERICA**
**THE MISSISSIPPI DEMOCRATIC PARTY**
**EXECUTIVE COMMITTEE**


By: /s/ Samuel L. Begley
Samuel L. Begley (MSB No. 2315)

By: /s/ Scott J. Tepper
Scott J. Tepper (Admitted *pro hac vice*)

**OF COUNSEL**:
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)
Email: sbegley1@bellsouth.net


GARFIELD & TEPPER
A Partnership of Professional Corporations
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
(310) 277-1981
(310) 277-1980
Email: scottjtepper@msn.com

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ORLEY TAITZ LITIGATION                                    MDL No. 2417

ORDER STRIKING PLEADING

Counsel filed the pleading styled as "Motion to Coordinate and consolidate cases under § 28 USC § 1407(C)(II)." It was, however, deficient in the area(s) checked below: A deficiency notice was filed by the Clerk's office on October 12, 2012. The deficient document was not corrected within the time allotted and specified on the notice.

X Pleading over page limit/Brief (20 pages); Reply (10 pages) (Rule 3.2(a)(iii))

X Motion Practice/Schedule Incomplete and/or not included (Rule 6.1(b)(ii))

X Motion Practice/Proof of Service Incomplete/District Courts or Parties Not Serviced (Rule 6.1(b)(iii))

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: October 31, 2012                     FOR THE PANEL:

                                            *John G. Heyburn II* (signature)
                                            John G. Heyburn II
                                            Chairman

EXHIBIT A

Page 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Harold E. Pizzetta, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS 39205

Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

Walter W. Dukes, Esq.
Dukes, Dukes, Keating & Faneca, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, MS 39501

And to the following persons by email:

Brian Fedorka
Bfedorka82@gmail.com

Laurie Roth
drljroth@aol.com

Leah Lax
Leahlax1234@aol.com

Tom MacLeran
Mac@MacLeran.com

THIS the 2nd day of November, 2012.

/s/ Samuel L. Begley
SAMUEL L. BEGLEY