Dr. Orly Taitz, ESQ et al ) CASE 12-CV-280
v ) HON. HENRY WINGATE
Democratic Party of Mississippi et al ) PRESIDING

November 8, 2012

The Honorable Judge Wingate
United States District Court
United States Courthouse
501 E Court Street Suite 2.500
Jackson, MS 39201

Dear Honorable Judge Wingate:

This statement is to advise you that I join and adopt the pleadings by co-plaintiff Orly Taitz which were filed in **Opposition to Motion to Dismiss by Defendants Onaka and Fuddy and in Opposition to Motion for Judgment on the pleadings by the rest of the Defendants.**

Sincerely,
Brian Fedorka   pro se
812 Shiloh Drive
Columbus, MS 39702
Cell (662) 436-5016
bfedorka82@gmail.com


CERTTFICATE OF SERVICE
The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Orly Taitz, Esquire
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA 92688
Email: orly.taitz@gmail.com

Harold E. Pizzetta, Esq.
hpizz@ago.state.ms.us

Justin L. Matheny, Esq.
Office of the Aftorney General
Email: jmath@ago.state.ms.us

Scott J. Tepper
Carfield & Tepper
Email: scottjtepper@msn.com

Begley Law Firm, PLLC
P.o. Box 287
Jackson, MS 39205
Email: sbegley@bellsouth.net


November 9, 2012

/s/ Brian Fedorka
BRIAN FEDORKA

Judge Wingate
and
Clerk of the Court
U.S. District court,
501 E Court str,
ste2.500,
Jackson, MS 39201

Dear Judge Wingate

Please forgive me. I must withdraw out of this case do to the fact I have just been recently diagnosed with thyroid cancer that has spread to other organs in my throat. At this point I am under doctor's care and must take medications that have cause's me to vomit without warning.

Thank you for your attention in this matter.

*Leah Lax* 11/6/12
Leah Lax

LeahLax1234@aol.com