**EXHIBIT 1**

MARION CIVIL SUPERIOR COURT XIV
INDIANAPOLIS, INDIANA
JUDGE S. K. REID
49D14-1203-MI-12046

DR. ORLY TAITZ, et al.

v.                                              "Taitz v Elections"

ELECTIONS COMMISSION, et al

### ORDER SETTING TRIAL UNDER TRIAL RULE 42 (B)

On motion of plaintiffs and for good cause, given proximity to election, an expedited trial on the claims of declaratory relief & permanent injunction on the Secretary of State & Elections Commission, beginning the 22 of October 2012, one or two additional days allowed. This Order is pursuant to Trial Rule 42 (B).

Plaintiffs are to present case management order & plan by 11 October 2012, and response to discovery from defense within 72 hours of service of discovery by defense on plaintiffs.

Plaintiffs may present testimony by telephone, by Cotor, e-mail, and plaintiff must make arrangements and pay for any expenses as to plaintiff witnesses. Chris Strunk shall be permitted to testify this time for plaintiffs.

ORDERED this 10 October 2012. Clerk to notify counsel by e-mail.

JUDGE S. K. REID

Distribution: counsel of record