**EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DR. ORLY TAITZ, ESQ., BRIAN FEDORKA,
LAURIE ROTH, LEAH LAX, and TOM MacLERAN      PLAINTIFFS

V.                                           CIVIL ACTION NO: 3:12cv280

DEMOCRATIC PARTY OF MISSISSIPPI,
SECRETARY OF STATE OF MISSISSIPPI,
BARACK HUSSEIN OBAMA, OBAMA FOR AMERICA,
NANCY PELOSI, DR. ALVIN ONAKA,
LORETTA FUDDY, MICHAEL ASTRUE, and
JOHN DOES, JOHN DOES 1-100                   DEFENDANTS


TRANSCRIPT OF PROCEEDINGS


MONDAY, SEPTEMBER 24, 2012


BEFORE HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE


COURT REPORTER:

FRED W. JESKE, RMR, CRR
701 NORTH MAIN STREET, SUITE 228
HATTIESBURG, MISSISSIPPI 39401
(601) 583-4383

1    When they filed this request for judicial notice, they had
2    in their possession what I've already served them and press
3    affidavits from a senior deportation officer from the
4    Department of Homeland Security who was stating --
5         MR. TEPPER: Your Honor, I object to this speech.
6    This is part of Ms. Taitz' political speech where she's trying
7    to smear President Obama, and I, for one, object to it, Your
8    Honor.
9         DR. TAITZ: I'm not --
10        THE COURT: One second. Have -- counsel, is there any
11   pleading before the court where --
12        DR. TAITZ: Yes.
13        THE COURT: -- I have been asked to take judicial
14   notice as she says?
15        DR. TAITZ: Yes, Your Honor.
16        MR. TEPPER: No, Your Honor. That's a bald-faced
17   misstatement by Ms. Taitz.
18        DR. TAITZ: I --
19        MR. TEPPER: Ms. Taitz submitted a poor copy, a poor
20   copy of President Obama's birth certificate which has been
21   authenticated by the State of Hawaii and the White House. We
22   simply provided a better copy and subsequently we provided
23   authentication -- an original authentication with an original
24   seal from the State of Hawaii indicating that that is the true
25   birth certificate of President Obama.

1  But Ms. Taitz has been going around the country making
2  speeches, suing the Democratic Party in every state --
3       DR. TAITZ:  This is a speech, Your Honor.
4       MR. TEPPER:  -- and Obama for America and President
5  Obama and spreading her smear throughout the country.  And what
6  she's desperate for is an evidentiary hearing so that she can
7  put on her totally unqualified partisan experts to smear
8  President Obama and to distract from the campaign that's now
9  going on.
10     Ms. Taitz would like to haul President Obama into her
11 offices and take his deposition.  And, Your Honor, this is a
12 matter that should be decided on the papers, and Ms. Taitz
13 should not be allowed to continue her smear in federal court.
14     Both Judge Land, Clay Land in Georgia --
15          DR. TAITZ:  Your Honor --
16          MR. TEPPER:  -- and Judge David Carter in the Central
17 District of California have in the past commented, and it's in
18 our papers that we filed, that Ms. Taitz does this for
19 political purposes and not for a proper judicial purpose.
20     And I object to it, Your Honor, on behalf of our client.
21          THE COURT:  Okay.  Ms. Taitz -- Dr. Taitz?
22          DR. TAITZ:  Your Honor, I think that Mr. Tepper should
23 be sanctioned right now for making an absolutely fraudulent
24 statement.
25     And I will read his pleadings, what he wrote.

1    The plaintiffs' claim that President Obama is ineligible
2    because of purportedly invalid identification papers is
3    frivolous.  The plaintiffs have failed to even claim or provide
4    any factual allegations to support such a claim that the
5    president was not born in the United States.
6        Moreover, the court should take judicial notice of the fact
7    that the State of Hawaii has fully verified that President
8    Obama was born in Hawaii.
9        So Mr. Tepper just made a long speech, and he just
10   defrauded the court because that's specifically what he asked
11   for.
12       Moreover, he continued defrauding the court because in his
13   pleadings he wrote, to be clear, MTEC counsel had no doubts
14   regarding the veracity of the LFBC, long form birth
15   certificate, posted at whitehouse.com -- dot-gov -- when it
16   submitted a copy of the document with its JOP, judgment on the
17   pleadings, motion.
18       That is fraud on the court.  They are repeatedly committing
19   fraud on the court and they should be sanctioned.  And I'm
20   asking for evidentiary hearing on this matter as soon as
21   possible.
22       I'm asking Your Honor to sign a subpoena so that this can
23   be resolved.  And you can see what he is doing.  He is smearing
24   me.  He is stating that I am making those statements for
25   political reason.  Nothing is further from the truth.  I am

11/08/2012 17:03 FAX 9497667603          Dr-Orly-Taitz                              ☐001

## CERTIFICATE OF SERVICE

I, Lila Dubert attest that I served all parties in the attached distribution list with foregoing pleadings on the 11.08.2012

/s/ Lila Dubert

Taitz et al v. Democrat Party of Mississippi et al
Assigned to: District Judge Henry T. Wingate
Referred to: Magistrate Judge Linda R. Anderson
Case in other court: Circuit Court of Hinds County, Ms, 251-12-00107 CIV
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 04/24/2012
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

### Plaintiff
**Dr. Orly Taitz**
*Esq.*

represented by **Orly Taitz**
29839 Santa Margarita Parkway, Ste. 100
Rancho Santa Margarita, CA 92688
949-683-5411
Email: Orly.Taitz@gmail.com
PRO SE

### Plaintiff
**Brian Fedorka**

represented by **Brian Fedorka**
812 Shiloh Dr.
Columbus, Ms 39702
PRO SE

### Plaintiff
**Laurie Roth**

represented by **Laurie Roth**
15510 E. Laurel Rd
Elk, WA 99009
PRO SE

### Plaintiff
**Tom MacLeran**

represented by **Tom MacLeran**
1026 Deer Ridge RD
Kingston Springs, TN 37082
PRO SE

TAITZ ET AL V DEMOCRATIC PARTY OF MISSISSIPPI ET AL          1

350 Market Str.
Highspire, PA 17034
PRO SE

V.

**Defendant**
**Democrat Party of Mississippi**  represented by  **Samuel L. Begley**
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
601/969-5545
Fax: 601/969-5547
Email: sbegley1@bellsouth.net
*ATTORNEY TO BE NOTICED*

**Scott J. Tepper - PHV**
GARFIELD & TEPPER
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
310/277-1981
Fax: 310/277-1980
Email: scottjtepper@msn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Secretary of State of Mississippi**  represented by  **Harold Edward Pizzetta , III**
OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 220
Jackson, MS 39205-0220
601/359-3680
Email: hpizz@ago.state.ms.us
*ATTORNEY TO BE NOTICED*

**Justin L. Matheny**
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P. O. Box 220
Jackson, MS 39205-0220
601-359-3825
Fax: 601-359-2003
Email: jmath@ago.state.ms.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barak Hussein Obama**  represented by **Samuel L. Begley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J. Tepper - PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Obama for America**  represented by **Samuel L. Begley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J. Tepper - PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nanci Pelosi**  represented by **Samuel L. Begley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J. Tepper - PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Alvin Onaka**  represented by **Walter W. Dukes**
DUKES, DUKES, KEATING &
FANECA, PA - Gulfport
P.O. Drawer W (39502)
2909 13th Street, 6th Floor
Gulfport, MS 39501
(228) 868-1111
Email: walter@ddkf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Loretta Fuddy** | represented by **Walter W. Dukes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Michael Astrue**

**Defendant**