# EXHIBIT 1



Search USPS.com or Track Packages | Search US

# Track & Confirm

**You entered: 70081830000468864863**

Status: Delivered

Your item was delivered at 12:41 pm on April 23, 2012 in HONOLULU, HI 96813. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

I would like to receive notification on this request

**Find Another Item**

Copyright© 2012 USPS. All Rights Reserved.
End Footer