**EXHIBIT 3**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LORETTA FUDDY__
was received by me on *(date)* __9/29/2012__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __KENDALL J. MOSER__, who is designated by law to accept service of process on behalf of *(name of organization)* __ATTORNEY GENERAL OF THE STATE OF HAWAII__ on *(date)* __10/8/2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __10/8/2012__

_____
Server's signature

__LAWRENCE B FENTON__
Printed name and title

__1419 DOMINIS ST APT 1206 HONOLULU, HI 96822__
Server's address

Additional information regarding attempted service, etc: