**EXHIBIT 4**



Orly Taitz< orly.taitz@gmail.com>

**reply << from Hawaii << Taitz v. Democratic Party Miss**
6 messages

**eric@processserverhawaii.com** < eric@processserverhawaii.com>     Fri, Oct 5, 2012 at 5:32 PM
Reply-To: eric@processserverhawaii.com
To: Orly Taitz <orly.taitz@gmail.com>

aloha

we have your email and attached pdf's
we are awaiting payment ($55 + $35 + $35)
ou may use our online payment system and once payment is completed. The PayPal system will generate a confirmation email to your email and to HLS.

Mahalo,

eric

**HAWAII LEGAL SERVICES**
Honolulu, Hawaii, USA 96813
www.ProcessServerHawaii.com

CONFIDENTIALITY NOTICE. This eMail message is confidential, may be privileged, and is meant only for the intended recipient. If you have received this eMail in error or if you are not the intended recipient. Please immediately delete this eMail and any attachments, all copies thereof from any drives or storage media and destroy any printouts of this eMail and/or attachments. Please do not copy this eMail or use it for any purposes, or disclose its contents to any other person. To do otherwise may violate State and/or Federal privacy laws

--- On Fri, 10/5/12, Orly Taitz <orly.taitz@gmail.com> wrote:

> From: Orly Taitz <orly.taitz@gmail.com>
> Subject:
> To: staff@processserverhawaii.com
> Date: Friday, October 5, 2012, 12:04 PM
>
> Please, serve today the Direcor of Health and the Registrar at the health department and with the Attorney general
> please, e-mail me the proof of service
>
> --
> Dr Orly TaitzESQ
> 29839 Santa Margarita pkwy, ste 100
> Rancho Santa Margarita CA 92688
> ph 949-683-5411  fax 949-766-7603

https://mail.google.com/mail/?ui=2&ik=a3a25723cf&view=pt&q=hawaii%20legal%20se...   11/18/2012

orlytaitzesq.com

---

**Orly Taitz**< orly.taitz@gmail.com>     Sat, Oct 6, 2012 at 4:00 AM
To: eric@processserverhawaii.com

I do not see a paypal button on your site. Please, call me 949-683-5411, I will givr you my credit card number
[Quoted text hidden]

---

**eric@processserverhawaii.com** < eric@processserverhawaii.com>     Sat, Oct 6, 2012 at 4:32 PM
Reply-To: eric@processserverhawaii.com
To: Orly Taitz <orly.taitz@gmail.com>

click on the "payment online" an dit goes to a page to use the paypal system
]
]i dont take credit or debit cards via telephone. i dont want any of ur card info.

eric
**HAWAII LEGAL SERVICES**
Honolulu, Hawaii, USA 96813
www.ProcessServerHawaii.com

CONFIDENTIALITY NOTICE. This eMail message is confidential, may be privileged, and is meant only for the intended recipient. If you have received this eMail in error or if you are not the intended recipient. Please immediately delete this eMail and any attachments, all copies thereof from any drives or storage media and destroy any printouts of this eMail and/or attachments. Please do not copy this eMail or use it for any purposes, or disclose its contents to any other person. To do otherwise may violate State and/or Federal privacy laws.

--- On Sat, 10/6/12, Orly Taitz <orly.taitz@gmail.com> wrote:

From: Orly Taitz <orly.taitz@gmail.com>
Subject: Re: reply << from Hawaii << Taitz v. Democratic Party Miss
To: eric@processserverhawaii.com
Date: Saturday, October 6, 2012, 1:00 AM
[Quoted text hidden]

---

**Orly Taitz**<orly.taitz@gmail.com>     Sat, Oct 6, 2012 at 4:44 PM
To: eric@processserverhawaii.com

I just made 2 payments $55 and $35
[Quoted text hidden]

**eric@processserverhawaii.com**< eric@processserverhawaii.com>   Sat, Oct 6, 2012 at 5:06 PM

Reply-To: eric@processserverhawaii.com
To: Orly Taitz <orly.taitz@gmail.com>

will serve 2 complaints and summons on thne 2 persons at state health dept on tuesday (monday is holiday).

i dont remember ur email of instruction identifying what 2 persons to serve

eric
**HAWAII LEGAL SERVICES**
Honolulu, Hawaii, USA 96813
www.ProcessServerHawaii.com

CONFIDENTIALITY NOTICE. This eMail message is confidential, may be privileged, and is meant only for the intended recipient. If you have received this eMail in error or if you are not the intended recipient Please immediately delete this eMail and any attachments, all copies thereof from any drives or storage media and destroy any printouts of this eMail and/or attachments. Please do not copy this eMail or use it for any purposes, or disclose its contents to any other person. To do otherwise may violate State and/or Federal privacy laws.

--- On Sat, 10/6/12, Orly Taitz <orly.taitz@gmail.com> wrote:

> From: Orly Taitz <orly.taitz@gmail.com>
> Subject: Re: reply << from Hawaii << Taitz v. Democratic Party Miss
> To: eric@processserverhawaii.com
> Date: Saturday, October 6, 2012, 1:44 PM
> [Quoted text hidden]

**Orly Taitz**< orly.taitz@gmail.com>   Sat, Oct 6, 2012 at 5:08 PM
To: eric@processserverhawaii.com

Director of Health Department Loretta Fuddy and Registrar Alvin T. Onaka
Please, serve a copy of the pleadings on the attorney general, who will be representing them in court

[Quoted text hidden]

**Transaction #30965030EL832841M**

-$55.00 USD
10/6/2012 16:42 PDT
Hawaii Legal Services
Staff@ProcessServerHawaii.com

Shipping address
Defend our Freedoms Foundation
31912 monarch crest
laguna niguel, CA 92677
United States

Learn more:

- PayPal protects your purchases
- Tips for online shopping
- Buying safely
- How dispute resolution works

Copyright © 1999-2012 PayPal. All rights reserved.
Information about FDIC pass-through insurance

---

**Transaction #4S400878T7964132A**

-$35.00 USD
10/6/2012 16:43 PDT
Hawaii Legal Services
Staff@ProcessServerHawaii.com

Shipping address
Defend our Freedoms Foundation
31912 monarch crest
laguna niguel, CA 92677
United States

Learn more

- PayPal protects your purchases

https://www.paypal.com/us/cgi-bin/webscr?cmd=_mips-view-details&cid=PP-002-036-4...    11/18/2012