**EXHIBIT 5**

STATE OF ARIZONA
County of Maricopa

# AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

1. I am over the age of 18 and am a resident of Arizona. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, I could testify competently thereto. I am a former sworn law enforcement officer and criminal investigator. Since 2007 I have been duly appointed by the elected Sheriff of Maricopa County, Arizona, Joseph Arpaio, as the chief investigator of his Cold Case Posse.

2. Under the Arizona Constitution and Arizona Revised Statutes, the Sheriff has the authority to request assistance from a volunteer posse ("the Cold Case Posse"), a special five-member team of experienced investigators located in the county, to assist him in the execution of his duties. The individually-selected team deputized by the Sheriff includes former police detectives and attorneys who work voluntarily and at virtually no expense to the taxpayer whenever the Sheriff authorizes an investigation to address any issue as the Sheriff deems appropriate.

3. In August 2011, a group of citizens from the Surprise Arizona Tea Party organization called upon the Sheriff in his office and presented a petition signed by approximately 250 residents of Maricopa County, requesting the Sheriff's Department to investigate whether a document posted on the official website of the White House on 27 April 2011 and purporting on its face to be an electronic image of the "long-form" or original Hawaiian birth certificate of President Barack Hussein Obama was genuine.

4. If the image of the birth certificate were not genuine, the question might arise whether Mr Obama had been born within the jurisdiction of the United States and thereby complied with the requirement under Article II of the U.S. Constitution that the President be a "natural-born citizen".

5. The petitioners expressed their concern that, until that point, no law enforcement agency had ever gone on record as indicating that it had investigated or was willing to investigate whether President Obama was eligible to hold his office. The petitioners said that lack of resources and jurisdictional challenges had inhibited any such investigation elsewhere.

6. Sheriff Arpaio commissioned the Cold Case Posse to undertake the investigation requested by the petitioners. The principal focus of the investigation is the electronic document on the White House website that President Obama had presented as the image of his long-form birth

certificate to the American people and to citizens of Maricopa County at a White House press conference on April 27, 2011, when he had said: "We provided additional information today about the site of my birth. ... Yes, in fact, I was born in Hawaii, August 4, 1961, in Kapi'olani Hospital."

7. For 17 years from 1991 until the year before the Presidential election of 2008, the annually-revised biography written by Mr Obama and circulated by his literary agents had contained the words "Barack Obama, the first African-American President of the *Harvard Law Review,* was born in Kenya and raised in Indonesia and Hawaii."

8. The official *Parliamentary Debates* of the Kenyan National Assembly for 25 March 2010 records that Mr Orengo, the Minister for Lands, said: "If America ... did not see itself as a multiparty state or nation, how could a young man born here in Kenya, who is not even a native American, become the President of America?"

9. The investigation has closely examined the procedures for registration of births at the Hawaii Department of Health and various statements made by officials of the Hawaii government over the last five years in connection with the authenticity of Mr Obama's birth records. We have chronicled a series of inconsistent and misleading representations that various officials of the government of Hawaii have made since 2007 on the question what original birth records, if any, are held by the Hawaii Department of Health.

10. In February 2012, I reported to Sheriff Arpaio that there was probable cause to consider that the White House image of Mr Obama's birth certificate was a forgery, and specifically that it was not a true and accurate photographic image of a genuine birth record. I advised the Sheriff that the forgers had probably committed two crimes: first, fraudulently creating a forgery that the White House had characterized, knowingly or unknowingly, as an officially-produced governmental birth record; and secondly, fraudulently presenting to the residents of Maricopa County and to the American public at large a forgery that the White House had represented as "proof positive" of President Obama's authentic 1961 Hawaiian long-form birth certificate.

11. These conclusions were reinforced by input from numerous experts in the fields of typewriting, typesetting, computer-generated documentation, forensic document analysis and Adobe computer programs, as well as comparisons with numerous other birth records and expert reviews of Hawaii state law and of the regulations, policies and procedures of the Hawaii Department of Health.

12. The investigation further determined that the Hawaii Department of Health has engaged in what the Sheriff's investigators believe is a systematic effort to hide from law enforcement and the public whatever original 1961 birth records the Hawaii Department of Health may have in its possession. The Posse also accumulated evidence that the Hawaii government and its agencies had changed their policies and procedures in a manner calculated to hinder our law-enforcement investigation.

13. In furtherance of the investigation, which has now continued for more than a year, I have twice visited Hawaii within the last six months. On the first occasion, a Maricopa County Sheriff's Office Detective and I presented our credentials to the offices of the Hawaii Department of Health and requested to speak to Mr Alvin Onaka, the chief registrar of births, a simulacrum of whose signature-stamp had appeared on the electronic document on the White House website. We had hoped to ask Mr Onaka if he would verify the authenticity of the White House released document and to verify the legitimacy of the registrar's stamp bearing his signature. Additionally we hoped to ask him to allow us, for law-enforcement reasons, to inspect the original document and, in due course, to subject it to forensic examination.

14. However, when we presented our credentials at the front desk of the Hawaii Department of Health, much to our amazement we were informed that Mr Onaka does not speak to the public. We explained that we were there on official business. Nevertheless, we were not permitted access to Mr Onaka.

15. At our insistence we did have an opportunity to speak with Deputy Attorney General Jill Nagamine. During our meeting Ms. Nagamine refused to verify the authenticity of the PDF file released by the White House. As a matter of fact Ms. Nagamine would not provide us with any confirmation that the document was created by the Hawaii Department of Health.

16. Ms. Nagamine accused us of trying to get a verification of a birth record without legal authority to do so, even though the document has been offered for public view via the World Wide Web. She constantly evaded answering every question about the legitimacy of the document by hiding behind State statutes.

17. We also visited the Kapi'olani Hospital, which the document on the White House website identifies as the place of Mr Obama's birth. We had discovered as a result of our enquiries that the hospital, at the relevant time, had maintained a separate record-keeping system by which all births at the hospital were recorded. This document is stored in the hospital archives. These archives are accessible to the public by hospital

permission. We asked to see the hospital's birth records for 1961 but were less than politely refused. At no time did Kapi'olani Hospital ever confirm that Mr Obama was in fact born in the hospital. Nor did they confirm that they were in possession of his birth records.

18. Having regard to the elaborate non-cooperation we received from the State of Hawaii, and upon close examination of the evidence, it is my investigational opinion, shared by the Sheriff, that forgery and fraud have been committed in key identity records, including President Obama's long-form birth certificate; his computerized short-form birth abstract; his Selective Service Registration card.

19. The Cold Case Posse has also noted that Mr Obama's first Executive Order, issued on his first full day as President, was to seal all of his own past records from public scrutiny. Documentation that is not available for Mr Obama includes not only his original birth records but also his baptism records, his adoption records, his kindergarten records, his Punahou school records, his Occidental College records, his Columbia University records, his Columbia University thesis, his Harvard Law School records, his Harvard Law Review articles, his scholarly articles from the University of Chicago, his passports, his medical records, his files from his years as an Illinois State Senator, and his Illinois State Bar Association records.

20. The then Republican Governor, Linda Lingle, stated during an interview on New York's WABC radio in 2008 that in an attempt to quell the Birth Certificate issue she had the Birth Certificate inspected by the state's director of health, Chiyome Fukino.

21. Lingle is quoted "So I had my health director, who is a physician by background, go personally view the birth certificate in the birth records of the Department of Health, and we issued a news release at that time saying that the president was, in fact, born at Kapi'olani Hospital in Honolulu, Hawaii. And that's just a fact and yet people continue to call up and e-mail and want to make it an issue and I think it's again a horrible distraction for the country by those people who continue this."

22. On October 31, 2008, Dr. Chiyome Fukino released the following statement: "There have been numerous requests for Sen. Barack Hussein Obama's official birth certificate. State law (Hawai'i Revised Statutes §338-18) prohibits the release of a certified birth certificate to persons who do not have a tangible interest in the vital record. Therefore, I as Director of Health for the State of Hawai'i, along with the Registrar of Vital Statistics, who has statutory authority to oversee and maintain these type of vital records, have personally seen and verified that the Hawai'i State Department of Health has Sen. Obama's original birth certificate on record

in accordance with state policies and procedures. No state official, including Governor Linda Lingle, has ever instructed that this vital record be handled in a manner different from any other vital record in the possession of the State of Hawai'i."

23. Months later, in July 2009, she added another comment: "I, Dr. Chiyome Fukino, Director of the Hawaii State Department of Health, have seen the original vital records maintained on file by the Hawaii State Department of Health verifying Barack Hussein Obama was born in Hawaii and is a natural-born American. I have nothing further to add to this statement or my original statement issued in October 2008 over eight months ago."

Significantly, Fukino changes the wording from viewing Sen. Obama's "original birth certificate" to having "seen the original vital records maintained on file by the Hawaii State Department of Health, verifying Barack Hussein Obama was born in Hawaii and is a natural-born American".

24. The Governor of Hawaii, Mr Neil Abercrombie, has said that he was present when Mr. Obama was born. Later, however, he retracted that statement and acknowledged that he did not see Obama's parents with their new born son at any hospital, although he said he remembers seeing Obama as a child with his parents at social events. There is no evidence to support that claim. No doctor or nurse who attended his birth has come forward to say so.

25. Abercrombie told the Honolulu Star Advertiser he was searching within the Hawaii Department of Health to find definitive vital records that would prove Obama was born in Hawaii, because the continuing eligibility controversy could hurt the president's chances of re-election in 2012.

26. Abercrombie said the birth certificate issue would have "political implications" for the presidential election "that we simply cannot have."

27. Abercrombie did not report to the newspaper that he or the Hawaii Department of Health had found Obama's long-form, hospital-generated birth certificate. The governor only suggested his investigations to date had identified an unspecified listing or notation of Obama's birth that someone had made in the state archives.

28. Abercrombie did not say to the newspaper that he or the Hawaii Department of Health had found Obama's long-form, hospital-generated birth certificate. Nor did he say to the newspaper he had personally seen any birth record for Obama. The governor only suggested his investigations to date had identified an unspecified listing or notation of Obama's birth that someone had made in the state archives.

29. "It was actually written, I am told, this is what our investigation is showing, it actually exists in the archives, written down," Abercrombie said.

30. Conceivably, the yet-undisclosed birth record in the state archives that Abercrombie said had been discovered may have come from the grandparents registering Obama's birth, an event that would automatically have triggered both the newspaper birth announcements and availability of a Certification of Live Birth, even if no long-form birth certificate existed.

31. Our investigation has revealed that in 1961, as Hawaiian law then stood, Obama's grandparents, Stanley and Madelyn Dunham, could lawfully have made an in-person report of a Hawaiian birth even if the infant Barack Obama Jr. had been foreign-born.

32. The newspaper announcements of Mr Obama's birth do not prove he was born in Hawaii, since they could have been triggered by the grandparents registering the birth as Hawaiian. They might then have paid for the announcement themselves.

33. However, we have learned that it was not uncommon for local newspapers to publish birth announcement paid for by individuals reporting the birth in the local paper, even if the child was born elsewhere. If so, the registration of an out-of-country birth as Hawaiian would have been reported in the same way as the registration of an in-country birth. Neither of the two advertisements states that Obama was born in a particular hospital. Both give very limited information.

34. To date the purported undisclosed birth record in the state archives that Abercrombie has claimed to have discovered and has described as being "actually written" has never been made public. Being located in the state archives, this document should be available for inspection by the general public without restraint.

35. From Abercrombie's admission, it is legitimate to infer that this record, if it indeed exists, was not in the possession of the Hawaii Department of Health, which may have had no record of the in-country birth of Mr Obama either in hard copy form, such as long form birth certificate, preserved in its vault as described by Dr. Chiyome Fukino. If such a document had existed, Abercrombie would have had it within minutes of his request.

36. Mr Obama's long-form birth certificate would have been preserved in a hard-covered bound volume along with the other long form birth certificates of that period. This record would have been easily accessible to the Department of Health upon the Governor's request, had it existed.

37. Dr. Chiyome Fukino also gave an interview to CNN on April 26, 2011, in which she stated that she simply went into the vault and inspected Obama's original Birth Certificate. Inferentially, it should have been that easy for Governor Abercrombie to locate it as well.

38. This circumstance also suggests that the birth record of Mr Obama was not at that time recorded in the Department of Health's computerized database that has been in use since 2001.

39. In March 2012, Sheriff Arpaio held a Press Conference during which he and I presented an outline of those aspects of the investigation that would not compromise the safety of witnesses or the integrity and future course of the investigation. At that time, we had concluded that there was probable cause that forgery and fraud had been committed in respect of four documents: the long-form or original birth certificate for Mr Obama, which contained multiple errors and anomalies, many of them serious; the short-form computer-generated abstract of Mr Obama's birth record that the Democratic Party had published in 2007, which was printed using a form of words not current at the relevant date; the selective-service document for Mr Obama, which contained a two-digit year-stamp contrary to specifications written by the Department of Defence to the effect that the year of issue should be expressed as four digits on the stamp, and contrary to any other selective-service registration document that we have been able to examine; and we are aware that the social security number, which has a prefix that at the date of issue was unique to Connecticut even though Mr Obama has never resided in that State.

40. In an attempt to verify whether Mr Obama and his mother had arrived in the United States at or around the alleged date of his birth, we contacted the National Archives to obtain microfilms of the I-94 immigration landing records for the year 1961. All such records were and are available for the entire year 1961, except for those on the alleged date of Mr Obama's birth (August 4), three days before that date, and three days after that date. The Archivist and his staff did not tell us how the missing records had come to be lost, and offered no hope that they would ever come to light.

41. After three months of further investigation, the Sheriff held a second press conference to announce, with my support, that it was no longer a question of probable cause: it was now certain that the document on the White

House website was a forgery. The Sheriff also announced that the investigation would continue: and it has continued ever since.

42. The purpose of holding press conferences was and is to notify the public that an investigation is in progress, with the aim of obtaining additional information that might be helpful to the investigators in reaching the truth. As a result of both press conferences, additional material of this kind became available to us.

43. Our investigation concludes that President Obama's long-form birth certificate is a computer-generated document; that it was manufactured piecemeal and electronically; and that it did not originate as a copy of a true paper record from a bound volume, as claimed by the White House and by the Governor of Hawaii and by the director of the Health Department, cited in a press release issued April 27, 2011, by the Governor to coincide with the publication of the document on the White House website.

44. Most importantly, the "registrar's stamp" in the computer-generated document released by the White House and posted on the White House website may have been imported from another unknown source document. The fact that the stamp cannot have been placed on the document pursuant to state and federal laws is one of many indications that the document is a forgery and, therefore, that it cannot be relied upon as verification, legal or otherwise, of the date, place or circumstances of Mr Obama's birth.

45. The Registrar's date-stamp exhibited a similar grave anomaly, allowing it to be moved about electronically within the document – which would have been impossible if the document were the scanned and certified copy that official statements profess it to be. The Registrar's signature-stamp and date-stamp were computer-generated images that were imported into the document. They were not electronic images of actual rubber-stamp imprints inked by hand or machine on to a paper document. Accordingly, the document on the White House website is, at a minimum, misleading to the public in that it has no legal import and cannot be relied upon as a legal document carrying the full faith and credit of the State of Hawaii and verifying the date, place and other circumstances of Mr Obama's birth. A photograph of the Registrar's date-stamp is exhibited and marked "MZ2".

46. These and numerous other errors and anomalies observed after extensive forensic scrutiny of the electronic image downloaded from the White House website were inconsistent with features to be expected when a paper document is placed on the glass plate of a scanner so that it can be captured as an electro-photographic image, or when it is scanned and then

processed either to enhance the clarity of the image by optical character recognition or to reduce file-size by file-compression or optimization.

47. Furthering the investigation, I returned to Hawaii for a second time. I met Mr Duncan Sunahara, the brother of Virginia Sunahara, an infant born in Hawaii on August 4, 1961, the alleged date of Mr Obama's birth there. Ms Sunahara died the following day, August 5, after breathing difficulties. When I met Mr Sunahara he had recently applied to the Department of Health in Hawaii for a copy of his deceased sister's birth certificate. He told me the Department had gone to great lengths to deny him a copy of the original long-form birth certificate that a close relative is entitled by law to request and the Department is obliged by law to supply. The Cold Case Posse is compelled to consider the question why this little girl's 1961 long-form birth certificate was so disconcerting to the Hawaii Department of Health that it did not wish to issue a copy to Mr Sunahara upon request.

48. I obtained from Mr Sunahara a copy of proceedings in the Circuit Court of the First Circuit, State of Hawaii, in which the Deputy Attorney General, Ms Nagamine, appeared before Judge Rhonda Nishimura on March 8, 2012, to argue that Mr Sunahara was not entitled under Hawaiian statute law to see, still less obtain, a certified copy of his deceased sister's original 1961 long-form birth certificate.

49. During the proceedings, the Attorney General implied that Mr Sunahara's request arose from an underlying interest in obtaining evidence that might assist in determining whether the document on the White House website is indeed a forgery. Ms Nagamine said Mr Sunahara ought to be satisfied with a short-form extract of the birth record rather than a long-form printed image of the original copy in the bound volume for 1961 in the vaults of the Health Department.

50. Ms Nagamine also said that the entire volume of birth certificates inferentially containing not only Ms Sunahara's long-form original birth certificate but also those of twins born at about the same date had been removed to a special, secure location with very limited access. I do not know what purpose the Department of Health had in preserving these records at all, unless it was to show them upon request to family members and others – such as law enforcement – with a legitimate and statutory interest in seeing the documents.

51. Ms Nagamine said that accessing the original birth records was difficult and expensive. However, in Dr. Chiyome Fukino's interview with CNN she stated that she simply went into the vault and inspected Obama's original Birth Certificate. I am told by Mr Sunahara that he was willing to pay any reasonable fee to cover the cost. Our investigation indicates that the

Health Department's fee is not great: attorneys for Obama had paid $10 for a certified copy and $4 for a second certified copy. Inferentially, such small fees are an indication that the difficulty of consulting the archives and generating certified copies is not great. And I have come across further evidence that the difficulty of consulting the records is not very great: for they are normally kept in bound volumes on specially-designed shelves known to librarians as "stacks". A picture of Mr Onaka pulling out a book of birth records from 1972, just nine years after the year that is of interest to our investigation, shows how small the difficulty in consulting the records is likely to be. The photograph is marked "MZ1", annexed and signed as relative hereto.

52. The reason why law-enforcement investigators wish to examine the original long-form birth certificate of Ms Sunahara relates to the practice of the Health Department to number each birth certificate sequentially with the last two digits of the year followed by a five-digit number incremented sequentially by a date-stamp that advanced the counter by 1 after every stamping. At that time, approximately 48 births occurred every day in Hawaii, and were required to be registered. They were sequentially stamped in order of date of birth.

53. Photostat images of the long-form original birth certificates of twin daughters born to Eleanor Nordyke at Kapi'olani Hospital August 5, 1961, one day after the alleged birth of Mr Obama at the same hospital, have been drawn to the Cold Case Posse's attention. They had been published in the Honolulu Advertiser. As a result of examining these images, the Cold Case Posse has reason to suspect that the sequential number on the computer-generated short-form abstract that the Health Department released to the family is not the same as that which appears on the long-form original birth certificate that was issued for Ms Sunahara.

54. Examination of the birth certificates issued to the parents of the Nordyke twins shows that their registration numbers,, 61/10637 and 10638, preceded the number on Mr Obama's short-form and long-form certificates, which is shown as 61/10641, even though he was born a day earlier than they were. Ms Sunahara was born August 4, 1961, and her certificate was stamped by the Hawaii registrar August 8, but her number was 11080. The table summarizes the position:

| Name of child | Date and time born | Registered | Certificate # |
| --- | --- | --- | --- |
| Barack Obama | Aug 4 at 7:24 pm | Aug 8 | 10641 |
| Virginia Sunahara | Aug 4 at 9:16 pm | Aug 10 | 11080 |
| Susan Nordyke | Aug 5 at 2:12 pm | Aug 11 | 10637 |
| Gretchen Nordyke | Aug 5 at 2:17 pm | Aug 11 | 10638 |

55. Mr Obama's birth certificate was registered August 8, 1961. The Nordyke twins' birth certificate was registered August 11, 1961. Even if the sequential numbering had followed the date of registration rather than the date of birth, Mr Obama's certificate should have been automatically assigned a number lower, not higher, than the numbers allocated to the certificates of the Nordyke twins. And the number currently assigned to Ms Sunahara is entirely out of sequence.

56. One possible explanation for the out-of-sequence serial numbers might have been that several serialized piles of birth certificates were registered at different hospitals. However, Ms Verna K. Lee, an official responsible for the recording of births in Honolulu in 1961, when interviewed by a reporter for wnd.com, said that this was not the case. Ms Lee was the local registrar who apparently signed the document on the White House website (it is possible that the forgers lifted her signature from another birth certificate and inserted it electronically into the computerized compilation that is now on the White House website).

57. Ms. Lee was surprised that the numbers were out of sequence. Ms. Lee made recorded statements to a WND reporter during a phone interview. I have personally listened to those recordings. On the recorded conversation Ms. Lee said that all of the birth certificates received in a month were ordered chronologically by date and time of birth and numbered sequentially at the end of each month. The only exception – not relevant in the present case – was that birth certificates received from the islands and from one local out-station in Oahu were grouped separately, so as not to under-represent births outside Honolulu or unattended births occurring at home in the 50% statistical samples by which only even-numbered births were reported to the Federal Government as mandated by the U.S. Office of Vital Statistics.

58. Ms Lee has said that birth certificates from the hospitals in Oahu were sent directly to the central office of the Department of Health in Honolulu. The birth certificates were all numbered at the end of each month by one person. When Ms Lee was asked whether there might have been mistakes in numbering the birth certificates, she insisted that they were numbered correctly and in sequence. The long-form original certificates were inspected twice for accuracy by two different clerks and then signed by the registrar. They were kept together secured in a certain room until they were all numbered at the end of the month. They were not allowed to become out of order and they were not numbered incorrectly. (It should be noted that the Nordyke twins were born minutes apart and their respective certificate numbering was based not only on date but on time as well. This indicates the clerk scrutinized the documents prior to placing them in chronological order for proper numbering.) Based on Ms Lee's representation, I consider it highly unlikely that a birth certificate so far

out of sequence as that which now appears on Ms Sunahara's short-form birth abstract could have been accepted at a registrar's office managed by Verna K. Lee.

59. It is also possible that investigators are being misled into devoting attention to the number on Ms Sunahara's original long-form birth certificate, which may after all turn out to be different from that of Mr Obama and identical to that which appears on her short-form computer abstract. For that reason among others, investigators would like to inspect and, in due course, forensically to examine the volumes of long-form certificates for 1961, and specifically the long-form original birth certificates for Mr Obama, for Ms Sunahara, and for the Nordyke twins.

60. A possibility that the investigators are constrained to bear in mind, given the numerous other defects in the document on the White House website, is that the number on that document is not a genuine registration number assigned to his birth certificate in 1961, but was issued when the short-form document was generated during the 2008 presidential campaign. It is possible that the Health Department does not want the public to see the original 1961 birth records because forensic examination might establish that the forgers had made a mistake in assigning to the forged long-form document on the White House website a number that was out of sequence and that may (or may not) be identical with the number on the long-form original birth certificate of Ms Sunahara. This is one reason why the investigators have asked to see the original bound volumes from the stacks.

61. I am additionally concerned that the Hawaii Department of Health has not offered any testimony that the modern computerized data now used to generate the short-form abstracts have been safeguarded from numerical or other data manipulation. All that the Attorney General of Hawaii offered to the Maricopa County Sheriff's Office as proof that Mr Obama was born in Hawaii was a computer-generated list of birth registrations that was contained in a ring-binder. Pages could easily be removed, added, or removed, altered and reinserted at will. There was no level of security other than closing the rings of the binder holding the pages together.

62. The investigators have obtained an affidavit from an individual who went to the Department of Health when some of the first questions were being raised about Mr Obama's birth certificate. That individual states that when he first went to the main office of the Hawaii Department of Health in Honolulu, Mr Obama's name did not appear in the computerized registration list in the ring binder, but when he went back approximately 14 days later to re-examine the same list he was surprised to see that Mr Obama's name now appeared on it.

63. Notwithstanding this affidavit, it is plausible that an original birth record for Mr Obama exists in Hawaii. Our investigation has discovered that at that time Hawaiian law contained a specific provision that permitted a Hawaiian parent of a child born anywhere in the world or any adult purporting to represent that parent, the right to register the child as Hawaiian-born. It is for this reason that two entries in the "Births" column of the local newspapers at the time do not constitute evidence that Mr Obama was born in Hawaii. They are merely evidence suggesting that a birth certificate was issued for him in Hawaii, and they tell us nothing about whether or not he was born there. In particular they do not – as the White House document purports to do – identify the hospital of birth.

64. If Mr Obama had not in fact been born in Hawaii, the long-form original birth certificate would not have stated that he had been born in a particular hospital at a particular time, and would not have borne the signatures of the attending physician and registrar. The newspaper entries would have been identical whether he had been born in Hawaii or elsewhere in the world; but the birth records would not have been identical.

65. The existence of this law permitting out-of-country births to be registered as though they were Hawaiian births is a further reason why the Sheriff wishes his forensic investigators to be given access to the original bound volumes of birth certificates for 1961, and to be permitted to carry out forensic scrutiny of the volumes and of certain individual certificates, including that of Mr Obama.

66. For these reasons, it is necessary for the investigators to bear in mind the possibility that the intention of the Hawaii Department of Health in refusing to allow Mr Sunahara to have a certified copy of the original birth certificate of his deceased sister is to conceal forgery and fraud within the Department itself.

67. The Cold Case Posse's law-enforcement investigation into Mr Obama's birth certificate continues, taking account of the additional information obtained both as a result of the Cold Case Posse's own enquiries and as a result of assistance from the public following the publication of some of our results by the Sheriff at the March and July 2012 press conferences.

68. The law-enforcement investigation by and on behalf of the Sheriff of Maricopa County, Arizona, would be greatly assisted, and could be brought swiftly, inexpensively, and decisively to an end, if the Department of Health and the management of the Kapi'olani Hospital were willing to allow court-recognized forensic experts selected by the Sheriff of Maricopa County to inspect and forensically examine the volumes of long-form

original birth certificates for 1961 and the birth records kept by the Kapi'olani Hospital for that year. It should be noted that forensic experts are trained in the management and preservation of paper records, and would cause no damage to the records in the course of their forensic examination.

Executed this _____ day of _____ 2012, in Maricopa County, Arizona.

_____
Michael Zullo

Sworn to and subscribed before me this 9th day of November 2012

_____

JAMES C JACKSON
Notary Public - Arizona
Maricopa County
My Comm. Expires Jun 3, 2015

14

MZ 1



This is the photograph of Mr Onaka withdrawing a bound volume of long-form original birth certificates for 1972 from the stacks at the Department of Health in Hawaii, referred to in my affidavit in *Sunahara v. Hawaii*. The source of the photograph is an interview of Rasa Fournier with Mr Onaka, entitled *Keeping the Records Straight*, published at midweek.com, November 16, 2011.

MZ2

This is the image, referred to in my affidavit in *Sunahara v. Hawaii*, of the "long-form birth certificate" for Mr Obama, with the registrar's signature-stamp and, separately, the registrar's date-stamp moved from their original locations on the "certificate", which are indicated by white ghost images towards the foot of the green security paper on to which the fabricated document had been electronically superimposed. That the registrar's date stamp and the registrar's text/signature stamp were both created by links to external objects imported into the Obama birth certificate was also confirmed by turning on the "Links" option in the "Window" menu in Adobe Illustrator. The inset image at top right is the list of links that appears when that option is activated. Evidence that the two registrar stamps are external objects imported into the Obama "birth document" can be seen in that the registrar's date stamp and text/signature stamp can easily and separately be electronically moved, rotated at will, turned sideways or even upside-down, and repositioned anywhere on the document. None of several hundred software suites designed for the automated optical-character recognition, image enhancement, file compression, or optimization of an electro-photographic image of an original paper document that were studied and tested by expert consultants to the investigative team was capable of processing the electronic data representing the image in such a manner as to store the data representing either of the two stamps on a single "layer" so as to allow the stamps to be moved about at will.

_____     11-9-12
Michael Zullo                                        Date

16