# EXHIBIT 6

I Paul Edward Irey do hereby state and swear that the following facts are true:

1.  I am over the age of 18 years old and am a resident of Florida. The information contained
    in this affidavit is based on my personal knowledge and, if called as a witness, I could testify
    completely thereto. I have 57 years experience in graphics. first in serving with the U.S. Air Force
    being trained as a clerk typist, two of those years with the National Security Agency for which I
    had a Top Secret security clearance during the years 1957 and 1958. Following that I was
    employed in Manhattan, New York on the art staff of the Hearst trade journal American Druggist.
    I was employed at various advertising agencies in Manhattan until 1968 when I started my own
    business in Ft. Lee, New Jersey named Bergen Graphics. By the mid seventies I employed
    60 people as graphic artists, typesetters, camera and darkroom workers doing pre-press
    services for major retail and printing firms in the New York city area such as Montgomery Ward
    Catalogs and weekly newspaper ads nationwide, Acme markets newspaper ads for the entire
    supermarket chain in the northeast, Hearst Blue Book Auto Repair manuals, Key Food Stores
    of New York and Long Island, Diana stores, Great Eastern Stores, Finest Supermarkets, Hills
    Supermarkets, Grand Union Supermarkets, etc. In addition to overall knowledge of typography,
    Photography, four-color stripping and all facets of film preparation for offset printing, I have 26
    years experience in desktop publishing with Macintosh Computers since their inception and
    have used Adobe Photoshop and Adobe Illustrator on a daily basis since their birth in
    1987 and 1989.

2.  I have examined Obama's long form birth certificate since it's release on April 27th, 2011
    and have also examined the recently altered version of the Adobe Acrobat PDF long form birth
    certificate of Barack Obama and have noted the following differences in appearance of this
    altered version presented to the courts by the law firm of Garfield and Tepper vs. the original
    version that is alleged to be the same document.

3.  This PDF document also exhibits layers, which show that it could not have been copied by a color
    copier and be an electronic attachment as was presented to the courts. All color documents
    that are digital have embedded numbers that control the color appearance of each pixel. Each
    pixel is based on the red, green and blue color formula. Each of these 3 colors is given 256
    different levels resulting in over 16 million possible colors for each pixel. $256 \times 256 \times 256 =$
    16,777,261. When a digital file is copied, each pixel has its own unique number and a digital
    copy will always represent the original color exactly. We can not expect a digital color image
    to change in appearance without deliberate alteration using software filters such as found in
    Adobe Photoshop. In order to examine what was done to change the color of the altered PDF
    file I used two filters, Levels and Hue/Saturation. I found that a minimum of 5 color control
    settings had to have been used to effect the changes we see. Exhibit "A" attached shows
    3 versions of the document. The first is the altered PDF document in question. The second
    document is the result of performing my own procedures to match the first document by
    changing the original PDF file released by whitehouse.gov. The third document
    is an exact copy of the original PDF document released online by whitehouse.gov in 2011.

It is noticeably darker and clearly shows the white halo around everything on the document. The elimination of this halo would be the most noticeable difference between the original and the altered document. This happened because the green background has been lightened to the point that the white halo is not noticeable. Also the use of the blur tool had assisted in that same result of softening the hard white edge of the white halo.

4. The white halo is one of the proofs of forgery of this birth certificate. No other birth certificate that I know of, or have seen during my examinations of many birth certificates from Hawaii has this white halo. Why the white halo proves forgery is based on the fact that the procedure for producing a birth certificate copy in Hawaii is to open up the binder that holds a group of black and white original forms in individual sleeves in a binder and placing it face down on a copy machine to copy the document to the green security paper. In all the cases we have seen as a result of that procedure, there is the result of all the black images, form lines, form type and the black typewritten letters printing directly to the green security paper. These copy machines do not print white. We believe that the white halo resulted from the forger assembling all the elements of the forgery on layers in a computer file. The forger made the mistake of flattening the file that included a scanned image of the security pager and then applied an Adobe filter called "Unsharp Mask". I have been using this filter for 25 years and know exactly what it looks like when applied. No other method is known to cause this effect. The purpose of this filter is to sharpen the edges of a blurred soft outline and it does that by choking back the edge and making that edge harder. If the forger had used letters copied from other documents there would be a need to sharpen the edges because when a copy is made of something through a lens, the original sharpness is reduced resulting in a soft outline that could expose the fact that the typed letters were not as sharp as others on authentic documents.

5. Clearly this was the result of that alteration, rather intentional or not, and we must object to the alteration and erasure of evidence that must be seen in order to prove forgery.

Paul Edward Irey

State of Florida
County of Palm Beach
This 15th Day of November 2012

MICHAEL GERLICK
Notary Public, State of Florida
My Comm. Expires Nov. 29, 2013
No. DD943069



