# EXHIBIT 2

# AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF Lawrence

Personally came and appeared before me the undersigned Notary, the within named **Sandra Inman**, who is a resident of Pearl, Mississippi, and makes this her general affidavit and upon oath and affirmation of belief and personal knowledge that the following matters, things and facts set forth herein are true and correct to the best of her knowledge:

On or about ~~September 25, 2012~~ February 13, 2012, I called the Hinds County Circuit Clerk to ask a question regarding the computation of deadlines for filing court papers. The question I asked was "In computing the deadlines and counting the days, do you count *business days* or *calendar days*? I did not obtain the employee's name; however, she told me to use *business days*.

Dated, this the 19th day of November, 2012.

_Sandra Inman_
**AFFIANT, Sandra Inman**

SWORN AND SUBSCRIBED BEFORE ME, this the 19th day of November, 2012.

_James S. Buster_
NOTARY PUBLIC

My Commission Expires:
MY COMMISSION EXPIRES
JANUARY 1, 2016