Attn: Judge Wingate
& Clerk of the Court
11/7/2012

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 2 9 2012
J. T. NOBLIN, CLERK
BY_____DEPUTY

Affidavit by Dr. Laurie Roth under penalty of Perjury

Dear Judge Wingate,

I respectfully withdraw as a plaintiff due to current financial problems and inability to fly to Jackson.  I was a sincere candidate for President but I could not raise enough money, nor get enough volunteers to compete with other candidates, so I dropped out in July 2012.

I am struggling to build back my national radio show, financial stability and health from my near fatal motorcycle wreck.  My web site talks about my well-known accident and so does an Internet search if you Google my name.  I am not hiding behind anything nor playing a game with the court.

I just cannot afford to continue as a plaintiff and have no intention of becoming a plaintiff in any other legal action against President Barack Obama.

Please remove me as a plaintiff - Thank you.

Respectfully,

*Laurie Roth*

Laurie Roth
drljroth@aol.com
www.therothshow.com

STATE OF WASHINGTON

COUNTY OF Spokane

On this day personally appeared before me __Laurie J. Roth__, to me known to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and seal of office this 26th day of November, 2012.

_[signature]_

Notary Public residing at Spokane, WA

Printed Name: Parker B. Albin



My Commission Expires:

05-01-2013