US District Court

Southern District of Mississippi

501 E Court Street 2.500

Jackson Mississippi



Taitz et al

vs

Democrat Party of Mississippi

CASE # 3:12-cv-00280-HTW-LRA

## MOTION TO REMOVE LEAH LAX FROM THE ENTIRE LAW SUIT AND TO SANCTION ORLY TAITZ

**COMES NOW,** Leah Lax should be removed from all filings that Orly Taitz has made and asks this Honorable Court to Sanction Orly Taitz for using Leah Lax's name and lying to others that Leah Lax was not a candidate and was not on any ballot for the following reasons:

1. Leah Lax is a natural person.
2. Orly Taitz is a dentist and an attorney.
3. Orly Taitz told Leah Lax she needed standing for a 50 State case and asked to use her name as a candidate for only the Birth Certificate Issue of reviewing the Certificate of Barack Hussein Obama (Obama) only and that a candidate has the right to challenge his standing in the election.
4. Orly Taitz did not tell Leah Lax she enlisted her as Pro-Se nor was Pro-Se typed next to Leah Lax's name.
5. Orly Taitz illegally wrote a complaint using Leah Lax's name on the complaint as Pro-Se (without typing the word Pro-Se next to her name) and it was not the wishes of Leah Lax to accuse Obama in any RICCO case and does not support any of her written complaints due to the fact Leah Lax did not write it and Orly Taitz wrote these complaints and added Leah Lax's name on by copy and pasting her signature on each complaint.
6. Orly Taitz misrepresented Leah Lax's position in this case. Leah Lax's position in this case was only to view the Birth Certificate of Barack Hussein Obama.
7. On July 3rd, 2012, Leah Lax wrote via email to Orly Taitz to remove her name since she no longer wished Orly to continue to use it. ( Exhibit A)
8. Orly Taitz either ignored the email or refused to do so.
9. Leah Lax after many months of not hearing from any parties felt her name was totally removed until Mr. Begley contacted her with an answer to a complaint. Leah Lax then referred both Mr. Begley and Mr. Tepper to Orly Taitz thinking that this problem was done with and the name of Leah Lax was removed.

10. Orly Taitz days before the hearing told Leah Lax she had to fly to Mississippi for a hearing without any regard to the fact that Leah Lax sent Orly Taitz a letter to be removed in July via email.
11. By using Leah Lax's name, after she submitted in writing on July 3rd, 2012 that her name was to be removed, Orly Taitz committed Fraud and Misrepresentation by pasting and copying Leah Lax's name on documents that were not personally or/and approved of; nor written by Leah Lax.
12. Orly Taitz continually states Leah Lax was not on any ballot even as a write in Candidate. (Exhibit B)
13. Orly Taitz has lied to Leah Lax saying she didn't do it out of Malice which she has done by stating on her website Leah Lax's illness after Leah Lax demanded her name be removed from all filings. Orly Taitz stated it will be in court records and all that is in court records are public information. Leah Lax was anonymously sent a link to TheFogBow.com where Leah Lax's medical information was posted mentioned about 20 times, made fun of, and proceeded give details of confidential letters between Orly Taitz and Leah Lax. This is in violation of the Privacy Act of 1974. (Pub.L. 93-579, 88 Stat. 1896, 1974, 5 U.S.C. § 552a) HIPPA information of her health issues was publicly displayed on Orly Taitz's website and as a Dentist Orly Taitz has no excuse of not knowing the HIPPA Laws. Leah Lax demanded that her name be removed from all of Orly Taitz web posting of all and every legal case she has.
14. Leah Lax's personal email was hacked into, her address book was used to send pornographic and spam mail (Exhibit D) to contacts along with letters to and from Skrills (MoneyBooker), the Skrills notification email of someone trying to get into Leah Lax's files was deleted that showed that someone was trying to enter Leah Lax's Ecommerce account. However, Skrills is taking the steps to find the letter automatically sent out when a wrong password is given and the IP Address of the hacker. Leah Lax does plan to press charges.
15. A letter to Begley to have his Obama followers to cease this childish form of conduct in theFogbow.com which he is member of. ( Exhibit C)

**Therefore,** Leah Lax asks this Honorable Court to remove Leah Lax's name from all the filing since Orly Taitz was not truthful, did not place next to her name Pro Se and had no right legally to cut and paste on all her filing the name Leah Lax which she did not approve of or give consent to, which is a felony. To sanction Orly Taitz for using Leah Lax's name and continued to use it after the said fact to cease in July 3rd 2012.

*Leah Lax*
Leah Lax

CERTIFICATE OF SERVICE

I, Leah Lax, hereby certify that on November 25, 2012, I caused a true and correct copy of the foregoing by US MAIL, by email and fax to Orly Taitz, ORLY.TAITZ@GMAIL.COM; HAROLD EDWARD PIZZATTA, III , HPIZZ@AGO.STATE.MS.US; JUSTIN L. MATHENY, JMATH@AGO.STATE.MS.US, FHELL@AGO,STATE.MS.US; SAMUEL L BEGLEY, SBEGLEY1@BELLSOUTH,NET, BEGLEYLAW@GMAIL.COM; PCORNELISON@BELLSOUTH.NET, SAM@BEGLEYLAWFIRM.COM; SCOTT J TEPPER SCOTTJTEPPER@MSN.COM, SCOTTJTEPPER@GMAIL.COM, WALTER W DUKES, WALTER@DDKF.COM, DSLUSHER@DDKF.COM, LORILEA@DDKF.COM, TROSE@DDKF.COM , USMailed to Brian Fedorka, 812 Shiloh, Columbus, Ms 39702, Laurie Roth, 15510 E, Laurel Rd, Elk Wa 99009, Tom MacLeran, 1026 Deer Ridge Rd, Kingston Springs TN 37082 .

_/ Leah Lax /_
Leah Lax

VERIFICATION

I, Leah Lax herein, hereby verify that the facts set forth in

**MOTION TO REMOVE LEAH LAX FROM THE ENTIRE LAW SUIT AND TO SANCTION ORLY TAITZ**

are true and correct to the best of my knowledge,, information, and belief, I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. $ 4904, relating to unsworn falsification to authorities.

_____

Leah Lax

Notary

_____
_____

Seal

NOTARIAL SEAL
Marcus F Miller
NOTARY PUBLIC
Highspire Boro, Dauphin County
My Commission Expires 03/28/2016