E XHIBIT A TO D EFENDANT O NAKA AND F UDDY'S S UPPLEMENTAL B RIEF IN S UPPORT OF THEIR M OTION TO D ISMISS

**FUDDY:**

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| First Amended Complaint [ECF 1-1] | 4 | Loretta Fuddy -director of the Department of Health of the state of Hawaii | Fuddy is identified in official capacity. |
| | 23 | In spite of numerous demands, Director of Health Loretta Fuddy refused to allow the inspection of the original birth certificate of either Obama or Sunahara in lieu of the alleged certified copy… | Taitz's complaint is that Fuddy refused to concede to Taitz's demands in her official capacity as Director of Health. |
| | 25 | This case shows an unprecedented level of corruption and lawlessness in the federal government and in the government of Hawaii, which allowed Obama to get on the ballot in 2008. | Taitz alleges that corruption occurred "in the government of Hawaii" – i.e., officially. |
| | 32 | Defendant Loretta Fuddy, director of Health of the state of Hawaii aided and abetted Obama in committing elections fraud by covering up the fact that Obama is using a forged birth certificate. In and around April 25, 2011 Fuddy either personally issued a fraudulent letter, claiming that she observed copying of Obama's birth certificate, or she was silent when she had a duty to speak up, when Obama, his attorney Robert Bauer and his press secretary Jay Carney presented a forgery, claiming that it came with an authenticating letter from Fuddy. | Fuddy is identified in official capacity; April 25 letter was issued in Fuddy's official capacity; any alleged duty to "speak up" could only exist in context of her official capacity. |
| | 37 | Defendant Loretta Fuddy, director of Health of the state of Hawaii aided and abetted Obama in committing elections fraud by covering up the fact that Obama is using a forged birth certificate… | Fuddy is identified in official capacity. |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
|  | 39 | In and around of June of 2011 Taitz served Fuddy with a valid federal subpoena to produce for inspection a book of birth records for 1961 with Obama's original 1961 long form birth certificate. Through her attorney, Deputy Attorney General Nagamine, Fuddy refused to comply with valid federal subpoena. Fuddy obstructed justice in order to aid and abet Obama in his use of a forged birth certificate. | Subpoenas were issued to Fuddy in her official capacity; alleged refusal to comply with subpoenas occurred in her official capacity, through her (HI government) attorney. |
| RICO Statement [ECF 49] | 1 | Loretta Fuddy-director of health of HI, aided and abetted Obama, participated in cover up … | Fuddy is identified in her official capacity. |
| Taitz Motion for Sanctions [ECF 25] | 4 | Plaintiff Taitz repeatedly travelled to Hawaii, served with Federal subpoenas both Director of Health Loretta Fuddy and Registrar Onaka, and both refused to produce the original birth certificate for Barack Obama, refused to produce a microfilm of the original document and refused to testify in the court of law and refused to authenticate under the penalty of perjury that the long form birth certificate posted by Obama on Whitehouse.gov is indeed a true and correct copy of the 1961 long form birth certificate, which was created in 1961 and kept in records from 1961. | Fuddy is identified in her official capacity; alleged refusal to comply with subpoenas was in context of official capacity |
| Taitz Notice of Filing of Petition to Multidistrict Litigation Panel & MOTION to Stay & MOTION to Bifurcate State and Federal Claims – Exhibit 1 (Petition to Multidistrict Panel [ECF 46, 46-1] | 3, 6 | Taitz contents [sic] that a number of high ranking officials of the Federal government and the Government of Hawaii acted in concert with Obama.. | Alleged actions taken by "the Government of Hawaii." |
|  | 20-21 | [I]t was common knowledge among Hawaiian officials that -none of the Hospitals in Hawaii had any valid birth certificates for Obama, therefore, Obama was not a natural born citizen and did not qualify. | Reference to common knowledge of "Hawaiian officials." |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| Taitz Opposition to Motion for JOP Part I ("JOP Opp. I," ECF 48) | 23 | Later this case was withdrawn by the plaintiffs, as it went past the electoral college certification time and the state of Hawaii was stonewalling and refusing to provide any information. | Refers to "State of Hawaii" in complaining of alleged actions. |
| Taitz Opposition to Motion for JOP Part II ("JOP Opp. II," ECF 47) | 23 | Later this case was withdrawn by the plaintiffs, as it went past the electoral college certification time and the state of Hawaii was stonewalling and refusing to provide any information. | Refers to "State of Hawaii" in complaining of alleged actions. |
| Taitz Opposition to HI Defendants Motion to Dismiss [ECF 65] | 2 | … Fuddy and Onaka availed themselves to the jurisdiction of the state of MS by … certifying an alleged birth certificate … | Alleged action of certification could only occur in official capacity. |
| | 7-8 | This evidence is so damning, that it is in itself sufficient for this court to appoint a special prosecutor, similar to Watergate and Lewinski prosecutors to proceed with a criminal case for complicity to forgery by the Registrar or Hawaii Onaka and Director of Health Fuddy. | Onaka identified in official capacity |
| | 8 | … Fuddy signed a letter confirming that she witnessed Onaka certifying the document. | Letter at issue was signed in Fuddy's official capacity |
| | 10 | Registrar and Director of the Health Department are engaged in criminal act, certifying forgeries while knowing that these forgeries will be used to usurp the U.S. Presidency | Fuddy referred to in official capacity only. |
| | 22 | As such we can see not only Fuddy and Onaka releasing a forgery and certifying it as a certified copy of a genuine document … | Alleged release and certification of birth certificate could only be done in official capacity. |
| | | | |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

## ONAKA

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| First Amended Complaint [ECF 1-1] | 4 | Alvin Onaka-Registrar of the Department of Health of the state of Hawaii | Onaka is identified in his official capacity. |
| | 25 | This case shows an unprecedented level of corruption and lawlessness in the federal government and in the government of Hawaii, which allowed Obama to get on the ballot in 2008. | Taitz alleges that corruption occurred "in the government of Hawaii" – i.e., officially. |
| | 32 | Defendant Alvin Onaka, Registrar of the state of Hawaii aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate. He had a duty to speak up when on April 2th Obama and his associates presented a forgery, claiming it to be a valid true and correct copy of Obama's original 1961 birth certificate. Onaka knew that the "document" was a computer generated forgery, that the security paper image and an image of his stamp were brought from another document. | Onaka is identified in his official capacity; alleged "duty to speak up" could only exist in his official capacity; knowledge of authenticity could only exist in context of official capacity. |
| | 38 | Defendant Alvin Onaka, Registrar of the state of Hawaii aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate. | Onaka is identified in his official capacity; |
| RICO Statement [ECF 49] | 1 | Alvin Onaka, aided and abetted Obama in placement in official records a computer generated forgery and cover up of this forgery. Loretta Fuddy-director of health of HI, aided and abetted Obama, participated in cover up … | |
| | 6 | ALVIN ONAKA, registrar of the Health Department of Hawaii -involved in the cover up of Obama's forged birth certificate | Onaka is identified in his official capacity. |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
| --- | --- | --- | --- |
| | 8 | Defendant Alvin Onaka, Registrar of the state of Hawaii, aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate from the state of Hawaii. Onaka refused to provide an original Birth certificate or original microfilm for examination | Onaka is identified in his official capacity; complained of "refusal" to produce information could only occur in his official capacity. |
| | 10-11 | [I]t was common knowledge among Hawaiian officials that -none of the Hospitals in Hawaii had any valid birth certificates for Obama, therefore, Obama was not a natural born citizen and did not qualify. | Reference to common knowledge of "Hawaiian officials." |
| Taitz Motion for Sanctions [ECF 25] | 4 | Plaintiff Taitz repeatedly travelled to Hawaii, served with Federal subpoenas both Director of Health Loretta Fuddy and Registrar Onaka, and both refused to produce the original birth certificate for Barack Obama, refused to produce a microfilm of the original document and refused to testify in the court of law and refused to authenticate under the penalty of perjury that the long form birth certificate posted by Obama on Whitehouse.gov is indeed a true and correct copy of the 1961 long form birth certificate, which was created in 1961 and kept in records from 1961. | Onaka is identified in his official capacity; alleged refusal to comply with subpoenas was in context of official capacity |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| Taitz Motion for Judicial Notice & Reply to MDEC Motion to Supplement & Request for Emergency Hearing [ECF 37] | 4 | Aforementioned affidavits attested to the fact that the vital records not only represent forgeries, but more importantly, the stamp of the registrar, Alvin T. Onaka, (Hereinafter "Onaka") and date stamp on the "document" in question were imported from another document and were located on a different layer, when the document was opened in "Adobe Illustrator" program. The security paper was applied after the document was prepared, which was an additional sign of forgery. Based on all of the above, the only way to authenticate the alleged copy was an expert examination of the original document on file since 1961 and the corresponding microfilm. It was clear that authentication by the same employee, Alvin T. Onaka, who is a co-defendant in this case of racketeering, fraud and forgery, would be self-serving, biased and with no evidentiary value. | Onaka is identified in his official capacity; complained of action (issuing verification of birth certificate) occurred in his official capacity. |
| | 5 | In response, Begley and Tepper sought to supplement their response by retroactively seeking some validation from an official in Hawaii, registrar Alvin T. Onaka, who was complicit in the forgery and uttering of forged documents in the first place. | Onaka is identified in his official capacity. |
| | 7 | As Onaka submitted verification to this court and Obama made alleged birth certificate public, Onaka would be prevented from claiming privacy and refusing to present the original documents he used as a basis for his certification, submitted to this court by Begley and Tepper. | Alleged action (however factually incorrect) occurred in context of official capacity; demanded action (producing original documents) could only occur in context of official capacity. |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| | 7-8 | Alvin. t. [sic] Onaka, Registrar of the Department of Health, subjected himself to the jurisdiction of this court by submitting his certification. Only an expert examination of the original book of records and the original microfilm, allegedly used by Onaka would provide final answers to the questions of legitimacy of Obama's alleged long form birth certificate. | Alleged action (however factually incorrect) occurred in context of official capacity; alleged "use" of original documents could only occur in context of official capacity. |
| Taitz Notice of Filing of Petition to Multidistrict Litigation Panel & MOTION to Stay & MOTION to Bifurcate State and Federal Claims – Exhibit 1 (Petition to Multidistrict Panel [ECF 46, 46-1] | 3, 6 | Taitz contents [sic] that a number of high ranking officials of the Federal government and the Government of Hawaii acted in concert with Obama … | Reference to Hawaii defendants as "high ranking officials of … the Government of Hawaii." |
| | 18 | 34. Defendant Alvin Onaka, Registrar of the state of Hawaii, aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate from the state of Hawaii. Onaka refused to provide an original Birth certificate or original microfilm for examination | Onaka is identified in his official capacity; alleged refusal to act could only occur in official capacity… |
| | 20-21 | [I]t was common knowledge among Hawaiian officials that -none of the Hospitals in Hawaii had any valid birth certificates for Obama, therefore, Obama was not a natural born citizen and did not qualify. | Reference to common knowledge of "Hawaiian officials." |
| Taitz Opposition to Motion for JOP Part I ("JOP Opp. I," ECF 48) | 23 | Later this case was withdrawn by the plaintiffs, as it went past the electoral college certification time and the state of Hawaii was stonewalling and refusing to provide any information. | Refers to "State of Hawaii" in complaining of alleged actions. |

EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| Taitz Opposition to Motion for JOP Part II ("JOP Opp. II," ECF 47) | 11 | Plaintiffs provided evidence, showing that all the copies represent computer generated forgeries, show specifically that Registrar Onaka is certifying computer generated forgeries as if they were genuine documents created in 1961 using a typewriter. … | Onaka is identified in his official capacity; alleged certification could only occur in official capacity. |
| | 23 | Later this case was withdrawn by the plaintiffs, as it went past the electoral college certification time and the state of Hawaii was stonewalling and refusing to provide any information. | Refers to "State of Hawaii" in complaining of alleged actions. |
| Taitz Opposition to HI Defendants Motion to Dismiss [ECF 65] | 2 | … Fuddy and Onaka availed themselves to the jurisdiction of the state of MS by … certifying an alleged birth certificate … | Alleged action of certification could only occur in official capacity. |
| | 7-8 | This evidence is so damning, that it is in itself sufficient for this court to appoint a special prosecutor, similar to Watergate and Lewinski prosecutors to proceed with a criminal case for complicity to forgery by the Registrar or Hawaii Onaka and Director of Health Fuddy. | Onaka identified in official capacity |
| | 8 | … Fuddy signed a letter confirming that she witnessed Onaka certifying the document. | Witnessed certification at issue occurred in Onaka's official capcity. |
| | 10 | Registrar and Director of the Health Department are engaged in criminal act, certifying forgeries while knowing that these forgeries will be used to usurp the U.S. Presidency | Onaka referred to in official capacity only. |

**EXHIBIT A TO DEFENDANT ONAKA AND FUDDY'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

| Pleading | Page | Allegation | Notes |
|---|---|---|---|
| | 22 | As such we can see not only Fuddy and Onaka releasing a forgery and certifying it as a certified copy of a genuine document … | Alleged release and certification of birth certificate could only be done in official capcity. |