

IN THE US DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Dr. Orly Taitz, ESQ et al ) | CASE 12-CV-280 |
| v ) | HON. HENRY WINGATE |
| Democratic Party of Mississippi et al ) | PRESIDING |

Motion by an Elector from Republican Party, James R. Grinols, for leave of court to intervene as an additional plaintiff.

James R. Grinols, Hereinafter "Grinols", is seeking a leave of court to intervene as an additional Plaintiff under USCS Fed. Civ Pro Title 4 R.24

Brief in support of motion for leave of court to intervene

USCS Fed Rules Civ Pro Title 4 R.24 allows intervention to parties with interest in ongoing action unless the existing parties can adequately represent the interest.

Intervener Grinols is a GOP elector. He believes that Democratic Party electors representing Candidate for the U.S. President Barack Obama were elected under false pretenses, due to fraud committed by Obama and due to Obama's use of forged IDs and a fraudulently obtained Connecticut Social Security number.

Above captioned case seeks adjudication of the legitimacy of Obama as a Presidential candidate. Adjudication of this case will affect legal rights of Grinols as an elector and the outcome of the vote of the Electoral College 2012.

Exhibits presented in this case with the First Amended Complaint and subsequent pleadings by the Plaintiffs show unrefuted evidence that candidate Obama is using forged IDs and a fraudulently obtained Connecticut Social Security number, which was never assigned to Obama.

Declaratory relief in this case will affect not only the standing of Obama as a Presidential Candidate to be elected on December 17, 2012 during the Electoral College meeting, but it will also affect the contingency of the Electoral College and standing of Grinols and his ability to participate in the Electoral College.

Due to all of the above Grinols prays for relief of leave of court to join this case as an intervener.

Respectfully Submitted

Signed _____

James R. Grinols

Dated  12/1/2012

Certificate of Service

All parties to this case will be served with this Motion to intervene through the Electronic Court Filing

Signed _____ 12/1/2012

James Grinols