# EXHIBIT 4

Gmail - Confidential settlement communication in Mississippi action                     Page 1 of 1



Orly Taitz< orly.taitz@gmail.com>

## Confidential settlement communication in Mississippi action
2 messages

**Scott J Tepper**< scottjtepper@msn.com>                                  Thu, Nov 1, 2012 at 4:08 PM
To: Orly.Taitz@gmail.com
Cc: Sam Begley <sbegley1@bellsouth.net>

Dear Ms. Taitz

On behalf of our clients we make the following settlement proposal subject to Rule 408, Federal Rules of Evidence:

1. You will dismiss this action, with prejudice. You will announce such dismissal on the record during the telephone conference on Monday morning.

2. You will stop defaming the defendants in this action and stop defaming their attorneys.

3. You will pay by certified funds to the trust account of Mr. Begley the sum of $25,000 within the next 30 days. As to this latter item, we intend to seek sanctions against you pursuant to 28 USC sec. 1927 which are several multiples of that amount if this matter is not settled on these terms.

4. This settlement offer remains open until 5 pm on Sunday, and if not accepted by that time in writing or by e mail, it will be deemed rejected.

5. We understand you do not represent your co plaintiffs but we are willing to entertain an offer from them as well.

Scott J. Tepper
Via iPhone 4s