Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, Ca 92688

949-683-5411, fax 949-766-7603

orly.taitz@gmail.com

PRO SE PLAINTIFF IN MS



# IN THE US DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Dr. Orly Taitz, ESQ et al | ) CASE 12-CV-280 |
| v | ) HON. HENRY WINGATE |
| Democratic Party of Mississippi et al | ) PRESIDING |

**NOTICE OF DEFAULT BY DEFENDANT MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**MOTION FOR DEFAULT JUDGMENT AND POST DEFAULT DISCOVERY**

1. Defendant Michel Astrue, commissioner of Social Security, was served on October 9 2012, by professional process service through the office of the U.S. Attorney in Washington DC. He was served together with President Obama and Congresswoman Pelosi. Service of process is available on the docket.
2. During 10.16.2012 hearing Scott J. Tepper representing Obama, Pelosi, "Obama for America" and Democratic party of Mississippi (Hereinafter DPM) stated on the record that Astrue was served, but did not respond within 21 days as others, as he was sued as a federal employee, therefore he has 60 days to respond since the date of service.
3. 60 days expired on December 8, 2012.
4. Astrue did not file an answer or any responsive pleadings and is currently in default.
5. Plaintiff Taitz is seeking a Default Judgment against defendant Michel Astrue, fees and costs.
6. Taitz is asking this court to grant her motion to compel records as part of the post Default discovery, specifically she is seeking a Motion to Compel production of the SS-5, Social Security application to Connecticut Social Security number xxx-xx-4425, (unredacted version of this

motion with the full Social Security number is provided to the court under seal) which was used by Barack Obama in his tax returns filed on WhiteHouse.gov, which was not assigned to him according to E-Verify and SSNVS.

7. /s/ DR. Orly Taitz, ESQ

## BRIEF IN SUPPORT OF DEFAULT JUDGMENT AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS PART OF POSTJUDGMENT DISCOVERY

1. Defendant Michel Astrue, commissioner of Social Security , was served on October 9 2012, by professional process service through the office of the U.S. Attorney/Department of Justice in Washington DC. He was served together with President Obama and Congresswoman Pelosi. Service of process is available on the docket.
2. During 10.16.2012 hearing Scott J. Tepper representing other defendants: Obama, Pelosi, "Obama for America" and Democratic party of Mississippi (Hereinafter DPM) stated on the record that Astrue was served, but did not respond within 21 days as others, as he was sued as a federal employee, therefore he has 60 days to respond since the date of service.
3. 60 days expired on December 8, 2012.
4. Astrue did not file an answer or any responsive pleadings and is currently in default.
5. Plaintiff Taitz is seeking a Default Judgment against defendant Michel Astrue, fees and costs.
6. Taitz is asking this court to grant her motion to compel records as part of the post Default discovery, specifically she is seeking a Motion to compel production of the SS-5, Social Security application to Connecticut Social Security number xxx-xx-4425, which was used by Barack Obama in his 2009 tax returns, but never assigned to Barack Obama according to e-verify and SSNVS.
7. Affidavit of Felicito Papa attests to the fact that Obama originally did not flatten the PDF file and published the full CT Social security number xx-xx-4425 he is using on WhiteHouse.gov Exhibit 1. Affidavit of Felicito Papa
8. According to E-verify this number was never issued to Barack Obama Exhibit 2 Affidavit of Linda Jordan and E-Verify certification
9. According to SSNVS (Social Security Verification Systems) this number was never assigned to Barack Obama  Exhibit 3 SSNVS certification
10. Obama's use of a stolen Social Security number and cover up of this fact is the basis of the RICO conspiracy, which included harassment, intimidation, persecution and financial damages to Plaintiff Taitz .
11. Without a motion to compel Taitz would not be able to obtain necessary information. Additionally, now there is evidence of defendants and their accomplices spoliating, destroying evidence. Recently some of the RICO co-conspirators took down a website "Fogbow" with a clear intent to destroy evidence. Similarly, Affidavits of Investigator Zullo (Exhibit 4) and Expert Blake (Exhibit 5 ) show a pattern of obstruction of Justice, evasion of law enforcement, tampering with evidence.

12. Based on all of the above good cause exists to grant Plaintiff Taitz Default Judgment and grant her motion to compel production of documents in order to ascertain damages.

/s/ Dr. Orly Taitz ESQ

Per request of the parties, the parties are being notified electronically via ECF

/s/ Dr. Orly Taitz, ESQ

**AFFIDAVIT OF ORLY TAITZ REGARDING ATTEMPTS TO CONTACT DEFENDANT MICHEL ASTRUE**

1. Defendant Astrue was notified about his legal action and he received the First Amended Complaint of this action originally pending in the Superior Court of Mississippi on April 13, 2012 through his attorney Helen L. Gilbert at Helen.L.Gilbert@usDOJ.gov. He did not respond.
2. Defendant Astrue was served by Process server Daniel Williams docketed herein as Document 54-1 Same Day Process Service, Inc.
   1219 11th St., NW
   Washington DC 20001

   (202)–398–4200

   Internal Job ID:62302 Defendant Astrue never responded.
3. Due to the fact that all prior attempts to get a response from defendant Astrue failed, Plaintiff Taitz is requesting this court to grant her Motion to compel production of documents under FRCP 37 as part of post default discovery.

I attest under penalty of perjury that aforementioned is true and correct to the best of my knowledge and informed belief

/s/ Dr. Orly Taitz ESQ