**EXHIBIT 2**

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN 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. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _Linda Jordan_

Linda Jordan  4419 So. Dawson St. Seattle WA 98118  206.723.6471

In the city of _Seattle Washington_, County of _King_

Seattle Washington                                        King

Dated the _21st_ day of _August_, _2011_.

August                2011

Signature of the Notary _S P Pritchett_

Date _August 21, 2011_

2

Self Check : Notice of Mismatch with Social Security Administration          https://selfcheck.uscis.gov/SelfCheckUI/ssaContact.html

# Self Check 

## Notice of Mismatch with Social Security Administration (SSA) Records

Print          Ver en Espanol

Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

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
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice

  **SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

  **SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number

  **SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen

  ✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record

  **SSA unable to process data.** SSA found a discrepancy in other data in the record.

Instructions

attachment B

1 of 3                                                                                         8/17/2011 8:09 AM