# EXHIBIT 3

**GREG HOLLISTER** < greg_hollister@msn.com>  Wed, Feb 9, 2011 at 5:39 AM
To: orly.taitz@gmail.com
Cc: "John Hemenway, DC Council" <johndhemenway@comcast.net>, Larry Elgin <lawnet.lae@gmail.com>, Susan Private Investigator <susandanielspi@aol.com>, "Linda Bent, SONORAN NEWS" <lindabent@aol.com>

Dear Ms. Taitz,

I have been monitoring your efforts at a distance reference the eligibility of Barack Obama to serve as POTUS. I see that you are now filing suit reference his many SSNs.

I have a copy of Obama's selective service card with the SSN affixed. I, as a small business owner, have access to the Social Security Number Verification System. As a result, I checked the SSNVS for the SSN Obama used for registering with Selective Service. The SSNVS search resulted in a report sheet that states that number Obama used to register for Selective Service was never issued.

Let me be direct - I have not agreed with many of your tactics in this endeavor. However, I have continued to follow your efforts to see where there may be synergy and this is one.

Therefore, if you think the documents will be helpful, please let me know and I will send you the PDF files for both the Selective Service Card and the SSNVS report that states that SSN was never issued.

Sincerely

Greg Hollister

Gregory S. Hollister, Colonel, USAF, Retired
President, Hollister Enterprises LLC



Social Security Online
www.socialsecurity.gov

Business Services Online

BSO Main Menu | BSO Information | Contact Us | Keyboard Navigation | Logout



# Social Security Number Verification System (SSNVS)

**SSNVS Help**

## SSN Verification Results

Employer's EIN:
Records Submitted: 1
Failed: 1
Verified Records: 0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

- **Failed** - Data does not match Social Security Administration's records. Select What to do if an SSN Fails to Verify for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| Failed | 042684425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results ||
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued). |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**.

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do