**EXHIBIT 4**

AFFIDAVIT

I Henry Blake, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

I.     I am over the age of 18 years old and am a resident of Tennessee. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, I could testify competently thereto. I attained higher education as follows: BS Mechanical Engineering, MS & PhD in Engineering Mechanics. I have over 40 years experience with a variety of computers including: Personal Computers, Work Stations, Mainframes and Super Computers.

II.     I have general knowledge of foregoing legal filings in the Federal District Court Case 3:12-cv-00280-HTW-LRA and have specific knowledge of the digital images of copies of President Obama's purported Long-Form Certificate of Live Birth (LFCOLB) appearing within the case filing documents.

III.     I have examined the two image copies of the purported LFCOLB which exist as digital electronic page documents, namely

---

05/04/2012  15 MOTION for Judgment on the Pleadings by Democrat Party of Mississippi (Attachments: # 1 Exhibit LFBC from White House, # 2 Exhibit COLB from Campaign, # 3 Exhibit DOH Verification re White House BC, # 4 Exhibit Hawaii Gov April 27 2011 News Release, # 5 Exhibit DOH White House Correspondence, # 6 Exhibit DOH 08-93 News Release, # 7 Exhibit DOH 09-063 News Release, # 8 Exhibit CDC Report re Birth Certificate History)(Begley, Samuel) (Entered: 05/04/2012) [.pdf (page 8)]

---

and

---

06/06/2012  35  MOTION to Supplement Counsel for MDEC's Response 30 in Opposition to Plaintiff Taitz's Motion for Sanctions 25 re 30 Response to Motion, by Democrat Party of Mississippi (Attachments: # 1 Exhibit MDEC Counsel Request to HI DOH for Verification of President Obamas Hawaiian Birth Cert, # 2 Exhibit Hawaii DOH Verification of President Obamas Hawaiian Birth-Issued May 31 2012)(Begley, Samuel) (Entered: 06/06/2012) [.pdf (page 11)]

---

see also court document

10513240131.pdf  05/26/2012  Re: Request for Verification of Vital Records Pursuant to Hawai' i. Rev. Stat. § 338-14.3 and 338-1 8(g)(4) [.pdf (page 4)]

and which were filed by the Mississippi Democratic Executive Committee (MDEC), as well as the original PDF image of President Obama's LFCOLB, which was posted on the White House web site on Apr. 27, 2011,

http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

and have found significant alterations were made to the original White House LFCOLB PDF image file. Specifically the copy of the LFCOLB appearing in the second and third documents above differ significantly from the copy appearing in the first document and from the original copy posted on the White House website.

Page 8 of the first document above is nearly identical to the white House LFCOLB PDF image file. Page 11 of the second above document is identical to page 4 of the third document. For convenience I will denote the two copies that I recently examined as (page 8) and as (page 4/11).

IV. The alterations made to the White House LFCOLB PDF image to create the (page 8) image copy are incidental.

1. The (page 8) image copy is otherwise identical to the white House image except for the "Case Label" added at the top margin.
2. Only the Case label is selectable by mouse and cursor on (page 8)
3. The (page 8) image copy was altered to make the (page 4/11) image copy.

V. I found that the alterations to the (page 8) image copy to create the (page 4/11) image copy are extensive as follows:

1. A second Case Label was added
2. The (page 8) image was flattened, rasterized and green color was added
3. The color of all text was changed from near-Black to Black-Green
4. Numerous form lines were repaired or replaced entirely
5. The basket-weave background was softened and touched up
6. Specific words were made selectable by mouse and cursor in Adobe Reader
7. Hidden editing was applied (see 8.- 11. below):
8. Ten Line Objects were added

9. Two Green Color objects were added
10. Two Broad-line Strikeouts were applied, one to the words "Kapiolani Maternity & Gynecological", and the other to the word "August"
11. Seven Rectangular Black Redaction Box Objects were added which altogether cover nearly all of the typed text

VI. The remaining typed, stamped (or form) words left unstruck or unredacted and appearing on the hidden image of (page4/11) are:

1. Both Case Labels
2. State of Hawaii      Certificate of Live Birth      Department of Health
3. 61 10641 (file number 151 is redacted)
4. Barack Hussein Obama, II ("X" in single-birth box)
5. Honolulu (in two places)
6. 6085 Kalaianaole Highway
7. Labels for ten form-boxes
8. State Registrar's date and signature stamps

VII. Words which can be selected on (page 4/11) by mouse and cursor in Adobe Reader are:

1. Both Case Labels
2. State of Hawaii      Certificate of Live Birth      Department of Health
2. 61 10641  (File number 151 is non-selectable)
3. Barack Hussein Obama, II
4. Honolulu
5. Kapiolani Maternity & Gynecological Hospital
6. 6085 Kalanianaole
7. Hussein Obama
8. University
9. State Registrar's date and signature stamps.

I attest to this under penalty of perjury.

*Henry Blake, PhD*
Henry Blake, PhD
11/09/2012

My Comm. Expires 4-23-2013

*Michelle Duncan*
11-9-2012