IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. ORLY TAITZ, ET AL                                                                PLAINTIFFS

VS.                                             CIVIL ACTION NO. 3:12cv280-HTW-LRA

DEMOCRATIC PARTY OF MISSISSIPPI, ET AL                           DEFENDANTS

**ORDER**

This matter is before the Court *sua sponte* upon Plaintiffs' filing of document 85 on December 12, 2012. This document contains attachments which disclose the full social security numbers of various individuals, as well as other personal identifiers. By Text Only Orders entered May 17, 2012, and May 24, 2012, the Court restricted public access to documents filed by Plaintiffs which contained personal identifiers. Plaintiffs were advised to redact any such identifiers before filing additional pleadings. Yet Plaintiffs continue to do so, ignoring the Court's Orders and requiring further Orders from the Court.

Plaintiffs are again advised that no pleadings should be filed which contain personal identifiers; such identifiers should be redacted prior to filing. *See* FED. R. CIV. P. 5.2. This includes an individual's social- security number, taxpayer-identification number or birth date, a minor's name, or a financial account number. Plaintiffs are advised that sanctions may be entered against them if future filings are made which violate Rule 5.2.

IT IS, THEREFORE, ORDERED:

1. The Clerk of the Court shall restrict public access to ECF No. 85, including all exhibits and attachments.

2. Plaintiffs are directed to redact document 85 pursuant to Rule 5.2 and refile the redacted copy.

3. Plaintiffs are ordered and directed to redact the identifiers described in Rule 5.2 in any document or pleading filed in this Court in the future.  Plaintiffs are warned that their failure to do so may result in the imposition of sanctions.

SO ORDERED, this the 13th day of December, 2012.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE