IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DR. ORLY TAITZ, ESQ., BRIAN FEDORKA,**     **PLAINTIFFS**
**LAURIE ROTH, LEAH LAX, and TOM**
**MacLERAN**

**VS.**     **CIVIL ACTION NO. 3:12-cv-280 HTW-LRA**

**DEMOCRAT PARTY OF MISSISSIPPI,**     **DEFENDANTS**
**SECRETARY OF STATE MISSISSIPPI,**
**BARAK HUSSEIN OBAMA, OBAMA**
**FOR AMERICA, NANCI PELOSI,**
**DR. ALVIN ONAKA, LORETTA FUDDY,**
**MICHAEL ASTRUE, JOHN DOES, JOHN**
**DOES 1-100**

**BARACK H. OBAMA, II, NANCY PELOSI AND OBAMA FOR AMERICA'S JOINDER OF**
**MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE'S OPPOSITION TO**
**MOTION TO INTERVENE AS ADDITIONAL PLAINTIFF FILED BY JAMES R. GRINOLS**

     Defendants President Barack H. Obama, II, Representative Nancy Pelosi and Obama for America (hereinafter "Defendants") hereby join in, and adopt herein by reference, the Opposition to Motion to Intervene as Additional Plaintiff filed by James R. Grinols ("Motion" [ECF 83], filed by the Mississippi Democratic Executive Committee ("MDEC Opposition") [ECF 89]. For the reasons set forth in the MDEC Opposition, the undersigned counsel for Defendants respectfully request that the Court enter an order denying Mr. Grinols' Motion to Intervene.

THIS the 20th day of December, 2012.

                                                 Respectfully submitted,
                                                 **PRESIDENT BARACK H. OBAMA, II**
                                                 **REPRESENTATIVE NANCY PELOSI**
                                                 **OBAMA FOR AMERICA**

                                                 By: /s/ Samuel L. Begley
                                                 Samuel L. Begley (MSB No. 2315)

               By: /s/ Scott J. Tepper
               Scott J. Tepper (Admitted *pro hac vice*)

**OF COUNSEL**:
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601) 969-5545 (Telephone)
(601) 969-5547 (Facsimile)
Email: sbegley1@bellsouth.net

GARFIELD & TEPPER
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
(310) 277-1981 (Telephone)
(310) 277-1980 (Facsimile)
Email: scottjtepper@msn.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Harold E. Pizzetta, Esq.  
Justin L. Matheny, Esq.  
Office of the Attorney General  
550 High Street, Suite 1200  
P.O. Box 220  
Jackson, MS 39205  
hpizz@ago.state.ms.us  
jmath@ago.state.ms.us  

Orly Taitz, Esq.  
29839 Santa Margarita Parkway  
Suite 100  
Rancho Santa Margarita, CA 92688  
orly.taitz@gmail.com  

Walter W. Dukes, Esq.  
Dukes, Dukes, Keating & Faneca  
P.O. Drawer W (39502)  
2909 13th Street, 6th Floor  
Gulfport, MS 39501  
walter@ddkf.com  

And to the following persons by email:

Brian Fedorka  
812 Shiloh Dr.  
Columbus, MS 39702  
Bfedorka82@gmail.com  

Thomas MacLeran  
1026 Deer Ridge RD,  
Kingston Springs, TN 3 7082  
Mac@MacLeran.com  

Leah Lax  
350 Market St  
Highspire, PA 17034  
Leahlax1234@aol.com  

Laura Roth  
15510 E. Laurel Rd,  
Elk, WA 99009  
drljroth@aol.com  

And to the following person by fax:

James Grinols  
Address unknown/not provided  
Email unknown/not provided  
Fax:   (651) 578-1100  

THIS the 20th day of December, 2012.

    /s/ Samuel L. Begley_____  
    SAMUEL L. BEGLEY