**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DR. ORLY TAITZ, ESQ., ET AL.**                                      **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 3:12cv280-HTW-LRA**

**DEMOCRAT PARTY OF MISSISSIPPI, ET AL.**                    **DEFENDANTS**

---

**DEFENDANT ALVIN ONAKA AND LORETTA FUDDY'S JOINDER OF MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE'S OPPOSITION TO MOTION TO INTERVENE AS ADDITIONAL PLAINTIFF FILED BY JAMES R. GRINOLS**

---

COME NOW the Defendants, Dr. Alvin Onaka and Loretta Fuddy, by and through undersigned counsel, file their Joinder of Mississippi Democratic Executive Committee's Opposition to Motion to Intervene as Additional Plaintiff filed by James R. Grinols, and in support thereof would show unto this Honorable Court the following:

Defendants Dr. Alvin Onaka and Loretta Fuddy hereby join in, and adopt herein by reference, the Opposition to Motion to Intervene as Additional Plaintiff filed by James R. Grinols on December 20, 2012 [ECF Doc. 89] filed by the Mississippi Democratic Executive Committee to the extent that the legal issues, arguments, and authorities are aligned with and benefit Dr. Alvin Onaka and Loretta Fuddy.

WHEREFORE, PREMISES CONSIDERED, Defendants, Dr. Alvin Onaka and Loretta Fuddy, respectfully request that this Court enter an order denying the Motion to Intervene as Additional Plaintiff filed by James R. Grinols.

RESPECTFULLY SUBMITTED, this the 20th day of December, 2012.

<div style="margin-left: 40%;">

DR. ALVIN ONAKA AND LORETTA FUDDY, DEFENDANTS

BY:   DUKES, DUKES, KEATING & FANECA, P.A.

BY:   *s/ Walter W. Dukes*
        WALTER W. DUKES

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court and thereby served on the following persons, and also separately served by electronic mail as indicated below:

Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, California 92688
orly.taitz@gmail.com

Scott J. Tepper
Garfield & Tepper
1801 Century Park East, Suite 2400
Los Angeles, California 90067-2326
scottjtepper@msn.com

Samuel L. Begley
Begley Law Firm, PLLC
P.O. Box 827
Jackson, Mississippi 39205
sbegley1@bellsouth.net

Harold E. Pizzetta, III
Justin L. Matheny
Office of the Attorney General
550 High Street, Suite 220
P.O. Box 220
Jackson, Mississippi 39205

And to the following persons by electronic mail:

Brian Fedorka
812 Shiloh Drive
Columbus, MS  39702
bfedorka82@gmail.com

Tom MacLeran
1026 Deer Ridge Road
Kingston Springs, TN  37082
tom@macleran.com

Leah Lax
350 Market Street
Highspire, PA  17034
lealax1234@aol.com

SO CERTIFIED, this the 20th day of December, 2012.


*s/ Walter W. Dukes*
WALTER W. DUKES