

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, Ca 92688

949-683-5411, fax 949-766-7603

orly.taitz@gmail.com

PRO SE PLAINTIFF IN MS


IN THE US DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI


| | | |
|---|---|---|
| Dr. Orly Taitz, ESQ et al | ) | CASE 12-CV-280 |
| v | ) | HON. HENRY WINGATE |
| Democratic Party of Mississippi et al | ) | PRESIDING |


Notice of Petition for a Writ of Mandamus to expedite Default judgment and post judgment discovery against defendant Michel Astrue, Commissioner of Social Security

Aforementioned Petition and proof of service is attached herein


/s/ Orly Taitz

01.08.2013