# EXHIBIT 1



Orly Taitz< orly.taitz@gmail.com>

## Orly Taitz v. Democratic Party of MS, et al.

**Orly Taitz**< orly.taitz@gmail.com>   Fri, Apr 13, 2012 at 6:10 PM
To: Robert Kenneth Coleman <cjrkcoleman@hotmail.com>
Cc: "SAMUEL BEGLEY (sbegly1@bellsouth.net)" <sbegly1@bellsouth.net>, HAROLD PIZZETTA <HPIZZ@ago.state.ms.us>, Justin Matheny <JustinMatheny@ago.state.ms.us>, Brian Fedorka <bfedorka82@gmail.com>, leahlax1234 <LeahLax1234@aol.com>, Tom MacLeran <Tom@macleran.com>, Laurie Roth <drljroth@aol.com>, michael.jablonski@comcast.net, "jill.t.nagamine" <Jill.T.Nagamine@hawaii.gov>, Helen.L.Gilbert@usdoj.gov, scottjtepper@msn.com
Bcc: Orly Taitz <orly.taitz@gmail.com>, Appealing Dentistry <appealingdentistry@gmail.com>

Dear Judge Coleman and counsel,

please find attached the First Amended Complaint, which includes additional plaintiffs and defendants, it relates to the general election challenge and includes RICO causes of action. This 44 page complaint was drafted before the answer was received and was filed as a matter of right. After it was filed by my assisstant by mailing it to the court and all parties, I noticed that the answer was filed today as well. Plaintiffs are asking Your Honor to consider the complaint as a First Amended Complaint as a matter of right. In the alternative, Plaintiffs are asking Your Honor to consider this complaint as an additional complaint filed in relation to the general election and join the two complaints together as revolving around the same nucleus of facts.
Respectfully,
/s/ Dr. Orly Taitz, ESQ

[Quoted text hidden]

--
Dr Orly TaitzESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688
ph 949-683-5411  fax949-766-7603
orlytaitzesq.com


### 15 attachments

📎 **MS Filed First Amended Complaint.pdf**
8219K

📎 **Transcript Farrar v Obama.pdf**
439K

📎 **Transcript and affidavit Sheriff Arpaio.pdf**
131K

📎 **Affidavit of Chito Papa 1-3.docx**
370K

📎 **Affidavit Chito Papa Social Security.pdf**
1343K

📎 **Affidavit Linda Jordan Obama's SSN.pdf**
383K

📎 **Affidavit Susan Daniels final.pdf**
5081K

- **Affidavit of John Sampson 03.08.2010.pdf**
  1661K

- **Affidavit of Douglas Vogt.pdf**
  776K

- **Affidavit of Orly Taitz re Obama's Selective service.pdf**
  238K

- **E-mail and SSNVS from Col Hollister.pdf**
  240K

- **Susan Nordyke birth certificate.pdf**
  1127K

- **declaration of Brian Fedorka.pdf**
  28K

- **Declaration Chris Strunk.pdf**
  340K

- **Release the Mugs.docx**
  41K