IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| DR. ORLY TAITZ, ESQ., BRIAN FEDORKA, LAURIE ROTH, LEAH LAX, and TOM MacLERAN | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:12-cv-280 HTW-LRA |
| DEMOCRAT PARTY OF MISSISSIPPI, SECRETARY OF STATE MISSISSIPPI, BARAK HUSSEIN OBAMA, OBAMA FOR AMERICA, NANCI PELOSI, DR. ALVIN ONAKA, LORETTA FUDDY, MICHAEL ASTRUE, JOHN DOES, JOHN DOES 1-100 | DEFENDANTS |

**DEFENDANTS BARACK H. OBAMA, II, NANCY PELOSI AND OBAMA FOR AMERICA'S JOINDER OF DEFENDANT MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE COMMITTEE"S RESPONSE IN OPPOSITION TO PLAINTIFF ORLY TAITZ'S "NOTICE OF NEW MATERIAL FACTS RELATED TO THE CASE" [ ECF NO. 96] AND JOINDER OF DEFENDANTS DR. ALVIN ONAKA AND LORETTA FUDDY'S RESPONSE TO THE NOTICE OF NEW MATERIAL FACTS RELATED TO THE CASE FILED BY PLAINTIFF [ ECF NO. 98]**

Defendants Barack H. Obama, II, Nancy Pelosi and Obama for America oppose Plaintiff Orly Taitz's "Notice of New Material Facts Related to the Case" [ ECF No. 96], and join in and adopt herein by reference the Response of the Defendant Mississippi Democratic Party Executive Committee in Opposition to Plaintiff Orly Taitz's "Notice of New Material Facts Related to the Case" [ ECF No. 98], and likewise join Defendants Dr. Alvin Onaka and Loretta Fuddy's Response to the Notice of New Material Facts Related to the Case filed by Plaintiff [ ECF No. 98].

RESPECTFULLY SUBMITTED, this the 5th day of February, 2014.

PRESIDENT BARACK H. OBAMA, II,
REPRESENTATIVE NANCY PELOSI
OBAMA FOR AMERICA

By: /s/ Samuel L. Begley
    Samuel L. Begley (MSB No. 2315)

By: /s/ Scott J. Tepper
    Scott J. Tepper (Admitted *pro hac vice*)

**OF COUNSEL**:
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)
Email: sbegley1@bellsouth.net

SCOTT J. TEPPER
GARFIELD & TEPPER
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326
(310) 277-1981
(310) 277-1980
Email: scottjtepper@msn.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the date set forth hereinafter, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Harold E. Pizzetta, Esq.  
Justin L. Matheny, Esq.  
Office of the Attorney General  
550 High Street, Suite 1200  
P.O. Box 220  
Jackson, MS 39205  
hpizz@ago.state.ms.us  
jmath@ago.state.ms.us  

Orly Taitz, Esq.  
29839 Santa Margarita Parkway  
Suite 100  
Rancho Santa Margarita, CA 92688  
orly.taitz@gmail.com  

Walter W. Dukes, Esq.  
Dukes, Dukes, Keating & Faneca  
P.O. Drawer W (39502)  
2909 13th Street, 6th Floor  
Gulfport, MS 39501  
walter@ddkf.com  

And to the following persons by email:

Brian Fedorka  
812 Shiloh Dr.  
Columbus, MS 39702  
Bfedorka82@gmail.com  

Thomas MacLeran  
1026 Deer Ridge RD,  
Kingston Springs, TN 3 7082  
Mac@MacLeran.com  

Leah Lax  
350 Market St  
Highspire, PA 17034  
Leahlax1234@aol.com  

Laura Roth  
15510 E. Laurel Rd,  
Elk, WA 99009  
drljroth@aol.com  

THIS the 5th day of February, 2014.

  /s/ Samuel L. Begley_____  
  SAMUEL L. BEGLEY